## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Singular Computing LLC, | ) ) ) | Civil Action No. 1:19-cv-12551 |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| Google LLC, | ) ) |  |
| Defendant. | ) ) ) |  |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Singular Computing LLC, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Singular Computing LLC does not have any parent corporation or any publicly held company owning more than 10% of its stock.

Dated: December 20, 2019

Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Alex Breger (BBO #685537)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: abreger@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

1

3348848.v1

2

**CERTIFICATE OF SERVICE**

      I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                    */s/ Paul J. Hayes*
                                    Paul J. Hayes (BBO #227000)