## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC | ) <br> ) <br> )   Civil Action No. 1:19-cv-12551 <br> ) <br> )         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Google LLC ) <br> ) <br>         Defendant. ) <br> ) |

### NOTICE OF APPEARANCE

Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court that Daniel McGonagle of Prince Lobel Tye, LLP, One International Place, Suite 3700, Boston, MA 02110, is appearing on its behalf in the above-captioned matter.

Dated: December 20, 2019                Respectfully submitted,

*/s/ Daniel McGonagle*
Daniel McGonagle (BBO #690084)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: dmcgonagle@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

### CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Daniel McGonagle*
Daniel McGonagle (BBO #690084)