**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| Singular Computing LLC | ) | |
| | ) | Civil Action No. 1:19-cv-12551 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Google LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court

that Alex Breger of Prince Lobel Tye, LLP, One International Place, Suite 3700, Boston, MA

02110, is appearing on its behalf in the above-captioned matter.

Dated: December 20, 2019          Respectfully submitted,

*/s/ Alex Breger*
Alex Breger (BBO #685537)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: abreger@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who have consented to electronic service are being
served with a copy of this document via the Court's CM/ECF system.

*/s/ Alex Breger*
Alex Breger (BBO #685537)