# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC, | ) |
| | ) |
| | ) Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Google LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION OF MICHAEL J. ERCOLINI *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Paul J. Hayes, a member of the bar of this Court, moves to admit attorney Michael J. Ercolini to the bar of this court *pro hac* vice on behalf of Plaintiff. In support of this motion, the movant relies on the accompanying affidavit, which states that Michael J. Ercolini is a member in good standing of the bar of the State of New York, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is requested that the Court grant this motion to admit Michael J. Ercolini on behalf of Plaintiff to the bar of this Court *pro hac vice*.

Dated: December 27, 2019            Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Alex Breger (BBO #685537)
PRINCE LOBEL TYE LLP

                                            One International Place, Suite 3700
                                            Boston, MA 02110
                                            Tel: (617) 456-8000
                                            Email: phayes@princelobel.com
                                            Email: mvella@princelobel.com
                                            Email: kgannon@princelobel.com
                                            Email: dmcgonagle@princelobel.com
                                            Email: abreger@princelobel.com

                                            ATTORNEYS FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                            */s/ Paul J. Hayes*