UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC, | ) |
| | ) Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | ) |
| v. | ) |
| Google LLC, | ) |
| Defendant. | ) |

**AFFIDAVIT OF MICHAEL J. ERCOLINI IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Michael J. Ercolini, an active member in good standing of the bar of the State of New York, hereby requests to be admitted *pro hac vice* to represent the Plaintiff and certifies under oath that:

1. I am and have since 2012 been a member of the bar of the State of New York. I am also admitted to practice before the Eastern District of Texas.

2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

3. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct this 27th day of December 2019.

        */s/ Michael J. Ercolini*
        Michael J. Ercolini
        PRINCE LOBEL TYE LLP
        One International Place, Suite 3700
        Boston, MA 02110
        Tel: (617) 456-8000
        Fax: (617) 456-8100
        Email: mercolini@princelobel.com