## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Singular Computing LLC, | ) | |
| | ) | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Google LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff, Singular Computing LLC ("Singular"), moves this Court for a thirty day extension of the deadline for Defendant, Google LLC ("Google"), to file and serve its response to the Complaint in this action, from the current deadline of January 10, 2020, until February 10, 2020.

January 8, 2020

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Alex Breger (BBO #685537)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: abreger@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

3367922.v1

## CERTIFICATE OF CONSULTATION

I certify that, in accordance with L.R. 7.1(a)(2), counsel for Uniloc 2017 and counsel for Google LLC met and conferred in good faith regarding resolution of this motion.  Counsel for Google stated that they do not oppose this motion.

*/s/ Kevin Gannon*

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  In addition, I have sent a copy to counsel for Defendant, electronically, as follows:

> Asim Bhansali
> Kwun Bhansali Lazarus LLP
> 555 Montgomery Street, Suite 750
> San Francisco, CA 94111
> abhansali@kblfirm.com

*/s/ Kevin Gannon*