UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| Google LLC, | |
| Defendant. | |

**AGREED MOTION FOR FURTHER EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Google LLC ("Google") files this Agreed Motion for Further Extension of Time to Respond to Complaint seeking a 21-day extension of time for Google to answer or otherwise respond to Plaintiff's complaint ("the Complaint"). If granted, the current February 10, 2020 deadline for Google to answer or otherwise respond to the Complaint will be moved to February 28, 2020. The Court previously granted Plaintiff's unopposed 30-day extension to Google's time to answer or otherwise respond to the Complaint. *See* Dkt. No. 12. The 18-day extension requested by this agreed motion will not cause a material delay in this action. No party will be prejudiced by the additional extension requested.

WHEREFORE, Google respectfully requests that the Court grant this agreed motion to extend Google's time to answer or otherwise respond to the Complaint to February 28, 2020.

DATED: January 22, 2020            Respectfully submitted,

                                                   */s/ Gregory F. Corbett*
                                                   Gregory F. Corbett (BBO #646394)
                                                   gregory.corbett@wolfgreenfield.com

        Nathan R. Speed (BBO # 670249)
        nathan.speed@wolfgreenfield.com
        Elizabeth A. DiMarco (BBO #681921)
        elizabeth.dimarco@wolfgreenfield.com
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, MA 02210
        Telephone: (617) 646-8000
        Fax: (617) 646-8646

        *Attorneys for Defendant Google LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that, on January 17, 2020, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that Plaintiff does not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2020, a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

        */s/ Gregory F. Corbett*
        Gregory F. Corbett