# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## NOTICE OF APPEARANCE

Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court that Matthew D. Vella of Prince Lobel Tye, LLP, 357 S Coast Highway, Suite 200, Laguna Beach, CA 92651, is appearing on its behalf in the above-captioned matter.

Dated: February 21, 2020

Respectfully submitted,

*/s/ Matthew D. Vella*
Matthew D. Vella (BBO #660171)
PRINCE LOBEL TYE LLP
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 232-6375
Email: mvella@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Matthew D. Vella*

3421119.v1