IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

Date: February 28, 2020	Respectfully submitted,

*/s/ Gregory F. Corbett*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest*
rvannest@keker.com
Matthias Kamber*
mkamber@keker.com
Michelle Ybarra*
mkamber@keker.com
Jay Rapaport*
jrapaport@keker.com
Andrew Bruns*
abruns@keker.com
Deeva Shah*
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

Michael S. Kwun *(pro hac vice pending)*
mkwun@kblfirm.com
Asim Bhansali *(pro hac vice pending)*
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
(415) 630-2350

*Counsel for Defendant Google LLC*
*\*motions for pro hac vice to be filed*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2020, a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

>  */s/ Gregory F. Corbett*
>  Gregory F. Corbett