IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | C.A. No. 1:19-cv-12551-FDS |

## DEFENDANT GOOGLE LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Google LLC ("Google") hereby moves to dismiss all counts in Plaintiff Singular Computing LLC ("Singular") Complaint.

The Complaint alleges that Google infringes one or more claims of U.S. Patent Nos. 8,407,273, 9,218,156, and 10,416,961 ("the patents in suit"). As set forth more fully in the accompanying memorandum of law, the claims of the patents in suit are directed to patent-ineligible subject matter and thus invalid under 35 U.S.C. § 101. The Complaint's counts alleging infringement of the patents in suit should therefore be dismissed because they fail to state claims upon which relief can be granted.

WHEREFORE, Google respectfully requests that the Court GRANT this Motion and DISMISS WITH PREJUDICE Singular's Complaint.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Google respectfully requests that the Court hold oral argument on this motion, as Google believes that oral argument will assist the Court.

Date: February 28, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gregory F. Corbett*
　　　　　　　　　　　　　　　　　　　　Gregory F. Corbett (BBO #646394)
　　　　　　　　　　　　　　　　　　　　gregory.corbett@wolfgreenfield.com
　　　　　　　　　　　　　　　　　　　　Nathan R. Speed (BBO # 670249)
　　　　　　　　　　　　　　　　　　　　nathan.speed@wolfgreenfield.com
　　　　　　　　　　　　　　　　　　　　Elizabeth A. DiMarco (BBO #681921)
　　　　　　　　　　　　　　　　　　　　elizabeth.dimarco@wolfgreenfield.com
　　　　　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 646-8000
　　　　　　　　　　　　　　　　　　　　Fax: (617) 646-8646

　　　　　　　　　　　　　　　　　　　　Robert Van Nest*
　　　　　　　　　　　　　　　　　　　　rvannest@keker.com
　　　　　　　　　　　　　　　　　　　　Matthias Kamber*
　　　　　　　　　　　　　　　　　　　　mkamber@keker.com
　　　　　　　　　　　　　　　　　　　　Michelle Ybarra*
　　　　　　　　　　　　　　　　　　　　mkamber@keker.com
　　　　　　　　　　　　　　　　　　　　Jay Rapaport*
　　　　　　　　　　　　　　　　　　　　jrapaport@keker.com
　　　　　　　　　　　　　　　　　　　　Andrew Bruns*
　　　　　　　　　　　　　　　　　　　　abruns@keker.com
　　　　　　　　　　　　　　　　　　　　Deeva Shah*
　　　　　　　　　　　　　　　　　　　　dshah@keker.com
　　　　　　　　　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP
　　　　　　　　　　　　　　　　　　　　633 Battery Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111-1809
　　　　　　　　　　　　　　　　　　　　(415) 391-5400

　　　　　　　　　　　　　　　　　　　　Michael S. Kwun *(pro hac vice pending)*
　　　　　　　　　　　　　　　　　　　　mkwun@kblfirm.com
　　　　　　　　　　　　　　　　　　　　Asim Bhansali *(pro hac vice pending)*
　　　　　　　　　　　　　　　　　　　　abhansali@kblfirm.com
　　　　　　　　　　　　　　　　　　　　KWUN BHANSALI LAZARUS LLP
　　　　　　　　　　　　　　　　　　　　555 Montgomery Street, Suite 750
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　　　(415) 630-2350

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Google LLC*
　　　　　　　　　　　　　　　　　　　　*\*motions for pro hac vice to be filed*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

      I, Gregory F. Corbett, counsel for Defendant Google LLC, hereby certify that we have conferred with counsel for Singular Computing LLC to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.

Date: February 28, 2020                       */s/ Gregory F. Corbett*
                                                   Gregory F. Corbett (BBO No. 646394)
                                                   WOLF, GREENFIELD & SACKS, P.C.
                                                   600 Atlantic Avenue
                                                   Boston, MA 02210
                                                   617.646.8000 Phone
                                                   617.646.8646 Fax
                                                   gcorbett@wolfgreenfield.com

**CERTIFICATE OF SERVICE**

       I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


Date: February 28, 2020            */s/ Gregory F. Corbett*
                                              Gregory F. Corbett