IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>          Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>          Defendant. | C.A. No. 1:19-cv-12551-FDS |

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S
<u>MOTION TO DISMISS</u>**

Having reviewed Defendant Google LLC's ("Google's") Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), the Court hereby GRANTS the motion. It is further ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

Date: _____        _____
                                                                    F. DENNIS SAYLOR IV
                                                                    United States District Judge