IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No. 1:19-cv-12551-FDS |

### DECLARATION OF GREGORY F. CORBETT IN SUPPORT OF DEFENDANT GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE

I, Gregory F. Corbett, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney at the law firm of Wolf, Greenfield & Sacks, P.C. I represent Defendant Google LLC ("Google") in this case.

2. I make this declaration based on my personal knowledge and on a reasonable investigation of the facts relevant to this case. If called upon to testify regarding the facts in this Declaration, I am willing and able to do so.

3. Attached hereto as Exhibit A is a true and accurate copy of the 1985 version of the Institute of Electrical and Electronics Engineers ("IEEE") Standard for Floating-Point Arithmetic ("IEEE 754").

4. At my direction, a librarian working at Wolf, Greenfield & Sacks, P.C. purchased IEEE 754 from the IEEE's "Standards Store," a website provided by the IEEE from which IEEE standards may be purchased. The copy attached as Exhibit A was purchased from the following link, and subsequently downloaded as a PDF document:

https://www.techstreet.com/ieee/standards/ieee-754-1985?gateway_code=ieee&vendor_id=993&product_id=1777697.

Executed at Boston, MA on February 28, 2020.

                                                     ___*/s/ Gregory F. Corbett*_____
                                                        Gregory F. Corbett

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Date: February 28, 2020            */s/ Gregory F. Corbett*
                                            Gregory F. Corbett