## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Singular Computing LLC, | ) | |
| | ) | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Google LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JOINT MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO GOOGLE LLC'S MOTION TO DISMISS
### AND FOR LEAVE TO FILE REPLY BRIEF REGARDING SAME

Plaintiff Singular Computing LLC ("Singular") and Defendant Google LLC ("Google") file this Joint Motion for an Extension of Time for Singular to Respond to Google's Motion to Dismiss for Lack of Patentable Subject Matter (Dkt. No. 23) ("Motion to Dismiss") and for Google to file a reply brief regarding same. The Joint Motion seeks a 28-day extension of time for Singular to respond to the Motion to Dismiss. If granted, the current March 13, 2020 deadline for Singular to respond to the Motion to Dismiss will be moved to April 10, 2020.

Singular and Google also jointly request leave for Google to file a reply brief in support of the Motion to Dismiss on or before April 24, 2020.

The extensions requested by this Joint Motion will not cause a material delay in this action. No party will be prejudiced by the additional extensions requested.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to extend Singular's time to respond to the Motion to Dismiss to April 10, 2020 and permit Google to file a reply brief in support of the Motion to Dismiss on or before April 24, 2020.

March 6, 2020                              Respectfully submitted,

                                          */s/ Kevin Gannon*
                                          Paul J. Hayes (BBO #227000)
                                          Matthew D. Vella (BBO #660171)
                                          Kevin Gannon (BBO #640931)
                                          Daniel McGonagle (BBO #690084)
                                          Alex Breger (BBO #685537)
                                          PRINCE LOBEL TYE LLP
                                          One International Place, Suite 3700
                                          Boston, MA 02110
                                          Tel: (617) 456-8000
                                          Email: phayes@princelobel.com
                                          Email: mvella@princelobel.com
                                          Email: kgannon@princelobel.com
                                          Email: dmcgonagle@princelobel.com
                                          Email: abreger@princelobel.com

                                          ATTORNEYS FOR THE PLAINTIFF


                                          /s/      *Gregory F. Corbett*
                                          Gregory F. Corbett (BBO No. 646394)
                                          WOLF, GREENFIELD & SACKS, P.C.
                                          600 Atlantic Avenue
                                          Boston, MA 02210
                                          617.646.8000 Phone
                                          617.646.8646 Fax
                                          gcorbett@wolfgreenfield.com

                                          ATTORNEY FOR THE DEFENDANT

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that, on March 5, 2020, counsel for Plaintiff Singular Computing LLC and counsel for Defendant Google LLC conferred in good faith regarding resolution of this motion.  Both Parties agree to the relief sought by the other in this joint motion.

                                          */s/ Kevin Gannon*
                                          Kevin Gannon

                                          */s/ Gregory Corbett*
                                          Gregory Corbett

### CERTIFICATE OF SERVICE

I hereby certify that, on March 6, 2020, a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.


*/s/ Kevin Gannon*
Kevin Gannon