IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No. 1:19-cv-12551-FDS |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO GOOGLE LLC'S MOTION TO DISMISS AND FOR LEAVE TO FILE REPLY BRIEF REGARDING SAME**

Having reviewed the Parties Joint Motion for an Extension of Time to Respond to Google LLC's Motion to Dismiss and for Leave to File Reply Brief Regarding Same, the Court hereby GRANTS the motion.  It is further ORDERED that (i) Plaintiff may file a response to Defendants Motion to Dismiss (Dkt. 22) no later than April 10, 2020; and (ii) Defendant may file a Reply in support of the Motion to Dismiss no later than April 24, 2020.

BY THE COURT:

Date: _____        _____
                                     F. DENNIS SAYLOR IV
                                     United States District Judge