# EXHIBIT A

1373475.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No. 1:19-cv-12551-FDS |

**CERTIFICATION OF MATTHIAS A. KAMBER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthias A. Kamber, certify as follows:

1. I am a partner at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice in, including the Commonwealth Bar of Massachusetts; the State Bar of California; the State Bar of New York; the District of Columbia Bar; the U.S. Court of Appeals for the Federal Circuit; the U.S. District Court for the Southern District of New York; and the U.S. District Courts for the Northern and Southern Districts of California.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the penalties of perjury on this 18th day of March, 2020.

/s/ *Matthias A. Kamber*
Matthias A. Kamber

2