# EXHIBIT A

1373474.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

C.A. No. 1:19-cv-12551-FDS

**CERTIFICATION OF ROBERT A. VAN NEST
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Robert A. Van Nest, certify as follows:

    1.    I am a partner at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

    2.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including State Bar of California, Supreme Court of the United States, Court of Appeals for the Ninth Circuit, U.S. Court of Appeals, Federal Circuit, First Circuit and Fourth Circuit, U.S. District Court for the Central, Eastern, Northern, Southern District of California, Eastern District of Wisconsin and Eastern District of Texas.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

    4.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

    5.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 18th day of March, 2020.

                                                      /s/ *Robert A. Van Nest*
                                                      Robert A. Van Nest