# EXHIBIT A

1373477.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

C.A. No. 1:19-cv-12551-FDS

**CERTIFICATION OF JAY RAPAPORT
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jay Rapaport, certify as follows:

    1.    I am an associate at the law firm Keker, Van Nest & Peters LLP in San Francisco, California.

    2.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the Supreme Court of the United States; the California State Bar; the Ninth Circuit Court of Appeals; and the Northern, Central, and Southern Districts of California.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

    4.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

    5.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 18th day of March, 2020.

                                        /s/ *Jay Rapaport*
                                        Jay Rapaport

1373477.v1