IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS |

### [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE <u>AMENDED COMPLAINT</u>

Having reviewed Defendant Google LLC's ("Google") Unopposed Motion for an Extension of Time to Respond to the Amended Complaint, the Court hereby GRANTS the motion.

It is ORDERED that the deadline for Google to answer or otherwise respond to the Amended Complaint is extended to April 17, 2020.

It is further ORDERED that should Google file a motion to dismiss the amended complaint on or before April 17, 2020, then (i) Plaintiff may file a response to said motion to dismiss on or before May 15, 2020, and (ii) Google may file a reply brief in support of said motion to dismiss on or before May 29, 2020.

BY THE COURT:

Date: _____

F. DENNIS SAYLOR IV
United States District Judge