IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS |

**DEFENDANT GOOGLE LLC'S RULE 12(B)(6) MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PATENTABLE SUBJECT MATTER**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Google LLC ("Google") hereby moves to dismiss all counts in Plaintiff Singular Computing LLC ("Singular") First Amended Complaint.

The First Amended Complaint alleges that Google infringes one or more claims of U.S. Patent Nos. 8,407,273, 9,218,156, and 10,416,961 ("the patents in suit"). As set forth more fully in the accompanying memorandum of law, the claims of the patents in suit are directed to patent-ineligible subject matter and thus invalid under 35 U.S.C. § 101. The First Amended Complaint's counts alleging infringement of the patents in suit should therefore be dismissed because they fail to state claims upon which relief can be granted.

WHEREFORE, Google respectfully requests that the Court GRANT this Motion and DISMISS WITH PREJUDICE Singular's First Amended Complaint.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Google respectfully requests that the Court hold oral argument on this motion, as Google believes that oral argument will assist the Court.

Date: April 17, 2020               Respectfully submitted,

*/s/ Gregory F. Corbett*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (*admitted pro hac vice*)
rvannest@keker.com
Matthias Kamber (*admitted pro hac vice*)
mkamber@keker.com
Michelle Ybarra (*admitted pro hac vice*)
mkamber@keker.com
Jay Rapaport (*admitted pro hac vice*)
jrapaport@keker.com
Andrew Bruns (*admitted pro hac vice*)
abruns@keker.com
Deeva Shah (*admitted pro hac vice*)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

Michael S. Kwun (*admitted pro hac vice*)
mkwun@kblfirm.com
Asim Bhansali (*admitted pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
(415) 630-2350

*Counsel for Defendant Google LLC*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

  I, Gregory F. Corbett, counsel for Defendant Google LLC, hereby certify that we have conferred with counsel for Singular Computing LLC to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.

Date: April 17, 2020         */s/ Gregory F. Corbett*
                 Gregory F. Corbett (BBO No. 646394)
                 WOLF, GREENFIELD & SACKS, P.C.
                 600 Atlantic Avenue
                 Boston, MA 02210
                 617.646.8000 Phone
                 617.646.8646 Fax
                 gcorbett@wolfgreenfield.com

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Date: April 17, 2020                      */s/ Gregory F. Corbett*
                                                     Gregory F. Corbett