IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

       Plaintiff,

v.

GOOGLE LLC,

       Defendant.

C.A. No. 1:19-cv-12551-FDS

## [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S RULE 12(B)(6) MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PATENTABLE SUBJECT MATTER

Having reviewed Defendant Google LLC's ("Google's") Motion to Dismiss Plaintiff's

First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), the Court hereby GRANTS the

motion.  It is further ORDERED that the First Amended Complaint is DISMISSED WITH

PREJUDICE.

                                   BY THE COURT:

Date: _____

                                   F. DENNIS SAYLOR IV
                                   Chief United States District Judge