**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**DECLARATION OF KEVIN GANNON IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 12(b)(6)**
**MOTION TO DISMISS FOR LACK OF PATENTABLE SUBJECT MATTER**

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular").

2. I submit this declaration in support of Singular's opposition to the Rule 12(b)(6) Motion of defendant, Google LLC, to Dismiss for Lack of Patentable Subject matter. Dkt. No. 41.

3. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 8,407,273.

4. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 9,218,156.

5. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 10,416,961.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 15, 2020 at Boston, Massachusetts.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin Gannon*