# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Civil Action No. 1:19-cv-12551-FDS |

# [PROPOSED] ORDER DENYING
# DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS FOR
# LACK OF PATENTABLE SUBJECT MATTER

Before the Court is Defendant's Rule 12(b)(6) Motion to Dismiss for Lack of Patentable Subject Matter, Dkt. No. 41.  Being fully advised on the matter, the court hereby DENIES the Motion.

3469417.v1