UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**[PROPOSED] ORDER DENYING
<u>DEFENDANT'S REQUEST FOR JUDICIAL NOTICE</u>**

    Before the Court is Defendant's Request for Judicial Notice, Dkt. No. 42. Being fully advised on the matter, the court hereby DENIES the Motion.

3469419.v1