# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## PROPOSED SCHEDULING ORDER

| EVENT | PLANTIFF'S DATE | DEFENDANT'S DATE |
|---|---|---|
| Parties shall hold the Rule 26(f) Conference | July 2, 2020 | |
| Plaintiff shall serve its written settlement proposal to Defendant | July 10, 2020 | |
| Parties shall serve their Initial Disclosures | July 16, 2020 | |
| Parties shall submit a proposed Protective Order to the Court. | July 23, 2020 | |
| Parties shall submit a proposed ESI Order to the Court. | July 23, 2020 | |
| Plaintiff shall serve Preliminary Patent Disclosures (claim charts, file history, ownership, real parties in interest, etc.) [LR 16.6(d)(1)] | August 18, 2020 | September 4, 2020 |
| Deadline for conference on patent-related disclosures (both adequacy of plaintiff's disclosures and plan for defendant's disclosures) | September 8, 2020 | October 2, 2020 |
| Defendant shall serve Preliminary Patent Responses (Technical documents, non-infringement charts, invalidity contentions, etc.) [LR 16.6(d)(4)] | September 29, 2020 | November 6, 2020 |
| Plaintiff shall serve reply to Preliminary Patent Responses (validity allegations charts) | Not a requirement in Local Rules. | December 4, 2020 |
| Parties exchange claim terms and proposed constructions [LR 16.6(e)(1)(A)] | October 20, 2020 | December 18, 2020 |

| EVENT | PLANTIFF'S DATE | DEFENDANT'S DATE |
|---|---|---|
| Parties file Opening Claim Construction Briefs [LR 16.6(e)(2)] | November 24, 2020 | January 15, 2021 |
| Parties file Responsive Claim Construction Briefs [LR 16.6(e)(4)] | January 5, 2021 | February 26, 2021 |
| Parties file Joint claim construction and prehearing statement [LR 16.6(e)(1)(D)] | January 15, 2021 | March 12, 2021 |
| Deadline for amendments of the pleadings and joinder of additional parties | February 5, 2021 | March 26, 2021 |
| MARKMAN HEARING | ~ February 2021 (determined by the Court) | ~ April 2021 (determined by the Court) |
| Claim Construction Order | (determined by the Court) | |
| STATUS CONFERENCE | (determined by the Court) | |
| Deadline for serving written discovery | April 15, 2021 | July 23, 2021 |
| Close of Fact Discovery | May 14, 2021 | September 24, 2021 |
| Parties serve Opening Expert Reports | May 28, 2021 | October 22, 2021 |
| Parties serve Rebuttal Expert Reports | June 28, 2021 | November 19, 2021 |
| Close of Expert Discovery (including completion of expert depositions) | July 28, 2021 | December 17, 2021 |
| Deadline to file dispositive motions | August 25, 2021 | January 21, 2022 |
| HEARING re: Dispositive Motions | ~ October 2021 (determined by the Court) | (determined by the Court) |
| Parties file Joint Pre-Trial Memorandum | November 1, 2021 | ~3 wks before trial |
| PRE-TRIAL CONFERENCE | (determined by the Court) | |
| TRIAL | ~ December 2021 (determined by the Court) | (determined by the Court) |

## Procedural Provisions

1. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.  If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.**  Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days after service of the opposition memorandum.  Parties may otherwise file reply or surreply memoranda only with leave of court.  When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.**  The court has scheduled status conferences for case management purposes.  Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5. **Additional Conferences.**  Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.  Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Early Resolution of Issues.**  The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case.  Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7. **Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.