UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), plaintiff Singular Computing LLC and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 17, 2020

Respectfully submitted,

_____
Joseph Bates
Singular Computing LLC

Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes (BBO # 227,000)
Matthew D. Vella (BBO # 660,171)
Kevin Gannon (BBO # 640,931)
Daniel McGonagle (BBO # 690,084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com

**ATTORNEYS FOR THE PLAINTIFF**

CERTIFICATE OF SERVICE

    I certify that on July 17, 2020, I served this document on defendant by causing a copy to be sent via electronic mail to its counsel of record.

                                              */s/ Paul J. Hayes*