UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>         Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**PROPOSED ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER**

Having reviewed the parties Motion for an Extension of Time to File a Protective Order, the Court hereby GRANTS the motion.

It is ORDERED that the deadline for the parties to file a protective order is extended to August 6, 2020.


Date: _____    */s/* _____
                                    F. DENNIS SAYLOR IV
                                    United States District Judge


3514970.v1