UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**JOINT NOTICE AND MOTION FOR EXTENSION OF TIME TO FILE DISPUTED PROTECTIVE ORDER**

Plaintiff and Defendant in the above-referenced case hereby notify the Court that although they have reached agreement on most of the protective order, a few narrow disputes remain.  Therefore, the parties respectfully request a further one week extension of time from August 6, 2020 until August 13, 2020 to file a joint motion for entry of a disputed protective order with their respective positions set forth in the filing.

WHEREFORE, the Parties respectfully request that the Court grant this Motion to extend the time to file a motion for entry of a disputed protective order to August 13, 2020.

| | |
|---|---|
| Dated: August 6, 2020 | Respectfully submitted, |

                                                             */s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Alex Breger (BBO #685537)
Michael J. Ercolini (*pro hac vice*)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: abreger@princelobel.com
Email: mercolini@princelobel.com

ATTORNEYS FOR THE PLAINTIFF


*/s/ Gregory F. Corbett*
Gregory F. Corbett (BBO No. 646394)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
gcorbett@wolfgreenfield.com

ATTORNEY FOR THE DEFENDANT


<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                             */s/ Kevin Gannon*