UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**PROPOSED ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME TO FILE DISPUTED PROTECTIVE ORDER**

Having reviewed the parties Motion for an Extension of Time to File Disputed Protective Order, the Court hereby GRANTS the motion.

It is ORDERED that the deadline for the parties to file protective order is extended to August 13, 2020.

Date: _____    /s/ _____
F. DENNIS SAYLOR IV
United States District Judge

3519553.v1