# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S MOTION TO DEEM ADMITTED DEFENDANT'S INCOMPLETE AND NON-RESPONSIVE ANSWERS TO THE AMENDED COMPLAINT

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular").

2. I submit this declaration in support of Singular's Motion to Deem Admitted Defendant's Incomplete and Non-Responsive Answers to the Amended Complaint. Dkt. 53.

3. Attached as Exhibit A is a true and correct copy of a letter dated July 20, 2020, from Paul Hayes to Greg Corbett.

Dated: August 14, 2020            */s/ Kevin Gannon*

3525336.v1