# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## DECLARATION OF ANDREW BRUNS IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO MOTION TO DEEM ADMITTED

I, Andrew Bruns, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2. I make this Declaration in support of Google's Opposition to Singular Computing LLC's ("Singular") Motion to Deem Admitted. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as **Exhibit A** is a true and correct copy of a letter from Matthias Kamber to Paul Hayes, dated July 22, 2020.

4. Attached as **Exhibit B** is a true and correct copy of is a true and correct copy of a letter from Paul Hayes to Matthias Kamber, dated July 24, 2020.

5. On July 31, 2020, counsel for Google, Matthias Kamber and I, met and conferred with counsel for Singular, including Paul Hayes and Kevin Gannon, regarding Google's Amended Answer.

During that call, counsel for Singular stated that, if Google did not further amend its responses to Singular's Amended Complaint, Singular would move to deem admitted several paragraphs of Google's Amended Answer.  Counsel for Singular went on to state that it had identified authority to support such a remedy.  Counsel for Google asked counsel for Singular to identify that authority.  Counsel for Singular refused.

6. Attached as **Exhibit C** is a true and correct copy of an email from Matthias Kamber to Paul Hayes, dated August 3, 2020.

7. Attached as **Exhibit D** is a true and correct copy of a letter from Paul Hayes to Matthias Kamber, dated August 4, 2020.

8. Attached as **Exhibit E** is a true and correct copy of an excerpt of Defendant Google's Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-10), dated August 24, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed August 27, 2020, at Bozeman, Montana.

By: /s/ Andrew Bruns
    Andrew Bruns

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by email on the date of electronic filing.

Date:  August 28, 2020                */s/ Gregory F. Corbett*
                                            Gregory F. Corbett