# Exhibit D



Paul J. Hayes
Direct Dial: 617-456-8027
phayes@princelobel.com

August 4, 2020

<u>VIA EMAIL</u>

Matthias A. Kamber
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Re:     *Singular Computing LLC v. Google LLC*
         <u>Case No.:  1:19-cv-12551-FDS</u>

Dear Matthias:

Unfortunately you have left us with no alternative but to ask the court to order Google to comply with the rules. Irrespective of Google's wealth and dominant market power, it is not above complying with the law.

Best regards,

*/s/ Paul J. Hayes*

Paul J. Hayes

Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110
TEL: 617 456 8000
FAX: 617 456 8100

www.princelobel.com

3517745.v1