UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS |

NOTICE OF APPEARANCE

  Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court that Brian M. Seeve of Prince Lobel Tye, LLP, One International Place, Boston, MA 02110, is appearing on its behalf in the above-captioned matter.

Dated: September 10, 2020        Respectfully submitted,

                 */s/ Brian M. Seeve*
                 Brian M. Seeve (BBO #670455)
                 PRINCE LOBEL TYE LLP
                 One International Place
                 Boston, MA 02110
                 Tel: (617) 456-8000
                 Email: bseeve@princelobel.com

                 ATTORNEYS FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

  I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                 */s/ Brian M. Seeve*