# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551 FDS |
| Plaintiff, | Hon. F. Dennis Saylor IV |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## DEFENDANT GOOGLE LLC'S MOTION TO STAY
## PENDING *INTER PARTES* REVIEW

Defendant Google LLC ("Google") hereby moves to stay litigation pending *inter partes* review.  A memorandum of law in support of this motion is being filed contemporaneously herewith.

Defendant's counsel hereby certifies under Local Rule 7.1 that the parties conferred regarding this motion but were unable to resolve or narrow the issues.  Given the urgency of the motion and the focused issue it presents, Google does not request oral argument on its motion to stay and believes the Court can issue a decision based solely on the papers.  If, however, the Court believes oral argument would assist it in reaching a determination, Google would be happy to participate in such an argument.

WHEREFORE, Google respectfully requests that the Court GRANT this motion and STAY further proceedings, pending *inter partes* review.

//

//

//

Respectfully submitted,

Dated:  November 16, 2020

By:     */s/ Nathan R. Speed*
        Gregory F. Corbett (BBO #646394)
        gregory.corbett@wolfgreenfield.com
        Nathan R. Speed (BBO # 670249)
        nathan.speed@wolfgreenfield.com
        Elizabeth A. DiMarco (BBO #681921)
        elizabeth.dimarco@wolfgreenfield.com
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, MA 02210
        Telephone: (617) 646-8000
        Fax: (617) 646-8646

        Asim Bhansali (*pro hac vice*)
        abhansali@kblfirm.com
        KWUN BHANSALI LAZARUS LLP
        555 Montgomery Street, Suite 750
        San Francisco, CA 94111

        Matthias Kamber (*pro hac vice*)
        mkamber@keker.com
        KEKER, VAN NEST & PETERS LLP
        633 Battery Street
        San Francisco, CA 94111-1809

        *Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


Date: November 16, 2020                        */s/ Nathan R. Speed*
                                               Nathan R. Speed