# Exhibit 11

| | |
|---|---|
| **From:** | Gannon, Kevin <kgannon@princelobel.com> |
| **Sent:** | Friday, November 13, 2020 1:26 PM |
| **To:** | Andrew S. Bruns; singular@princelobel.com |
| **Cc:** | wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; kvp-singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC |

**[EXTERNAL]**

Matthias,

I write in response to your letter of November 11, 2020 to Paul Hayes.  As Paul indicated at the status conference, Singular is opposed to a stay of this matter in any form.

Thanks,
Kevin

**From:** Andrew S. Bruns [mailto:abruns@keker.com]
**Sent:** Wednesday, November 11, 2020 11:57 PM
**To:** Singular <Singular@princelobel.com>
**Cc:** wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; kvpsingular@keker.com
**Subject:** Singular Computing LLC v. Google LLC

Dear all:

Please find attached correspondence from Matthias Kamber to Paul Hayes.

Best,
Andy

---

**Andrew Bruns**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8821 direct | 415 391 5400 main
abruns@keker.com | vcard | keker.com
*Pronouns: he/him/his*

---

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at

617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.