IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

      Plaintiff,

v.

GOOGLE LLC,

      Defendant.

C.A. No. 1:19-cv-12551-FDS

**MOTION FOR ADMISSION OF ANNA PORTO *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(2), Gregory F. Corbett, a member in good standing of the bar of this Court, moves for the admission of Anna Porto *pro hac vice* as counsel for Defendant Google LLC, in the above-captioned matter.

The certification of Anna Porto is attached as Exhibit A, in which she states that: 1) she is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; 2) she is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar; 3) she has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and 4) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests an Order admitting Anna Porto to practice in this action *pro hac vice*.

Respectfully submitted,

Date: November 19, 2020

/s/ *Gregory F. Corbett*
Gregory F. Corbett (BBO No. 646394)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
gcorbett@wolfgreenfield.com

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Gregory F. Corbett
Gregory F. Corbett