# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | C.A. No. 1:19-cv-12551-FDS |

# CERTIFICATION OF ANNA PORTO
# IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anna Porto, certify as follows:

1. I am an associate at the law firm Keker, Van Nest & Peters in San Francisco, California.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the California State Bar and U.S. District Court, Northern District of California.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 19th day of November, 2020.

            /s/ *Anna Porto*
            Anna Porto