# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF SAMPLES OF THE ACCUSED PRODUCTS

Plaintiff, Singular Computing LLC ("Singular"), brings this Motion for an Order requiring defendant, Google LLC ("Google"), to produce to Singular samples of Google's TPUv2 and TPUv3 processing boards that Singular accuses of infringing the patents-in-suit. Defendant, Google LLC ("Google"), has refused Singular's numerous requests for such production. For the reasons set forth in the accompanying Memorandum of Law, the motion should be granted.

1

3585800.v1

Dated: November 19, 2020    Respectfully submitted,

/s/ Paul J. Hayes
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Brian M. Seeve (BBO #670455)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: bseeve@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Paul J. Hayes, hereby certify, pursuant to L.R. 7.1(a)(2), that counsel for both parties have conferred and attempted in good faith to resolve or narrow the issues raised in this motion.

/s/ Paul J. Hayes

CERTIFICATE OF SERVICE

I certify that on November 19, 2020, I served this document on Defendant by causing a copy to be sent via electronic mail to its counsel of record.

/s/ Paul J. Hayes