**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF SAMPLES OF**
<u>**THE ACCUSED PRODUCTS**</u>

Before the Court is the motion of plaintiff, Singular Computing LLC ("Singular"), for an Order requiring defendant, Google LLC ("Google"), to produce to Singular samples of Google's TPUv2 and TPUv3 processing boards that Singular accuses of infringing the patents-in-suit. Having reviewed the motion and all arguments and evidence submitted for an in opposition thereto, the Court finds that the motion has merit.  Accordingly, the Court hereby **GRANTS** the Motion and **ORDERS** Google to provide samples of the TPUv2 board and the TPUv3 board to Singular within ten (10) days of the date of this Order.

**SO ORDERED.**

Dated: _____, 2020

                                                        Hon. F. Dennis Saylor IV
                                                        United States Chief District Judge