# EXHIBIT B

                                                                    1

```
 1                   UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2

 3

 4    SINGULAR COMPUTING LLC,          )
                                       )
 5                   Plaintiff         )  Civil Action
                                       )
 6                                     )  No. 19-12551-FDS
      vs.                              )
 7                                     )
      GOOGLE LLC,                      )
 8                   Defendant         )

 9

10    BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV

11

12                  TELEPHONIC STATUS CONFERENCE

13

14

15        John Joseph Moakley United States Courthouse
                        1 Courthouse Way
16                      Boston, MA 02210

17
                         November 9, 2020
18                          2:00 p.m.

19

20

21

22

23            Valerie A. O'Hara, FCRR, RPR
                    Official Court Reporter
24        John Joseph Moakley United States Courthouse
                        1 Courthouse Way
25                      Boston, MA 02210
                    E-mail: vaohara@gmail.com
```

4

```
 1    have noticed, plaintiff has noticed seven depositions plus a
 2    30(b)(6).
 3              We have filed infringement contentions.  They have
 4    filed, I believe Friday, their non-infringement contentions,
 5    then invalidity contentions, and we worked out that they are
 6    going to provide us with a couple of samples of the product.
 7              An IPR has been recently filed.  We were notified a
 8    couple of like last week, that was just filed, and that's about
 9    it.  We're moving on here.  I would suspect that we should
10    begin depositions probably in December, the plaintiff will
11    anyway, Singular.
12              Once we get the few e-mails from the right people, we
13    will have a bunch of people to depose then, and there hasn't
14    really been any drastic disputes, so to speak.  We've all been
15    in this rodeo before, so to speak, so that's about it.
16              THE COURT:  All right.  Mr. Speed.
17              MR. SPEED:  Matthias is going to speak on our side.
18              THE COURT:  Okay.
19              MR. KAMBER:  Good afternoon, your Honor,
20    Matthias Kamber for Google.  I think Mr. Hayes is right in
21    terms of the general status of discovery.  I think two things
22    to clarify:  One, on e-mails, we are responding to them the
23    middle of this week with the iterations on search terms.  They
24    had provided search terms.  Some have too many hits.  We're
25    going to be providing some proposed edits to those search
```