# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MOTION TO STAY PENDING *INTER PARTES* REVIEW

I, Kevin Gannon, hereby declare as follows:

1.      I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular").  I submit this Declaration in support of Singular's Opposition to Google LLC's Motion to Stay Pending *Inter Partes* Review of the patents-in-suit herein.

2.      Attached hereto as Exhibit A is a true and correct copy of a document prepared by the United States Patent and Trademark Office titled "Trial Statistics IPR, PGR, CBM" dated September 2020 and downloaded from www.uspto.gov/ sites/default/files/documents/trial_statistics_20200930.pdf on or around November 24, 2020.

3591578.v1

3.      Attached as Exhibit B is a true and correct copy of Google LLC's

Responsive Contentions Regarding Non-Infringement and Invalidity dated

November 6, 2020.


I declare under the penalties of perjury under the laws of the United States of

America that the foregoing is true and correct to the best of my knowledge.


Dated: November 30, 2020                    */s/ Kevin Gannon*
                                             Kevin Gannon (BBO # 640931)