# EXHIBIT A



# Trial Statistics
## IPR, PGR, CBM

Patent Trial and Appeal Board
September 2020

UNITED STATES
PATENT AND TRADEMARK OFFICE



# Petitions by Trial Type
## (All Time: Sept. 16, 2012 to Sept. 30, 2020)



Trial types include Inter Partes Review (IPR), Post Grant Review (PGR), and Covered Business Method (CBM).



3

# Petitions Filed by Technology in FY20
## (FY20: Oct. 1, 2019 to Sept. 30, 2020)

Mechanical &
Business Method
396
26%

Chemical
98
7%

Bio/Pharma
78
5%

Design
20
1%

Electrical/Computer
921
61%

1,513
Total



4

# Petitions Filed by Month
## (Sept. 2020 and Previous 12 Months: Sept. 1, 2019 to Sept. 30, 2020)



# Institution Rates
## (FY13 to FY20: Oct. 1, 2012 to Sept. 30, 2020)



Institution rate for each fiscal year is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



6

# Institution Rates by Technology
## (All Time: Sept. 16, 2012 to Sept. 30, 2020)



Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



7

# Pre-Institution Settlements
## (FY13 to FY20: Oct. 1, 2012 to Sept. 30, 2020)



Settlement rate for each year is calculated by dividing pre-institution settlements by the sum of proceedings instituted, denied institution, dismissed, terminated with a request for adverse judgment, and settled before decision on institution.



8

# Post-Institution Settlements
## (FY13 to FY20: Oct. 1, 2012 to Sept. 30, 2020)



Settlement rate for each year is calculated by dividing post-institution settlements by proceedings terminated post-institution (i.e., settled, dismissed, terminated with a request for adverse judgment, and final written decision), excluding joined cases.



9

# Status of Petitions
## (All Time: Sept. 16, 2012 to Sept. 30, 2020)



These figures reflect the latest status of each petition. The outcomes of decisions on institution responsive to requests for rehearing are incorporated. Once joined to a base case, a petition remains in the Joined category regardless of subsequent outcomes.

uspto

10

# Outcome of Concluded Proceedings
## (All Time: Sept. 16, 2012 to Sept. 30, 2020)



Joined and dismissed cases are excluded.

11

