## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF SINGULAR COMPUTING LLC'S PRELIMINARY CLAIM CONSTRUCTION BRIEF

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular"). I submit this Declaration in support of Singular's Preliminary Claim Construction Brief.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,407,273.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 9,218,156.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 10,416,961.

5. Attached hereto as Exhibit D is a true and correct copy of John L. Hennessy and David A. Patterson, *Computer Architecture A Quantitative Approach*, p. 584

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

January 8, 2021            */s/ Kevin Gannon*

3619140.v1