# Exhibit A

# Gu-Yeon Wei

*Robert and Suzanne Case Professor of Electrical Engineering and Computer Science*
John A. Paulson School of Engineering and Applied Sciences, Harvard University
33 Oxford St, MD333, Cambridge, MA 02138
Tel. 617-384-8131, Fax. 617-496-6404
guyeon@eecs.harvard.edu, www.eecs.harvard.edu/~guyeon

*Fellow*
Samsung Research, Seoul, Korea
gy.wei@samsung.com

## RESEARCH OVERVIEW

My research focuses on various circuits and systems issues to enable high performance, energy efficiency, and robustness in next-generation computing systems from microrobots to datacenters.

## EDUCATION

| | | |
|---|---|---|
| Stanford University | Electrical Engineering | Ph.D. 2001 |
| Stanford University | Electrical Engineering | M.S. 1997 |
| Stanford University | Electrical Engineering | B.S. 1994 |

## RESEARCH AND PROFESSIONAL EXPERIENCE

**Samsung Research**, *Seoul, South Korea*                                                           2019-present
  Fellow

**Samsung Research**, *Seoul, South Korea*                                                           2018-2019
  Visiting Professor

**Harvard University**, *Cambridge, MA*                                                              2017-present
  Robert and Suzanne Case Professor of EE and CS, School of Engineering and Applied Sciences

**Harvard University**, *Cambridge, MA*                                                              2016-2018
  Area Chair for Electrical Engineering, School of Engineering and Applied Sciences

**Harvard University**, *Cambridge, MA*                                                              2009-2017
  Gordon McKay Professor of EE and CS, School of Engineering and Applied Sciences

**Harvard University**, *Cambridge, MA*                                                              2011-2012
  Dean for Academic Programs, School of Engineering and Applied Sciences

**Harvard University**, *Cambridge, MA*                                                              2006-2009
  Associate Professor, School of Engineering and Applied Sciences

**Harvard University**, *Cambridge, MA*                                                              2002-2006
  Assistant Professor, Division of Engineering and Applied Sciences

**Analog Devices, Inc.**, *Woburn, MA*                                                               2002–2004
  Design Engineering Consultant

**Accelerant Networks, Inc.**, *Beaverton, OR*                                                       2000–2001
  Senior Design Engineer

**Stanford University**, *Stanford, CA*                                                              1994-2000
  Research Assistant, Computer Systems Laboratory

## TEACHING EXPERIENCE

**Harvard University**, School of Engineering and Applied Sciences

*Topics in Mixed-Signal ICs* (ES271r)                                                          Fall 2006–present
   A reading course, intended for graduate students, covers different topics in mixed-signal IC design each
   semester such as high-speed links; impact of process variations in computing systems; digital-assist for
   analog; accelerator-centric SoC design; and devices, circuits, and systems for machine learning (Spring
   2021).

*Circuits, Devices, and Transduction* (ES152)                                                    Fall 2019–2020
   Modified from ES154, this is an introductory electronic devices and circuits course for Electrical Engi-
   neering concentrators at Harvard College. Introduces the fundamentals of semiconductor-based electronic
   devices (e.g., PN junctions, bipolar junction transistors, MOSFETs) and teaches the principles of analog
   circuit design primarily at the discrete circuit level.

*Introduction to VLSI Design* (CS148)                                                          Spring 2002–present
   In this course, students are exposed to the entire process of modern VLSI design, from the initial speci-
   fication of a machine in Verilog, down the physical layout. This course covers high-speed digital design
   techniques, low-power design, and the impact of process technology scaling. A comprehensive final
   design project integrates all of the topics covered throughout the semester.

*Advanced Custom VLSI Design* (CS248r)                                                        Spring 2004–present
   This course is taught concurrently with CS148, intended for graduate students. An additional weekly
   student-led paper discussion session covers advanced materials related weekly lecture topics. Completion
   of a final "custom" design project is required by the end of the semester.

*Computing Hardware* (CS141)                                                                        Fall 2017
   The main emphasis of this course is on the basic concepts of digital computing hardware and fundamental
   digital design principles and practices for computer systems. This course will cover topics ranging from
   logic design to machine organization and will address the impact of hardware design on applications and
   system software.

*Electronic Devices and Circuits* (ES154)                                              Fall 2002–2004, Spring 2016
   As a first course on electronic circuits and devices for Electrical Engineering concentrators at Harvard
   College, it introduces the fundamentals of semiconductor-based electronic devices (e.g., PN junctions,
   bipolar junction transistors, MOSFETs) and teaches the principles of analog circuit design at both discrete
   and integrated circuit levels.

*Introduction to EE* (ES50)                                                                        Fall 2015
   First course in electrical engineering that introduces students to broad range of EE concepts. ES50 fulfills
   a general education (GenEd) requirements science of the physical universe (SPU) and empirical and
   mathematical reasoning. Extensive use of laboratory work and an open-ended final project encourage
   students to actively engage with EE concepts and tools.

*Engineering Design Projects* (ES100)                                                            AY 2012-2014
   Individual engineering design projects, which demonstrate mastery of engineering knowledge and tech-
   niques. During the year, each student will pursue an appropriate capstone project culminating in a final
   oral presentation and final report/thesis.

**Stanford University**, Department of Electrical Engineering

*Digital MOS Circuits* (EE313)                                                                   Winter 2000
   This graduate-level course covers digital MOS circuit design concepts and techniques. Co-taught with
   Professor Mark Horowitz and Professor Res Saleh.

*VLSI Design Project and Testing* (EE272A&B)                                                 Winter/Spring 1997
   Advanced undergraduate/graduate-level VLSI design project course sequence co-taught with Dr. Ron Ho.

*Advanced VLSI Design* (EE371), Teaching Assistant                                                Spring 1995

*VLSI Design Project* (EE272A), Teaching Assistant                                                Winter 1995

## OTHER EXPERIENCE

**Qualcomm v. Apple**, ITC, Washington DC and Southern District of CA                    2018
  ITC-337-TA-1093 and SoCal #3:17-CV-2398
  Expert witness for complaintant

**Ziilabs v. Qualcomm**, ITC, Washington DC                                              2017
  ITC-337-TA-1037
  Expert witness for respondent

**Power Integrations, Inc. v. Fairchild**, District of Delaware                          2016–2019
  Damages retrial for 04-1371-JJF Regarding switching voltage regulators
  Consultant and supporting expert witness for defendant (Fairchild)

**Power Integrations, Inc. v. Fairchild**, Northern District of CA                       2015
  Damages retrial for 09-5235-MMC Regarding switching voltage regulators and analog circuit design
  Expert witness for defendant (Fairchild)

**Fairchild and SG v. Power Integrations, Inc.**, District of Delaware                   2014– 2015
  12-540-LPS Regarding switching voltage regulators and analog circuit design
  Expert witness for Fairchild and SG

**Tela Innovations v. Motorola et al.**, ITC, Washington DC                             2014
  ITC-337-TA-873 Standard Cell Libraries...
  Expert witness for respondents

**Tela Innovations v. TSMC.**, ITC, Washington DC                                        2014
  ITC-337-TA-906
  Expert witness for respondent

**Power Integrations, Inc. v. Fairchild**, Northern District of CA                       2014
  09-5235-MMC Regarding switching voltage regulators and analog circuit design
  Expert witness for defendant (Fairchild)

**Power Integrations, Inc. v. Fairchild**, District of Delaware                          2008–2012
  08-309-JJF Regarding switching voltage regulators and analog circuit design
  Expert witness for defendant (Fairchild)

**Linear Technology, Corp. v. Advanced Analogic Technologies, Inc.**, Washington DC      2006–2009
  ITC Proceeding—In the matter of certain voltage regulators, components and products containing same
  Expert witness for respondents (AATI)

**Power Integrations, Inc. v. Fairchild**, District of Delaware                          2005–2007
  04-1371-JJF Regarding switching voltage regulators
  Consultant and supporting expert witness for defendant (Fairchild)

## PUBLICATIONS

The most complete and up-to-date list of publications (e.g. unpublished arXiv, peer-reviewed journal, peer-reviewed conference, magazine, and workshop articles) and patents can be found on google scholar.