# Exhibit 13

| | |
|---|---|
| **From:** | Matthias Kamber |
| **Sent:** | Thursday, October 22, 2020 2:52 PM |
| **To:** | Gayle-Luz, Keisha; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; Andrew S. Bruns; Christopher S. Sun; Deeva V. Shah; Jay Rapaport; Patty Lemos; Michelle Ybarra; Robert Van Nest; Anna Porto; wgs-singularv.google@wolfgreenfield.com |
| **Cc:** | phayes@princelobel.com; mvella@princelobel.com; kgannon@princelobel.com; singular@princelobel.com; Seeve, Brian |
| **Subject:** | RE: Singular Computing LLC  v. Google LLC - C.A. No. 1:19-cv-12551-FDS - Singular Production Volume 003 |

Counsel,

Following up on the production of the testing code last week, could you please let us know the following:

- What compiler command line was used to compile the source code into the executable code used for the test(s) underlying the infringement contentions?
- What hardware was used to run the tests, including the particular GPU?
- What command-line arguments were used to run the executable code?

Without this information we're not sure how to try to replicate the test data.

Thanks,

Matthias

**From:** Gayle-Luz, Keisha <kgayleluz@princelobel.com>
**Sent:** Friday, October 16, 2020 8:32 AM
**To:** abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; Andrew S. Bruns <ABruns@keker.com>; Christopher S. Sun <CSun@keker.com>; Deeva V. Shah <DShah@keker.com>; Jay Rapaport <JRapaport@keker.com>; Patty Lemos <PLemos@keker.com>; Michelle Ybarra <MYbarra@keker.com>; Matthias Kamber <MKamber@keker.com>; Robert Van Nest <RVanNest@keker.com>; Anna Porto <APorto@keker.com>; wgs-singularv.google@wolfgreenfield.com
**Cc:** phayes@princelobel.com; mvella@princelobel.com; kgannon@princelobel.com; singular@princelobel.com
**Subject:** Singular Computing LLC v. Google LLC - C.A. No. 1:19-cv-12551-FDS - Singular Production Volume 003

**[EXTERNAL]**

Dear Counsel:

Below please find a link to an SFTP site containing Singular's production volume SINGULAR_003, bearing Bates numbers SINGULAR-00006379 - SINGULAR-00006385.

| SFTP Client Address: | sftp://sftp.bdoconsulting.com     port: 8000 |
|---|---|
| Web URL: | https://sftp.bdoconsulting.com/thinclient |
| Username: | **Singular_Prods_User01** |
| Password: | **kW@ROmU56$7oahd** |

The password for the production zip file will follow in a separate email.

Best regards,

**Keisha Gayle-Luz**
Paralegal



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8070 Direct
kgayleluz@princelobel.com



---

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.