# Exhibit 14

| | |
|---|---|
| **From:** | Seeve, Brian <bseeve@princelobel.com> |
| **Sent:** | Wednesday, November 18, 2020 4:52 PM |
| **To:** | Matthias Kamber |
| **Cc:** | singular@princelobel.com; mkwun@kblfirm.com; abhansali@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular |
| **Subject:** | Re: Singular v. Google - Singular test code |

**[EXTERNAL]**

Dear Matthias,

All of the information you requested is contained in lines 6 and 7 of the testing code we produced to Google over a month ago (the lines that begin "// nvcc …" and "// sudo …").

Please let us know if you wish to discuss further.

Best,

- Brian

> On Nov 18, 2020, at 5:31 PM, Matthias Kamber <mkamber@keker.com> wrote:
>
> Counsel,
>
> Following up on the below and our repeated requests, please confirm that you will provide the requested information and let us know when.
>
> Regards,
>
> Matthias
>
>> On Nov 11, 2020, at 5:03 PM, Matthias Kamber <MKamber@keker.com> wrote:
>>
>> Counsel,
>>
>> Following up on Singular's production of the testing code cited in its Amended Complaint and infringement contentions, and reiterating our prior requests, please let us know the following (or identify line numbers for where in the code this is disclosed, as you have suggested in your related letters):
>>
>> - What compiler command line was used to compile the source code into the executable code used for the test(s) underlying the infringement contentions?
>> - What hardware was used to run the tests, including the particular GPU?
>> - What command-line arguments were used to run the executable code?

1

As discussed last week, we are happy to answer similar questions about the test code files produced with Google's responsive contentions.

Regards,

Matthias

---

**Matthias Kamber**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6635 direct | 415 391 5400 main
mkamber@keker.com | vcard | keker.com
Pronouns: he, him, his

---

This email is intended for the confidential use of the
addressees only. Because the information is subject to the
attorney-client privilege and may be attorney work product,
you should not file copies of this email with publicly
accessible records. If you are not an addressee on this
email or an addressee's authorized agent, you have received
this email in error; please notify us immediately at
617 456 8000 and do not further review, disseminate or copy
this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or
information included in this message or any attachment is
not intended to be, and may not be, used to avoid tax
penalties or to promote, market, or recommend any
transaction, matter, entity, or investment plan discussed
herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax
structure of any transaction addressed herein.