# Exhibit 20

## Document to be Filed Under Seal