# Exhibit 21

## Document to be Filed Under Seal