# Exhibit 22

## Document to be Filed Under Seal