# Exhibit 23

# Document to be Filed Under Seal