# Exhibit 24

## Document to be Filed Under Seal