# Exhibit 25

## Document to be Filed Under Seal