# Exhibit 26

## Document to be Filed Under Seal