# Exhibit 27

# Document to be Filed Under Seal