UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

# PLAINTIFF SINGULAR COMPUTING LLC'S RESPONSE TO GOOGLE'S PROPOSED PROTECTIONS <u>REGARDING THE PRODUCTION OF SAMPLES</u>

Plaintiff, Singular Computing LLC, hereby offers the following proposed revisions to the Proposed Protections Regarding the Production of Samples submitted by Defendant, Google LLC ("Google"):

> "Physical samples shall be stored in a manner that adequately addresses the security of Google's proprietary hardware. Specifically, Singular shall ~~(i)~~ store physical samples ~~as well as related notes, photographs, videos or other documentation~~ at Prince Lobel's office in a manner that prevents unauthorized access or inspection (e.g., in a locked room or cabinet when not in use)~~; and (ii) maintain a log of any access to or inspection of the physical samples~~."

1

Dated: January 22, 2021                Respectfully submitted,

               */s/ Paul J. Hayes*
               Paul J. Hayes (BBO #227000)
               Matthew D. Vella (BBO #660171)
               Kevin Gannon (BBO #640931)
               Daniel McGonagle (BBO #690084)
               Brian M. Seeve (BBO #670455)
               **PRINCE LOBEL TYE LLP**
               One International Place, Suite 3700
               Boston, MA 02110
               Tel: (617) 456-8000
               Fax: (617) 456-8100
               Email: phayes@princelobel.com
               Email: mvella@princelobel.com
               Email: kgannon@princelobel.com
               Email: dmcgonagle@princelobel.com
               Email: bseeve@princelobel.com

               ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

   I certify that on January 22, 2021, I served this document on defendant, Google LLC, by causing a copy to be sent via electronic mail to its counsel of record via the Court's ECF system.

               */s/ Paul J. Hayes*