# EXHIBIT C

```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


SINGULAR COMPUTING, LLC,         )
                                 )
              Plaintiff          )
                                 ) No. 1-19-CV-12551-FDS
vs.                              )
                                 )
GOOGLE, LLC,                     )
                                 )
              Defendant.         )


        BEFORE THE HONORABLE F. DENNIS SAYLOR, IV
               UNITED STATES DISTRICT JUDGE
             SCHEDULING CONFERENCE VIA ZOOM




      John Joseph Moakley United States Courthouse
                    Courtroom No. 10
                   One Courthouse Way
               Boston, Massachusetts 02210




                     July 24, 2020
                       11:00 a.m.



              Kristin M. Kelley, RPR, CRR
                 Official Court Reporter
      John Joseph Moakley United States Courthouse
              One Courthouse Way, Room 3209
               Boston, Massachusetts 02210
                E-mail: kmob929@gmail.com

      Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:
 2
 3            Paul J. Hayes
 4            Kevin Gannon
 5            Prince Lobel Tye, LLP
 6            One International Place
 7            Suite 3700
 8            Boston, Massachusetts 02110
 9            617-456-8000
10            phayes@princelobel.com
11            kgannon@princelobel.com
12            for Plaintiff.
13
14            Matthias A. Kamber
15            Keker, Van Nest & Peters, LLP
16            633 Battery Street
17            San Francisco, CA 94111
18            415-391-5400
19            mybarra@keker.com
20            for Defendant.
21
22
23
24
25
```

disentangle everything.  We have lots of matters that are backed up.  One of the things that we're dealing with at the same time is what happens to the large, complicated civil trials.  This case is, of course, very far away from trial but it could be effected by all this.  So it may be some time before I'm even in a position to think about scheduling a trial or what that would look like.

Just to give you a flavor of it, we're looking at could we do something off site in a performing auditorium or ballroom or something where we could have social distancing, but the complicated teams and backups that most of these types of trials tend to need is difficult.

So I'm not going to set a trial date.  Going forward, obviously one of the things you all will have to think about, in case this happens for a long time, which it may, is whether a bench trial makes sense.  All of that is, of course, down the road.

Changing subjects, on the question of whether or not I'm going to request Singular to file a response to Google's validity intentions, I think I'll could do it more conventionally and permit Google to serve a contingent interrogatory, presumably after the claim construction order, although it's not clear that it has to happen in that order, at least not clear to me.  In any event, rather than have a formal court order, I'm going to deal with it in terms of a contingent