IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

**DECLARATION OF ANDREW BRUNS IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL**

1643131

I, Andrew Bruns, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2. I make this Declaration in support of Google's Reply Brief in Support of its Motion to Compel. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as **Exhibit A** is a true and correct copy of an email my colleague Jay Rapaport to counsel for Singular on February 2, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed February 4, 2021, at Portland, Oregon.

By:  /s/ Andrew Bruns  
      Andrew Bruns

1643131