# Exhibit A

| | |
|---|---|
| **From:** | Jay Rapaport |
| **To:** | singular@princelobel.com |
| **Cc:** | abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular |
| **Subject:** | Singular Computing LLC v. Google LLC |
| **Date:** | Tuesday, February 2, 2021 5:14:27 PM |

Kevin,

Thank you for your time today. I write to summarize our conversation:

- Consistent with Singular's representations in its response to Google's motion to compel, Singular will (1) supplement its response to Google's Interrogatory No. 11 with the information Singular has supplied concerning commercialization efforts, and (2) produce the requested simulation code and results. Singular will serve the supplemental interrogatory response either today or tomorrow, and anticipates providing the simulation code and results soon after, possibly next week.

- You believe that the emulator code from BAE has been loaded and is now available for inspection, but will reach out to Brian and confirm that's the case shortly.

- Your firm will be making a large production of material from Intrinsix by the end of this week.

- Your firm will be representing Mark Beal in connection with Google's subpoena; we will coordinate with you on the timing of a deposition and work cooperatively to find a mutually agreeable time.

- You did not know Singular's position on Google's request to apply search terms to Intrinsix custodians, but will reach out to Michael and get us a response on that issue shortly.

Best,

Jay


**Jay Rapaport**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 676 2355 direct | 415 391 5400 main
jrapaport@keker.com | vcard | keker.com
Pronouns: he, him, his