## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

**DECLARATION OF ANDREW BRUNS IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Andrew Bruns, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2. I make this Declaration in support of Google's Reply to Plaintiff's Claim Construction Brief. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as **Exhibit A** is a true and correct copy of an excerpt from Lars Wanhammer, *DSP Integrated Circuits* (1999).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed February 8, 2021, at Mill Valley, California.

By: */s/ Andrew Bruns*
Andrew Bruns

1640540