# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## DECLARATION OF BRIAN SEEVE IN SUPPORT OF
## PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular").

2. I submit this declaration in support of Singular's Reply Claim Construction Brief.

3. Attached as Exhibit 1 is a true and correct copy of Xuan Zhang, David Brooks, Gu-Yeon Wei, "A 20μW 10MHz Relaxation Oscillator with Adaptive Bias and Fast Self-Calibration in 40nm CMOS for Micro-Aerial Robotics Application."

4. Attached as Exhibit 2 is a true and correct copy of an excerpt from the Petition for *Inter Partes* Review ("IPR") in IPR2021-165.

5. Attached as Exhibit 3 is a true and correct copy of an excerpt from the Petition for IPR in IPR2021-164.

6. Attached as Exhibit 4 is a true and correct copy of an excerpt from the Petition for IPR in IPR2021-155.

7. Attached as Exhibit 5 is a true and correct copy of an excerpt from the Petition for IPR in IPR2021-154.

8. Attached as Exhibit 6 is a true and correct copy of an excerpt from the Petition for IPR in IPR2021-179.

9. Attached as Exhibit 7 is a true and correct copy of an excerpt from the Petition for IPR in IPR2021-178.

10. Attached as Exhibit 8 is a true and correct copy of an excerpt from the Declaration of Richard Goodin filed in IPR in IPR2021-165.

11. Attached as Exhibit 9 is a true and correct copy of an excerpt from the Declaration of Richard Goodin filed in IPR in IPR2021-164.

12. Attached as Exhibit 10 is a true and correct copy of an excerpt from the Declaration of Richard Goodin filed in IPR in IPR2021-155.

13. Attached as Exhibit 11 is a true and correct copy of an excerpt from the Declaration of Richard Goodin filed in IPR in IPR2021-154.

14. Attached as Exhibit 12 is a true and correct copy of an excerpt from the Declaration of Richard Goodin filed in IPR in IPR2021-179.

15. Attached as Exhibit 13 is a true and correct copy of an excerpt from the Declaration of Richard Goodin filed in IPR in IPR2021-178.

16. Attached as Exhibit 14 is a true and correct copy of <u>Linpack performance Haswell E (Core i7 5960X and 5930X)</u> downloaded from web on or around February 8, 2021.

17. Attached as Exhibit 15 is a true and correct copy of excerpts from the Oxford Dictionary of Statistics.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 8, 2021 at Boston, Massachusetts.

*/s/ Brian Seeve*