# EXHIBIT 2

Paper No. __

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

GOOGLE LLC,
Petitioner,

v.

SINGULAR COMPUTING LLC,
Patent Owner.

_____

Case No. IPR2021-00165
Patent No. 9,218,156

_____

**PETITION FOR INTER PARTES REVIEW
UNDER 35 U.S.C. §§ 311-319 AND 37 C.F.R. § 42.1 et seq**

Engineering, Applied Mathematics, or the equivalent, and at least two years of academic or industry experience in computer architecture.  More education could substitute for experience, and vice versa.  Goodin, ¶¶ 43-44.  If the Board determines the '156 patent is only entitled to its 2013 actual filing date, a POSA in 2013 would have had the same or greater level of skill as in 2009, so the challenged claims would have been obvious for the same reasons discussed herein.  Goodin, ¶ 45.

      C.    **Claim Construction**

Claim terms are construed herein using the standard used in civil actions under 35 U.S.C. § 282(b), and have been given their ordinary and customary meaning as understood by a POSA in accordance with the specification and prosecution history.  37 C.F.R. § 42.100(b).

      D.    **Prosecution History**

The examiner allowed the challenged claims, and the claims in all other applications in the priority chain, without substantively discussing any prior art.  Ex. 1042, 164-166; Ex. 1043, 164-167; Ex. 1002, 404-406.

**V.**    **<u>GROUND 1</u>:  CLAIMS 1-2 AND 16 WOULD HAVE BEEN OBVIOUS OVER DOCKSER**

The '156 patent admits LPHDR execution units were known but alleges they were considered "not useful."  '156 patent, 6:63-7:16; Goodin, ¶ 184.  The patent purports to encompass the idea "that LPHDR arithmetic is useful in several