# EXHIBIT 4

Paper No. __

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

GOOGLE LLC,
Petitioner,

v.

SINGULAR COMPUTING LLC,
Patent Owner.
_____

Case No. IPR2021-00155
Patent No. 10,416,961
_____

**PETITION FOR INTER PARTES REVIEW
UNDER 35 U.S.C. §§ 311-319 AND 37 C.F.R. § 42.1 et seq**

### B.     Person of Ordinary Skill in the Art ("POSA")

This Petition demonstrates the challenged claims' unpatentability even assuming the '961 patent were entitled to a 2009 priority date.  A POSA in 2009 would have had at least a bachelor's degree in Electrical Engineering, Computer Engineering, Applied Mathematics, or the equivalent, and at least two years of academic or industry experience in computer architecture.  More education could substitute for experience, and vice versa.  Goodin, ¶ 43.  If the Board determines the '961 patent is only entitled to its 2018 actual filing date, a POSA in 2018 would have had the same or greater level of skill as in 2009, so the challenged claims would have been obvious for the same reasons discussed herein.  Goodin, ¶ 45.

### C.     Claim Construction

Claim terms are construed herein using the standard used in civil actions under 35 U.S.C. § 282(b), and have been given their ordinary and customary meaning as understood by a POSA in accordance with the specification and prosecution history.  37 C.F.R. § 42.100(b).

### D.     Prosecution History

The examiner allowed the challenged claims, and the claims in all other applications in the priority chain, without substantively discussing any prior art.  Ex. 1042, 164-166; Ex. 1043, 164-167; Ex. 1044, 404-406; Ex. 1045, 247-268; Ex. 1046, 248-252; Ex. 1002, 267-268.