```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


  Singular Computing LLC,           )
                    Plaintiff,      )
                                    )
  vs.                               )  No. 19-CV-12551
                                    )
  Google LLC,                       )
                    Defendant.      )




           BEFORE THE HONORABLE F. DENNIS SAYLOR IV
           UNITED STATES CHIEF DISTRICT COURT JUDGE
                STATUS CONFERENCE BY TELEPHONE




         John Joseph Moakley United States Courthouse
                       One Courthouse Way
                   Boston, Massachusetts 02210


                        February 23, 2021
                           10:10 a.m.




                  Kathleen Mullen Silva, RPR, CRR
                       Official Court Reporter
         John Joseph Moakley United States Courthouse
                  One Courthouse Way, Room 7209
                   Boston, Massachusetts 02210
                  E-mail: kathysilva@verizon.net

           Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:

 2          Prince Lobel Tye LLP
            Paul J. Hayes, Esq.
 3          One International Place, Suite 3700
            Boston, Massachusetts 02110
 4          617.456.8000
            for Plaintiff
 5


 6          Wolf, Greenfield & Sacks, PC
            Nathan R. Speed, Esq.
 7          600 Atlantic Avenue
            Boston, Massachusetts 02210
 8          617.646.8275
            and
 9          Keker & Van Nest LLP
            Matthias A. Kamber, Esq.
10          633 Battery Street
            San Francisco, California 94111
11          415.391.5400
            and
12          Kwun Bhansali Lazarus LLP
            Asim M. Bhansali, Esq.
13          555 Montgomery Street, Suite 750
            San Francisco, California 94111
14          415.630.2350
            for Defendant
15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

THE CLERK: Court is now on the record in the matter of Singular Computing LLC v. Google LLC, Civil Action 19-12551.

Participants are reminded that photographing, recording and rebroadcasting of this hearing is prohibited and may result in sanctions.

Will counsel please identify yourselves for the record starting with the plaintiff.

MR. HAYES: Paul Hayes for Singular.

THE COURT: Good morning.

MR. HAYES: Good morning, Judge.

MR. SPEED: Good morning, Your Honor. This is Nathan Speed on behalf of the defendant Google from Wolf, Greenfield & Sacks. I'm joined by Matthias Kamber from Keker Van Nest and Asim Bhansali from Kwun Bhansali Lazarus.

THE COURT: Good morning.

MR. HAYES: Good morning, Your Honor.

MR. SPEED: Good morning.

THE COURT: This is a status conference in this case. The parties have filed a joint claim construction statement, which I've reviewed. It looks like we're on track for our Markman hearing on March 31.

I think that is set for 9:00 in the morning, if I have that right. I have an event at noon, a Zoom call to the Bar, which I do periodically with pandemic updates. Sometimes they

```
 1   have a thousand people on the Zoom call.  So I don't want to
 2   leave a thousand people waiting.  So that is our outer limit.
 3   I'll give the parties an hour each.  You said you're going to
 4   need the full hour.
 5           I'm guessing, at least from my standpoint, the stuff
 6   is a little complicated.  Why don't we do this:  I have
 7   something less than three hours, meaning I have two hours and
 8   50 minutes, let's call it.  Why don't I give each side an hour
 9   and 15 minutes, if you need it.  You can reserve 15 minutes for
10   reply or whatever.  And that gives me a few minutes of wiggle
11   room in case we need it.  And that will be the allotted time.
12           Is there anything else that we should take up while I
13   have you here?  Mr. Hayes, anything from your end?
14           MR. HAYES:  Nothing in particular, Judge.  We set
15   forth some type of agreed schedule for this Markman hearing as
16   to who does what.  I assume that the court is okay with that.
17           THE COURT:  Yeah.  That's perfectly fine.  Yes.  Thank
18   you.
19           MR. HAYES:  Then other than that, everything seems to
20   be working along.
21           So you know, we have a dep the 10th, and we'll
22   probably have another one this year -- this month, and then --
23           THE COURT:  This year.  Geez, let's go faster than
24   that.
25           MR. HAYES:  If it was up to me -- I'm the plaintiff,
```

 1  Judge, I'll talk to them tomorrow, do all of them tomorrow.
 2         But in any event, I think everybody is working pretty
 3  well together and there's no real moaning and groaning, I
 4  think, so far.
 5         THE COURT:  Well, that's music to my ears.
 6         And from the defense?
 7         MR. KAMBER:  Your Honor, Matthias Kamber on behalf of
 8  Google.  There is one issue for which we need a little guidance
 9  in advance of the Markman hearing.
10         As Mr. Hayes mentioned depositions, we have asked for
11  a deposition, the expert declaration and so forth.  Singular's
12  responded, and we expect to get that.
13         The question is really for the court, which is rather
14  than spring any new evidence beyond the briefing on the court
15  at the hearing itself, we wondered whether you would be
16  amenable to having sort of supplemental briefs on the order of
17  five to eight pages that would allow us to reference the
18  deposition testimony, as well as perhaps some positions that
19  Singular has taken in its patent owner's preliminary response
20  in the IPRs that are relevant to the claim construction issues
21  before the court.
22         THE COURT:  Okay.  I have no problem with that, but
23  let's make it a page limit of eight pages, and why don't we
24  have that on file no later than Monday, March 15.
25         MR. HAYES:  The only thing I would have, Judge, given

```
 1    what my brother just had to say, is that Singular doesn't see
 2    any particular need for the depositions of respective experts.
 3    Both experts have submitted declarations in this case, and
 4    that's the issue on the declarations as to what they had or
 5    don't say.  And to go into now an entire discovery phase of
 6    depositions particularly when both parties agree we're not
 7    going to use the live testimony of the depositions and we're
 8    going to stand on the declarations, I think it's a waste of
 9    time.
10            THE COURT:  Well, you know, it may be.  I can't really
11    judge that.  I generally feel, within reason, if somebody wants
12    to say something, I'll let them say it, again within reason,
13    which is why eight pages sounds to me like the outer limit,
14    and, you know, I guess I'll say that both sides going forward,
15    you know, pick your spots carefully.  I am drowning in words.
16    As I remind law clerks, millions of them come pulling in over
17    the transom metaphorically, you know, and I can only read so
18    much and do so much, but if you have a point you think you need
19    to make, I'll let you make it.  Have mercy on the judge and his
20    clerks is the principal rule.  Okay.
21            MR. KAMBER:  Your Honor, thank you.  That's why I
22    wanted to ask first.  We appreciate it.
23            THE COURT:  All right.  Anything else?
24            MR. HAYES:  That's about it, Judge.  Thank you.
25            MR. SPEED:  Thank you, Your Honor.
```

```
 1              THE COURT:  Anything else, then we will reconvene on
 2    March 31, and, again, if you think a quick conference is
 3    necessary, you know, for guidance or to resolve a dispute
 4    between now and then, contact the clerk, and we'll try to set
 5    something up.
 6              MR. HAYES:  Thank you, Judge.
 7              MR. KAMBER:  Okay.  Thank you, Your Honor.
 8              THE COURT:  Okay.  Thank you.
 9    (Proceedings adjourned at 10:16 a.m.)
```

```
 1                      C E R T I F I C A T E

 2

 3

 4    UNITED STATES DISTRICT COURT )

 5    DISTRICT OF MASSACHUSETTS    )

 6

 7

 8            I certify that the foregoing is a correct transcript

 9    from the record of proceedings taken February 23, 2021 in the

10    above-entitled matter to the best of my skill and ability.

11

12

13

14    /s/ Kathleen Mullen Silva                        3/5/21

15

16    Kathleen Mullen Silva, RPR, CRR                   Date
      Official Court Reporter
17

18

19

20

21

22

23

24

25
```