# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

# **PLAINTIFF'S SUPPLEMENTAL CLAIM CONSTRUCTION STATEMENT**

Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Brian M. Seeve (BBO #670455)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: bseeve@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

Plaintiff, Singular Computing LLC ("Singular"), respectfully submits this supplemental claim construction statement.

At the February 23, 2021 Status Conference, counsel for defendant, Google LLC ("Google"), requested leave to file a supplemental claim construction brief once Google takes the deposition of Singular's technical expert herein, Dr. Khatri and to address positions taken by Singular in the ongoing *Inter Partes* Review ("IPR") proceedings. Counsel for Google did not identify any alleged inconsistencies between Singular's position here and in the IPR proceedings. Neither is counsel for Singular aware of any such inconsistencies. Pursuant to Google's request, the Court ordered that the parties may file an "8 page supplemental brief re expert depositions due by 3/15/2021." *See* Dkt. No. 139.

Google took the deposition of Singular's expert, Dr. Khatri, on March 12, 2021. The deposition did not reveal any alleged inconsistencies. Accordingly, Singular is left to simply speculate as to what Google is up to. Unaware of any alleged inconsistencies, Singular is currently unable to prepare a supplemental claim construction brief addressing same.

To the extent Google, in its third brief, seeks to raise purported inconsistencies or new claim construction arguments, Singular will move for leave to respond accordingly.

| | |
|---|---|
| Dated: March 15, 2021 | Respectfully submitted, |

                                                */s/ Paul J. Hayes*
                                                Paul J. Hayes (BBO #227000)
                                                Matthew D. Vella (BBO #660171)
                                                Kevin Gannon (BBO #640931)
                                                Daniel McGonagle (BBO #690084)
                                                Brian M. Seeve (BBO #670455)
                                                **PRINCE LOBEL TYE LLP**
                                                One International Place, Suite 3700
                                                Boston, MA 02110
                                                Tel: (617) 456-8000
                                                Fax: (617) 456-8100
                                                Email: phayes@princelobel.com
                                                Email: mvella@princelobel.com
                                                Email: kgannon@princelobel.com
                                                Email: dmcgonagle@princelobel.com
                                                Email: bseeve@princelobel.com

                                                ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                */s/ Paul J. Hayes*