# EXHIBIT C

IPR2021-00178
PATENT NO. 8,407,273

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

GOOGLE LLC,
Petitioner,

v.

SINGULAR COMPUTING LLC,
Patent Owner.

Patent No. 8,407,273
Filing Date: February 17, 2012
Issue Date: March 26, 2013

Inventor: Joseph Bates
Title: PROCESSING WITH COMPACT ARITHMETIC PROCESSING ELEMENT

_____

**PATENT OWNER'S PRELIMINARY RESPONSE**

Case No. IPR2021-00178

_____

Even if a POSA would understand that "non-deterministic" was incorporated through the use of the statistical mean limitation, as Petitioner urges (Pet. at 19), Dr. Bates's example is equally applicable to non-deterministic units (as it is to all the example underlying technologies).  As discussed below, the example, which results in a 1-2% error, can be implemented using analog components.  Ex. 2006, Khatri Decl. ¶ 56.  Introducing further uncertainty, such as analog noise, would either leave the error unchanged or increase it.  *Id.* ¶ 56.

Second, the numerical representation is also irrelevant to the invention.  *Id.* ¶ 57.  Arithmetic operations on different numerical representations, including fixed point, floating point, or logarithmic, were well-known to those of skill in the art in 2010.  *Id.*  The Petition does not argue otherwise.  *See* Pet. at 19-20.  Moreover, whether the numbers are physically represented using charges, voltages, various forms of spikes, or other forms, or a combination of digital and analog representations has no bearing on the invention, which operates on the values represented, not their physical representation.  Ex. 2006, Khatri Decl. ¶ 58.  Indeed, each of the listed physical representations was well-known in 2010 and operating on those representations was also known.  *Id.,* ¶¶ 58-60.  The Petition does not argue otherwise.  *See* Pet. at 19-20.

Finally, arithmetic operations were also well understood in the art in 2010.  Ex. 2006, Khatri Decl. ¶¶ 62-63.  In any event, the '201 Application provides