# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4      _____
                                       )
 5      SINGULAR COMPUTING LLC,        )
                                       )
 6              Plaintiff,             )
                                       )
 7          vs.                        ) Civil Action No.
                                       ) 1:19-cv-12551-FDS
 8      GOOGLE LLC,                    )
                                       )
 9              Defendant.             )
        _____)
10
11
12
13        VIDEOCONFERENCE DEPOSITION OF SUNIL KHATRI
14                 Friday, March 12, 2021
15                       Volume I
16
17
18
19
20
21
22   Reported by:
     KATHLEEN E. BARNEY
23   CSR No. 5698
24   Job No. 4483047
25   PAGES 1 - 165
```

Page 1

```
 1   BY MR. KAMBER:
 2      Q   And I'm just asking -- I'm not trying to make
 3   this more complicated than it seems, Dr. Khatri.
 4   I'm really just asking -- I mean, we've talked about
 5   the claim language, and it uses "differs by."  There      12:30:14
 6   is some analysis of comparing an output result from
 7   the LPHDR execution unit to the output of an exact
 8   mathematical calculation, correct?
 9          MR. SEEVE:  Objection.  Mischaracterizes the
10   claim.  Asked and answered.  Vague.                       12:30:33
11          THE WITNESS:  So, again, you know, there's
12   language that I've read out to you and that's very,
13   very clear.  And there's a test that wants to be
14   done, and that test asks the person of ordinary
15   skill in the art to see if, you know, the numerical       12:30:51
16   values of the first output when they're executing
17   that first operation differ by a certain amount.
18          Now, that's the plain language and that's
19   basically quite clear as to what the person of
20   ordinary skill in the art needs to do here.               12:31:10
21   BY MR. KAMBER:
22      Q   Can you tell whether a number differs from
23   another number without comparing them?
24          MR. SEEVE:  Objection.  Incomplete
25   hypothetical.  Vague.                                     12:31:20
```

Page 25

| | | |
|---|---|---|
| 1 | to be tested.  And that's as clear as daylight | |
| 2 | because it says that in the claim language. | |
| 3 | BY MR. KAMBER: | |
| 4 |    Q   Does the term "repeated execution" have any | |
| 5 | practical effect with respect to a digital | 12:35:16 |
| 6 | embodiment? | |
| 7 |        MR. SEEVE:  Objection.  Calls for | |
| 8 | speculation.  It goes outside the opinions presented | |
| 9 | in the declaration at issue here. | |
| 10 |        THE WITNESS:  So I would request you to point | 12:35:32 |
| 11 | me to a portion of my declaration where you're | |
| 12 | referring to for this question. | |
| 13 | BY MR. KAMBER: | |
| 14 |    Q   Your declaration says that -- does an | |
| 15 | analysis with respect to analog embodiments, | 12:35:46 |
| 16 | correct? | |
| 17 |    A   Once again, can you show me the specific | |
| 18 | language, please? | |
| 19 |    Q   The language of what? | |
| 20 |    A   That you're referring to from my declaration. | 12:35:58 |
| 21 | Like the paragraph that you want -- that you're | |
| 22 | referring to. | |
| 23 |        THE VIDEOGRAPHER:  Dr. Khatri, could you | |
| 24 | please adjust your camera so you're more in the | |
| 25 | center of the picture? | 12:36:15 |

Page 29

```
 1      Q   And when you're referring to a fluctuating
 2   arithmetic average, I'm just asking if the
 3   statistical mean of the results after repeated
 4   execution is going to shift; it might be above the
 5   claimed degree of inaccuracy or it might be below          01:14:53
 6   the degree of inaccuracy claimed in the patents?
 7          MR. SEEVE:  Objection.  Vague.
 8   Mischaracterizes the testimony.  Mischaracterizes
 9   the declaration.  Mischaracterizes the claim.
10          THE WITNESS:  So what line 2 means is that          01:15:09
11   when you perform the same operation twice -- so if
12   you apply the same exact inputs, right, then there
13   is statistical variation in the output values.  So
14   that's -- you know, based on that initially, we --
15   the arithmetic average would be varying, it would         01:15:34
16   fluctuate, is what this line explains.
17   BY MR. KAMBER:
18      Q   And when you say that it fluctuates, that
19   might mean it's above or it might be sometimes below
20   the claimed degree of inaccuracy, correct?                01:15:50
21          MR. SEEVE:  Objection.  Mischaracterizes the
22   witness's testimony.  Mischaracterizes the
23   declaration.
24          THE WITNESS:  I mean, it says it will
25   fluctuate.  This -- this line in and of itself            01:16:00
```

Page 52

```
 1   don't know how to answer your question because I
 2   don't know how you would track, and I don't know
 3   what words you used.  Track and calculate the
 4   outputs of the processor or something?
 5   BY MR. KAMBER:
 6      Q   That's correct, Dr. Khatri.  In order to
 7   calculate the statistical mean of a repeated
 8   execution of a particular operation on particular
 9   inputs, you would have to track the number of times
10   that particular calculation was performed on those      01:38:28
11   particular inputs, correct?
12           MR. SEEVE:  Objection.
13           THE WITNESS:  So, again, this is all
14   mischaracterizing my declaration and also whatever I
15   might have said to you right now.                      01:38:43
16           The way one would calculate, you know, the
17   statistical mean is shown in my declaration in
18   paragraph 34, right, where I basically do the same
19   experiment that Dr. Wei conducted, and I have a
20   little plot that shows the results from that           01:39:02
21   experiment.  And in that -- in that plot, you know,
22   there is a blue line that indicates the -- the --
23   you know, the -- you know, if you look at the plot
24   on paragraph 34, right, there is basically a value
25   that has an average of 2.0, and it varies from that.   01:39:26
```

Page 70

```
 1           So, for example, if you look at page 10, the
 2   fifth line, there's a blue line that is the average
 3   of the -- sort of the green dots that are the
 4   different samples.  And the blue line shows the
 5   average of the output values for the first X number       01:39:53
 6   of samples or for the X -- first X repeated
 7   execution.
 8           So when X is 10, the blue line represents the
 9   average of the first 10 values or the first 10
10   executions.  And as you can see in that plot, the         01:40:18
11   blue line varies in the beginning, fluctuates in the
12   beginning, but then it stabilizes, you know, as the
13   number of repeated executions increase.  And that's
14   the statistical mean.
15   BY MR. KAMBER:                                            01:40:42
16      Q   You said the blue line on -- in paragraph 34
17   is the statistical mean?
18      A   That's not what I said.
19          MR. SEEVE:  Objection.  Mischaracterizes the
20   witness's testimony.                                      01:40:55
21          THE WITNESS:  That's not what I said.
22   BY MR. KAMBER:
23      Q   Okay.  I'm sorry, maybe I misread.  You said:
24             "The blue line varies in the
25          beginning, fluctuates in the                       01:41:02
```

Page 71

```
 1              beginning, but then it stabilizes, you

 2              know, as the number of repeated

 3              executions increase, and that's the

 4              statistical mean."

 5         That's what you said, correct, Dr. Khatri?       01:41:12

 6      A  Let's see.

 7      Q  The question is just if that's correct.  Did

 8   you say that?  Did you say those words?  That's my

 9   only question, Dr. Khatri.

10         MR. SEEVE:  I'm sorry.  Matthias, I'll ask       01:41:22

11   you to give Dr. Khatri a moment -- time to answer.

12   You asked him if he said a whole bunch of very

13   specific text.  Dr. Khatri needs to verify if he, in

14   fact, did say that text.

15         MR. KAMBER:  Okay.                               01:41:36

16         THE WITNESS:  I would need to read that,

17   Matthias.  Let me see where that is in that

18   transcript.

19   BY MR. KAMBER:

20      Q  It's page 60, line -- starting at line 20.      01:41:43

21      A  I'm not able to see -- hold on.

22         I'm not used to this transcript thing, so --

23   you guys must be very used to it, but I'm not.

24         Okay.  How about this, right?  I'll just sort

25   of scratch that out, just sort of repeat this for     01:42:09
```

Page 72

```
 1   you.  How's that?  Just make sure we get the -- you
 2   know, get this right without any more further
 3   clarification.
 4         So I'm going to point you to a portion of
 5   paragraph 34 on line 10.  Probably all of it, but I      01:42:20
 6   can read the portion that is more relevant to what
 7   we just discussed.
 8         There we go.  Okay.  So let's go to -- I'm
 9   going to read you paragraph 34, from line 6 of it,
10   at the beginning of line 6 on page 10.  It says:        01:42:43
11            "At first, near the left side of
12         the graph, the arithmetic average of
13         the output value is unstable and
14         fluctuates significantly over short
15         periods of time."                                 01:42:55
16         And in parentheses:
17            "As shown by the magnified
18         portion of the graph outlined using
19         the red box," close paren.
20            "However, the arithmetic average          01:43:06
21         of the output value begins to
22         stabilize with more repeated
23         executions of that single operation,
24         holding steady at a value of 2.00.
25         Therefore, no matter how many other              01:43:20
```

Page 73

1       repeated executions are added, the
2       arithmetic average of the output value
3       never varies from 2.00 by more than a
4       few hundredths of a percent, as shown
5       by the magnified portion of the graph                01:43:35
6       outlined in orange.  This portion of
7       the graph represents the statistical
8       mean over repeated execution of the
9       first operation recited in the
10      claims."                                             01:43:48
11          So this is basically what I was saying.  And
12  I just want to make sure that that's what you
13  understood.
14      Q   Let me ask a question about the chart that
15  you were just describing.  There is a reference to       01:43:59
16  the blue line and in the key it says, "cumulative
17  mean."
18          Do you see that?
19          MR. SEEVE:  Objection.  Vague.
20          THE WITNESS:  Yes.  The legend in the            01:44:17
21  graph --
22  BY MR. KAMBER:
23      Q   Yes.
24      A   -- shows the blue line as cumulative mean.
25      Q   What is a cumulative mean?                       01:44:23

Page 74

| | | |
|---|---|---|
| 1 | testimony.  Calls for a legal conclusion.  Calls for | |
| 2 | speculation about matters not included in | |
| 3 | Dr. Khatri's declaration in this case. | |
| 4 |         THE WITNESS:  So it's important to understand | |
| 5 | the statement carefully.  And I can see how you're | 03:22:06 |
| 6 | very easily liable to misunderstand it. | |
| 7 |         It's talking about performing -- when we talk | |
| 8 | about arithmetic at a high level, you know -- you | |
| 9 | know, we're operating on numbers.  But the actual | |
| 10 | LPHDR units or the circuits would be operated on, as | 03:22:33 |
| 11 | the claim suggests, on actual -- you know, on input | |
| 12 | signals and output signals, which have values.  So | |
| 13 | that distinction is important to make.  And I can | |
| 14 | see where that might be confusing to you when you | |
| 15 | read this language. | 03:22:50 |
| 16 |         An LPHDR execution unit performs operations | |
| 17 | on input signals, you know, which have values.  But | |
| 18 | when we talk about it broadly or globally, when we | |
| 19 | say we're doing LPHDR arithmetic, it's kind of a | |
| 20 | high level statement.  That's just saying that, you | 03:23:20 |
| 21 | know, we're operating -- you know, that this | |
| 22 | arithmetic is done based on numbers which are | |
| 23 | represented by voltages. | |
| 24 |         So the operations -- in this statement, it's | |
| 25 | quite clear that the operation is done on voltages, | 03:23:30 |

Page 132