# EXHIBIT 5

| | |
|---|---|
| **From:** | Andrew S. Bruns |
| **Sent:** | Wednesday, March 10, 2021 6:02 PM |
| **To:** | Ercolini, Michael; Matthias Kamber |
| **Cc:** | wgs-singularv.google@wolfgreenfield.com; kvp-singular; singular@princelobel.com |
| **Subject:** | RE: Singular Rule 30(b)(6) Notice of Deposition |

Michael,

I write in response to the Rule 30(b)(6) notice you served earlier today.  We understand that this notice replaces the prior notice, which Singular served on October 2, 2020. Please confirm that understanding is accurate.

We will review the noticed topics and promptly serve formal objections and identify relevant witness(es) as appropriate. As an initial matter, any depositions related to this notice will not proceed on the date you have identified (March 22), but we will be happy to meet and confer as to mutually agreeable dates and times once witnesses have been identified. And, of course, the parties will have to resolve the open issue of deposition logistics.

Best,
Andy

**Andrew Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8821 direct | 415 391 5400 main
abruns@keker.com | vcard | keker.com
*Pronouns: he/him/his*

**From:** Ercolini, Michael <mercolini@princelobel.com>
**Sent:** Wednesday, March 10, 2021 12:54 PM
**To:** Matthias Kamber <MKamber@keker.com>
**Cc:** wgs-singularv.google@wolfgreenfield.com; kvp-singular <kvpsingular@keker.com>; singular@princelobel.com
**Subject:** Singular Rule 30(b)(6) Notice of Deposition

**[EXTERNAL]**

Counsel,

Enclosed for service please find Singular's Rule 30(b)(6) Notice of Deposition of Google LLC.

Best regards,

Michael J. Ercolini
617 456 8084 direct | mercolini@princelobel.com

2

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

-------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.