# EXHIBIT 10

# PRINCE LOBEL

Michael J. Ercolini
Direct Dial: 617-456-8084
mercolini@princelobel.com

February 19, 2021

VIA EMAIL (dshah@keker.com)

Deeva V. Shah
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Re:    *Singular Computing LLC v. Google LLC*
       Case No.:  1:19-cv-12551-FDS

Counsel:

Below are granular hit counts for Google's email requests, along with numbers for each Intrinsix email custodian and for non-Bates Singular email custodians.  These numbers continue to reveal problems with Google's proposed searches.  Most tellingly, the terms Google has proposed reach Singular's *entire email population*.  That is, Google's current requests operate no differently from a request for every email (plus attachments) that Singular generated over a decade.  It is inconceivable any court would find that such an effective blanket request was reasonable or "narrowly tailored to specific issues."

In reviewing Google's proposed terms, it is easy to see why these terms effect a blanket request.  For example, Google included the term "Carnegie Mellon," where Dr. Bates not only received his PhD, but where he was a Research Professor for ten years and Adjunct Professor for an additional six.  Thus, for every time Dr. Bates mentioned one or more of those details of his CV over email in the last ten years, Singular would have to produce that email and its attachments.  Unsurprisingly, the term "Carnegie Mellon" alone results in over 36,000 hits.

As further examples of the inappropriateness Google's search terms, the four-digit string *4760 and three-digit string 286 turn up over 37,000 and 38,000 documents, respectively.

The term agreement* turns up 43,440 documents.

The term Analog* turns up nearly 44,000 documents; like many of Google's search terms, Analog* appears in every issued U.S. patent owned by Singular, all but three of which were not asserted in this case.  Similarly, the terms exponent* and NAN* (both appearing in the common specification of asserted and non-asserted Singular patents alike) turn up over 41,000 and over 45,000 documents, respectively.

1

**PRINCE LOBEL**

The above examples are just a handful from a long list of similar instances, the sum total of which is clear bad faith in this process.  Indeed, when Singular provided aggregated hit counts for Google's over 200 separate terms, Singular noted the results were high because Google had sought production of emails containing so many indiscriminate terms, including the term patent*.  In that particular case, Google's responded that the term patent* was "narrowly tailored" to the facts of this case because this case is a patent case.  If this argument does not neatly encapsulate the parties' clear difference of opinion as to what "narrowly tailored to specific issues" means in this context, we are unsure what could.

Google further claimed that the term patent* was appropriate because Singular had not shown that it owned more patents than the three currently asserted.   We are unaware of any shifting burden rule in this (or any) Court whereby Singular must show it owns more than the asserted patent(s) to avoid producing ESI according to such an indiscriminate term.  More importantly, does Google actually not know that Singular owns several patents, including foreign properties, that have not been asserted here?

Regardless, the indiscriminate term patent* should immediately be removed from Google's terms, along with the names of Singular's prosecuting attorney (Plotkin) and that of his firm (Blueshift).

Further, unless Google is willing to significantly narrow the following terms to specific issues in this case, using narrowing language and logic operations, these should also be removed from Google's proposal.  If Google is unwilling to so narrow or remove any of these terms from its proposal, please let us know your availability for a meet and confer on this issue, and please be prepared to discuss each term and to explain why the term is narrowly tailored to a specific issue in the case, including identifying the specific issue(s) to which the term is narrowly tailored.

**Singular Terms**

"Carnegie Mellon"
"CRA"
(dep* W/2 defense)
(dep* W/2 energy)
(evaluat* W/5 tech*)
*4760
*6164
*C32*
*Deterministic
"Charles River"
"IEEE 754"
"input signal*"
"processing element*"
286
agreement*
AMS

Analog*
APE
Apple*
approx* W/10 precis*
approx* W/3 comput*
approx* W/3 process*
army
Arnold
ASIC*
Astro
BAE
baesystems
Baluja
Beal
BF*
Blueshift*
Boyd
Cadence*

Carnegie Mellon
CAVE
CMU*
Cohen
collaborat*
Colwell
conver* W/10 *bit
conver* W/10 bit*
conver* W/10 log*
CRA
Cray
CSAIL
DARPA
Dean
DOD*
DOE*
DSP*
emulator*

2

PRINCE LOBEL

| | | |
|---|---|---|
| exponent* | MIT* | SIGINT |
| float* W/5 core | MOSIS | spectral |
| Float* W/5 library | Murphy | Stecyk |
| float* W/5 operat* | Nan* | Struever |
| FPGA* | Naval | Swetha |
| Fujitsu* | Navy | SYNAPSE |
| GlobalFoundries | Nelson | systolic* |
| Google* | Ng | table* W/10 bit* |
| GPU* | NSA | table* W/10 log* |
| Hammerstrom | NVESD | Takeshi |
| Hashimoto | NVidia | Tenenbaum |
| Hussein | ONR | Tensor* |
| Intrinsix | OpenEXR | TPU* |
| Ito | OpenGL | trunc* W/10 input* |
| Kanade | Pal | USC |
| Kent | patent* | Varadarajan |
| kjarnold | PE | Vertex* |
| Kuhn | Plotkin | VLSI |
| Kung | Rose | Willoughby |
| Leo | round! W/10 input* | Xilinx |
| Licens* | round* W/10 input* | Z1 |
| Liu | Roy | Zhang |
| MAD-HATTER | S1 | Zuse |
| mantissa* | S-1 | |
| Media Lab | Sandia | |

**Intrinsix Terms**
APE
approx* W/3 comput*
Bates
Cadence*
DARPA
DOE*
emulator*
Intrinsix (previously removed by Google per agreement)
Singular

Additionally, please note that by omitting any particular Google search term(s) from the above lists, Singular has not acceded to the reasonability of that term. Nor does Singular thereby agree that any such term is "narrowly tailored to a specific issue" in this case. Rather, in the sole interest of avoiding wasteful disputes, and to minimize any need for court intervention, Singular is amenable to producing in response to those non-listed terms, provided that Google understands this will necessarily impact Singular's production in response to any remaining terms. This is an obvious consequence of Google's including over 200 different search terms in its request.

Finally, please note that the following counts, as indicated below, included emails plus family members (i.e., attachments), which is appropriate considering that Singular will

3

have to review both the subject emails as well as their attachments, including for privilege, as applicable.

Best regards,


*/s/ Michael J. Ercolini*
Michael J. Ercolini

# PRINCE LOBEL

| Singular Hit Counts *Bates, Joseph* | |
| --- | --- |
| **Term** | **Hits** |
| "Carnegie Mellon" | 36,018 |
| "CRA" | 6,017 |
| "nuclear security" | 40 |
| (andrew /3 Ng) | 0 |
| (andrew W/3 Ng) | 525 |
| (Annapolis Micro*) | 31 |
| (dep* /2 defense) | 0 |
| (dep* /2 energy) | 0 |
| (dep* W/2 defense) | 1,131 |
| (dep* W/2 energy) | 1,488 |
| (evaluat* /5 tech*) | 0 |
| (evaluat* W/5 tech*) | 1,568 |
| (Half W/3 float*) | 94 |
| (Texas Instrument*) | 473 |
| *4760 | 36,759 |
| *6164 | 16,464 |
| *C32* | 37,158 |
| *Deterministic | 35,221 |
| *T3D | 975 |
| "airborne sensor" | 88 |
| "Charles River" | 4,684 |
| "energy efficient signal classifier" | 11 |
| "IEEE 754" | 15,560 |
| "input signal*" | 32,329 |
| "night vision" | 792 |

# PRINCE LOBEL

| | |
|---|---|
| "processing element*" | 8,261 |
| "warfare pacific" | 0 |
| 286 | 38,567 |
| 4493048 | 0 |
| 5442577 | 0 |
| 5666071 | 0 |
| 5689677 | 0 |
| 5892962 | 86 |
| 6311282 | 0 |
| 6600222 | 0 |
| agreement* | 43,440 |
| AMS | 31,619 |
| Analog* | 43,903 |
| APE | 38,382 |
| Apple* | 44,502 |
| approx* W/10 imprecis* | 69 |
| approx* W/10 precis* | 18,137 |
| approx* W/3 comput* | 42,600 |
| approx* W/3 process* | 4,715 |
| army | 32,966 |
| Arnold | 33,205 |
| Asanovic | 24 |
| Ashour | 0 |
| ASIC* | 11,085 |
| Astro | 30,918 |
| Athanas | 22 |
| Aty | 174 |
| Azizi | 6 |
| BAE | 5,724 |
| baesystems | 1,483 |

# PRINCE LOBEL

| | |
|---|---|
| Baker | 451 |
| Baluja | 1,029 |
| Barszcz | 0 |
| Beal | 6,891 |
| Bedichek | 415 |
| Belanovic | 72 |
| BF* | 39,522 |
| bfloat* | 991 |
| Blueshift* | 2,459 |
| Boden | 62 |
| Boyd | 1,629 |
| Cadence* | 4,543 |
| Carnegie Mellon | 36,018 |
| CAVE | 2,169 |
| CF90TM | 0 |
| Cloutier | 102 |
| CMU* | 37,512 |
| CNAPS | 11 |
| Cohen | 30,812 |
| collaborat* | 42,504 |
| Colwell | 1,144 |
| conver* W/10 *bit | 35,776 |
| conver* W/10 bit* | 35,857 |
| conver* W/10 LNS | 52 |
| conver* W/10 log* | 32,030 |
| CRA | 6,017 |
| Cray | 36,167 |
| CSAIL | 33,465 |
| DARPA | 45,953 |
| Dean | 1,273 |

| | |
|---|---|
| dfaust | 36 |
| Dockser | 0 |
| DOD* | 34,693 |
| DOE* | 67,858 |
| DS112 | 0 |
| DSP* | 37,792 |
| Ebisuzaki | 42 |
| emulator* | 9,860 |
| exponent* | 41,328 |
| Faust | 36 |
| Felton | 14 |
| float* /5 core | 0 |
| float* /5 operat* | 0 |
| float* W/5 core | 1,550 |
| Float* W/5 library | 35,234 |
| float* W/5 operat* | 37,653 |
| Flynn | 149 |
| FP W/5 library | 24 |
| FPGA* | 12,782 |
| Frantz | 26 |
| Fujitsu* | 5,229 |
| Fukushige | 0 |
| Gaffar | 0 |
| GlobalFoundries | 1,784 |
| Google* | 40,073 |
| GPU* | 48,188 |
| GRAPE* | 273 |
| Hammerstrom | 2,620 |
| Hashimoto | 30,222 |
| Hawkins | 84 |

**PRINCE LOBEL**

| | |
|---|---|
| Hennessy | 208 |
| Hoefflinger | 0 |
| Horie | 331 |
| humikhin | 0 |
| Hussein | 30,260 |
| i486 | 0 |
| i860 | 21 |
| Ienne | 33 |
| Intrinsix | 18,551 |
| Ito | 15,286 |
| Jouppi | 107 |
| Kamakoti | 0 |
| Kanade | 2,173 |
| Kent | 3,349 |
| Kinser | 0 |
| kjarnold | 2,345 |
| Kjosavik | 0 |
| Kuhn | 30,258 |
| Kung | 1,558 |
| Leeser | 81 |
| Leinhart | 0 |
| Leiserson | 578 |
| Leo | 38,371 |
| Levardo | 0 |
| Licens* | 48,756 |
| Lindblad | 0 |
| Liu | 38,667 |
| LogiCore | 54 |
| Lopez | 72 |
| MacMillan | 613 |

PRINCE LOBEL

| | |
|---|---|
| MAD-HATTER | 1,361 |
| Makino | 53 |
| mantissa* | 38,287 |
| McCartor | 0 |
| Media Lab | 3,993 |
| Mikanik | 10 |
| MIT* | 56,670 |
| Miyakawa | 2 |
| Moller | 7 |
| Mones | 0 |
| MOSIS | 3,082 |
| Murphy | 1,280 |
| Nagle | 35 |
| Nan* | 45,059 |
| Naval | 32,396 |
| Navy | 35,644 |
| Nelson | 31,777 |
| Ng | 33,120 |
| NIWCP | 0 |
| NSA | 531 |
| NVESD | 685 |
| NVidia | 40,536 |
| Obi | 131 |
| Okumura | 3 |
| ONR | 4,579 |
| OpenEXR | 449 |
| OpenGL | 785 |
| Pal | 30,528 |
| Paschke | 0 |
| patent* | 45,609 |

PRINCE LOBEL

| | |
|---|---|
| Patterson | 424 |
| PE | 38,824 |
| Perlmutter | 17 |
| Piponi | 40 |
| Plotkin | 6,814 |
| Prasanna | 53 |
| Qinetiq | 32 |
| Quoc | 378 |
| Raab | 2 |
| Ramacher | 68 |
| Rojas | 8 |
| Rose | 35,737 |
| round! W/10 input* | 30,610 |
| round* W/10 input* | 35,454 |
| Roy | 32,244 |
| Rutenbar | 28 |
| S1 | 47,007 |
| S-1 | 39,862 |
| Sahin | 25 |
| Sandia | 18,838 |
| Selzer | 0 |
| Shirazi | 225 |
| SIGINT | 30,287 |
| Simar | 0 |
| Spalink | 77 |
| spectral | 31,126 |
| SPERT* | 3 |
| Splash | 56 |
| SPRITE | 48 |
| Stecyk | 7,318 |

# PRINCE LOBEL

| | |
|---|---|
| Strey | 0 |
| Struever | 1,577 |
| Sudha | 8 |
| Sugimoto | 13 |
| Swetha | 2,369 |
| SYNAPSE | 30,386 |
| systolic* | 447 |
| table* W/10 *bit | 521 |
| table* W/10 bit* | 3,339 |
| table* W/10 LNS | 225 |
| table* W/10 log* | 32,781 |
| Takeshi | 1,085 |
| Teller | 557 |
| Tenenbaum | 1,080 |
| Tensor* | 32,491 |
| Thrun | 130 |
| Tomida | 0 |
| Tong | 137 |
| Tornabene | 73 |
| TPU* | 16,112 |
| trunc! W/10 input* | 0 |
| trunc* W/10 input* | 30,310 |
| USC | 984 |
| VanDrunen | 0 |
| Varadarajan | 32,124 |
| Vertex* | 3,243 |
| Viredaz | 0 |
| Virtex* | 124 |
| VLSI | 2,364 |
| Vollmer | 0 |

PRINCE LOBEL

| WAAS | 141 |
| Walters | 59 |
| Warkowski | 0 |
| Wawrzynek | 3 |
| Wildforce | 0 |
| Wildstar | 23 |
| Willoughby | 30,220 |
| Xilinx | 4,791 |
| Yongsoon | 0 |
| Youngs | 5 |
| Z1 | 31,476 |
| Z3 OR | 0 |
| Zhang | 32,978 |
| Zuse | 1,334 |

| Intrinsix Hit Counts (Total) | |
|---|---|
| Term | Hits |
| "CRA" | 48 |
| "nuclear security" | 0 |
| (dep* /2 defense) | 0 |
| (dep* /2 energy) | 0 |
| (dep* W/2 defense) | 31 |
| (dep* W/2 energy) | 4 |
| (Half W/3 float*) | 0 |
| *Deterministic | 195 |
| "airborne sensor" | 0 |
| "Charles River" | 52 |
| "energy efficient signal classifier" | 0 |

# PRINCE LOBEL

| | |
|---|---|
| "input signal*" | 19 |
| "night vision" | 99 |
| "processing element*" | 80 |
| "warfare pacific" | 0 |
| Analog* | 153 |
| APE | 585 |
| Apple* | 22 |
| approx* W/10 imprecis* | 0 |
| approx* W/10 precis* | 25 |
| approx* W/3 comput* | 484 |
| approx* W/3 process* | 73 |
| army | 101 |
| BAE | 310 |
| baesystems | 5 |
| Bates | 5,535 |
| Bedichek | 0 |
| BF* | 35 |
| bfloat* | 0 |
| Blueshift* | 0 |
| Boyd | 2 |
| Cadence* | 846 |
| Carnegie Mellon | 139 |
| CAVE | 7 |
| CMU* | 228 |
| Colwell | 4 |
| conver* W/10 *bit | 9 |
| conver* W/10 bit* | 23 |
| conver* W/10 LNS | 0 |
| conver* W/10 log* | 6 |
| CRA | 48 |

14

PRINCE LOBEL

| | |
|---|---|
| CSAIL | 22 |
| DARPA | 2,530 |
| dfaust | 12 |
| DOD* | 225 |
| DOE* | 1,413 |
| emulator* | 479 |
| exponent* | 32 |
| Faust | 20 |
| Float* W/5 library | 0 |
| Foley | 3 |
| FP W/5 library | 0 |
| Fujitsu* | 53 |
| GlobalFoundries | 123 |
| Google* | 62 |
| Hammerstrom | 316 |
| Horie | 0 |
| Intrinsix | 5,666 |
| Kanade | 101 |
| Leo | 11 |
| Liu | 21 |
| MAD-HATTER | 0 |
| mantissa* | 5 |
| Media Lab | 18 |
| MIT* | 133 |
| MOSIS | 432 |
| Mustafa | 109 |
| Naval | 153 |
| Navy | 359 |
| NIWCP | 0 |
| NSA | 10 |

PRINCE LOBEL

| | |
|---|---|
| NVESD | 97 |
| NVidia | 19 |
| ONR | 235 |
| Ozgen | 93 |
| Plotkin | 0 |
| Rawn | 3 |
| round! W/10 input* | 0 |
| round* W/10 input* | 0 |
| Roy | 2 |
| S1 | 380 |
| S-1 | 26 |
| Sandia | 52 |
| Senanayake | 5 |
| Shumikhin | 0 |
| SIGINT | 4 |
| Singular | 2,692 |
| spectral | 11 |
| SPRITE | 0 |
| Struever | 0 |
| Swetha | 20 |
| systolic* | 0 |
| table* W/10 *bit | 25 |
| table* W/10 bit* | 46 |
| table* W/10 LNS | 0 |
| table* W/10 log* | 30 |
| Takeshi | 0 |
| Tenenbaum | 2 |
| Tensor* | 2 |
| TPU* | 0 |
| trunc! W/10 input* | 0 |

PRINCE LOBEL

| | |
|---|---|
| trunc* W/10 input* | 0 |
| USC | 45 |
| Varadarajan | 20 |
| WAAS | 0 |

| Intrinsix Search Term Hits (Per Custodian) Arnold, Kent | |
|---|---|
| Term | Hits |
| "CRA" | 0 |
| "nuclear security" | 0 |
| (dep* /2 defense) | 0 |
| (dep* /2 energy) | 0 |
| (dep* W/2 defense) | 0 |
| (dep* W/2 energy) | 0 |
| (Half W/3 float*) | 0 |
| *Deterministic | 0 |
| "airborne sensor" | 0 |
| "Charles River" | 0 |
| "energy efficient signal classifier" | 0 |
| "input signal*" | 4 |
| "night vision" | 0 |
| "processing element*" | 6 |
| "warfare pacific" | 0 |
| Analog* | 3 |
| APE | 158 |
| Apple* | 0 |
| approx* W/10 imprecis* | 0 |
| approx* W/10 precis* | 4 |

PRINCE LOBEL

| | |
|---|---|
| approx* W/3 comput* | 6 |
| approx* W/3 process* | 6 |
| army | 0 |
| BAE | 2 |
| baesystems | 0 |
| Bates | 1,273 |
| Bedichek | 0 |
| BF* | 2 |
| bfloat* | 0 |
| Blueshift* | 0 |
| Boyd | 0 |
| Cadence* | 354 |
| Carnegie Mellon | 0 |
| CAVE | 0 |
| CMU* | 5 |
| Colwell | 0 |
| conver* W/10 *bit | 0 |
| conver* W/10 bit* | 0 |
| conver* W/10 LNS | 0 |
| conver* W/10 log* | 0 |
| CRA | 0 |
| CSAIL | 0 |
| DARPA | 301 |
| dfaust | 9 |
| DOD* | 0 |
| DOE* | 224 |
| emulator* | 96 |
| exponent* | 6 |
| Faust | 9 |
| Float* W/5 library | 0 |

| Foley | 0 |
|---|---|
| FP W/5 library | 0 |
| Fujitsu* | 0 |
| GlobalFoundries | 8 |
| Google* | 4 |
| Hammerstrom | 0 |
| Horie | 0 |
| Intrinsix | 1,339 |
| Kanade | 0 |
| Leo | 0 |
| Liu | 0 |
| MAD-HATTER | 0 |
| mantissa* | 4 |
| Media Lab | 0 |
| MIT* | 1 |
| MOSIS | 12 |
| Mustafa | 0 |
| Naval | 0 |
| Navy | 0 |
| NIWCP | 0 |
| NSA | 0 |
| NVESD | 0 |
| NVidia | 0 |
| ONR | 0 |
| Ozgen | 0 |
| Plotkin | 0 |
| Rawn | 0 |
| round! W/10 input* | 0 |
| round* W/10 input* | 0 |
| Roy | 0 |

# PRINCE LOBEL

| | |
|---|---|
| S1 | 33 |
| S-1 | 2 |
| Sandia | 0 |
| Senanayake | 0 |
| Shumikhin | 0 |
| SIGINT | 0 |
| Singular | 389 |
| spectral | 0 |
| SPRITE | 0 |
| Struever | 0 |
| Swetha | 0 |
| systolic* | 0 |
| table* W/10 *bit | 5 |
| table* W/10 bit* | 8 |
| table* W/10 LNS | 0 |
| table* W/10 log* | 4 |
| Takeshi | 0 |
| Tenenbaum | 0 |
| Tensor* | 0 |
| TPU* | 0 |
| trunc! W/10 input* | 0 |
| trunc* W/10 input* | 0 |
| USC | 0 |
| Varadarajan | 0 |
| WAAS | 0 |

# PRINCE LOBEL

| Intrinsix Search Term Hits (Per Custodian) *Beal, Mark* ||
|---|---|
| **Term** | **Hits** |
| "CRA" | 29 |
| "nuclear security" | 0 |
| (dep* /2 defense) | 0 |
| (dep* /2 energy) | 0 |
| (dep* W/2 defense) | 6 |
| (dep* W/2 energy) | 4 |
| (Half W/3 float*) | 0 |
| *Deterministic | 65 |
| "airborne sensor" | 0 |
| "Charles River" | 37 |
| "energy efficient signal classifier" | 0 |
| "input signal*" | 4 |
| "night vision" | 19 |
| "processing element*" | 45 |
| "warfare pacific" | 0 |
| Analog* | 92 |
| APE | 256 |
| Apple* | 14 |
| approx* W/10 imprecis* | 0 |
| approx* W/10 precis* | 13 |
| approx* W/3 comput* | 179 |
| approx* W/3 process* | 37 |
| army | 25 |
| BAE | 111 |
| baesystems | 5 |
| Bates | 2,253 |

PRINCE LOBEL

| | |
|---|---|
| Bedichek | 0 |
| BF* | 19 |
| bfloat* | 0 |
| Blueshift* | 0 |
| Boyd | 2 |
| Cadence* | 590 |
| Carnegie Mellon | 56 |
| CAVE | 7 |
| CMU* | 85 |
| Colwell | 4 |
| conver* W/10 *bit | 2 |
| conver* W/10 bit* | 4 |
| conver* W/10 LNS | 0 |
| conver* W/10 log* | 2 |
| CRA | 29 |
| CSAIL | 11 |
| DARPA | 1,252 |
| dfaust | 10 |
| DOD* | 77 |
| DOE* | 625 |
| emulator* | 130 |
| exponent* | 9 |
| Faust | 13 |
| Float* W/5 library | 0 |
| Foley | 0 |
| FP W/5 library | 0 |
| Fujitsu* | 47 |
| GlobalFoundries | 89 |
| Google* | 33 |
| Hammerstrom | 138 |

PRINCE LOBEL

| | |
|---|---|
| Horie | 0 |
| Intrinsix | 2,325 |
| Kanade | 43 |
| Leo | 9 |
| Liu | 12 |
| MAD-HATTER | 0 |
| mantissa* | 0 |
| Media Lab | 16 |
| MIT* | 75 |
| MOSIS | 202 |
| Mustafa | 107 |
| Naval | 44 |
| Navy | 123 |
| NIWCP | 0 |
| NSA | 9 |
| NVESD | 16 |
| NVidia | 15 |
| ONR | 88 |
| Ozgen | 93 |
| Plotkin | 0 |
| Rawn | 3 |
| round! W/10 input* | 0 |
| round* W/10 input* | 0 |
| Roy | 2 |
| S1 | 137 |
| S-1 | 2 |
| Sandia | 18 |
| Senanayake | 1 |
| Shumikhin | 0 |
| SIGINT | 4 |

**PRINCE LOBEL**

| | |
|---|---|
| Singular | 1,300 |
| spectral | 4 |
| SPRITE | 0 |
| Struever | 0 |
| Swetha | 2 |
| systolic* | 0 |
| table* W/10 *bit | 10 |
| table* W/10 bit* | 21 |
| table* W/10 LNS | 0 |
| table* W/10 log* | 13 |
| Takeshi | 0 |
| Tenenbaum | 2 |
| Tensor* | 2 |
| TPU* | 0 |
| trunc! W/10 input* | 0 |
| trunc* W/10 input* | 0 |
| USC | 20 |
| Varadarajan | 2 |
| WAAS | 0 |

| Intrinsix Search Term Hits (Per Custodian) *Stecyk, Steve* | |
|---|---|
| **Term** | **Hits** |
| "CRA" | 40 |
| "nuclear security" | 0 |
| (dep* /2 defense) | 0 |
| (dep* /2 energy) | 0 |
| (dep* W/2 defense) | 26 |
| (dep* W/2 energy) | 4 |

PRINCE LOBEL

| (Half W/3 float*) | 0 |
|---|---|
| *Deterministic | 153 |
| "airborne sensor" | 0 |
| "Charles River" | 44 |
| "energy efficient signal classifier" | 0 |
| "input signal*" | 10 |
| "night vision" | 89 |
| "processing element*" | 61 |
| "warfare pacific" | 0 |
| Analog* | 90 |
| APE | 341 |
| Apple* | 14 |
| approx* W/10 imprecis* | 0 |
| approx* W/10 precis* | 19 |
| approx* W/3 comput* | 379 |
| approx* W/3 process* | 56 |
| army | 69 |
| BAE | 263 |
| baesystems | 3 |
| Bates | 3,280 |
| Bedichek | 0 |
| BF* | 28 |
| bfloat* | 0 |
| Blueshift* | 0 |
| Boyd | 0 |
| Cadence* | 694 |
| Carnegie Mellon | 107 |
| CAVE | 7 |
| CMU* | 184 |

| | |
|---|---|
| Colwell | 3 |
| conver* W/10 *bit | 0 |
| conver* W/10 bit* | 14 |
| conver* W/10 LNS | 0 |
| conver* W/10 log* | 6 |
| CRA | 40 |
| CSAIL | 16 |
| DARPA | 2,307 |
| dfaust | 9 |
| DOD* | 177 |
| DOE* | 880 |
| emulator* | 308 |
| exponent* | 18 |
| Faust | 17 |
| Float* W/5 library | 0 |
| Foley | 0 |
| FP W/5 library | 0 |
| Fujitsu* | 29 |
| GlobalFoundries | 79 |
| Google* | 39 |
| Hammerstrom | 253 |
| Horie | 0 |
| Intrinsix | 3,372 |
| Kanade | 70 |
| Leo | 5 |
| Liu | 5 |
| MAD-HATTER | 0 |
| mantissa* | 5 |
| Media Lab | 9 |
| MIT* | 62 |

PRINCE LOBEL

| | |
|---|---|
| MOSIS | 404 |
| Mustafa | 2 |
| Naval | 123 |
| Navy | 285 |
| NIWCP | 0 |
| NSA | 9 |
| NVESD | 89 |
| NVidia | 4 |
| ONR | 194 |
| Ozgen | 0 |
| Plotkin | 0 |
| Rawn | 0 |
| round! W/10 input* | 0 |
| round* W/10 input* | 0 |
| Roy | 0 |
| S1 | 296 |
| S-1 | 10 |
| Sandia | 29 |
| Senanayake | 1 |
| Shumikhin | 0 |
| SIGINT | 4 |
| Singular | 2,324 |
| spectral | 4 |
| SPRITE | 0 |
| Struever | 0 |
| Swetha | 0 |
| systolic* | 0 |
| table* W/10 *bit | 19 |
| table* W/10 bit* | 36 |
| table* W/10 LNS | 0 |

PRINCE LOBEL

| | |
|---|---|
| table* W/10 log* | 24 |
| Takeshi | 0 |
| Tenenbaum | 0 |
| Tensor* | 0 |
| TPU* | 0 |
| trunc! W/10 input* | 0 |
| trunc* W/10 input* | 0 |
| USC | 39 |
| Varadarajan | 0 |
| WAAS | 0 |

**Unique Singular Non-Bates Email Custodian Search Term Hits**

| | |
|---|---|
| adwords@singularcomputing.com | 6 |
| bob@singularcomputing.com | 1 |
| contact@singularcomputing.com | 19 |
| info@singularcomputing.com | 5 |
| jb2@singularcomputing.com | 2 |
| jcogito@singularcomputing.com | 2 |
| jhayes@singularcomputing.com | 13 |
| kevin@singularcomputing.com | 89 |
| macservers@singularcomputing.com | 8 |
| mustafa@singularcomputing.com | 72 |
| ryan@singularcomputing.com | 14 |
| sales@singularcomputing.com | 4 |