## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## DECLARATION OF CHRISTOPHER SUN IN SUPPORT OF DEFENDANT GOOGLE LLC'S POST-HEARING CLAIM CONSTRUCTION BRIEF

I, Christopher Sun, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice *pro hac vice* before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC ("Google") in the above-captioned action.

2. I make this declaration in support of Google's Post-Hearing Claim Construction Brief. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as **Exhibit A** is a true and correct copy of excerpts of the Markman hearing transcript, dated March 31, 2021.

4. Attached as **Exhibit B** is a true and correct copy of excerpts of Singular's Markman Presentation slides for the March 31, 2021 hearing.

5. Attached as **Exhibit C** is a true and correct copy of excerpts of Singular's infringement, contention claim chart for U.S. Patent 8,407,273, dated September 4, 2020.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this declaration was executed April 7, 2021, at San Francisco, California.

/s/ Christopher Sun
Christopher Sun

1671994

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                      */s/ Nathan R. Speed*
                                      Nathan R. Speed