# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## PLAINTIFF'S NOTICE OF DEPOSITION

Please take notice that pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff, by and through their attorneys, will take the deposition upon oral examination of Obi Felton.

The deposition will begin at 9:00 am PT on April 8, 2021, via remote video conference. The deposition will be taken through Esquire Deposition Solutions' WebEx and Agile Law remote deposition software before a notary public or other officer duly authorized to administer oaths and take testimony, and will be videotaped and recorded by stenographic means.

Dated: March 10, 2021

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I certify that on March 10, 2021, I served this document on Defendant by causing a copy to be sent via electronic mail to its counsel of record.

      */s/ Kevin Gannon*