# EXHIBIT D

| | |
|---|---|
| **From:** | Gannon, Kevin |
| **Sent:** | Wednesday, February 17, 2021 3:15 PM |
| **To:** | Matthias Kamber; kvpsingular@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com |
| **Cc:** | Singular; Vella, Matthew D.; Hayes, Paul |
| **Subject:** | RE: Singular v. Google - Notice of Deposition of David Patterson |
| **Attachments:** | 2020-10-02 (-12551) Singular's First Rule 30(b)(6) Notice to Google.pdf |

Matthias,

While we are waiting for dates in February for the deposition of David Patterson, please identify and provide dates for a deposition for a Google witness pursuant to 30(b)(6) to testify with respect to topics 5, 62-65, 70-73 and 91-93 from the attached Rule 30(b)(6) notice that was originally served on October 2, 2020.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

---

**From:** Gannon, Kevin
**Sent:** Friday, February 12, 2021 3:58 PM
**To:** Matthias Kamber <mkamber@keker.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com
**Cc:** Singular <Singular@princelobel.com>; Hayes, Paul <phayes@princelobel.com>; Vella, Matthew D. <mvella@princelobel.com>
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

Matthias,

Please provide alternative dates in February for this deposition.  We will make arrangements to take it by remote means.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

**From:** Matthias Kamber [mailto:mkamber@keker.com]
**Sent:** Thursday, February 11, 2021 3:35 PM
**To:** Gannon, Kevin <kgannon@princelobel.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com
**Cc:** Singular <Singular@princelobel.com>; Hayes, Paul <phayes@princelobel.com>; Vella, Matthew D. <mvella@princelobel.com>
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

Kevin,

We will be providing objections either today and tomorrow and are still waiting to hear back regarding potential availability. Accordingly, the deposition will not proceed on the 17th as noticed.

Best,

Matthias

**From:** Gannon, Kevin <kgannon@princelobel.com>
**Sent:** Thursday, February 11, 2021 12:13 PM
**To:** wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvp-singular <kvpsingular@keker.com>; Matthias Kamber <MKamber@keker.com>
**Cc:** singular@princelobel.com; phayes@princelobel.com; mvella@princelobel.com
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

**[EXTERNAL]**

Counsel,

Please confirm that the deposition of David Patterson will take place on the date noticed so that we can make the arrangements.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

**From:** Gannon, Kevin
**Sent:** Thursday, February 4, 2021 6:55 PM
**To:** 'wgs-singularv.google@wolfgreenfield.com' <wgs-singularv.google@wolfgreenfield.com>; 'abhansali@kblfirm.com' <abhansali@kblfirm.com>; 'mkwun@kblfirm.com' <mkwun@kblfirm.com>; 'nhueston@kblfirm.com' <nhueston@kblfirm.com>; 'kvpsingular@keker.com' <kvpsingular@keker.com>; Matthias Kamber <mkamber@keker.com>
**Cc:** Singular <Singular@princelobel.com>; Hayes, Paul <phayes@princelobel.com>; Vella, Matthew D. <mvella@princelobel.com>
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

Counsel,

Please see attached.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

---

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

-----------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.