# EXHIBIT E

| | |
|---|---|
| **From:** | Andrew S. Bruns <abruns@keker.com> |
| **Sent:** | Thursday, February 18, 2021 1:44 PM |
| **To:** | Gannon, Kevin; mkamber@keker.com; kvpsingular@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com |
| **Cc:** | Singular; Vella, Matthew D.; Hayes, Paul |
| **Subject:** | RE: Singular v. Google - Notice of Deposition of David Patterson |

Kevin,

Your request for the identification of a witness and dates for a Rule 30(b)(6) deposition is premature in light of our unresolved disputes related to the notice you served on October 2, 2020.

As you'll recall, Google responded to that request in a letter dated October 9, 2020, identifying various ways in which the notice is improper, including its burdensome volume (i.e., 102 topics), the overbreadth of many individual topics, and the fact that several topics target information not appropriately sought via Rule 30(b)(6) deposition (e.g., Google's non-infringement contentions and obviously privileged information). Based on these issues, Google's letter requested that Singular withdraw, revise, and re-serve its notice. If Singular was unwilling to do so, Google's October 9 letter asked you to provide convenient times to meet and confer. Singular has yet to respond to that letter.

Met with silence, Google served formal objections consistent with its earlier correspondence on October 31, 2020. Singular has likewise never responded to or otherwise addressed those formal objections.

Your email yesterday was the first communication Singular has provided related to its Rule 30(b)(6) notice since serving the notice itself nearly five months ago, despite Google's repeated efforts summarized above. In light of your email, we now renew our request that Singular withdraw, revise, and re-serve its Rule 30(b)(6) notice to resolve the issues addressed above and in Google's prior communications. If you are unwilling to do so, please propose times next week that are convenient for you to meet and confer over these issues; if unresolved, they may necessitate Google moving for a protective order.

Best,
Andy

---

**Andrew Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8821 direct | 415 391 5400 main
abruns@keker.com | vcard | keker.com
*Pronouns: he/him/his*

---

**From:** Gannon, Kevin <kgannon@princelobel.com>
**Sent:** Wednesday, February 17, 2021 12:15 PM
**To:** Matthias Kamber <MKamber@keker.com>; kvp-singular <kvpsingular@keker.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com
**Cc:** singular@princelobel.com; mvella@princelobel.com; phayes@princelobel.com
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

[EXTERNAL]

1

Matthias,

While we are waiting for dates in February for the deposition of David Patterson, please identify and provide dates for a deposition for a Google witness pursuant to 30(b)(6) to testify with respect to topics 5, 62-65, 70-73 and 91-93 from the attached Rule 30(b)(6) notice that was originally served on October 2, 2020.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

---

**From:** Gannon, Kevin
**Sent:** Friday, February 12, 2021 3:58 PM
**To:** Matthias Kamber <mkamber@keker.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com
**Cc:** Singular <Singular@princelobel.com>; Hayes, Paul <phayes@princelobel.com>; Vella, Matthew D. <mvella@princelobel.com>
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

Matthias,

Please provide alternative dates in February for this deposition.  We will make arrangements to take it by remote means.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

---

**From:** Matthias Kamber [mailto:mkamber@keker.com]
**Sent:** Thursday, February 11, 2021 3:35 PM
**To:** Gannon, Kevin <kgannon@princelobel.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com
**Cc:** Singular <Singular@princelobel.com>; Hayes, Paul <phayes@princelobel.com>; Vella, Matthew D. <mvella@princelobel.com>
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

Kevin,

We will be providing objections either today and tomorrow and are still waiting to hear back regarding potential availability. Accordingly, the deposition will not proceed on the 17th as noticed.

Best,

Matthias

**From:** Gannon, Kevin <kgannon@princelobel.com>
**Sent:** Thursday, February 11, 2021 12:13 PM
**To:** wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvp-singular <kvpsingular@keker.com>; Matthias Kamber <MKamber@keker.com>
**Cc:** singular@princelobel.com; phayes@princelobel.com; mvella@princelobel.com
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

[EXTERNAL]

Counsel,

Please confirm that the deposition of David Patterson will take place on the date noticed so that we can make the arrangements.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

**From:** Gannon, Kevin
**Sent:** Thursday, February 4, 2021 6:55 PM
**To:** 'wgs-singularv.google@wolfgreenfield.com' <wgs-singularv.google@wolfgreenfield.com>; 'abhansali@kblfirm.com' <abhansali@kblfirm.com>; 'mkwun@kblfirm.com' <mkwun@kblfirm.com>; 'nhueston@kblfirm.com' <nhueston@kblfirm.com>; 'kvpsingular@keker.com' <kvpsingular@keker.com>; Matthias Kamber <mkamber@keker.com>
**Cc:** Singular <Singular@princelobel.com>; Hayes, Paul <phayes@princelobel.com>; Vella, Matthew D. <mvella@princelobel.com>
**Subject:** RE: Singular v. Google - Notice of Deposition of David Patterson

Counsel,

Please see attached.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

3

617 456 8061 Direct
kgannon@princelobel.com

---

This email is intended for the confidential use of the
addressees only. Because the information is subject to the
attorney-client privilege and may be attorney work product,
you should not file copies of this email with publicly
accessible records. If you are not an addressee on this
email or an addressee's authorized agent, you have received
this email in error; please notify us immediately at
617 456 8000 and do not further review, disseminate or copy
this email. Thank you.

-------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or
information included in this message or any attachment is
not intended to be, and may not be, used to avoid tax
penalties or to promote, market, or recommend any
transaction, matter, entity, or investment plan discussed
herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax
structure of any transaction addressed herein.