# Exhibit 7

## Redacted Version of Document to be Filed Under Seal

| | |
|---|---|
| **From:** | Anna Porto |
| **Sent:** | Friday, March 19, 2021 12:28 PM |
| **To:** | Seeve, Brian |
| **Cc:** | anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC |

Brian,

Singular is obligated to produce the output files it relied on in its FAC, which it has not done.  To answer your question, none of the files Singular produced are the output files it referenced in the FAC.  The output files do not contain the text that corresponds to the █████ statements in the source code file at SINGULAR-00012094-00012100, which Singular has claimed is the source code file used to create the program that generated the outputs relied on in the FAC.  Moreover, the figures cited in the FAC (see para. 94, 111, and 129) do not appear anywhere in the output files you produced at SINGULAR-00012101 to SINGULAR-00012517.  As we requested below, if you assert that Singular has produced the output files relied upon in the FAC, please identify the Bates number(s).

Thanks,
Anna

---

**From:** Seeve, Brian <bseeve@princelobel.com>
**Sent:** Thursday, March 18, 2021 2:40 PM
**To:** Anna Porto <APorto@keker.com>
**Cc:** anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular <kvpsingular@keker.com>
**Subject:** Re: Singular Computing LLC v. Google LLC

**[EXTERNAL]**

---

Anna,

I am puzzled by your reply.

On Tuesday, I confirmed that Singular has produced any and all files generated by the test programs that were used for the Infringement Contentions and the First Amended Complaint (SINGULAR-00012101 to SINGULAR-00012517). These are the files we were referring to in our Opposition to Google's Motion to Compel on Jan 28th.

Can you explain—precisely, and with examples—what files you believe Singular is obligated to produce that are *not* "files generated by the test programs that were used for the Infringement Contentions and the First Amended Complaint"?

Best,

- Brian