# Exhibit 8

| | |
|---|---|
| **From:** | Anna Porto |
| **Sent:** | Tuesday, March 23, 2021 12:01 PM |
| **To:** | Seeve, Brian |
| **Cc:** | anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC |

Brian,

(1) Have you produced the output of the program whose source code Singular produced at SINGULAR-00012094-00012100? If so, please identify it by Bates number.
(2) Have you produced the file that contains the data cited in paragraph 94 of the FAC? If so, please identify it by Bates number.

Thanks,
Anna

**From:** Seeve, Brian <bseeve@princelobel.com>
**Sent:** Monday, March 22, 2021 2:56 PM
**To:** Anna Porto <APorto@keker.com>
**Cc:** anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular <kvpsingular@keker.com>
**Subject:** Re: Singular Computing LLC v. Google LLC

**[EXTERNAL]**

Anna -

The testing code used to generate the data relied upon in the First Amended Complaint does not produce "output files," nor were any "output files" cited in the First Amended Complaint.

As I clearly explain below, and have attempted to explain to you over and over again, both in writing and over the phone, we have produced the test code for the test programs that were used for the Infringement Contentions and the First Amended Complaint *and all files generated by these test programs*.

Best,

- Brian