# Exhibit 9

| | |
|---|---|
| **From:** | Anna Porto |
| **Sent:** | Friday, April 2, 2021 5:40 PM |
| **To:** | Seeve, Brian |
| **Cc:** | anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC |

Brian,

During our meet and confer, you suggested that Singular would not produce the "output" of the program underlying the FAC, SINGULAR-00012094, because Singular had only committed to producing "output files," and the "output" of SINGULAR-00012094 is not contained in a file. As we explained, our motion to compel sought "the test code, the test code's output, and related documents," see Google's MTC pg. 1, and we intend to move to compel production of the "test code's output," including documents containing any output produced by the test code.

As we also explained, we don't expect that your response to Google's Interrogatory No. 18, which relates to the procedures used to conduct the test, will satisfy Google's concerns related to your failure to produce the outputs from the program SINGULAR-00012094 or the document containing the "Singular test results" in response to our RFP No. 68, which was the subject of our motion to compel.

Thanks,
Anna

**From:** Anna Porto
**Sent:** Thursday, April 1, 2021 10:22 AM
**To:** Seeve, Brian <bseeve@princelobel.com>
**Cc:** anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular <kvpsingular@keker.com>
**Subject:** RE: Singular Computing LLC v. Google LLC

A dial-in is below.

Thanks,
Anna

Meeting ID: 883 7407 0556
One tap mobile
+16699009128,,88374070556# US (San Jose)
+12532158782,,88374070556# US (Tacoma)

Dial by your location
+1 669 900 9128 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 312 626 6799 US (Chicago)
+1 646 558 8656 US (New York)

+1 301 715 8592 US (Washington DC)
877 853 5247 US Toll-free
888 788 0099 US Toll-free
Meeting ID: 883 7407 0556
Find your local number: https://keker.zoom.us/u/kdvBlh8BrU

---

**From:** Seeve, Brian <bseeve@princelobel.com>
**Sent:** Thursday, April 1, 2021 10:01 AM
**To:** Anna Porto <APorto@keker.com>
**Cc:** anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular <kvpsingular@keker.com>
**Subject:** Re: Singular Computing LLC v. Google LLC

**[EXTERNAL]**

Anna -

Happy to talk tomorrow at 11AM PT. Please circulate a dial in for that time.

Best,

- Brian

> On Apr 1, 2021, at 11:18 AM, Anna Porto <aporto@keker.com> wrote:
>
> Brian,
>
> Since you have yet to respond to our questions, we'd like to meet and confer Friday at 9am or 11am PT.  Please let us know if you're available.  If Singular's position is that there is no output to produce from the test code relied upon in the FAC, SINGULAR-00012094, we will request sworn declaration explaining (a) the source of the numbers in the complaint, *see* paragraph 94, (b) whether the image in paragraph 94 came from a document, and (c) if such document no longer exists, whether it was destroyed.
>
> Best,
> Anna

2