# EXHIBIT A

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

## Expertise

**IC Design**
- EDA Software
- Digital circuit design and simulation
- Analog IC design and analysis
- Analog circuit design
- RF and microwave circuit design

**Source Code**
- Identification of copied source code
- Analysis of copied source code
- Analysis of alleged trade secret misappropriation
- Patent infringement of source code
- Copyright infringement of source code, including database schemas

## Contact Information:

Brass Rat Group, Inc.
2225 E. Bayshore Rd, Suite 200
Palo Alto, CA 94303

www.brassratgroup.com
mwalker@brassratgroup.com
650-331-0200

## Litigation Experience

Dr. Walker has testified in jury trials and arbitration involving software technology issues, including testifying in federal court and the ITC on matters relating to infringement and validity of various patents as well as misappropriation of trade secrets. He has been engaged as a "technology neutral" to assist in the resolution and adjudication of electronic discovery issues. Dr. Walker is particularly adept at explaining complex technology issues to lay audiences and, as such, has often been asked to present Markman tutorials and prepare demonstratives for arguments as well as his testimony. He regularly works with attorneys to help articulate and manage the many technology issues that arise in complex litigation.

## Industry Experience

Dr. Walker is a recognized expert with over 40-years of experience in design of integrated circuits, including analog, digital and RF/microwave circuits. His analog IC circuit design experience includes analog components such as PLLs, voltage regulators/controllers and linear systems. In the digital IC design Dr. Walker has experience at the circuit level, including such structures as ESD components, level shifters, sense amps, SDRAM circuits such as DDR sequencing circuits and On-Die Termination (ODT). His RF/Microwave design experience includes microwave components (such as amplifiers, oscillators, mixers and switches) as well as sub-systems (tuners, low-noise down converters, etc).

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

Dr. Walker has over 25 years experience in electronic design automation (EDA) software systems, simulation and circuit design and modeling.  He is a recognized expert in the field of EDA systems, simulation, and modeling.  He also has experience with the design of digital and analog IC, with verilog and VHDL analysis, synthesis of digital ICs such as flash memory controllers, analyses and verification of metal interconnects and related process technology.

During his consulting career, Dr. Walker has gained experience with smart-phone applications and system-level programming and integration with underlying hardware.  For example, he has analyzed operation of Android and iOS systems to determine their functionality and analyze whether the functionality meets the claim limitations of cellular technology patents.  For example, he has analyzed WiFi and cellular data communications, including the interfaces between the handset operating system and the WiFi and cellular chip sets.

Additionally, Dr. Walker has analyzed the operation of cellular modems, including hardware, firmware, and software to determine the operation of the modems as they related to various 3GPP, CDMA2000, and LTE cellular communication standards.

During the course of his practice, Dr. Walker has analyzed such diverse code as EDA software, VoIP software, database schema, mail-list processing software, speech-recognition systems and stock-brokerage software.  He is familiar with a wide variety of source-code repositories including CVS, RCS, Subversion, Perforce, and Rational ClearCase.

Dr. Walker has also performed numerous analyses of systems-on-a-chip. The operation of such ICs is often defined by a combination of hardware and software.  The hardware is usually specified at the RTL level in Verilog or VHDL.  This hardware is often controlled by software running on an embedded processor, such as an ARM.  He has been asked to understand, analyze, and document the operation of the system in the context of patent infringement or (in the case of potential prior art) invalidity.  For example, he has investigated implementation of signal processing algorithms that implement 3GPP cellular telephone standards on baseband modem ICs.

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

## Litigation Projects

| | |
|---|---|
| Matter | Sequence Design vs various defendants |
| Description | Patent infringement – pre-litigation investigation (EDA Software) |
| Law Firm | Thelen Reid |
| Client | Sequence Design |
| Status | Settled |
| Dates | 2000-02 |

| | |
|---|---|
| Matter | Silvaco v CSI |
| Description | Misappropriation of Trade Secrets; source code analysis (EDA Software) |
| Law Firm | Dechert, LLP |
| Client | Silvaco |
| Status | Settled |
| Dates | 2001-03 |
| Testimony | Multiple depositions; Testified at arbitration; Testified at trial |

| | |
|---|---|
| Matter | IRS v Taxpayer |
| Description | Analysis for tax purposes of EDA software valuation and associated royalty streams.  Provided expert report. |
| Law Firm | FTI Teklicon (for IRS) |
| Client | IRS |
| Status | Completed |
| Dates | 2001-02 |

| | |
|---|---|
| Matter | Synopsys vs Nassda |
| Description | Patent infringement; misappropriation of trade secrets (EDA Software).  Provided expert report and declarations.  Analyzed evidence of electronic document spoliation. |
| Law Firm | Dechert LLP |
| Client | Synopsys |
| Status | Settled |
| Dates | 2001-04 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Aprés v Ho |
| Description | Misappropriation of trade secrets related to EDA software |
| Law Firm | Law offices of Al Reynaldo (for cross-defendant Aprés) |
| Client | Aprés |
| Status | Settled |
| Dates | 2003 |
| Testimony | Trial |

| | |
|---|---|
| Matter | HCL vs eKomas |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Description | Analysis and identification of directly copied source code written in a web-host scripting language.  The product at issue is a web-based application for loan management. |
| Law Firm | Dechert |
| Client | HCL |
| Status | Settled |
| Dates | 2003-04 |

| | |
|---|---|
| Matter | Tera Systems vs InTime Software |
| Description | Patent infringement related to EDA software.  Researched invalidity and supported claim construction. |
| Law Firm | McDermott |
| Client | InTime Software |
| Status | Settled |
| Dates | 2004 |

| | |
|---|---|
| Matter | Siliconix vs AATI |
| Description | Patent infringement regarding method for manufacturing a semiconductor device.  Support for claim construction and invalidity analysis.  Researched prior art. |
| Law Firm | Dechert LLP |
| Client | AATI |
| Status | Settled |
| Dates | 2004-05 |

| | |
|---|---|
| Matter | Berry vs Fleming, et al. |
| Description | Source code copyright and misappropriation of trade secrets of an SQL database schema as well as associated source code.  Reviewed source code at issue. Provided expert report relating to software development, non-infringement of copyright, and analysis of forensic data to refute claims of electronic evidence spoliation. |
| Law Firm | Kirkland |
| Client | Flemming and other Defendants |
| Status | Completed - Summary judgment of non-infringement of copyright for more than 90% of potential damages. Jury verdict awarding minimal damages for balance of claims. |
| Dates | 2005 |

| | |
|---|---|
| Matter | Synopsys vs Magma |
| Description | Theft of IP relating to EDA software as well as patent infringement in two venues.  Analyzed Magma software written mostly in C++ for infringement identified historical software supporting invalidity of Magma patents.  Provided support for claim construction and invalidity analysis. |
| Law Firm | Dechert/Wilson Sonsini |
| Client | Synopsys |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Status | Settled. |
| Dates | 2005 |

| | |
|---|---|
| Matter | Keywords vs ISE |
| Description | Investigated allegations of source code copying and copyright infringement of source code written in an interpreted language similar to perl.  Declaration ISO of opposition to preliminary injunction. |
| Client | ISE |
| Status | Settled. |
| Dates | 2005 |

| | |
|---|---|
| Matter | Experian v. I-Centrix |
| Description | Investigating allegations of source code copying and misappropriation of trade secrets.  The code was originally written in Fortran, but then translated into the C programming language.  Performed analysis of electronic data that suggested evidence tampering on the part of defendants.  Expert Report documenting identification of literal copying of source code as well as copied algorithms.  Also identified methods the defendants used in an attempt to disguise the misappropriated code and algorithms. |
| Law Firm | Jones Day |
| Client | Experian |
| Status | Settled. |
| Dates | 2005-06 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | FIS v. CalAmp |
| Description | Investigation of alleged misappropriation of trade secrets.  Performed investigation and created expert report regarding the alleged misappropriation. |
| Law Firm | Gordon Rees |
| Client | CalAmp |
| Status | Settled. |
| Dates | 2006 |

| | |
|---|---|
| Matter | LiveOps v. Teleo |
| Description | Misappropriation of trade secrets, copyright infringement of VoIP software systems.  Investigation to detect software copying. |
| Law Firm | Gordon Rees |
| Client | LiveOps |
| Status | Settled. |
| Dates | 2006 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Matsushita v. MediaTek |
| Description | Patent infringement investigations (invalidity, claim construction, infringement) relating to various patents, including design techniques and DFM technology.  Provided expert report regarding infringement and validity of the patents at issue.  Expert report on infringement and validity of DFM patent related to processing of metallization structures |
| Law Firm | Dewey Ballantine |
| Client | Matsushita |
| Status | Settled. |
| Dates | 2006 |
| Testimony | Markman Tutorial and Deposition |
| | |
| Matter | Apple Resellers et al v. Apple Computer |
| Description | Technology neutral appointed by Judge Jacobs May in Superior Court of Santa Clara to resolve the parties disputes regarding proper production of electronic documents.  Presentation to the Court to explain the technology and issues relating to the electronic production by the various parties. |
| Status | Settled. |
| Dates | 2006 |
| | |
| Matter | iSmart International v I-Docsecure |
| Description | Plaintiffs allege that Defendants misrepresented certain technology in the context of an equity investment.  Investigated to determine facts; provided declaration regarding business practices and lack of factual basis for claims.  Source code at issue was written in a web-host scripting language. |
| Law Firm | Paul Hastings |
| Client | I-Docsecure |
| Status | Settled. |
| Dates | 2006 |
| | |
| Matter | Microsoft vs BWT Industry Technology |
| Description | Provided expert opinion regarding alleged pirating of Microsoft products. |
| Law Firm | Gordon Rees |
| Client | BWT Industry Technology |
| Status | Settled. |
| Dates | 2006 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Benedict v Mediatrac |
| Description | Expert testimony at a jury trial regarding standard level of care relating to IT practices. |
| Law Firm | Greenan, Peffer |
| Client | Mediatrac |
| Status | Jury award for Defendant. |
| Dates | 2006 |
| Testimony | Deposition and Trial |

| | |
|---|---|
| Matter | ST vs SanDisk |
| Description | Patent infringement regarding semiconductor design techniques and ESD circuits.  Investigation in support of claim construction and non-infringement analysis. |
| Law Firm | Jones Day |
| Client | Mediatrac |
| Status | Settled |
| Dates | 2006 |

| | |
|---|---|
| Matter | Matsushita v. MediaTek |
| Description | Patent infringement investigations (validity, claim construction, infringement) relating to various patents, including phase-lock loop design. |
| Law Firm | McDermott Will & Emery |
| Client | Matsushita |
| Status | Settled |
| Dates | 2006-07 |

| | |
|---|---|
| Matter | Silvaco vs BindKey, et al |
| Description | Analysis and declarations regarding misappropriation of Silvaco trade secrets, including forensic analysis of hard disk drives used by defendants.  The source code was written in C++. |
| Law Firm | Deschert |
| Client | Silvaco |
| Status | Settled |
| Dates | 2006 |

| | |
|---|---|
| Matter | Shore Venture Group v Authentidate |
| Description | Source code analysis. |
| Law Firm | Buchanan Ingersol |
| Client | Shore Venture Group |
| Status | Settled |
| Dates | 2007 |

| | |
|---|---|
| Matter | Panpacifics v Tradebeam |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Description | Selected as an independent expert to assist the arbitration panel with technology issues |
| Status | Settled |
| Dates | 2007 |

| | |
|---|---|
| Matter | Shareholders v Magma |
| Description | Documented facts relating to the technical aspects of false and misleading statements made by Magma.  Provided technical consulting service to plaintiffs counsel to explain the scope and nature of the Defendants acts.  Expert report addressed industry-standard software coding practices and level of care relating to possible misappropriation of trade secrets by employees, misappropriation of trade secrets |
| Law Firm | Millberg Weiss |
| Client | Shareholders |
| Status | Settled |
| Dates | 2007 |

| | |
|---|---|
| Matter | BHE Group v MTS Products |
| Description | Analysis of expert testimony; investigation relating to performance of computers |
| Law Firm | Miller Barondess |
| Client | BHE Group |
| Status | Closed.  Jury award in excess of $45,000,000 for client, BHE |
| Dates | 2007 |
| Testimony | Deposition; Jury trial |

| | |
|---|---|
| Matter | HP v Acer |
| Description | Retained as testifying expert.  Analyzed ICs regarding infringement of Acer's circuit design patents.  Analyzed and documented infringement of several different ICs.  Research included on-site inspections of IC designs using owner-supplied design tools to demonstrate infringement. |
| Law Firm | Dechert |
| Client | Acer |
| Status | Settled |
| Dates | 2007 |

| | |
|---|---|
| Matter | Variphy, Inc. et al, v Clarus Systems, Inc. |
| Description | Investigate alleged misappropriation of trade secrets and source code copying of VoIP telephony and related applications. |
| Law Firm | Bergeson, LLP |
| Client | Clarus |
| Status | Settled |
| Dates | 2008 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Sandisk v various Flash memory manufacturers |
| Description | Retained as consulting expert responsible for analyzing flash memory controller products for possible infringement of SanDisk patents. Analyzed the detailed design of various products and prepared infringement analyses. Support depositions of technical personnel and experts. |
| Law Firm | Wilson Sonsini |
| Client | Sandisk |
| Status | Closed |
| Dates | 2008 |

| | |
|---|---|
| Matter | Web.com v Go Daddy |
| Description | Prepared and presented claim construction tutorial explaining the background technology for 4 web-hosting related patents |
| Law Firm | Wilson Sonsini |
| Client | Sandisk |
| Status | Closed |
| Dates | 2008 |
| Testimony | Markman tutorial explaining technology for the web-hosting patents at issue. |

| | |
|---|---|
| Matter | On Semiconductor v Samsung |
| Description | Retained as testifying expert.  Performed research to determine infringement and validity of four patents.  Three of the patents related to circuits; one related to metallization systems.  Prepared expert reports regarding infringement and validity.  Prepared declarations in support of various discovery motions.  Prepared Markman tutorial for all patents at issue.  Assisted attorneys in deposition of Samsung's expert and other technology witnesses. |
| Law Firm | Jones Day |
| Client | On Semiconductor |
| Status | Settled |
| Dates | 2007-08 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Ricoh v Synopsys |
| Description | Consulting expert.  Prepared technology tutorial.  Researched and assisted in preparation of a Motion for Summary Judgment for non-infringement and reply. |
| Law Firm | Wilson Sonsini |
| Client | Synopsys |
| Status | Summary Judgment in favor of Synopsys |
| Dates | 2008-09 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Spansion v Samsung (ITC and District Court actions) |
| Description | Consulting expert.  Provide analysis and discovery advice on evidence needed to demonstrate infringement of the patents at issue. |
| Law Firm | King and Spalding |
| Client | Spansion |
| Status | Closed |
| Dates | 2009 |

| | |
|---|---|
| Matter | Toshiba Medical v. Stubitsch |
| Description | Testifying expert. Provided expert report and declarations relating to the sufficiency of Toshiba trade secrets descriptions and their misappropriation. Analyzed and responded to motions regarding the particularization of the trade secrets. |
| Law Firm | Ford Marrin Esposito |
| Client | Toshiba Medical |
| Status | Closed |
| Dates | 2009 |

| | |
|---|---|
| Matter | Data Treasury v Wells Fargo, et al |
| Description | Testifying expert. Provided expert report relating to non-infringement of patents by Bancorp South in this extensive litigation in Eastern District of Texas. Reviewed documents and plaintiff expert reports. Developed and documented several bases for non-infringement. |
| Law Firm | Andrews Kurth |
| Client | Defendant Bancop South |
| Status | Closed |
| Dates | 2009 |

| | |
|---|---|
| Matter | LSI Logic/Agere vs Xilinx, Inc |
| Description | Consulting expert responsible for four patents relating to design software and logic circuits.  Prepared Non-infringement analyses/invalidity analyses.  Examined circuits as possible prior art |
| Law Firm | Jones Day |
| Client | Xilinx |
| Status | Closed |
| Dates | 2009-10 |

| | |
|---|---|
| Matter | On Semi v Hynix, Elpida, and Nanya |
| Description | Retained as testifying expert.  Performed research to determine infringement and validity of five patents.  Four of the patents related to circuits; one related to methods of programming flash memory systems. |
| Law Firm | Perkins-Coie |
| Client | On Semi |
| Status | Closed |
| Dates | 2009-10 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Red Bend Software v Google |
| Description | Testifying expert.  Analyzed part of the Chrome browser software accused by Red Bend of infringing a Red Bend patent.  Analyzed Red Bend infringement contentions and the browser component at issue.  Prepared expert declaration supporting Google's opposition to motion for preliminary injunction. Supported attorneys in preparing oral arguments for Summary Judgment hearing. |
| Law Firm | Bingham McCutchin |
| Client | Google |
| Status | Concluded.  Summary judgment in favor of Google |
| Dates | 2009 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | 2kDirect v. Azoogle Ads |
| Description | Testifying expert.  Researched issues relating to proper practice by companies engaged in technology due diligence.  Provided expert report documenting my opinions. |
| Law Firm | Cotchett, Pitre & McCarthy |
| Client | 2kDirect |
| Status | Closed |
| Dates | 2010 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Scratch DJ LLC v Activision Publishing |
| Description | Identify source code implementing the asserted trade secrets.  Determine if and to what extent defendant used misappropriated source code.  Project involved code comparison between code bases in the presence of considerable third party source code. |
| Law Firm | Duffy Sweeney |
| Client | Scratch DJ LLC |
| Status | Closed |
| Dates | 2010 |

| | |
|---|---|
| Matter | Volterra v Primarion |
| Description | Testifying expert for matters relating to the validity or certain Volterra patents.  The patents describe integrated semiconductor power switches and their implementation in silicon.  My task involved review of the implementation of the devices and the efforts to copy those devices by the defendants.  I provided an expert report and testified at deposition. |
| Law Firm | Farella Brown |
| Client | Volterra |
| Status | Closed |
| Dates | 2010 |
| Testimony | Deposition |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Panasonic v Freescale |
| Description | Testifying expert in the ITC matter.  Review the asserted claims of the patent at issue.  Determined if the claims were infringed by certain of the Defendant's designs.  Provided expert report relating to claim construction and infringement.  Testified at deposition.  The patent relates to IC design and manufacturing in general, and more particularly to the patterns of metal interconnects on the designs. |
| Law Firm | White Case |
| Client | Panasonic |
| Status | Closed |
| Dates | 2010 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Nuance v Vlingo |
| Description | Testifying expert regarding infringement and validity of speech recognition methods and devices.  Analyzed source code and documented evidence of infringement.  Considered alleged prior art and identified missing elements.  The accused products are web-based speech to text software systems written in C++ and Java programming languages.  Authored expert reports concerning infringement and validity. |
| Law Firm | Irell Manella |
| Client | Nuance |
| Status | Closed |
| Dates | 2011 |
| Testimony | Deposition and jury trial testimony regarding infringement and validity.  Judge Zobel encouraged the jury to pose questions directly to me, which they did on several occasions. |

| | |
|---|---|
| Matter | Rambus v Freescale, et al |
| Description | Investigation relating to DDR2 memory interface and high speed serial interfaces, and possible defenses as well as documenting substantial non-infringing use.  Created expert report documenting findings. |
| Law Firm | K&L Gates |
| Client | ST Microelectronics |
| Status | Closed |
| Dates | 2011 |
| Testimony | Deposition. |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Freescale v. ChipMos |
| Description | Testifying expert regarding scope of licensed patents relating to a defense of patent exhaustion.  Compared the scope of patent licenses granted in two contracts.  Drafted expert report. |
| Law Firm | Jones Day |
| Client | Freescale |
| Status | Closed |
| Dates | 2011 |
| Testimony | Deposition. |

| | |
|---|---|
| Matter | Richtek v uPI |
| Description | Testifying expert regarding use of misappropriated trade secrets and elements of certain third party graphics board designs in an ITC enforcement action.  Conducted an investigation relating to the Respondent's continued use of Richtek intellectual property.  Drafted two expert reports and witness statements.  Testified at the hearing. |
| Law Firm | Alston Bird |
| Client | Richtek |
| Status | Closed |
| Dates | 2011 |
| Testimony | ITC Hearing and Deposition. |

| | |
|---|---|
| Matter | Brown v TPL |
| Description | Testifying expert relating to misappropriation of trade secrets asserted by TPL against Brown.  Investigated nature of the trade secrets and whether Brown had identified protectable trade secrets as well as evidence of misappropriation of the trade secrets.  Testified at the jury trial. |
| Law Firm | GCA Law |
| Client | Brown |
| Status | Jury award for client Brown |
| Dates | 2011-12 |
| Testimony | Jury Trial and Deposition |

| | |
|---|---|
| Matter | Samsung v Apple |
| Description | Testifying expert relating to operation of baseband modem ICs that implement the 3GPP standard.  Investigated hardware and firmware source code written in VHDL, Verilog, and C languages. Determined the signal coding and decoding in various ICs as compared operation to Samsung's alleged "standard-essential" patents. Drafted expert report. |
| Law Firm | Wilmer Hale |
| Client | Apple |
| Status | Closed |
| Dates | 2012 |
| Testimony | Deposition |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | I-V vs Hynix |
| Description | Testifying expert on infringement and validity of patents relating to design of certain DDR3 memory products.  Investigation included analysis of circuit schematics for DDR3 memories. Provided expert reports supporting validity and infringement |
| Law Firm | Weil Gotshal |
| Client | Intellectual Ventures |
| Status | Closed |
| Dates | 2011-12 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | SST Corp. v. eSilicon Corp |
| Description | Testifying expert on matters relating to misappropriation of IC design trade secrets and standard industry practices regarding licensing of silicon IP. Provided expert report. |
| Law Firm | Fenwick |
| Client | eSilicon |
| Status | Closed |
| Dates | 2012 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | InterDigital v (Cell phone suppliers including Huawei and ZTE) |
| Description | Testifying expert relating to the operation of certain Android cell phones and the operation of the baseband modem ICs.  Investigation including analysis of Android source code as well as the source code and HDL of the baseband modem. Provided expert reports |
| Law Firm | Wilson Sonsini |
| Client | InterDigital |
| Status | Closed |
| Dates | 2012-13 |
| Testimony | ITC Hearing; Deposition. |

| | |
|---|---|
| Matter | Dynetix v Synopsys |
| Description | Testifying expert on infringement of patents related to simulation of integrated circuits.  Investigation included analysis simulator source code.  Provided expert report. |
| Law Firm | Orrick |
| Client | Synopsys |
| Status | Closed |
| Dates | 2012 |
| Testimony | Deposition. |

| | |
|---|---|
| Matter | AMCC v Sandforce, LSI Logic et al |
| Description | Testifying expert the process of IC design, particularly as it relates to the design of processors. |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Law Firm | Gibson Dunn |
| Client | AMCC |
| Status | Closed |
| Dates | 2013 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Skyhook v Google |
| Description | Research the operation of handset location determination systems. Compared the operation to various patent claims for the purposes of determining infringement as well as whether certain prior-art systems meet the claim limitations. Provided expert reports relating to non-infringement and inventorship. |
| Law Firm | Steptoe and Johnson/Keker-Van Nest |
| Client | Google |
| Status | Closed |
| Dates | 2011-2015 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | British Telecom plc v Google, Inc |
| Description | Research regarding non-infringement of two mobile data related patents and the operation of Google servers as well as components of the Android OS.  Prepared expert reports relating to non-infringement by Google. |
| Law Firm | White Case |
| Client | Google |
| Status | Closed |
| Dates | 2012-2014 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Mortgage Grader v Costco |
| Description | Patent infringement.  Analyzed operation of web-based application relating to anonymous pricing of mortgages.  Created expert report describing the multi-tiered application. |
| Law Firm | TechKnowledge Law Group |
| Client | Mortgage Grader |
| Status | Closed |
| Dates | 2014 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Norman IP v Lexmark et al |
| Description | Patent Infringement relating to processor architecture of controllers used in communication modules used in the MBZ products. Researched non-infringement and invalidity. |
| Law Firm | Sherman & Sterling |
| Client | MBZ |
| Status | Closed |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Dates | 2013-14 |
| | |
| Matter | SnapOn v Bosch |
| Description | Patent Infringement of software and hardware for wheel alignment systems.  Research related to determining infringement. |
| Law Firm | Grippo & Elden |
| Client | SnapOn |
| Status | Closed |
| Dates | 2012-14 |
| | |
| Matter | Monster LLC |
| Description | Covered Business Method (CBM) review.  Prepared invalidity analysis of two patents relating to web based methods for job searching and matching.  Prepared declarations in support of the petitioner. |
| Law Firm | Dechert |
| Client | Monster LLC |
| Status | Closed |
| Dates | 2014 |
| | |
| Matter | HSM v. Fujitsu, et al. |
| Description | Patent Infringement by Micron memory specific analog and digital gate and transistor level circuits.  Created tutorial and provided declarations in support of claim construction. Analyzed operation of accused devices.  Provided expert reports supporting invalidity and non-infringment |
| Law Firm | Weil Gotshall |
| Client | Micron |
| Status | Closed |
| Dates | 2013-2016 |
| Testimony | Deposition |
| | |
| Matter | UnWired Planet v Apple |
| Description | Patent infringement by Apple server and client side software relating to speech recognition and location services. |
| Law Firm | Gibson Dunn |
| Client | Apple |
| Status | Closed |
| Dates | 2013-14 |
| Testimony | Presented Markman tutorial for all patents at issue. |
| | |
| Matter | InterDigital v Nokia |
| Description | Patent infringement relating to the operation of certain Android cell phones and the operation of the baseband modem ICs.  Investigation including analysis of Android source code as well as the source code and HDL of the baseband modem. |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Law Firm | Wilson Sonsini/Latham |
| Client | InterDigital |
| Status | Closed |
| Dates | 2013 |
| Testimony | Testified at deposition and at ITC hearing. |

| | |
|---|---|
| Matter | InterDigital v Samsung |
| Description | Patent infringement relating to the operation of certain Android cell phones and the operation of the baseband modem ICs.  Investigation including analysis of Android source code as well as the source code and HDL of the baseband modem. |
| Law Firm | Wilson Sonsini/Latham |
| Client | InterDigital |
| Status | Closed |
| Dates | 2013 |
| Testimony | Testified at deposition. |

| | |
|---|---|
| Matter | Realtek v LSI Logic |
| Description | Patent infringement and validity relating to the physical layout and performance of certain IC devices.  Prepared expert reports and witness statements relating to infringement and validity. |
| Law Firm | Reed Smith |
| Client | Realtek |
| Status | Closed |
| Dates | 2012-2014 |
| Testimony | Testified at deposition and at the ITC evidentiary hearing. |

| | |
|---|---|
| Matter | Newell et al. v Yapstone et al. |
| Description | Investigation of the operation of a web-based application, including the software architecture, performance, and details of the operation.  Provided expert report. |
| Law Firm | Valorem Law |
| Client | Newell |
| Status | Closed |
| Dates | 2014-2015 |
| Testimony | Testified at deposition |

| | |
|---|---|
| Matter | XimpleWare, Inc. v Versata et al |
| Description | Investigation related to infringement of XimpleWare open source software licensed through the GNU copyright.  Expert report detailed the scope of infringement and efforts by Defendants to remove the allegedly infringing source code. |
| Law Firm | Valorem Law |
| Client | Versata |
| Status | Closed |
| Dates | 2014-2015 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Oracle America, Inc. v Terix et al |
| Description | Investigation relating to the extent of alleged copyright infringement by the defendants relating to Sun Solaris software and firmware. |
| Law Firm | GCA Law |
| Client | Terix/Maintech |
| Status | Closed |
| Dates | 2015 |

| | |
|---|---|
| Matter | Lenovo et al v Personal Audio |
| Description | Investigation relating to personal music player patent held by Personal Audio.  Research prior art, including source code analysis.  Prepared Declaration supporting Petitioner's IPR |
| Law Firm | White Case |
| Client | Google |
| Status | Closed |
| Dates | 2015 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | ATopTech v Synopsys |
| Description | Supported Patent Owner's response to IPR review of a Synopsys patent relating to static timing analysis.  Researched and prepared declaration in support of Patent Owner's final response. |
| Law Firm | Jones Day |
| Client | Synopsys |
| Status | Closed |
| Dates | 2014-2015 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | Synopsys v ATopTech |
| Description | Investigation relating to Synopsys claims of copyright infringement relating to ATopTech's use of Synopsys commands and output formats in their tool.  Documented the extent of the infringement, prepared declarations. |
| Law Firm | Jones Day |
| Client | Synopsys |
| Status | Closed |
| Dates | 2014-2016 |

| | |
|---|---|
| Matter | Verizon et al v Orlando Communications |
| Description | Investigation relating to aspects of Android OS.  Prepared Declaration supporting Petitioner's request for re-exam of two Orlando Patents.  Examinations were instituted in full. |
| Law Firm | Keker Van Nest |
| Client | T-Mobile |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Status | Closed |
| Dates | 2015-2016 |

| | |
|---|---|
| Matter | Xilinx v McCubbrey |
| Description | Investigation relating to design of FPGAs.  Prepared Declaration supporting Petitioner's request for re-exam of two McCubbrey Patents. |
| Law Firm | Haynes Boone |
| Client | Xilinx |
| Status | Closed |
| Dates | 2015 |

| | |
|---|---|
| Matter | NFC Technology v Samsung Electronics Co. LTD. |
| Description | Investigation relating aspects of NFC communications in Samsung mobile phones.  Investigated operation of devices during various NFC communications modes. |
| Law Firm | Finnegan |
| Client | NFC Technologies |
| Status | Closed |
| Dates | 2015-2016 |

| | |
|---|---|
| Matter | WTS Paradigm, LLC v EdgeAQ, LLC. |
| Description | Investigation to alleged misappropriation of EdgeAQ trade secrets relating to window and door configuration software.  Investigated and reviewed the partys' source code and software configuration management systems to determine the extent of the alleged misappropriation |
| Law Firm | Foley and Lardner LLP |
| Client | EdgeAQ |
| Status | Closed |
| Dates | 2015-2016 |

| | |
|---|---|
| Matter | AVM v Intel |
| Description | Confidential investigation relating to non-infringement by Intel of AVM patent.  The asserted claims relate to transistor-level circuits inside Intel processors.  I investigated the design flow, analyzed circuits and the design tools that supported circuit design. |
| Law Firm | Wilmer Hale |
| Client | Intel |
| Status | Closed |
| Dates | 2015-2018 |

| | |
|---|---|
| Matter | Intellectual Ventures v Ricoh Americas Corp. |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Description | Investigation to alleged infringement of two patents relating to design of printer and scanner hardware.  Performed prior art investigation relating to the invalidity of the IV patents. Testified at deposition. |
| Law Firm | Orrick |
| Client | Ricoh |
| Status | Closed |
| Dates | 2016 |

| | |
|---|---|
| Matter | CCE v AT&T |
| Description | Investigation related to alleged infringement by MAC-layer LTE communications. |
| Law Firm | Paul Hastings |
| Client | AT&T |
| Status | Closed |
| Dates | 2016-2017 |

| | |
|---|---|
| Matter | Raytheon v Cray. |
| Description | Investigation as to alleged infringement of two patents related to software based job scheduling in multiprocessor environments. Provided expert report. |
| Law Firm | Steptoe & Johnson |
| Client | Raytheon |
| Status | Closed |
| Dates | 2016-2019 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | NXP v NFC Technology |
| Description | Declaration in support of patent owner's response to IPR of a patent relating to aspects of NFC communications in Samsung mobile phones.  Investigated claimed prior art and motivation to combine the art with NFC communication modalities. |
| Law Firm | Finnegan |
| Client | NFC Technologies |
| Status | Completed |
| Dates | 2017 |

| | |
|---|---|
| Matter | R2 v Intel |
| Description | Confidential investigation relating to non-infringement by Intel of R2 patent.  The asserted claims relate to circuit components inside Intel processors.  I investigated the design flow, analyzed circuits and the design tools that supported circuit design. |
| Law Firm | Wilmer Hale |
| Client | Intel |
| Status | Completed |
| Dates | 2017 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | British Telecom v Valve, Inc |
| Description | Investigation relating to non-infringement and invalidity of patents asserted by BT relating to email delivery, text messages, on-line purchasing and screen sharing.  Reviewed prior art and operation of Valve's Steam online gaming platform. |
| Law Firm | Pillsbury/Barceló Harrison |
| Client | Valve |
| Status | Completed |
| Dates | 2017 |

| | |
|---|---|
| Matter | Apple |
| Description | Confidential investigation related to patents reading on RF and microwave transistor level circuits. |
| Law Firm | Haynes Boone |
| Client | Apple |
| Status | Completed |
| Dates | 2017 |

| | |
|---|---|
| Matter | Qualcomm v Apple |
| Description | Investigation relating to LTE modem circuits regarding patents asserted in an ITC investigation |
| Law Firm | Wilmer Hale |
| Client | Apple/Intel |
| Status | Closed |
| Dates | 2017-2018 |

| | |
|---|---|
| Matter | Attia v Google |
| Description | Investigation relating to misappropriation of building architectural trade secrets.  Investigation involves operation of Google source code |
| Law Firm | Wilson Sonsini |
| Client | Google |
| Status | On going |
| Dates | 2017-present |

| | |
|---|---|
| Matter | Compulife Software vs One Resource Group |
| Description | Investigation and report relating to alleged misappropriation of trade secrets and copyright infringement by third parties users of a web-based application. |
| Law Firm | Berger-Singerman |
| Client | ORG |
| Status | Complete |
| Dates | 2017 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Uchytil v Avanade et al |
| Description | Investigation relating to alleged false claims made by Avande in relation to a software CRM-based system.  Analysis involves identification of allegedly copied source code as well as more generally the provenance of the applications source code. |
| Law Firm | Kirkland |
| Client | Avande/Accenture |
| Status | Closed |
| Dates | 2017-2018 |

| | |
|---|---|
| Matter | GeoSolutions v GyPSii |
| Description | Investigation relating to use of certain location related APIs |
| Law Firm | Squire Patton Boggs |
| Client | GeoSolutions |
| Status | Closed |
| Dates | 2018-2019 |
| Testimony | Arbitration hearing in Beijing; Arbitration hearing in Amsterdam |

| | |
|---|---|
| Matter | Red Rock Analytics v Samsung Electronics |
| Description | Investigation relating validity of US Patent 7,346,313.  The technology relates to calibration of I-Q balance in RF transceivers |
| Law Firm | Heim Payne & Chorush |
| Client | Red Rock Analytics |
| Status | Closed |
| Dates | 2018-2019 |

| | |
|---|---|
| Matter | Unity Opto |
| Description | Declarations in support of patent owner's response to *Ex Parte* re-exams of 4 LED driver related patents |
| Law Firm | Alston Bird |
| Client | Unity Opto |
| Status | Completed |
| Dates | 2018 |

| | |
|---|---|
| Matter | Xilinx |
| Description | Declaration in support of Petition for IPR of a patent related to memory controllers in the context of reconfigurable computing |
| Law Firm | Haynes Boone |
| Client | Xilinx |
| Status | Completed |
| Dates | 2018 |

| | |
|---|---|
| Matter | IV vs T-Mobile, Sprint |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Description | Investigation related in non-infringement and invalidity of LTE patents.  Prepared declarations in support of IPR petition. Expert reports related to noninfringement and patent comparability. |
| Law Firm | Kwun Bhansali Lazarus |
| Client | T-Mobile, Sprint |
| Status | Closed |
| Dates | 2018-2019 |
| Testimony | Deposition |

| | |
|---|---|
| Matter | E-Systems v Mentor |
| Description | Investigation relating to validity and infringement of E-Systems patent in the field of IC design software |
| Law Firm | Burns Charest LLP |
| Client | E-Systems |
| Status | Closed |
| Dates | 2018 |

| | |
|---|---|
| Matter | T-Q Delta v 2-Wire |
| Description | Investigation and source code analysis of DSL modem firmware across three patent families.  Analysis in support of non-infringement. |
| Law Firm | Goodwin Procter |
| Client | 2-Wire |
| Status | Closed |
| Dates | 2018-2020 |
| Testimony | Deposition, jury trial |

| | |
|---|---|
| Matter | Midwest Athletics v. Ricoh |
| Description | Investigation related to invalidity and noninfringement of certain printer software patents |
| Law Firm | Jones Day |
| Client | Ricoh |
| Status | On going |
| Dates | 2018-present |

| | |
|---|---|
| Matter | Motorola Solutions v Hytera |
| Description | Investigation related to source code copying, trade secret misappropriation.  Reviewed source code related to digital radio implementations. |
| Law Firm | Kirkland & Ellis |
| Client | Motorola Solutions |
| Status | Closed |
| Dates | 2018-2019 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | VLSI v Intel |
| Description | Confidential investigation relating to non-infringement by Intel of patents assigned to VLSI.  The asserted claims relate to circuit components inside Intel processors.  I investigated the design flow, analyzed circuits and the design tools that supported circuit design. |
| Law Firm | Wilmer Hale |
| Client | Intel |
| Status | On going |
| Dates | 2018-present |

| | |
|---|---|
| Matter | Traxcell v Sprint |
| Description | Investigation related in non-infringement of cellular-network patents. Prepared expert report related to noninfringement and patent comparability. |
| Law Firm | McGuire Woods |
| Client | Sprint |
| Status | Closed |
| Dates | 2018-2019 |

| | |
|---|---|
| Matter | Liion v.Vertiv |
| Description | Investigation relating to  misappropriation of Battery Management System software trade secrets. |
| Law Firm | Benesch, Friedlander |
| Client | Vertiv |
| Status | On going |
| Dates | 2019-present |

| | |
|---|---|
| Matter | Elastic v. floragunn |
| Description | Investigation related to software copyright infringement of search software. |
| Law Firm | O'Melveny & Meyers |
| Client | Elastic |
| Status | On going |
| Dates | 2019-present |

| | |
|---|---|
| Matter | Lexmark International v Universal Imaging Industries, LLC |
| Description | Investigation related to patent infringement of software and hardware technologies for laser printing supplies. Testifying expert on matters related to infringement |
| Law Firm | Banner & Witcocoff |
| Client | Lexmake |
| Status | On going |
| Dates | 2019-present |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

| | |
|---|---|
| Matter | Gree, Inc v Supercell OY |
| Description | Investigation related to patent infringement of gaming software technology. |
| Law Firm | Fenwick |
| Client | Supercell |
| Status | On going |
| Dates | 2020-present |

| | |
|---|---|
| Matter | Singular Computing LLC v. Google |
| Description | Patent infringement investigation relating to special purpose computing hardware. |
| Law Firm | Keker Van Nest & Peters |
| Client | Google |
| Status | On going |
| Dates | 2020-present |

| | |
|---|---|
| Matter | OnePoint Solutions, LLC et al v MPAY, Inc. |
| Description | Investigation related to software copyright infringement of payroll software. |
| Law Firm | Morse |
| Client | MPAY |
| Status | On going |
| Dates | 2020-present |

| | |
|---|---|
| Matter | Intertrust v Intertrust Defendants (AMC Theatres, Cinemark, and Regal) |
| Description | Investigation related to patent infringement of software and hardware of DRM systems. |
| Law Firm | Norton Rose Fulbright |
| Client | Defendants |
| Status | On going |
| Dates | 2020-present |

## Confidential Assignments

| | |
|---|---|
| 2019-Present | Non-testifying litigation consultant for confidential company in networking industry |
| 2019 | Non-testifying litigation consultant for confidential company in printing industry |
| 2014-2016 | Non-testifying litigation consultant for confidential company in semiconductor packaging industry |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

2010-2014          Non-testifying litigation consultant for confidential company in EDA
                   software industry

## Employment History

| | | |
|---|---|---|
| From: | 2001 | **Brass Rat Group, Inc.** |
| To: | Current | Woodside, CA |
| | Position: | *CEO* |

Brass Rat Group is a successful Silicon Valley based consulting organization specializing in litigation consulting and business consulting in the semiconductor (IC) design field.  Dr. Walker provided litigation support and expert analysis for plaintiff Synopsys in Synopsys vs Nassda, which was recently settled resulting in a "significant victory" for Synopsys.

| | | |
|---|---|---|
| From: | 2000 | **Knowledge Networks** |
| To: | 2001 | Menlo Park, CA |
| | Position: | *Chief Technology Officer* |

Knowledge Networks is a pre-IPO market research company that is leveraging internet technology to revolutionize the market research industry.  KN recruited a panel of over 50,000 consumers to be interviewed on a variety of topics weekly.  Dr. Walker managed KN's engineering group, which designed and created automated systems to create surveys, conduct interviews, process data, and manage the panel. He also managed the IT group which was responsible for high-availability web-based systems for fielding the interviews as well as the internal systems required to analyze the data and produce real-time reports.

| | | |
|---|---|---|
| From: | 1995 | **Sequence Design (Formerly Frequency Technology)** |
| To: | 2000 | |
| | Position: | *Founder, Founding CEO, Director & CTO* |

Sequence Design, formerly Frequency Technology, is the leader in the EDA segment called Design Closure. Sequence's products and services, consisting of pre- and post-layout optimization based on accurate layout extraction, enable designers to bring higher performance, lower-power integrated circuits quickly to tape out.  Dr. Walker:

- Developed business plan and raised over $9MM in financing;
- Hired staff and led development, including defining technical product definition; Personally developed many of the basic algorithms, which resulted in five issued patents;
- Led initial marketing efforts;
- Wrote numerous technical articles advancing the company's technical position;
- Served as chief technical spokesman for the company.

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

From: 1990    **Symmetry Design Systems**
To:   1995    Los Altos, CA
      Position:   *Founder, Director & Executive Vice President*
              Symmetry, a self-funding enterprise, was a service and product business specializing in the analog simulation EDA market.  Products included simulation-model libraries, modeling tools, and special-purpose analog simulators.  Dr Walker was responsible for a joint venture in Beijing China, where new products were developed.  Symmetry was acquired by Analogy, Inc.

- Initiated Japanese and European marketing activities.
- Developed conceptual framework and user-interface model for the Sun OpenLook-based product.
- Served as technical spokesman in customer and industry forums.
- Conducted sales training in the US, Asia, and Europe.

From: 1983    **Analog Design Tools**
To:   1990    Sunnyvale, CA
      Position:   *Founder, Director, Founding CEO & Chief Scientist*
              ADT's first product, the Analog WorkBench, pioneered the market for Analog CAE workstations, including such fundamental concepts as multiple window CAE systems, and simulated test instruments as a paradigm for CAE user interface.  ADT, which had grown to $16MM in annual sales and 150 employees, was acquired by Cadence.

- Formulated original business plan and presented concept to venture investors.  Raised initial venture financing.  Led fund-raising activities through the series C round.


- Served as President during formative stage.  Director and Chief Scientist (CTO) from the founding through acquisition.  Set the product direction.  Drove the technology development.
- Formulated ADT's initial marketing strategy.   The international distribution strategy focused primarily on Japan.
- Developed the Japanese market for ADT's products.  Responsible for establishing and maintaining our distributor relationship, negotiating contracts, supporting customers, and building sales that amounted to 20% of the installed base.

From: 1980    **COMSAT**
To:   1983    Palo Alto, CA
      Position:   *Director, Microwave Systems*

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

Managed a Navy sponsored program to develop high productivity techniques for manufacturing of microwave components.  Developed a microwave circuit-synthesis product.

| | | |
|---|---|---|
| From: | 1973 | **Watkins-Johnson** |
| To: | 1980 | Palo Alto, CA |
| | Position: | *Member of the Technical Staff* |

Developed GaAsMESFET-based microwave amplifiers, components, and tuners.  Designed and produced the world's first GaAsMESFET amplifiers to be delivered in production quantities.

## Consulting History (within last 5 years)

| | | |
|---|---|---|
| From: | 2005 | **Sequence Design** |
| To: | 2007 | Santa Clara |
| | Duties: | EDA software analysis |

| | | |
|---|---|---|
| From: | 2005 | **Sabio Labs** |
| To: | 2006 | Palo Alto, CA |
| | Duties: | Created business plan, operating plan, and marketing plan for EDA startup focused on analog circuit optimization and synthesis |

| | | |
|---|---|---|
| From: | 2005 | **Synopsys, Inc** |
| To: | 2012 | Mountain View, CA |
| | Duties: | Technology investigations relating to IP issues.  Presented technology overview to non-technical staff |

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 6,643,831 | 2003 | Method and system for extraction of parasitic interconnect impedance including inductance |
| 6,381,730 | 2002 | Method and system for extraction of parasitic interconnect impedance including inductance |
| 5,901,063 | 1999 | System and method for extracting parasitic impedance from an integrated circuit layout |

## Education

| Year | College/University | Degree |
|---|---|---|
| 1987 | AEA/Stanford Executive Institute | Completed w/distinction |
| 1979 | Stanford University, Stanford, CA | Ph.D., Electrical Engineering |
| 1976 | Stanford University, Stanford, CA | MS, Electrical Engineering |
| 1973 | Massachusetts Institute of Technology, Boston, MA | BS, Electrical Engineering |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

## Publications

Over fifty articles in the fields circuit design and design automation, including technical papers in peer-reviewed journals, an invited article in the IEEE Spectrum, and various conference proceedings. I have organized seminars, which were designed to enhance the technical credibility of my companies, and written numerous opinion pieces published in journals such as EETimes that served to establish and promote our corporate position. Some more recent publications are listed below.

Martin G. Walker, Modeling the Wiring of Deep Submicron ICs, IEEE Spectrum Vol 37, No. 3, March 01, 2000 at pp. 65-71.

Martin G. Walker, Keh-Jeng (KJ) Chang, Christopher J. Bianchi, SIPP's Why Do We Need a New Standard for Interconnect Process Parameters? VLSI: Systems on a Chip, Kluwer Academic Publishers, December, 1999.

Martin Walker, Timing Errors Haunt Interconnects, Electronic Engineering Times No. 1021, August 17, 1998.

Martin Walker, Interconnect Analysis Must Move to 3-D, Electronic Engineering Times No. 980, November 10, 1997.

Martin G. Walker, The Guardband Crisis, Electronic Engineering Times No. 929 November 25, 1996 at p. 43.

In addition to the foregoing, I also submitted opinion pieces to Integrated Systems Design (May 1997), Electronic Business (April 1998), and EE Times (June, July, and September 1998).

## Professional Associations and Achievements

- 1999 Fortune Magazine "Cool Company" for Frequency Technology.
- 1984 Electronic Products New Product of the Year award for the Analog Workbench
- 1976 IEEE Microwave Applications award recognizing contributions to the design of GaAsFET amplifiers.