# EXHIBIT C

```
 BF16 multiply, BF16 denormals flushed to 0.
 BF20 outputs.
 Progress (of 64)  0--------- 1--------- 2--------- 3--------- 4--------- 5--------- 6---
 Done.
 Total number of inputs checked= 4294967296(       100000000)
  Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply 3257804955(        c22e289b)
 error range [ 50.00%,100.00%), valid inputs in range  0.00% (61751), in or above range= 0.00%
 error range [ 20.00%, 50.00%), valid inputs in range  0.25% (8079525), in or above range= 0.25%
 error range [ 10.00%, 20.00%), valid inputs in range  0.23% (7330888), in or above range= 0.47%
 error range [  5.00%, 10.00%), valid inputs in range  0.25% (8041795), in or above range= 0.72%
 error range [  2.00%,  5.00%), valid inputs in range  0.38% (12442818), in or above range= 1.10%
 error range [  1.00%,  2.00%), valid inputs in range  4.01% (130706643), in or above range= 5.12%
 error range [  0.50%,  1.00%), valid inputs in range 52.65% (1715138018), in or above range=57.76%
 error range [  0.20%,  0.50%), valid inputs in range 36.00% (1172683535), in or above range=93.76%
 error range [  0.10%,  0.20%), valid inputs in range  4.90% (159542118), in or above range=98.66%
 error range [  0.05%,  0.10%), valid inputs in range  1.09% (35545092), in or above range=99.75%
 error range [  0.02%,  0.05%), valid inputs in range  0.23% (7466019), in or above range=99.98%
 error range [  0.01%,  0.02%), valid inputs in range  0.02% (623165), in or above range=100.00%
 error range [  0.00%,  0.01%), valid inputs in range  0.00% (143588), in or above range=100.00%
 Of all possible inputs (more than valid inputs)
  NaN  0.78% (33488896 counts)
  Inf 12.52% (537754624 counts)
  Und 10.85% (465918821 counts)

Summary for spreadsheet. Inputs bf16z. Output bf20.
  5.12%
 57.76%
 93.76%
 98.66%
 99.75%
  0.78%
 12.52%
 10.85%


ignore: nan
```