# EXHIBIT D

```
 BF16 multiply.
 FP32 outputs.
 Progress (of 64)  0--------- 1--------- 2--------- 3--------- 4--------- 5--------- 6---
 Done.
 Total number of inputs checked= 4294967296(       100000000)
  Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply 3369741239(       c8da2bb7)
 error range [ 50.00%,100.00%), valid inputs in range  0.08% (2750546), in or above range= 0.08%
 error range [ 20.00%, 50.00%), valid inputs in range  0.16% (5461018), in or above range= 0.24%
 error range [ 10.00%, 20.00%), valid inputs in range  0.19% (6406715), in or above range= 0.43%
 error range [  5.00%, 10.00%), valid inputs in range  0.22% (7247952), in or above range= 0.65%
 error range [  2.00%,  5.00%), valid inputs in range  0.37% (12350786), in or above range= 1.02%
 error range [  1.00%,  2.00%), valid inputs in range  3.63% (122356186), in or above range= 4.65%
 error range [  0.50%,  1.00%), valid inputs in range 50.75% (1710072241), in or above range=55.39%
 error range [  0.20%,  0.50%), valid inputs in range 37.29% (1256688117), in or above range=92.69%
 error range [  0.10%,  0.20%), valid inputs in range  5.46% (184012895), in or above range=98.15%
 error range [  0.05%,  0.10%), valid inputs in range  1.37% (46304288), in or above range=99.52%
 error range [  0.02%,  0.05%), valid inputs in range  0.39% (13261963), in or above range=99.92%
 error range [  0.01%,  0.02%), valid inputs in range  0.06% (1993827), in or above range=99.98%
 error range [  0.00%,  0.01%), valid inputs in range  0.02% (834705), in or above range=100.00%
 Of all possible inputs (more than valid inputs)
  NaN  0.78% (33488896 counts)
  Inf 12.52% (537754624 counts)
  Und  8.24% (353982537 counts)

Summary for spreadsheet. Inputs bf16. Output fp32.
  4.65%
 55.39%
 92.69%
 98.15%
 99.52%
  0.78%
 12.52%
  8.24%


ignore: nan
```