# EXHIBIT E

```
 FP32 multiply.
 BF20 outputs.
 Progress (of 64)  0--------- 1--------- 2--------- 3--------- 4--------- 5--------- 6---
 Done.
 Total number of inputs checked= 4294967296(       100000000)
  Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply 3275835469(       c341484d)
  error range [ 20.00%, 50.00%), valid inputs in range  0.25% (8032994), in or above range= 0.25%
  error range [ 10.00%, 20.00%), valid inputs in range  0.22% (7147980), in or above range= 0.46%
  error range [  5.00%, 10.00%), valid inputs in range  0.23% (7513664), in or above range= 0.69%
  error range [  2.00%,  5.00%), valid inputs in range  0.31% (10245903), in or above range= 1.01%
  error range [  1.00%,  2.00%), valid inputs in range  0.24% (7905623), in or above range= 1.25%
  error range [  0.50%,  1.00%), valid inputs in range  0.24% (8001448), in or above range= 1.49%
  error range [  0.20%,  0.50%), valid inputs in range  0.33% (10707193), in or above range= 1.82%
  error range [  0.10%,  0.20%), valid inputs in range  0.25% (8174169), in or above range= 2.07%
  error range [  0.05%,  0.10%), valid inputs in range  0.25% (8247124), in or above range= 2.32%
  error range [  0.02%,  0.05%), valid inputs in range 40.00% (1310208159), in or above range=42.32%
  error range [  0.01%,  0.02%), valid inputs in range 28.84% (944695364), in or above range=71.15%
  error range [  0.00%,  0.01%), valid inputs in range 28.85% (944955848), in or above range=100.00%
 Of all possible inputs (more than valid inputs)
  NaN  0.78% (33488896 counts)
  Inf 12.52% (537824654 counts)
  Und 10.43% (447818277 counts)

Summary for spreadsheet. Inputs fp32. Output bf20.
  1.25%
  1.49%
  1.82%
  2.07%
  2.32%
  0.78%
 12.52%
 10.43%


 ignore: nan
```