# EXHIBIT F

```
 BF16 multiply.
 BF20 outputs.
 Progress (of 64)  0--------- 1--------- 2--------- 3--------- 4--------- 5--------- 6---
 Done.
 Total number of inputs checked= 4294967296(        100000000)
 Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply 3275704155(         c33f475b)
 error range [ 50.00%,100.00%), valid inputs in range  0.00% (68030), in or above range= 0.00%
 error range [ 20.00%, 50.00%), valid inputs in range  0.26% (8454155), in or above range= 0.26%
 error range [ 10.00%, 20.00%), valid inputs in range  0.24% (7816571), in or above range= 0.50%
 error range [  5.00%, 10.00%), valid inputs in range  0.27% (8865982), in or above range= 0.77%
 error range [  2.00%,  5.00%), valid inputs in range  0.47% (15377570), in or above range= 1.24%
 error range [  1.00%,  2.00%), valid inputs in range  4.17% (136573323), in or above range= 5.41%
 error range [  0.50%,  1.00%), valid inputs in range 52.52% (1720308401), in or above range=57.93%
 error range [  0.20%,  0.50%), valid inputs in range 35.86% (1174585586), in or above range=93.78%
 error range [  0.10%,  0.20%), valid inputs in range  4.88% (159793682), in or above range=98.66%
 error range [  0.05%,  0.10%), valid inputs in range  1.09% (35609526), in or above range=99.75%
 error range [  0.02%,  0.05%), valid inputs in range  0.23% (7481903), in or above range=99.98%
 error range [  0.01%,  0.02%), valid inputs in range  0.02% (624900), in or above range=100.00%
 error range [  0.00%,  0.01%), valid inputs in range  0.00% (144526), in or above range=100.00%
 Of all possible inputs (more than valid inputs)
 NaN  0.78% (33488896 counts)
 Inf 12.52% (537754624 counts)
 Und 10.43% (448019621 counts)

Summary for spreadsheet. Inputs bf16. Output bf20.
  5.41%
 57.93%
 93.78%
 98.66%
 99.75%
  0.78%
 12.52%
 10.43%


 ignore: nan
```