# EXHIBIT G

```
 BF16 multiply, BF16 denormals flushed to 0.
 FP32 outputs.
 Progress (of 64)  0--------- 1--------- 2--------- 3--------- 4--------- 5--------- 6---
 Done.
 Total number of inputs checked= 4294967296(        100000000)
  Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply 3350151479(         c7af4137)
 error range [ 50.00%,100.00%), valid inputs in range  0.08% (2700095), in or above range= 0.08%
 error range [ 20.00%, 50.00%), valid inputs in range  0.15% (5109711), in or above range= 0.23%
 error range [ 10.00%, 20.00%), valid inputs in range  0.18% (5907529), in or above range= 0.41%
 error range [  5.00%, 10.00%), valid inputs in range  0.19% (6387513), in or above range= 0.60%
 error range [  2.00%,  5.00%), valid inputs in range  0.28% (9221370), in or above range= 0.88%
 error range [  1.00%,  2.00%), valid inputs in range  3.46% (116045037), in or above range= 4.34%
 error range [  0.50%,  1.00%), valid inputs in range 50.87% (1704338364), in or above range=55.21%
 error range [  0.20%,  0.50%), valid inputs in range 37.45% (1254486305), in or above range=92.66%
 error range [  0.10%,  0.20%), valid inputs in range  5.48% (183692434), in or above range=98.14%
 error range [  0.05%,  0.10%), valid inputs in range  1.38% (46212515), in or above range=99.52%
 error range [  0.02%,  0.05%), valid inputs in range  0.39% (13231540), in or above range=99.92%
 error range [  0.01%,  0.02%), valid inputs in range  0.06% (1988505), in or above range=99.98%
 error range [  0.00%,  0.01%), valid inputs in range  0.02% (830561), in or above range=100.00%
 Of all possible inputs (more than valid inputs)
  NaN  0.78% (33488896 counts)
  Inf 12.52% (537754624 counts)
  Und  8.70% (373572297 counts)

Summary for spreadsheet. Inputs bf16z. Output fp32.
  4.34%
 55.21%
 92.66%
 98.14%
 99.52%
  0.78%
 12.52%
  8.70%


ignore: nan
```