# EXHIBIT H

```
 FP32 multiply.
 FP32 outputs.
 Progress (of 64)  0--------- 1--------- 2--------- 3--------- 4--------- 5--------- 6---
 Done.
 Total number of inputs checked= 4294967296(       100000000)
 Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply 3369879404(        c8dc476c)
 error range [ 50.00%,100.00%), valid inputs in range  0.08% (2810348), in or above range= 0.08%
 error range [ 20.00%, 50.00%), valid inputs in range  0.15% (5154620), in or above range= 0.24%
 error range [ 10.00%, 20.00%), valid inputs in range  0.18% (6075118), in or above range= 0.42%
 error range [  5.00%, 10.00%), valid inputs in range  0.19% (6443774), in or above range= 0.61%
 error range [  2.00%,  5.00%), valid inputs in range  0.27% (8982214), in or above range= 0.87%
 error range [  1.00%,  2.00%), valid inputs in range  0.21% (7005155), in or above range= 1.08%
 error range [  0.50%,  1.00%), valid inputs in range  0.21% (7123254), in or above range= 1.29%
 error range [  0.20%,  0.50%), valid inputs in range  0.28% (9566974), in or above range= 1.58%
 error range [  0.10%,  0.20%), valid inputs in range  0.22% (7319733), in or above range= 1.79%
 error range [  0.05%,  0.10%), valid inputs in range  0.22% (7392691), in or above range= 2.01%
 error range [  0.02%,  0.05%), valid inputs in range  0.29% (9875252), in or above range= 2.31%
 error range [  0.01%,  0.02%), valid inputs in range  0.22% (7555160), in or above range= 2.53%
 error range [  0.00%,  0.01%), valid inputs in range 97.47% (-1010392185), in or above range=100.00%
 Of all possible inputs (more than valid inputs)
 NaN  0.78% (33488896 counts)
 Inf 12.52% (537824654 counts)
 Und  8.24% (353774342 counts)

Summary for spreadsheet. Inputs fp32. Output fp32.
 1.08%
 1.29%
 1.58%
 1.79%
 2.01%
 0.78%
12.52%
 8.24%


ignore: nan
```