## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## DECLARATION OF BRIAN SEEVE IN SUPPORT OF PLAINTIFF SINGULAR COMPUTING LLC'S OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO COMPEL

I, Brian Seeve, hereby declare as follows:

1.  I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff, Singular Computing LLC ("Singular") in this action. I submit this Declaration in support of Singular's opposition to the motion to compel filed by defendant, Google LLC on April 26, 2021

2.  Attached hereto as Exhibit A is a true and correct copy of an email from Brian Seeve to Anna Porto dated March 18, 2021.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at Boston, Massachusetts on May 10, 2021.

*/s/ Brian Seeve*