# EXHIBIT A

From: Seeve, Brian <bseeve@princelobel.com>
Sent: Thursday, March 18, 2021 2:40 PM
To: Anna Porto <APorto@keker.com>
Cc: anant.saraswat@wolfgreenfield.com; kgannon@princelobel.com; singular@princelobel.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvp-singular <kvpsingular@keker.com>
Subject: Re: Singular Computing LLC v. Google LLC

[EXTERNAL]

Anna,

I am puzzled by your reply.

On Tuesday, I confirmed that Singular has produced any and all files generated by the test programs that were used for the Infringement Contentions and the First Amended Complaint (SINGULAR-00012101 to SINGULAR-00012517). These are the files we were referring to in our Opposition to Google's Motion to Compel on Jan 28th.

Can you explain—precisely, and with examples—what files you believe Singular is obligated to produce that are *not* "files generated by the test programs that were used for the Infringement Contentions and the First Amended Complaint"?

Best,

- Brian

1