UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

### DEFENDANT GOOGLE LLC'S RENEWED MOTION TO STAY PENDING *INTER PARTES* REVIEW

Defendant Google LLC ("Google") hereby moves to stay litigation pending *inter partes* review. A memorandum of law in support of this motion is being filed contemporaneously herewith.

Defendant's counsel hereby certifies under Local Rule 7.1 that the parties conferred regarding this motion but were unable to resolve or narrow the issues. Given the urgency of the motion and the focused issue it presents, Google does not request oral argument on its motion to stay and believes the Court can issue a decision based solely on the papers. If, however, the Court believes oral argument would assist it in reaching a determination, Google would be happy to participate in such an argument.

WHEREFORE, Google respectfully requests that the Court GRANT this motion and STAY further proceedings, pending *inter partes* review.

//

//

//

Respectfully submitted,

Dated: May 14, 2021

By: */s/ Nathan R. Speed*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Asim Bhansali (*pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Matthias Kamber (*pro hac vice*)
mkamber@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Nathan R. Speed*
Nathan R. Speed