# Exhibit A

| | |
|---|---|
| **From:** | Andrew S. Bruns |
| **Sent:** | Friday, May 14, 2021 9:40 AM |
| **To:** | Gannon, Kevin; singular@princelobel.com |
| **Cc:** | kvp-singular; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com |
| **Subject:** | RE: 1:19-cv-12551-FDS Singular LLC v. Google LLC |

Kevin,

Now that IPRs have been instituted as to all three patents, including all of the asserted claims, please let us know if Singular is willing to stipulate to a stay.  If we don't hear from you by 3pm ET, we will assume that Singular's position has not changed and it will oppose Google's motion, which we plan to file today.

Best,
Andy

---

**Andrew Bruns**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8821 direct | 415 391 5400 main
abruns@keker.com | [vcard](#) | keker.com
*Pronouns: he/him/his*

---

**From:** Gannon, Kevin <kgannon@princelobel.com>
**Sent:** Thursday, May 13, 2021 7:24 PM
**To:** Andrew S. Bruns <ABruns@keker.com>; singular@princelobel.com
**Cc:** kvp-singular <kvpsingular@keker.com>; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com
**Subject:** RE: 1:19-cv-12551-FDS Singular LLC v. Google LLC

**[EXTERNAL]**

Counsel,

Singular disagrees and believes that a motion to stay is inappropriate given the advanced stage of the litigation and is also premature given the fact that there are three patents-in-suit and the PTAB has only instituted *inter partes* review on one of them.

Thanks,
Kevin

Kevin Gannon

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

**From:** Andrew S. Bruns [mailto:abruns@keker.com]
**Sent:** Wednesday, May 12, 2021 6:44 PM
**To:** Singular <Singular@princelobel.com>
**Cc:** kvpsingular@keker.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com
**Subject:** 1:19-cv-12551-FDS Singular LLC v. Google LLC

Counsel,

As you have likely already seen, earlier today the PTAB instituted *inter partes* review of Google's petition #2021-00155, regarding Patent No. 10,416,961. Given that decision, Google believes that an immediate stay of this litigation pending a final written decision from the PTAB is in the best interests of the parties and the Court.

Please provide your position on this issue by the end of the day tomorrow. If Singular does not stipulate to a stay, Google intends to move for one as soon as possible.

Best,
Andy

## Andrew Bruns

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8821 direct | 415 391 5400 main
abruns@keker.com | vcard | keker.com
*Pronouns: he/him/his*

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any

transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.