# Exhibit H

| | |
|---|---|
| **From:** | Ercolini, Michael <mercolini@princelobel.com> |
| **Sent:** | Tuesday, May 4, 2021 11:43 AM |
| **To:** | Anna Porto; singular@princelobel.com |
| **Cc:** | kvp-singular; abhansali@kblfirm.com; wgs-singularv.google@wolfgreenfield.com |
| **Subject:** | RE: Singular Computing LLC v. Google LLC, 1:19-cv-12551 FDS |

**[EXTERNAL]**

Counsel,

We are currently working to secure third-party consent to provide this information. We will follow up with a response as soon as we hear back from the third-party. Should Singular be given consent by the third-party, we will immediately supplement the interrogatory response accordingly. Subject to that consent, we also intend to produce a document, which would be referenced in the supplemental response.

Please let us know if you have any questions in the meantime.

Best regards,

Michael J. Ercolini
617 456 8084 direct | mercolini@princelobel.com

---

**From:** Anna Porto [mailto:aporto@keker.com]
**Sent:** Tuesday, May 04, 2021 1:25 PM
**To:** Singular <Singular@princelobel.com>
**Cc:** kvpsingular@keker.com; abhansali@kblfirm.com; wgs-singularv.google@wolfgreenfield.com
**Subject:** RE: Singular Computing LLC v. Google LLC, 1:19-cv-12551 FDS

Counsel,

Please provide a response to our email below.

Thanks,
Anna

---

**From:** Anna Porto
**Sent:** Tuesday, April 27, 2021 9:04 PM
**To:** singular@princelobel.com
**Cc:** kvp-singular <kvpsingular@keker.com>; abhansali@kblfirm.com; wgs-singularv.google@wolfgreenfield.com
**Subject:** Singular Computing LLC v. Google LLC, 1:19-cv-12551 FDS

Counsel,

Singular's recent document production suggests that NextDroid was a potential "new evaluation customer," and that Dr. Bates "was negotiating" with NextDroid. *See* SINGULAR-00015925; SINGULAR-00018743; SINGULAR-00019232; *see also* SINGULAR-00023309 ("Singular also licenses to NextDroid.").

1

Singular's Second Supplemental Response to Interrogatory No. 11, however, makes no mention of Dr. Bates' commercialization attempts with NextDroid.  As you know, Google's Interrogatory No. 11 requests all facts related to Singular's attempts to commercialize and was the subject of Google's motion to compel.  Please confirm that Singular will supplement its response with a narrative description of Dr. Bates' work with NextDroid no later than Monday May 3rd.

Thanks,
Anna

**Anna Porto**

Keker, Van Nest & Peters LLP

633 Battery Street

San Francisco, CA 94111-1809

415 962 8857 direct | 415 391 5400 main

aporto@keker.com | vcard | keker.com
Pronouns: she/her/hers

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.