# EXHIBIT A
**(CORRECTED)**

**Subject:** Re: Singular Computing LLC v. Google LLC
**Date:** Monday, March 22, 2021 at 5:56:21 PM Eastern Daylight Time
**From:** Seeve, Brian
**To:** Anna Porto
**CC:** anant.saraswat@wolfgreenfield.com, Gannon, Kevin, Singular, abhansali@kblfirm.com, mkwun@kblfirm.com, wgs-singularv.google@wolfgreenfield.com, kvpsingular@keker.com
**BCC:** Seeve, Brian

Anna -

The testing code used to generate the data relied upon in the First Amended Complaint does not produce "output files," nor were any "output files" cited in the First Amended Complaint.

As I clearly explain below, and have attempted to explain to you over and over again, both in writing and over the phone, we have produced the test code for the test programs that were used for the Infringement Contentions and the First Amended Complaint *and all files generated by these test programs*.

Best,

- Brian