# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF ANNA PORTO IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY TO PLAINTIFF SINGULAR COMPUTING LLC'S OPPOSITION TO MOTION TO COMPEL**

I, Anna Porto, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest & Peters, LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2. I make this Declaration in support of Google's Reply to Plaintiff's Opposition to Motion to Compel. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as Exhibit A is a true and correct copy of email correspondence between me and counsel for Singular.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed May 17, 2021 at San Francisco, California.

By:  /s/ *Anna Porto*
     Anna Porto

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                      */s/ Nathan R. Speed*
                                                      Nathan R. Speed

1691594.v1