# EXHIBIT A

| | |
|---|---|
| **From:** | Seeve, Brian |
| **To:** | Anna Porto |
| **Cc:** | Singular; Ercolini, Michael; kvpsingular@keker.com; abhansali@kblfirm.com; WGS-Singular v. Google; mkwun@kblfirm.com |
| **Subject:** | Re: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS \| Renewed motion to compel |
| **Date:** | Monday, May 17, 2021 3:56:07 PM |

Anna -

Attached is the screenshot of the interactive computer terminal that appeared in our opposition brief.

- Brian

```
COMMAND: ./mult bf16 fp32

  BF16 multiply.
  FP32 outputs.
Progress (of 64) 0---------1---------2---------3---------4---------5---------6---
Done.
Total number of inputs checked = 4294967296(       100000000)
  Valid inputs don't produce NaN, Overflow (Inf), or Underflow (i.e. 0 when exact is not 0).

Number of Valid Inputs to Multiply = 3369741239(       c8da2bb7)
  error range [ 50.00%,100.00%), valid inputs in range  0.08%(2750546), in or above range=  0.08%
  error range [ 20.00%, 50.00%), valid inputs in range  0.16%(5461018), in or above range=  0.24%
  error range [ 10.00%, 20.00%), valid inputs in range  0.19%(6406715), in or above range=  0.43%
  error range [  5.00%, 10.00%), valid inputs in range  0.22%(7247952), in or above range=  0.65%
  error range [  2.00%,  5.00%), valid inputs in range  0.37%(12350786), in or above range=  1.02%
  error range [  1.00%,  2.00%), valid inputs in range  3.63%(122356186), in or above range=  4.65%
  error range [  0.50%,  1.00%), valid inputs in range 50.75%(1710072241), in or above range= 55.39%
  error range [  0.20%,  0.50%), valid inputs in range 37.29%(1256688117), in or above range= 92.69%
  error range [  0.10%,  0.20%), valid inputs in range  5.46%(184012895), in or above range= 98.15%
  error range [  0.05%,  0.10%), valid inputs in range  1.37%(46304288), in or above range= 99.52%
  error range [  0.02%,  0.05%), valid inputs in range  0.39%(13261963), in or above range= 99.92%
  error range [  0.01%,  0.02%), valid inputs in range  0.06%(1993827), in or above range= 99.98%
  error range [  0.00%,  0.01%), valid inputs in range  0.02%(834705), in or above range=100.00%
Of all possible inputs (more than valid inputs)
  NaN  0.78%(33488896 counts)
  Inf 12.52%(537754624 counts)
  Und  8.24%(353982537 counts)

Summary for spreadsheet.  Inputs bf16.  Output fp32.
  4.65%
 55.39%
 92.69%
 98.15%
 99.52%
  0.78%
 12.52%
  8.24%


Ignore: nan

COMMAND:
```

On May 17, 2021, at 12:17 AM, Anna Porto <aporto@keker.com> wrote:

Michael,

Please provide a response to our email below.

Thanks,
Anna

**From:** Anna Porto
**Sent:** Friday, May 14, 2021 3:26 PM
**To:** 'singular@princelobel.com' <singular@princelobel.com>; 'Ercolini, Michael' <mercolini@princelobel.com>
**Cc:** kvp-singular <kvpsingular@keker.com>; 'Asim Bhansali' <abhansali@kblfirm.com>; 'wgs-singularv.google@wolfgreenfield.com' <wgs-singularv.google@wolfgreenfield.com>; 'mkwun@kblfirm.com' <mkwun@kblfirm.com>
**Subject:** RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS | Renewed motion to compel

Michael,

I understand that during the meet-and-confer today, you said that Singular would let us know over the weekend whether Singular will agree to produce the screenshot of the FAC testing code output and the spreadsheet that is excerpted in the FAC (if you have it). We look forward to your response.

Thanks,
Anna

---

**From:** Anna Porto
**Sent:** Wednesday, May 12, 2021 10:40 AM
**To:** singular@princelobel.com
**Cc:** kvp-singular <kvpsingular@keker.com>; Asim Bhansali <abhansali@kblfirm.com>; wgs-singularv.google@wolfgreenfield.com; mkwun@kblfirm.com
**Subject:** Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS | Renewed motion to compel

Counsel,

In your opposition to Google's renewed motion to compel, you included a screenshot of the FAC testing code output. Will you agree to produce a copy of that screenshot? Please let us know by tomorrow, May 13th.

Thanks,
Anna

**Anna Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14159628857 direct | 415 391 5400 main
aporto@keker.com | vcard | keker.com

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.