**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SINGULAR COMPUTING LLC,

      Plaintiff,

v.

GOOGLE LLC,

      Defendant.

Civil Action No. 1:19-cv-12551-FDS

**DECLARATION OF DANIEL MCGONAGLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL GOOGLE TO RESPOND TO INTERROGATORIES AND PRODUCE DOCUMENTS RELATING TO DAMAGES**

I, Daniel McGonagle, hereby declare as follows:

1.      I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff, Singular Computing LLC ("Singular") in this action.  I submit this declaration in support of Singular's motion to compel defendant, Google LLC ("Google"), to respond to interrogatories and produce documents relating to damages.

2.      Attached hereto as Exhibit A is a true and correct copy of Singular's Third Set of Interrogatories [Nos. 12-20] to Google in this case.

3.      Attached hereto as Exhibit B is a true and correct redacted copy of Google's Response and Objection to Plaintiff's Third Set of Interrogatories [No. 12-20].

4.      Attached hereto as Exhibit C is a true and correct copy of Singular's First Set of Requests for Production (Nos. 1-102) to Google in this case.

5.      Attached hereto as Exhibit D is a true and correct copy of Google's Responses and Objections to Plaintiff's First Set of Requests for Production (Nos. 1-102).

6.      Attached hereto as Exhibit E is a true and correct copy of an email exchange between Dan McGonagle and Deeva Shah dated May 12, 2021.

7.      Attached hereto as Exhibit F is a true and correct copy of an email exchange between Dan McGonagle and Deeva Shah dated May 13, 2021.

8.      Attached hereto as Exhibit G is a true and correct copy of another email exchange between Dan McGonagle and Deeva Shah dated May 13, 2021.

9.      Attached hereto as Exhibit H is a true and correct copy of an iam-media article dated March 27, 2015, titled "IBM has sold over 15,000 patents since 1991; Google is its biggest customer," last downloaded from www.iam-media.com on May 18, 2021.

10.      Attached hereto as Exhibit I is a true and correct copy of a Samsung press-release dated January 27, 2014, titled "Samsung and Google Sign Global Patent License Agreement," last downloaded from https:news.samsung.com on May 18, 2021.

11.      Attached hereto as Exhibit J is a true and correct copy of a World Intellectual Property Review article dated May 2, 2014, titled "Cisco and Google sign patent deal," last downloaded from www.worldipreview.com on May 18, 2021.

Executed at Boston, Massachusetts on May 18, 2021.

*/s/ Daniel McGonagle*

3784612.v1