# EXHIBIT E

| | |
|---|---|
| **From:** | Deeva V. Shah <dshah@keker.com> |
| **Sent:** | Wednesday, May 12, 2021 3:03 PM |
| **To:** | McGonagle, Dan; Singular |
| **Cc:** | abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; nhueston@kblfirm.com; kvpsingular@keker.com |
| **Subject:** | RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS \| Discovery Service |
| **Attachments:** | 05 04 2021 letter to Prince Lobel.pdf |

Counsel,

Thanks for your email. We are happy to meet and confer about Google's responses to Singular's Third Set of Interrogatories, which seek information related to Singular's damages claim. However, as I explained in my May 4, 2021 letter, Singular has to date failed to make any meaningful disclosures about its damages theories or the fact underpinning them. In my May 4 letter, we asked Singular to supplement its initial disclosures and response to Interrogatory No. 5 to provide that information. Even though we asked Singular to provide those supplemental disclosures by May 11 (yesterday), we have yet to receive any response at all to my letter.

Singular's failure to provide adequate disclosures about its damages claim is improper, and we believe it must be remedied before the parties can have a productive meet and confer over damages issues, including the discovery requested in Singular's Third Set of Interrogatories. Accordingly, we believe a meet and confer over Google's responses to those requests is premature, and we propose that the parties schedule that meet and confer to occur after Google has received and reviewed Singular's supplemental disclosures and response to Interrogatory No. 5. Please let us know when you plan to supplement Singular's disclosures and interrogatory response, and we will propose times that we are available to meet and confer following our receipt of the same.

Regards,
Deeva

Deeva Shah
757-553-8301

**From:** McGonagle, Dan <dmcgonagle@princelobel.com>
**Sent:** Tuesday, May 11, 2021 4:07 PM
**To:** Alisa Thompson <AThompson@keker.com>; singular@princelobel.com
**Cc:** abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; nhueston@kblfirm.com; kvp-singular <kvpsingular@keker.com>
**Subject:** RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS \| Discovery Service

**[EXTERNAL]**

Counsel,
Please provide some times that you are available for a meet and confer regarding your responses.

Thanks,
Dan

**From:** Alisa Thompson [mailto:athompson@keker.com]
**Sent:** Friday, May 7, 2021 6:31 PM
**To:** Singular <Singular@princelobel.com>
**Cc:** abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; nhueston@kblfirm.com;

1

kvpsingular@keker.com

**Subject:** Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS | Discovery Service

Dear Counsel:

Attached please find:

- DEFENDANT'S RESPONSE AND OBJECTION TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NO. 12-20)

Regards,

**Alisa Thompson**
Legal Secretary
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6617 direct | 415 391 5400 main
athompson@keker.com | keker.com

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

-----------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.