# EXHIBIT I

# Samsung and Google Sign Global Patent License Agreement

**news.samsung.com**/global/samsung-and-google-sign-global-patent-license-agreement

**Samsung Electronics** and **Google** Inc. furthered their long-term cooperative partnership with a **global patent cross-license agreement** covering a broad range of technologies and business areas. The mutually beneficial agreement covers the two companies' existing patents as well as those filed over the **next 10 years**.

"We're pleased to enter into a cross-license with our partner Samsung," said Allen Lo, Deputy General Counsel for Patents at Google. "By working together on agreements like this, companies can reduce the potential for litigation and focus instead on innovation."

With this agreement, Samsung and Google gain access to each other's industry-leading patent portfolios, paving the way for deeper collaboration on research and development of current and future products and technologies.

"This agreement with Google is highly significant for the technology industry," said Dr. Seungho Ahn, the Head of Samsung's Intellectual Property Center. "Samsung and Google are showing the rest of the industry that there is more to gain from cooperating than engaging in unnecessary patent disputes."

Products > Mobile

For any issues related to customer service, please go to Customer Support page for assistance.
For media inquiries, please click Media Contact to move to the form.