# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC<br><br>      Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## DEFENDANT'S REQUEST FOR A STATUS CONFERENCE

The Court scheduled periodic status conferences leading up to the *Markman* hearing, but has not held one since February 23, 2021.  With fact discovery due to be completed by July 23, 2021, Google believes that a status conference will assist in the management of the case over the coming months. Pursuant to Procedural Provision 4 of the Scheduling Order (Dkt. No. 59), and in the context of requesting a stipulated extension of the written-discovery deadline (set for May 24, 2021), Google apprised Singular that it would ask the Court for a status conference.  In light of various upcoming deadlines, Google respectfully requests that the Court schedule a status conference at its earliest convenience.

Dated: May 20, 2021

                        Respectfully submitted,

By:   */s/ Nathan R. Speed*
       Gregory F. Corbett (BBO #646394)
       gregory.corbett@wolfgreenfield.com
       Nathan R. Speed (BBO # 670249)
       nathan.speed@wolfgreenfield.com
       Elizabeth A. DiMarco (BBO #681921)
       elizabeth.dimarco@wolfgreenfield.com
       WOLF, GREENFIELD & SACKS, P.C.

600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (*admitted pro hac vice*)
rvannest@keker.com
Matthias Kamber (*admitted pro hac vice*)
mkamber@keker.com
Michelle Ybarra (*admitted pro hac vice*)
myabarra@keker.com
Jay Rapaport (*admitted pro hac vice*)
jrapaport@keker.com
Andrew Bruns (*admitted pro hac vice*)
abruns@keker.com
Anna Porto (*admitted pro hac vice*)
aporto@keker.com
Deeva Shah (*admitted pro hac vice*)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Michael S. Kwun (*admitted pro hac vice*)
mkwun@kblfirm.com
Asim Bhansali (*admitted pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750 San Francisco, CA 94111
(415) 630-2350
*Counsel for Defendant Google LLC*

---

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, the foregoing pleading was served upon the attorneys of record for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to registered attorneys of record.

Dated: May 20, 2021                  */s/ Nathan R. Speed*
                                             Nathan R. Speed

---
DEFENDANT'S REQUEST FOR A STATUS CONFERENCE