IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>    Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## **DEFENDANT GOOGLE LLC'S RESPONSE TO COURT ORDER**

On May 19, 2021, the Court issued an order requesting that Defendant Google LLC respond by the close of business on Friday, May 21, 2021, and indicate whether there remains a dispute, or whether its Renewed Motion to Compel (Dkt. No. 169) can be deemed to have been resolved. Dkt. No. 190. In response to the Court's order, Google provides the following update on its Renewed Motion to Compel.

Google filed a Reply to Singular's Opposition to the Renewed Motion to Compel on May 17, 2021. Dkt. No. 185. Google's Reply was inadvertently linked to Google's pending Motion to Stay (Dkt. No. 181). In the time since Google filed its Reply, Singular has produced the screenshot of the test code output that Google requested in its Renewed Motion to Compel. Accordingly, Google's Renewed Motion to Compel is now moot and can be deemed to have been resolved.

Respectfully submitted,

Dated: May 21, 2021

By:   */s/ Nathan R. Speed*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com

WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (*admitted pro hac vice*)
rvannest@keker.com
Matthias Kamber (*admitted pro hac vice*)
mkamber@keker.com
Michelle Ybarra (*admitted pro hac vice*)
myabarra@keker.com
Jay Rapaport (*admitted pro hac vice*)
jrapaport@keker.com
Andrew Bruns (*admitted pro hac vice*)
abruns@keker.com
Anna Porto (*admitted pro hac vice*)
aporto@keker.com
Deeva Shah (*admitted pro hac vice*)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Michael S. Kwun (*admitted pro hac vice*)
mkwun@kblfirm.com
Asim Bhansali (*admitted pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750 San
Francisco, CA 94111
(415) 630-2350
*Counsel for Defendant Google LLC*

---

DEFENDANT'S RESPONSE TO COURT ORDER

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, the foregoing pleading was served upon the attorneys of record for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to registered attorneys of record.


Dated: May 21, 2021                                     /s/ Nathan R. Speed
                                                    Nathan R. Speed