# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
## FOR A STATUS CONFERENCE

        Paul J. Hayes (BBO #227000)
        Matthew D. Vella (BBO #660171)
        Kevin Gannon (BBO #640931)
        Daniel McGonagle (BBO #690084)
        Brian M. Seeve (BBO #670455)
        **PRINCE LOBEL TYE LLP**
        One International Place, Suite 3700
        Boston, MA 02110
        Tel: (617) 456-8000
        Fax: (617) 456-8100
        Email: phayes@princelobel.com
        Email: mvella@princelobel.com
        Email: kgannon@princelobel.com
        Email: dmcgonagle@princelobel.com
        Email: bseeve@princelobel.com

        ATTORNEYS FOR THE PLAINTIFF

Plaintiff, Singular Computing LLC, does not oppose Google's Request for a Status Conference.

| | |
|---|---|
| Dated: May 21, 2021 | Respectfully submitted, |
| | */s/ Paul J. Hayes* |
| | Paul J. Hayes (BBO #227000) |
| | Matthew D. Vella (BBO #660171) |
| | Kevin Gannon (BBO #640931) |
| | Daniel McGonagle (BBO #690084) |
| | Brian M. Seeve (BBO #670455) |
| | **PRINCE LOBEL TYE LLP** |
| | One International Place, Suite 3700 |
| | Boston, MA 02110 |
| | Tel: (617) 456-8000 |
| | Fax: (617) 456-8100 |
| | Email: phayes@princelobel.com |
| | Email: mvella@princelobel.com |
| | Email: kgannon@princelobel.com |
| | Email: dmcgonagle@princelobel.com |
| | Email: bseeve@princelobel.com |
| | |
| | ATTORNEYS FOR THE PLAINTIFF |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Paul J. Hayes*

1