UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF ANNA PORTO IN SUPPORT OF
DEFENDANT GOOGLE LLC'S MOTION TO MODIFY THE SCHEDULING ORDER**

I, Anna Porto, declare and state as follows:

1.  I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest & Peters LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2.  I submit this declaration in support of Google's Motion to Amend the Case Schedule. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3.  Google served its first set of Requests for Production and its first set of Interrogatories on July 13, 2020.

4.  Attached as Exhibit A is a true and correct copy of correspondence from Deeva Shah dated December 17, 2020.

5.  Attached as Exhibit B is a true and correct copy of correspondence from Deeva Shah dated January 20, 2021.

6.  Attached as Exhibit C is a true and correct of correspondence from Michael Ercolini dated February 3, 2021.

7.  Attached as Exhibit D is a true and correct copy of correspondence from Anna Porto dated March 11, 2021.

8.  Attached as Exhibit E is a true and correct copy of correspondence from Michael Ercolini dated April 6, 2021.

9.  Attached as Exhibit F is a true and correct copy of correspondence from Anna Porto dated April 12, 2021.

10. Attached as Exhibit G is a true and correct copy of correspondence from Anna Porto dated May 3, 2021.

11. Attached as Exhibit H is a true and correct copy of correspondence from Anna Porto dated May 7, 2021.

12. Attached as Exhibit I is a true and correct copy of correspondence from Anna Porto dated May 13, 2021.

13. Attached as Exhibit J is a true and correct copy of correspondence from Michael Ercolini dated May 13, 2021.

14. Attached as Exhibit K is a true and correct copy of correspondence from Matthias Kamber dated May 14, 2021.

15. Attached as Exhibit L is a true and correct copy of correspondence from Michael Ercolini dated May 20, 2021.

16. Attached as Exhibit M is a true and correct copy of correspondence from Matthias Kamber dated September 10, 2020.

17. Attached as Exhibit N is a true and correct copy of correspondence from Deeva Shah dated January 5, 2021.

18. Attached as Exhibit O is a true and correct copy of correspondence from Anna Porto dated April 22, 2021.

19. Attached as Exhibit P is a true and correct copy of correspondence from Anna Porto dated April 27, 2021.

20. Attached as Exhibit Q is a true and correct copy of correspondence from Anna Porto dated March 26, 2021.

21. Attached as Exhibit R is a true and correct copy of correspondence from Andrew Bruns dated May 20, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 24, 2021 at San Francisco, California.

*/s/ Anna Porto*
Anna Porto

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                        */s/ Nathan R. Speed*
                                        Nathan R. Speed

1693029.v1