# EXHIBIT A



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Deeva Shah**
(757) 553-8301
dshah@keker.com

December 17, 2020

**VIA ELECTRONIC MAIL**

Michael J. Ercolini
Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110
mercolini@princelobel.com

Re:   *Singular Computing LLC v. Google LLC*, 1:19-cv-12551-FDS (D. Mass.)

Dear Michael:

I write pursuant to Section 3 of the parties' Stipulated Order Regarding Discovery of Electronically Stored Information (ESI).  *See* Dkt. 68.  Defendant Google LLC proposes Plaintiff Singular Computing LLC collect ESI from the following custodians:

1) Dr. Joseph Bates
2) Mark Beal
3) Mustafa Ozgen
4) Josh Tenenbaum
5) Stephen Boyd
6) Bill Struever
7) Kent Arnold
8) Steve Stecyk
9) Kevin Foley
10) Ryan Senanayake
11) Rawn Henry

Before proposing search terms, we wanted to give you our list of proposed custodians so that Singular can let us know whether (1) it does not have custodial documents or (2) the number of

1618947

Michael Ercolini                                                             VIA ELECTRONIC MAIL
December 17, 2020
Page 2

custodial documents may be limited for some reason. That information may influence which custodians to include and which search terms we propose. Please provide this information by January 4, 2021, so that we may have a productive start to the ESI process in the new year.

Please let us know if you would prefer to set up a call to discuss.

Sincerely,

Deeva Shah

cc:   All counsel

1618947