# EXHIBIT N

| | |
|---|---|
| **From:** | Deeva V. Shah |
| **To:** | Ercolini, Michael; singular@princelobel.com |
| **Cc:** | wgs-singularv.google@wolfgreenfield.com; Asim Bhansali; mkwun@kblfirm.com; kvp-singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC | Google"s Proposed Custodians |
| **Date:** | Tuesday, January 5, 2021 10:12:40 AM |
| **Attachments:** | SINGULAR - Letter to Ercolini.pdf |

Counsel,

Please provide a response to the attached letter we sent on December 17, 2020.

Regards,
Deeva

**From:** Deeva V. Shah <DShah@keker.com>
**Sent:** Thursday, December 17, 2020 9:40 AM
**To:** Ercolini, Michael <mercolini@princelobel.com>; singular@princelobel.com
**Cc:** wgs-singularv.google@wolfgreenfield.com; Asim Bhansali <abhansali@kblfirm.com>; mkwun@kblfirm.com; kvp-singular <kvpsingular@keker.com>
**Subject:** Singular Computing LLC v. Google LLC | Google's Proposed Custodians

Counsel,

Please see attached correspondence.

Best,
Deeva

**Deeva V. Shah**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
757 553 8301 direct (cell) | 415 391 5400 main
dshah@keker.com | vcard | keker.com