# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## ASSENTED TO MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Defendant Google LLC ("Google") respectfully moves for the following and states supporting ground as follows:

1. On May 18, 2021 Plaintiff Singular Computing LLC filed a Motion to Compel. Dkt. No. 187. The current deadline for Google to file its opposition to Singular's Motion to Compel is June 1, 2021, which is the day after the Memorial Day holiday.

2. In view of the Memorial Day holiday, Google respectfully request that it be permitted a 2-day extension of time to respond in opposition to Singular's Motion to Compel. If granted, Google's opposition would be due on June 3, 2021.

3. This Assented To Motion is supported by good cause as the 2-day extension will provide Google adequate time to prepare an opposition that will assist this Court in resolving the issues presented in Singular's Motion to Compel. The 2-day extension also will not impact any other deadlines in this matter and will not cause prejudice or delay in this action. Further, Singular has assented to this extension request.

**WHEREFORE**, Defendant Google LLC respectfully request entry of an Order granting the extension.

Respectfully submitted,

Dated: May 27, 2021

/s/ Nathan R. Speed
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted pro hac vice)
rvannest@keker.com
Matthias Kamber (admitted pro hac vice)
mkamber@keker.com
Michelle Ybarra (admitted pro hac vice)
myabarra@keker.com
Jay Rapaport (admitted pro hac vice)
jrapaport@keker.com
Andrew Bruns (admitted pro hac vice)
abruns@keker.com
Anna Porto (admitted pro hac vice)
aporto@keker.com
Deeva Shah (admitted pro hac vice)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Michael S. Kwun (admitted pro hac vice)
mkwun@kblfirm.com
Asim Bhansali (admitted pro hac vice)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

(415) 630-2350

COUNSEL FOR DEFENDANT GOOGLE LLC

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Nathan R. Speed, counsel for Defendant, hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff on May 26, 2021, wherein counsel for Plaintiff stated that they assent to this extension request.

Dated: May 27, 2021              */s/ Nathan R. Speed*
                                              Nathan R. Speed

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing pleading was served upon the attorneys of record for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to registered attorneys of record.

Dated: May 27, 2021              */s/ Nathan R. Speed*
                                              Nathan R. Speed