UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>          Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S
<u>RENEWED MOTION TO STAY PENDING *INTER PARTES* REVIEW</u>**

I, Kevin Gannon, hereby declare as follows:

1.   I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Singular's opposition to the Renewed Motion of defendant, Google LLC ("Google"), to Stay Pending *Inter Partes* Review.

2.   Attached hereto as Exhibit A is a true and correct copy of GOOGLE'S RESPONSE TO PLAINTIFF'S MOTION TO LIFT STAY, Dkt. No. 27 in *Personal Audio, Inc. v. Google Inc.*, No. 1:15-cv-00350-RC (E.D. Tex. Oct. 17, 2016).

3.   Attached hereto as Exhibit B is a true and correct copy of an excerpt from a Press Release issued by Google's parent company, Alphabet Inc., on April 27, 2021.

4.   Attached hereto as Exhibit C is a true and correct copy of Google's Petition for *Inter Partes* Review in Case No. IPR2021-00155.

5.   Attached hereto as Exhibit D is a true and correct copy of Google's Petition for *Inter Partes* Review in Case No. IPR2021-00165.

1

6. Attached hereto as Exhibit E is a true and correct copy of Google's Petition for *Inter Partes* Review in Case No. IPR2021-00179.

7. Attached hereto as Exhibit F is a true and correct copy of the Decision of the Patent Trial and Appeal Board Decision Granting *Inter Partes* Review in Case No. IPR2021-00155.

8. Attached hereto as Exhibit G is a true and correct copy of the Decision of the Patent Trial and Appeal Board Decision Granting *Inter Partes* Review in Case No. IPR2021-00165.

9. Attached hereto as Exhibit H is a true and correct copy of the Decision of the Patent Trial and Appeal Board Decision Granting *Inter Partes* Review in Case No. IPR2021-00179.

10. Attached hereto as Exhibit I is a true and correct copy of 3 pages downloaded from www.astroteller.net on May 21, 2021.

11. Attached hereto as Exhibit J is a true and correct copy of 9 pages downloaded from www.astroteller.net on May 21, 2021

12. Attached hereto as Exhibit K is a true and correct copy of a page downloaded from web.stanford.edu/~thrun/cv.pdf on May 27, 2021.

13. Attached hereto as Exhibit L is a true and correct copy of a page produced during discovery in this case numbered GOOG-SING-00083454.

14. Attached hereto as Exhibit M is a true and correct copy of a page produced during discovery in this case numbered SINGULAR-00026942.

15. Attached hereto as Exhibit N is a true and correct copy of a page produced during discovery in this case numbered SINGULAR-00018122.

16. Attached hereto as Exhibit O is a true and correct copy of an email exchange between Andrew Ng *et al.* and Joe Bates on February 26 and March 2, 2011.

17. Attached hereto as Exhibit P is a true and correct copy of Singular's Notice of Deposition of Astro Teller dated July 10, 2020.

18. Attached hereto as Exhibit Q is a true and correct copy of Singular's Notice of Deposition of Jeffrey Dean dated July 10, 2020.

19. Attached hereto as Exhibit R is a true and correct copy of Singular's Notice of Deposition of Norman Jouppi dated July 10, 2020.

20. Attached hereto as Exhibit S is a true and correct copy of Singular's Notice of Deposition of David Patterson dated July 10, 2020.

21. Attached hereto as Exhibit T is a true and correct copy of Singular's Notice of Deposition of Jennifer Roden Wall dated July 10, 2020.

22. Attached hereto as Exhibit U is a true and correct copy of a Subpoena issued to Catherine Tornabene dated July 13, 2020.

23. Attached hereto as Exhibit V is a true and correct copy of an email exchange between Dan McGonagle and Asim Bhansali *et al.* on March 22-23, 2021.

24. Attached hereto as Exhibit W is a true and correct copy of an email exchange between Brian Seeve and Asim Bhansali on March 9-10, 2021.

25. Attached hereto as Exhibit X is a true and correct copy of a letter from Matthias Kamber to Paul Hayes dated September 3, 2020.

26. Attached hereto as Exhibit Y is a true and correct copy of a letter from Matthias Kamber to Paul Hayes dated September 3, 2020.

27.     Attached hereto as Exhibit Z is a true and correct copy of excerpts from the transcript pf the deposition of Catherine Tornabene dated April 29, 2021.

28.     Attached hereto as Exhibit AA is a true and correct copy of three pages downloaded from https://datacenterfrontier.com on May 28, 2021.

I declare under the penalties and perjury of the United States that the foregoing is true to the best of my knowledge and belief.

Executed at Boston, Massachusetts on May 28, 2021.

*/s/ Kevin Gannon*