# EXHIBIT B

# Alphabet Announces First Quarter 2021 Results

MOUNTAIN VIEW, Calif. – April 27, 2021 – Alphabet Inc. (NASDAQ: GOOG, GOOGL) today announced financial results for the quarter ended March 31, 2021.

Sundar Pichai, CEO of Google and Alphabet, said: "Over the last year, people have turned to Google Search and many online services to stay informed, connected and entertained. We've continued our focus on delivering trusted services to help people around the world. Our Cloud services are helping businesses, big and small, accelerate their digital transformations."

Ruth Porat, CFO of Google and Alphabet, said: "Total revenues of $55.3 billion in the first quarter reflect elevated consumer activity online and broad based growth in advertiser revenue. We're very pleased with the ongoing momentum in Google Cloud, with revenues of $4.0 billion in the quarter reflecting strength and opportunity in both GCP and Workspace."

## Q1 2021 financial highlights

The following table summarizes our consolidated financial results for the quarters ended March 31, 2020 and 2021 (in millions, except for per share information and percentages; unaudited).

|  | Quarter Ended March 31, | |
|---|---|---|
|  | 2020 | 2021 |
| Revenues | $ 41,159 | $ 55,314 |
| Increase in revenues year over year | 13 % | 34 % |
| Increase in constant currency revenues year over year[1] | 15 % | 32 % |
| Operating income | $ 7,977 | $ 16,437 |
| Operating margin | 19 % | 30 % |
| Other income (expense), net | $ (220) | $ 4,846 |
| Net income | $ 6,836 | $ 17,930 |
| Diluted EPS | $ 9.87 | $ 26.29 |

[1] Non-GAAP measure. See the table captioned "Reconciliation from GAAP revenues to non-GAAP constant currency revenues" for more details.