# EXHIBIT F

Trials@uspto.gov
571-272-7822

Paper 16
Entered: May 12, 2021

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

GOOGLE LLC,
Petitioner,

v.

SINGULAR COMPUTING LLC,
Patent Owner.

IPR2021-00155
Patent 10,416,961 B2

Before JUSTIN T. ARBES, KRISTI L. R. SAWERT, and
JASON M. REPKO, *Administrative Patent Judges.*

PER CURIAM.

DECISION
Granting Institution of *Inter Partes* Review
*35 U.S.C. § 314*

IPR2021-00155
Patent 10,416,961 B2

at least one first computing device adapted to control the operation of the at least one first LPHDR execution unit.

Ex. 1001, 30:17–37.

### D. Evidence

| Name | Reference | Exhibit No. |
|---|---|---|
| Dockser | US 2007/0203967 A1, published Aug. 30, 2007 | 1007 |
| Tong et al. ("Tong") | "Reducing Power by Optimizing the Necessary Precision/Range of Floating-Point Arithmetic," IEEE Transactions on Very Large Scale Integration (VLSI) Systems, Vol. 8, No. 3 (June 2000) | 1008 |
| MacMillan | US 5,689,677, issued Nov. 18, 1997 | 1009 |

### E. Asserted Grounds

Petitioner asserts that claims 1–5, 10, 13, 14, 21, and 23–25 are unpatentable on the following grounds listed in the table below. Pet. 4.

| Claims Challenged | 35 U.S.C. § | Reference(s)/Basis |
|---|---|---|
| 1, 2, 4, 5, 10, 13, 14 | pre-AIA 103(a)[1] | Dockser |
| 1, 2, 4, 5, 10, 13, 14, 21, 24, 25 | pre-AIA 103(a) | Dockser, Tong |
| 1–5, 10, 13, 14 | pre-AIA 103(a) | Dockser, MacMillan |
| 1–5, 10, 13, 14, 21, 23–25 | pre-AIA 103(a) | Dockser, Tong, MacMillan |

## II. ANALYSIS

### A. Level of Ordinary Skill in the Art

According to Petitioner,

---

[1] Congress amended §§ 102 and 103, among other sections, when it passed the Leahy-Smith America Invents Act (AIA). Pub. L. No. 112–29, § 3(c), 125 Stat. 284, 287 (2011). Here, Petitioner's challenges are based on pre-AIA statutes. *See* Pet. 4.

6

IPR2021-00155
Patent 10,416,961 B2

## IV. ORDER

It is

ORDERED that, under 35 U.S.C. § 314(a), an *inter partes* review of claims 1–5, 10, 13, 14, 21, and 23–25 of the '961 patent is instituted for all grounds in the Petition; and

FURTHER ORDERED that, under 35 U.S.C. § 314(a), *inter partes* review of the '961 patent is instituted on this Decision's entry date, and under 35 U.S.C. § 314(c) and 37 C.F.R. § 42.4, notice is given of the trial's institution.