# EXHIBIT J



MENU

Issued: 10 Feb 2015
**Automated and intelligent structure design generation and exploration**
**US 8954297**
Teller, Eric et al.

Issued: 03 Feb 2015
**Providing a medical support device via an unmanned aerial vehicle**
**US 8948935**
Peeters, Eric & Teller, Eric & Patrick, William Graham & Brin, Sergey

Issued: 20 Jan 2015
**System and methods for generation and control of story animation**
**US 8937620**
Teller, Eric

Issued: 06 Jan 2015
**Multi-part navigation process by an unmanned aerial vehicle for navigating to a medical situatiion**
**US 8930044**
Peeters, Eric & Teller, Eric & Patrick, William Graham

Issued: 23 Dec 2014
**Balloon envelope with integrated receiver**
**US 8917995**
Biffle, Cliff et al.

Issued: 23 Dec 2014
**Use of satellite-based routing processes with a balloon network**
**US 8918047**
Eric Teller et al.

Issued: 16 Dec 2014

Devaul, Richard Wayne et al.

Issued: 09 Dec 2014
**Responsive navigation of an unmanned aerial vehicle to a remedial facility**
**US 8909391**
Peeters, Eric and Teller, Eric and Patrick, William

Issued: 25 Nov 2014
**Battery flywheel for a high-altitude balloon**
**US 8897933**
Teller, Eric et al.

Issued: 18 Nov 2014
**Audio system**
**US 8893164**
Teller, Eric

Issued: 04 Nov 2014
**Measurement method and system**
**US 8879155**
Teller, Eric

Issued: 28 Oct 2014
**Apparatus for providing derived glucose information utilizing non-invasive physiological sensors**
**US 8870766**
Stivoric, John et al.

Issued: 07 Oct 2014
**Method and apparatus for deriving and reporting the thermic effect of food and calories consumed for an individual utilizing physiological parameters**
**US 8852098**
Teller, Eric et al.

Issued: 16 Sep 2014
**Balloon envelope adapted to direct sunlight towards payload**
**US 8833696**

Issued: 16 Sep 2014
### Method, apparatus and system for adaptive light projection
**US 8836222**
Patrick, William Graham & Teller, Eric & Lee, Johnny

Issued: 02 Sep 2014
### Location-aware "ghost" caching in a balloon network
**US 8825847**
Teller, Eric et al.

Issued: 02 Sep 2014
### Relative positioning of balloons with altitude control and wind data
**US 8820678**
Devaul, Richard et al.

Issued: 19 Aug 2014
### Collapsible envelope for descent of balloon with envelope still attached
**US 8812176**
Biffle, Clifford et al.

Issued: 19 Aug 2014
### Device and method for monitoring the presence of items and issuing an alert if an item is not detected
**US 8810392**
Teller, Eric et al.

Issued: 19 Aug 2014
### Feedback system
**US 8812419**
Teller, Eric et al.

Issued: 12 Aug 2014
### Thermal regulation of balloon payload using electronic ink
**US 8804228**
Biffle, Clifford et al.

Inferring state of traffic signal and other aspects of a vehicle's environment based on surrogate data
### US 8793046
Lombrozo, Peter and Teller, Eric and Templeton, Bradley

Issued: 15 Jul 2014
### Consideration of risks in active sensing for an autonomous vehicle
### US 8781669
Teller, Eric and Lombrozo, Peter

Issued: 27 May 2014
### Altitude control via rotation of balloon to adjust balloon density
### US 8733697
Devaul, Richard Wayne & Teller, Eric & Biffle, Clifford L. & Weaver, Josh

Issued: 06 May 2014
### Balloon network with free-space optical communication between super-node balloons and RF communication between super-node and sub-node balloons
### US 8718477
Devaul, Richard Wayne & Teller, Eric & Biffle, Clifford L. & Weaver, Josh

Issued: 29 Apr 2014
### Device utilizing data of a user's context or activity to determine the user's caloric consumption or expenditure
### US 8708904
Stivoric, John et al.

Issued: 18 Mar 2014
### Utilizing multiple teleo-operated devices for common teleo-experience sessions
### US 8676893
Teller, Eric

Issued: 04 Mar 2014
### Non-invasive temperature monitoring device
### US 8663106
Stivoric, John et al.

Method and apparatus for detecting and predicting caloric intake of an individual utilizing physiological and contextual parameters
**US 8641612**
Teller, Eric et al.

Issued: 21 Jan 2014
**Using predicted movement to maintain optical-communication lock with nearby balloon**
**US 8634974**
Devaul, Richard Wayne & Teller, Eric & Biffle, Clifford L. & Weaver, Josh

Issued: 20 Aug 2013
**User certification in a structure design, analysis, and implementation system**
**US 8516572**
Chim, Nicholas et al.

Issued: 19 Mar 2013
**"System for monitoring and managing body weight and other physiological conditions including iterative and personalized planning, intervention and reporting capability"**
**US 8,398,546**
Christopher Pacione et al.

Issued: 26 Feb 2013
**"Entertainment, gaming and interactive spaces based on lifeotypes"**
**US 8,382,590**
John M. Stivoric et al.

Issued: 05 Feb 2013
**Wearable apparatus for measuring heart-related parameters and deriving human status parameters from sensed physiological and contextual parameters**
**US 8,369,936**
Jonathan Farringdon et al.

Issued: 09 Oct 2012
**Certification controls for a structure design, analysis, and implementation system**
**US 8,285,521**
Nicholas Chim et al.

Integration of lifeotypes with devices and systems
## US 8,275,635
David Andre et al.

Issued: 24 Jul 2012
**"System and methods facilitating collaboration in the design, analysis, and implementation of a structure"**
## US 8,229,715
Eric Teller et al.

Issued: 17 Apr 2012
**Method and apparatus for auto journaling of continuous or discrete body states utilizing physiological and/or contextual parameters**
## US 8,157,731
Eric Teller et al.

Issued: 06 Dec 2011
**"System for detecting, monitoring, and reporting an individual's physiological or contextual status"**
## US 8,073,707
Eric Teller et al.

Issued: 11 Oct 2011
**"Method and apparatus for recognition of writing, for remote communication, and for user defined input templates"**
## US 8,036,498
Francine Duskey Gemperle et al.

Issued: 14 Jun 2011
**"Device to enable quick entry of caloric content"**
## US 7,959,567
David Andre et al.

Issued: 30 Mar 2010
**"System for monitoring health, wellness and fitness"**
## US 7,689,437
Eric Teller et al.

Method and apparatus for measuring heart related parameters
**US 7,502,643**
Jonathan Farringdon et al.

Issued: 25 Mar 2008
Method and apparatus for recognition of writing, for remote communication, and for user defined input templates
**US 7,349,586**
Kasabach et al.

Issued: 23 Oct 2007
Apparatus for detecting, receiving, deriving and displaying human physiological and contextual information
**US 7,285,090**
Stivoric et al.

Issued: 28 Aug 2007
Apparatus for monitoring health, wellness and fitness
**US 7,261,690**
Teller et al.

Issued: 20 Sep 2006
System for monitoring health, wellness and fitness
**EP 1702560A1**

Issued: 27 Jun 2006
Method and Apparatus for Recognition of Writing, for Remote Communication, and for User Defined Input Templates
**US 7,068,860**
Kasabach et al.

Issued: 14 Jun 2006
Method and Apparatus for measuring heart related parameters
**EP 1667579A2**

Issued: 26 Apr 2006
System for Monitoring, Health, Wellness and Fitness
**EP 1 292 218**

Issued: 29 Mar 2006
### System for monitoring health, wellness and fitness
**EP 1639939A1**

Issued: 28 Mar 2006
### Apparatus for Detecting Human Physiological and Contextual Information
**US 7,020,508**

Stivoric et al.

Issued: 23 Nov 2005
### System for Monitoring, Health, Wellness and Fitness
**EP 1 292 217**

Teller et al.

Issued: 01 Jun 2005
### Apparatus for detecting human physiological and contextual information
**EP 1534126A2**

Issued: 13 Apr 2004
### Digital Feedback Display Panel For Communicating Computer Status Information
**US 6,720,983**

Massaro et al.

Issued: 30 Sep 2003
### Method and Apparatus for Recognition of Writing, for Remote Communication, and for User Defined Input Templates
**US 6,628,847**

Kasabach et al.

Issued: 12 Aug 2003
### System for Monitoring Health, Wellness and Fitness
**US 6,605,038**

Teller et al.

Issued: 24 Sep 2002

US 6,456,749

Issued: 24 Sep 2002

## Method and Apparatus for Recognition of Writing, for Remote Communication, and for User Defined Input Templates

## US 6,456,749

Kasabach et al.

Issued: 14 Jul 1998

## A Method Of Autonomous Machine Learning: Software for Autonomously Learning to Discriminate Between Classes of any Signal Type

## US 5,781,698

Teller et al.