# EXHIBIT K

# Sebastian Thrun, Ph.D.

Professor of Computer Science and Electrical Engineering
Director, Stanford Artificial Intelligence Lab (SAIL)

**ADDRESS**

Gates Building 154, 353 Serra Mall
Stanford Artificial Intelligence Lab
Stanford, CA 94305-9010, USA
Phone: (650) 723-2797
FAX:   (650) 725-1449
Email: thrun@stanford.edu
Web:   http://robots.stanford.edu

**EDUCATION**

| | | |
|---|---|---|
| 1995 | Dr. rer.-nat. (Ph.D.) in computer science and statistics, University of Bonn, Germany, summa cum laude. |
| 1993 | Diplom (M.Sc.) in computer science and statistics, University of Bonn, Germany. |
| 1988 | Vordiplom (B.Sc.) in computer science, economics, and medicine, University of Hildesheim, Germany. |

**ACADEMIC POSITIONS**

| | |
|---|---|
| 2011– | Google Fellow. |
| 2011– | Research professor of computer science, Stanford University. |
| 2007–2011 | Professor of computer science and electrical engineering, Stanford University. |
| 2003–2007 | Associate professor of computer science and (since 2006) electrical engineering, Stanford University. Since 2004 director of the Stanford Artificial Intelligence Laboratory (SAIL). |
| 1998–2003 | Assistant professor and (since 2001) associate professor of computer science, robotics, and automated learning and discovery, Carnegie Mellon University. |
| 1995–1998 | Research Computer Scientist, Carnegie Mellon University. |

**INDUSTRIAL, AFFILIATE, AND CONSULTING POSITIONS**

| | |
|---|---|
| 2009– | Senior Advisor, Charles River Ventures. |
| 2007– | Principal Engineer, Google, Inc. |

**HONORS AND AWARDS**

2011

Fast Company: Fifth most creative person.
Inaugural AAAI Ed Feigenbaum Prize.
Max Planck Research Award, 2011.