# EXHIBIT T

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## PLAINTIFF'S NOTICE OF DEPOSITION

Please take notice that pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff, by and through their attorneys, will take the deposition upon oral examination of Jennifer Roden Wall.

The deposition will begin at 9:00 am EST on September 30, 2020, at the office of Prince Lobel Tye LLP, unless, before that date, the parties agree to a different date or location. The deposition may be recorded by stenographic or videographic means.

Dated: July 10, 2020

Respectfully submitted,

/s/ Kevin Gannon
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Alex Breger (BBO #685537)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: abreger@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

3498976.v1

CERTIFICATE OF SERVICE

    I certify that on July 10, 2020, I served this document on Defendant by causing a copy to be sent via electronic mail to its counsel of record.

                                            /s/ Kevin Gannon