# EXHIBIT V

**Gannon, Kevin**

---

| | |
|---|---|
| **From:** | Asim Bhansali <abhansali@kblfirm.com> |
| **Sent:** | Tuesday, March 23, 2021 5:18 PM |
| **To:** | McGonagle, Dan |
| **Cc:** | Andrew S. Bruns; Gannon, Kevin; wgs-singularv.google@wolfgreenfield.com; kvpsingular@keker.com; mkamber@keker.com; mkwun@kblfirm.com; nhueston@kblfirm.com; Singular; Hayes, Paul |
| **Subject:** | Re: Singular v. Google - Notice of Deposition of Jeff Dean |

Dan,

Dr. Patterson is available to start Thursday's deposition at 1 pm PT, and has a hard stop at 5 p.m. PT. We assume this should be sufficient time to complete his deposition. Please provide a WebEx link and also provide the names of persons who will attend the deposition so we can set up the Google Drive links.

If Singular believes it may need more deposition time than this window on Thursday afternoon allows, then he is available to sit for his entire deposition on Thursday, April 8 at 9 am PT. Please confirm how you would like to proceed, including confirmation that Singular will complete its entire depo this Thursday afternoon if you choose to proceed then.

Regards,

**Asim Bhansali**
Kwun Bhansali Lazarus LLP | www.kblfirm.com
555 Montgomery Street, Suite 750 | San Francisco, CA 94111
(415) 630-2352 | abhansali@kblfirm.com | vCard

On Mon, Mar 22, 2021 at 10:38 AM McGonagle, Dan <DMcGonagle@princelobel.com> wrote:

> Counsel,
>
> I am following up on last week's meet and confer. For the purposes of the deposition of Mr. Patterson, we will agree to use our previously disclosed vendor on the Webex platform with exhibits being exchanged with the use of Google Drive.
>
> Thanks,
> Dan

1