# EXHIBIT Z
## REDACTED