IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

**DECLARATION OF ANDREW BRUNS IN SUPPORT OF GOOGLE'S RENEWED MOTION TO STAY PENDING *INTER PARTES* REVIEW**

　　I, Andrew Bruns, declare and state as follows:

　　1.　　I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

　　2.　　I make this Declaration in support of Google's Reply in Support of its Renewed Motion to Stay Pending *Inter Partes* Review. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

　　3.　　Attached as **Exhibit A** is a true and correct copy of an email from me to Michael Ercolini, dated May 24, 2021.

　　I declare under penalty of perjury under the laws of the United States of America that the

1696215

forgoing is true and correct and that this declaration was executed June 1, 2021, at Mill Valley, California.

By:   <u>*/s/ Andrew Bruns*</u>
      Andrew Bruns

1696215

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, the foregoing pleading was served upon the attorneys of record for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to registered attorneys of record.

Dated: June 1, 2021                                          */s/ Nathan R. Speed*
                                                                                     Nathan R. Speed