UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

**DECLARATION OF CHRISTOPHER SUN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS RELATING TO DAMAGES**

I, Christopher Sun, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice *pro hac vice* before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC ("Google") in the above-captioned action.

2. I make this declaration in support of Google's Opposition to Plaintiff Singular Computing LLC's ("Singular") Motion to Compel Responses to Interrogatories and Production of Documents Relating to Damages. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as **Exhibit 1** is a true and correct copy of a letter from Paul Hayes to Matthias Kamber, dated September 18, 2020.

4. Attached as **Exhibit 2** is a true and correct copy of a letter from Matthias Kamber to Paul Hayes, dated September 23, 2020.

5. Attached as **Exhibit 3** is a true and correct copy of a letter from Paul Hayes to Matthias Kamber, dated October 1, 2020.

6. Attached as **Exhibit 4** is a true and correct copy of a letter from Deeva Shah to Singular's Counsel, dated May 4, 2021.

7. Attached as **Exhibit 5** is a true and correct copy of Singular's Supplemental Response to Google's Interrogatory No. 5, dated May 13, 2021.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this declaration was executed June 3, 2021, at San Francisco, California.

                                                */s/ Christopher Sun*
                                                 Christopher Sun

1696829

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                              */s/ Nathan R. Speed*
                                              Nathan R. Speed