# EXHIBIT D

January 5, 2021

**VIA EMAIL** (jrapaport@keker.com)

Jay Rapaport
Keker, Van Nest & Peters LLP
633 Battery St.
San Francisco, CA 94111

RE:     *Singular Computing LLC v. Google LLC*, 1:19-cv-12551-FDS

Counsel:

Thank you for providing individualized hit counts for the ESI email terms that Singular has requested.  While we are considering Google's modified search string proposals (reproduced below), we ask that you please provide the following information to expedite our decision in this matter: (1) number of family groups for each hit count in your December 14 letter, i.e., how many "parent" documents are turned up by each "Deconstructed Search Term" (i.e., "Singular," "Bates," "TPU," etc.); and (2) the number of (a) parent and (b) parent + family hits resulting from each of Google's proposed modified search strings.  (Note that Google's third proposed string appeared to include a typo ("bfloat16" v. "bloat16"), which we have corrected below.)

- joe@singularcomputing.com OR joebates@mit.edu OR (Singular AND Bates)

- (joe AND (bates OR singular*)) OR joe@singularcomputing.com OR joebates@mit.edu OR (Singular AND Bates) OR (singular /2 computing)

- ("TPU" or "Tensor Processing Unit") AND (bfloat16 OR bF16 OR "Brain Float" or brainfloat)

- ("TPU" OR "Tensor Processing Unit") AND (approximate OR precision) AND (arithmetic OR float* OR multipl* OR accumulat* OR matrix)

- (Jellyfish OR Jellydonut OR "JFC") AND (approximate OR precision) AND (arithmetic OR float* OR multipl* OR accumulat* OR matrix)

- "Mac Truck" OR "Mactruck"

- (SeaStar OR "Sea Star") AND (approximate OR precision) AND (arithmetic OR float* OR multipl* OR accumulat* OR matrix)

- Squid AND (approximate OR precision) AND (arithmetic OR float* OR multipl* OR



PRINCE LOBEL

Page 2

accumulat* OR matrix)

- (TPU OR JellyFish OR Jellydonut OR JFC OR SeaStar or "Sea Star") AND (multipl* OR MXU or Matrix)

As to Google's continued perplexity over Singular's insistence that Google comply with its discovery and disclosure obligations in this matter, we maintain our previously stated position. In short, we expect Google to produce (i) all materials relevant to its claims and defenses in this action; (ii) all materials responsive to Singular's outstanding requests for production to the extent not withheld by Google on the basis of privilege or other valid objection; and (iii) all emails (including family members) responsive to any agreed upon email search terms provided by Singular.

Finally, please provide an update on whether Google will accept service on behalf of Mr. Ng. We are eager to put this issue to rest.

Please feel free to contact me should you have any questions regarding any of the above.

    Best regards,

    */s/ Michael J. Ercolini*
    Michael J. Ercolini
    PRINCE LOBEL TYE LLP
    One International Pl., Ste. 3700
    Boston, MA 02110
    T: 617 456 8084
    mercolini@princelobel.com

## Ercolini, Michael

| | |
|---|---|
| **From:** | Ercolini, Michael |
| **Sent:** | Wednesday, January 13, 2021 2:22 PM |
| **To:** | Jay Rapaport |
| **Cc:** | mkwun@kblfirm.com; abhansali@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvpsingular@keker.com; Singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC |
| **Attachments:** | 2021.01.11 Letter from Jay Rapaport to Michael Ercolini.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

Having reviewed Google's numbers for its proposed modifications to Singular's terms, we are amenable to receiving production of emails from Google on those proposed modified terms. Please confirm that Google will use the modified search terms in the attached January 11 correspondence.

While we continue to reserve our objections to the application of Google's proposed "relevance and responsiveness" filter to the results, we feel it would be best to move forward with production in the meantime.

Please let us know if you have any questions regarding this matter.

Best regards,

**Michael J. Ercolini**
617 456 8084 direct | [mercolini@princelobel.com](mailto:mercolini@princelobel.com)

---

**From:** Jay Rapaport [mailto:jrapaport@keker.com]
**Sent:** Monday, January 11, 2021 4:24 PM
**To:** Singular
**Cc:** mkwun@kblfirm.com; abhansali@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; kvpsingular@keker.com
**Subject:** Singular Computing LLC v. Google LLC

Dear Counsel:

Please see the attached correspondence.

Best,

Jay

**Jay Rapaport**
Keker, Van Nest & Peters LLP

1

633 Battery Street
San Francisco, CA 94111-1890
415 676 2355 direct | 415 391 5400 main
jrapaport@keker.com | [vcard](vcard) | keker.com
Pronouns: he, him, his