# EXHIBIT G

# Ercolini, Michael

| | |
|---|---|
| **From:** | Gayle-Luz, Keisha |
| **Sent:** | Thursday, April 15, 2021 10:31 AM |
| **To:** | 'kvpsingular@keker.com'; 'wgs-singularv.google@wolfgreenfield.com'; 'abhansali@kblfirm.com'; 'mkwun@kblfirm.com'; nhueston@kblfirm.com |
| **Cc:** | Singular |
| **Subject:** | Singular Computing LLC  v. Google LLC - C.A. No. 1:19-cv-12551-FDS - Singular Production Volume 009 |

Dear Counsel:

Singular's production volume SINGULAR_009, bearing Bates numbers SINGULAR-00012519 - SINGULAR-00026890 is available for download at the below SFTP site.

| SFTP Client Address: | sftp://sftp.bdoconsulting.com     port: 8000 |
|---|---|
| Web URL: | https://sftp.bdoconsulting.com/thinclient |
| Username: | **Singular_Prods_User01** |
| Password: | **3n5hGKx&ni&8wX** |

The password for the production zip file will be sent in a separate email.

Please note, this production contains documents that have been designated as "Confidential" and "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential - Source Code" pursuant to the Protective Order in this case and should be treated as such.

Best,
Keisha

**Keisha Gayle-Luz**
Paralegal

**Prince Lobel Tye LLP**
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8070 Direct
kgayleluz@princelobel.com