# EXHIBIT H



Keisha Gayle-Luz<br>
Direct Dial: 617-456-8070<br>
kgayleluz@princelobel.com

May 27, 2021

**VIA EMAIL & FEDEX**

Matthias Kamber
Keker, Van Nest, & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Asim M. Bhansali
Kwun Bhansali Lazarus LLP
555 Montgomery St Suite 750
San Francisco, CA 94111

Gregory F. Corbett
Wolf, Greenfield & Sacks, PC
600 Atlantic Avenue
Boston, MA 02210

**RE:** <u>*Singular Computing LLC v. Google LLC*</u><u>**, 1:19-cv-12551-FDS (D. Mass.)**</u>

Dear Counsel:

Below please find a link to an SFTP site containing Singular's production volume SINGULAR_013, bearing Bates numbers SINGULAR-00027688 - SINGULAR-00028067.

| SFTP Client Address: | sftp://sftp.bdoconsulting.com     port: 8000 |
|---|---|
| Web URL: | https://sftp.bdoconsulting.com/thinclient |
| Username: | **Singular_Prods_User01** |
| Password: | **SnKL6\*Qe=zCW-HngCL$Nd8HPa** |

Also enclosed herewith, is a thumb drive containing Singular's production volume SINGULAR_014, bearing Bates numbers SINGULAR-00028068 - SINGULAR-00034457. Volume SINGULAR_014 may contain material subject to ITAR and as a precaution should not be hosted. Singular has provided this production to each firm listed above via thumb drive as a courtesy.

Please also note, the above productions contain material designated as "Highly Confidential-Attorneys' Eyes Only" and "Highly Confidential-Source Code" pursuant to the Protective Order in this case and should be treated as such.



Page 2

The password for the production zip files and for the thumb drive will be sent in a separate email.

Very truly yours,

    */s/ Keisha Gayle-Luz*

Keisha Gayle-Luz
Paralegal

cc:    All counsel (via email)