## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>          Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS RELATING TO DAMAGES

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Singular's Reply in Support of Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents Relating to Damages.

2. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence dated March 26, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of correspondence dated April 6, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of email correspondence dated April 15, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of email correspondence dated April 27, 2021.

2

6.      Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Second Set of Requests for Production dated April 27, 2021.

7.      Attached hereto as Exhibit 6 is a true and correct copy of email correspondence dated June 4, 2021.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of David Patterson taken March 25, 2021.

I declare under the penalties and perjury of the United States that the foregoing is true to the best of my knowledge and belief.

Executed at Boston, Massachusetts on June 10, 2021.

*/s/ Kevin Gannon*