# EXHIBIT 1

| | |
|---|---|
| **From:** | Carrie J. Parker <cparker@keker.com> |
| **Sent:** | Friday, March 26, 2021 12:37 PM |
| **To:** | Singular |
| **Cc:** | kvpsingular@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com |
| **Subject:** | Singular Computing LLC v. Google LLC \| Case No. 1:19-cv-12551-FDS \| Google Production PROD009 |
| **Attachments:** | 2021.03.26 Parker letter to Counsel Re Google Vol. PROD009.pdf |

Dear Counsel,
Please see the attached production letter.  The password will follow in a separate email.

Best regards,
Carrie

---

**Carrie J. Parker**
Senior Trial Paralegal
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6638 direct \| 415 391 5400 main
cparker@keker.com \| keker.com