# EXHIBIT 3

| | |
|---|---|
| **From:** | McGonagle, Dan |
| **Sent:** | Thursday, April 15, 2021 7:25 PM |
| **To:** | 'Jay Rapaport'; csun@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com; mkamber@keker.com; dshah@keker.com |
| **Cc:** | Singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC |

Jay,

As your note suggests, there are only a "handful of documents" that we referenced in our letter. It has been a week since we brought this issue to your attention, therefore, we so no reason to further delay producing the material.

The material referenced in our correspondence are documents that are relied upon by Google for key data points in material that you have already produced. They are relevant and responsive to our RFPs. A non-exhaustive list of RFPs that call for production of the referenced documents include Nos. 44, 51, 52, 56, 59, 66, 69-75, 78-79, 83, and 99.

Given the above, we need a date with which this material will be produced or we can add this as an agenda item for tomorrow's discussion.

Thanks,
Dan

---

**From:** Jay Rapaport [mailto:jrapaport@keker.com]
**Sent:** Wednesday, April 14, 2021 7:17 PM
**To:** McGonagle, Dan <DMcGonagle@princelobel.com>; csun@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com; mkamber@keker.com; dshah@keker.com
**Cc:** Singular <Singular@princelobel.com>
**Subject:** RE: Singular Computing LLC v. Google LLC

Dan,

We are not refusing to produce anything; we are working to re-image the documents already produced and to locate the additional ones you requested so they can be processed, reviewed, and, if responsive to your RFPs, produced. We hope to complete these tasks soon, but they do take some time.

To the extent your email implies that Google's previous search and production was somehow deficient because it did not catch a handful of documents you have flagged, Singular's point is not well-taken. Google conducted a thorough, diligent search and produced a massive volume of information on a brisk schedule. It is perfectly fine for Singular to ask follow-up questions, but Singular has no basis for implying that Google's efforts were anything less than thorough.

Best,

Jay

---

**Jay Rapaport**
Keker, Van Nest & Peters LLP
633 Battery Street

1

San Francisco, CA 94111-1809
415 676 2355 direct | 415 391 5400 main
jrapaport@keker.com | vcard | keker.com

**From:** McGonagle, Dan <dmcgonagle@princelobel.com>
**Sent:** Wednesday, April 14, 2021 6:21 AM
**To:** Christopher S. Sun <CSun@keker.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvp-singular <kvpsingular@keker.com>; Matthias Kamber <MKamber@keker.com>; Deeva V. Shah <DShah@keker.com>
**Cc:** singular@princelobel.com
**Subject:** RE: Singular Computing LLC v. Google LLC

[EXTERNAL]

Chris,

Our request was pretty straightforward. The documents referenced in our letter are quite obviously relevant and should have been produced already. If you are refusing to produce these documents, please let me know. We can address your concerns in the upcoming meet and confer scheduled for this Friday between the parties.

Thanks,
**Dan McGonagle**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617.456.8081 Direct
dmcgonagle@princelobel.com

**From:** Christopher S. Sun [mailto:csun@keker.com]
**Sent:** Monday, April 12, 2021 4:35 PM
**To:** McGonagle, Dan <DMcGonagle@princelobel.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvpsingular@keker.com; mkamber@keker.com; dshah@keker.com
**Cc:** Singular <Singular@princelobel.com>
**Subject:** RE: Singular Computing LLC v. Google LLC

Hi Dan,

We are receipt of your letter and are looking into the questions it asks. We will follow up shortly.

Chris

**From:** McGonagle, Dan <dmcgonagle@princelobel.com>
**Sent:** Tuesday, April 6, 2021 12:17 PM
**To:** wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; nhueston@kblfirm.com; kvp-

singular <kvpsingular@keker.com>; Matthias Kamber <MKamber@keker.com>; Deeva V. Shah <DShah@keker.com>
**Cc:** singular@princelobel.com
**Subject:** Singular Computing LLC v. Google LLC

**[EXTERNAL]**

Counsel,
Please find the attached correspondence.

Regards,

**Dan McGonagle**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617.456.8081 Direct
dmcgonagle@princelobel.com

This email is intended for the confidential use of the
addressees only. Because the information is subject to the
attorney-client privilege and may be attorney work product,
you should not file copies of this email with publicly
accessible records. If you are not an addressee on this
email or an addressee's authorized agent, you have received
this email in error; please notify us immediately at
617 456 8000 and do not further review, disseminate or copy
this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or
information included in this message or any attachment is
not intended to be, and may not be, used to avoid tax
penalties or to promote, market, or recommend any
transaction, matter, entity, or investment plan discussed
herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax
structure of any transaction addressed herein.