# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF
## SINGULAR'S MOTION TO COMPEL 30(B)(6) TESTIMONY OF GOOGLE
## AND FOR EXPEDITED BRIEFING THEREON

I, Kevin Gannon, declare and state as follows:

1. I am an attorney admitted to practice law in this District and am counsel for the Plaintiff, Singular Computing, LLC ("Singular").

2. I submit this declaration in support of Singular's Motion to Compel 30(b)(6) Testimony of Google and for Expedited Briefing Thereon. I have personal knowledge of the facts set forth herein and could, if called to do so, testify to them competently and under oath.

3. Attached hereto as Exhibit A is a true and correct excerpted copy of Google's fourth supplemental responses and objections to Singular's First Set of Interrogatories Nos. 1-10.

4. Attached hereto as Exhibit B is a true and correct copy of Google's responses and objections to Singular's 30(b)(6) Notice of Deposition of Google.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 14, 2021 at Boston, MA.

                                                                                         /s/ *Kevin Gannon*

1