## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC<br><br>    Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## DEFENDANT GOOGLE LLC'S NOTICE OF WITHDRAWAL OF
## ITS MOTION TO MODIFY THE SCHEDULING ORDER

On May 24, 2021, Defendant Google LLC ("Google") moved to modify the Court's Corrected Scheduling Order such that the deadline for the parties to serve written discovery will be June 24, 2021. Dkt. No. 195 ("Motion"). In light of the district court's guidance at the June 2, 2021 Status Conference and June 10, 2021 Motion Hearing, Google hereby withdraws its Motion.

Respectfully submitted,

Dated: June 14, 2021

/s/ Nathan R. Speed
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted pro hac vice)
rvannest@keker.com

Matthias Kamber (admitted pro hac vice)
mkamber@keker.com
Michelle Ybarra (admitted pro hac vice)
myabarra@keker.com
Jay Rapaport (admitted pro hac vice)
jrapaport@keker.com
Andrew Bruns (admitted pro hac vice)
abruns@keker.com
Anna Porto (admitted pro hac vice)
aporto@keker.com
Deeva Shah (admitted pro hac vice)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Michael S. Kwun (admitted pro hac vice)
mkwun@kblfirm.com
Asim Bhansali (admitted pro hac vice)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350

COUNSEL FOR DEFENDANT GOOGLE LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing pleading was served upon the attorneys of record

for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF

system, which will automatically send e-mail notification of such filing to registered attorneys of record.

Dated: June 14, 2021                    */s/ Nathan R. Speed*
                                        Nathan R. Speed