UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551 FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

**DECLARATION OF ANDREW BRUNS IN SUPPORT OF DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING**

I, Andrew Bruns, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest & Peters LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2. I submit this declaration in support of Google's Response to Plaintiff's Motion For Expedited Briefing. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3. Attached as **Exhibit A** is a true and correct copy of a June 14, 2021 email chain between Michael Ercolini and me.

4. Attached as **Exhibit B** is a true and correct copy of a June 7, 2021 email chain between Michael Ercolini and me. This exhibit was included as an attachment to the email reproduced as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 15, 2021 at Mill Valley, California.

*/s/ Andrew Bruns*
Andrew Bruns

1701102.v1

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                */s/ Nathan R. Speed*
                                                Nathan R. Speed