## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## **DECLARATION OF DANIEL MCGONAGLE**

I, Daniel McGonagle, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular") in this action. I submit this declaration in support of Singular's Motion for Expedited Briefing and to Compel Production of Documents.

2. Attached as Exhibit A is a true and correct copy of Defendant Google LLC's Responses and Objections to Plaintiff's Second Set of Requests for Production (Nos. 103-115).

3. Attached as Exhibit B is a true and correct copy of an email dated June 11, 2021.

4. Attached as Exhibit C is a true and correct copy of a document produced at GOOG-SING-00048553.

5. Attached as Exhibit D is a true and correct copy of a document produced at GOOG-SING-00075793.

6. Attached as Exhibit E is a true and correct copy of a document produced at GOOG-SING-00079853.

7. Attached as Exhibit F is a true and correct copy of a document produced at GOOG-SING-00082576.

8. Attached as Exhibit G is a true and correct copy of a document produced at GOOG-SING-00026944.R.

Executed on June 22, 2021 at Boston, Massachusetts.

*/s/Daniel McGonagle*
Daniel McGonagle