```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS



  SINGULAR COMPUTING LLC,        )
                                 )
                 Plaintiff       )   Civil Action
                                 )
                                 )   No. 19-12551-FDS
  vs.                            )
                                 )
  GOOGLE LLC,                    )
                 Defendant       )


  BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV



                  TELEPHONIC STATUS CONFERENCE



          John Joseph Moakley United States Courthouse
                         1 Courthouse Way
                         Boston, MA 02210


                           June 2, 2021
                            3:00 p.m.






                 Valerie A. O'Hara, FCRR, RPR
                      Official Court Reporter
          John Joseph Moakley United States Courthouse
                         1 Courthouse Way
                         Boston, MA 02210
                    E-mail: vaohara@gmail.com
```

APPEARANCES VIA TELEPHONE:

For The Plaintiff:

    Prince, Lobel, Tye, LLP, by PAUL J. HAYES, ESQ.,
One International Place, Boston, Massachusetts 02110;

For the Defendant:

    Keker, Van Nest & Peters LLP, by MATTHIAS A. KAMBER, ESQ.,
and ANDREW BRUNS, ESQ., 633 Battery March Street,
San Francisco, California 94111.

    Kwun, Bhansali, Lazarus LLP, by ASIM M. BHANSALI, ESQ.,
555 Montgomery Street, Suite 750, San Francisco, California
94111;

    Wolf, Greenfield & Sacks, P.C., by NATHAN R. SPEED, ESQ.,
600 Atlantic Avenue, Boston, Massachusetts 02210.

|      |                                                                  |
|------|------------------------------------------------------------------|
| 1    | PROCEEDINGS                                                      |
| 2    | THE CLERK:  Court is now in session in the matter of             |
| 3    | Singular Computing vs. Google, Civil Action Number 19-12551.     |
| 4    | Participants are reminded that recording or                      |
| 5    | rebroadcasting of this hearing is prohibited and may result in   |
| 6    | sanctions.                                                       |
| 7    | Would counsel please identify themselves for the                 |
| 8    | record, starting with the plaintiff.                             |
| 9    | MR. HAYES:  Paul Hayes for Singular.                             |
| 03:13PM 10 | THE COURT:  Good afternoon.                                |
| 11   | MR. HAYES:  Good afternoon, Judge.                               |
| 12   | MR. SPEED:  Good afternoon, your Honor, this is                  |
| 13   | Nathan Speed from Wolf, Greenfield & Sacks on behalf of the      |
| 14   | defendant, Google.  I'm joined by my colleague,                  |
| 15   | Matthias Kamber, from Keker, Van Nest.                           |
| 16   | THE COURT:  All right.  Good afternoon.                          |
| 17   | MR. KAMBER:  Good afternoon.                                     |
| 18   | MR. BHANSALI:  Good afternoon, your Honor, this is               |
| 19   | Asim Bhansali from Kwun, Bhansali, Lazarus also for Google.      |
| 03:14PM 20 | THE COURT:  Okay.  All right.  Good afternoon.  This       |
| 21   | is a status conference in this case.  We have a bad connection, |
| 22   | so it will be hard to accomplish much of anything.  I have      |
| 23   | what's a renewed motion by Google to stay pending IPR, which is |
| 24   | ripe, and Singular has filed a motion to compel, and Google has |
| 25   | filed a motion to modify the scheduling order.  I don't think   |

1        either one of those is ripe.
2                My question is do the parties want oral argument on
3        the IPR motion, and I suppose the motion to modify the
4        scheduling order is related because if I don't stay it, then it
5        becomes ripe, and, if so, should we schedule that for, you
6        know, next week or the week after or some time soon?
7                Well, I'll ask Google, it's your principal motion.
8        Who's taking the lead for Google?
9                MR. KAMBER:  Your Honor, Matthias Kamber on behalf of
03:15PM 10       Google.  With respect to the stay motion, we would be fine to
11       submit on the papers.  We're, of course, happy to argue the
12       motion if the Court would prefer, but we think that the Court
13       could make the decision based on the papers.
14               Frankly, I think the same thing is true with respect
15       to the motion to extend the written discovery deadline.  That
16       issue I think is relatively straightforward and would be moot
17       if the stay motion were granted, obviously, but, again, we're
18       happy to schedule argument for as early as next week.
19               THE COURT:  All right.  Mr. Hayes.
03:16PM 20       MR. HAYES:  I would agree with my Brother on the stay.
21       We -- well, maybe not.  We would ask for a hearing on the stay
22       motion if the Court would accommodate that.
23               THE COURT:  Okay.
24               MR. HAYES:  And we would ask if we do have a hearing
25       on the stay motion that if the Court has time, it could be

|   |   |
|---|---|
| 1 | vis-à-vis a Zoom type of thing where we could at least show you |
| 2 | a few documents and stuff to that effect, which we think are |
| 3 | quite significant as we pointed out in our brief. |
| 4 | With respect to the other motions, those motions I |
| 5 | think are -- they are your standard type of motion to compel |
| 6 | and motions for this and that.  We don't need a hearing on |
| 7 | that, but we pretty well think that it's very, very important |
| 8 | to us that we have a hearing on the stay motion with a Zoom so |
| 9 | we can show you some documents and stuff like that. |
| 03:17PM 10 | THE COURT:  All right.  How about this, how about 1:30 |
| 11 | on June 10th by Zoom, would that work, eastern time? |
| 12 | MR. HAYES:  That's fine with us, Judge. |
| 13 | MR. KAMBER:  That should work for us as well, your |
| 14 | Honor. |
| 15 | THE COURT:  And we'll take up certainly the IPR |
| 16 | motion, and if the other ones are ripe, the discovery motion I |
| 17 | may refer to the magistrate judge if it's ripe, but the IPR |
| 18 | motion and the motion concerning the timetable assuming it's |
| 19 | ripe at that point.  Okay. |
| 03:17PM 20 | MR. HAYES:  Thank you, Judge. |
| 21 | THE COURT:  We'll see you in I guess eight days, |
| 22 | actually see you on Zoom, and we'll talk about it at that |
| 23 | point.  Okay. |
| 24 | MR. HAYES:  Thank you. |
| 25 | MR. KAMBER:  Thank you, your Honor. |

```
 1            vis-à-vis a Zoom type of thing where we could at least show you
 2            a few documents and stuff to that effect, which we think are
 3            quite significant as we pointed out in our brief.
 4                    With respect to the other motions, those motions I
 5            think are -- they are your standard type of motion to compel
 6            and motions for this and that.  We don't need a hearing on
 7            that, but we pretty well think that it's very, very important
 8            to us that we have a hearing on the stay motion with a Zoom so
 9            we can show you some documents and stuff like that.
03:17PM 10            THE COURT:  All right.  How about this, how about 1:30
11            on June 10th by Zoom, would that work, eastern time?
12                    MR. HAYES:  That's fine with us, Judge.
13                    MR. KAMBER:  That should work for us as well, your
14            Honor.
15                    THE COURT:  And we'll take up certainly the IPR
16            motion, and if the other ones are ripe, the discovery motion I
17            may refer to the magistrate judge if it's ripe, but the IPR
18            motion and the motion concerning the timetable assuming it's
19            ripe at that point.  Okay.
03:17PM 20            MR. HAYES:  Thank you, Judge.
21                    THE COURT:  We'll see you in I guess eight days,
22            actually see you on Zoom, and we'll talk about it at that
23            point.  Okay.
24                    MR. HAYES:  Thank you.
25                    MR. KAMBER:  Thank you, your Honor.
```

1      (Whereupon, the hearing was adjourned at 3:17 p.m.)

2

3                    C E R T I F I C A T E

4

5  UNITED STATES DISTRICT COURT )

6  DISTRICT OF MASSACHUSETTS ) ss.

7  CITY OF BOSTON )

8

9      I do hereby certify that the foregoing transcript,

10 Pages 1 through 6 inclusive, was recorded by me

11 stenographically at the time and place aforesaid in Civil

12 Action No. 19-12551-FDS, SINGULAR COMPUTING LLC vs. GOOGLE LLC

13 and thereafter by me reduced to typewriting and is a true and

14 accurate record of the proceedings.

15           Dated June 22, 2021.

16

17                         s/s Valerie A. O'Hara

18                         _____

19                         VALERIE A. O'HARA

20                         OFFICIAL COURT REPORTER

21

22

23

24

25