# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## NOTICE OF APPEARANCE

Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court that Robert R. Gilman of Prince Lobel Tye, LLP, One International Place, Boston, MA 02110, is appearing on its behalf in the above-captioned matter.

Dated: July 7, 2021

Respectfully submitted,

*/s/ Robert R. Gilman*
Robert R. Gilman (BBO #645224)
PRINCE LOBEL TYE LLP
One International Place
Boston, MA 02110
Tel: (617) 456-8000
rgilman@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Robert R. Gilman*

3846687.v1