# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC, | Civil Action No. 1:19-cv-12551-FDS |
|     Plaintiff, | |
| v. | |
| Google LLC, | |
|     Defendant. | |

## MOTION FOR ADMISSION OF ALYSSA H. RUDERMAN *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Kevin Gannon, a member of the bar of this Court, moves to admit attorney Alyssa H. Ruderman to the bar of this court *pro hac vice* on behalf of Plaintiff. In support of this motion, the movant relies on the accompanying affidavit, which states that Alyssa H. Ruderman is a member in good standing of the bar of the State of New York, Third Department, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is requested that the Court grant this motion to admit Alyssa H. Ruderman on behalf of Plaintiff to the bar of this Court pro hac vice.

Dated: July 9, 2021                           Respectfully submitted,

                                                    */s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Robert R. Gilman (BBO #645224)
Daniel McGonagle (BBO #690084)
Brian M. Seeve (BBO #670455)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: rgilman@princelobel.com
Email: dmcgonagle@princelobel.com
Email: bseeve@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

    I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                    */s/ Kevin Gannon*