UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

AFFIDAVIT OF ALYSSA H. RUDERMAN IN SUPPORT OF
MOTION FOR ADMISSION OF *PRO HAC VICE*

Alyssa H. Ruderman, an active member in good standing of the bar of the State of New York, Third Department, hereby requests to be admitted *pro hac vice* to represent the Plaintiff and certifies under oath that:

1. I am and have since 2016 been a member of the bar of the State of New York, Third Department. I am also admitted to practice before the State of New Jersey and Massachusetts Supreme Judicial Court.

2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

3. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct this 9th day of July, 2021.

        */s/ Alyssa H. Ruderman*
        Alyssa H. Ruderman
        PRINCE LOBEL TYE LLP
        One International Place, Suite 3700
        Boston, MA 02110
        Tel: (617) 456-8000
        Fax: (617) 456-8100
        aruderman@princelobel.com