AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Singular Computing LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-12551-FDS |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date:   07/12/2021

*/s/ Anant Saraswat*
*Attorney's signature*

Anant Saraswat (BBO# 676048)
*Printed name and bar number*

Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
*Address*

asaraswat@wolfgreenfield.com
*E-mail address*

(617) 646-8000
*Telephone number*

(617) 646-8646
*FAX number*