# Exhibit A

# Document to be Filed Under Seal