# Exhibit C

# Document to be Filed Under Seal