# Exhibit E

# Document to be Filed Under Seal