# Exhibit G

# Document to be Filed Under Seal