# Exhibit J

# Document to be Filed Under Seal