# Exhibit K

# Document to be Filed Under Seal