# Exhibit L

# Document to be Filed Under Seal