# Exhibit M

# Document to be Filed Under Seal