# Exhibit C



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Matthias A. Kamber**
(415) 773-6635
mkamber@keker.com

July 2, 2021

Paul J. Hayes
PRINCE LOBEL TYE LLP
One International Place, Ste. 3700
Boston, MA 02110

Re:     *Singular Computing LLC v. Google LLC*

Counsel:

I write regarding Singular's Rule 30(b)(6) notice.  Subject to Google's responses and objections, the parties' related meet and confer, Singular's modifications of the topics (ECF No. 215) and Google's supplemental responses (ECF No. 227-4), and Judge Cabell's direction at Wednesday's hearing, Google designates the following individuals to testify regarding particular topics in Singular's notice:

- **Nishant Patil (July 9):** 3, 5, 17, 27, 31-33, 42, 44, 45

- **Norman Jouppi (July 16):** 1, 2, 4, 7, 9 (licensed technology), 11, 19, 34

- **James Maccoun (July 16):** 6, 9 (patent licenses)

- **Kamran Shafiei (July 20):** 10, 12, 13, 18, 20-25, 29, 30, 36

Sincerely,

Matthias A. Kamber

1712913