# Exhibit H

# Native Video File Filed Manually