IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | Civil Action No.: 1:19-cv-12551 FDS |

## NOTICE OF MANUAL FILING

In conjunction with Google LLC's ("Google") Motion for Protective Order (D.I. 249), notice is hereby given that the Native Video File attached as Exhibit H to the Declaration of Christopher Sun in Support of Motion for Protective Order (D.I. 251) has been manually filed with the clerk of the Court on July 22, 2021.

Respectfully submitted,

Dated: July 22, 2021

By: */s/ Nathan R. Speed*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

1

Robert Van Nest (*admitted pro hac vice*) rvannest@keker.com
Matthias Kamber (*admitted pro hac vice*) mkamber@keker.com
Michelle Ybarra (*admitted pro hac vice*) myabarra@keker.com
Jay Rapaport (*admitted pro hac vice*) jrapaport@keker.com
Andrew Bruns (*admitted pro hac vice*) abruns@keker.com
Anna Porto (*admitted pro hac vice*)
aporto@keker.com
Deeva Shah (*admitted pro hac vice*) dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809   (415) 391-5400

Michael S. Kwun (*admitted pro hac vice*) mkwun@kblfirm.com
Asim Bhansali (*admitted pro hac vice*) abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350
*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                   */s/     Nathan R. Speed*
                                                    Nathan R. Speed