## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S <u>MOTION TO COMPEL</u>

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Singular's opposition to the motion of defendant, Google LLC ("Google"), to compel (Dkt. No. 245).

2. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 8,407,273.

3. Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 9,218,156.

4. Attached hereto as Exhibit C is a true and correct copy of United States Patent No. 10,416,961.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by Google in this case identified with production numbers GOOG-SING-00083543-64.

6. Attached hereto as Exhibit E is a true and correct copy of a document produced by Google in this case identified with production numbers GOOG-SING-00032376-93.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of Catherine Tornabene taken by Singular in this case on April 29, 2021.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the First Amended Complaint in this case.

9. Attached hereto as Exhibit H is a true and correct copy of PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S INTERROGATORY NO. 18 in this case.

10. The foregoing is true and correct to the best of my current knowledge.

Executed under the pains and penalties of perjury of the United States at Boston, Massachusetts on July 22, 2021.

/s/ Kevin Gannon