UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## PLAINTIFF'S MOTION TO COMPEL INSPECTION, TESTING AND SOURCE CODE OF THE ACCUSED PRODUCTS

Plaintiff Singular Computing LLC ("Singular") hereby moves pursuant to Fed. R. Civ. P. 37(a)(4) to compel Google LLC to provide for inspection, testing, and production of source code. Singular submits the accompanying Memorandum of Law in Support of Plaintiff's Motion to Compel Inspection, Testing, and Source Code of the Accused.

As set forth in Singular's Memorandum of Law, the discovery that Singular seeks from Google is relevant to material facts at issue in this litigation and Google has no justifiable reason for not providing the documents and information Singular seeks. For these reasons, as set forth more fully in the accompanying Memorandum of Law, Singular respectfully requests that this Honorable Court provide relief consistent with that requested in the attached Memorandum of Law.

Dated: July 23, 2021                        Respectfully submitted,

                                           */s/ Paul J. Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Michael J. Ercolini (pro hac vice)
Thomas R. Fulford (BBO #686160)
Alyssa H. Ruderman (pro hac vice)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: mercolini@princelobel.com
Email: tfulford@princelobel.com
Email: aruderman@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Paul Hayes, counsel for Plaintiff, hereby certifies that Plaintiff's counsel met and conferred with counsel for Defendant, Google LLC, in a good-faith attempt to resolve or narrow the issues raised by this motion. The parties' conference relevant to this motion are detailed in the supporting memorandum.

*/s/ Paul Hayes*

## LOCAL RULE 37.1(b) CERTIFICATION

I, Paul Hayes, counsel for Plaintiff, hereby certify that Plaintiff's counsel complied with the provisions of Rule 37.1.

*/s/ Paul Hayes*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Paul Hayes*