UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No. 1:19-cv-12551-FDS |

### DECLARATION OF DANIEL MCGONAGLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL INSPECTION AND TESTING OF THE ACCUSED PRODUCTS

I, Daniel McGonagle, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Singular's Motion to Compel Inspection, Testing, and Source Code of the Accused Products.

2. Attached as Exhibit A is a true and correct copy of an email dated July 19, 2021.

3. Attached as Exhibit B is a true and correct copy of an email dated February 19, 2021.

4. Attached as Exhibit C is a true and correct copy of excerpts from hearing transcript before Magistrate Judge Donald Cabell dated June 30, 2021.

5. Attached as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Google employee Jeff Dean.

6. Attached as Exhibit E is a true and correct copy of excerpts from the deposition transcript of Google employee Norm Jouppi.

2

Executed under the pains and penalties of perjury of the United States at Boston, Massachusetts on July 23, 2021.

                                                                          */s/ Daniel McGonagle*