# EXHIBIT B

| | |
|---|---|
| **From:** | Gannon, Kevin |
| **Sent:** | Friday, February 19, 2021 1:51 PM |
| **To:** | kvpsingular@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; Matthias Kamber |
| **Cc:** | Singular; Vella, Matthew D. |
| **Subject:** | Re: Singular Computing LLC v. Google LLC  -  Request to inspect |

Counsel,

I am writing to make arrangements for Singular's counsel and Singular's expert, Dr. Sherief M. Reda, to access to Google's working TPU's via a Cloud TPU account.  Please provide us with some dates so that we can make the necessary arrangements.

In addition, we would like to make arrangements for counsel and Dr. Reda to inspect a Google data center with the accused TPUv2 and TPUv3 Devices installed and working.  We would prefer to inspect a data center in or near Massachusetts.

Finally, we would like to make arrangements for counsel and Dr. Reda to inspect the "MacTruck" system/board.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com