# EXHIBIT C

                                                                          1

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
                          WESTERN SECTION



    Singular Computing LLC     )
                               )         19cv12551-FDS
         vs                    )
                               )         June 30, 2021
    Google LLC                 )
    _____)




    VIDEO HEARING BEFORE:  MAGISTRATE JUDGE DONALD L. CABELL.



    APPEARANCES:


    On behalf of the plaintiff:  Michael Ercolini, Prince
    Lobel Tye LLP, One International Place, Suite 3700,
    Boston, MA 02110.

    Brian M. Seeve, McCarter & English, LLP, 265 Franklin
    Street, Boston, MA 02110.

    Daniel J. McGonagle, Prince Lobel Tye LLP, One
    International Place, Suite 3700, Boston, MA 02110.

    On behalf of the defendant: Matthias A. Kamber, Keker, Van
    Nest & Peters, LLP, 633 Battery Street, San Francisco, CA
    94111.


                       Alice Moran, CSR, RPR, RMR
                     Official Federal Court Reporter
                        United States Courthouse
                       300 State Street, Room 303D
                          Springfield, MA 01105
                             (413)731-0086
                         alice.moran@verizon.net
```

```
 1   so, what is the nature of the objection?
 2              ATTORNEY KAMBER:  So we haven't had a chance to
 3   file our opposition yet, but I'm going to try to do this
 4   based on what I know would be in there, Your Honor, and
 5   that is the blueprints for how these chips are built is
 6   the system Verilog code.  That's a hardware description
 7   language that defines how the circuits look.
 8        We have made that available for inspection since
 9   November and I believe they have had multiple
10   opportunities to look at that and have looked at it.
11   Those are the blueprints.
12        From those blueprints, Google created these
13   microarchitecture specifications.  Sometimes it goes the
14   other way around but the engineer who was the lead
15   architect can explain and has a declaration ready that
16   says in this particular case we designed the chip first
17   and we documented it after.
18         So there is no necessarily hard and fast thing that
19   got sent to a manufacturer that is the ground truth.  The
20   ground truth is the system Verilog code.  There are
21   different drafts of this microarchitecture specification
22   and we have provided -- in fact, I think we provided this
23   as well back in November -- the thing that -- the
24   "closest" thing to final that we have.  It might --
25              THE COURT:  I get that.  I mean, well, I'm
```