UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**DECLARATION OF KEVIN GANNON IN SUPPORT OF
PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER**

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Singular's Motion to Modify the Scheduling Order.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Notice of Deposition of Johnny Chen.

3. Attached as Exhibit B is a true and correct copy of Defendant Google LLC's Objections to Plaintiff's Notice of Deposition of Johnny Chen.

4. Attached as Exhibit C is a true and correct copy of an email dated June 23, 2021.

5. Attached as Exhibit D is a true and correct copy of all status requests for attempts to serve Mr. Johnny Chen.

6. Attached as Exhibit E is a true and correct copy of the Declaration of Richard Goodin.

7. Attached as Exhibit F is a true and correct copy of an email dated July 22, 2021.

8. Attached as Exhibit G is a true and correct copy of Plaintiff's Notice of Subpoena to Testify at a Deposition of Richard M. Goodin.

Executed under the pains and penalties of perjury of the United States at Boston, Massachusetts on July 23, 2021.

*/s/ Kevin Gannon*