# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## PLAINTIFF'S NOTICE OF DEPOSITION

Please take notice that pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiff, by and through their attorneys, will take the deposition upon oral examination of Johnny Chen.

The deposition will begin at 9:00 am EST on June 28, 2021, at the office of Prince Lobel Tye LLP or by remote means, unless, before that date, the parties agree to a different date or location. The deposition may be recorded by stenographic or videographic means.

Dated: May 27, 2021

Respectfully submitted,

*/s/ Paul Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Michael J. Ercolini (*pro hac vice*)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: mercolini@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 27, 2021, I served this document on Defendant by causing a copy to be sent via electronic mail to its counsel of record.

<u>/s/    Daniel McGonagle</u>