# EXHIBIT D

## Gayle-Luz, Keisha

| | |
|---|---|
| **From:** | Express Network <process@expressnetworkas.com> |
| **Sent:** | Thursday, July 1, 2021 3:06 PM |
| **To:** | Gayle-Luz, Keisha |
| **Subject:** | i-Order # I0155429 - Process Status.   Re: SINGULAR COMPUTING LGOOGLE LLC |

This is an up-to-date status as of JUL 1, 2021 12:06:25

********************* DO NOT REPLY TO THIS E-MAIL *********************

Quality Control # : 0107340 Your Reference : 108861-000002
Case Name : SINGULAR COMPUTING LGOOGLE LLC
Case Number : 1:19-cv-12551-FDS

Entity to Serve :
Johnny Chen
885 Ithaca Avenue
SUNNYVALE CA 94087

Status :
Attempt # 1:
06/29/21 @ 12:30PM - SERVER GABRIEL ARAGON (SANTA CLARA #PS1623)
NO ANSWER.
Attempt # 2:
06/30/21 @ 09:13AM - SERVER GABRIEL ARAGON
NO ANSWER.

********************* DO NOT REPLY TO THIS E-MAIL *********************

If you have any questions, please call our Process Service Department at (888) 232-6077

---

CONFIDENTIALITY NOTICE:
The information contained in this electronic mail transmission is confidential.
It may also be subject to the attorney-client privilege or be privileged work
product or proprietary information. This information is intended for the
exclusive use of the addressee(s). If you are not the intended recipient,
you are hereby notified that any use, disclosure, dissemination, distribution
(other than to the addressee(s)), copying or taking of any action

**Gayle-Luz, Keisha**

| | |
|---|---|
| **From:** | Express Network <process@expressnetworkas.com> |
| **Sent:** | Tuesday, July 6, 2021 5:55 PM |
| **To:** | Gayle-Luz, Keisha |
| **Subject:** | i-Order # I0155429 - Process Status.   Re: SINGULAR COMPUTING LGOOGLE LLC |

This is an up-to-date status as of JUL 6, 2021 14:55:14

********************* DO NOT REPLY TO THIS E-MAIL *********************

Quality Control # : 0107340 Your Reference : 108861-000002
Case Name : SINGULAR COMPUTING LGOOGLE LLC
Case Number : 1:19-cv-12551-FDS

Entity to Serve :
Johnny Chen
885 Ithaca Avenue
SUNNYVALE CA 94087

Status :
Attempt # 3:
07/01/21 @ 08:32AM - SERVER GABRIEL ARAGON
NO ANSWER.
07/02/21 @ 12:44PM - SERVER GABRIEL ARAGON
NO ANSWER, WINDOW OPEN.
07/05/21 @ 10:50AM - SERVER GABRIEL ARAGON
NO ANSWER, WINDOW OPEN.

********************* DO NOT REPLY TO THIS E-MAIL *********************

If you have any questions, please call our Process Service Department at (888) 232-6077

CONFIDENTIALITY NOTICE:
The information contained in this electronic mail transmission is confidential.
It may also be subject to the attorney-client privilege or be privileged work
product or proprietary information. This information is intended for the
exclusive use of the addressee(s). If you are not the intended recipient,
you are hereby notified that any use, disclosure, dissemination, distribution

**Gayle-Luz, Keisha**

| | |
|---|---|
| **From:** | Express Network <process@expressnetworkas.com> |
| **Sent:** | Thursday, July 8, 2021 7:00 PM |
| **To:** | Gayle-Luz, Keisha |
| **Subject:** | i-Order # I0155429 - Process Status.   Re: SINGULAR COMPUTING LGOOGLE LLC |

This is an up-to-date status as of JUL 8, 2021 16:00:18

********************* DO NOT REPLY TO THIS E-MAIL **********************

Quality Control # : 0107340 Your Reference : 108861-000002
Case Name : SINGULAR COMPUTING LGOOGLE LLC
Case Number : 1:19-cv-12551-FDS

Entity to Serve :
Johnny Chen
885 Ithaca Avenue
SUNNYVALE CA 94087

Status :
Attempt # 6:
07/08/21 @ 07:00AM TO 09:00AM - SERVER GABRIEL ARAGON
NO ONE ENTERED OR LEFT LOCATION. SERVER SPOKE WITH WIFE OF SUBJECT (ASIAN FEMALE, 40YO, 5'8", 155#, BLACK HAIR, BROWN EYES), WHO SAID HE WAS OUT OF TOWN FOR TEN DAYS.

********************* DO NOT REPLY TO THIS E-MAIL **********************

If you have any questions, please call our Process Service Department at (888) 232-6077

CONFIDENTIALITY NOTICE:
The information contained in this electronic mail transmission is confidential.
It may also be subject to the attorney-client privilege or be privileged work
product or proprietary information. This information is intended for the
exclusive use of the addressee(s). If you are not the intended recipient,
you are hereby notified that any use, disclosure, dissemination, distribution
(other than to the addressee(s)), copying or taking of any action
because of this information is strictly prohibited.