# EXHIBIT F

# Gayle-Luz, Keisha

| | |
|---|---|
| **From:** | Gannon, Kevin |
| **Sent:** | Thursday, July 22, 2021 6:15 PM |
| **To:** | mkamber@keker.com |
| **Cc:** | kvpsingular@keker.com; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; mkamber@keker.com; Singular |
| **Subject:** | RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS - Notice of Subpoena directed to Richard Goodin, PE |
| **Attachments:** | Goodin Notice of Subpoena.pdf |

Matthias,

Attached please find a copy Singular's Notice of Subpoena directed to Richard Goodin, PE.  Please let us know if you will accept service of this subpoena on his behalf.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com