**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                  Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF ANNA PORTO IN SUPPORT OF**
**DEFENDANT'S MOTION TO COMPEL**

1719824

I, Anna Porto, declare and state as follows:

1.  I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Keker, Van Nest and Peters, LLP and counsel for Defendant Google LLC, ("Google") in the above-captioned action.

2.  I submit this declaration in support of Google's Memorandum of Law in support of its Motion to Compel. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

3.  Attached as Exhibit 1 is a true and correct copy of an excerpt of Mustafa Ozgen's Deposition Transcript, dated July 23, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 28, 2021 at San Francisco, California.

*/s/ Anna Porto*  
Anna Porto

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                        */s/ Nathan R. Speed*
                                                        Nathan R. Speed