# Exhibit 1

# Document to be Filed Under Seal