# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

        Plaintiff,

   v.

GOOGLE LLC

        Defendant.

Civil Action No.: 1:19-cv-12551 FDS

## DEFENDANT'S ASSENTED TO MOTION
## <u>TO SEAL PURSUANT TO LOCAL RULE 7.2</u>

Pursuant to Local Rule 7.2 and the Protective Order in this case ("Protective Order"), ECF No. 74-1, Defendant Google LLC ("Google") respectfully requests that this Court impound (seal) an exhibit attached to the Declaration of Anna Porto in Support of Defendant Google LLC's Reply to Singular's Opposition to the Motion to Compel (ECF No. 270) ("the Porto Declaration").  The exhibit to be sealed is identified below.

The Protective Order allows a party producing documents in discovery to designate documents as "Confidential" after making a good-faith determination that the documents contain information that is "confidential, proprietary, and/or commercially sensitive information."   Protective Order ¶¶ 6-7. That Order requires that a party intending to make court filings referring to "Confidential" information bring a motion to impound.  *Id.* ¶ 14.  The following exhibit to the Porto Declaration is a transcript of a deposition that Singular has designated as containing confidential information or are correspondence between counsel quoting such material:

- Exhibit 1 is a true and correct copy of an excerpt of Mustafa Ozgen's Deposition Transcript dated July 23, 2021.

Google's Memorandum of Law in Support of its Motion to Compel quotes from and discusses these confidential exhibits. Submission of the above-identified confidential document is thus necessary to permit the Court to fully evaluate the issues raised in Google's Motion to Compel. Google therefore brings this Motion to Impound to impound both the above-identified exhibit and those portions of Google's Memorandum of Law that quotes from or discusses the confidential information contained within that exhibit. A redacted, public version of Google's Memorandum of Law in Support of its Motion to Compel will be filed concurrently with this motion.

For the foregoing reasons, Google respectfully requests that the Court permit it to file the above-identified exhibit under seal because Singular has taken the position that the exhibit discusses confidential business information. Google further requests that the documents remain impounded until further order

1

by the Court, and that upon expiration of the impoundment that the documents be returned to Google's counsel.

Respectfully submitted,

Dated: July 28, 2021

By:     /s/ Nathan R. Speed
        Gregory F. Corbett (BBO #646394)
        gregory.corbett@wolfgreenfield.com
        Nathan R. Speed (BBO # 670249)
        nathan.speed@wolfgreenfield.com
        Elizabeth A. DiMarco (BBO #681921)
        elizabeth.dimarco@wolfgreenfield.com
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, MA 02210
        Telephone: (617) 646-8000
        Fax: (617) 646-8646

        Robert Van Nest (*admitted pro hac vice*)
        rvannest@keker.com
        Matthias Kamber (*admitted pro hac vice*)
        mkamber@keker.com
        Michelle Ybarra (*admitted pro hac vice*)
        myabarra@keker.com
        Jay Rapaport (*admitted pro hac vice*)
        jrapaport@keker.com
        Andrew Bruns (*admitted pro hac vice*)
        abruns@keker.com
        Anna Porto (*admitted pro hac vice*)
        aporto@keker.com
        Deeva Shah (*admitted pro hac vice*)
        dshah@keker.com
        KEKER, VAN NEST & PETERS LLP
        633 Battery Street
        San Francisco, CA 94111-1809
        (415) 391-5400

        Michael S. Kwun (*admitted pro hac vice*)
        mkwun@kblfirm.com
        Asim Bhansali (*admitted pro hac vice*)
        abhansali@kblfirm.com
        KWUN BHANSALI LAZARUS LLP
        555 Montgomery Street, Suite 750 San
        Francisco, CA 94111
        (415) 630-2350
        *Counsel for Defendant Google LLC*

                        2

1719825

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Nathan R. Speed, counsel for Defendant, hereby certifies that counsel for Defendant conferred with Plaintiff's counsel in a good-faith attempt to resolve or narrow the issue raised by this motion. Plaintiff's counsel indicated that it assents to the relief requested in this motion.

*/s/ Nathan R. Speed*
Nathan R. Speed


## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing pleading was served upon the attorneys of record for all parties by electronically filing the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to registered attorneys of record.

Dated: July 28, 2021              */s/ Nathan R. Speed*
                                  Nathan R. Speed

3

1719825