# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

### PLAINTIFF SINGULAR COMPUTING LLC'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO GOOGLE LLC'S MOTION TO COMPEL

Plaintiff, Singular Computing LLC ("Singular"), respectfully moves for leave to file a short sur-reply in opposition to Defendant's Motion to Compel (Dkt. No. 244).

As grounds for its request, Singular states that Google insisted on an expedited briefing schedule with respect to its motion to compel. Singular agreed to the expedited schedule and filed its opposition a week early. Google then filed a reply brief a week later. In its reply, Google mischaracterizes and misstates the record on several points. The proposed sur-reply will briefly address those mischaracterizations and misstatements. Attached hereto as Exhibit 1 is Singular's proposed sur-reply.

Accordingly, for the above reasons, Singular respectfully requests that leave be granted.

Dated: August 2, 2021                          Respectfully submitted,

                                               */s/ Paul J. Hayes*
                                               Paul J. Hayes (BBO #227000)
                                               Matthew D. Vella (BBO #660171)
                                               Kevin Gannon (BBO #640931)
                                               Daniel McGonagle (BBO #690084)
                                               Michael J. Ercolini (pro hac vice)
                                               Thomas R. Fulford (BBO #686160)
                                               PRINCE LOBEL TYE LLP
                                               One International Place, Suite 3700
                                               Boston, MA 02110
                                               Tel: (617) 456-8000
                                               Email: phayes@princelobel.com
                                               Email: mvella@princelobel.com
                                               Email: kgannon@princelobel.com
                                               Email: dmcgonagle@princelobel.com
                                               Email: mercolini@princelobel.com
                                               Email: tfulford@princelobel.com

                                               ATTORNEYS FOR THE PLAINTIFF

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Singular conferred with Defendant's counsel in a good-faith attempt to resolve or narrow the issue raised by this motion. Defendant's counsel informed Plaintiff that it takes no position on this motion and reserves the right to oppose.

                                               */s/ Paul J. Hayes*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                               */s/ Paul J. Hayes*