# EXHIBIT H

Message

| | |
|---|---|
| From: | Johnny Chen [johnny@google.com] |
| Sent: | 6/24/2011 6:23:55 PM |
| To: | joebates@mit.edu |
| Subject: | Hello from Google |

Hi Joe,

Good seeing you again today.   I think you definitely generated some excitement around your architecture today.

Let me know if you have received this email.   Also, please share any potential near-term business opportunities you had been exploring.

Thanks,

Johnny


--
Johnny Chen
Principal | New Business Development
Google Inc. | 1600 Amphitheatre Parkway, Mountain View, CA 94043
Tel. 650-253-5522 | Fax 650-618-1840

Confidential

SINGULAR-00026942