# EXHIBIT I

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2

 3
                                      )
 4   SINGULAR COMPUTING LLC,          )
                                      )
 5            Plaintiff,              )
                                      )   Civil Action
 6   v.                               )   No. 1:19-cv-12551-FDS
                                      )
 7   GOOGLE LLC                       )
                                      )
 8            Defendant.              )
                                      )
 9

10

11          BEFORE THE HONORABLE DONALD L. CABELL
                UNITED STATES MAGISTRATE JUDGE
12

13                       MOTION HEARING
                            Via Zoom
14

15                       April 30, 2021
                            2:00 p.m.
16

17        John J. Moakley United States Courthouse
                     One Courthouse Way
18             Boston, Massachusetts 02210

19

20

21

22              Linda Walsh, RPR, CRR
                Official Court Reporter
23       John J. Moakley United States Courthouse
              One Courthouse Way, Room 5205
24             Boston, Massachusetts 02210
                 lwalshsteno@gmail.com
25
```

1            But at the same time, maybe I think you are going to
2    have to start by saying, all right, let's take a finite number
3    of these topics where it makes sense to group them in a batch
4    and start the depositions focusing on those topics and see how
5    that goes.  We could always come back and revisit this if one
6    side thinks that's problematic for some reason.
7            For example, if Google were to think that Singular is
8    using it as a way to really not worry anymore about paring
9    things down, and it's just kind of saying here's another list,
10   here's another list, well, we can look at that.  But at the
11   same time, you know, if it seems as though that's not working
12   well in terms of allowing Google to adequately prepare its
13   folks or if they think that one person is being called upon too
14   often to be the person in the hot seat, but those are -- you
15   know, those are not big highfalutin issues.  Those are more
16   mechanics-related issues that are tweaked as the parties go
17   along.  It just seems to me, we have got to get this process
18   started.
19           So Google has a list of 102.  They think it's too
20   long, fine.  You guys continue to talk, see if you can pare it
21   down some.  But on the stuff that really matters and on stuff
22   that can be grouped together in bunches, pick a manageable
23   amount now and have everybody agree that's what's going to be
24   explored initially, have somebody prepared, and then let's see
25   how this goes.