# EXHIBIT J

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| PAUL J. HAYES (BBO #227000)<br>MATTHEW D. VELLA (BBO #660171)<br>KEVIN GANNON (BBO #640931)<br>DANIEL McGONAGLE (BBO #690084)<br>ALEX BREGER (BBO #685537)<br>PRINCE LOBEL TYE LLP<br>ONE INTERNATIONAL PLACE, SUITE 3700<br>BOSTON, MA 02110<br>Tel. No.: (617) 456-8000<br>Attorney for: Plaintiff<br>Reference No.: PRILOBO-0009023.TF | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETITIONER/PLAINTIFF: SINGULAR COMPUTING LLC

RESPONDENT/DEFENDANT: GOOGLE LLC

| DECLARATION OF DILIGENCE | CASE No.:<br>1:19-cv-12551-FDS |
|---|---|

I, <u>RUI CORDERIO</u>, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850**, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On **07/20/2021**, EXPRESS NETWORK, received the following document(s): SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, to be served on **JOHNNY CHEN**, at the following address:

**ATTEMPTED SERVICE AT:**
**885 ITHACA AVENUE**
**SUNNYVALE, CA 94087**

| Date/Time | Description |
|---|---|
| 07-20-2021 AT 12:37PM | APPLIANCE/DISH WASHER BY CURBSIDE OF HOME. KNOCKED ON THE DOOR. NO RESPONSE. WINDOW SLIGHTLY OPEN. |
| 07-21-2021 AT 3:30PM | KNOCKED ON THE DOOR. NO ANSWER. NO RESPONSE. CAN HEAR PEOPLE UPSTAIRS. |
| 07-22-2021 8:00PM TO 10:00PM | LIGHTS ON. NO ACTIVITY OR MOVEMENT. NO RESPONSE. CAN SEE LAPTOP THROUGH WINDOW. NO SIGN OF MOVEMENT. |
| 07-23-2021 2:30PM TO 7:30PM | MORE HOUSE ITEMS BY CURBSIDE WITH APPLIANCE FROM PREVIOUS ATTEMPTS. NO ANSWER. NO ACTIVITY OR MOVEMENT. |
| 07-24-2021 AT 1:48PM | CAR SPEEDS INTO DRIVEWAY AND INTO THE GARAGE. A FEMALE INDIVIDUAL EXITS THE CAR ALONG WITH A MALE SUBJECT. THE SERVER RUNS TO THE GARAGE AND CALLS OUT FOR JOHNNY. THE MALE SUBJECT IDENTIFIED HIMSELF AS JOHNNY CHEN. THE SERVER INFORMED THE SUBJECT HE HAD LEGAL DOCUMENTS. PERSONALLY SERVED TO JOHNNY CHEN. |

Person serving:
RUI CORDERIO
Express Network
1605 W. OLYMPIC BLVD., 8TH FLOOR
LOS ANGELES, CA 90015
(213) 975-9850

Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.: 1331
(3) County: ALAMEDA

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 07/27/2021                              _____

**DECLARATION OF DILIGENCE**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:19-cv-12551-FDS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Johnny Chen on *(date)* 07/20/2021.

☒ I served the subpoena by delivering a copy to the named person as follows: Johnny Chen
885 Ithaca Avenue, Sunnyvale, CA 94087
on *(date)* 07/24/2021 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/27/2021

*Server's signature*

Rui Corderio - Process Server
*Printed name and title*
EXPRESS NETWORK
1605 W. Olympic Blvd., 8th Floor
Los Angeles, California 90015
(213) 975-9850
QC no.: PRILOBO-0009028.TF

*Server's address*

Additional information regarding attempted service, etc.: