# Exhibit 1

| | |
|---|---|
| **From:** | Deeva V. Shah |
| **Sent:** | Monday, March 1, 2021 10:55 AM |
| **To:** | Gannon, Kevin; kvp-singular; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; Matthias Kamber |
| **Cc:** | singular@princelobel.com; mvella@princelobel.com |
| **Subject:** | RE: Singular Computing LLC v. Google LLC  -  Request to inspect |
| **Attachments:** | 03 01 2021 Letter to Kevin Gannon.pdf |

Counsel:

Please see attached correspondence.

Best,
Deeva

Deeva Shah
757-553-8301

---

**From:** Gannon, Kevin <kgannon@princelobel.com>
**Sent:** Friday, February 19, 2021 10:51 AM
**To:** kvp-singular <kvpsingular@keker.com>; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; Matthias Kamber <MKamber@keker.com>
**Cc:** singular@princelobel.com; mvella@princelobel.com
**Subject:** Re: Singular Computing LLC v. Google LLC - Request to inspect

**[EXTERNAL]**

Counsel,

I am writing to make arrangements for Singular's counsel and Singular's expert, Dr. Sherief M. Reda, to access to Google's working TPU's via a Cloud TPU account.  Please provide us with some dates so that we can make the necessary arrangements.

In addition, we would like to make arrangements for counsel and Dr. Reda to inspect a Google data center with the accused TPUv2 and TPUv3 Devices installed and working.  We would prefer to inspect a data center in or near Massachusetts.

Finally, we would like to make arrangements for counsel and Dr. Reda to inspect the "MacTruck" system/board.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

This email is intended for the confidential use of the
addressees only. Because the information is subject to the
attorney-client privilege and may be attorney work product,
you should not file copies of this email with publicly
accessible records. If you are not an addressee on this
email or an addressee's authorized agent, you have received
this email in error; please notify us immediately at
617 456 8000 and do not further review, disseminate or copy
this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or
information included in this message or any attachment is
not intended to be, and may not be, used to avoid tax
penalties or to promote, market, or recommend any
transaction, matter, entity, or investment plan discussed
herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax
structure of any transaction addressed herein.