# Exhibit 4

| | |
|---|---|
| **From:** | Gannon, Kevin <kgannon@princelobel.com> |
| **Sent:** | Friday, July 23, 2021 1:12 PM |
| **To:** | nathan.speed@wolfgreenfield.com |
| **Cc:** | kvp-singular; abhansali@kblfirm.com; mkwun@kblfirm.com; wgs-singularv.google@wolfgreenfield.com; Matthias Kamber; singular@princelobel.com |
| **Subject:** | RE: RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS - Motion to Seal |
| **Attachments:** | RE: Singular Computing LLC v. Google LLC  -  Request to inspect; 07-22-2021 - Correspondence Regarding Source Code.pdf |

**[EXTERNAL]**

Nathan,

Google's refusal to provide adequate access to the Cloud TPU account with the necessary quota of resources, access to a data center and Google's refusal to produce source code (see attached) which has been the subject of numerous discussions between counsel.

Thanks,
Kevin

Kevin Gannon



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

---

**From:** Nathan R. Speed [mailto:Nathan.Speed@WolfGreenfield.com]
**Sent:** Friday, July 23, 2021 4:05 PM
**To:** Gannon, Kevin <kgannon@princelobel.com>
**Cc:** kvpsingular@keker.com; abhansali@kblfirm.com; mkwun@kblfirm.com; WGS-Singularv.Google@WolfGreenfield.com; mkamber@keker.com; Singular <Singular@princelobel.com>
**Subject:** RE: RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS - Motion to Seal

Kevin,

Google assents to the motion to seal.  As for the motion to compel, can you let us know what the topic is and when the parties met-and-conferred on it?

Thanks,

Nathan

**From:** Gannon, Kevin <kgannon@princelobel.com>
**Sent:** Friday, July 23, 2021 2:40 PM
**To:** Speed, Nathan R. <Nathan.Speed@WolfGreenfield.com>
**Cc:** kvpsingular@keker.com; abhansali@kblfirm.com; mkwun@kblfirm.com; WGS-Singular v. Google <WGS-Singularv.Google@WolfGreenfield.com>; mkamber@keker.com; Singular <Singular@princelobel.com>
**Subject:** RE: RE: Singular Computing LLC v. Google LLC; Case No. 1:19-cv-12551 FDS - Motion to Seal

Hi Nathan,

Singular will be filing a motion to compel today that includes exhibits and information that Google and Singular have designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."   Please let us know if Google will assent to Singular's motion to file these exhibits and the portions of the opposition that reference them, under seal.

Thanks,
Kevin

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

This email is intended for the confidential use of the
addressees only. Because the information is subject to the
attorney-client privilege and may be attorney work product,
you should not file copies of this email with publicly
accessible records. If you are not an addressee on this
email or an addressee's authorized agent, you have received
this email in error; please notify us immediately at
617 456 8000 and do not further review, disseminate or copy
this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or
information included in this message or any attachment is
not intended to be, and may not be, used to avoid tax
penalties or to promote, market, or recommend any
transaction, matter, entity, or investment plan discussed
herein. Prince Lobel Tye LLP does not
otherwise by this disclaimer limit you from disclosing the tax
structure of any transaction addressed herein.