# Exhibit 5



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Carrie J. Parker**
(415) 773-6638
cparker@keker.com

November 6, 2020

***VIA ELECTRONIC MAIL***

Paul Hayes
Matthew Vella
Kevin Gannon
Daniel McGonagle
Michael Ercolini
Brian Seeve
**Prince Lobel Tye LLP**
One International Place, Suite 3700
Boston, MA 02110

Re:  *Singular Computing LLC v. Google LLC*
     Case No. 1:19-cv-12551

Dear Counsel:

Below please find a link to an FTP site containing Google LLC's production volume PROD002, bearing Bates numbers GOOG-SING-00020030 - GOOG-SING-00026127.
FTP:  https://sendfiles.keker.com/link/gptQQux5cjoGAHkcHbj0o1

Additionally, please find a link to an FTP site containing Google LLC's production volume GOOG-SING003, bearing Bates numbers GOOG-SING-00026128 - GOOG-SING-00026400.
FTP:  https://sendfiles.keker.com/link/rTPTFd0neGbJDAq01VG8ba

The password for these productions will be sent in a separate email.

We have also collected code related to the accused TPU functionality, which will be made available for review at the offices of Keker, Van Nest & Peters LLP subject to the notice provisions of the Protective Order.

Very truly yours,

KEKER, VAN NEST & PETERS LLP

*Carrie J. Parker*

Carrie J. Parker
Senior Trial Paralegal
cc:     All counsel (via email)

1530783