# Exhibit 7

# Redacted

**PRINCE LOBEL**

Page 1

Brian M. Seeve<br>
Direct Dial: 617-456-8049<br>
bseeve@princelobel.com

July 22, 2021

**BY EMAIL**

Matthias Kamber
Keker, Van Nest, & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

RE:    *Singular Computing LLC v. Google LLC*, 1:19-cv-12551-FDS (D. Mass.)

Dear Matthias:

   Singular requests that Google immediately make available on its source code review computer:

1. the code about which Jeff Dean testified at his deposition that uses the ▮▮▮▮▮ format to transfer data ▮▮▮▮▮▮▮▮ over a computer network and to perform ▮▮▮▮▮ in neural networks. *See, e.g.*, Dean Tr. (Rough) at 110-112;

2. the code that defines the value of the variable ▮▮▮▮▮▮▮▮ as requested in my emails of July 20, 2021 at 4:32PM PT, July 21, 2021 at 9:07AM PT, and July 21, 2021 at 11:00AM PT; and

3. all other source code corresponding to the TensorCore in the TPU v2 and TPU v3 products, to the extent that this source code has not yet been made available to Singular.

   Please confirm by tomorrow morning that Google intends to make the above-identified source code available for review. Otherwise, Singular intends to file a Motion to Compel seeking production of said source code.

   Sincerely,

/s/*Brian M. Seeve*
Brian M. Seeve