UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S REPLY TO PLAINTIFF'S OPPOSITION
TO MOTION FOR PROTECTIVE ORDER**

1733451

Defendant Google LLC's ("Google") Motion for Protective Order (ECF No. 249) requested that the Court clarify and limit the scope of testimony Google was to provide in response to Plaintiff Singular Computing LLC's ("Singular") Notice of Deposition of Google LLC pursuant to Fed. R. Civ. P. 30(b)(6), dated May 5, 2021. Following the filing of Google's Motion for Protective Order, the Court issued an order (ECF No. 260) clarifying the scope of testimony Google was to provide in response to Singular's Rule 30(b)(6) deposition notice; the parties completed the depositions of all individuals designated to testify on Google's behalf regarding the topics in Singular's Rule 30(b)(6) deposition notice; and the parties attended a status conference with the Court on August 3, 2021, regarding, among other things, the testimony that Google's Rule 30(b)(6) designees had provided. At the August 3 status conference, Singular identified no issues with the testimony that Google's designees had provided, including the deposition testimony of Kamran Shafiei, but requested until the end of the week of August 2, 2021, to review the transcript of Dr. Nishant Patil to identify any related issues with his Rule 30(b)(6) testimony. As of the date of the filing of this brief, Singular has raised no additional concerns. Given the representations Singular made at the August 3, 2021 status conference and the fact that Singular did not subsequently identify any issues with respect to the testimony provided by Google's Rule 30(b)(6) designees, Google believes that the Court can deem Google's Motion for Protective Order moot.

//

1733451

Respectfully submitted,

Dated:  August 9, 2021

By:   */s/ Matthias Kamber*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Asim Bhansali (*pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Matthias Kamber (*pro hac vice*)
mkamber@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendant Google LLC*

1733451

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

        /s/ Nathan R. Speed
        Nathan R. Speed

1733451