# EXHIBIT L

REDACTED

# Approximate Computing, Embedded AI, Billion Core Systems

Joseph Bates
Singular Computing LLC
Cambridge, MA

(past)
CMU CS Dept (10 years faculty)
MIT Media Lab, AI Lab

25 min

August 2017

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00006472

# KEY POINTS

- General purpose, programmable computers,
  efficiency of specialized Deep Learning hardware

- An alternative path. Retains programmer's freedom to invent.
  Spreads ecosystem costs over many kinds of workloads.

- Enables
  - embedded compute-intensive tasks
  - compact, practical, billion core systems

  } DL and non-DL

[redacted]

# UNDERLYING IDEA

Suppose machines did float arithmetic

that was wrong, but always close < 1% error

$1.0 + 1.0 = 1.98 \ldots 2.02$

***What would happen to hardware and software?***

Highly Confidential – Attorneys' Eyes Only

## ANSWERS

- Hardware
  - Arithmetic circuit shrinks 100x (standard digital logic)
    - ⇒ programmable computers 25-50x better than GPUs
  - Room to improve
- Software
  - Can fix errors efficiently (when needed) in task specific ways
  - Relatively easy to program
    (serial code, algorithms studied since 80s, feels like OpenCL)
- Result
  - 10,000 core embedded chips (e.g. deploying AI)
  - Compact billion core systems (e.g. computational science)
    *(cluster: of multi-million core boards)*

Highly Confidential – Attorneys' Eyes Only SINGULAR-00006475



Software
Confidential - Singular Computing - 2017
5

Highly Confidential – Attorneys' Eyes Only
SINGULAR-00006476

- Deep Learning
  - Berkeley (Darrell) - Inference
  - MIT CSAIL (Glass) - Training (speech, vision)
  - ImageNet CNN - Inference *demo*
  - U.S. Army - Inference (battery power handheld)
  - Speech acoustic modeling - Training

- Traditional Vision
  - Carnegie Mellon (Kanade) - Depth from stereo
  - MIT Media Lab (Roy) - Motion detection
  - U.S. Navy - Drone vision, tracking
  - Optical flow *demo*
  - Depth from stereo
  - BAE ARGUS - Gigapixel drone vision

- Optimization
  - Simulated annealing (ubqo - like DWave)
  - Genetic programming

- Others . . .

- *Study of arithmetic*
- *Running on hardware*

***Purpose is Evidence:***
***result quality is good,***
***arithmetic efficiency is high,***
***software sufficiently easy***



Hardware
Confidential - Singular Computing - 2017
7

Highly Confidential – Attorneys' Eyes Only
SINGULAR-00006478



System: 2D mesh of APEs
Host
(ARM)
Control Unit
(FPGA)
APE
APE
APE
APE
APE
TINY FPU
NEEDS
SMALLEST
OVERHEAD
⇒
SIMPLEST
SYSTEM
DRAM COST
500x LOCAL OP
⇒ PIM
APE (approximate
processing element):
Neighbors
Memory
512 words
(16 bits)
ALU/FPU
Registers
Neighbors
approx float + - * / sqrt
(single cycle)
exact integer + -
logical, shift
(e.g. fp32 library)
Confidential - Singular Computing - 2017
8

Highly Confidential – Attorneys' Eyes Only
SINGULAR-00006479



"S1" PROTOTYPE CHIP
DARPA MTO - Singular Computing, Intrinsix Corp
Cadence Design Systems, MOSIS, GlobalFoundries
BGA Solder Side View
Top View
Showing Bonded Die Before
Epoxy Fill
Top View
After Epoxy Fill
Singular
Computing
S1
2015 A
Intrinsix Corp
2112 cores, 25 mm², 40 nm, 167 MHz, ~200 GF/W (peak)
Confidential - Singular Computing - 2017
9

Highly Confidential – Attorneys' Eyes Only
SINGULAR-00006480



PCI Express 3.0 Host Interface
GigaThread Engine
Memory Controller
NVIDIA GP100
L2 Cache
3600 CORES (16 NM)
S1
High-Speed Hub
NVLink
2100 CORES (AT 16 NM)

Highly Confidential – Attorneys' Eyes Only SINGULAR-00006481

# *Demos*

Optical Flow

Depth from Stereo

CNN Object Classification

Confidential - Singular Computing - 2017 11

Highly Confidential – Attorneys' Eyes Only SINGULAR-00006482



FPS: 49.09
Power: 0.24W
W/FPS: 0.005
OPTICAL FLOW

Highly Confidential – Attorneys' Eyes Only SINGULAR-00006483

# DEPTH FROM STEREO

Middlebury Cones (left frame)

Depth Image

- Simplest algorithm - epipolar search
- Prototype runs 200 fps
- At 30 fps ⇒ 0.15 watts *(post-prototype ~0.01 watts)*

Highly Confidential – Attorneys' Eyes Only



FPS: 7.19
57% sports car, sport car
Power: 0.26W
10% convertible
W/FPS: 0.037
CNN CLASSIFICATION

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00006485

Confidential - Singular Computing - 2017
15



# TRYING IT OUT

- 16-chip servers on net:
  34K cores
  8.5 TFlops (peak)
  8.5 TB/s memory
  bandwidth *(10x GPU)*
- Software emulators,
  run on laptop
- Available now,
  to explore,
  evaluate tech

Highly Confidential – Attorneys' Eyes Only

# BUSINESS

- If making big investment in new computing paradigm, want generality - want good for 20 years:

  DL today ⊂ DL future ⊂ ML ⊂ AI ⊂ Computing

  [redacted]

- Approximate computing is such a technology, enables:
  - 10K core embedded computing
  - 16 million core deskside servers
  - Compact, general purpose, billion core clusters

- Weak arithmetic spec ⇒ freedom for hardware designers ⇒ generations of improving hardware

Highly Confidential – Attorneys' Eyes Only

# OUR GOALS

[redacted]

- Singular has
  - broad patents on approximate computing, granted in U.S., Japan, Korea, China, . . . *(e.g. US 8407273)*
  - working hardware, dev tools, algorithms, application software
  - [redacted]
  - 13 years experience approximate computing ⇒ guidance to partners

[redacted]