# EXHIBIT M
## REDACTED

# Billion Core Computing

Joe Bates
Singular Computing LLC
Kendall Sq, Boston

(past)
CMU CS Dept (10 years AI faculty)
MIT Media Lab, AI Lab

July 2018

Confidential Information under OpenAI-Singular MNDA

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00010636

# S2 Production Machine

