# EXHIBIT D

## REDACTED

# Applications / Markets / and Deals

## June 2011

Joe Bates

Singular Computing LLC

MIT Media Lab, Visiting Scientist

Carnegie Mellon CS Department, Adjunct Prof

*joe@singularcomputing.com*

Confidential Property of Singular Computing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083543



1% error
approx FPU
~5,000
transistors

Standard FPU
~500,000
transistors

Combine FPU with 200 words memory.  Build 2D grid, local wires, SIMD



In volume:

4K cores, 100 Gflops, 1 watt, $3

1M cores, 100 Tflops, $5000
(top 100 supercomputer)

Host CPU

Control
Unit

Secondary
Storage
(DRAM)

PE

PE

PE
mem+fpu

PE

Confidential Property of Singular Computing          June 2011

GOOG-SING-00083544

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

REVIEW

REVIEW

# LIMITATIONS

- SIMD

- memory per core

- local communication within chip

- i/o bandwidth off chip

- approximate floating point

*all but last were extensively studied in 80s:*
  *MPP, MasPar, CM, DAP, . . . .*
*so there is much work to draw on,*
*familiar programming tools (e.g. C\* parallel C),*
*and approx floats often easily managed in software*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083545

# APPLICATIONS, MARKETS, CUSTOMERS

- Nearest neighbor
  (Sebastian, Shumeet, Hartmut say valuable)

- Optimization (LP, MIP)

- Defense (vision)

- Consumer products (cheap vision)

Confidential Property of Singular Computing          June 2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083546

4

# K-NEAREST NEIGHBOR

## BASIC METHOD

- Example applications
  - Image search - want long vectors (1K), big database (10G vectors)
  - Vision - feature correspondence for tracking - fast, low energy

- Brute force - pre-load ~1 database vector per core
  - CPU broadcasts query vector + distance computation instructions
  - find minimum, passing (distance, index) pair
    across rows to right column, then down column, then out

- Time for query broadcast ~ vector length x few ~ 1000 cycles
  Time for extracting minimum ~ grid edge length ~ hundreds
  ⇒ ~thousands of times speedup over CPU

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083547

# K-NEAREST NEIGHBOR

## BAD ARITHMETIC

- Have chip find several best of many thousands, then CPU picks nearest from these few

- Results for:  chip finding single best / top two / top three

| vector len | db size *(one chunk)* | uniform(0,1) | normal(0,1) |
|---|---|---|---|
| 100 | 64K | 91.3 / 98.5 / 99.8 | 92.1 / 99.0 / 99.8 |
| 200 | 32K | 88.5 / 97.8 / 99.6 | 88.8 / 98.0 / 99.7 |
| 800 | 8K | 78.7 / 92.9 / 97.7 | 79.0 / 93.5 / 97.8 |

*Limits of arithmetic can be overcome  -  little extra time*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-00083548

# K-NEAREST NEIGHBOR

## SCALING UP

- If big database:
  - load as series of chunks (as much as fits per chunk)
  - search each chunk for best
  - have CPU choose best of those bests

- Chunk loading slow, but if enough queries then OK - query time per chunk can exceed load time per chunk

- e.g., image search for many simultaneous users - yields plenty of queries - thousands per 10 ms batch

- *Limits of memory per core and bandwidth to CPU can be overcome*

- Large database still too slow with 1 chip, but like CPUs, hashing can divide db/queries over many chips

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-00083549

# OPTIMIZATION

- Why I said:
  "tech risk reduced enough to focus on business risk"

- Argonne runs Network Enabled Optimization Server
  ~20 varieties of optimization

- Director says by far greatest commercial importance:  LP, MIP

- MIP can be reduced (branch & bound)
  to solving sequence of LP problems

- So key question:  can we solve large, sparse LP?
  (eg 1M vars,  1M constraints,  .1% non-zero)

Confidential Property of Singular Computing          June 2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083550

- Remember Merrick Furst (now Georgia Tech)?

- "Reflex" – new interior point method

- Speed/quality benchmarks – as good as simplex, other ip methods

- Method:
  - have interior point:
    pick random direction, bounce off walls bunch of times
  - alternate: bounce toward goal (until little progress)
    get unstuck (bounce away from prior point)

- Key step is bounce – where does ray intersect nearest plane?

- Method: inner product ray with every plane, to find
  distance to all intersections, choose nearest one

- Like kNN – many local ops (inner prods), then min across chip

Confidential Property of Singular Computing          June 2011

GOOG-SING-0083551

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

- Key requirement - many sparse inner products

- Merrick says can be approximate - random motion is intended

- Not yet definitive,
  but believe I know how to pack data into chip's memory,
  efficiently do sparse approximate inner products,
  and update bouncing point based on results

- Rack sized machine (100 chips) should do large, sparse LP

- So LP promising, so MIP promising,
  so two biggest commercial needs in optimization
  are likely technically solvable

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083552

# OPTIMIZATION MARKET

- Stand-alone optimization - IBM bought ILOG/CPLEX ~$340M

- Integrating optimization into ERP apparently killed stand-alone
  (from Harvard business school manufacturing professor,
  and history of i2, a previous stand-alone leader, Wikipedia)
  - SAP, Oracle now are leaders

- Brief look suggests market may be 10x
  ~$B scale

- Doesn't include CPU use ("5-10% total CPU at large oil company"),
  home-grown software, or market growth due to cheaper/faster

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083553

# VISION

## FEATURE BASED TRACKING

- Extract significant features
  (each is a feature vector, located at specific point)

- Feature correspondence across frames -
  similar method to nearest neighbor search
  *(keep all vectors from last frame on chip,*
  *search them for similarity to this frame's features)*

Confidential Property of Singular Computing          June 2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083554

# FEATURE EXTRACTION

## BASIC METHOD

- Load image:  time ~ image size
  *eg 300x300 image ~ 100K pixels ~ 100K cycles*

- Compute enough features to take at least similar time
  *eg 100 features, 1000 (parallel) cycles each  (~100K cycles)*

- Read out most significant feature vectors
  *eg 500 vectors, each 200 words long  (~100K cycles)*

Confidential Property of Singular Computing      June 2011

13

GOOG-SING-0083555

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

# FEATURE EXTRACTION

## KERNEL AND HISTOGRAM FEATURES

- Kernel features
  - Broadcast instructions to shift images left-right up-down (snake-like) using local connections
  - As pixels pass cores, broadcast kernel weights, accumulate weighted sums in cores
  - Total time for kernel at all pixels ~ kernel size (eg 11x11)

- Histogram features (eg SIFT, HOG - histogram of oriented gradients)
  - Compute local kernels, eg edge detectors
  - Shift results across region of interest (snake pattern)
  - Accumulate histograms in each core (cores do indirect addressing)
  - Time ~ region size

- Multiscale
  - Form Gaussian blurs similar to kernel computations

Confidential Property of Singular Computing       June 2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083556

# FEATURE EXTRACTION

## READOUT

- Can't afford to read out feature vector (200+ bytes) from every pixel

- But only ~500 are significant

- Sort them by significance toward some edge
  (known method based on parallel mesh bubble sort)
  Time ~ (# cores along edge) * (feature vector length) ~ 20K cycles

- Read out top 500 (which now are near edge)
  Time ~ 500 * (feature vector length) ~ 100K cycles

- Estimated <u>total</u> time for image input, feature extraction, and readout
  <1M cycles @ 30MHz ⇒ >30 fps (~100Gflops), 1 watt  (mobile chip $3)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083557

# CUSTOMER DISCUSSIONS
## 1. BIG DEFENSE CONTRACTOR

- Big flying camera: 400 cell phone cameras $\Rightarrow$ gigapixel frames

- Vision pipeline:
  - per pixel processing (eg color, contrast adjustment)
  - local region processing (kernels)
  - feature extraction (kernels and local histograms)
  - feature correspondence (~nearest neighbor)
  - then higher levels (feature-based tracking) on CPUs

    *(this all seems likely to work - evidence includes similar*
    *Navy project Singular has with small defense contractor)*

- Also want:
  - motion detection based on MoG (works - see MIT work)
  - compression (have evidence for JPEG, which they use)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083558

# CUSTOMER DISCUSSIONS
## 1. BIG DEFENSE CONTRACTOR

- Requires 10-100 Tflops

- Now use many hundreds of FPGAs, ASICs, GPUs, and CPUs

- Size important, power very important (not cost)

- Current evaluation suggests ~10 large, slow Singular chips

- Yields 10x overall power improvement
  - extremely valuable to government (and thus this company)

- Enables many new uses, deployment on more numerous
  smaller airborne platforms, even personal systems

- $B scale market

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-0083559

# CUSTOMER DISCUSSIONS
## 2. BIG CONSUMER PRODUCTS COMPANY

- Have internally proven business case for at least several vision-based consumer products

- Need small, super-cheap vision system (~100 Gflops)

- One small Singular chip looks adequate
  - cost, in their production volume, is a few dollars

- They say will enable at least several opportunities, each with $few-100M annual wholesale revenue

- $B scale market

Confidential Property of Singular Computing          June 2011

GOOG-SING-0083560

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

# OTHER PROMISING DOMAINS
## (IN PROGRESS - INITIAL EVIDENCE)

- Vision: segmenting smooth objects (weak features, Hartmut/Joe intuition)

- Molecular dynamics, Protein folding (all-atom energy)

- Genomics (eg Smith-Waterman dynamic programming)

- Machine learning (neural nets, genetic algorithms with local crossover, local graphical models, simulated annealing)

- Speech recognition (HMMs, many concurrent voice streams, Dragon CTO)

- Neocortex sim (>human, faster than realtime, supercomputer $)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

GOOG-SING-00083561

# APPLICATIONS/MARKETS STATUS

- Appear to have at least three $B-scale markets:
  optimization, vision-based cheap consumer products, vision for defense

- At least one "big hammer" technical solution - nearest neighbor

- Likely have web-scale image processing technology
  - feature-based vision   (but low power, fast, reliable & cheap/cycle)
  - maybe segmentation   (Hartmut says next big thing)

- Specific evidence for several more:  speech, learning, bio-tech,
  and crazy stuff - like super-human scale cortex simulation

- General evidence that bright people using the hardware, as I have:
  - will extract additional proven applications from work of the 80s
  - will create unforeseen new opportunities

Confidential Property of Singular Computing          June 2011

20

GOOG-SING-00083562

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

Confidential Property of Singular Computing   June 2011   21

GOOG-SING-0083563

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL

Confidential Property of Singular Computing          June 2011          22

GOOG-SING-0083564

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY SENSITIVE TECHNICAL MATERIAL