# EXHIBIT E

REDACTED

# Many-Million Core Processors and their Applications

Joe Bates
Singular Computing LLC
Cambridge, MA

(past)
MIT Media Lab
Carnegie Mellon Computer Science Dept

joe@singularcomputing.com

January 2014

Confidential, per Google/Singular MNDA, March 2011

CONFIDENTIAL

# CONSIDER

A traditional massively parallel machine,
with floating point arithmetic
that is "99% correct"

(e.g. $1.0 + 1.0 = 1.98 \ldots 2.02$)

"Approximate Computer"

**2 *surprises***

CONFIDENTIAL

GOOG-SING-00032377

- **Surprise #1**: Arithmetic circuit can be <u>unexpectedly</u> small

Standard FPU
~500,000
transistors
~100x smaller
standard deterministic
digital cmos
+ - * / sqrt
one cycle per op

- Add memory, repeat across chip: classic mesh-connected SIMD (e.g. MPP, MasPar, CM, …) with 256,000 cores on chip (1Taflop/watt)
- Usual CPU drives and collaborates with grid
  - fundamentally familiar, single threaded programming model
  - tools, algorithms, papers, proceedings, books from the 80s
- Mesh naturally scales, e.g.
  embedded: 10K cores, 1 Tflop, sub-watt, few $ in volume
  server: 50M cores, 10 Pflop, single rack

CONFIDENTIAL

CONFIDENTIAL
GOOG-SING-00032379

- Is such a machine useful?

- Massive SIMD well known - hardware constraints
  SIMD, on-chip comm local, small local memory, off-chip bandwidth, are manageable for varied important tasks

- But approximate arithmetic is new

- **Surprise #2**: high precision CPU managing low precision workers
  - can yield high precision results (like CPU)
  - but with economics ($, power, size) of the low precision hardware
  - for varied tasks

- *In particular:*
  *errors need not compound,*
  *overall results can be far more accurate than individual operations*



CONFIDENTIAL

GOOG-SING-00032380

# SOFTWARE EXAMPLE:
# K-NEAREST NEIGHBOR

- Workers find several best, CPU picks true best from these:

| vector len | % correct if chip finds best 1 / 2 / 3 / 4 |
|---|---|
| 200<br>large, state of art | 88.6 / 98.0 / 99.6 / 99.9 |
| 800<br>desired size | 79.5 / 93.1 / 97.4 / 99.0 |

Gaussian ($\mu$=0, $\sigma$=1) shown - Uniform(0..1) is similar

*Hardware limitations overcome*
*using almost no extra time or energy.*

CONFIDENTIAL

# DEBLURRING
## (RICHARDSON-LUCY DECONVOLUTION)



original    ieee fp

blurred     approx

*Above has 1% error - but collaborating with CPU, can get 100x better (.01%) using 2x time*

CONFIDENTIAL    GOOG-SING-00032382

# MIT Media Lab

## Motion Detection

### Fixed Camera - GMM Background Subtraction

ieee fp

approx

*Sometimes no code change needed -- above pixel error rate 0.0014%*

CONFIDENTIAL

# ONR / Charles River Analytics

## MOTION DETECTION

### MOVING CAMERA - ALIGN AND SUBTRACT FRAMES

optical flow alignment

brute force patch-match alignment

*Simple methods often work well - sophisticated algorithms may come later*

CONFIDENTIAL

## Sandia National Labs
# SYNTHETIC APERTURE RADAR

- SAR image ⇒ high precision inverse 2D FFT (pseudo phase history) ⇒ Singular 2D FFT to form image

- 87% of pixels within +/- 2 (of 255) -- Mean pixel error ~ 0.5%

*Don't need to stay away from "math" tasks*

CONFIDENTIAL

GOOG-SING-00032385

# ONR / Charles River Analytics
# FEATURE BASED TRACKING

CPU only

CPU + Singular

Analysis of system on right
- cpu, bus, accelerator (in emulation) -

CPU quality results,

few $ chip

89x frame rate, 72x less power

$\Rightarrow$ *6400x better speed/power than CPU alone*

CONFIDENTIAL

# Carnegie Mellon (Takeo Kanade)
# DEPTH MAP FROM STEREO VISION

ieee fp

approx

-255 -245 -235 -225 -215 -205 -195 -185 -175 -165 -155 -145 -135 -125 -115 -105 -95 -85 -75 -65 -55 -45 -35 -25 -15 -5 5 15 25 35 45 55 65 75 85 95 105 115 125 135

*Initial results: 78.4% of pixels have the same depth.*

*Most differences in sky/shadow, where both methods unreliable.*

CONFIDENTIAL

GOOG-SING-00032387

# DEEP LEARNING AND OTHER "NEURAL" MODELS

- Multiple efforts in progress:
  internal research, UC Berkeley, MIT, and others
- Believe can do varieties of large scale learning
  making efficient use of the hardware
- e.g. backprop, fully connected, 10 layers, 10K units/layer,
  efficient streaming of large data sets

CONFIDENTIAL

GOOG-SING-00032388

# STATUS

- Program in standard languages, C, Matlab, . . . (build kernels in code, like OpenGL)
- Understandable programming model; varied software surprisingly feasible; approximate hardware need <u>not</u> mean approximate results
- 100x speed per watt (or $) compared to GPU, FPGA, DSP, ARM *(5000x CPU)*
- Building hardware prototypes - DARPA/MTO
  - Cadence, Singular, Intrinsix, MOSIS, GlobalFoundries, BAE, CMU, Berkeley
  - chips: $25mm^2$, 40nm, 2500 cores, 150+MHz ⇒ goal ~500Gaflops, 1W
  - systems: ARM + FPGA + 16 Singular ASICs *(40K cores in shoebox)*
  - Use by BAE, CMU, Berkeley, elsewhere ⇒ intending selective open access
- Promising domains:
  image processing/vision
  deep learning (low power embedded forward, or large scale training),
  speech recognition (embedded or at data center, also noise/focus in front end),
  compression, optimization, . . .

CONFIDENTIAL

GOOG-SING-00032389

# BECOMING PHYSICAL . . .



CONFIDENTIAL    GOOG-SING-00032390

Singular Computing - Confidential, per Google/Singular MNDA January 2014 16

GOOG-SING-00032391

CONFIDENTIAL

Singular Computing - Confidential, per Google/Singular MNDA January 2014 17

GOOG-SING-00032392

CONFIDENTIAL

Singular Computing - Confidential, per Google/Singular MNDA January 2014 18

GOOG-SING-00032393
CONFIDENTIAL