# EXHIBIT G

![macrotrends](https://www.macrotrends.net)

Search over 200,000 charts...

| Interest Rates | Stock Screener | Stock Research | Market Indexes | Precious Metals | (/stocks/stock-screener) (/stocks/research) (/charts/stock-indexes) |
| | | | | Energy | (/charts/precious-metals) (/charts/energy) |
| | | | | Commodities  Exchange Rates | (/charts/commodities) (/charts/exchange- |
| Economy | Global Metrics | rates) (/charts/interest-rates) (/charts/economy) (/countries/topic-overview) |

### Sponsored Financial Content

Dianomi


Apply and Manage Savings Online. Select Markets Only. Member FDIC.
Citi® Online Savings


2021 Mid-Year Investment Outlook: Market base case and tail risks
Invesco Insights


Doing a Home Renovation? Find a Great Personal Loan Rate
NerdWallet


Bitcoin FAQs
Charles Schwab

Today's Market: Investor Takeaways
Charles Schwab

# Alphabet: Number of Employees 2006-2021 | GOOG

Prices (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/stock-price-history)

Financials (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/financial-statements)

Revenue & Profit (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/revenue)

Assets & Liabilities (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/total-assets)

Margins (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/profit-margins)

Price Ratios (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/pe-ratio)

Other Ratios (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/current-ratio)

Other Metrics (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/dividend-yield-history)

Dividend Yield History (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/dividend-yield-history)

Number of Employees (https://www.macrotrends.net/stocks/charts/GOOG/alphabet/number-of-employees)

Interactive chart of Alphabet (GOOG) annual worldwide employee count from 2006 to 2021.

- Alphabet total number of employees in 2020 was **135,301, a 13.79% increase from 2019.**
- Alphabet total number of employees in 2019 was **118,899, a 20.38% increase from 2018.**
- Alphabet total number of employees in 2018 was **98,771, a 23.29% increase from 2017.**
- Alphabet total number of employees in 2017 was **80,110, a 11.18% increase from 2016.**

Search for ticker or company name...

**Compare GOOG With Other Stocks**

SPONSORED FINANCIAL CONTENT

Where should you invest $1,000 right now? (The Motley Fool)

Earn more with 0.50% APY. Select Markets Only. Member FDIC. (Citi® High-Yield Savings)

Schwab's Take on Today's Markets (Charles Schwab)

Bitcoin FAQs (Charles Schwab)

Grow your business with our commercial banking capabilities. (From Truist)

Institutional Investors: EMD And The Threat Of Inflation (Aviva Investors)



AdChoices

