# EXHIBIT H

# About Google Data Centers

Google owns and operates data centers all over the world, helping to keep the internet humming 24/7. Learn how our relentless focus on innovation has made our data centers some of the most high-performing, secure, reliable, and efficient data centers in the world.

See what's new and browse our innovations

Data Centers



### An animated video series highlighting data center innovation

2021

Discovering Data Centers is an animated video series about the innovation behind Google data centers. Get a behind-the-scenes look at the technological intricacies that ensure Google data centers work globally and at massive scale, and see how design, technology, operations, and sustainability layer together to make data centers so fascinating. Watch here.



### Full steam ahead on 24/7 carbon-free energy

2021

We're tapping into a first-of-its-kind geothermal project that will add "always on" clean energy to the electric grid near our Nevada data centers. Advancements in clean technologies like firm geothermal, combined with carbon-intelligent computing at our data centers, are helping us get closer to 24/7 carbon-free energy by 2030.