# EXHIBIT J

| | |
|---|---|
| **From:** | Gannon, Kevin |
| **Sent:** | Friday, July 16, 2021 3:47 PM |
| **To:** | Deeva V. Shah; kvpsingular@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; mkamber@keker.com |
| **Cc:** | Singular; Vella, Matthew D. |
| **Subject:** | RE: Singular Computing LLC v. Google LLC  -  Request to inspect |

Counsel,

In its opposition to Singular's motion to compel (Dkt. No. 104), Google offered to provide Singular access to TPU services via a Cloud TPU account.  When we tried to access the Cloud TPU account, it would not approve the quota of resources that are required to run our various tests.  Please provide us with access to the Cloud TPU account with the necessary quota of resources no later than Monday, July 19, 2021, so that we can run our tests.

Singular would also like to inspect and photograph a Google data center with the accused TPUv2 and TPUv3 Devices installed and working sometime early next week.  Please provide us with appropriate dates and locations.

Otherwise provide us with a time on Monday, July 19, 2021 to meet and confer on this.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com