# EXHIBIT L

| | |
|---|---|
| **From:** | Gannon, Kevin |
| **Sent:** | Tuesday, July 20, 2021 12:34 PM |
| **To:** | Deeva V. Shah; kvpsingular@keker.com; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com; mkamber@keker.com |
| **Cc:** | Singular; Vella, Matthew D. |
| **Subject:** | RE: Singular Computing LLC v. Google LLC  -  Request to inspect |

Deeva,

We are surprised by your attempt to rewrite the history of what transpired between the parties.  First, Singular never rejected Google's offer of access to a Cloud TPU account.  Instead, Singular specifically accepted Google's offer:

> As a result, while it accepts Google's offer to allow Singular to test the accused products using the Google Cloud, Singular should not have to further justify why it prefers to have physical samples of accused products in addition to such testing.

Singular's Reply brief (Dkt. No. 107); *see also* Transcript dated 1/29/21 (Dkt. No. 131)("They offered for us to allow to test the product, right, in vis-a-vis the cloud portal or whatever. And we in the brief accepted that, but that does not then preclude me from showing the jury what the accused product is and photographing it and all the rest.")

In light of Google's refusal to provide adequate access to the Cloud TPU account with the necessary quota of resources, we will raise this issue with Judge Cabell.

Thanks,
Kevin

**Kevin Gannon**



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com