# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

## **NOTICE OF WITHDRAWAL OF COUNSEL JAY RAPAPORT**

PLEASE TAKE NOTICE that Jay Rapaport is no longer associated with the law firm of Keker, Van Nest & Peters LLP and hereby withdraws as counsel for Defendant Google LLC.

Robert A. Van Nest, Matthias A. Kamber, Michelle Ybarra, Christopher S. Sun, Andrew Bruns, Anna Porto, and Deeva Shah of Keker, Van Nest & Peters LLP; Asim M. Bhansali and Michael S. Kwun of Kwun Bhansali Lazarus LLP; and Gregory F. Corbett, Nathan R. Speed, Anant K. Saraswat, and Elizabeth A. DiMarco of Wolf, Greenfield & Sacks, PC remain as counsel of record for Defendant Google LLC.

                Respectfully submitted,

Dated:  August 27, 2021

By: */s/ Matthias Kamber*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Asim Bhansali (*pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Matthias Kamber (*pro hac vice*)
mkamber@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendant Google LLC*

1734791.v1

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                         */s/ Matthias Kamber*
                                                         Matthias Kamber

1734791.v1