# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

## PARTIES' UPDATE TO THE COURT REGARDING PLAINTIFF'S REQUEST TO INSPECT THE CLOUD TPU

In response to the Court's order (Dkt. 309), the parties submit the following update on the Plaintiff's request to inspect the Cloud TPU. The parties conferred on this topic on August 30th, 2021. During this conference, Google asked Singular to specify how much TPU time it needed to run its tests.

The next day, Singular calculated that its tests would likely require no more than 15,000 TPU-hours and requested a Cloud TPU account with this quota. Google is considering this request and plans to respond as soon as possible.

The parties will meet and confer again and provide a further update to the Court by 5:00 PM EST on Friday, September 3, 2021.

Dated: August 31, 2021                          Respectfully submitted,

                                                */s/Kevin Gannon*
                                                Paul J. Hayes (BBO #227000)
                                                Matthew D. Vella (BBO #660171)
                                                Kevin Gannon (BBO #640931)
                                                Daniel McGonagle (BBO #690084)
                                                Brian M. Seeve (BBO #670455)
                                                **PRINCE LOBEL TYE LLP**
                                                One International Place, Suite 3700
                                                Boston, MA 02110
                                                Tel: (617) 456-8000
                                                Fax: (617) 456-8100
                                                Email: phayes@princelobel.com
                                                Email: mvella@princelobel.com
                                                Email: kgannon@princelobel.com
                                                Email: dmcgonagle@princelobel.com
                                                Email: bseeve@princelobel.com

                                                ATTORNEYS FOR THE PLAINTIFF

Dated: August 31, 2021

By:   */s/ Matthias Kamber*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Asim Bhansali (*pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Matthias Kamber (*pro hac vice*)
mkamber@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendant Google LLC*

CERTIFICATE OF SERVICE

I certify that on August 31, 2021, I served this document on Defendant by causing a copy to be sent via electronic mail to its counsel of record.

*/s/ Kevin Gannon*