UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. Donald L. Cabell |

## JOINT STATEMENT REGARDING CLOUD TPU INSPECTION

Plaintiff, Singular Computing LLC ("Singular"), and defendant, Google LLC ("Google"), respectfully submit this Joint Statement pursuant to the Court's August 27, 2021 order (Dkt. 309) and the parties' August 31, 2021 Joint Statement (Dkt. 313).

With regard to Singular's motion to inspect the Cloud TPU (Dkt. 262), the parties have reached agreement: Google will provide Singular $5,000 in Cloud TPU credit (which equates to 2083 preemptible TPU-hours on a TPU v3 under current pricing) to facilitate Singular's testing, and Singular will bear the costs of any additional Cloud TPU access or testing time.

In light of this agreement, Singular's Motion to compel inspection of the Cloud TPU (Dkt. 262) is now moot.

Dated: September 3, 2021

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Brian M. Seeve (BBO #670455)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700

*Attorneys for Plaintiff Singular Computing LLC*

1743416.v6

Dated:  September 3, 2021

/s/ Matthias Kamber
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Asim Bhansali (*pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Matthias Kamber (*pro hac vice*)
mkamber@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendant Google LLC*