```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2

 3

 4   Singular Computing, LLC,     )
               Plaintiff,         )
 5                                )
                                  )
 6   vs.                          )   Case No. 19-cv-12551-FDS
                                  )
 7                                )
     Google, LLC,                 )
 8             Defendant.         )

 9

10   BEFORE:  The Honorable F. Dennis Saylor, IV

11

12                    Video Status Conference

13

14

15                              John J. Moakley Courthouse
                                1 Courthouse Way
16                              Boston, Massachusetts
                                August 27, 2021
17

18

19

20

21

22
                         Marianne Kusa-Ryll, RDR, CRR
23                          Official Court Reporter
                         United States District Court
24                        595 Main Street, Room 514A
                      Worcester, Massachusetts 01608-2093
25                      508-929-3399 justicehill@aol.com
                       Mechanical Steno - Transcript by Computer
```

```
 1    APPEARANCES (REMOTELY):

 2    Prince Lobel Tye LLP
      Paul J. Hayes, Esquire
 3    Kevin Gannon, Esquire
      One International Place
 4    Suite 3700
      Boston, Massachusetts 02110
 5    On behalf of the Plaintiff

 6    Keker & Van Nest & Peters LLP
      Matthias A. Kamber, Esquire
 7    633 Battery Street
      San Francisco, California 94111
 8    On behalf of the Defendant

 9    Kwun Bhansali Lazarus LLP
      Michael S. Kwun, Esquire
10    555 Montgomery Street
      Suite 750
11    San Francisco, California 94111
      On behalf of the Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

(The following proceedings were held remotely before the Honorable F. Dennis Saylor, IV, Chief United States District Judge, United States District Court, District of Massachusetts, on August 27, 2021.)

THE CLERK: All right.  Court is now in session in the Matter of Singular Computing, LLC, versus Google, LLC, Civil Action No. 19-12551.

I just want to remind that photographing, recording, and rebroadcasting of this hearing is prohibited and may result in sanction.

Would counsel please identify themselves for the record, starting with the plaintiff.

MR. HAYES: Paul Hayes for the plaintiff.

MR. GANNON: Kevin Gannon for the plaintiff.

THE COURT: Good afternoon.

MR. KAMER: Matthias Kamer from Keker, Van Nest & Peters on behalf of Defendant Google.

THE COURT: Good afternoon.

MR. KAMER: Good afternoon.

THE COURT: All right. This is a --

MR. KWUN: Michael Kwun --

THE COURT: Sorry.

MR. KWUN: -- on behalf of Google.

1    THE COURT:  Good afternoon.
2    All right.  Good afternoon, everyone.  This is a
3 status conference in this matter.  I see the magistrate judge
4 has issued some rulings.
5    Where are we?  Mr. Hayes?
6    MR. HAYES:  I think we're about 98 percent done,
7 Judge.  The magistrate has issued his rulings, and I assume
8 that no one's going to appeal from them because they're all
9 about interrogatories, et cetera.
10    And, so, that's done, and we finally got a Notice of
11 Deposition.  We got the deposition of Chen scheduled for
12 September 17th, so I assume that after that occurs, that should
13 be it.
14    THE COURT:  All right.
15    MR. HAYES:  So that's nothing.  That's it.
16    THE COURT:  Okay.  Mr. Kamber.
17    MR. KAMBER:  I agree with Mr. Hayes.  I think it's
18 that deposition that's going to proceed and has been scheduled,
19 and we do not plan to appeal the -- Judge Cabell's rulings to
20 your Honor.  So I think that's done.
21    And I believe he has now ruled on and disposed of all
22 of the pending motions that were before him.
23    THE COURT:  Okay.  I see that there's a handful of
24 motions to seal that I will grant, and then there's -- there's
25 a motion for a protective order that's listed as still pending

```
1    from July, Mr. Kamber, your motion.  Is that --
2              MR. KAMBER:  Yeah, that's not still pending.  We -- we
3    noted in our reply that that was moot --
4              THE COURT:  Okay.
5              MR. KAMBER:  -- and we flagged that for Judge Cabell
6    at the hearing with him on Tuesday.
7              THE COURT:  Okay.
8              MR. KAMBER:  I think he probably just hasn't gotten
9    around to finally disposing of it.
10             THE COURT:  Okay.  We'll clear up that so that the
11   docket is clear.
12             I'm not sure I see a need for a status conference for
13   the wrap up of discovery.  And then I guess we go into the
14   waiting period here, waiting for something to emit from
15   Washington.
16             Does anyone have a different view on that?
17             Mr. Hayes?
18             MR. HAYES:  No, your Honor.
19             THE COURT:  Mr. Kamber?
20             MR. KAMBER:  No, your Honor.
21             THE COURT:  All right.  What I would like to do is
22   within some fairly prompt point after any kind of decision from
23   Washington, even if you haven't fully digested it or figured
24   out what your strategy is going to be, I'd like to reconvene
25   for a status conference.  So if you can notify the clerk, I'd
```

1    like to set something up within a week certainly, scheduling
2    permitting, to just talk about, okay, you know, in general
3    terms where do we go from here.
4            But I'll put the ball in your courts collectively to
5    make that happen and to make sure that this litigation is going
6    forward that we're talking about that as soon as practicable.
7    And, obviously, it's possible something could happen between
8    now and then; you know, who knows.  The deposition to preserve
9    testimony, I mean, there's lots of things that, you know, might
10   possibly need to happen; but otherwise, we will wait.
11           All right.  Anything else?  Mr. Hayes?
12           MR. HAYES:  No, that's about it, Judge.
13           THE COURT:  Mr. Kamber?
14           MR. KAMBER:  Nothing else, your Honor.  Thank you.
15           THE COURT:  Okay.  Thank you, all.
16           MR. HAYES:  Thank you.  Bye.
17           (At 3:35 p.m., Court was adjourned.)
18
19
20
21
22
23
24
25

C E R T I F I C A T E

I, Marianne Kusa-Ryll, RDR, CRR, do hereby certify that the foregoing transcript is a true and accurate transcription of my stenographic notes before the Honorable F. Dennis Saylor, IV, to the best of my skill, knowledge, and ability.

/s/ Marianne Kusa-Ryll                 10/01/2021
Marianne Kusa-Ryll, RDR, CRR                Date
Official Court Reporter