IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | C.A. No.  1:19-cv-12551-FDS |

### NOTICE OF CHANGE OF ADDRESS

Pursuant to Rule 11(d) of the Massachusetts Rules of Civil Procedure, the undersigned attorney, counsel for Google LLC, Defendant, who was previously affiliated as a partner at Keker, Van Nest & Peters LLP, hereby provides notice of a change of his address and firm. The undersigned is no longer affiliated with Keker, Van Nest & Peters LLP. His appearance is hereby changed and should reflect his new affiliation as a partner at Paul Hastings LLP with an address at 101 California Street, Forty-Eighth Floor, San Francisco, CA 94111; an office telephone number of (415) 856-7000; and an email address of matthiaskamber@paulhastings.com. The docket should reflect this change of appearance.

Respectfully submitted,

Date: March 2, 2022

/s/ Matthias A. Kamber
Matthias A. Kamber (*pro hac vice*)
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
matthiaskamber@paulhastings.com

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                    */s/ Nathan R. Speed*
                                                    Nathan R. Speed