# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE

On June 10, 2021, the Court stayed this case through May 12, 2022, pending issuance of Final Written Decisions in the *Inter Partes* Reviews of the three patents-in-suit. *See* Dkt. No. 212. That date has now passed. Accordingly, the stay has expired. In addition, on May 11, 2022, the Patent Trial & Appeal Board ("PTAB") issued its Final Written Decisions. All asserted claims of U.S. Patent Nos. 8,407,273 and 9,218,156 were upheld by the PTAB. The two asserted claims of U.S. Patent No. 10,416,961 were found to be invalid by the PTAB.

In view of the foregoing, Singular respectfully requests that the Court set a date for a Status Conference to establish deadlines for the remainder of this case. Submitted herewith is Plaintiff's proposed Scheduling Order. Counsel for Defendant declined to provide any proposed dates.

Dated: May 16, 2022.                               Respectfully submitted,

                                                              */s/ Kevin Gannon*
                                                              Paul J. Hayes (BBO #227000)
                                                              phayes@princelobel.com
                                                              Matthew D. Vella (BBO #660171)
                                                              mvella@princelobel.com
                                                              Kevin Gannon (BBO #640931)
                                                              kgannon@princelobel.com
                                                              Daniel McGonagle (BBO #690084)
                                                              dmcgonagle@princelobel.com
                                                              **PRINCE LOBEL TYE LLP**
                                                              One International Place, Suite 3700
                                                              Boston, MA 02110
                                                              Tel: (617) 456-8000

                                                        ATTORNEYS FOR THE PLAINTIFF

## LOCAL RULE 7.1(a)(2) CERTIFICATION

     I hereby certify that counsel for Singular conferred with Defendant's counsel in a good-faith attempt to resolve or narrow the issue raised by this motion. Defendant's counsel indicated that they would oppose the motion.

                                                               */s/ Kevin Gannon*

## CERTIFICATE OF SERVICE

     I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                               */s/ Kevin Gannon*