UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**PROPOSED SCHEDULING ORDER**

| EVENT | PLANTIFF'S DATE | DEFENDANT'S DATE |
|---|---|---|
| Parties serve Opening Expert Reports | July 15, 2022 | |
| Parties serve Rebuttal Expert Reports | August 15, 2022 | |
| Close of Expert Discovery (including completion of expert depositions) | September 15, 2022 | |
| Deadline to file dispositive motions | October 12, 2022 | |
| HEARING re: Dispositive Motions | ~ November 2022 (determined by the Court) | |
| PRE-TRIAL CONFERENCE | ~December 2022 (determined by the Court) | |
| TRIAL | ~ January 2023 (determined by the Court) | |

4159728.v1