# EXHIBIT D



## AI is everywhere and in everything

Whether you want smartness residing in the palm of your hand, consumer products or industrial robots, or enabled by powerful servers in the cloud, we can help you achieve your vision. We enable the smartness in your products with our PowerVR Neural Network Accelerators (NNA) and GPUs. Our NC-SDK enables seamless deployment of AI acceleration on either our hardware IP either in isolation or combined. Our NNA provides maximum efficiency with a scalable architecture which enables a wide range of smart edge and end point devices from low performance IoT to high performance RoboTaxi.

**AI processors**

## Driving the AI revolution

PowerVR AI technology enables mobile, automotive and AIoT devices to run neural networks at speeds previously unthinkable for an edge device. This allows for real-time, in-system intelligence and 10-100x the inferencing performance of other embedded processors. Combined with PowerVR GPUs, this is the solution you don't have to wait for.

**Explore PowerVR NNA**

## Embedded intelligence at low power

For markets like security, autonomous systems and retail, we are enabling intelligence as close to the edge as possible – at low power and low cost with our AI cores. Engineered to accelerate specific neural network applications, PowerVR NNA deliver unmatched efficiency and performance.



### IMG Series4

IMG Series4 is a ground-breaking neural network accelerator (NNA) for the automotive industry to enable ADAS and autonomous driving. With its incredible high performance at ultra-low latency, architectural efficiency and safety features, it has what is needed for large-scale commercial implementation.

**Learn more**



### PowerVR Series3NX

PowerVR Series3NX is a fast, power-efficient embedded solution for hardware acceleration of neural networks. The Series3NX is a family of single scalable cores ranging from (<1mm2). Thanks to key architectural enhancements the Series3NX benefits from a 40% performance boost over the previous generation.

**Learn more**











5








7

The Series3NX integrates with the industry-leading security architectures with a flexible infrastructure that enables integration into custom solutions – allowing right holders to protect their content where required.

With an outstanding inference/mW, the Series3NX delivers neural network acceleration with low power consumption.



Putting the smart in smartphone

In mobile devices where a GPU is mandated, device manufacturers can pair a PowerVR Series9XE/XEP or 9XM/9XMP GPU with the Series3NX NNA in the same silicon footprint as a competing standalone GPU. Machine learning is now deployed in a wide variety of mobile applications, such as face recognition and verification, object recognition, image enhancement, style transfer and music tagging to name but a few. To support this, our Series3NX NNA cores deliver a paradigm shift in performance, while simultaneously reducing battery consumption over pure GPU solutions.



Security & surveillance

PowerVR Series3NX NNA cores enable a new class of smart camera that perform high-performance neural network-based analytics for a wide range of verticals such as commercial and home surveillance, retail analytics and drones. It supports classic use cases such as number/license plate recognition, person/object recognition, behaviour detection and perimeter defence.

Automotive (ADAS)

Convolutional neural networks (CNNs) are playing a crucial role in developing self-driving cars. The Series3NX NNAs will power advanced driver-assistance systems (ADAS) including driver alertness monitoring, driver gaze tracking, seat occupancy, road-sign detection, drivable path analysis, road user detection and driver recognition.

Augmented & Virtual reality

Neural network hardware acceleration will be critical to fulfil the potential of next-gen augmented and virtual reality use cases. Scene understanding will enhance augmented reality, while movement analysis, eye tracking and gesture recognition will provide context awareness in virtual reality to provide the best possible relative user experiences.

## PowerVR Series3NX cores

The PowerVR Series3NX builds on our experience creating the groundbreaking PowerVR Series2NX neural network accelerator. The Series3NX range of cores, created from a single scalable architecture, delivers high-performance, low-power neural network acceleration in the most area efficient way, to meet a wide range of customer needs.



PowerVR AX3146

The PowerVR AX3145 is suited for more cost-sensitive devices.

Learn more

PowerVR AX3386

With 4.0 TOPS in a smaller silicon area than its predecessor.

Learn more

PowerVR AX3596

The flagship of our new range of single-core designs.

Learn more

Download the PowerVR Series3NX overview

Find out how PowerVR GPU processors can boost

Email*

First name*

Last name*

Company name*

6/14/22, 9:56 AM                                FireShot Capture 044 - PowerVR Series3NX - Imagination - www.imaginationtech.com



chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html                                                                                                                3/3

9