# EXHIBIT E



**Technology**  **About**  **News**  **Contact**  **Careers**

**BLOG**

May 24th, 2018



# Securing High-performance RISC-V Processors from Time Speculation @ RISC-V Barcelona Workshop

Christopher Celio and Jose Renau, CPU Architects from Esperanto Technologies, discussed potential changes to future high-performance RISC-V processors intended to eliminate speculation-based timing attacks, such as Spectre and Meltdown. They presented a proposal for RISC-V cores which minimizes changes to the RISC-V ISA or platform specifications in order to provide security against timing-based attacks.

**Admission is free:**
Admission is free to qualified registrants. The conference is intended for chip designers, system designers, equipment vendors, OEM/ODMs, service providers, press, and the financial community. Esperanto is a Gold sponsor of the Linley Fall Processor Conference.

**SHARE THIS:**

  

---

**RELATED NEWS**



MAY 30, 2022

**IEEE MICRO: ACCELERATING ML RECOMMENDATION**



MAY 30, 2022

**STANFORD VIDEO: ACCELERATING ML RECOMMENDATION WITH OVER A THOUSAND RISC-V/TENSOR…**



MAY 30, 2022

**ITNEXT.IO: RISC-V IS ACTUALLY A GOOD DESIGN**

---

‹ PREV                                                                                                                                                            NEXT ›

Technology
About
News
Contact
Careers
Privacy Policy

6/15/22, 9:45 AM  ESPERANTO Captures $1 Billion Opportunity for High Performance RISC-V Processors from ML Acceleration to HPC

Case 1:19-cv-12551-FDS Document 385-5 Filed 06/15/22 Page 3 of 3

  

© Esperanto Technologies, Inc.
All trademarks or registered trademarks are the property of Esperanto Technologies or their respective holders.

© 2022 Esperanto Technologies. All rights reserved