**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SINGULAR COMPUTING LLC,

        Plaintiff,

v.

GOOGLE LLC,

        Defendant.

C.A. No. 1:19-cv-12551-FDS

Hon. F. Dennis Saylor IV

**GOOGLE LLC'S MOTION FOR LEAVE TO AMEND ITS**
**ANSWER AND AFFIRMATIVE DEFENSES TO**
**PLAINTIFF SINGULAR COMPUTING LLC'S AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendant Google LLC ("Google"), seeks leave of court to file its Second Amended Answer and Affirmative Defenses to Plaintiff Singular Computing LLC's Amended Complaint.

Based on the reasons set out in the accompanying memorandum in support of this motion, Google respectfully requests that the Court GRANT this motion.

Dated: June 24, 2022

/s/ Nathan R. Speed
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
myabarra@keker.com
Andrew Bruns (admitted *pro hac vice*)

abruns@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
matthiaskamber@paulhastings.com

*Counsel for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


Dated: June 24, 2022                                  */s/ Nathan R. Speed*_____
                                                                    Nathan R. Speed