# EXHIBIT 1

| | |
|---|---|
| **From:** | Deeva V. Shah |
| **Sent:** | Thursday, August 26, 2021 9:34 PM |
| **To:** | singular@princelobel.com |
| **Cc:** | kvp-singular; wgs-singularv.google@wolfgreenfield.com; abhansali@kblfirm.com; mkwun@kblfirm.com |
| **Subject:** | Singular v. Google | Draft Second Amended Answer |
| **Attachments:** | Singular v. Google - Second Amended Complaint (Draft).pdf |

Counsel:

Please find attached a draft Second Amended Answer to Singular's FAC, which additionally pleads an inequitable conduct defense.  Because the case is currently stayed, we do not intend to move to amend at this point in time.  Instead, Google sends this draft now to provide Singular notice of the proposed amendment and to alleviate any concerns of undue delay if the stay is lifted. We are available to meet and confer should you wish to do so.

Regards,
Deeva

**Deeva V. Shah**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
757 553 8301 direct (cell) | 415 391 5400 main
dshah@keker.com | vcard | keker.com

1