# EXHIBIT 3

| | |
|---|---|
| **From:** | Jay Gregory <jgregory@grsm.com> |
| **Sent:** | Monday, June 21, 2021 5:21 PM |
| **To:** | Deeva V. Shah |
| **Cc:** | Michelle Ybarra; kvp-singular; kgannon@princelobel.com |
| **Subject:** | RE: Singular v. Google | Subpoena to Blueshift IP, LLC |

**[EXTERNAL]**

Good Afternoon Deeva,

Thanks for your email. Mr. Plotkin and I are available for deposition on July 22 or 23.  Let me know which of these dates work best for you and for Singular.

Thanks

Jay

---

**JAY S. GREGORY** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER**®

21 Custom House Street, 5th Floor
Boston, MA 02110
D: 857-504-2021 | C: 857-366-1177 | jgregory@grsm.com

www.grsm.com
vCard

---

> **From:** Deeva V. Shah <dshah@keker.com>
> **Sent:** Friday, June 18, 2021 2:08 PM
> **To:** Jay Gregory <jgregory@grsm.com>
> **Cc:** mybarra@keker.com; kvpsingular@keker.com
> **Subject:** RE: Singular v. Google | Subpoena to Blueshift IP, LLC
>
> Jay,
>
> I hope you are doing well. As you may remember, I represent Google LLC in *Singular Computing LLC v. Google LLC*, Case No. 1:19-cv-12551-FDS, a lawsuit pending in the District of Massachusetts. We spoke in October about your representation of Blueshift IP, LLC, and Mr. Robert Plotkin. We are nearing the end of fact discovery (July 23rd) and would like to set a date for Mr. Plotkin's deposition. Could you please provide a date Mr. Plotkin is available the week of July 12 or 19? We will re-issue an updated deposition subpoena accordingly.
>
> Thanks,
> Deeva

Deeva Shah
757-553-8301

**From:** Jay Gregory <jgregory@grsm.com>
**Sent:** Monday, October 12, 2020 2:13 PM
**To:** Deeva V. Shah <DShah@keker.com>
**Cc:** Michelle Ybarra <MYbarra@keker.com>; kvp-singular <kvpsingular@keker.com>
**Subject:** RE: Singular v. Google | Subpoena to Blueshift IP, LLC

[EXTERNAL]

Thanks. Talk to you then.

Jay

JAY S. GREGORY  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

21 Custom House Street, 5th Floor
Boston, MA 02110
D: 857-504-2021  |  C: 857-366-1177  |  jgregory@grsm.com

www.grsm.com
vCard

**From:** Deeva V. Shah <dshah@keker.com>
**Sent:** Monday, October 12, 2020 4:30 PM
**To:** Jay Gregory <jgregory@grsm.com>
**Cc:** mybarra@keker.com; kvpsingular@keker.com
**Subject:** RE: Singular v. Google | Subpoena to Blueshift IP, LLC

Thanks, Jay. I've sent you a Zoom invite for 12 PM PST on Thursday.

Deeva Shah
757-553-8301

**From:** Jay Gregory <jgregory@grsm.com>
**Sent:** Monday, October 12, 2020 1:23 PM
**To:** Deeva V. Shah <DShah@keker.com>
**Cc:** Michelle Ybarra <MYbarra@keker.com>; kvp-singular <kvpsingular@keker.com>
**Subject:** RE: Singular v. Google | Subpoena to Blueshift IP, LLC

[EXTERNAL]

Good Afternoon Deeva,

Thanks for your email. This Thursday or Friday work best for me at 12:00 noon PST.

Jay

---

**JAY S. GREGORY** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

21 Custom House Street, 5th Floor
Boston, MA 02110
D: 857-504-2021 | C: 857-366-1177 | jgregory@grsm.com

www.grsm.com
vCard

---

**From:** Deeva V. Shah <dshah@keker.com>
**Sent:** Monday, October 12, 2020 2:25 PM
**To:** Jay Gregory <jgregory@grsm.com>
**Cc:** mybarra@keker.com; kvpsingular@keker.com
**Subject:** RE: Singular v. Google | Subpoena to Blueshift IP, LLC

Counsel:

I am following up on my email below. Please let me know when you are available to discuss the outstanding issues related to Google's subpoena to Blueshift IP, LLC.

Thanks,
Deeva

---

**Deeva V. Shah**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
757 553 8301 direct (cell) | 415 391 5400 main
dshah@keker.com | vcard | keker.com

---

**From:** Deeva V. Shah
**Sent:** Thursday, October 1, 2020 1:35 PM
**To:** jgregory@grsm.com
**Cc:** Michelle Ybarra <MYbarra@keker.com>; kvp-singular <kvpsingular@keker.com>
**Subject:** Singular v. Google | Subpoena to Blueshift IP, LLC

Good afternoon Mr. Gregory:

I am an attorney at the law firm Keker, Van Nest & Peters LLP, which represents Google LLC in *Singular Computing LLC v. Google LLC*, Case No. 1:19-cv-12551-FDS, a lawsuit pending in the U.S. District Court for the District of Massachusetts. I understand that you represent Blueshift IP, LLC,

3

and Mr. Robert Plotkin in connection with the attached subpoena. Please let me know when you are available for a call to discuss the outstanding issues with respect to the subpoena response.

Regards,
Deeva

**Deeva V. Shah**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
757 553 8301 direct (cell) | 415 391 5400 main
dshah@keker.com | [vcard](vcard) | keker.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com