# EXHIBIT 4

| | |
|---|---|
| **From:** | Gannon, Kevin <kgannon@princelobel.com> |
| **Sent:** | Friday, June 18, 2021 6:31 PM |
| **To:** | kvp-singular; Christopher S. Sun; Matthias Kamber |
| **Cc:** | singular@princelobel.com |
| **Subject:** | Re: Deposition of Joe Bates |

[EXTERNAL]

Counsel,

Dr. Bates is available for deposition on July 20 and July 23.  He will sit for four hours on each day starting at 9:30 am ET.

Thanks,
Kevin

Kevin Gannon



Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, Massachusetts 02110

617 456 8061 Direct
kgannon@princelobel.com

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

-----------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.