**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**UNOPPOSED MOTION TO IMPOUND/SEAL DESIGNATED MATERIAL**

Pursuant to Local Rule 7.2 and the Order entering the Protective Order in this case ("Protective Order"), ECF No. 87, Defendant Google LLC ("Google"), respectfully requests the Court to impound (seal) an un-redacted copy of (1) Google's Memorandum of Law in Support of Its Motion for Leave to Amend Its Answer (Dkt. 337) ("Memorandum of Law") and (2) Exhibit 2 attached to the Declaration of Andrews Bruns (Dkt. 338-2) ("Bruns Declaration"). Concurrently with its Motion for Leave to Amend its Answer, Google will file redacted public versions of its Memorandum of Law and Exhibit 2 to the Bruns Declaration.

Plaintiff Singular Computing LLC ("Singular") does not oppose this Motion to Impound/Seal.

The Protective Order allows a party to designate documents and deposition transcripts as "Confidential" after making a good-faith determination that the documents and/or deposition transcripts contain information that is "confidential, proprietary, and/or commercially sensitive information." Protective Order ¶¶ 6-7. The Order further requires that a party intending to make court filings referring to "Confidential" information bring a motion to impound. *Id.* ¶ 14.

Google's Memorandum of Law and Exhibit 2 to the Bruns Declaration contain quotes from and descriptions of documents and/or deposition transcripts that Singular has designated as confidential.

Submission of the above-identified confidential version of the Memorandum of Law and Exhibit 2 to the Bruns Declaration is necessary to permit the Court to fully evaluate the issues raised in Google's Motion for Leave to Amend Its Answer. Google therefore brings this Motion to Impound to impound the confidential and unredacted versions of the above-identified documents.

For the foregoing reasons, Google respectfully requests that the Court permit it to file the above-identified documents under seal because Singular has taken the position that the documents and deposition testimony quoted or referenced in those documents contains Singular's confidential business information. Google further requests that the documents remain impounded until further order by the Court, and that upon expiration of the impoundment that the documents be returned to Google's counsel.

Dated: June 24, 2022

/s/ Nathan R. Speed
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
myabarra@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Anna Porto (admitted *pro hac vice*)

aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
PAUL HASTINGS, LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111
matthiaskamber@paulhastings.com

*Counsel for Defendant Google LLC*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

    I, Nathan R. Speed, counsel for Defendant Google LLC, hereby certify that counsel for Google conferred with counsel for Singular on June 23, 2022, and counsel for Singular indicated they do not oppose the relief sought in this motion.

Date: June 24, 2022

*/s/ Nathan R. Speed*
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

**CERTIFICATE OF SERVICE**

    I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: June 24, 2022

*/s/ Nathan R. Speed*
Nathan R. Speed