# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO ENFORCE PROTECTIVE ORDER PROVISION
REGARDING DISCLOSURE OF PARTY CONFIDENTIAL MATERIAL
<u>TO THIRD-PARTY EXPERT</u>**

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff in this action, Singular Computing LLC ("Singular").

2. Attached hereto as Exhibit A is a true and correct copy of Exhibit A to the Protective Order in this case signed by Professor Jose Renau.

3. Attached hereto as Exhibit B is a true and correct copy of a Press Release titled "Imagination supports Google Android GPU Inspector" that was downloaded from www.imaginationtech.com on or around June 21, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Securities and Exchange Commission Form 10-K filed by Google LLC's parent company (Alphabet Inc.) for the year ended December 31, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of a table titled "Top Competitors of Imagination Technologies" downloaded from www.zoominfo.com on or around June 22, 2022.

4219663.v1

6.	Attached hereto as Exhibit E is a true and correct copy of a table titled "Top Competitors of Esperanto Technologies" downloaded from www.zoominfo.com on or around June 22, 2022.

7.	Attached hereto as Exhibit F is a true and correct copy of an announcement dated August 24, 2021 downloaded from www.imaginationtech.com/news/ on or around June 22, 2022.

8.	Attached hereto as Exhibit G is a true and correct copy of an "Esperanto Technologies Overview" downloaded from www.glassdoor.com on or around June 22, 2022.

Executed at Boston, Massachusetts on June 29, 2022.

*/s/ Kevin Gannon*