# EXHIBIT A

**EXHIBIT A**

I, __Jose Renau Ardevol__, acknowledge and declare that I have received a copy of the Protective Order ("Order") in *Singular Computing LLC v. Google LLC*, United States District Court, District of Massachusetts, Civil Action No. 1:19-cv-12551-FDS. Having read and understood the terms of the Order, I agree to be bound by the terms of the Order and consent to the jurisdiction of said Court for the purpose of any proceeding to enforce the terms of the Order.

Name of individual: __Jose Renau Ardevol__

Present occupation/job description: __Professor at UC Santa Cruz, consultant throught UNCORE LLC for Esperanto Tech and futurewei__

Name of Company or Firm: _____

Address: __533 Arroyo Seco, Santa Cruz, CA 95060__

Dated: __6/27/2022__

_/s/ Renau_