# EXHIBIT B

30 April 2020

# Imagination supports Google Android GPU Inspector

Google improves the developer experience by launching a single Android graphics tool

London, England; 30th April 2020 – Imagination Technologies announces that it is supporting Google Android Graphics Processing Unit (GPU) Inspector to help developers profile and debug graphics on Android, regardless of the device, using a single tool.

Google Android GPU Inspector is an open-source graphics profiling tool that supports a variety of GPUs. Imagination has been working closely with Google to implement the necessary features in its graphics driver stack to support performance profiling on PowerVR devices.

Imagination's producer service is shipped as part of the Android graphics driver and provides on request the necessary profiling metrics. Developers using Google Android GPU Inspector will benefit from detailed GPU timing and counter data, facilitating easier analysis of complex GPU workloads on PowerVR GPUs.

Jay Kong, Product Manager, Google, says, "With Android GPU Inspector, developers can easily optimize graphics applications without the need to install custom tools. We'd like to thank the Imagination team for their support and enthusiasm for the Android GPU Inspector."

Imagination fully supports Android's updateable driver model and is looking forward to enabling this together with semiconductor and OEM partners to provide end users with the best possible gaming experience on PowerVR enabled devices

Mark Butler, Vice President of Software Engineering PowerVR, Imagination Technologies, says; "The Android GPU Inspector will really enhance the developer experience by providing them with a single tool to easily access the profile and debugging data they need from an

Android device. This in turn means that users with devices that include our GPUs will have a better experience, particularly gamers."



## Public Relations Contact

If you have any enquiries regarding any of our news or press releases, please contact:

United Kingdom
david.harold@imgtec.com
Tel: +44 (0)1923 260511

cosmin.balan@imgtec.com
Tel: +44 (0)1923 260511

## Search by Topic

Search for News by Topic

- Select a Topic -

## You may be interested in...

PRESS RELEASE    21 June 2022

Imagination launches IMG RTXM-2200 – its first real-time embedded RISC-V CPU

Read more

PRESS RELEASE    16 June 2022

Imagination GPU获得HORIBA MIRA Certification Limited颁发的ADAS和HMI应用功能安全认证

Read more

PRESS RELEASE    14 June 2022

Imagination GPU approved by HORIBA MIRA Certification Limited for functionally safe ADAS and HMI applications

Read more

Get regular insights

Sign up to receive the latest news and product updates from Imagination straight to your inbox.

Subscribe

| Products | Developers |
|---|---|
| GPU | Developers |
| CPU | PowerVR SDK and Tools |
| AI | Developer Downloads |
| Ethernet | Developer Documentation |
| Ray Tracing | Developer Support |
| Open Access | Developer Forums |
| Design Optimisation Kit | |
| Product Finder | |

| About Imagination | Applications |
|---|---|
| About Us | Automotive |
| Why Work With Us | Consumer |
| Career Opportunities | Desktop |

Imagining a Sustainable Future

Imagination Leadership

Contact Imagination

Mobile

### News & Insights

News

Resources

Blog

Events & Webinars

The Future of Automotive

University Programme

### Our Policies

Privacy Policy

Use of Cookies

Terms of Use

Trademarks

Quality Policy

Modern Slavery Act

### Stay Connected

Sign up to receive the latest news and product updates from Imagination straight to your inbox.

Subscribe

© 2022

Imagination Technologies