# EXHIBIT F

London, UK; 24 August 2021 – Imagination Technologies today announces initial unaudited results for the first half of 2021 (H1/2021), where overall revenues increased by 55% to $76m (H1/2020: $49m).