# EXHIBIT G



# Esperanto Technologies

| Overview | 6 Reviews | -- Jobs | 3 Salaries | -- Interviews | -- Benefits | -- Photos |

## Esperanto Technologies Overview

Work Here? Claim your Free Employer Profile

| | | | |
|---|---|---|---|
| **Website:** | www.esperanto.ai | **Headquarters:** | Mountain View, CA |
| **Size:** | 51 to 200 Employees | **Founded:** | 2014 |
| **Type:** | Company - Public | **Revenue:** | $5 to $10 million (USD) |