UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## DECLARATION OF JOSE RENAU

I, Jose Renau, hereby declare as follows:

1.      I am currently employed as a Professor at the University of California, Santa Cruz ("UCSC") where I teach computer science and engineering to undergraduate and graduate students. I have been a tenure track Professor at UCSC since 2004.

2.      I have been asked by the law firm Prince Lobel Tye LLP, attorneys for Singular Computing LLC ("Singular"), to provide expert witness services on behalf of Singular in this case.

2.      I have provided expert consulting services to Esperanto Technologies Inc. I have never been an employee of Esperanto Technologies Inc.

3.      I have an active consulting contract with Futurewei. However, the consulting concerns open-source EDA tools and it is not relevant to the technology involved in this case.

2

4.       I have previously provided expert consulting services to Alibaba, Imagination Technologies ("Imagination"), and Huawei.  Those services have terminated.  I do not anticipate providing any such services in the future.

Signed under the pains and penalties of perjury of the United States at \_\_\_\_\_Tuesday_____ on June 28, 2022.

/s/ _Renau_