IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS <br><br> Hon. F. Dennis Saylor IV |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO
<u>ENFORCE PROTECTIVE ORDER</u>**

Defendant Google LLC ("Google") files this Unopposed Motion for Extension of Time to File Its Reply in Support of Its Motion to Enforce the Protective Order. If granted, the deadline for Google to file its response will be moved to July 11, 2022.

Google filed a Motion to Enforce the Protective Order on June 15, 2022 (Dkt. No. 334), and Singular filed its opposition to that motion on June 29, 2022 (Dkt. No. 340). Google plans to file a reply in support of its motion, and requests a short extension of the due date for doing so given the Fourth of July holiday. Google requests that the deadline for filing its reply be extended from Wednesday July 6, 2022 to Monday July 11, 2022.

WHEREFORE, Google respectfully requests that the Court grant Google's unopposed motion to extend Google's time to file its reply in support of its motion to enforce the protective order to July 11, 2022.

Respectfully submitted,

Dated: July 5, 2022     By:     */s/ Nathan R. Speed*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
mybarra@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California St., Ste. 48th floor
San Francisco, CA 94111
Telephone: (415) 856-7000

*Counsel for Defendant Google LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that, on July 4, 2022, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that Plaintiff does not oppose this motion.

                                                                */s/ Nathan R. Speed*
                                                                Nathan R. Speed

**CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                */s/ Nathan R. Speed*
                Nathan R. Speed