# EXHIBIT E

≡ Google Scholar



**Pavle Belanovic**

Senior Engineer, Swisscom
Verified email at swisscom.com

wireless communications   big data   distributed systems   wireless sensor networks   FPGA

 FOLLOW

| TITLE | CITED BY | YEAR |
|---|---|---|
| Library of parameterized hardware modules for floating-point arithmetic with an example application<br>P Belanovic<br>MA Sc. thesis, Elect. Comp. Eng. Dept., Northeastern Univ., Boston, MA | 37 | 2002 |