# EXHIBIT F

≡  Google Scholar

**JN Coleman**

Newcastle University
Verified email at ncl.ac.uk

Computer Arithmetic and Ar ..

 FOLLOW

| TITLE | QUOTED BY | YEAR |
|---|---|---|
| The European logarithmic microprocessor<br>JN Coleman, CI Softley, J Kadlec, R Matousek, M Tichy, Z Pohl, ..<br>Computers, IEEE Transactions on 57(4), 532-546 | 65 | 2008 |