**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | ORAL ARGUMENT REQUESTED |
| Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT**
**INFRINGEMENT CONTENTIONS TO CITE ACCUSED SOURCE CODE**

Plaintiff, Singular Computing LLC ("Singular"), hereby moves for leave to supplement its infringement contentions solely to cite source code used in the accused devices. The inspection (by Singular) and production by (Google LLC) of the code was recently completed in July, 2022. A supporting memorandum of law and Declaration of Kevin Gannon are being filed concurrently herewith. For the reasons set forth therein, Singular requests that this motion be granted.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Singular requests the Court to entertain oral argument on this motion, as Singular believes such will assist the Court in resolving the motion.

Dated: August 11, 2022                                   Respectfully submitted,

/s/ Paul J. Hayes
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Brian Seeve (BBO#670455)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: bseeve@princelobel.com
ATTORNEYS FOR THE PLAINTIFF

LOCAL RULE 7.1 CERTIFICATION

I, Kevin Gannon, counsel for Singular Computing LLC, hereby certify that I conferred with counsel for Google LLC on August 11, 2022, and counsel for Google indicated they are opposed to the relief sought in this motion.

/s/ Kevin Gannon

CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Paul J. Hayes

2