UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS TO CITE ACCUSED SOURCE CODE

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration is support of Singular's motion for leave to supplement its infringement contentions to add citations to the accused source code.

2. Counsel for Singular and Singular's experts conducted reviews of parts of the source code used in the accused devices on December 21-22, 2020, July 8-9, 20-21, August 31 and September 1, 2021, and July 8 and July 11, 2022. Counsel for Singular most recently collected source code from counsel for Google LLC ("Google") on July 19, 2022.

3. Attached hereto as Exhibit A is a true and correct copy of a letter from Brian Seeve to counsel for defendant, Google, dated July 22, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of a letter from Thomas R. Fulford to counsel for Google dated July 23, 2021.

5. Attached hereto as Exhibit C is a true and correct copy of an exchange of emails between counsel for Singular and counsel for Google on September 1 and September 8, 2021.

6. Attached hereto as Exhibit D is a true and correct copy of an email from Brian Seeve to counsel for Google dated May 31, 2022.

7. Attached hereto as Exhibit E is a true and correct copy of an email from Anant Saraswat to counsel for Singular dated June 3, 2022.

8. Attached hereto as Exhibit F is a true and correct copy of an email from Anant Saraswat to counsel for Singular dated June 16, 2022.

9. Attached hereto as Exhibit G is a true and correct copy of a PLAINTIFF'S PRELIMINARY PATENT-RELATED DISCLOSURES that was served on counsel for Google on September 4, 2020.

10. Attached hereto as Exhibit H is a true and correct copy of Exhibit A to PLAINTIFF'S PRELIMINARY PATENT-RELATED DISCLOSURES that was served on counsel for Google on September 4, 2020.

11. Attached hereto as Exhibit I is a true and correct copy of Exhibit B to PLAINTIFF'S PRELIMINARY PATENT-RELATED DISCLOSURES that was served on counsel for Google on September 4, 2020.

12. Attached hereto as Exhibit J is a true and correct copy of an email from Brian Seeve to counsel for Google dated July 11, 2022.

13. Attached hereto as Exhibit K is a true and correct copy of an exchange of emails between counsel for Singular and counsel for Google on July 18, 2022.

14. Attached hereto as Exhibit L is a true and correct copy of an excerpt from the transcript of a June 30, 2021 motion hearing in this case.

15. Attached hereto as Exhibit M is a true and correct copy of Singular's supplemental claim chart for the '156 patent.

16. Attached hereto as Exhibit N is a true and correct copy of Singular's supplemental claim chart for the '273 patent.

Executed at Boston, Massachusetts on August 11, 2022.

/s/ Kevin Gannon