# EXHIBIT E

## Gannon, Kevin

| | |
|---|---|
| From: | Anant.Saraswat@WolfGreenfield.com |
| Sent: | Friday, June 3, 2022 4:19 PM |
| To: | Seeve, Brian; Singular |
| Cc: | kvpsingular@keker.com; WGS-Singularv.Google@WolfGreenfield.com; mkwun@kblfirm.com; Asim Bhansali; mkamber@paulhastings.com |
| Subject: | RE: Printing of Source Code |

Counsel,

Although the stay has been lifted, Judge Saylor has not reopened fact discovery, nor has he set any expert discovery deadlines. Thus, as we explained back in September, we fail to see any reason for Singular to request printing of such a large volume of source code (670 pages, including five files over 25 pages) other than to review it on paper in the first instance, which is an improper use of source code printouts under the Protective Order. *See* ECF No. 87 at 17. Once Judge Saylor sets an expert discovery schedule, we are prepared to discuss mutually agreeable arrangements for each party to make its source code available to the other side's experts for expert discovery purposes.

Regards,



**Anant Saraswat | Counsel**
Pronouns: he/him/his
Anant.Saraswat@WolfGreenfield.com
617.646.8187 | fax 617.646.8646

**Wolf, Greenfield & Sacks, P.C.**
600 Atlantic Avenue | Boston, MA 02210
605 Third Avenue | New York, NY 10158
http://www.wolfgreenfield.com/ |

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*