# EXHIBIT F

Gannon, Kevin

| | |
|---|---|
| **From:** | Anant.Saraswat@WolfGreenfield.com |
| **Sent:** | Thursday, June 16, 2022 9:15 AM |
| **To:** | Seeve, Brian; Singular |
| **Cc:** | kvpsingular@keker.com; WGS-Singularv.Google@WolfGreenfield.com; mkwun@kblfirm.com; Asim Bhansali; Kamber, Matthias A. |
| **Subject:** | RE: Printing of Source Code |

Counsel,

We write to follow up regarding your May 31, 2022 email requesting source code printouts and regarding the parties' subsequent meet-and-confer on this topic. While Google does not agree that the volume of printouts requested is appropriate, even after Singular's pared-back request during our meet and confer, Google agrees to provide printouts of the source code files per that request, *i.e.*, those from your list that do not exceed the 25-page limit for individual source code files in the Protective Order. Should Singular request additional printouts after Dr. Khatri reviews Google's source code computer, Google reserves the right to object to any printing requests that would exceed either the per-file or total page limits in the Protective Order. Google does not agree that Singular is entitled to exceed the limits in the Protective Order simply because Singular believes that certain files relate to Singular's infringement theories; instead, Google will consider any request to exceed the Protective Order's limits on a case-by-case basis.

We are working on preparing the printouts of the agreed-upon files and will let you know when they are ready.

Regards,



**Anant Saraswat | Counsel**
Pronouns: he/him/his
Anant.Saraswat@WolfGreenfield.com
617.646.8187 | fax 617.646.8646

**Wolf, Greenfield & Sacks, P.C.**
600 Atlantic Avenue | Boston, MA 02210
605 Third Avenue | New York, NY 10158
http://www.wolfgreenfield.com/ |

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*