# EXHIBIT C

# Gannon, Kevin

| | |
|---|---|
| **From:** | Anant.Saraswat@WolfGreenfield.com |
| **Sent:** | Wednesday, September 8, 2021 9:29 AM |
| **To:** | Seeve, Brian; Singular |
| **Cc:** | kvpsingular@keker.com; WGS-Singularv.Google@WolfGreenfield.com; mkwun@kblfirm.com; Asim Bhansali |
| **Subject:** | RE: Printing of Source Code |

Counsel,

Given that the case is now stayed following the August 27, 2021 status conference with Judge Saylor, Singular's request for printing of source code at this time is premature. Google will reconsider Singular's request at the appropriate time if and when the case resumes. At this point, however, as there are no pending expert discovery deadlines and no remaining depositions of Google witnesses, we fail to see any reason for Singular to request such a large number of files other than to review them on paper in the first instance, which is an improper use of source code printouts under the Protective Order. *See* ECF No. 87 at 17. Furthermore, our initial review indicates that Singular's request exceeds the limits in the Protective Order (*see id.*) because it amounts to over 500 aggregate pages of source code and includes a number of files that are more than 25 consecutive pages long. Thus, in the event the stay is lifted and Singular renews its request for code, we expect that Singular will make a request at that time that complies with the Protective Order's terms.

Regards,



**Anant Saraswat** | Associate
Pronouns: he/him/his
Anant.Saraswat@WolfGreenfield.com
617.646.8187 | fax 617.646.8646

**Wolf, Greenfield & Sacks, P.C.**
600 Atlantic Avenue | Boston, MA 02210
605 Third Avenue | New York, NY 10158
http://www.wolfgreenfield.com/ | in y

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

---

**From:** Seeve, Brian <bseeve@princelobel.com>
**Sent:** Wednesday, September 8, 2021 9:02 AM
**To:** Saraswat, Anant K. <Anant.Saraswat@WolfGreenfield.com>; Singular <Singular@princelobel.com>
**Cc:** kvpsingular@keker.com; WGS-Singular v. Google <WGS-Singularv.Google@WolfGreenfield.com>; mkwun@kblfirm.com; Asim Bhansali <abhansali@kblfirm.com>
**Subject:** Re: Printing of Source Code

Counsel –

Please let me know when the printouts of the below source code will be ready today.

Best,

- Brian

From: Brian Seeve <bseeve@princelobel.com>
Date: Wednesday, September 1, 2021 at 8:48 PM
To: "Anant.Saraswat@WolfGreenfield.com" <Anant.Saraswat@WolfGreenfield.com>, Singular <Singular@princelobel.com>
Cc: "kvpsingular@keker.com" <kvpsingular@keker.com>, "WGS-Singularv.Google@WolfGreenfield.com" <WGS-Singularv.Google@WolfGreenfield.com>, "mkwun@kblfirm.com" <mkwun@kblfirm.com>, Asim Bhansali <abhansali@kblfirm.com>
Subject: Printing of Source Code

Counsel,

Pursuant to Section 10(a)(v) of the Protective Order, Singular requests that Google print the files identified below that are on the Google source code computer at the Boston offices of Wolf, Greenfield & Sacks. Singular requests that these files be printed using Notepad++ in order to display line numbers. We also request that the printouts be made in color in order to show the color-coding applied by Notepad++:



2



Please confirm that Google will provide Singular with printouts of the above files by Tuesday, September 7th.

Best,

- Brian

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.