# EXHIBIT J

From: Seeve, Brian <bseeve@princelobel.com>
Sent: Monday, July 11, 2022 2:49 PM
To: Saraswat, Anant K. <Anant.Saraswat@WolfGreenfield.com>; Speed, Nathan R. <Nathan.Speed@WolfGreenfield.com>; WGS-Singular v. Google <WGS-Singularv.Google@WolfGreenfield.com>; Vella, Matthew D. <mvella@princelobel.com>; Gannon, Kevin <kgannon@princelobel.com>; McGonagle, Dan <DMcGonagle@princelobel.com>
Subject: Re: Availability of Source Code on July 8th and July 11th

Hello Anant –

Singular requests printouts of the following source code files:



3


Based on Google's representations earlier in the litigation, Singular believes that this amended request addresses all objections Google has raised to Singular's previous requests for source code printouts.

Singular further reserves the right to request additional source code as needed in preparation for expert reports, briefs, depositions, and other eventualities contemplated by the Protective Order in this case.