# EXHIBIT K

## Gannon, Kevin

| | |
|---|---|
| From: | Seeve, Brian |
| Sent: | Monday, July 18, 2022 8:04 PM |
| To: | Anant.Saraswat@WolfGreenfield.com; Nathan R. Speed; WGS-Singularv.Google@WolfGreenfield.com; Vella, Matthew D.; Gannon, Kevin; McGonagle, Dan; kvpsingular@keker.com; Asim Bhansali; mkwun@kblfirm.com; Kamber, Matthias A. |
| Cc: | Ruderman, Alyssa |
| Subject: | Re: Availability of Source Code on July 8th and July 11th |

Thanks Anant –

Alyssa Ruderman (CCed on this email) is going to pick up the printouts tomorrow at 11AM.

Best,

- Brian

**From:** "Anant.Saraswat@WolfGreenfield.com" <Anant.Saraswat@WolfGreenfield.com>
**Date:** Monday, July 18, 2022 at 11:02 AM
**To:** Brian Seeve <bseeve@princelobel.com>, "Nathan R. Speed" <Nathan.Speed@WolfGreenfield.com>, "WGS-Singularv.Google@WolfGreenfield.com" <WGS-Singularv.Google@WolfGreenfield.com>, "Vella, Matthew D." <mvella@princelobel.com>, "Gannon, Kevin" <kgannon@princelobel.com>, "McGonagle, Dan" <DMcGonagle@princelobel.com>, "kvpsingular@keker.com" <kvpsingular@keker.com>, Asim Bhansali <abhansali@kblfirm.com>, "mkwun@kblfirm.com" <mkwun@kblfirm.com>, "Kamber, Matthias A." <matthiaskamber@paulhastings.com>
**Subject:** RE: Availability of Source Code on July 8th and July 11th

Hello Brian,

Following up on my email below, the source code printouts are ready to be picked up. Please let us know who will be picking up the printouts and what time they'll be arriving so that we can arrange to have someone meet that person, and please make sure that person has their photo ID with them.

Also, two of the source code files you mentioned in your list appear to have been missing part of the file path. We identified the missing part of the path for both files (the "logic" folder), as shown below, and printed those files.



**Anant Saraswat | Counsel**
Pronouns: he/him/his
Anant.Saraswat@WolfGreenfield.com
617.646.8187 | fax 617.646.8646

**Wolf, Greenfield & Sacks, P.C.**
600 Atlantic Avenue | Boston, MA 02210
605 Third Avenue | New York, NY 10158
http://www.wolfgreenfield.com/ |

1