# Exhibit 13

# UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE PATENT TRIAL AND APPEAL BOARD

GOOGLE LLC,
Patent Owner,

v.

SINGULAR COMPUTING LLC,
Patent Owner.

Patent No. 8,407,273
Filing Date: February 17, 2012
Issue Date: March 26, 2013

Inventor: Joseph Bates
Title: PROCESSING WITH COMPACT ARITHMETIC
PROCESSING ELEMENT

## PATENT OWNER'S NOTICE OF APPEAL

## Case No. IPR2021-00179

IPR2021-00179
U.S. Patent No. 8,407,273

Pursuant to 35 U.S.C. §§ 141, 142, and 319 and 37 C.F.R. §§ 90.2 and 90.3, Patent Owner Singular Computing LLC ("Singular" or "Patent Owner") hereby provides notice that it appeals to the United States Court of Appeals for the Federal Circuit from the Final Written Decision entered May 11, 2022 (Paper 57) and from all underlying orders, decisions, rulings, and opinions regarding U.S. Patent No. 8,407,273 (the "'273 patent") in Case No. IPR2021-00179. This notice is timely under 37 C.F.R. § 90.3 and Fed. R. App. P. 4(a)(3) having been filed within 63 days after the date of the Final Written Decision. For the limited purpose of providing the Director with the information requested in 37 C.F.R. § 90.2(a)(3)(ii), Patent Owner anticipates that the issues on appeal may include, but are not limited to: the Board's claim constructions or determinations not to construe terms; its application of those constructions; any implied claim constructions; its obviousness determinations including that claims 1-2, 21-24, 26, 28, and 32-33 of the '273 patent are unpatentable under 35 U.S.C. § 103; any findings related to secondary considerations of non-obviousness; the findings, rulings and conclusions supporting or relating to those determinations; its order dismissing Patent Owner's Motion to Exclude; and any other issues decided adversely to Patent Owner in any orders, decisions, rulings, or opinions in IPR2021-00179.

Simultaneous with this submission, three (3) copies of this Notice of Appeal are being filed with the Clerk of the United States Court of Appeals for the Federal

1

IPR2021-00179
U.S. Patent No. 8,407,273

Circuit and are being submitted electronically through the Court's CM/ECF system, together with the requisite fee in the amount of $500.00. In addition, a copy of this Notice of Appeal is being filed with the Patent Trial and Appeal Board and served upon counsel of record for Google LLC.

Respectfully submitted,

Dated:  July 12, 2022         /Peter Lambrianakos                      /
Peter Lambrianakos (Reg. No. 58,279)
Lead Counsel for Patent Owner
Vincent J. Rubino, III (Reg. No. 68,594)
Back-up Counsel for Patent Owner
Enrique W. Iturralde (Reg. No. 72,883)
Back-up Counsel for Patent Owner
Richard Cowell (Reg. No. 79,143)
Back-up Counsel for Patent Owner
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: 212-257-5797
Facsimile: 212-257-5796
Email: plambrianakos@fabricantllp.com
Email: vrubino@fabricantllp.com
Email: eiturralde@fabricantllpp.com
Email: rcowell@fabricantllp.com

IPR2021-00179
U.S. Patent No. 8,407,273

# **CERTIFICATE OF SERVICE**

A copy of Patent Owner's Notice of Appeal is being served via email on Petitioners' attorneys of record on the 12th day of July, 2022, the same day as the filing of the above-identified document in the United States Patent and Trademark Office/Patent Trial and Appeal Board, by serving Petitioners' correspondence address of record with the USPTO as follows:

> Elisabeth H. Hunt
> Email: EHunt-PTAB@WolfGreenfield.com
> Richard F. Giunta
> Email: RGiunta-PTAB@WolfGreenfield.com
> Anant K. Saraswat
> Email: ASaraswat-PTAB@WolfGreenfield.com
> Nathan R. Speed
> Email: Nathan.Speed@WolfGreenfield.com
> Gregory F. Corbett
> Email: Gregory.Corbett@WolfGreenfield.com
> **WOLF, GREENFIELD & SACKS, P.C.**
> 600 Atlantic Avenue
> Boston, Massachusetts 02210
>
> *Attorneys for Google LLC*

Dated:  July 12, 2022

By:  /*Peter Lambrianakos*            /
Peter Lambrianakos (Reg. No. 58,279)
Lead Counsel for Patent Owner
FABRICANT LLP
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: 212-257-5797
Facsimile: 212-257-5796

IPR2021-00179
U.S. Patent No. 8,407,273

Email: plambrianakos@fabricantllp.com