# Exhibit 24

```
                                                                Page 1

 1           UNITED STATES PATENT AND TRADEMARK OFFICE

 2                    _____

 3           BEFORE THE PATENT TRIAL AND APPEAL BOARD

                      _____
 4

                           GOOGLE LLC,
 5                         Petitioner,

 6                             V.

 7                   SINGULAR COMPUTING LLC,
                         Patent Owner
 8

                      _____
 9

         Case No. IPR2021-00155/Patent No. 10,416,961
10       Case No. IPR2021-00165/Patent No. 9,218,156
         Case No. IPR2021-00179/Patent No. 8,407,273
11

12

         *********************************************
13         REMOTE VIDEOTAPED / REALTIMED DEPOSITION OF
14                   SUNIL P. KHATRI, Ph.D.
15                     OCTOBER 21, 2021
16       *********************************************
17

18

19

20

21

22

23

24

25       Job No. CS4838992
```

Google Exhibit 1072
Google v. Singular
IPR2021-00155

1  need to refer to it.  I think we're having a
2  little trouble picking up your audio, if
3  you're not sort of pointing your face at the
4  microphone.
5       A.    Oh, you know what?  Is it
6  better now?  I had the flap of the binder was
7  on the microphone, maybe.
8       Q.    Oh, okay.
9       A.    Better now?
10      Q.    Yes.
11            So I would like to look in your
12 declaration on Page 19 at Paragraph 55.
13      A.    Yeah.
14      Q.    Could you actually just read
15 Paragraph 55 of your declaration to yourself
16 and let me know when you're finished.
17      A.    Okay.
18            (Reviewing.)
19            Yes, I'm done.
20      Q.    All right.  So in Paragraph 55
21 of your declaration on the '961 patent, you
22 discuss a digit-serial multiplication circuit
23 that Tong teaches.  Correct?
24            MR. COWELL:  Objection to form.
25      A.    Yes.  Did you hear me?  I guess

1      there is nothing changed since the morning.
2      The audio and everything is exactly the same
3      as before.  I'm -- let me move the computer a
4      little bit and see if that helps.
5           Q.   (By Ms. Hunt)  I think it's
6      better when your face is facing the camera
7      than when -- than when your face turns the
8      other way.
9           A.   Okay.  Let me see if I can move
10     like this.  I will move the binder like right
11     here so it's in the line of my camera
12     (indicating).  Okay.
13          Q.   So I don't think the court
14     reporter caught your answer.
15               But the question was just:  In
16     Paragraph 55 of your declaration, you discuss
17     a digit-serial multiplication circuit that
18     Tong teaches.  Correct?
19               MR. COWELL:  Objection to form.
20          A.   In Paragraph 55, I talk about,
21     you know, Tong teaching this digit-serial
22     multiplication circuit in the paper.
23          Q.   And is Tong's digit-serial
24     multiplication circuit an LPHDR execution
25     unit?

1                    MR. COWELL:  Objection to form.
2           A.     So, you know, Tong's
3     digit-serial multiplication unit actually
4     performs multiplication at various
5     precisions.
6                    You know, it can perform 24 bit
7     multiplication and it can perform
8     multiplication at different bit widths.
9                    So it's one single circuit that
10    can perform multiple -- multiple bit widths
11    of multiplication, and therefore it is not an
12    LPHDR unit.
13          Q.     (By Ms. Hunt)  Did you say that
14    because Tong's digit-serial multiplication
15    circuit can perform multiplication at various
16    precisions, it's not an LPHDR unit?
17          A.     Yes.
18                   MR. COWELL:  Objection to form.
19          A.     I mean, to answer that
20    question, I would look at my definition of
21    LPHDR units.
22                   And, you know, we've talked
23    about my -- the definition, which is
24    basically what a person of ordinary skill in
25    the art would understand the LPHDR unit to

1    mean.
2              And if we applied that test,
3    you know, Tong would fail that test.
4         Q.   (By Ms. Hunt)  And you're
5    saying Tong would fail that test because
6    there is more than one precision at which
7    Tong's digit-serial multiplication circuit
8    can operate?
9              MR. COWELL:  Objection to form.
10        A.   Tong fails the test for
11   multiple reasons.  We can apply that test,
12   you know, based on my -- on a construction of
13   person of ordinary skill in the art would
14   have for an LPHDR unit.
15        Q.   (By Ms. Hunt)  So what are the
16   multiple reasons that it fails?
17        A.   So let me go back to the -- to
18   the test of the LPHDR, that construction for
19   the LPHDR unit.
20             I'm trying to find that
21   location.  Can you help me find the
22   paragraph?
23        Q.   I think it's Paragraph 59.
24        A.   So in Paragraph 59, you know,
25   the LPHDR, the low precision high dynamic

1  range, execution unit would be defined as an
2  execution unit that executes arithmetic
3  operations only at low precision and with
4  high dynamic range, wherein low precision and
5  high dynamic range are defined according to
6  the numerical requirements below.
7         Now, the Tong digit-serial
8  multiplication unit, if I go back to the
9  reference of Tong -- I think it's on
10 Page 280.  Let me see.
11        So it performs -- you know,
12 first of all, it performs -- it can
13 perform -- let's see.  Let me find the
14 right -- there we go.
15        If you look at Page 280 towards
16 the bottom of the left-side column, it says
17 that the 24-by-8 bit architecture allows us
18 to perform 8, 16, and 24 bit multiplication
19 bypassing the data once, twice, or thrice
20 through the multiplier.
21        So essentially it's
22 basically -- you know, it's just like
23 variable precision multiplier that is taught
24 by Tong in that it can perform three
25 different precisions of multiplication.

1           Q.    Are any of those precisions a
2     precision multiplication?
3                 MR. COWELL:  Objection to form.
4           A.    So, you know, these precisions
5     aren't -- they are 24 bit, and therefore
6     basically that's -- you know, that's much
7     more than the 8 bit precision or 16 bit, but
8     it can go all the way up to 24 bits of
9     precision.
10          Q.    (By Ms. Hunt)  But to do that,
11    it has to use multiple clock cycles to do the
12    higher precision.  Right?
13                MR. COWELL:  Objection to form.
14          Outside the scope.
15          A.    It uses extra clock cycle and
16    extra control logic as Tong teaches in order
17    to do that.
18                So in other words, it's not
19    a -- you know, it doesn't do one precision
20    but it does multiple of these precisions
21    using control logic that chooses between one
22    of these three selections.
23          Q.    So is it the fact that it's
24    doing more than one precision that makes you
25    say that it's not LPHDR?

1           MR. COWELL:  Objection to form.
2      A.    Can you repeat the question?
3      Q.    (By Ms. Hunt)  I'm trying to
4  understand, is it -- are you saying it's not
5  LPHDR because it does more than one precision
6  or is it something about the level of
7  precisions that it can do?
8      A.    No, so if you --
9           MR. COWELL:  Objection to form,
10     outside the scope.
11     A.    If you look at the construction
12 of LPHDR, it is an execution that -- sorry --
13 it is an execution unit that executes
14 arithmetic operations only at low precision
15 and at high dynamic range.
16          So it needs to compute, you
17 know -- I mean, it needs to compute
18 arithmetic operations only at low precision.
19     Q.    (By Ms. Hunt)  And so which of
20 the operations in Tong's digit-serial
21 multiplication circuit are not at low
22 precision?
23          MR. COWELL:  Objection to form.
24     Outside the scope.
25     A.    So, for example, the 24 bit

1    precision is -- you know, if it uses the
2    mantissa as exponents of -- you know,
3    according to the standard IEEE ratio, it
4    would be, for example, some -- it would be an
5    arithmetic unit that, you know, doesn't
6    execute arithmetic operations only at low
7    precision.
8              24 bit is generally, you know,
9    a very high precision compared to the
10   precisions that we're talking about, you
11   know, for the Singular patents.
12        Q.   (By Ms. Hunt)  But to the
13   extent Tong's digit-serial multiplication
14   circuit can do a 24 bit multiplication, it's
15   just doing a combination of multiple lower
16   precision multiplications.  Right?
17             MR. COWELL:  Objection to form.
18        Outside the scope.
19        A.   I don't know what that means.
20   It's basically doing 24 bit multiplication.
21   I don't know what combination of lower
22   precisions means.
23        Q.   (By Ms. Hunt)  You said in
24   Paragraph 55 of your declaration starting
25   four lines up from the bottom of the

1    page -- sorry -- starting at the fifth line
2    up from bottom of the page:  "The result of
3    this reduced-precision operation, in which an
4    8-bit operand is multiplied with a 24-bit
5    operand, can be combined with other
6    reduced-precision results over multiple clock
7    cycles in process called "digit-serial
8    multiplication," yielding a full-precision
9    result."
10              Correct?
11        A.    Can you point me to where that
12   is?  Sorry.  You lost me.
13        Q.    In your declaration,
14   Paragraph 55 --
15        A.    Yes.
16        Q.    -- this is the second sentence
17   of Paragraph 55 of your declaration.
18        A.    Okay.
19        Q.    "The results of this
20   reduced-precision operation, in which an
21   8-bit operand is multiplied with a 24-bit
22   operand, can be combined with other
23   reduced-precision results over multiple clock
24   cycle this a process called "digit-serial
25   multiplication," yielding a full-precision

1    result."
2         A.    Yes.  I see that.
3         Q.    So isn't that actually doing
4    multiple reduced-precision multiplications?
5         A.    No, I wouldn't say that.
6              MR. COWELL:  Objection to form.
7         A.    It's like three different,
8    separate, you know -- it's three different,
9    separate precisions, one of them being a full
10   precision.
11             And that's why -- you know,
12   it's not -- as a consequence, it's not an
13   execution unit that executes arithmetic
14   operations only at low precision with a high
15   dynamic range.
16             MR. COWELL:  Form.  Go ahead.
17        Q.    (By Ms. Hunt)  You think that's
18   true because it can do a full-precision
19   multiplication even though that takes
20   multiple clock cycles to do?
21             MR. COWELL:  Objection to form.
22        Outside the scope.
23        A.    That's just the technique it
24   use, but at the end of the day, it's able to
25   do -- you know, it's able to do full

1   precision as well.
2             So it's able to do three
3   different precisions, as the language on
4   Paragraph 286 -- sorry -- on Page 280 says.
5             It says (as read):  "A 24-by-8
6   bit architecture, see Figure 9, allows us to
7   perform 8, 16, and 24 bit multiplication."
8             So it's -- and the way it
9   allows -- the way it does that is by special
10  control logic.  So it's a circuit that
11  actually does three different things.
12       Q.    (By Ms. Hunt)  The one that
13  results in a full-precision result, as you
14  say, makes it not an LPHDR unit?
15            MR. COWELL:  Objection to form.
16       Asked and answered.  Outside the
17       scope.
18       A.    The language of my -- you know,
19  the language in -- in my declaration is
20  clear.
21            It says an execution -- you
22  know, an LPHDR unit is an execution that
23  executes arithmetic operations only at low
24  precision.
25            So if an execution unit

1    operates -- I mean, executes arithmetic
2    operations only at low precision and high
3    dynamic range, then it would be considered an
4    LPHDR unit.
5               It needs to only be low
6    precision and high dynamic range for
7    arithmetic operations.
8        Q.    (By Ms. Hunt)  Can you look
9    forward to Page 20 of your declaration on the
10   '961 patent, please.
11       A.    Okay.
12       Q.    And on Page 20 you have a
13   section on "MacMillan."
14              Do you see that?
15       A.    Yes.
16       Q.    All right.  And, again, just in
17   case you need to refer to it, you should have
18   a copy of MacMillan in your binder.  It was
19   previously marked Exhibit 1009.
20              (Previously marked was Exhibit
21       No. 1009.)
22       A.    I have that in front of me.
23       Q.    (By Ms. Hunt)  So I would like
24   to still look in your declaration on Page 21.
25   I'm looking at Paragraph 58.