# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

<u>RESPONSIVE CONTENTIONS REGARDING
NON-INFRINGEMENT AND INVALIDITY</u>

1391095

(holding that "a mathematical formula, like a law of nature, cannot be the subject of a patent."); *Bilski v. Kappos*, 561 U. S. 593, 611 (2010) ("*Diehr* explained that . . . an abstract idea, law of nature, or mathematical formula could not be patented[.]"); *SAP America v. Investpic LLC*, 898 F. 3d 1161, 1166 (Fed. Cir. 2018) (stating that "mathematical calculations and formulas are not patent eligible."). Furthermore, the patents merely recite implementing this abstract idea on some type of hardware device, without any attempt to offer an inventive insight or improvement. But it is beyond question that the recitation of a generic computer implementation or a particular technological environment cannot transform an abstract idea into patent-eligible subject matter. *See, e.g., Alice Corp. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2355 (2014); *Tech LLC v. BuySeasons, Inc.*, 899 F.3d 1281, 1290 (Fed. Cir. 2018). Accordingly, the asserted claims are invalid.

### IV. PRIOR-ART-BASED INVALIDITY

#### A. Identification of Prior Art

The asserted patents share a substantially identical specification and have similar claims. Below, Google provides a consolidated list identifying prior art that anticipates and/or renders obvious one or more claims of the asserted patents under at least one of 35 U.S.C. §§ 102(a), (b), (e), or (g) and/or 35 U.S.C. § 103, including relevant dates where presently known. In these Responsive Contentions, including the claim charts, any citation to a printed publication or other reference describing a prior art system should also be construed to include a reference to the prior art system itself. Each listed document or item became prior art at least as early as the dates set forth herein. Google reserves the right to rely upon any systems, products, or prior inventions related to any of the references identified in these Responsive Contentions.

| Patent or Application Number | Date of Filing, Issuance, and/or Publication |
|---|---|
| U.S. Patent No. 5,892,962 ("Cloutier") | April 6, 1999 |

| | |
|---|---|
| U.S. Patent No. 5,442,577 ("Cohen") | August 15, 1995 |
| U.S. Patent App. Publ. No. 2007/0203967 ("Dockser") | August 30, 2007 |
| U.S. Patent Appl. Publ. No. 2009/0066164 ("Flynn") | March 12, 2009 |
| U.S. Patent No. 5,666,071 ("Hawkins") | September 9, 1997 |
| U.S. Patent No. 5,689,677 ("MacMillan") | November 18, 1997 |
| U.S. Patent No. 6,311,282 ("Nelson") | October 30, 2001 |
| U.S. Patent Appl. Pub. No. 2003/0204750 ("Youngs") | October 30, 2003 |

| Prior Art References | Date |
|---|---|
| Adaptive Solutions Connected Network of Adaptive Processors (CNAPS) Neurocomputer Chip ("CNAPS") | 1991 |
| Arnold et. al, "Splash 2" *Proceedings of the 4th Annual ACM Symposium on Parallel Algorithms and Architectures* ("Splash 2") | June 1992 |
| Aty et al, *High-Speed, Area-Efficient FPGA-Based Floating-Point Multiplier* ("Aty") | December 9-11, 2003 |
| Belanović, *Library of Parameterized Hardware Modules for Floating-Point Arithmetic with an Example Application* ("Belanović") | May 2002 |
| Belanović and Leeser, *Library of Parameterized Floating-Point Modules and Their Use* ("Belanović and Leeser") | 2002 |
| Cray T3D System ("Cray T3D") | 1994 |
| Hoefflinger et. al, *Digital Logarithmic CMOS Multiplier for Very-High-Speed Signal Processing* ("Hoefflinger") | 1991 |
| Intel x86 Microprocessor Architecture, including the 80386 microprocessor and 80387 co-processor and the 80486 microprocessor | 1985/1989 |
| Intel i860 Microprocessor Architecture, including the iPSC/860 massively parallel supercomputer system | 1990 |
| Lee et al, *An FPGA-Based Face Detector Using Neural Network and a Scalable Floating Point Unit*, Proceedings of the 5th WSEAS | 2006 |

| | |
|---|---|
| International Conference on Circuits, Systems, Electronics, Control & Signal Processing at 315-320 ("Lee") | |
| Makino, *Grape and Project Milkyway*, Proceedings of the 6th East Asian Meeting of Astronomy | October 18-22, 2004 |
| Makino et al, *GRAPE-6: Massively-Parallel Special-Purpose Computer for Astrophysical Particle Simulations*, Astronomical Society of Japan | 1993 |
| MANTRA I | 1993 |
| Okumura et al, *GRAPE-3: Highly Parallelized Special-Purpose Computer for Gravitational Many-body Simulations* ("GRAPE-3") | 1992 |
| Okumura et al, *Highly Parallelized Special-Purpose Computer, GRAPE-3*, Astronomical Society of Japan | 1992 |
| Shirazi et al, *Quantitative Analysis of Floating Point Arithmetic on FPGA Based Custom Computing Machines* ("Shirazi") | April 1995 |
| SPERT-II | 1995 |
| Sudha et al, *An Efficient Digital Architecture for Principal Component Neural Network and its FPGA Implementation* ("Sudha") | 2007 |
| Tong et al, *Reducing Power by Optimizing the Necessary Precision/Range of Floating-Point Arithmetic* ("Tong") | June 2000 |
| SYNAPSE-1 | 1993 |
| Texas Instruments TMS320C32 DSP | 1995 |
| Xilinx Virtex-4 FPGA | 2007 |

### B. Anticipation

Google contends that the following prior art anticipates the asserted claims of the patents-in-suit under 35 U.S.C. § 102:

- Belanović / Belanović and Leeser

- GRAPE-3

7

1391095

here, too, Singular's Infringement Contentions appear to render this language at least ambiguous (if not entirely meaningless) by conflating "inputs" with "numerical values." These and potentially other indefiniteness issues may be the subject of claim construction briefing and argument.

Respectfully submitted,

Dated: November 6, 2020

By:    /s/ Matthias Kamber
        Gregory F. Corbett (BBO #646394)
        gregory.corbett@wolfgreenfield.com
        Nathan R. Speed (BBO # 670249)
        nathan.speed@wolfgreenfield.com
        Elizabeth A. DiMarco (BBO #681921)
        elizabeth.dimarco@wolfgreenfield.com
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, MA 02210
        Telephone: (617) 646-8000
        Fax: (617) 646-8646

        Asim Bhansali (*pro hac vice*)
        abhansali@kblfirm.com
        KWUN BHANSALI LAZARUS LLP
        555 Montgomery Street, Suite 750
        San Francisco, CA 94111

        Matthias Kamber (*pro hac vice*)
        mkamber@keker.com
        KEKER, VAN NEST & PETERS LLP
        633 Battery Street
        San Francisco, CA 94111-1809

        *Attorneys for Defendant Google LLC*