UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Civil Action No. 1:19-cv-12551-FDS |

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

Pursuant to paragraph 4 of the Procedural Provisions of the Corrected Scheduling Order (Dkt. No. 70, p. 4), plaintiff, Singular Computing LLC ("Singular"), requests the Court to schedule a further Status Conference in this case.[1]

The prior Status Conference took place on May 26, 2022. At that time, the Court had not issued its Claim Construction Order ("CCO"). Nonetheless, the Court stated that "[b]efore very long passes, [the Court does] want to set a trial date" and that the Court did not "think that late winter or spring is an unrealistic time frame by any means" for trial. *See* 5/26/22 Tr. at 14. The Court issued its CCO ten weeks ago, on July 27, 2022. *See* Dkt. No. 354. Accordingly, Singular submits that now is an appropriate time for the Court to hold a further Status Conference to move the case along in accordance with Fed. R. Civ. 1 by setting: (A) a trial date, and (B) deadlines for expert discovery and pretrial matters.

For the foregoing reasons, Singular requests that the Court schedule a Status Conference to be held on the earliest convenient date.

---

[1] Counsel for Singular has given notice of this request to counsel for defendant Google LLC ("Google") pursuant to paragraph 4 of Procedural Provisions of the Corrected Scheduling Order.

4326183.v1

Dated: October 5, 2022.                     Respectfully submitted,

                                            */s/ Paul J. Hayes*
                                            Paul J. Hayes (BBO #227000)
                                            Matthew D. Vella (BBO #660171)
                                            Kevin Gannon (BBO #640931)
                                            Daniel McGonagle (BBO #690084)
                                            Brian M. Seeve (BBO #670455)
                                            **PRINCE LOBEL TYE LLP**
                                            One International Place, Suite 3700
                                            Boston, MA 02110
                                            Tel: (617) 456-8000
                                            Fax: (617) 456-8100
                                            Email: phayes@princelobel.com
                                            Email: mvella@princelobel.com
                                            Email: kgannon@princelobel.com
                                            Email: dmcgonagle@princelobel.com
                                            Email: bseeve@princelobel.com

                                            ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I certify that, on October 5, 2022, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                            */s/ Paul J. Hayes*