IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

C.A. No. 1:19-cv-12551-FDS

Hon. F. Dennis Saylor IV

**JOINT MOTION FOR EXTENSION OF TIME TO
EXCHANGE EXPERT REPORTS**

Plaintiff Singular Computer LLC ("Singular") and Defendant Google LLC ("Google") file this Joint Motion for Extension of Time to Exchange Expert Reports seeking a one-week extension on the deadline to exchange initial and responsive expert reports.

On October 19, 2022, the Court entered amended expert discovery deadlines, including a December 1, 2022 deadline for the parties to exchange initial expert reports and a January 13, 2022 deadline for the parties to exchange response expert reports. Dkt. No. 372. In view of the upcoming holiday season and given the time needed to prepare their respective expert reports, the parties jointly request that the initial and response deadlines be extended by one week each such that initial expert reports are due on **December 8, 2022**, and responsive expert reports are due on **January 20, 2023**.

Dated: October 28, 2022

*/s/ Kevin Gannon*
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
*Counsel for Plaintiff Singular Computing LLC*

Respectfully submitted,

*/s/ Nathan R. Speed*
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                           */s/ Nathan R. Speed*
                                                           Nathan R. Speed