IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS <br><br> Hon. F. Dennis Saylor IV |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME TO EXCHANGE EXPERT REPORTS**

Having reviewed the parties' Joint Motion for Extension of Time to Exchange Expert Reports, the Court hereby grants the motion. It is ORDERED that:

- The deadline for the parties to exchange opening expert reports is **December 8, 2022**;

- The deadline for the parties to exchange responsive expert reports is **January 20, 2023.**


BY THE COURT


DATE:_____      _____
                                  F. Dennis Saylor IV
                                  United States District Judge