# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:19-cv-12551-FDS <br><br> Hon. F. Dennis Saylor IV <br><br> ORAL ARGUMENT REQUESTED |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY BASED UPON *INTER PARTES* REVIEW ESTOPPEL UNDER 35 U.S.C. § 315(e)(2)

Pursuant to Fed. R. Civ. P. 56, plaintiff, Singular Computing LLC ("Singular"), hereby moves for partial summary judgment of validity based upon *inter partes* review estoppel under 35 U.S.C. § 315(e)(2). A supporting Memorandum of Law, Declaration of Kevin Gannon (with Exhibits A-Y) and Statement of Undisputed Material Facts are being filed concurrently herewith. For the reasons set forth therein, Singular requests that this motion be granted.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Singular requests the Court to entertain oral argument on this motion, as Singular believes such will assist the Court in resolving the motion.

Dated: November 3, 2022                        Respectfully submitted,

                                               /s/ Paul J. Hayes
                                               Paul J. Hayes (BBO #227000)
                                               Matthew D. Vella (BBO #660171)
                                               Kevin Gannon (BBO #640931)
                                               Brian Seeve (BBO#670455)
                                               Daniel McGonagle (BBO #690084)
                                               **PRINCE LOBEL TYE LLP**
                                               One International Place, Suite 3700
                                               Boston, MA 02110
                                               Tel: (617) 456-8000
                                               Email: phayes@princelobel.com
                                               Email: mvella@princelobel.com
                                               Email: kgannon@princelobel.com
                                               Email: bseeve@princelobel.com
                                               Email: dmcgonagle@princelobel.com

                                               ATTORNEYS FOR THE PLAINTIFF

## LOCAL RULE 7.1 CERTIFICATION

I, Kevin Gannon, counsel for Singular Computing LLC, hereby certify that, on November 2, 2022, I conferred with counsel for Google LLC to resolve the issues presented in this motion but, after a good faith attempt to reach agreement, the parties were unable to do so.

                                               /s/ Kevin Gannon

## CERTIFICATE OF SERVICE

I certify that on November 3, 2022, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                               /s/ Paul J. Hayes