**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | C.A. No. 1:19-cv-12551-FDS<br>Hon. F. Dennis Saylor IV |

**JOINT MOTION FOR EXTENSION OF DEADLINES TO BRIEF SINGULAR'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY**

Plaintiff Singular Computer LLC ("Singular") and Defendant Google LLC ("Google") file this Joint Motion for Extension of Time for the Parties to Brief Singular's Motion for Summary Judgment of Validity.

On November 3, 2022, Singular filed a Motion for Summary Judgment of Validity. Dkt. No. 377. Google's opposition brief is currently due on Friday November 25, *i.e.*, the day after Thanksgiving. In view of the upcoming holiday, the parties jointly request that the briefing deadlines for Singular's Motion for Summary Judgment of Validity be modified as follows:

- Google's opposition brief is due no later than **December 2, 2022**.
- Singular's reply brief is due no later than **December 9, 2022**.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion for Extension of Deadlines to Brief Singular's Motion for Summary Judgment of Validity.

Dated: November 7, 2022

Respectfully submitted,

*/s/ Kevin Gannon*
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

*Counsel for Plaintiff Singular Computing LLC*

*/s/ Nathan R. Speed*
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Nathan R. Speed*
Nathan R. Speed