IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff, Singular Computer LLC ("Singular"), and defendant, Google LLC ("Google"), file this Joint Motion to Extend Deadlines for exchanging initial, responsive expert reports, taking expert depositions and filing Daubert and summary judgment motions.  The parties respectfully request that the Court grant this motion.

On November 1, 2022, the Court entered an Order extending the deadlines for the parties to exchange initial expert and responsive expert reports by one week. *See* Dkt. No. 374.  The parties now jointly request that the deadlines be further extended.  The extension is requested because a personal issue has arisen with one of Singular's experts that prevents him from complying with the existing deadlines.  Accordingly, the parties request that the deadlines be extended as follows:

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Initial expert reports | 12/8/22 | 12/22/22 |
| Rebuttal reports | 1/20/23 | 2/10/23 |
| Close of expert discovery | 2/17/23 | 3/10/23 |
| Dauberts and MSJs | 3/17/23 | 4/7/23 |

4358124.v1

In view of the above, the parties also request that the briefing schedule for Singular's Motion for Partial Summary Judgment of No Invalidity due to IPR estoppel (Dkt. No. 377) be modified as follows:

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Google's opposition brief | 12/2/22 | 12/9/22 |
| Singular's reply brief | 12/9/22 | 12/16/22 |

Dated: November 18, 2022.                                Respectfully submitted,

/s/ *Kevin Gannon*                                               /s/ *Nathan R. Speed*
Kevin Gannon (BBO #640931)                          Nathan R. Speed (BBO # 670249)
kgannon@princelobel.com                                 nspeed@wolfgreenfield.com
PRINCE LOBEL TYE LLP                                   WOLF, GREENFIELD & SACKS, P.C.
One International Place, Suite 3700                   600 Atlantic Avenue
Boston, MA 02110                                              Boston, MA 02210
Tel: (617) 456-8000                                             Telephone: (617) 646-8000
*Counsel for Plaintiff*                                           *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ *Kevin Gannon*
Kevin Gannon