UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Alex Breger is no longer associated with the law firm Prince Lobel Tye LLP. Plaintiff Singular Computing LLC ("Singular") hereby withdraws Alex Breger as counsel for Singular. Paul J. Hayes, Matthew D. Vella, Robert R. Gilman, Kevin Gannon, Brian M. Seeve, Daniel McGonagle and Alyssa H. Ruderman of Prince Lobel Tye LLP remain as counsel of record for Singular.

Therefore, Singular respectfully requests that the Court withdraw Alex Breger as attorney of record from the docket in this case.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO#670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that on November 30, 2022, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                   */s/ Kevin Gannon*