# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　　　　　Plaintiff,<br>v.<br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### DECLARATION OF ANNA PORTO IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY

1950856

I, Anna Porto, declare and state as follows:

1. I am an attorney at the law firm of Keker, Van Nest & Peters, LLP, counsel for Defendant Google LLC ("Google"), in the above-titled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. I submit this declaration in support of Google's Opposition to Plaintiff's Motion for Partial Summary Judgment of Validity.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Daniel Hammerstrom, taken July 13, 2021.

4. Attached as **Exhibit 2** is a true and correct copy of an article by Junichiro Makino titled "GRAPE and Project Milkyway," Journal of the Korean Astronomical Society, Vol. 38, No. 2 (2005), bearing Bates numbers GOOG-SING-00022010–22013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 9, 2022 at San Francisco, California.

> /s/ Anna Porto
> Anna Porto

## CERTIFICATE OF SERVICE

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: December 9, 2022                                                 */s/ Nathan R. Speed*
                                                                                                Nathan R. Speed