UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### SECOND DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY BASED UPON *INTER PARTES* REVIEW ESTOPPEL UNDER 35 U.S.C. § 315(e)(2)

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's motion for partial summary judgment of validity based upon *inter partes* review estoppel under 35 U.S.C. § 315(e)(2).

2. Exhibits A-Y were attached to my original declaration filed in support of Singular's motion on November 3, 2022. *See* Dkt. No. 377-3.

3. Attached hereto as Exhibit Z is a true and correct copy of excerpts from a thesis by Pavle Belanović titled "Library of Parameterized Hardware Modules for Floating-Point Arithmetic with An Example Application."

Executed at Boston, Massachusetts on December 16, 2022.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Kevin Gannon*

4376923.v1