# EXHIBIT Z

Library of Parameterized Hardware Modules for Floating-Point

Arithmetic with An Example Application

A Thesis Presented

by

**Pavle Belanović**

to

Department of Electrical and Computer Engineering

in Partial Fulfillment of the Requirements

for the Degree of

**Master of Science**

in the field of

Electrical Engineering

**Northeastern University**

**Boston, Massachusetts**

May 2002

Google Exhibit 1084
Google v. Singular
IPR2021-00179

# Appendix A

# VHDL Entities

Module:

```
parameterized_adder
```

Entity:

```
entity parameterized_adder is
  generic
  (
    bits        : integer           := 0
  );
  port
  (
    --inputs
    A    : in   std_logic_vector(bits-1 downto 0);
    B    : in   std_logic_vector(bits-1 downto 0);
    CIN  : in   std_logic;
    --outputs
    S    : out  std_logic_vector(bits-1 downto 0) := (others=>'0');
    COUT : out  std_logic                         := '0'
  );
end parameterized_adder;
```

Module:

```
parameterized_subtractor
```

Entity:

```
entity parameterized_subtractor is
  generic
  (
    bits        : integer           := 0
  );
  port
  (
    --inputs
    A    : in   std_logic_vector(bits-1 downto 0);
    B    : in   std_logic_vector(bits-1 downto 0);
    --outputs
    D    : out  std_logic_vector(bits-1 downto 0) := (others=>'0')
  );
end parameterized_subtractor;
```

Module:

*APPENDIX A.   VHDL ENTITIES*                                                  76

parameterized_multiplier

Entity:

```
entity parameterized_multiplier is
  generic
  (
    bits         : integer           := 0
  );
  port
  (
    --inputs
    A    : in    std_logic_vector(bits-1 downto 0);
    B    : in    std_logic_vector(bits-1 downto 0);
    --outputs
    S    : out   std_logic_vector((2*bits)-1 downto 0) := (others=>'0')
  );
end parameterized_multiplier;
```

Module:

parameterized_variable_shifter

Entity:

```
entity parameterized_variable_shifter is
  generic
  (
    bits          : integer   := 0;
    select_bits   : integer   := 0;
    direction     : std_logic := '0' --0=right,1=left
  );
  port
  (
    --inputs
    I            : in    std_logic_vector(bits-1 downto 0);
    S            : in    std_logic_vector(select_bits-1 downto 0);
    CLEAR        : in    std_logic;
    --outputs
    O            : out   std_logic_vector(bits-1 downto 0)
  );
end parameterized_variable_shifter;
```

Module:

delay_block

Entity:

```
entity delay_block is
  generic
  (
    bits  : integer :=  0;
    delay : integer :=  0
  );
  port
  (
    --inputs
    A        : in std_logic_vector(bits-1 downto 0);
    CLK      : in std_logic;
    --outputs
    A_DELAYED : out std_logic_vector(bits-1 downto 0) :=  (others=>'0')
  );
end delay_block;
```

Module:

parameterized_absolute_value

Entity:

*APPENDIX A.  VHDL ENTITIES*                                                              77

```
entity parameterized_absolute_value is
  generic
  (
    bits  :        integer                        :=  0
  );
  port
  (
    --inputs
    IN1   : in    std_logic_vector(bits-1 downto 0);
    --outputs
    EXC   : out   std_logic                       :=  '0';
    OUT1  : out   std_logic_vector(bits-1 downto 0)   :=  (others=>'0')
  );
end parameterized_absolute_value;
```

Module:

parameterized_priority_encoder

Entity:

```
entity parameterized_priority_encoder is
  generic
  (
    man_bits   : integer :=  0;
    shift_bits : integer :=  0
  );
  port
  (
    --inputs
    MAN_IN        : in    std_logic_vector(man_bits-1 downto 0);
    --outputs
    SHIFT         : out   std_logic_vector(shift_bits-1 downto 0) :=  (others=>'0');
    EXCEPTION_OUT : out std_logic                               :=  '0'
  );
end parameterized_priority_encoder;
```

Module:

parameterized_mux

Entity:

```
entity parameterized_mux is
  generic
  (
    bits     : integer         :=  0
  );
  port
  (
    --inputs
    A    : in    std_logic_vector(bits-1 downto 0);
    B    : in    std_logic_vector(bits-1 downto 0);
    S    : in    std_logic;
    --outputs
    O    : out   std_logic_vector(bits-1 downto 0) := (others=>'0')
  );
end parameterized_mux;
```

Module:

parameterized_comparator

Entity:

```
entity parameterized_comparator is
  generic
  (
    bits      : integer         :=  0
  );
  port
```

*APPENDIX A.  VHDL ENTITIES*                                               78

```
  (
    --inputs
    A         : in    std_logic_vector(bits-1 downto 0);
    B         : in    std_logic_vector(bits-1 downto 0);
    --outputs
    A_GT_B    : out   std_logic    :=  '0';
    A_EQ_B    : out   std_logic    :=  '0';
    A_LT_B    : out   std_logic    :=  '0'
  );
end parameterized_comparator;
```

Module:

denorm

Entity:

```
entity denorm is
  generic
  (
    exp_bits  : integer :=  0;
    man_bits  : integer :=  0
  );
  port
  (
    --inputs
    IN1           : in    std_logic_vector(exp_bits+man_bits downto 0);
    READY         : in    std_logic;
    EXCEPTION_IN  : in    std_logic;
    --outputs
    OUT1          : out   std_logic_vector(exp_bits+man_bits+1 downto 0)  :=  (others=>'0');
    DONE          : out   std_logic                                       :=  '0';
    EXCEPTION_OUT : out   std_logic                                       :=  '0'
  );
end denorm;
```

Module:

rnd_norm

Entity:

```
entity rnd_norm is
  generic
  (
    exp_bits     : integer :=  0;
    man_bits_in  : integer :=  0;
    man_bits_out : integer :=  0
  );
  port
  (
    --inputs
    IN1           : in    std_logic_vector((exp_bits+man_bits_in) downto 0);
    READY         : in    std_logic;
    CLK           : in    std_logic;
    ROUND         : in    std_logic;
    EXCEPTION_IN  : in    std_logic;
    --outputs
    OUT1          : out   std_logic_vector((exp_bits+man_bits_out) downto 0)  :=  (others=>'0');
    DONE          : out   std_logic                                           :=  '0';
    EXCEPTION_OUT : out   std_logic                                           :=  '0'
  );
end rnd_norm;
```

Module:

fp_add

Entity:

*APPENDIX A.   VHDL ENTITIES*                                                        79

```
entity fp_add is
  generic
  (
     exp_bits    : integer :=  0;
     man_bits    : integer :=  0
  );
  port
  (
     --inputs
     OP1           : in    std_logic_vector(man_bits+exp_bits downto 0);
     OP2           : in    std_logic_vector(man_bits+exp_bits downto 0);
     READY         : in    std_logic;
     EXCEPTION_IN  : in    std_logic;
     CLK           : in    std_logic;
     --outputs
     RESULT        : out   std_logic_vector(man_bits+exp_bits+1 downto 0)  :=  (others=>'0');
     EXCEPTION_OUT : out   std_logic                                       :=  '0';
     DONE          : out   std_logic                                       :=  '0'
  );
end fp_add;
```

Module:

fp_sub

Entity:

```
entity fp_sub is
  generic
  (
     exp_bits    : integer :=  0;
     man_bits    : integer :=  0
  );
  port
  (
     --inputs
     OP1           : in    std_logic_vector(man_bits+exp_bits downto 0);
     OP2           : in    std_logic_vector(man_bits+exp_bits downto 0);
     READY         : in    std_logic;
     EXCEPTION_IN  : in    std_logic;
     CLK           : in    std_logic;
     --outputs
     RESULT        : out   std_logic_vector(man_bits+exp_bits+1 downto 0)  :=  (others=>'0');
     EXCEPTION_OUT : out   std_logic                                       :=  '0';
     DONE          : out   std_logic                                       :=  '0'
  );
end fp_sub;
```

Module:

fp_mul

Entity:

```
entity fp_mul is
  generic
  (
     exp_bits    : integer :=  0;
     man_bits    : integer :=  0
  );
  port
  (
     --inputs
     OP1           : in    std_logic_vector(exp_bits+man_bits downto 0);
     OP2           : in    std_logic_vector(exp_bits+man_bits downto 0);
     READY         : in    std_logic;
     EXCEPTION_IN  : in    std_logic;
     CLK           : in    std_logic;
     --outputs
     RESULT        : out   std_logic_vector(exp_bits+(2*man_bits) downto 0)  :=  (others=>'0');
     EXCEPTION_OUT : out   std_logic                                         :=  '0';
     DONE          : out   std_logic                                         :=  '0'
  );
end entity;
```

*APPENDIX A.  VHDL ENTITIES*                                                  80

```
Module:

fix2float

Entity:

entity fix2float is
  generic
  (
    fix_bits : integer :=  0;
    exp_bits : integer :=  0;
    man_bits : integer :=  0
  );
  port
  (
    --inputs
    FIXED         : in  std_logic_vector(fix_bits-1 downto 0);
    ROUND         : in  std_logic;
    EXCEPTION_IN  : in  std_logic;
    CLK           : in  std_logic;
    READY         : in  std_logic;
    --outputs
    FLOAT         : out std_logic_vector(exp_bits+man_bits downto 0)  := (others=>'0');
    EXCEPTION_OUT : out std_logic                                     := '0';
    DONE          : out std_logic                                     := '0'
  );
end fix2float;

Module:

float2fix

Entity:

entity float2fix is
  generic
  (
    fix_bits : integer :=  0;
    exp_bits : integer :=  0;
    man_bits : integer :=  0
  );
  port
  (
    --inputs
    FLOAT         : in  std_logic_vector(exp_bits+man_bits downto 0);
    ROUND         : in  std_logic;
    EXCEPTION_IN  : in  std_logic;
    CLK           : in  std_logic;
    READY         : in  std_logic;
    --outputs
    FIXED         : out std_logic_vector(fix_bits-1 downto 0)  := (others=>'0');
    EXCEPTION_OUT : out std_logic                              := '0';
    DONE          : out std_logic                              := '0'
  );
end float2fix;
```

# Appendix B

# VHDL Description of the IEEE Single Precision Adder

```
--=============================================--
--                 LIBRARIES                  --
--=============================================--
-- IEEE Libraries --
library IEEE;
use IEEE.std_logic_1164.all;
use IEEE.std_logic_arith.all;
use IEEE.std_logic_unsigned.all;

-- float
library PEX_Lib;
use PEX_Lib.float_pkg.all;
-------------------------------------------------
--        IEEE Single Precision Adder          --
-------------------------------------------------
entity single_precision_adder is
  port
  (
    --inputs
    IN1           : in    std_logic_vector(31 downto 0);
    IN2           : in    std_logic_vector(31 downto 0);
    READY         : in    std_logic;
    EXCEPTION_IN  : in    std_logic;
    ROUND         : in    std_logic;
    CLK           : in    std_logic;
    --outputs
    OUT1          : out   std_logic_vector(31 downto 0) :=  (others=>'0');
    EXCEPTION_OUT : out   std_logic                     :=  '0';
    DONE          : out   std_logic                     :=  '0'
  );
end single_precision_adder;
-------------------------------------------------
--        IEEE Single Precision Adder          --
-------------------------------------------------
architecture single_precision_adder_arch of single_precision_adder is
  signal  rd1    : std_logic                          :=  '0';
  signal  rd2    : std_logic                          :=  '0';
  signal  rd3    : std_logic                          :=  '0';
  signal  rd4    : std_logic                          :=  '0';
  signal  exc1   : std_logic                          :=  '0';
```

*APPENDIX B.  VHDL DESCRIPTION OF THE IEEE SINGLE PRECISION ADDER*82

```
signal  exc2        : std_logic                    :=  '0';
signal  exc3        : std_logic                    :=  '0';
signal  exc4        : std_logic                    :=  '0';
signal  rnd1        : std_logic                    :=  '0';
signal  rnd2        : std_logic                    :=  '0';
signal  rnd3        : std_logic                    :=  '0';
signal  rnd4        : std_logic                    :=  '0';
signal  op1         : std_logic_vector(32 downto 0) :=  (others=>'0');
signal  op2         : std_logic_vector(32 downto 0) :=  (others=>'0');
signal  sum         : std_logic_vector(33 downto 0) :=  (others=>'0');
begin
   --instances of components
   denorm1: denorm
     generic map
       (
       exp_bits      => 8,
       man_bits      => 23
       )
     port map
       (
       --inputs
       IN1           => IN1,
       READY         => READY,
       EXCEPTION_IN  => EXCEPTION_IN,
       --outputs
       OUT1          => op1,
       DONE          => rd1,
       EXCEPTION_OUT => exc1
       );
   denorm2: denorm
     generic map
       (
       exp_bits      => 8,
       man_bits      => 23
       )
     port map
       (
       --inputs
       IN1           => IN2,
       READY         => READY,
       EXCEPTION_IN  => EXCEPTION_IN,
       --outputs
       OUT1          => op2,
       DONE          => rd2,
       EXCEPTION_OUT => exc2
       );
   adder: fp_add
     generic map
       (
       exp_bits      => 8,
       man_bits      => 24
       )
     port map
       (
       --inputs
       OP1           => op1,
       OP2           => op2,
       READY         => rd3,
       EXCEPTION_IN  => exc3,
       CLK           => CLK,
       --outputs
       RESULT        => sum,
       EXCEPTION_OUT => exc4,
       DONE          => rd4
       );
   rnd_norm1: rnd_norm
     generic map
       (
       exp_bits      => 8,
       man_bits_in   => 25,
       man_bits_out  => 23
       )
     port map
       (
       --inputs
```