IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## DEFENDANT GOOGLE LLC'S MOTION TO STRIKE
## EXPERT REPORT OF SUNIL KHATRI, PH.D.

Defendant Google LLC ("Google") hereby moves to strike the expert report of Dr. Sunil Khatri, for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

Dated: January 18, 2023    By:    */s/ Nathan R. Speed*
　　　　　　　　　　　　　　　　Gregory F. Corbett (BBO #646394)
　　　　　　　　　　　　　　　　gcorbett@wolfgreenfield.com
　　　　　　　　　　　　　　　　Nathan R. Speed (BBO # 670249)
　　　　　　　　　　　　　　　　nspeed@wolfgreenfield.com
　　　　　　　　　　　　　　　　Elizabeth A. DiMarco (BBO #681921)
　　　　　　　　　　　　　　　　edimarco@wolfgreenfield.com
　　　　　　　　　　　　　　　　Anant K. Saraswat (BBO #676048)
　　　　　　　　　　　　　　　　asaraswat@wolfgreenfield.com
　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　Telephone: (617) 646-8000
　　　　　　　　　　　　　　　　Fax: (617) 646-8646

　　　　　　　　　　　　　　　　Robert Van Nest (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　rvannest@keker.com
　　　　　　　　　　　　　　　　Michelle Ybarra (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　mybarra@keker.com
　　　　　　　　　　　　　　　　Andrew Bruns (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　abruns@keker.com
　　　　　　　　　　　　　　　　Vishesh Narayen (admitted *pro hac vice*)

vnarayen@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Stephanie J. Goldberg (admitted *pro hac vice*)
sgoldberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
Fax: (415) 367-1539

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

*Counsel for Defendant Google LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      Pursuant to Local Rule 7.1(a)(2), I certify that, on January 18, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that they oppose the relief sought in this motion.

                                                */s/ Nathan R. Speed*
                                                Nathan R. Speed

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                            */s/ Nathan R. Speed*
                                            Nathan R. Speed