# Exhibit 7

## **Materials Considered**

- All documents cited anywhere in this report, whether or not included on this list
- All source code made available by Google on its source code review computer, including GOOG-SING-SC-000001-454 as well as additional source code files.
- U.S. Patent No. 9,218,156, and its associated prosecution history
- U.S. Patent No. 8,407,273, and its associated prosecution history
- The Parties' briefing and declarations regarding claim construction
- Transcripts of depositions taken in this case, including but not limited to the deposition transcripts cited herein.
- Conversations with Dr. Joe Bates, the named inventor on the patents-in-suit