IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S**
**UNOPPOSED MOTION TO IMPOUND/SEAL DESIGNATED MATERIAL**

Pursuant to Local Rule 7.2 and the Protective Order in this case ("Protective Order"), (Dkt. No. 87), Defendant Google LLC ("Google") respectfully requests that this Court impound (seal) certain exhibits to the Declaration of Asim Bhansali in Support of Google's Motion to Strike Expert Report of Sunil Khatri, PhD. ("Bhansali Declaration"). The exhibits to be sealed are identified below.

The Protective Order allows a party producing documents in discovery to designate documents as "Confidential" after making a good-faith determination that the documents contain information that is "confidential, proprietary, and/or commercially sensitive information," and to designate documents as "Highly Confidential – Attorneys' Eyes Only" after making a good-faith determination that the documents contain information that is extremely confidential and/or sensitive in nature and the disclosure of such documents is likely to cause economic harm or significant competitive disadvantage. Protective Order ¶¶ 6-7. That Order requires that a party intending to make court filings referring to such Protected Material bring a motion to impound. *Id.* ¶ 14.

The following exhibits to the Bhansali Declaration contain information that Google and Singular have designated as containing "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Attorneys' Eyes Only" information; specifically, information about how Google's accused tensor processing units (TPUs) operate.

- **Exhibit 1**: The expert report of Dr. Khatri, which Singular served with the designation "Highly Confidential Source code – Attorneys' Eyes Only"
- **Exhibit 2**: Portions of the deposition transcript of Andy Phelps

Submission of the above-identified protected material is necessary to permit the Court to fully evaluate the issues raised in Google's Motion to Strike. Google therefore brings this Motion to Impound to seal the above-identified documents.

For the foregoing reasons, Google respectfully requests that the Court permit it to file the above-identified exhibits under seal. Google further requests that the documents remain impounded until further order by the Court, and that upon expiration of the impoundment that the documents be returned to Google's counsel.

Respectfully submitted,

Dated: January 18, 2023   By:   */s/ Nathan R. Speed*
Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com

>Michelle Ybarra (admitted *pro hac vice*)
>mybarra@keker.com
>Andrew Bruns (admitted *pro hac vice*)
>abruns@keker.com
>Vishesh Narayen (admitted *pro hac vice*)
>vnarayen@keker.com
>Christopher S. Sun (admitted *pro hac vice*)
>csun@keker.com
>Anna Porto (admitted *pro hac vice*)
>aporto@keker.com
>Deeva Shah (admitted *pro hac vice*)
>dshah@keker.com
>Stephanie J. Goldberg (admitted *pro hac vice*)
>sgoldberg@keker.com
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone: (415) 391-5400
>
>Michael S. Kwun (admitted *pro hac vice*)
>mkwun@kblfirm.com
>Asim M. Bhansali (admitted *pro hac vice*)
>abhansali@kblfirm.com
>KWUN BHANSALI LAZARUS LLP
>555 Montgomery Street, Suite 750
>San Francisco, CA 94111
>Telephone: (415) 630-2350
>Fax: (415) 367-1539
>
>Matthias A. Kamber (admitted *pro hac vice*)
>matthiaskamber@paulhastings.com
>PAUL HASTINGS LLP
>101 California Street, 48th Floor
>San Francisco, CA 94111
>Telephone: (415) 856-7000
>Fax: (415) 856-7100
>
>*Counsel for Defendant Google LLC*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I certify that, on January 18, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that it does not oppose the relief requested in this motion.

>*/s/ Nathan R. Speed*
>Nathan R. Speed

3

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                  */s/ Nathan R. Speed*
                                                  Nathan R. Speed