# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**CERTIFICATION OF GINGER D. ANDERS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ginger D. Anders, certify as follows:

1. I am a partner at the law firm Munger, Tolles & Olson LLP in Washington, D.C.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of New York; the District of Columbia Bar; the United States Supreme Court; the United States Courts of Appeal for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Eleventh, DC, and Federal Circuits; the United States District Court for the District of Columbia; and the United States District Court for the Southern District of New York.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this  18  day of January, 2023.

                                                           Ginger D. Anders