# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**CERTIFICATION OF J. KAIN DAY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, J. Kain Day, certify as follows:

1. I am an associate at the law firm Munger, Tolles & Olson LLP in Washington, D.C.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California, the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the Northern and Central Districts of California.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this  18  day of January, 2023.

_____
J. Kain Day

2