# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**CERTIFICATION OF JORDAN D. SEGALL
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jordan D. Segall, certify as follows:

1. I am a partner at the law firm Munger, Tolles & Olson LLP in Los Angeles, California.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice including the State Bar of California, the United States Supreme Court, the United States Courts of Appeals for the Fifth, Ninth, and Federal Circuits, and the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this  18  day of January, 2023.

_____
Jordan D. Segall