# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff, Singular Computing LLC ("Singular"), and defendant, Google LLC ("Google"), file this Joint Motion to Extend Deadlines for exchanging rebuttal expert reports, completing expert depositions, and filing Daubert and summary judgment motions. The parties respectfully request that the Court grant this motion.

On November 29, 2022, the Court entered an Order granting the parties Joint Motion for Extension of Time to Extend Deadlines. *See* Dkt. No. 386. The parties now jointly request that the remaining deadlines be further extended. Accordingly, the parties request that the deadlines be extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Rebuttal Reports | 2/10/2023 | 3/03/2023 |
| Close of Expert Discovery | 3/10/2023 | 3/24/2023 |
| Daubert and MSJs | 4/07/2023 | 4/21/2023 |

4409129.v1

Dated: January 30, 2023

Respectfully submitted,

*/s/ Kevin Gannon*
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
*Counsel for Plaintiff*

*/s/ Nathan R. Speed*
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on January 30, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Kevin Gannon*
Kevin Gannon