# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE EXPERT REPORT OF SUNIL KHATRI, PH.D.

I, Kevin Gannon, hereby declare as follows:

1.　　I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration pursuant to 28 U.S.C. § 1746 in support of Singular's opposition to the motion of defendant, Google LLC ("Google"), to strike portions of the expert report of Sunil Khatri, Ph.D.

2.　　Attached hereto as Exhibit A is a true and correct copy of Exhibit A to Singular's Preliminary Patent-Related Disclosures that was served on counsel for Google on September 4, 2021.

3.　　Attached hereto as Exhibit B is a true and correct copy of Exhibit B to Singular's Preliminary Patent-Related Disclosures that was served on counsel for Google on September 4, 2021.

4.　　Attached hereto as Exhibit C is a true and correct copy of Exhibit A (Supplemental) to Singular's Preliminary Patent-Related Disclosures that was served on counsel for Google on August 10, 2022.

4409577.v1

5.     Attached hereto as Exhibit D is a true and correct copy of Exhibit B (Supplemental) to Singular's Preliminary Patent-Related Disclosures that was served on counsel for Google on August 10, 2022.

6.     Attached hereto as Exhibit E is a true and correct copy of an excerpt from the transcript of the hearing in this case before Magistrate Judge Cabell on June 30, 2021.

7.     Attached hereto as Exhibit F is a true and correct copy of an email from Brian Seeve to Anant Saraswat *et al.* dated September 8, 2021 and an email from Anant Saraswat to Brian Seeve *et al.* dated September 8, 2021.

8.     Set forth below is a copy of an excerpt from pages GOOG-SING-SC-000452-54 of Google's source code production in this case:

[REDACTED]

9.     Set forth below is a copy of an excerpt from page GOOG-SING-SC-000452 of Google's source code production in this case:

[REDACTED]

Executed at Boston, Massachusetts on February 1, 2023.

                                                              /s/ Kevin Gannon