# EXHIBIT F

| | |
|---|---|
| **From:** | Anant.Saraswat@WolfGreenfield.com |
| **Sent:** | Wednesday, September 8, 2021 9:29 AM |
| **To:** | Seeve, Brian; Singular |
| **Cc:** | kvpsingular@keker.com; WGS-Singularv.Google@WolfGreenfield.com; mkwun@kblfirm.com; Asim Bhansali |
| **Subject:** | RE: Printing of Source Code |

Counsel,

Given that the case is now stayed following the August 27, 2021 status conference with Judge Saylor, Singular's request for printing of source code at this time is premature. Google will reconsider Singular's request at the appropriate time if and when the case resumes. At this point, however, as there are no pending expert discovery deadlines and no remaining depositions of Google witnesses, we fail to see any reason for Singular to request such a large number of files other than to review them on paper in the first instance, which is an improper use of source code printouts under the Protective Order. *See* ECF No. 87 at 17. Furthermore, our initial review indicates that Singular's request exceeds the limits in the Protective Order (*see id.*) because it amounts to over 500 aggregate pages of source code and includes a number of files that are more than 25 consecutive pages long. Thus, in the event the stay is lifted and Singular renews its request for code, we expect that Singular will make a request at that time that complies with the Protective Order's terms.

Regards,



**Anant Saraswat |** Associate
Pronouns: he/him/his
Anant.Saraswat@WolfGreenfield.com
617.646.8187 | fax 617.646.8646

**Wolf, Greenfield & Sacks, P.C.**
600 Atlantic Avenue | Boston, MA 02210
605 Third Avenue | New York, NY 10158
http://www.wolfgreenfield.com/ |

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

---

**From:** Seeve, Brian <bseeve@princelobel.com>
**Sent:** Wednesday, September 8, 2021 9:02 AM
**To:** Saraswat, Anant K. <Anant.Saraswat@WolfGreenfield.com>; Singular <Singular@princelobel.com>
**Cc:** kvpsingular@keker.com; WGS-Singular v. Google <WGS-Singularv.Google@WolfGreenfield.com>; mkwun@kblfirm.com; Asim Bhansali <abhansali@kblfirm.com>
**Subject:** Re: Printing of Source Code

Counsel –

Please let me know when the printouts of the below source code will be ready today.

Best,

- Brian