# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| Google LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

## DECLARATION OF NATHAN R. SPEED IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE EXPERT REPORT OF SUNIL KHATRI, PH.D.

I, Nathan R. Speed, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.     I am an attorney at the law firm of Wolf, Greenfield & Sacks, P.C. I represent Defendant Google LLC ("Google") in this case.

2.     I make this declaration based on my personal knowledge and on a reasonable investigation of the facts relevant to this case. If called upon to testify regarding the facts in this Declaration, I am willing and able to do so.

3.     Attached hereto as Exhibit 1 is a true and correct copy of portions of the transcript of the deposition of Andrew Phelps, taken July 14, 2021.

4.     Attached hereto as Exhibit 2 is a true and correct copy of portions of the transcript of the deposition of Norman Jouppi, taken July 16, 2021.

Executed at Boston, MA on February 8, 2023.

                                                */s/ Nathan R. Speed*
                                                Nathan R. Speed

**CERTIFICATE OF SERVICE**

   I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                   */s/ Nathan R. Speed*
                   Nathan R. Speed