UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:19-cv-12551-FDS <br><br> Hon. F. Dennis Saylor IV |

**PLAINTIFF SINGULAR COMPUTING LLC'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO GOOGLE LLC'S <u>MOTION TO STRIKE EXPERT REPORT OF SUNIL KHATRI, PH.D.</u>**

Plaintiff, Singular Computing LLC ("Singular"), respectfully moves for leave to file a short sur-reply in opposition to Defendant's Motion to Strike Expert Report of Sunil Khatri, Ph.D. (Dkt. No. 408).  Defendant Google LLC ("Google") does not oppose this motion for leave to file a surreply.

As grounds for its request, Singular submits that Google in its reply raises at least two new arguments.  The proposed four-page sur-reply will briefly address these new arguments.  Attached hereto as Exhibit 1 is Singular's proposed sur-reply.

Accordingly, for the above reasons, Singular respectfully requests that leave be granted.

| | |
|---|---|
| Dated: February 14, 2023 | Respectfully submitted,<br><br>*/s/ Paul J. Hayes*<br>Paul J. Hayes (BBO #227000)<br>Matthew D. Vella (BBO #660171)<br>Kevin Gannon (BBO #640931)<br>Brian Seeve (BBO #670455)<br>Daniel McGonagle (BBO #690084)<br>**PRINCE LOBEL TYE LLP**<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Tel: (617) 456-8000<br>Email: phayes@princelobel.com<br>Email: mvella@princelobel.com<br>Email: kgannon@princelobel.com<br>Email: bseeve@princelobel.com<br>Email: dmcgonagle@princelobel.com<br><br>ATTORNEYS FOR THE PLAINTIFF |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Singular conferred with Defendant's counsel in a good-faith attempt to resolve or narrow the issue raised by this motion. Defendant's counsel informed Plaintiff that it does not oppose the relief requested in this motion.

*/s/ Paul J. Hayes*

## CERTIFICATE OF SERVICE

I certify that, on February 14, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Paul J. Hayes*