IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**JOINT MOTION TO EXTEND DEADLINE**

Plaintiff Singular Computing LLC and Defendant Google LLC file this Joint Motion to Extend the Deadline for completing expert depositions. The extension is requested for the limited purpose of taking the depositions of Dr. Martin Walker, KC Mares, and Laura Stamm after the current March 24, 2023 deadline for the close of expert discovery. The parties further agree that (1) the request for this extension will not be used as a basis to seek to extend the deadline for filing Daubert and/or summary judgment motions and (2) that the only depositions to be taken after the existing deadline of March 24, 2023 are the depositions of Dr. Walker, KC Mares, and Laura Stamm.

On January 31, 2023, the Court entered an Order granting the parties' Joint Motion for Extension of Time to Extend Deadlines. *See* Dkt. No. 422. The parties now jointly request that the deadline for completing expert depositions be further extended. Accordingly, the parties request that the deadline be extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of Expert Discovery | 3/24/2023 | 3/31/2023 |

The parties respectfully request that the Court grant this motion.

4429017.v1

Dated: February 27, 2023

/s/ *Kevin Gannon*
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Nathan R. Speed*
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on February 27, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Kevin Gannon*
Kevin Gannon

4429017.v1