IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### JOINT REQUEST FOR REFERRAL TO THE ALTERNATIVE DISPUTE RESOLUTION PROGRAMS

Pursuant to L.R. 16.4, plaintiff Singular Computing LLC and defendant Google LLC file this Joint Request for Referral to Alternative Dispute Resolution Programs and request mediation before Magistrate Judge Marianne Bowler in May 2023. The parties have contacted Judge Bowler's clerk who has indicated that Judge Bowler is available at that time.

The parties respectfully request that the Court grant this request and refer this case to mediation before Magistrate Judge Marianne Bowler.

Dated: March 10, 2023

Respectfully submitted,

*/s/ Kevin Gannon*
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

*Counsel for Plaintiff*

*/s/ Nathan R. Speed*
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000

*Counsel for Defendant*

4443676.v1

## **CERTIFICATE OF SERVICE**

      I certify that on March 10, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                            */s/ Kevin Gannon*
                                            Kevin Gannon