UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Singular Computing LLC
          Plaintiff(s)

V.

Google LLC
          Defendant(s)

CIVIL ACTION

NO. 1:19-12551-FDS

# ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Magistrate Judge Marianne B. Bowler   - May 2023 for the following ADR program:

|   |   |   |   |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | MINI-TRIAL |
| _____ | SUMMARY JURY TRIAL | _____ | SETTLEMENT CONFERENCE |
| _____ | SPECIAL MASTER | | |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

_____ Pro Bono Counsel to be appointed for limited purpose of mediation proceedings.

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

3/10/2023
DATE

/s/ F. Dennis Saylor, IV

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | FELA | _____ |
| Antitrust | _____ | Labor Relations | _____ |
| Civil Rights | _____ | Medical Malpractice | _____ |
| Contract | _____ | Personal Injury | _____ |
| Copyright/Trademark/Patent | __X__ | Product Liability | _____ |
| Environmental | _____ | Shareholder Dispute | _____ |
| ERISA | _____ | Other | _____ |

(ADR Referral.wpd - 1/18/2011)