UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

NOTICE OF APPEARANCE

Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court that Adam R. Doherty of Prince Lobel Tye, LLP, Suite 3700, One International Place, Boston, MA 02110, is appearing on its behalf in the above-captioned matter.

Dated: March 20, 2023

Respectfully submitted,

*/s/ Adam R. Doherty*
Adam R. Doherty (BBO #669499)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
adoherty@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Adam R. Doherty*

4453814.v1