IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**JOINT MOTION AND STIPULATION OF DISMISSAL OF COUNT III OF THE AMENDED COMPLAINT WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Singular Computing LLC ("Singular") and Defendant Google LLC ("Google") jointly move and stipulate to the dismissal of Count III of this action without prejudice.

4484033.v1

Dated: April 20, 2023

*/s/ Paul J. Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO #670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com

*Counsel for Plaintiff Singular Computing LLC*

Respectfully submitted,

*/s/ Matthias A. Kamber*
Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted pro hac vice)
rvannest@keker.com
Michelle Ybarra (admitted pro hac vice)
mybarra@keker.com
Andrew Bruns (admitted pro hac vice)
abruns@keker.com
Vishesh Narayen (admitted pro hac vice)
vnarayen@keker.com
Christopher S. Sun (admitted pro hac vice)
csun@keker.com
Anna Porto (admitted pro hac vice)
aporto@keker.com
Deeva Shah (admitted pro hac vice)
dshah@keker.com
Stephanie J. Goldberg (admitted pro hac vice)
sgoldberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted pro hac vice)
mkwun@kblfirm.com
Asim M. Bhansali (admitted pro hac vice)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350
Fax: (415) 367-1539

>Matthias A. Kamber (admitted pro hac vice)
>matthiaskamber@paulhastings.com
>PAUL HASTINGS LLP
>101 California Street, 48th Floor
>San Francisco, CA 94111
>Telephone: (415) 856-7000
>Fax: (415) 856-7100
>
>*Counsel for Defendant Google LLC*

IT IS SO ORDERED.

Dated: _____

Hon. F. Dennis Saylor, IV