IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**JOINT MOTION FOR EXTENSION OF TIME**

  Plaintiff Singular Computing LLC ("Singular") and Defendant Google LLC ("Google") file this Joint Motion for Extension of Time. As discussed below, the requested extension aligns the briefing schedule for *Daubert* motions with the current briefing schedule for motions for summary judgment.

  Pursuant to the procedural schedule in this case, the deadline for the parties to file *Daubert* motions and motions for summary judgment is April 28, 2023. Dkt. No. 443. Although the deadline to file both types of motions is the same, the deadlines for the parties to file opposition and reply briefs for each motion is different under the Local Rules and the Court's Scheduling Order. *Compare* L.R. 7.1 (setting 14-day deadline for oppositions to motions other than those for summary judgment) and Dkt. No. 59 at 4 (setting 7-day deadline for replies to motions) *with* L.R. 56.1 (setting 21-day deadline for oppositions to motions for summary judgment and 14-day deadline for replies). For simplicity and efficiency, the parties jointly request that the Court align the briefing deadlines by setting the deadline for submitting oppositions to *Daubert* motions as May 19, 2023 (*i.e.*, a 21-day deadline) and the deadline for filing any replies to *Daubert* motions as June 2, 2023 (*i.e.*, a 14-day deadline).

4485209

The chart below summarizes the proposed new deadlines for *Daubert* briefing; the deadlines for summary judgment briefing would remain the same as they currently are (*i.e.*, May 19, 2023 for oppositions and June 2, 2023 for replies):

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Opening Brief | April 28, 2023 | April 28, 2023 (same) |
| Opposition Brief | May 12, 2023 | May 19, 2023 |
| Reply Brief | May 19, 2023 | June 2, 2023 |

The parties respectfully request that the Court grant this joint motion.

Dated: April 21, 2023                                             Respectfully submitted,

*/s/ Kevin Gannon*                                                */s/ Nathan R. Speed*
Kevin Gannon (BBO #640931)                          Nathan R. Speed (BBO # 670249)
kgannon@princelobel.com                               nspeed@wolfgreenfield.com
PRINCE LOBEL TYE LLP                                  WOLF, GREENFIELD & SACKS, P.C.
One International Place, Suite 3700                600 Atlantic Avenue
Boston, MA 02110                                             Boston, MA 02210
Tel: (617) 456-8000                                           Telephone: (617) 646-8000

*Counsel for Plaintiff Singular Computing LLC*      *Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Kevin Gannon*