IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

### DECLARATION OF NATHAN R. SPEED IN SUPPORT OF DEFENDANT GOOGLE LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A CONTINUANCE OF THE TRIAL

I, Nathan R. Speed, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney at the law firm of Wolf, Greenfield & Sacks, P.C. I represent Defendant Google LLC ("Google") in this case.

2. I make this declaration based on my personal knowledge and on a reasonable investigation of the facts relevant to this case. If called upon to testify regarding the facts in this Declaration, I am willing and able to do so.

3. Attached hereto as Exhibit A is a true and correct copy of the public version of the final written decision from the Patent Trial and Appeal Board in IPR No. 2021-00165.

4. Attached hereto as Exhibit B is a true and correct copy of the public version of the final written decision from the Patent Trial and Appeal Board in IPR No. 2021-00179.

5. Attached hereto as Exhibit C is a true and correct copy of the Corrected Non-Confidential Response Brief of Appellee Singular Computing in *Google LLC v. Singular Computing LLC*, 2022-1866, 2022-1867, 2022-1868 (Fed. Cir.).

6. Attached hereto as Exhibit D is a true and correct copy of the Corrected Non-Confidential Reply Brief of Appellant Google LLC in *Google LLC v. Singular Computing LLC*, 2022-1866, 2022-1867, 2022-1868 (Fed. Cir.).

7. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Sunil P. Khatri, Ph.D. submitted as Exhibit 2041 in IPR No. 2021-00165.

8. Attached hereto as Exhibit F is a true and correct copy of the Patent Owner Response that Singular Computing, LLC submitted in IPR No. 2021-00165.

9. Attached hereto as Exhibit G is a true and correct copy of the institution decision from the Patent Trial and Appeal Board in IPR No. 2021-00165.

10. Attached hereto as Exhibit H is a true and correct copy of the institution decision from the Patent Trial and Appeal Board in IPR No. 2021-00179.

11. Attached as Exhibit I is the Opening Expert Report of Sunil P. Khatri, Ph.D., submitted in the above-captioned litigation.

12. Attached as Exhibit J is the Rebuttal Expert Report of Martin Walker, Ph.D., submitted in the above-captioned litigation.

13. Attached as Exhibit K are excerpts from the deposition of Sunil P. Khatri, Ph.D. in IPR Nos. 2021-00165 and 2021-00179.

Executed at Portland, Maine on April 21, 2023.

    */s/ Nathan R. Speed*
    Nathan R. Speed

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                              */s/ Nathan R. Speed*
                                              Nathan R. Speed