IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S
UNOPPOSED MOTION TO IMPOUND/SEAL DESIGNATED MATERIAL**

Pursuant to Local Rule 7.2 and the Protective Order in this case ("Protective Order"), (Dkt. No. 87), Defendant Google LLC ("Google") respectfully requests that this Court impound (seal) (1) certain exhibits to the Declaration of Nathan R. Speed that accompanies Google's Motion for a Continuance of the Trial ("Speed Declaration"), and (2) an un-redacted copy of Google's memorandum of law in support of its motion. The exhibits to be sealed are identified below.

The Protective Order allows a party producing documents in discovery to designate documents as "Confidential" after making a good-faith determination that the documents contain information that is "confidential, proprietary, and/or commercially sensitive information," and to designate documents as "Highly Confidential – Attorneys' Eyes Only" after making a good-faith determination that the documents contain information that is extremely confidential and/or sensitive in nature and the disclosure of such documents is likely to cause economic harm or significant competitive disadvantage. Protective Order ¶¶ 6-7. That Order requires that a party intending to make court filings referring to such Protected Material bring a motion to impound. *Id.* ¶ 14.

The following exhibits to the Speed Declaration contain information that Google has designated as containing "Highly Confidential – Attorneys' Eyes Only" information; specifically, information about the technical details of Google's TPUv2 and TPUv3 accused products.

- **Exhibit I:** Opening Expert Report of Sunil P. Khatri, Ph.D.
- **Exhibit J:** Rebuttal Expert Report of Martin Walker, Ph.D.

Additionally, Google's memorandum of law in support of its Motion for a Continuance of the Trial discusses highly confidential technical details of Google's TPUv2 and TPUv3 accused products that is confidential, proprietary, and/or commercially sensitive information.

Submission of the above-identified exhibits and an un-redacted confidential version of Google's memorandum of law is necessary to permit the Court to fully evaluate the issues raised in Google's Motion for a Continuance of the Trial.  Google therefore brings this Motion to Impound to seal the above-identified exhibits as well as an un-redacted confidential version of Google's memorandum of law.

For the foregoing reasons, Google respectfully requests that the Court permit it to file the above-identified exhibits under seal. Google further requests that the documents remain impounded until further order by the Court, and that upon expiration of the impoundment that the documents be returned to Google's counsel.

Respectfully submitted,

Dated:  April 21, 2023        By:    /s/ Nathan R. Speed
Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.

600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
mybarra@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Stephanie J. Goldberg (admitted *pro hac vice*)
sgoldberg@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

>Ginger D. Anders (admitted *pro hac vice*)
>Ginger.Anders@mto.com
>J. Kain Day (admitted *pro hac vice*)
>Kain.Day@mto.com
>MUNGER, TOLLES & OLSON LLP
>601 Massachusetts Avenue NW, Suite 500E
>Washington, D.C. 20001
>Tel: (202) 220-1100
>
>Jordan D. Segall (admitted *pro hac vice*)
>Jordan.Segall@mto.com
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Avenue, 50th Floor
>Los Angeles, CA 90071-3426
>Tel: (213) 683-9100
>
>*Counsel for Defendant Google LLC*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I certify that, on April 20, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that it does not oppose the relief requested in this motion.

>*/s/ Nathan R. Speed*
>Nathan R. Speed

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      */s/ Nathan R. Speed*
      Nathan R. Speed