UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
|---|---|
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY BASED ON CNAPS AND GRAPE-3**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56-2, plaintiff, Singular Computing LLC ("Singular"), submits the following Statement of Undisputed Material Facts in support of its Motion for Partial Summary Judgment of No Invalidity Based on the CNAPS and GRAPE-3 Systems.

| No. | Statement of Fact | Supporting Evidence |
|---|---|---|
| 1. | Singular is the owner, by assignment of U.S. Patent No. 8,407,273 ("the '273 patent"). | Amended Complaint, ¶¶ 27-28; U.S. Patent No. 8,407,273 (Dkt. No. 112-2) |
| 2. | Singular is the owner, by assignment of U.S. Patent No. 9,218,156 ("the '156 patent"). | Amended Complaint, ¶¶ 27-28; U.S. Patent No. 9,218,156 (Dkt. No. 112-3) |
| 3 | Singular asserts that defendant, Google LLC ("Google") infringes claim 53 of the '273 patent and claim 7 of the '156 patent. | Amended Complaint, ¶¶ 87, 104 |
| 4. | Google asserts that the asserted claims are invalid under 35 U.S.C. §§ 102 and 103. | Answer to Amended Complaint, p. 23 |
| 5. | Google asserts that the asserted claims are obvious over the CNAPS system in view of Tong and the CNAPS system in view of Shirazi. | *See, e.g.*, Gustafson Report, ¶¶ 104, 173 |

| No. | Statement of Fact | Supporting Evidence |
|---|---|---|
| 6. | Google asserts that the asserted claims are anticipated by the GRAPE-3 system. | Invalidity Contention Ex. 15 |
| 7. | In his invalidity opinion based on the GRAPE-3 system, Dr. Gustafson cites to and relies upon the "Okumura '92" and "Okumura '93" references. | *See*, *e.g.*, Gustafson Report, p. 180 |
| 8. | On April 6, 2023, the Court issued a Memorandum and Order on Plaintiff's Motion for Partial Summary Judgment of Validity Based in *Inter Partes* Review Estoppel Under 35 U.S.C. § 315(e)(2). | Dkt. No. 447 |
| 9. | At the time that Google filed its Petitions for *Inter Partes* Review Nos. IPR2021-00165 and IPR2021-00178 Google was aware of the Tong and Shirazi references. | Invalidity Contention Exs. 3, 15 |
| 10. | At the time that Google filed its Petitions for *Inter Partes* Review Nos. IPR2021-00165 and IPR2021-00178 Google was aware of the "Okumura '92" and "Okumura '93" references. | Invalidity Contentions, p. 7 |
| 11. | Google is estopped from using the Tong, Shirazi, "Okumura '92" and "Okumura '93" references as evidence of invalidity under 35 U.S.C. §§ 102 and 103 in this case. | Memorandum and Order on Plaintiff's Motion for Partial Summary Judgment of Validity Based in *Inter Partes* Review Estoppel Under 35 U.S.C. § 315(e)(2) |
| 12. | There is no clear and convincing evidence that the asserted claims are obvious over the CNAPS system alone. | *See supra*. |
| 13. | There is no clear and convincing evidence that the asserted claims are anticipated by the GRAPE-3 system alone. | *See supra*. |

Dated: April 28, 2023          Respectfully submitted,

*/s/ Paul J. Hayes*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Daniel McGonagle (BBO #690084)
Brian Seeve (BBO#670455)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: dmcgonagle@princelobel.com
Email: bseeve@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that, on April 28, 2023, all counsel of record who have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system.

*/s/ Paul J. Hayes*