UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NO INVALIDITY BASED ON CNAPS AND GRAPE-3**

I, Kevin Gannon, hereby declare as follows:

1.  I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's motion for partial summary judgment of no invalidity based on CNAPS and GRAPE-3.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts from the Petition that Google LLC ("Google") filed for *Inter Partes* Review in IPR2021-00179.

3.  Attached hereto as Exhibit B is a true and correct copy of Exhibit 8 to Google's Responsive Contentions Regarding Non-Infringement and Invalidity served on Singular in this case on November 6, 2020.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts from the Opening Expert Report of Dr. John L. Gustafson Regarding the Invalidity of the Asserted Claims dated December 22, 2022.

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Dr. John Gustafson taken in this case on March 17, 2023.

4490453.v1

6.  Attached hereto as Exhibit E is a true and correct copy of excerpts from Google's Responsive Contentions Regarding Non-Infringement and Invalidity served on Singular on November 6, 2020.

Executed at Boston, Massachusetts on April 28, 2023.

/s/ Kevin Gannon