# EXHIBIT A

Paper No. __

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

GOOGLE LLC,
Petitioner,

v.

SINGULAR COMPUTING LLC,
Patent Owner.

---

Case No. IPR2021-00179
Patent No. 8,407,273

---

**PETITION FOR INTER PARTES REVIEW**
**UNDER 35 U.S.C. §§ 311-319 AND 37 C.F.R. § 42.1 et seq.**

## APPENDIX LISTING OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1001 | U.S. Patent No. 8,407,273 |
| 1002 | Prosecution History of U.S. Patent No. 8,047,273 |
| 1003 | Declaration of Richard Goodin |
| 1004 | Curriculum Vitae of Richard Goodin |
| 1005 | U.S. Patent Appl. 12/816, 201 ("'201 Application") |
| 1006 | U.S. Patent Appl. Publ. No. 2010/0325186 A1 ("Bates-2010") |
| 1007 | U.S. Patent App. Publ. No. 2007/0203967 ("Dockser") |
| 1008 | Tong et. al, *Reducing Power by Optimizing the Necessary Precision/Range of Floating-Point Arithmetic*, IEEE Transactions on Very Large Scale Integration (VLSI) Systems, Vol. 8, No. 3, June 2000 ("Tong") (from pages 6-19 of the Declaration of Gerard P. Grenier, Ex. 1025). |
| 1009 | U.S. Patent No. 5,689,677 ("MacMillan") |
| 1010 | U.S. Patent Appl. Publ. No. 2007/0266071 ("Dockser-Lall") |
| 1011 | U.S. Patent No. 6,065,209 ("Weiss") |
| 1012 | Gaffar et. al, *Unifying Bit-width Optimization for Fixed-Point and Floating-Point Designs*, 12th Annual IEEE Symposium on Field-Programmable Custom Computing Machines, April 20-23, 2004 ("Gaffar") (from pages 22-31 of the Declaration of Gerard P. Grenier, Ex. 1028) |
| 1013 | European Patent Appl. Publ. No. 0 632 369 A1 ("Hekstra") |
| 1014 | U.S. Patent No. 5,375,084 ("Begun") |
| 1015 | U.S. Patent No. 4,933,895 ("Grinberg") |
| 1016 | U.S. Patent No. 5,442,577 ("Cohen") |
| 1017 | U.S. Patent Appl. Publ. No. 2003/0028759 ("Prabhu") |
| 1018 | U.S. Patent No. 5,790,834 ("Dreyer") |
| 1019 | U.S. Patent Appl. Publ. No. 2009/0066164 ("Flynn") |
| 1020 | U.S. Patent No. 5,666,071 ("Hawkins") |
| 1021 | A Matter of Size: Triennial Review of the National Nanotechnology Initiative (National Academies Press 2006), pages 15-44, 99-109 |
| 1022 | Transcript of YouTube video on Practical Approximate Computing at University of California, Berkeley, March 2016 ("Bates transcript"), video available at https://www.youtube.com/watch?v=aHkWX3QctkM (last accessed Sep. 16, 2020) |
| 1023 | U.S. Patent No. 6,311,282 ("Nelson") |
| 1024 | U.S. Patent No. 4,583,222 ("Fossum") |

typical and obvious implementation of Dockser's "conventional processor." [0035]; Goodin, ¶ 319; Ex. 1023, 1:16-48.

Dockser's main processor is "adapted to control the operation of" Dockser's execution unit as claim 24 recites, by specifying its precision level by writing "subprecision select bits" to the FPP's "***control*** register." [0018], [0025]; Goodin, ¶ 320.

### H. Claim 26

Dockser's computer system and ASIC are "part of a mobile device" as claimed—*e.g.*, "wireless telephone[],... (PDA),... pager[],...[etc.]." [0003]; Goodin, ¶ 321.

### I. Claim 28

Dockser's execution unit "represents numbers using a floating point representation" as claim 28 recites. *Supra* §§ V.A-V.B; Goodin, ¶ 322.

## VI. <u>GROUND 2:</u> CLAIMS 1-2, 21-24, 26, 28, AND 32-33 WOULD HAVE BEEN OBVIOUS OVER DOCKSER AND TONG

### A. Tong

Tong (Ex. 1008) is Section 102(b) prior art because it was publicly accessible by June 30, 2000. Tong's face bears a 2000 copyright date and indicates it was published by the IEEE, a "well-known, reputable compiler and publisher of scientific and technical publications," in *IEEE Transactions on Very Large Scale Integration (VLSI) Systems*, Vol. 8, No. 3, June 2000. *Ericsson v.*