# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

### RESPONSIVE CONTENTIONS REGARDING NON-INFRINGEMENT AND INVALIDITY

| | |
|---|---|
| International Conference on Circuits, Systems, Electronics, Control & Signal Processing at 315-320 ("Lee") | |
| Makino, *Grape and Project Milkyway*, Proceedings of the 6th East Asian Meeting of Astronomy | October 18-22, 2004 |
| Makino et al, *GRAPE-6: Massively-Parallel Special-Purpose Computer for Astrophysical Particle Simulations*, Astronomical Society of Japan | 1993 |
| MANTRA I | 1993 |
| Okumura et al, *GRAPE-3: Highly Parallelized Special-Purpose Computer for Gravitational Many-body Simulations* ("GRAPE-3") | 1992 |
| Okumura et al, *Highly Parallelized Special-Purpose Computer, GRAPE-3*, Astronomical Society of Japan | 1992 |
| Shirazi et al, *Quantitative Analysis of Floating Point Arithmetic on FPGA Based Custom Computing Machines* ("Shirazi") | April 1995 |
| SPERT-II | 1995 |
| Sudha et al, *An Efficient Digital Architecture for Principal Component Neural Network and its FPGA Implementation* ("Sudha") | 2007 |
| Tong et al, *Reducing Power by Optimizing the Necessary Precision/Range of Floating-Point Arithmetic* ("Tong") | June 2000 |
| SYNAPSE-1 | 1993 |
| Texas Instruments TMS320C32 DSP | 1995 |
| Xilinx Virtex-4 FPGA | 2007 |

**B.    Anticipation**

Google contends that the following prior art anticipates the asserted claims of the patents-in-suit under 35 U.S.C. § 102:

- Belanović / Belanović and Leeser
- GRAPE-3

1391095

here, too, Singular's Infringement Contentions appear to render this language at least ambiguous (if not entirely meaningless) by conflating "inputs" with "numerical values." These and potentially other indefiniteness issues may be the subject of claim construction briefing and argument.

Respectfully submitted,

Dated: November 6, 2020

By: */s/ Matthias Kamber*
Gregory F. Corbett (BBO #646394)
gregory.corbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nathan.speed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
elizabeth.dimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Asim Bhansali (*pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

Matthias Kamber (*pro hac vice*)
mkamber@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

*Attorneys for Defendant Google LLC*