UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE
CUMULATIVE OPINION TESTIMONY OF DR. JOHN GUSTAFSON**

I, Kevin Gannon, hereby declare as follows:

1.   I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this third declaration in support of Singular's motion to exclude cumulative opinion testimony of Dr. John Gustafson.

2.   Attached hereto as Exhibit A is a true and correct copy of excerpts from the Expert Report of Miriam Leeser, Ph.D. Regarding Invalidity dated December 20, 2022.

3.   Attached hereto as Exhibit B is a true and correct copy of excerpts from the Opening Expert Report of Dr. John L. Gustafson Regarding the Invalidity of the Asserted Patents dated December 22, 2022.

Executed at Boston, Massachusetts on April 28, 2023.

                                   /s/ Kevin Gannon

4488096.v1