UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NO INVALIDITY UNDER 35 U.S.C. § 101**

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this third declaration in support of Singular's motion for partial summary judgment of no invalidity under 35 U.S.C. § 101.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,407,273.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 9,218,156.

Executed at Boston, Massachusetts on April 28, 2023.

*/s/ Kevin Gannon*

4476446.v1