UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE
CERTAIN DOCUMENTS AND TESTIMONY OF DR. MIRIAM LEESER
DUE TO IPR ESTOPPEL**

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this third declaration in support of Singular's motion to exclude certain testimony and documents to be relied upon by Dr. Miriam Leeser due to IPR estoppel.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Expert Report of Miriam Leeser, Ph.D. Regarding Invalidity dated December 20, 2022 ("the Leeser Report").

4. Attached hereto as Exhibit B is a true and correct copy of the 2002 High Performance Embedded Computing ("HPEC") PowerPoint Presentation (LEESER000158-184) which is Exhibit C to the Leeser Report.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the VFLOAT Source Code (LEESER000185-300) that is Exhibit D to the Leeser Report.

4489221.v1

6. Attached hereto as Exhibit D is a true and correct copy of Variable Precision Floating Point Modules for VFLOAT ( LEESER000301-303) which is Exhibit E to the Leeser Report.

7. Attached hereto as Exhibit E is a true and correct copy of "A Library of Parameterized Hardware Modules for Floating-Point Arithmetic and Their Use" by Dr. Leeser and Belanovic (LEESER000311-312) which is Exhibit H to the Leeser Report.

8. Attached hereto as Exhibit F is a true and correct copy of MALPD PowerPoint Presentation (LEESER000313-346) which is Exhibit I to the Leeser Report.

9. Attached hereto as Exhibit G is a true and correct copy of Abstract of "A Parameterized Floating-Point Library Applied to Multispectral Image Clustering" by Dr. Leeser *et al.* (LEESER000347-348) which is Exhibit J to the Leeser Report.

10. Attached as Exhibit H is a true and correct copy of excerpts from the transcript of the deposition of Dr. Miriam Leeser taken in this case on March 8, 2023.

11. Attached hereto as Exhibit I is a true and correct copy of an exchange of emails between Kevin Gannon *et al.* and Nathan Speed *et al.* on April 10-11, 2023.

12. Attached here to as Exhibit J is a true and correct copy of a letter from Raina Abaya to Paul Hayes, *et al.* dated December 22, 2022.

Executed at Boston, Massachusetts on April 28, 2023.

*/s/ Kevin Gannon*