# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS |

# EXPERT REPORT OF MIRIAM LEESER, PH.D.
# REGARDING INVALIDITY

Executed on 12/20/2022

*Miriam Leeser, Ph.D.* (DocuSigned)

Miriam Leeser, Ph.D.

Technology's (MIT) Lincoln Laboratories, which is a federally funded research and development center affiliated with MIT and operated by the U.S. Department of Defense, and which was chartered to apply advanced technology to problems of national security.

16. I am an author or co-author of over 180 refereed publications, including 45 peer-reviewed published journal articles, as well as the book *Hardware Specification, Verification, and Synthesis: Mathematical Aspects*. I have been an invited speaker at over 70 conferences, symposia, and workshops on topics within my area of research and expertise. I have received extensive recognition for my published research in the areas of high performance computing and reconfigurable hardware, including various best paper awards; for example, for my paper "Accelerating Matrix Processing for MIMO Systems" with Jieming Xu at the International Symposium on Highly Efficient Accelerators and Reconfigurable Technologies (HEART 2021), and my paper "FINN-R: An End-to-End Deep-Learning Framework for Fast Exploration of Quantized Neural Networks," which was published in ACM Transactions on Reconfigurable Technology and Systems (TRETS), Special Section on Deep Learning on FPGAs, Vol. 11, Issue 3 (December 2018), and received a best paper award from ACM TRETS in 2020.

17. I am also a named inventor on U.S. Patent No. 4,967,344, which is titled "Interconnection Network for Multiple Processors" and generally relates to techniques for connecting a large number of independent processors together using a packet-based network (data bus) to allow very high-throughput data transfer between the processors. This patent arose from my time working in industry (at Codex Corp.).

18. Additional information regarding my background, qualifications, and experience, including a list of publications, conference and symposium presentations, and talks, can be found in my *curriculum vitae*, which is attached as **Exhibit B**.

### III.  SUMMARY OF OPINIONS

19. For the reasons set forth in the body of this report, it is my opinion that claim 53 of the '273 patent is invalid as anticipated due to the claimed invention being known or used by

others in this country before the priority date of the Asserted Patents, being in public use in this country more than one year prior to the priority date for the Asserted Patents, and/or being previously made in this country by another inventor who had not abandoned, suppressed, or concealed the invention, based on the creation, public availability, public disclosure, public knowledge, and public use of and regarding VFLOAT and its use on FPGA hardware. In addition, it is my further opinion that, even if claim 53 of the '273 patent is not anticipated, the claimed invention would have been obvious to a person having ordinary skill in the art at the time based on the creation, public availability, public disclosure, public knowledge, and public use of and regarding VFLOAT in combination with FPGA hardware available at the time of the claimed invention.

20.     Likewise, it is my opinion that claim 7 of the '156 patent is invalid as anticipated due to the claimed invention being known or used by others in this country before the priority date of the Asserted Patents, being in public use in this country more than one year prior to the priority date for the Asserted Patents, and/or being previously made in this country by another inventor who had not abandoned, suppressed, or concealed the invention, based on the creation, public availability, public disclosure, public knowledge, and public use of and regarding VFLOAT and its use on FPGA hardware. In addition, it is my further opinion that, even if claim 53 of the '273 patent is not anticipated, the claimed invention would have been obvious to a person having ordinary skill in the art at the time based on the creation, public availability, public disclosure, public knowledge, and public use of and regarding VFLOAT in combination with FPGA hardware available at the time of the claimed invention

## IV.     APPLICABLE LEGAL STANDARDS

21.     I am not an attorney and have no formal legal training. I have been informed of the relevant legal standards that apply in evaluating the validity of a patent from Google's attorneys and am relying on those instructions for these legal standards. Below I describe my understanding of these legal standards.

three Xilinx Virtex XCV1000 FPGAs in our WILDSTAR board—and loaded the corresponding bitstream onto a Xilinx Virtex XCV1000 to implement that many complete VFLOAT floating-point addition operators in hardware.

### E. Public Disclosures Relating to VFLOAT and Our System Setup

124. The original code comprising VFLOAT, along with documentation describing the purpose and functionality of the library, was made publicly available via a dedicated webpage on the website for Northeastern University's Department of Electrical and Computer Engineering around the time the initial version was completed (*i.e.*, in approximately 2002), and has remained publicly available since then. For example, the Internet Archive's Wayback Machine maintains a true and correct copy of the website for VFLOAT as it existed in early March 2003,[91] a copy of which is attached to my report as **Exhibit E**. The current webpage for VFLOAT is https://coe.northeastern.edu/Research/rcl/projects/floatingpoint/index.html [LEESER000146] and contains a link to the original code developed in 2002. That code can still be downloaded and, as noted earlier, is attached in full to my report as **Exhibit D**.

#### 1. Mr. Belanović's May 2002 Oral Thesis Defense

125. In addition to making the code for VFLOAT publicly available via a dedicated webpage as described above, I and others presented VFLOAT and our related work through various presentations, conferences, workshops, meetings, and the like. For example, in May 2002, Mr. Belanović gave an oral presentation in connection with defending his thesis, which was titled "Library of Parameterized Modules for Floating-Point Arithmetic with An Example Application." Specifically, Mr. Belanović's thesis defense took place in a presentation at 10:00 a.m. on Wednesday, May 8, 2002, in Room 206 of the Egan Research Center, which is on the Northeastern University campus at 360 Huntington Ave., Boston, Massachusetts.

---

[91] *See* https://web.archive.org/web/20030313114351/http://www.ece.neu.edu:80/groups/rpl/projects/floatingpoint/index.html.

conclusions we reached regarding the maximum number of complete VFLOAT floating-point arithmetic operators that would fit on a single one of the three Xilinx Virtex XCV1000 FPGAs on the WILDSTAR board that we used.

### 2. Other Disclosures at Northeastern University

129. Other members of the Northeastern University community also learned of and became familiar with VFLOAT during the time it was being developed and in subsequent years after it was made publicly available, including for example the graduate students who contributed to later iterations or revisions of VFLOAT over the years (*e.g.*, Haiqian Yu in 2003 and Xiaojun Wang in 2008) as well as several other graduate students whom I supervised, including Shawn Miller, Joshua Noseworthy, Albert A. Conti III, and Ben Cordes. The RPL itself, where our physical workstation described above was located, was a shared space in which, at any given time, at least a dozen and possibly as many as 20 other students and faculty members within the Department of Electrical and Computer Engineering routinely worked and to which they had unrestricted access. In addition, I specifically recall demonstrating VFLOAT and our physical workstation that included the WILDSTAR reconfigurable computing engine in approximately 2002 to Laurie Smith King, a Professor of Computer Science at Holy Cross University, who spent a sabbatical at Northeastern University during that timeframe.

### 3. HPEC 2002

130. In addition, during my secondary appointment as a Visiting Scientist at MIT's Lincoln Laboratories from June to December 2002 (discussed above), I attended and presented at the Sixth Annual Workshop on High Performance Embedded Computing (HPEC 2002), which was held at the MIT Lincoln Laboratory September 24-26, 2002. HPEC was intended as a forum where researchers from academia, industry, and government can discuss techniques, approaches, and ongoing developments relevant to high-performance real-time computing. A copy of the agenda for HPEC 2002 is attached as **Exhibit G**. In advance of the workshop, I authored (along with Mr. Belanović) a 2-page abstract with a summary of our proposed presentation (the "HPEC

50

1952876.v4

2002 Abstract"), which was titled "A Library of Parameterized Hardware Modules for Floating-Point Arithmetic and Their Use" and was submitted to (and accepted by) the workshop organizers for presentation at HPEC 2002. The HPEC 2002 Abstract is attached as **Exhibit H**.

131. As reflected in the agenda for HPEC 2002, on the first day of the workshop, Tuesday, September 24, 2002, I presented various aspects of our work related to VFLOAT in a session entitled "A Library of Parameterized Hardware Modules for Floating-Point Arithmetic and Its Use."[93] Approximately 100 individuals attended HPEC 2002 overall, and approximately 30-40 individuals attended the session in which I presented various aspects of VFLOAT. The slides accompanying my oral presentation at HPEC 2002 are attached as **Exhibit C**. As reflected in those slides, I presented on a number of different aspects of VFLOAT, our related work, and applications thereof.

132. As reflected in my HPEC 2002 slides, I presented and discussed certain hardware details of the workstation we used in the RPL at Northeastern University for implementing VFLOAT.[94] For example, I explained that our system setup used a WILDSTAR reconfigurable computing engine from Annapolis Micro and that the WILDSTAR board had three Xilinx Virtex XCV1000 FPGAs.[95] I also discussed that we had developed VFLOAT in VHDL and mapped VFLOAT arithmetic modules to the Xilinx FPGAs.[96]

133. Similarly, during my presentation at HPEC 2002, I discussed the various modules that comprised VFLOAT, including specifically discussing and explaining the design (*i.e.*, structure and behavior) of the exponent addition and mantissa multiplication module (*fp_mul*), the denormalization module (*denorm*), and the normalization and rounding module (*rnd_norm*).[97] For example, I disclosed and explained that, as part of a complete floating-point multiplication operation, *fp_mul* was the VFLOAT arithmetic module that performed exponent

---

[93] *See* Exhibit G (HPEC 2002 Agenda).
[94] *See* Exhibit C at 17 (HPEC 2002 Slides).
[95] *See* Exhibit C at 17 (HPEC 2002 Slides).
[96] *See* Exhibit C at 17 (HPEC 2002 Slides).
[97] *See* Exhibit C at 8, 11-16 (HPEC 2002 Slides).

1952876.v4

our work to officials in the Space and Remote Sensing Sciences Group at LANL, and our presentations to and discussions with them were neither classified nor covered by any type of non-disclosure agreement or obligation.

### 5. Other Disclosures

138. In September 2002, Mr. Belanović orally presented an overview of VFLOAT and our application of VFLOAT at the 12th International Conference on Field Programmable Logic and Application (FPL 2002). Specifically, Mr. Belanović presented an overview of VFLOAT as well as our particular application of VFLOAT during an afternoon session on Tuesday, September 3, 2002, that was focused on FPGA-based arithmetic.[108] In advance of the conference, Mr. Belanović and I co-authored a paper (the "FPL 2002 Abstract") summarizing the proposed presentation, which summary was titled "A Library of Parameterized Floating Point Modules and Their Use" and was submitted to (and accepted by) the conference organizers for presentation at FPL 2002.[109] The FPL 2002 Abstract was published in the conference proceedings for FPL 2002.[110]

139. At the 7th annual Military and Aerospace Programmable Logic Devices International Conference (MAPLD '04), which was held in September 2004 in Washington, D.C., Xiaojun Wang and I presented an overview of our work related to VFLOAT, including the use of VFLOAT on then-current state of the art FPGAs (specifically, the Xilinx Virtex II XC2V3000 FPGA on a subsequent generation of WILDSTAR hardware from Annapolis Micro), the specific application of VFLOAT to K-means clustering for multispectral satellite images, and our continued work with VFLOAT since it was originally developed. For example, we discussed and disclosed to attendees the various arithmetic modules comprising VFLOAT, including *fp_mul*, *denorm*, and *rnd_norm*. We also described and disclosed our then-recent addition of

---

[108] See https://www.lirmm.fr/fpl02/Prog.html [LEESER000137].

[109] I understand that a copy of the FPL 2002 Abstract was produced in this litigation at GOOG-SING-00020145.

[110] Specifically, the FPL 2002 Abstract was published by Springer-Verlag as part of its Lecture Notes in Computer Science (LNCS) series. See https://link.springer.com/chapter/10.1007/3-540-46117-5_68 [LEESER000151].

modules for performing floating-point division (*fp_div*) and floating-point square root (*fp_sqrt*) to VFLOAT. Approximately 100 people attended the MAPLD '04 conference. Our presentation slides for MAPLD '04 are attached to my report as **Exhibit I**. In advance of the conference, Ms. Wang, Haiqian Yu, and I co-authored a paper (the "MAPLD '04 Abstract") summarizing our proposed presentation, which was titled "A Parameterized Floating-Point Library Applied to Multispectral Image Clustering" and was submitted to (and accepted by) the conference organizers for presentation at MAPLD '04. A copy of the MAPLD '04 Abstract is attached to my report as **Exhibit J**.

## VII.   VALIDITY ANALYSIS OF THE ASSERTED CLAIMS

140.   As explained above, I understand that the Asserted Claims in this case are claim 53 of the '273 patent and claim 7 of the '156 patent.

141.   Below, I detail my opinions regarding whether the Asserted Claims are invalid as anticipated and/or obvious.

### A.   '273 Patent, Claim 53

142.   Claim 53 of the '273 patent depends from claim 43, which in turn depends from independent claim 36. Including the limitations from claims 36 and 43, claim 53 reads:

> **36.** A device:
>
> comprising at least one first low precision high-dynamic range (LPHDR) execution unit adapted to execute a first operation on a first input signal representing a first numerical value to produce a first output signal representing a second numerical value,
>
> wherein the dynamic range of the possible valid inputs to the first operation is at least as wide as from 1/65,000 through 65,000 and for at least X=5% of the possible valid inputs to the first operation, the statistical mean, over repeated execution of the first operation on each specific input from the at least X % of the possible valid inputs to the first operation, of the numerical values represented by the first output signal of the LPHDR unit executing the first operation on that input differs by at least Y=0.05% from the result of an exact mathematical calculation of the first operation on the numerical values of that same input;
>
> wherein the number of LPHDR execution units in the device exceeds the non-negative integer number of execution units in the device adapted to

56