# EXHIBIT B

# A Library of Parameterized Hardware Modules for Floating Point Arithmetic and Its Use

*Prof. Miriam Leeser*

Pavle Belanovic

Department of Electrical and Computer Engineering

Northeastern University

Boston MA





LEESER000158

# Outline

- Introduction and motivation

- Library of hardware modules for variable precision floating point

- Application: K-means algorithm using variable precision floating point library

- Conclusions

LEESER000159

# Accelerating Algorithms

- Reconfigurable hardware used to accelerate image and signal processing algorithms

- Exploit parallelism for speedup

- Customize design to fit the particular task
  - signals in fixed or floating-point format
  - area, power  vs.  range, precision  trade-offs

LEESER000160

# Format Design Trade-offs



LEESER000161

# Area Gains Using Reduced Precision



IEEE single precision

31 adders

OR

13 multipliers

Xilinx XCV1000 FPGA

12-bit floating point format

113 adders

OR

85 multipliers

LEESER000162

# General Floating-Point Format

| Field | Symbol | Bitwidth |
|---|---|---|
| sign | s | 1 |
| exponent | e | *exp_bits* |
| fraction/mantissa | f | *man_bits* |

$$(-1)^s * 1.f * 2^{e-BIAS}$$

| sign | exponent | fraction / mantissa |
|---|---|---|

MSB                                                    LSB

LEESER000163

# IEEE Floating Point Format



$$(-1)^s * 1.f * 2^{e-BIAS}$$

- BIAS depends on number of exponent bits
  - » 127 in IEEE single precision format
- Implied 1 in mantissa not stored

LEESER000164

# Library of Parameterized Modules

- Total of seven parameterized hardware modules for arbitrary precision floating-point arithmetic

|  | Module | Latency |
|---|---|---|
| format control | denorm | 0 |
|  | rnd_norm | 2 |
| operators | fp_add | 4 |
|  | fp_sub | 4 |
|  | fp_mul | 3 |
| conversion | fix2float | 4 / 5 |
|  | float2fix | 4 / 5 |

LEESER000165

# Highlights

- Completely general floating-point format

- All IEEE formats are a subset

- All previously published non-IEEE formats are a subset

- Abstract normalization from other operations

- Rounding to zero or nearest

- Pipelining signals

- Some error handling

LEESER000166

# Assembly of Modules



$2 \times$ denorm

$+ 1 \times$ fp_add

$+ 1 \times$ rnd_norm
_____

$= 1 \times$ IEEE single
precision adder

LEESER000167

# Denormalization

- "Unpack" input number: insert implied digit

- If input is value zero, insert '0'
  Otherwise, insert '1'

- Output 1 bit wider than input

- Latency = 0



LEESER000168

# Rounding and Normalizing

- Returns input to normalized format

- Designed to follow arithmetic operation(s)



LEESER000169

# Addition and Subtraction



LEESER000170

# Multiplication



LEESER000171

# Fixed to Floating-Point





LEESER000172

# Floating to Fixed-Point





LEESER000173

# Implementation Experiments

- Designs specified in VHDL

- Mapped to Xilinx Virtex FPGA

- Wildstar reconfigurable computing engine by Annapolis Micro Systems Inc.
  - PCI Interface to host processor
  - 3 Xilinx XCV1000 FPGAs
  - total of 3 million system gates
  - 40 Mbytes of SRAM
  - 1.6 Gbytes/sec I/O bandwidth
  - 6.4 Gbytes/sec memory bandwidth
  - clock rates to 100MHz



LEESER000174

# Synthesis Results



LEESER000175

# Synthesis Results



LEESER000176

# K-means Algorithm



- Each cluster has a center:
  - mean value of pixels in that cluster
- Each pixel is in the cluster whose center it is closest to
  - requires a distance metric
- Algorithm is iterative

LEESER000177



LEESER000178

# K-means Clustering Algorithm



LEESER000179



LEESER000180



LEESER000181

# Results of Processing





Purely fixed-point

Hybrid fixed and
floating-point

LEESER000182

# Synthesis Results

| Property | Fixed-point | Hybrid |
|---|---|---|
| Area | 9420 slices | 10883 slices |
| Percent of FPGA | 76% | 88% |
| Minimum period | 16ns | 20ns |
| Maximum frequency | 64MHz | 50MHz |
| Throughput | 1 cycle | 8 cycles |

LEESER000183

# Conclusions

- Library of fully parameterized hardware modules for floating-point arithmetic available

- Ability to form arithmetic pipelines in custom floating-point formats demonstrated

- Future work

  - More floating point modules (ACC, MAC, DIV ...)

  - More applications

  - Automation of design process using the library

    - Automatically choose best format for each variable and operation

LEESER000184