# EXHIBIT C

```
        D:\NU_fp_lib_original_modules_june_2002\floatlib_old\add_sub.vhd
 1   --===========================================================--
 2   --                                                           --
 3   --  NORTHEASTERN UNIVERSITY                                   --
 4   --  DEPARTMENT OF ELECTRICAL AND COMPUTER ENGINEERING         --
 5   --  RAPID PROTOTYPING LABORATORY                              --
 6   --                                                           --
 7   --  FILE          | add_sub.vhd                               --
 8   --  --------------+------------------------------             --
 9   --  DESCRIPTION   | Module to perform addition or             --
10   --                | subtraction.                              --
11   --  --------------+------------------------------             --
12   --  AUTHOR        | Pavle Belanovic                           --
13   --  --------------+------------------------------             --
14   --  DATE          | 20 June 2002                              --
15   --                                                           --
16   --===========================================================--
17
18   --***************************************************************--
19   --                                                               --
20   --  Copyright (C) 2000 Pavle Belanovic                           --
21   --                                                               --
22   --  This program is free software; you can redistribute it and/or --
23   --  modify it under the terms of the GNU General Public License   --
24   --  as published by the Free Software Foundation; either version 2 --
25   --  of the License, or (at your option) any later version.       --
26   --                                                               --
27   --  This program is distributed in the hope that it will be useful, --
28   --  but WITHOUT ANY WARRANTY; without even the implied warranty of --
29   --  MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the --
30   --  GNU General Public License for more details.                 --
31   --                                                               --
32   --  You should have received a copy of the GNU General Public License --
33   --  along with this program; if not, write to the Free Software  --
34   --  Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA  02111-1307, USA. --
35   --                                                               --
36   --***************************************************************--
37
38   --===========================================================--
39   --                   LIBRARIES                               --
40   --===========================================================--
41
42   -- IEEE Libraries --
43   library IEEE;
44   use IEEE.std_logic_1164.all;
45   use IEEE.std_logic_arith.all;
46   use IEEE.std_logic_unsigned.all;
47
48   -- float
49   library work;
50   use work.float_pkg.all;
51
52   ---------------------------------------------------------------
53   --                  Add/Sub Module                           --
54   ---------------------------------------------------------------
55   entity add_sub is
56      generic
57      (
58          man_bits            :    integer :=
59      );
60      port
61      (
```

1

```
   D:\NU_fp_lib_original_modules_june_2002\floatlib_old\parameterized_priority_encoder.vhd
 1  --=====================================================--
 2  --                                                     --
 3  --  NORTHEASTERN UNIVERSITY                            --
 4  --  DEPARTMENT OF ELECTRICAL AND COMPUTER ENGINEERING  --
 5  --  RAPID PROTOTYPING LABORATORY                       --
 6  --                                                     --
 7  --  FILE          | parameterzied_priority_encoder.vhd --
 8  --  --------------+------------------------------------ --
 9  --  DESCRIPTION   | Parameterized priority encoder     --
10  --  --------------+------------------------------------ --
11  --  AUTHOR        | Pavle Belanovic                    --
12  --  --------------+------------------------------------ --
13  --  DATE          | 20 June 2002                       --
14  --                                                     --
15  --=====================================================--
16
17  --*********************************************************************--
18  --                                                                     --
19  --  Copyright (C) 2000 Pavle Belanovic                                 --
20  --                                                                     --
21  --  This program is free software; you can redistribute it and/or      --
22  --  modify it under the terms of the GNU General Public License        --
23  --  as published by the Free Software Foundation; either version 2     --
24  --  of the License, or (at your option) any later version.             --
25  --                                                                     --
26  --  This program is distributed in the hope that it will be useful,    --
27  --  but WITHOUT ANY WARRANTY; without even the implied warranty of     --
28  --  MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the      --
29  --  GNU General Public License for more details.                       --
30  --                                                                     --
31  --  You should have received a copy of the GNU General Public License  --
32  --  along with this program; if not, write to the Free Software        --
33  --  Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA  02111-1307, USA. --
34  --                                                                     --
35  --*********************************************************************--
36
37  --=====================================================--
38  --                    LIBRARIES                        --
39  --=====================================================--
40
41  -- IEEE Libraries --
42  library IEEE;
43  use IEEE.std_logic_1164.all;
44  use IEEE.std_logic_arith.all;
45  use IEEE.std_logic_unsigned.all;
46
47  -- float
48  library work;
49  use work.float_pkg.all;
50
51  ---------------------------------------------------------
52  --          Parameterized priority encoder            --
53  ---------------------------------------------------------
54  entity parameterized_priority_encoder is
55     generic
56     (
57        man_bits        :       integer := 0;
58        shift_bits      :       integer := 0
59     );
60     port
61     (
```

1

D:\NU_fp_lib_original_modules_june_2002\library_modules_old\rnd_norm.vhd

```vhd
105         --connect output signals                                          <=
106         OUT1(exp_bits+man_bits_out)
            s_out;
107         OUT1(exp_bits+man_bits_out-1 downto man_bits_out)    <=  e_out;
                                                                              <=
108         OUT1(man_bits_out-1 downto 0)
            f_out;
109
110         --instatiate components
111         --normalizer
112         norm: normalizer
113             generic map
114             (
115                 exp_bits            =>  exp_bits,
116                 man_bits            =>  man_bits_in
117             )
118             port map
119             (
120                 --inputs
121                 MAN_IN              =>  f_in,
122                 EXP_IN              =>  e_in,
123                 READY               =>  READY,
124                 CLK                 =>  CLK,
125                 EXCEPTION_IN    =>  EXCEPTION_IN,
126                 --outputs
127                 MAN_OUT             =>  f_int,
128                 EXP_OUT             =>  e_int,
129                 EXCEPTION_OUT   =>  exc_int,
130                 DONE                =>  rd_int
131             );
132         --round_add
133         rnd_add: round_add
134             generic map
135             (
136                 man_bits_in     =>  man_bits_in,
137                 man_bits_out    =>  man_bits_out
138             )
139             port map
140             (
141                 --inputs
142                 MAN_IN              =>  f_int,
143                 READY               =>  rd_int,
144                 CLK                 =>  CLK,
145                 ENABLE              =>  round_int,
146                 EXCEPTION_IN    =>  exc_int,
147                 --outputs
148                 MAN_OUT             =>  f_out,
149                 EXCEPTION_OUT   =>  EXCEPTION_OUT,
150                 DONE                =>  DONE
151             );
152         --SYNCHRONOUS
153         main: process (CLK)
154         begin
155             if(rising_edge(CLK)) then
156                 --pipelining sign bit
157                 s_out           <=  s_int;
158                 s_int           <=  s_in;
159                 --pipelining exponent
160                 e_out           <=  e_int;
161                 --pipelining rounding
162                 round_int   <=  ROUND;
163             end if;--CLK
```

3

LEESER000299

D:\NU_fp_lib_original_modules_june_2002\library_modules_old\rnd_norm.vhd

```
164         end process;--main
165     end rnd_norm_arch;--end of architecture
166
```

LEESER000300