# EXHIBIT F


# Northeastern
U N I V E R S I T Y

# A Parameterized Floating Point Library
# Applied to Multispectral Image Clustering

Xiaojun Wang

Dr. Miriam Leeser

Rapid Prototyping Laboratory

Northeastern University

LEESER000313

# Outline

- Project overview
- Library hardware modules
- Floating point divider and square root
- K-means clustering application for multispectral satellite images using the floating point library
- Conclusions and future work

2

LEESER000314

# Variable Precision Floating Point Library

- A library of fully pipelined and parameterized floating point modules

- Implementations well suited for state of the art FPGAs
  - Xilinx Virtex II FPGAs and Altera Stratix devices
  - Embedded Multipliers and Block RAM

- Signal/image processing algorithms accelerated using this library

3

LEESER000315

# Questions to Answer

- Why floating point (FP)?

- Why parameterized FP?

- Why FPGAs?

4

LEESER000316

# Why Floating Point (FP) ?

## Fixed Point

- Limited range
- Number of bits grows for more accurate results
- Easy to implement in hardware

## Floating Point

- Dynamic range
- Accurate results
- More complex and higher cost to implement in hardware

5

LEESER000317

# Floating Point Representation

| Sign | Biased exponent | Significand s=1.f (the 1 is hidden) |
|------|------|------|
| +/- | e+bias | f |

32-bits:   8 bits, bias=127    23+1 bits, IEEE single-precision format

64-bits:   11 bits, bias=1023    52+1 bits, IEEE double-precision format

$$(-1)^s * 1.f * 2^{e-BIAS}$$

6

LEESER000318

# Why Parameterized FP ?

- Minimize the bitwidth of each signal in the datapath
  - Make more parallel implementations possible
  - Reduce the power dissipation

- Further acceleration
  - Custom datapaths built in reconfigurable hardware using either fixed-point or floating point arithmetic
  - Hybrid representations supported through fixed-to-float and float-to-fixed conversions

7

LEESER000319

# Why FPGA ?

- Flexible FPGA architecture
    - LUTs, BlockRAM or SRL16
    - Embedded multiplier, embedded power PC

- Customize design architecture to suit algorithm
    - parallel, serial, bitwidth

- Fine grained parallelism
    - high computational workload

- Allow cost / performance tradeoffs
    - Small area, low latency, high throughput, low power dissipation

- Faster than general purpose processor, more flexible and lower cost than ASIC

**High Performance Signal Processing Easy and Affordable in FPGAs**

8

LEESER000320

# Outline

- Project overview
- Library hardware modules
- Floating point divider and square root
- K-means clustering application for multispectral satellite images using the floating point library
- Conclusions and future work

9

LEESER000321

# Parameterized FP Modules

- Arithmetic operation
  - **fp_add** : floating point addition
  - **fp_sub** : floating point subtraction
  - **fp_mul** : floating point multiplication
  - **fp_div** : floating point division
  - **fp_sqrt** : floating point square root

- Format control
  - **denorm** : introducing implied integer digit
  - **rnd_norm** : rounding and normalizing

- Format conversion
  - **fix2float** : converting from fixed point to floating point
  - **float2fix** : converting from floating point to fixed point

10

LEESER000322

# What Makes Our Library Unique ?

- A superset of all floating point formats
  - including IEEE standard format

- Parameterized for variable precision arithmetic
  - Support custom floating point datapaths
  - Support hybrid fixed and floating point implementations

- Support fully pipelining
  - Synchronization signals

- Complete
  - Separate normalization
  - Rounding ("round to zero" and "round to nearest")
  - Some error handling

11

LEESER000323

# Generic Library Component



INPUTS

DATA INPUTS
READY
CLK
EXCEPTION_IN

GENERIC Floating
Point Component

OUTPUTS

DATA OUTPUTS
DONE
EXCEPTION_OUT

- Synchronization signals for pipelining
  - READY and DONE

- Some error handling features
  - EXCEPTION_IN and EXCEPTION_OUT

12

LEESER000324

# One Example
# - Assembly of Modules



$$2 \times \text{denorm}$$
$$+ \ 1 \times \text{fp\_add}$$
$$+ \ 1 \times \text{rnd\_norm}$$
$$= 1 \times \text{IEEE single}$$
$$\text{precision adder}$$

13

LEESER000325

# Another Example
# - Floating Point Multiplier



$$(-1)^{s1} * 1.f1 * 2^{e1-BIAS}$$

$$x \quad (-1)^{s2} * 1.f2 * 2^{e2-BIAS}$$

$$(-1)^{s1 \ xor \ s2} * (1.f1*1.f2) * 2^{(e1+e2-BIAS)-BIAS}$$



14

LEESER000326

# Latency

| Module | Latency (clock cycles) |
|---|---|
| denorm | 0 |
| rnd_norm | 2 |
| fp_add / fp_sub | 4 |
| fp_mul | 3 |
| fp_div | 14 |
| fp_sqrt | 14 |
| fix2float(unsigned/signed) | 4/5 |
| float2fix(unsigned/signed) | 4/5 |

Clock rate of each module is similar

15

LEESER000327

# Outline

- Project overview
- Library hardware modules
- Floating point divider and square root
- K-means clustering application for multispectral satellite images using the library
- Conclusions and future work

16

LEESER000328

# Algorithms for Division and Square Root

- Division
  - P. Hung, H. Fahmy, O. Mencer, and M. J. Flynn, "Fast division algorithm with a small lookup table," *Asilomar Conference*,1999

- Square Root
  - M. D. Ercegovac, T. Lang, J.-M. Muller, and A. Tisserand, "Reciprocation, square root, inverse square root, and some elementary functions using small multipliers," *IEEE Transactions on Computers,* vol. 2, pp. 628-637, 2000

17

LEESER000329

# Why Choose These Algorithms?

- Both algorithms are simple and elegant
  - Based on Taylor series
  - Use small table-lookup method with small multipliers

- Very well suited to FPGA implementations
  - BlockRAM, distributed memory, embedded multiplier
  - Lead to a good tradeoff of area and latency

- Can be fully pipelined
  - Clock speed similar to all other components

18

LEESER000330

# Division Algorithm

Dividend X and divisor Y are 2m-bit fixed-point number $\in [1,2)$

$$X = 1 + 2^{-1} x_1 + 2^{-2} x_2 + \ldots + 2^{-(2m-1)} x_{2m-1}$$
$$Y = 1 + 2^{-1} y_1 + 2^{-2} y_2 + \ldots + 2^{-(2m-1)} y_{2m-1}$$

,where $x_i, y_i \in \{0,1\}$

Y is decomposed into higher order bit part $Y_h$ and lower order bit part $Y_l$, which are defined as

$$Y_h = 1 + 2^{-1} y_1 + 2^{-2} y_2 + \ldots + 2^{-m} y_m$$

,where $\boxed{Y_h > 2^m \bullet Y_l}$

$$Y_l = 2^{-(m+1)} y_{m+1} + \ldots + 2^{-(2m-1)} y_{2m-1}$$

19

LEESER000331

# Division Algorithm – Continue

Using Taylor series

$$\frac{X}{Y} = \frac{X}{Y_h + Y_l} = \frac{X}{Y_h}\left(1 - \frac{Y_l}{Y_h} + \frac{Y_l^2}{Y_h^2} - \ldots\right)$$

$$\approx X \times (Y_h - Y_l) \times \frac{1}{Y_h^2}$$

Error less than ½ ulp

Two multipliers and one Table-Lookup are required

LEESER000332

20

# Division – Data Flow



LEESER000333

# Square Root – Data Flow



LEESER000334

# Square Root – Reduction





$$\hat{R} = 1/Y^{(k)}$$

$$M = 1/\sqrt{\hat{R}}$$

$$A = Y \times R - 1$$

LEESER000335

# Square Root - Evaluation



$$A = A_2 z^2 + A_3 z^3 + A_4 z^4 \dots$$

$$B = \sqrt{1 + A}$$
$$= 1 + \frac{2}{A} - \frac{1}{8} A_2^2 z^4 - \frac{1}{4} A_2 A_3 z^5 + \frac{1}{16} A_2^3 z^6$$

24

LEESER000336

# Our Experiments

- Designs specified in VHDL

- Mapped to Xilinx Virtex II FPGA (XC2V3000)
  - System clock rates up to 300 MHz
  - Density up to 8M system gates
  - 14,336 slices
  - 96 18x18 Embedded Multipliers
  - 96 18Kb BlockRAM (1,728 Kb)
  - 448 Kb Distributed Memory

- Currently targeting Annapolis Wildcard-II

25

LEESER000337

# Results - FP Divider on a XC2V3000

| Floating Point Format | 8(2,5) | 16(4,11) | 24(6,17) | 32(8,23) |
|---|---|---|---|---|
| # of slices | 69 (1%) | 110 (1%) | 254 (1%) | 335 (2%) |
| # of BlockRAM | 1 (1%) | 1 (1%) | 1 (1%) | 7 (7%) |
| # of 18x18 Embedded Multiplier | 2 (2%) | 2 (2%) | 8 (8%) | 8 (8%) |
| Clock period (ns) | 8 | 10 | 9 | 9 |
| Maximum frequency (MHz) | 124 | 96 | 108 | 110 |
| # of clock cycles to obtain final results | 10 | 10 | 14 | 14 |
| Latency (ns)=clock period x # of clock cycles | 80 | 105 | 129 | 127 |
| Throughput (million results/second) | 124 | 96 | 108 | 110 |

The last column is the IEEE single precision floating point format

26

LEESER000338

# Results - FP Square Root on a XC2V3000

| Floating Point Format | 8(2,5) | 16(4,11) | 24(6,17) | 32(8,23) |
|---|---|---|---|---|
| # of slices | 113 (1%) | 253 (1%) | 338 (2%) | 401 (2%) |
| # of BlockRAM | 3 (3%) | 3 (3%) | 3 (3%) | 3 (3%) |
| # of 18x18 Embedded Multiplier | 4 (4%) | 5 (5%) | 9 (9%) | 9 (9%) |
| Clock period (ns) | 10 | 9 | 11 | 12 |
| Maximum frequency (MHz) | 103 | 112 | 94 | 86 |
| # of clock cycles to obtain final results | 9 | 12 | 13 | 13 |
| Latency (ns)=clock period x # of clock cycles | 88 | 107 | 138 | 152 |
| Throughput (million results/second) | 103 | 112 | 94 | 86 |

27

LEESER000339

# Outline

- Project overview
- Library hardware modules
- Floating point divider and square root
- K-means clustering application for multi-spectral satellite images using the library
- Conclusions and future work

28

LEESER000340

# Application : K-means Clustering for Multispectral Satellite Images



**Image spectral data**

pixel $X_{ij}$

$j = 0$ to $J$

$i = 0$ to $l$

$k = 0$ to $K$

**spectral component 'k'**

0  1  2  3  4

**Clustered image**

■ class 0
□ class 1
■ class 2
■ class 3
□ class 4

Every pixel $X_{ij}$ is assigned a class $c_j$

29

LEESER000341

# K-means – Iterative Algorithm

- Each cluster has a center (mean value)
  - Initialized on host
  - Initialization done once for complete image processing
- Cluster assignment
  - Distance (Manhattan norm) of each pixel and cluster center
- Accumulation of pixel value of each cluster
- Mean update via dividing the accumulator value by number of pixels (done once per iteration)
  - **Previously done on host**
  - **Moved to FPGA with fp_div**

30

LEESER000342



# K-means Clustering – Functional Units

LEESER000343

# Outline

- Project overview
- Library hardware modules
- Floating point divider and square root
- K-means clustering application for multispectral satellite images using the library
- Conclusions and future work

32

LEESER000344

# Conclusion

- A Library of fully pipelined and parameterized hardware modules for floating point arithmetic

- Flexibility in forming custom floating point formats

- New module fp_div and fp_sqrt have small area and low latency, are easily pipelined

- K-means clustering algorithm applied to multispectral satellite images makes use of fp_div

33

LEESER000345

# Future Work

- More applications using
  - fp_div and fp_sqrt

- New library modules
  - ACC, MAC, INV_SQRT

- Use floating point lib to implement floating point coprocessor on FPGA with embedded processor

34

LEESER000346