# EXHIBIT J



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

December 22, 2022

*VIA ELECTRONIC MAIL*

Paul Hayes
Matthew Vella
Kevin Gannon
Daniel McGonagle
Michael Ercolini
Brian Seeve
**Prince Lobel Tye LLP**
One International Place, Suite 3700
Boston, MA 02110

Re:   *Singular Computing LLC v. Google LLC*
      Case No. 1:19-cv-12551-FDS

Dear Counsel:

Below please find a link to an FTP site containing Google's production volume LEESER001, bearing Bates numbers LEESER000001 - LEESER000348. The password will be sent to you in a separate email.

https://sendfiles.keker.com/link/rBLQdJ7G4nugNb3lC27RQz

Regards,

KEKER, VAN NEST & PETERS LLP

*/s/Raina Abaya*

Raina Abaya
Paralegal