UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

## DECLARATION OF DR. JOSEPH BATES

I, Joseph Bates, hereby declare as follows:

1. I am the founder of Singular Computing LLC ("Singular").

2. I understand that Google LLC ("Google") retained Dr. Miriam Leeser as a testifying expert to offer opinions regarding the validity of the Asserted Patents.

3. I knew Dr. Leeser when we were both at Cornell University.

4. I called Dr. Leeser on September 23, 2020 and asked her if she would provide support to Singular in this case, to which she declined.

5. This recollection is memorialized in an email dated September 23, 2020.

Executed at Boston, Massachusetts on April  28 , 2023.

_____
Joseph Bates

4488230.v1