IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

        Plaintiff,

v.

GOOGLE LLC,

        Defendant.

C.A. No. 1:19-cv-12551-FDS

Hon. F. Dennis Saylor IV

**DEFENDANT GOOGLE LLC'S MOTION
TO EXCLUDE CERTAIN OPINION TESTIMONY OF PHILIP GREEN**

Defendant Google LLC ("Google") respectfully moves the Court to exclude the opinion of Plaintiff Singular Computing LLC's ("Singular's) expert witness Mr. Philip Green, for the reasons set forth in the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Google requests the Court entertain oral argument on this motion, as Google believes oral argument will assist the Court.

Respectfully submitted,

Dated:  April 28, 2023         By:    /s/ Nathan R. Speed
                                      Gregory F. Corbett (BBO #646394)
                                      gcorbett@wolfgreenfield.com
                                      Nathan R. Speed (BBO # 670249)
                                      nspeed@wolfgreenfield.com
                                      Elizabeth A. DiMarco (BBO #681921)
                                      edimarco@wolfgreenfield.com
                                      Anant K. Saraswat (BBO #676048)
                                      asaraswat@wolfgreenfield.com
                                      WOLF, GREENFIELD & SACKS, P.C.
                                      600 Atlantic Avenue
                                      Boston, MA 02210
                                      Telephone: (617) 646-8000
                                      Fax: (617) 646-8646

                                      Robert Van Nest (admitted *pro hac vice*)
                                      rvannest@keker.com
                                      Michelle Ybarra (admitted *pro hac vice*)
                                      mybarra@keker.com
                                      Andrew Bruns (admitted *pro hac vice*)
                                      abruns@keker.com
                                      Vishesh Narayen (admitted *pro hac vice*)
                                      vnarayen@keker.com
                                      Christopher S. Sun (admitted *pro hac vice*)
                                      csun@keker.com
                                      Anna Porto (admitted *pro hac vice*)
                                      aporto@keker.com
                                      Deeva Shah (admitted *pro hac vice*)
                                      dshah@keker.com
                                      Stephanie J. Goldberg (admitted *pro hac vice*)

1

sgoldberg@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100


Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

2

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      Pursuant to Local Rule 7.1(a)(2), I certify that, on April 27, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that they oppose the relief requested in this motion.

                                                      */s/ Nathan R. Speed*
                                                      Nathan R. Speed

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                       */s/ Nathan R. Speed*
                                                       Nathan R. Speed