**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**DEFENDANT GOOGLE LLC'S MOTION TO EXCLUDE CERTAIN**
**EXPERT TESTIMONY OF SUNIL KHATRI, PH.D.**

Defendant Google LLC ("Google") hereby moves to exclude certain expert testimony of Dr. Sunil Khatri, for the reasons set forth in the accompanying memorandum of law.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Google requests the Court entertain oral argument on this motion, as Google believes oral argument will assist the Court.

Respectfully submitted,

Dated:  April 28, 2023                    By:    /s/ Nathan R. Speed
                                                 Gregory F. Corbett (BBO #646394)
                                                 gcorbett@wolfgreenfield.com
                                                 Nathan R. Speed (BBO # 670249)
                                                 nspeed@wolfgreenfield.com
                                                 Elizabeth A. DiMarco (BBO #681921)
                                                 edimarco@wolfgreenfield.com
                                                 Anant K. Saraswat (BBO #676048)
                                                 asaraswat@wolfgreenfield.com
                                                 WOLF, GREENFIELD & SACKS, P.C.
                                                 600 Atlantic Avenue
                                                 Boston, MA 02210
                                                 Telephone: (617) 646-8000
                                                 Fax: (617) 646-8646

                                                 Robert Van Nest (admitted *pro hac vice*)
                                                 rvannest@keker.com
                                                 Michelle Ybarra (admitted *pro hac vice*)
                                                 mybarra@keker.com
                                                 Andrew Bruns (admitted *pro hac vice*)
                                                 abruns@keker.com
                                                 Vishesh Narayen (admitted *pro hac vice*)
                                                 vnarayen@keker.com
                                                 Christopher S. Sun (admitted *pro hac vice*)
                                                 csun@keker.com
                                                 Anna Porto (admitted *pro hac vice*)
                                                 aporto@keker.com
                                                 Deeva Shah (admitted *pro hac vice*)
                                                 dshah@keker.com
                                                 Stephanie J. Goldberg (admitted *pro hac vice*)
                                                 sgoldberg@keker.com
                                                 Eugene M. Paige (admitted *pro hac vice*)

epaige@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100


Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

2

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), I certify that, on April 27, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion.  Counsel for Plaintiff stated that they oppose the relief requested in this motion.

*/s/ Nathan R. Speed*
Nathan R. Speed

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


*/s/ Nathan R. Speed*
Nathan R. Speed