# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3
 4
 5    SINGULAR COMPUTING LLC,       )
                                    )
 6          Plaintiff,              )
                                    )
 7       vs.                        ) Case Nos.
                                    ) 1:19-cv-12551-FDS
 8    GOOGLE LLC,                   )
                                    )
 9          Defendant.              )
                                    )
10
11
12
13
14     ***  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ***
15
16
17            REMOTE VIDEO DEPOSITION OF
18            DR. SUNIL KHATRI, VOLUME II
19
20
21
22
23    DATE TAKEN:  MARCH 24, 2023
24    REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
      JOB NO. 5805112
25    PAGES:  350 - 699
```

Page 350

```
 1           A.   Okay.  I'm at the claims section.
 2           Q.   Yeah, and you understand that it's Claim
 3      7 that's being -- of the '156 patent that's being
 4      asserted in this case; right?
 5           A.   Yes, I'd like to just double-check that        05:32:11
 6      to be 100 percent sure.
 7           Q.   Sure.
 8           A.   Yes, it is Claim 7 of the '156 patent;
 9      and that's the dependent claim which depends on 3,
10      which depends on 2, which depend on 1.                  05:32:33
11           Q.   Claim 1 has been ruled invalid; correct?
12               MR. SEEVE:  Objection.  Calls for
13           speculation.
14               THE WITNESS:  I have no idea about that.
15           I have no information to answer that question      05:32:50
16           either way.
17      BY MR. KAMBER:
18           Q.   You participated in the IPR proceedings
19      in this case; correct?
20           A.   I -- I did -- you know, I did present --      05:33:00
21      I mean, I did present -- I was deposed as well in
22      the IPR proceedings.  But the outcome of the IPR
23      proceedings, I'm unaware of.
24           Q.   You have no idea what the outcome of the
25      IPR proceedings is?                                     05:33:17
```

|    |                                                               |          |
|----|---------------------------------------------------------------|----------|
| 1  | That -- and that last part, the, "And                        |          |
| 2  | produces unexpected results," is an important                |          |
| 3  | element that shouldn't be missed because --                  |          |
| 4  | because as Dr. Leeser says in her report that, oh,           |          |
| 5  | there's nothing surprising about -- you know,                | 06:25:04 |
| 6  | there's no surprising results you might get by               |          |
| 7  | using additional execution units and so on.  But             |          |
| 8  | this -- this line underscores that, no, there is a           |          |
| 9  | surprising result that you obtain because it does            |          |
| 10 | give unexpected results and these unexpected                 | 06:25:21 |
| 11 | results are what are described by, in the                    |          |
| 12 | specification of the patent, from -- you know,               |          |
| 13 | from the columns I just recited to you which begin           |          |
| 14 | around, you know, column 16, lines 59, all the way           |          |
| 15 | through column 23 lines, I guess it was 34 or                | 06:25:39 |
| 16 | something like this.  There's explicit disclosure            |          |
| 17 | in the patent that -- of this unexpected result              |          |
| 18 | and of course this unexpected result is also                 |          |
| 19 | described in Dr. Bates slides to Google as well.             |          |
| 20 | So this line is actually underscoring                        | 06:26:00 |
| 21 | that unexpected result and it's important to                 |          |
| 22 | not -- to not leave out that fragment of the line            |          |
| 23 | when you're citing it.                                       |          |
| 24 | Q.  Dr. Khatri, is it your belief that                       |          |
| 25 | Dr. Bates was the first one to determine that                | 06:26:17 |

Page 578

| | | |
|---|---|---|
| 1 | using narrower bitwidths led to more parallelism? | |
| 2 | MR. SEEVE:  Objection -- objection. | |
| 3 | Mischaracterizes the report and the witness's | |
| 4 | prior testimony.  Calls for a legal | |
| 5 | conclusion. | 06:26:31 |
| 6 | THE WITNESS:  I'm going to say that, you | |
| 7 | know, Dr. Bates -- you know, the question you | |
| 8 | are asking is an incomplete question. | |
| 9 | Because what I'm -- my answer is, Dr. Bates | |
| 10 | was the first to describe multiple things and | 06:26:45 |
| 11 | among these things is, one, is that if you | |
| 12 | use low precision, high-dynamic execution | |
| 13 | units, A, you can fit more units, you know, | |
| 14 | in the same circuit area; B, that results in | |
| 15 | reduction -- I mean, B, that results in | 06:27:00 |
| 16 | dramatic improvement in performance at high | |
| 17 | precision, that's important, right.  And | |
| 18 | that's the surprising result. | |
| 19 | That's the part that -- you know, the | |
| 20 | totality of all these comments is what is | 06:27:13 |
| 21 | important, and that's the -- that's what is | |
| 22 | described in the patent in detail, as well as | |
| 23 | in Dr. Bates presentations to Google, which I | |
| 24 | cite on page 53 of my report where he | |
| 25 | shows -- you know, one thing he shows is | 06:27:31 |

Page 579

```
 1          that, you know, the approximate
 2          floating-point units are much smaller; and
 3          therefore, the next citation is the figure at
 4          the bottom of page 53, which comes from his
 5          slides, which says that, you know, that we         06:27:44
 6          can have, you know, 100x more floating-point
 7          units compared to the IEEE floating-point
 8          units.  That's the other thing he says.  That
 9          means you can squeeze in more floating-point
10          units in the same chip area.                      06:27:59
11             But then the next slide which -- which I
12          cite in page 54 -- it shows that the software
13          can get, you know, 10,000x better speed and
14          power than the GPU, that's what the other
15          citation is.                                      06:28:15
16             And then finally, the other comment is
17          that, you know, he shows the -- you know,
18          which I -- which I show from his slide and
19          surprise No. 2, page 57 of my report, that
20          even though we have these low precision           06:28:28
21          units, you know, operating, you know, in
22          parallel, and I'll quote here this -- because
23          this is important.
24             It says, "The high precision CPU managing
25          low precision workers" -- that means LPHDR        06:28:42
```

Page 580

```
 1        execution units -- "can yield high precision
 2        results, like the CPU," completely unexpected
 3        result which is surprising and many Google
 4        engineers in their e-mail responses among
 5        each other expressed significant surprise at    06:28:57
 6        this, and also it says, surprise No. 2
 7        continues.
 8            It says, "but with size, power, cost of
 9        the low precision hardware for varied tasks."
10            So not only are we going to get this, you   06:29:10
11        know, size, power, and cost comparable to --
12        of the low precision hardware but also this
13        applies to many tasks.  This is significant
14        because this allows this idea to be used for
15        many tasks and get tremendous speed up, you     06:29:26
16        know -- you know, with these low precision
17        units, and the precision still is comparable
18        to the "high precision CPU," completely
19        surprising result.
20   BY MR. KAMBER:                                       06:29:39
21        Q.  Those ideas were known before, though;
22   right, Dr. Khatri?
23            MR. SEEVE:  Objection -- objection.
24        Mischaracterizes the witness's testimony.
25        Argumentative.                                  06:29:46
```

Page 581

|    |                                                      |          |
|----|------------------------------------------------------|----------|
| 1  | THE WITNESS:  They were definitely not               |          |
| 2  | known and there is basically -- that's the           |          |
| 3  | inventiveness of the patent and that's also          |          |
| 4  | expressed in the e-mails the engineers               |          |
| 5  | exchanged among themselves once they saw the         | 06:30:02 |
| 6  | second doc of Dr. Bates, and there was some          |          |
| 7  | significant praise that they expressed,              |          |
| 8  | significant surprise that they expressed.            |          |
| 9  | There's multiple reasons why this was                |          |
| 10 | surprising to the community, because the             | 06:30:15 |
| 11 | conventional wisdom -- in fact, the patent           |          |
| 12 | specification says this:  The conventional           |          |
| 13 | wisdom is that if you want a high precision          |          |
| 14 | algorithmic output, you must use high                |          |
| 15 | precision execution units.                           | 06:30:31 |
| 16 | But this patent shows a completely                   |          |
| 17 | surprising result, that if you want -- if            |          |
| 18 | you -- if you use low precision execution            |          |
| 19 | units and you can use many of them, for many         |          |
| 20 | applications, you can still get a high               | 06:30:44 |
| 21 | precision output, which is significantly             |          |
| 22 | surprising and it's completely against the           |          |
| 23 | conventional wisdom in the field of -- in the        |          |
| 24 | field.                                               |          |
| 25 | And there is disclosure in the patent, I             | 06:30:57 |

Page 582

```
 1            can point you to it, where -- where
 2        Dr. Bates, the inventor sort of describes
 3        this.
 4   BY MR. KAMBER:
 5        Q.   Let move to Exhibit 12 for a moment --        06:31:09
 6   Dr. Khatri, go to Exhibit 12, again, please.
 7             MR. SEEVE:  I'd like to point out that I
 8        think you just interrupted the witness's
 9        answer but --
10             MR. KAMBER:  I disagree.                      06:31:17
11             MR. SEEVE:  Like you've done so many
12        times.
13             MR. KAMBER:  He was done with his answer.
14        He was offering to --
15             THE WITNESS:  Let me open Exhibit 12 real     06:31:28
16        quick.  Excuse me.  I have Exhibit 12 open in
17        front of me.
18   BY MR. KAMBER:
19        Q.   Go to page 5, please.
20        A.   Can you give me, if you don't mind, the      06:31:44
21   title of that?
22        Q.   "Format design trade-offs."
23        A.   I see that slide.
24        Q.   This slide shows, as Dr. Leeser was
25   explaining, at this HPEC conference, that using        06:32:01
```

Page 583

```
 1        which means you must use wider bitwidth,
 2        which means you should get a high precision
 3        functional unit, not a low precision
 4        execution unit.  The surprising -- let me
 5        please finish -- the surprising and              06:33:19
 6        significant aspect of the asserted patents is
 7        that despite using narrower bitwidths, you
 8        can get a high precision output which
 9        doctor -- you know, which the patent
10        describes -- which Dr. Bates describes in        06:33:36
11        those paragraphs that I cited to you which I
12        think were paragraphs -- sorry, columns 14
13        through columns 23.
14            Those are concrete examples and concrete
15        experiments that Dr. Bates had conducted to      06:33:49
16        show that with narrower bitwidths, one can
17        still get high precision for many
18        applications, and that's completely
19        contradictory to this slide because this
20        slide says, to get high precision, you should    06:34:03
21        use wider bitwidths, because as the arrow
22        pointing to the right, saying wider bitwidths
23        gives rise to higher precision.
24            So Dr. Bates' observation, Dr. Bates'
25        patent and the asserted claims and the           06:34:17
```

Page 585

```
 1      asserted patents show this completely

 2      surprising phenomena, which the conventional

 3      wisdom, you know, simply didn't subscribe to,

 4      which is why, as I said, you know, ███████

         ████████████████████████████████████ ███

         ██████████████████████████

           ████████████████████████████

         █████████████████████████████

         ██████████████████████████

         ████████████████████████████████ ███

         █████████████████████████████

         ████████████████████████████

         █████████████████████████████

         ██████████████████████████████ ███

16      BY MR. KAMBER:

17          Q.  In that response, are you referring to

18      low precision as construed by the Court or in some

19      other sense?

20          MR. SEEVE:  Objection.  Mischaracterizes      06:35:11

21      the witness's testimony.  Vague and

22      ambiguous.

23          THE WITNESS:  I don't understand your

24      question, so -- when you say, when I'm

25      referring to "precision," what do you mean?       06:35:22
```

Page 586

```
 1           that -- sorry.
 2                 For all the IPRs, because we are talking
 3           about IPRs, for all the IPRs that were --
 4           that were filed, I'm not aware of the -- the
 5           legal paperwork that's filed back-and-forth          07:21:35
 6           between Google and -- you know, and the PTAB
 7           or -- or Singular and the PTAB or Google and
 8           Singular.
 9                 I'm only aware of those documents that
10           were made available to me for the analysis          07:21:51
11           that I needed to conduct which is purely
12           technical and of course not legal because I'm
13           not a lawyer.
14                 So whatever documents were provided to me
15           for my technical analyses, which were all           07:22:01
16           that I requested, those I reviewed.  But
17           subsequent to that, I'm not -- I'm not aware
18           of the rulings or decisions that the PTAB has
19           made about specific claim elements.
20                 And to the extent that their analysis         07:22:18
21           defers from mine, I respectfully accept it
22           but I disagree with it because I stand by my
23           analysis.
24      BY MR. KAMBER:
25           Q.   Do you have any understanding that             07:22:29
```