IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | Hon. F. Dennis Saylor IV |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Singular Computing LLC ("Singular") hereby moves for an extension of time to file their opposition to Defendant Google LLC ("Google") Motion for a Continuance of the Trial. Dkt. No. 453.  Specifically, Singular requests up to ten additional days, until May 15, 2023, to file its opposition.  The extension is needed because Singular is also currently opposing *Daubert* and summary judgement motions filed by Google.  Google's counsel has indicated that Google does not oppose this motion.

For these reasons, Singular respectfully requests that the Court grant this motion.

Dated: May 1, 2023

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes (BBO #227000)
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Brian M. Seeve (BBO #670455)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

4492874

**CERTIFICATE OF SERVICE**

    I certify that on May 1, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                  */s/ Kevin Gannon*