UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Singular Computing LLC
           Plaintiff(s)

V.

Google LLC
           Defendant(s)

CIVIL ACTION
NO. 1:19-cv-12551-FDS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Saylor

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☐ On _____ I held the following ADR proceeding:

   ☐ SCREENING CONFERENCE     ☐ EARLY NEUTRAL EVALUATION
   ☑ MEDIATION                ☐ SUMMARY BENCH / JURY TRIAL
   ☐ MINI-TRIAL               ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☑ Suggested strategy to facilitate settlement:

Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. The court remains available to the parties at any time to explore a further mediation in an attempt to resolve this case.

5/11/23                              /s/ Maria Simeone
DATE                                 Deputy Clerk

(ADRReportforpdf.wpd - 4/12/2000)