**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Paul J. Hayes is no longer associated with the law firm Prince Lobel Tye LLP.  Plaintiff Singular Computing LLC ("Singular") hereby withdraws Paul J. Hayes as counsel for Singular.  Matthew D. Vella, Kevin Gannon, Brian M. Seeve, Daniel McGonagle, Robert R. Gilman, and Adam R. Doherty of Prince Lobel Tye LLP remain as counsel of record for Singular.

Therefore, Singular respectfully requests that the Court withdraw Paul J. Hayes as attorney of record from the docket in this case.

Dated: May 12, 2023                             Respectfully submitted,

/s/ Robert R. Gilman
Matthew D. Vella (BBO #660171)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO#670455)
Daniel McGonagle (BBO #690084)
Robert R. Gilman (BBO #645224)
Adam R. Doherty (BBO #669499)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com
Email: rgilman@princelobel.com
Email: adoherty@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

4503011.v1

## **CERTIFICATE OF SERVICE**

I certify that on May 12, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Robert R. Gilman*