# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### DECLARATION OF KEVIN GANNON
### IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
### FOR A CONTINUANCE OF THE TRIAL

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's opposition to the motion of defendant, Google LLC ("Google"), for a continuance of the trial.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Petitioner's Reply to Patent Owner's Response filed by Google in *Google LLC v. Singular Computing LLC*, No. 2021-00165 on November 1, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Rebuttal Expert Report of Martin Walker, Ph.D. in this case dated March 3, 2023.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Final Written Decision in IPR2021-00165.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the Final Written Decision in IPR2021-00179.

4503679.v1

6.      Attached hereto as Exhibit E is a true and correct copy of an articled from Portfolio Media, Inc.'s LAW360® titled "Fed. Cir. Affirms Over 73% of PTAB Decisions" dated April 4, 2023.

Executed at Boston, Massachusetts on May 15, 2023.

/s/ Kevin Gannon