**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

SINGULAR COMPUTING LLC,

       Plaintiff,

v.

GOOGLE LLC,

       Defendant.

C.A. No. 1:19-cv-12551-FDS

Hon. F. Dennis Saylor IV

---

**DECLARATION OF STEPHANIE J. GOLDBERG IN SUPPORT OF
DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFF SINGULAR
COMPUTING LLC'S MOTION TO EXCLUDE CUMULATIVE OPINION
<u>TESTIMONY OF DR. JOHN GUSTAFSON</u>**

I, Stephanie J. Goldberg, upon my personal knowledge, hereby submit this declaration
pursuant to 28 U.S.C. § 1746 and declare as follows:

1.      I am an attorney at the law firm of Keker, Van Nest & Peters LLP.  I represent
Defendant Google LLC ("Google") in the above-captioned case.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr.
Miriam Leeser regarding the invalidity of the asserted patents ("Leeser Report"), without
accompanying exhibits, which Google served on December 22, 2022.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr.
John L. Gustafson regarding the invalidity of the asserted patents ("Gustafson Report"), without
accompanying exhibits, which Google served on December 22, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 19, 2023, in San Francisco, California.


_____
STEPHANIE J. GOLDBERG

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

_/s/ Nathan R. Speed_
Nathan R. Speed