**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

**DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT THAT THE
<u>ASSERTED PATENT CLAIMS ARE PATENT INELIGIBLE</u>**

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's opposition to the motion to of defendant, Google LLC ("Google"), for summary judgment that the asserted patent claims are patent ineligible.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,407,273 ("the '273 patent").

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 9,218,156 ("the '156 patent").

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Patent Owner's Preliminary Response filed by Singular in IPR2021-00179.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Final Written Decision in IPR2021-00179.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Dean, taken in this case on July 21, 2021.

7. Attached hereto as Exhibit F is a true and correct copy of Exhibit 3 marked at the deposition of Jeffrey Dean, taken in this case on July 21, 2021.

8. Attached hereto as Exhibit G is a true and correct copy of a Google Research document produced by Google and identified with document production numbers GOOG-SING-00133465-79.

9. Attached hereto as Exhibit H is a true and correct copy of Exhibit 24 marked at the deposition of Astro Teller, taken in this case on June 9, 2022.

10. Attached hereto as Exhibit I is a true and correct copy of Exhibit 8 marked at the deposition of Andrew Ng, taken in this case on June 26, 2021.

11. Attached hereto as Exhibit J is a true and correct copy of Exhibit 11 marked at the deposition of Andrew Ng, taken in this case on June 26, 2021.

12. Attached hereto as Exhibit K is a true and correct copy of Exhibit 6 marked at the deposition of Astro Teller, taken in this case on June 9, 2022.

13. Attached hereto as Exhibit L is a true and correct copy of Exhibit 7 marked at the deposition of Astro Teller, taken in this case on June 9, 2022.

14. Attached hereto as Exhibit M is a true and correct copy of Exhibit 10 marked at the deposition of Astro Teller, taken in this case on June 9, 2022.

15. Attached hereto as Exhibit N is a true and correct copy of Exhibit 23 marked at the deposition of Astro Teller, taken in this case on June 9, 2022.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from the transcript of the deposition of Astro Teller, taken in this case on July 9, 2021.

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts from the transcript of the deposition of Andrew Ng, taken in this case on June 26, 2021.

18.     Attached hereto as Exhibit Q is a true and correct copy of Exhibit 2 marked at the deposition of Andrew Ng, taken in this case on June 26, 2021.

19.     Attached hereto as Exhibit R is a true and correct copy of Exhibit 3 marked at the deposition of Andrew Ng, taken in this case on June 26, 2021.

20.     Attached hereto as Exhibit S is a true and correct copy of Exhibit 8 marked at the deposition of Johnny Chen, taken in this case on September 17, 2021.

21.     Attached hereto as Exhibit T is a true and correct copy of Exhibit 12 marked at the deposition of Johnny Chen, taken in this case on September 17, 2021.

22.     Attached hereto as Exhibit U is a true and correct copy of a document marked GOOG-SING-00209005 that was produced to Singular by Google in this case on March 26, 2021.

23.     Attached hereto as Exhibit V is a true and correct copy of excerpts from Google's Sixth Supplemental Responses and Objections to Singular's First Set of Interrogatories (Nos. 1-10) dated July 23, 2021.

24.     Attached hereto as Exhibit W is a true and correct copy of excerpts from Google's Fifth Supplemental Responses and Objections to Singular's First Set of Interrogatories (Nos. 22-30) dated July 23, 2021.

25.     Attached hereto as Exhibit X is a true and correct copy of Singular's Supplemental Claim Chart for claim 53 of the '273 patent.

26. Attached hereto as Exhibit Y is a true and correct copy of Singular's Supplemental Claim Chart for claim 7 of the '156 patent.

Executed at Boston, Massachusetts on May 19, 2023.

/s/ Kevin Gannon