# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### DECLARATION OF DANIEL MCGONAGLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF PHILIP GREEN

I, Daniel McGonagle, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's opposition to the motion to of defendant, Google LLC ("Google"), to exclude certain opinion testimony of Philip Green.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Philip Green dated December 22, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00027477.

4. Attached hereto as Exhibit C is a true and correct copy of Alphabet Inc.'s Form 10-K for the fiscal year ended December 31, 2018.

5. Attached hereto as Exhibit D is a true and correct copy of Alphabet Inc.'s Form 10-K for the fiscal year ended December 31, 2019.

6. Attached hereto as Exhibit E is a true and correct copy of Alphabet Inc.'s Form 10-K for the fiscal year ended December 31, 2020.

4507393.v1

7.     Attached hereto as Exhibit F is a true and correct copy of Alphabet Inc.'s Form 10-K for the fiscal year ended December 31, 2021.

8.     Attached hereto as Exhibit G is a true and correct copy of a website with an address of https://research.google/people/105290/ accessed on May 19, 2023.

9.     Attached hereto as Exhibit H is a true and correct copy of the Rebuttal Expert Report of Laura B. Stamm dated March 3, 2023.

10.    Attached hereto as Exhibit I is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00204722.

11.    Attached hereto as Exhibit J is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00241513 .

12.    Attached hereto as Exhibit K is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00027474.

13.    Attached hereto as Exhibit L is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00083889.

14.    Attached hereto as Exhibit M is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00141713.

15.    Attached hereto as Exhibit N is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00142221.

16.    Attached hereto as Exhibit O is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-000217749.

17.    Attached hereto as Exhibit P is a true and correct copy of the Expert Report of Sunil P. Khatri, PhD dated December 22, 2022.

18. Attached hereto as Exhibit Q is a true and correct copy of a document produced by Google bearing bates reference GOOG-SING-00241497.

19. Attached hereto as Exhibit R is a true and correct copy of excerpts of Defendant's Fifth Supplemental Responses and Objections to Plaintiff's Third Set of Interrogatories (Nos. 12-20) served on July 13, 2021.

20. Attached hereto as Exhibit S is a true and correct copy of an excerpt from the deposition of Philip Green dated March 22, 2023.

Executed at Boston, Massachusetts on May 19, 2023.

*/s/ Daniel McGonagle*