# EXHIBIT G

 Google Research

Philosophy    Research Areas    Publications    People    Resources    Outreach    Careers

PEOPLE ›

# Dave Patterson

**About**

David Patterson received BA, MS, and PhD degrees from UCLA. He is a UC Berkeley Pardee professor emeritus, a Google distinguished engineer since 2016, the RIOS Laboratory Director, and the RISC-V International Vice-Chair.

His most influential Berkeley projects likely were RISC and RAID. He received service awards for his roles as ACM President, Berkeley CS Division Chair, and CRA Chair and awards for his teaching. The most prominent of his seven co-authored books is *Computer Architecture: A Quantitative Approach*.

He and his co-author John Hennessy shared the 2017 ACM A.M Turing Award, the 2021 BBVA Foundation Frontiers of Knowledge Award, and the 2022 NAE Charles Stark Draper Prize for Engineering. The Turing Award is often referred to as the "Nobel Prize of Computing" and the Draper Prize is considered a "Nobel Prize of Engineering."

Outside of work he plays soccer, lifts weights, cycles, and bodysurfs. He has been married to his high-school sweetheart since 1967, and they have raised two sons, who in turn are raising four grandchildren.

**Research Areas**

Hardware and Architecture        Machine Intelligence

**Authored publications**                                                                Google publications

Filters        Sort by: Year                                                                2 publications

Research areas

Year

### The Carbon Footprint of Machine Learning Training Will Level Out and Then Reduce

Chen Liang, Dave Patterson, David Richard So, Jeff Dean, Lluis-Miquel Munguia, Maud Texier, Quoc V. Le

*IEEE Computer* (2022)

Google Research

Philosophy    Research Areas    Publications    People    Resources    Outreach    Careers

### In-Datacenter Performance Analysis of a Tensor Processing Unit

Norman P. Jouppi, Cliff Young, Nishant Patil, David Patterson, Gaurav Agrawal, Raminder Bajwa, Sarah Bates, Suresh Bhatia, Nan Boden, Al Borchers, Rick Boyle, Pierre-luc Cantin, Clifford Chao, Chris Clark, Jeremy Coriell, Mike Daley, Matt Dau, Jeffrey Dean, Ben Gelb, Tara Vazir Ghaemmaghami, Rajendra Gottipati, William Gulland, Robert Hagmann, C. Richard Ho, Doug Hogberg, John Hu,...

*ISCA* (2017) (to appear)

### Learn more about how we do research

We maintain a portfolio of research projects, providing individuals and teams the freedom to emphasize specific types of work

Our Research Philosophy

Google    Privacy    Terms    About Google    Google Products    Feedback