# EXHIBIT L

# FILED UNDER SEAL

# (Exhibit L will be provided to the Court in native format)