# EXHIBIT N

# FILED UNDER SEAL

# (Exhibit N will be provided to the Court in native format)