# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF KERRY L. TIMBERS

Please enter the appearance of Kerry L. Timbers in the above-captioned action on behalf of Plaintiff, Singular Computing LLC.

Date: May 24, 2023

Respectfully submitted,

SINGULAR COMPUTING LLC

By its attorney,

*/s/ Kerry L. Timbers*
Kerry L. Timbers (BBO #552293)
SUNSTEIN LLP
100 High Street
Boston, MA 02110-2321
(617) 443-9292
ktimbers@sunsteinlaw.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 24, 2023 to all counsel of record through the Court's CM/ECF system.

                                              */s/ Kerry L. Timbers*
                                              Kerry L. Timbers