UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**SECOND DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NO INVALIDITY BASED ON CNAPS AND GRAPE-3**

I, Kevin Gannon, hereby declare as follows:

1.      I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action.  I submit this second declaration in support of Singular's motion for partial summary judgment of no invalidity based on the CNAPS and GRAPE-3 devices.

2.      Attached hereto as Exhibit F is a true and correct copy of the invalidity claim chart labeled "Exhibit 3 – CNAPS" that was served on Singular by counsel for defendant, Google LLC, on November 6, 2020.

3.      Exhibits A-E were attached to my first declaration in support of Singular's motion for partial summary judgment of no invalidity based on the CNAPS and GRAPE-3 devices

Executed at Boston, Massachusetts on June 1, 2023.


                                            */s/ Kevin Gannon*
                                            _____

4513423.v1