IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**DECLARATION OF ASIM M. BHANSALI IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF SUNIL KHATRI PH.D.**

I, Asim M. Bhansali, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney at the law firm of Kwun Bhansali Lazarus LLP. I represent Defendant Google LLC in this case.

2. I make this declaration based on my personal knowledge and on a reasonable investigation of the facts relevant to this case. If called upon to testify regarding the facts in this Declaration, I am willing and able to do so.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the final transcript of the March 23, 2023 deposition of Dr. Sunil Khatri.

Executed at San Francisco, CA on June 2, 2023.

*/s/ Asim M. Bhansali*
Asim M. Bhansali

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                          */s/ Nathan R. Speed*
                                                          Nathan R. Speed