# Exhibit 1

```
1                UNITED STATES DISTRICT COURT
2                  DISTRICT OF MASSACHUSETTS
3
4
5   SINGULAR COMPUTING LLC,        )
                                   )
6           Plaintiff,             )
                                   )
7      vs.                         ) Case Nos.
                                   ) 1:19-cv-12551-FDS
8   GOOGLE LLC,                    )
                                   )
9           Defendant.             )
                                   )
10
11
12
13
14  ████████████████████████████████████████████████
15
16
17              REMOTE VIDEO DEPOSITION OF
18                  DR. SUNIL P. KHATRI
19
20
21
22
23
24  DATE TAKEN:  MARCH 23, 2023
    REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25  JOB NO. 5805108
    PAGES:  1 - 349
```

Page 1

```
 1          to describe it in any further detail,
 2          especially because this is an infringement
 3          report, not a report on the details of the
 4          patent.
 5              So it -- my report just described the         03:23:20
 6          patent briefly.  For example, if you look
 7          at -- it talks about the patents in -- trying
 8          to remember where I wrote that part.
 9              So the patents are described in just a
10          brief manner because the patents speak for        03:24:06
11          themselves.  I didn't need -- see a need to
12          be elaborating profusely on the patents.
13              But my -- my brief description of the
14          patents is -- is on -- it starts on page 12.
15          And -- and it's basically about three pages.      03:24:21
16          It ends in the middle of page 14.
17              Again, because -- because the patents
18          speak for themselves and this is -- this is
19          an infringement report, I didn't see a need
20          to be focusing extensively and profusely on       03:24:38
21          the details of the patent.
22   BY MR. BHANSALI:
23       Q.  Is it your understanding that the
24   specification of the patents teaches that a
25   processing element is a tangible object?                 03:24:54
```

Page 186

```
 1          MR. SEEVE:  Objection.  Vague and
 2     ambiguous.
 3          THE WITNESS:  Can you repeat the
 4     question?
 5  BY MR. BHANSALI:                                    03:25:03
 6     Q.  Does the specification of the
 7  patents-in-suit teach that a processing element is
 8  a tangible object?
 9          MR. SEEVE:  Objection.  Vague and
10     ambiguous.  Calls for a legal conclusion.       03:25:12
11          THE WITNESS:  So I don't know the
12     connotation of the word, quote/unquote,
13     "tangible object" in a legal sense.  So I'm
14     hesitant to answer it because I'm not a legal
15     expert.                                         03:25:27
16          So if the word, quote/unquote, legal --
17     I'm sorry, "tangible object" has some
18     specific, you know, legal meaning, I'm
19     unaware of it, and I'm -- you know, my answer
20     is not -- it should not be construed in a       03:25:38
21     legal sense, of course, because I'm not a
22     legal expert.
23          But that said, there's ample disclosure
24     in the patent that the processing element is
25     a circuit.  There's -- there's a lot of         03:25:58
```

Page 187

| | | |
|---|---|---|
| 1 | description about that, and there's figures | |
| 2 | devoted to it.  There's text devoted to it, | |
| 3 | and some of that text we've been discussing | |
| 4 | when we were looking at Column 11. | |
| 5 | And if I look further at the patent, I'm | 03:26:14 |
| 6 | sure I'll find much more text. | |
| 7 | I'm looking at the patent briefly as we | |
| 8 | speak, and there's a great deal of disclosure | |
| 9 | about processing element.  There's also | |
| 10 | figures and such. | 03:26:26 |
| 11 | Now, and the patent, you know, teaches | |
| 12 | hardware.  So this is basically, you know, | |
| 13 | the processing element is a hardware object. | |
| 14 | It is actually a circuit. | |
| 15 | In fact, the figure that we were | 03:26:39 |
| 16 | discussing some time ago, the Figure 4, | |
| 17 | described circuit elements, circuit elements | |
| 18 | comprising the -- the processing element. | |
| 19 | So to me, and also to a person of | |
| 20 | ordinary skill in the art, when they read the | 03:26:56 |
| 21 | patent and they read the disclosure and the | |
| 22 | figures -- this would be, I guess, Figures 1, | |
| 23 | 2, 3, 4, at least; I'm just eyeballing these | |
| 24 | real quick -- the first four figures, even | |
| 25 | Figure 6, and then also, you know, much of | 03:27:16 |

```
 1          the specification of the patent, including
 2          the paragraphs that we discussed in some
 3          detail, which were in columns 11, all of
 4          these to a person of ordinary skill in the
 5          art would suggest that the processing element    03:27:30
 6          is -- is a circuit, is a -- you know, it's a
 7          physical circuit.
 8              And to a person -- you know, to a person
 9          who is an electrical engineer, they would
10          know that this is basically -- this is          03:27:44
11          describing a circuit that's -- you know,
12          that's -- that's a concrete circuit.
13              And, again, I don't know if the word
14          "concrete" has legal connotations, but I mean
15          this in the sense of, you know, a distinct      03:27:58
16          circuit, is what I mean.
17     BY MR. BHANSALI:
18          Q.  When you say "concrete," you mean an
19     actual physical circuit?
20              MR. SEEVE:  Objection.                      03:28:08
21              THE WITNESS:  At least -- again --
22              MR. SEEVE:  I'm sorry.
23              THE WITNESS:  Sorry.
24              MR. SEEVE:  Objection.  That's all I'll
25          say.                                            03:28:17
```

Page 189

```
 1           THE WITNESS:  I think there's a gap in
 2      the audio.
 3           But can I ask you to repeat the question,
 4      please.
 5   BY MR. BHANSALI:                                         03:28:26
 6      Q.  Let me ask a different question.
 7           So you gave a long answer, and my
 8   question is:  Do you agree that the circuit that
 9   you describe the processing element as comprising
10   has to be a tangible -- tangible, physical            03:28:45
11   circuit?
12           MR. SEEVE:  Objection.  Vague and
13      ambiguous.  Calls for a legal conclusion.
14           THE WITNESS:  That was your question to
15      start with; correct?  And you're asking the         03:28:56
16      same question again?  Is that correct?
17   BY MR. BHANSALI:
18      Q.  No.  I'm asking a slightly different
19   question.
20      A.  Okay.  Then maybe -- let me hear it              03:29:02
21   carefully.  Sorry.
22      Q.  Okay.  Do you agree that the circuit that
23   you say the processing element comprises has to be
24   a tangible, physical circuit?
25           MR. SEEVE:  Objection.  Mischaracterizes        03:29:19
```

1       the report.  Vague and ambiguous.

2           THE WITNESS:  Okay.  Excuse me.

3           So as I said earlier, if there are legal

4       connotations to the word "tangible" or the

5       word "physical" in -- in law, I would be              03:29:35

6       unaware of them, and therefore I'd be

7       hesitant to use that language.

8           But what I would basically say, which

9       I've been saying, is that in the

10      specification of the patent, in the                  03:29:50

11      disclosures of the patent, in figures as well

12      as in multiple, you know, paragraphs in the

13      specification, some of which we've discussed,

14      you know, in this deposition, including those

15      paragraphs in -- you know, in -- in Column           03:30:08

16      11, a person of ordinary skill in the art,

17      looking at these figures, looking at this

18      disclosure, looking at these paragraphs,

19      would understand a PE, or the processing

20      element, to be a digital circuit, to be a            03:30:25

21      circuit which has, you know -- you know, the

22      components described because -- you know,

23      because the disclosure describes it as a

24      digital circuit.

25          It describes the circuit with components         03:30:39

|    |    |    |
|----|----|----|
| 1  | in it which a person of ordinary skill in the | |
| 2  | art would readily understand to be digital | |
| 3  | circuit components. | |
| 4  | So a person of ordinary skill in the art | |
| 5  | would -- reading this, reading the patent and | 03:30:50 |
| 6  | reading the -- and looking at the figures | |
| 7  | would readily understand that a PE is taught | |
| 8  | to be a circuit. | |
| 9  | BY MR. BHANSALI: | |
| 10 | Q.  And can that circuit be implemented in | 03:31:04 |
| 11 | software? | |
| 12 | MR. SEEVE:  Objection.  Calls for a legal | |
| 13 | conclusion.  Vague and ambiguous. | |
| 14 | THE WITNESS:  You know, a circuit by | |
| 15 | definition is a hardware entity.  A circuit | 03:31:16 |
| 16 | is something that -- you know, a circuit is | |
| 17 | something that, you know, especially -- | |
| 18 | sorry. | |
| 19 | When you -- when you read the disclosure | |
| 20 | of the -- of the patent, a person of ordinary | 03:31:29 |
| 21 | skill in the art would clearly understand | |
| 22 | that what is disclosed, you know, is -- is -- | |
| 23 | is not software, but what is disclosed is | |
| 24 | a -- is a hardware circuit, is a hardware, | |
| 25 | you know, processing element; that -- that, | 03:31:49 |

Page 192

```
 1            you know, pages of -- pages and pages of this
 2            disclosure make it clear that that -- that
 3            what's described is a hardware circuit.
 4      BY MR. BHANSALI:
 5            Q.   And hardware has a physical form;              03:32:00
 6      correct?
 7            MR. SEEVE:  Objection.  Vague and
 8            ambiguous.
 9            THE WITNESS:  Again, as taught, the
10            circuit that is described here would be             03:32:10
11            implemented.  And I think there's also some
12            disclosure about the different ways that it
13            could be implemented and also a comparison of
14            the -- you know, of the teaching of the
15            patent with existing methods that people used       03:32:23
16            to design -- you know, to design this
17            hardware.
18               So there's a description about, you
19            know -- for example, if you look at the
20            "Detailed Description," paragraph 3 -- sorry,       03:32:37
21            Column 3, it talks about CPU chips and CPU
22            chips that were designed before -- before the
23            idea that was taught in the patent.
24               So a person of ordinary skill in the art,
25            reading this, would understand that a CPU           03:32:52
```

Page 193

```
 1          chip is a hardware circuit, and what's being
 2          taught is a better way to implement that,
 3          which means a better hardware circuit.
 4     BY MR. BHANSALI:
 5          Q.  And my question, sir, was whether            03:33:02
 6     hardware has a physical form.
 7               As you use the term "hardware," does that
 8     have to have a physical form?
 9          MR. SEEVE:  Objection.  Vague and
10          ambiguous.                                       03:33:14
11          THE WITNESS:  So I'm -- again, I don't
12          know if there's a -- the word "physical" has
13          some legal meaning.  But, for example, when
14          we talk about a CPU or a chip or a -- or a
15          circuit, these are typically implemented         03:33:28
16          using -- you know, using -- using
17          transistors, using, like, something -- using
18          MOSFETs or, you know -- or different kinds of
19          transistors and -- and -- and circuits.
20               So this is basically a circuit              03:33:51
21          realization.  So this is not just a concept,
22          but it's more than a concept.  It a hardware
23          circuit that implements a certain function.
24     BY MR. BHANSALI:
25          Q.  And does hardware have to be physical or     03:34:03
```

Page 194

```
 1    tangible?  You've used the word "hardware."  I'm

 2    just asking whether the word, as you're using it,

 3    has to be something that's physical or tangible.

 4           MR. SEEVE:  Objection.  Vague and

 5        ambiguous.                                        03:34:15

 6           THE WITNESS:  Again, like I said, I'm

 7        not -- I'm not a lawyer and I don't know if

 8        the word "tangible" has some legal

 9        ramifications or legal connotations.

10           And to the extent that -- to the extent    03:34:26

11        that I -- that I give you an answer, I want

12        to let -- I want it known that I'm not giving

13        this from a legal -- I'm not giving any legal

14        opinion because I don't have a legal opinion.

15        I'm not a -- I'm not a lawyer.  I'm not         03:34:40

16        trained in the law.

17           But, you know, when -- when we design

18        hardware, when we design circuits, the

19        understanding is that these circuits will be

20        implemented in a, you know -- on some type of   03:34:57

21        substrate, which would be typically an

22        integrated circuit substrate, which would

23        then potentially be incorporated in a board,

24        in a printed circuit board or something.

25    ///
```

|    |   |   |
|----|---|---|
| 1  | of which we have been discussing in -- | |
| 2  | earlier today, Column 11, for example.  But | |
| 3  | that's not -- that's just a subset of the | |
| 4  | disclosure of the processing element. | |
| 5  | So I used the processing element | 03:41:09 |
| 6  | disclosures in the patent to inform me as to | |
| 7  | what the word "processing element," as | |
| 8  | described in the Court's claim construction, | |
| 9  | which you see on page 18, paragraph 85, of my | |
| 10 | report -- you know, I used -- I used -- I | 03:41:24 |
| 11 | used the patent to inform me as to what -- | |
| 12 | you know, in the context of the patent, what | |
| 13 | the term "processing element" would mean. | |
| 14 | BY MR. BHANSALI: | |
| 15 |     Q.  Okay.  And my question is that | 03:41:37 |
| 16 | understanding -- did that understanding include | |
| 17 | that the processing element is a tangible piece of | |
| 18 | hardware? | |
| 19 |     MR. SEEVE:  Objection.  Vague and | |
| 20 | ambiguous.  Asked and answered. | 03:41:50 |
| 21 |     THE WITNESS:  So, you know -- you know, | |
| 22 | my understanding, based on reading the | |
| 23 | patent, was that a processing element -- and | |
| 24 | I'm -- is literally what is described in the | |
| 25 | Court's claim construction, which is -- | 03:42:04 |

Page 201

```
1        sorry, an execution unit.  I'll start again.
2            In my understanding of the word
3        "execution unit," I applied the Court's claim
4        construction, which is a processing element
5        comprising an arithmetic circuit paired with      03:42:17
6        a memory circuit.
7            Now, in that understanding, I didn't,
8        again, inject, you know -- you know, more
9        language, whether this is a physical -- I
10       didn't inject language like whether it's         03:42:33
11       physical or whether it is, as you said,
12       tangible, earlier.
13           I didn't -- I remain and I remained
14       faithful to the Court's claim construction
15       language, you know, in -- in the Court's         03:42:47
16       claim construction for execution unit.
17           May I request a break.
18           MR. BHANSALI:  I was actually just going
19       to suggest that, Dr. Khatri, because I was
20       about to move to a different topic, and you      03:43:01
21       had requested breaks every 45 minutes or so.
22       I was going to suggest that.
23           THE VIDEOGRAPHER:  Going off the record.
24       The time is 3:43.
25           (Short break taken.)                         03:59:10
```

Page 202