# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS |

### DECLARATION OF DANIEL MCGONAGLE IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN TESTIMONY OF LAURA B. STAMM AND DR. MARTIN WALKER REGARDING REASONABLE ROYALTY

I, Daniel McGonagle, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for the plaintiff in this action, Singular Computing LLC ("Singular"). I submit this declaration in support of Plaintiff's Reply in Support of its Motion to Exclude Certain Testimony of Laura B. Stamm and Dr. Martin Walker regarding Reasonable Royalty.

2. Attached hereto as Exhibit N is a true and correct copy of excerpts from the Deposition of Martin Walker, Ph.D. dated March 31, 2023.

3. Attached hereto as Exhibit O is a true and correct copy of excerpts from the Rebuttal Expert Report of Martin Walker, Ph. D. dated March 3, 2023.

4. Attached hereto as Exhibit P is a true and correct copy of excerpts from the Rebuttal Expert Report of Laura B. Stamm dated March 3, 2023.

5. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the Deposition of Laura Stamm dated March 30, 2023.

4515440.v1

2

6.     Attached hereto as Exhibit R is a true and correct copy of excerpts from the Deposition of Norman Jouppi dated July 16, 2021.

7.     Attached hereto as Exhibit S is a true and correct copy of excerpts from the Expert Report of Philip Green dated December 22, 2022.

Executed under the pains and penalties of perjury of the United States of America at Boston, Massachusetts on June 2, 2023.

                                             /s/ Daniel McGonagle

4515440.v1