IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SINGULAR'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF LAURA STAMM AND DR. MARTIN WALKER**

Defendant Google LLC ("Google") respectfully moves for leave to file a short sur-reply in opposition to Plaintiff Singular Computer LLC's ("Singular") Motion to Exclude Certain Testimony of Laura B. Stamm and Dr. Martin Walker Regarding Reasonable Royalty (Dkt. No. 466) ("Motion"). Singular does not oppose this motion.

As grounds for its request, Google states that Singular's reply brief in support of its Motion (Dkt. No. 531) raises new arguments that were not set forth in its opening brief and which Google therefore did not have the opportunity to address in its opposition brief. Specifically, although Singular's opening brief was premised on Google's alleged failure to disclose a specific available non-infringing alternative to the claimed invention, Singular's reply brief concedes Google disclosed the non-infringing alterative and argues instead that Google's disclosure was insufficiently detailed as to which non-infringing alternatives Google would rely upon at trial. The proposed sur-reply briefly addresses Singular's new argument. Attached hereto as Exhibit 1 is Google's proposed sur-reply.

For the above reasons, Google respectfully requests that leave be granted for Google to file its proposed sur-reply.

Respectfully submitted,

Dated: June 14, 2023        By:    /s/ Nathan R. Speed
                                   Gregory F. Corbett (BBO #646394)
                                   gcorbett@wolfgreenfield.com
                                   Nathan R. Speed (BBO # 670249)
                                   nspeed@wolfgreenfield.com
                                   Elizabeth A. DiMarco (BBO #681921)
                                   edimarco@wolfgreenfield.com
                                   Anant K. Saraswat (BBO #676048)
                                   asaraswat@wolfgreenfield.com
                                   WOLF, GREENFIELD & SACKS, P.C.
                                   600 Atlantic Avenue
                                   Boston, MA 02210
                                   Telephone: (617) 646-8000
                                   Fax: (617) 646-8646

                                   Robert Van Nest (admitted *pro hac vice*)

rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
mybarra@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Stephanie J. Goldberg (admitted *pro hac vice*)
sgoldberg@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
Rachael E. Meny (admitted *pro hac vice*)
rmeny@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100

Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I certify that on June 12, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that it does not oppose the relief requested in this motion.

/s/ Nathan R. Speed
Nathan R. Speed

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Nathan R. Speed
Nathan R. Speed