# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action No. 1:19-cv-12551-FDS |

### PLAINTIFF'S REQUEST FOR STATUS CONFERENCE

Plaintiff, Singular Computing LLC ("Singular"), requests that the Court schedule a brief Status Conference to discuss a Pretrial Schedule.[1]

At the motion hearing on June 28, 2023, the Court scheduled a Status Conference for July 18, 2023.  At the hearing, counsel advised the Court that the parties planned to continue to confer regarding a pretrial schedule and may require the Court's assistance if they were unable to reach agreement.  The parties have been conferring about a pretrial schedule for over a week now but have been unable to agree upon a schedule.  With the September 11, 2023 trial date imminent, Singular respectfully requests the Court to schedule a Status Conference as soon as possible to discuss the pretrial schedule.

The schedule proposed by Singular is set forth below:

| Event | Singular Proposed Deadline |
|---|---|
| Exchange Deposition Designations, Discovery Designations, and Exhibit Lists | 7/12/2023 |
| Exchange Witness Lists | 7/19/2023 |
| Exchange proposed jury instructions / voir dire / jury questionnaire / verdict forms | 7/19/2023 |

---

[1] Counsel for Singular has given notice of this request to counsel for defendant Google LLC ("Google") pursuant to paragraph 4 of Procedural Provisions of the Corrected Scheduling Order.

| Event | Singular Proposed Deadline |
|---|---|
| Objections to Exhibit Lists | 7/26/2023 |
| Exchange objections to proposed jury instructions / voir dire / jury questionnaire / verdict forms | 8/2/2023 |
| Reply to Exhibit Lists | 8/2/2023 |
| Exchange counters and objections to deposition designations and objections to discovery designations | 8/3/2023 |
| File MILs | 8/17/2023 |
| Pretrial Memo | 8/17/2023 |
| File MIL Oppositions | 8/24/2023 |
| Final Pretrial Conference | 9/5/2023 |
| Trial Date | 9/11/2023 |

Accordingly, Singular respectfully requests the Court to schedule a Status Conference as soon as possible to discuss the pretrial schedule.

Dated: June 30, 2023

Respectfully submitted,

/s/ Kevin Gannon
Matthew D. Vella (BBO #660171)
Adam R. Doherty (BBO #669499)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO#670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: adoherty@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com

Kerry L. Timbers (BBO #552293)
**SUNSTEIN LLP**
100 High Street
Boston, MA 02110
Tel: (617) 443-9292
Email: ktimbers@sunsteinlaw.com

ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                               */s/ Kevin Gannon*