IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS <br><br> Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFF SINGULAR'S
REQUEST FOR STATUS CONFERENCE**

In anticipation of the July 6, 2023 status conference (Dkt. No. 540), Defendant Google LLC respectfully submits this brief response to Singular's request for a status conference (Dkt. No. 539). At the recent hearing on the parties' pending motions for summary judgment and to strike certain expert testimony, the Court indicated that it may rule on certain of those motions at or before the upcoming July 18, 2023 status conference. Setting pretrial disclosures is thus premature as the Court's rulings on the pending motions will clarify the scope of this case going forward and thus what pretrial disclosures (if any) the parties should submit.

However, should the Court wish to set a schedule for pretrial disclosures before the upcoming July 18, 2023 status conference, then subject to Google's pending motion to continue the trial (Dkt. No. 453), Google respectfully requests that the Court adopt Google's proposed schedule below. Unlike Singular's proposed schedule, Google's proposed schedule would give the parties time to account for any rulings the Court issues on July 18, 2023, and thus Google's proposed schedule will save the parties from spending time and effort on issues that the Court's rulings may moot.

| Event | Singular Proposed Deadline | Google Proposed Deadline |
|---|---|---|
| Exchange Deposition Designations, Discovery Designations, and Exhibit Lists | 7/12/2023 | 8/3/2023 (Exhibit List Only) |
| Exchange Witness Lists | 7/19/2023 | 8/3/2023 |
| Exchange Deposition & Discovery Designations | *See* above | 8/9/2023 |
| Exchange proposed jury instructions / voir dire / jury questionnaire / verdict forms | 7/19/2023 | 8/8/2023 (Jury Instructions Only) |
| Objections to Exhibit Lists | 7/26/2023 | 8/10/2023 |
| Exchange jury questionnaire / voir dire / verdict forms | *See* above | 8/11/2023 |
| Exchange objections to proposed jury instructions / voir dire / verdict forms | 8/2/2023 | 8/15/2023 (Jury Instructions Only) |
| Exchange counters and objections to deposition designations and objections to discovery designations | 8/3/2023 | 8/16/2023 |
| Reply to Exhibit Lists | 8/2/2023 | 8/17/2023 |
| Exchange objections to jury questionnaire / voir dire / verdict forms | *See* above | 8/18/2023 |
| File MILs | 8/17/2023 | |
| Pretrial Memo | 8/17/2023 | 8/24/2023 |
| File MIL Oppositions | 8/24/2023 | |
| Final Pretrial Conference | 9/5/2023 | 8/31/2023 or at the Court's convenience |
| Trial Date | 9/11/2023 | 9/11/2023 |

Respectfully submitted,

Dated: July 5, 2023      By:   */s/ Nathan R. Speed*
Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Nathan R. Speed (BBO # 670249)
nspeed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
mybarra@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Stephanie J. Goldberg (admitted *pro hac vice*)
sgoldberg@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
Rachael E. Meny (admitted *pro hac vice*)
rmeny@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100

Case 1:19-cv-12551-FDS   Document 541   Filed 07/05/23   Page 4 of 5

Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                */s/ Nathan R. Speed*
                                                Nathan R. Speed