# EXHIBIT A



**KEKER VAN NEST & PETERS**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Rachael Meny**
(415) 676-2245
rmeny@keker.com

July 12, 2023

*VIA ELECTRONIC MAIL*

Kerry Timbers
**Sunstein LLP**
100 High Street
Boston, MA 02110

Matthew Vella
Kevin Gannon
Daniel McGonagle
Brian Seeve
**Prince Lobel Tye LLP**
One International Place, Suite 3700
Boston, MA 02110

Re:   *Singular Computing LLC v. Google LLC*
      Case No. 1:19-cv-12551-FDS

Dear Counsel:

Below please find a link to an FTP site containing Google's production volume GOOG-SING026, bearing Bates numbers GOOG-SING-00242320 - GOOG-SING-00242343. In the course of preparing for trial, we identified these documents, which had not been previously produced. The password will be sent to you in a separate email.

https://sendfiles.keker.com/link/Nk60BdGOde47BtoJ3NNHY5

Regards,

KEKER, VAN NEST & PETERS LLP

/s/ Rachael Meny

cc:   All counsel (via email)

2100521