# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:19-cv-12551-FDS <br><br> Hon. F. Dennis Saylor IV |

**CERTIFICATION OF ERIC K. PHUNG
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Eric K. Phung, certify as follows:

1. I am an associate at the law firm Keker, Van Nest & Peters LLP in San Francisco, California;

2. I am a member of the bar in good standing in the jurisdiction where I have been admitted to practice including the State Bar of California;

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 21st day of July, 2023.

                                                                                    */s/ Eric K. Phung*
                                                                                    Eric K. Phung