**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**JOINT MOTION TO SET PRETRIAL DEADLINES**

Plaintiff Singular Computing LLC ("Singular") and Defendant Google LLC ("Google") jointly request that the Court set the following pretrial deadlines for the upcoming January 8, 2024 trial in this matter:

| Deadline(s) | Date |
|---|---|
| Exchange Deposition Counter-designations and Objections<br><br>Exchange Supplements to Exhibit List and Witness List<br><br>File Proposed Jury Questionnaires (**Singular does not agree that a Jury Questionnaire is helpful** especially of the type proposed by Google.) | December 1, 2023 |
| File Motions in Limine | December 13, 2023 |
| File Pre-trial Memorandum, Proposed Jury Instructions, Voir Dire, and Proposed Verdict Form.<br><br>File Final Exhibit Lists, Witness Lists, and Deposition/Discovery Designations<br><br>File Oppositions to Motions in Limine | December 20, 2023 |
| File L.R. 16.5(f) Trial Brief (if desired by the Court) | December 29, 2023 |

The parties respectfully request that the Court grant this joint motion.

Dated: August 21, 2023                    Respectfully submitted,

*/s/ Kevin Gannon*                         */s/ Nathan R. Speed*
Kevin Gannon (BBO #640931)                Nathan R. Speed (BBO #670249)
kgannon@princelobel.com                   nspeed@wolfgreenfield.com
PRINCE LOBEL TYE LLP                      WOLF, GREENFIELD & SACKS, P.C.
One International Place, Suite 3700        600 Atlantic Avenue
Boston, MA 02110                          Boston, MA 02210
Tel: (617) 456-8000                       Telephone: (617) 646-8000

*Counsel for Plaintiff Singular Computing LLC*     *Counsel for Defendant Google LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


*/s/ Nathan R. Speed*
Nathan R. Speed