**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | Hon. F. Dennis Saylor IV |
| GOOGLE LLC, | |
| Defendant. | |

**DECLARATION OF KEVIN GANNON IN SUPPORT OF**
**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL**
**DEPOSITION AND DOCUMENT DISCOVERY**

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's Reply in Support of its Motion to Compel Deposition and Document Discovery.

2. Attached hereto as Exhibit Q is a true and correct copy of an email from Christopher Sun to Kerry Timbers *et. al*. dated July 31, 2023.

Executed at Boston, Massachusetts on August 21, 2023.

*/s/ Kevin Gannon*
