# EXHIBIT Q

| | |
|---|---|
| **From:** | Christopher S. Sun <CSun@keker.com> |
| **Sent:** | Monday, July 31, 2023 2:05 PM |
| **To:** | Kerry Timbers |
| **Cc:** | kvp-singular; matthiaskamber@paulhastings.com; abhansali@kblfirm.com; mkwun@kblfirm.com; Nathan R. Speed; anant.saraswat@wolfgreenfield.com; Kevin Gannon; Singular |
| **Subject:** | Singular v. Google: ███████ Depositions |

Hi Kerry,

In furtherance of our meet and confer on Thursday, I wanted to let you know that Google believes it is appropriate to defer the question of whether ███████████████ should be presented for deposition again. To be clear, Google is not categorically rejecting Singular's request to re-depose ███████████████. We just think it makes more sense to revisit this issue once the parties understand the full scope of what (if any) additional discovery Google may need to produce. Moreover, the question of depositions is further complicated by the fact that ████████████████████████████. Given that the parties agree that any depositions (e.g. ████████) shouldn't happen in the immediate future, we propose revisiting this dispute after we have completed any necessary document production, to the extent there is any.

Sincerely,

Chris