# Exhibit U

| | |
|---|---|
| **From:** | Deeva V. Shah |
| **Sent:** | Wednesday, August 23, 2023 10:20 AM |
| **To:** | ktimbers@sunsteinlaw.com; singular@princelobel.com |
| **Cc:** | kvp-singular; matthiaskamber@paulhastings.com; abhansali@kblfirm.com; mkwun@kblfirm.com; Nathan R. Speed; Anant.Saraswat@WolfGreenfield.com; Raina M. Abaya |
| **Subject:** | RE: Singular v. Google - PROD029 |

Counsel:

We respectfully request that if you intend to seek further relief from the Court based on your review of Google's latest production, please explain what relief you will seek as required by L.R. 7.1(a)(2). We believe the parties may be able to resolve or narrow any such request if reasonable.

Furthermore, you noted at Monday's status conference that you may still have questions about Google's recent productions. If you have specific questions beyond your email this morning, could you please send those in writing so that we can provide responses and limit the number of issues we need to address before the Court?

Regards,
Deeva

**Deeva V. Shah**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2268 direct | 415 391 5400 main
dshah@keker.com | vcard | keker.com

**From:** Raina M. Abaya <RAbaya@keker.com>
**Sent:** Monday, August 21, 2023 12:11 PM
**To:** ktimbers@sunsteinlaw.com; singular@princelobel.com
**Cc:** kvp-singular <kvpsingular@keker.com>; matthiaskamber@paulhastings.com; abhansali@kblfirm.com; mkwun@kblfirm.com; Nathan R. Speed <Nathan.Speed@WolfGreenfield.com>; Anant.Saraswat@WolfGreenfield.com
**Subject:** Singular v. Google - PROD029

Counsel,

Please see the attached production letter. The password will follow in a separate email.

Thank you.

**Raina M. Abaya**
Paralegal
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 773 6692 direct | 415 391 5400 main
rabaya@keker.com | keker.com