```
 1                   UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2

 3

 4    SINGULAR COMPUTING LLC,          )
                                       )
 5                    Plaintiff        )  Civil Action
                                       )
 6                                     )  No. 19-12551-FDS
      vs.                              )
 7                                     )
      GOOGLE LLC,                      )
 8                    Defendant        )

 9

10    BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV

11

12
                         STATUS CONFERENCE
13

14

15         John Joseph Moakley United States Courthouse
                        1 Courthouse Way
16                      Boston, MA 02210

17

18                    September 11, 2023
                          12:00 p.m.
19

20

21

22

23              Valerie A. O'Hara, FCRR, RPR
                     Official Court Reporter
24         John Joseph Moakley United States Courthouse
                         1 Courthouse Way
25                      Boston, MA 02210
                  E-mail: vaohara@gmail.com
```

```
 1    APPEARANCES:

 2    For The Plaintiff:

 3         Prince, Lobel, Tye, LLP, by DANIEL J. MCGONAGLE, ESQ.,
      One International Place, Suite 3700, Boston, Massachusetts
 4    02110;

 5         McCarter & English, LLP, by BRIAN M. SEEVE, ESQ.,
      265 Franklin Street, Boston, Massachusetts 02110;
 6
           Sunstein LLP, by KERRY L. TIMBERS, ESQ.,
 7    100 High Street, Boston, Massachusetts 02110;

 8    For the Defendant:

 9         Keker, Van Nest & Peters LLP, by ROBERT A. VAN NEST, ESQ.,
      ANNA PORTO, ATTORNEY, RACHAEL E. MENY, ATTORNEY, and
10    CHRISTOPHER S. SUN, ESQ., 633 Battery March Street,
      San Francisco, California 94111.
11
           Kwun, Bhansali, Lazarus LLP, by ASIM M. BHANSALI, ESQ.,
12    555 Montgomery Street, Suite 750, San Francisco, California
      94111;
13
           Wolf, Greenfield & Sacks, P.C., by NATHAN R. SPEED, ESQ.,
14    600 Atlantic Avenue, Boston, Massachusetts 02210.

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          PROCEEDINGS
 2              THE CLERK:  All rise.  Thank you.  You may be seated.
 3   Court is now in session in the matter of Singular Computing LLC
 4   vs. Google LLC, Matter Number 19-12551.
 5              Participants are reminded that photographing,
 6   recording or rebroadcasting of this hearing is prohibited and
 7   may result in sanctions.
 8              Would counsel please identify themselves for the
 9   record, starting with the plaintiff.
10              MR. TIMBERS:  Good afternoon, your Honor,
11   Kerry Timbers for plaintiff, and with me is Brian Seeve, and
12   online Dan McGonagle.
13              THE COURT:  All right.  Good afternoon.
14              MR. VAN NEST:  Good afternoon, your Honor, for Google,
15   Bob Van Nest.  I'm here with Anna Porto, Rachel Meny, Chris Sun
16   from our office, Nathan Speed from Wolf, Greenfield and
17   Asim Bhansali from Kwun, Bhansali.  Good morning.
18              THE COURT:  Good afternoon to us.
19              MR. VAN NEST:  There we go.
20              THE COURT:  All right.  This is a status conference in
21   this case.  I'm confident everyone is going to report that all
22   of your problems have been worked out and there's really
23   nothing for me to do.  Mr. Timbers.
24              MR. TIMBERS:  That's basically correct, your Honor.
25              THE COURT:  Really?
```
(12:02PM at line 10; 12:03PM at line 20)

```
 1              MR. TIMBERS:  Yes.  We've had a number of very
 2   productive meetings, and from our perspective, based upon the
 3   communication we got Friday, it looks like we've come to an
 4   agreement on a way forward, and some documents are going to be
 5   produced.  In addition, we found some documents that we need to
 6   produce, which we'll be producing this week, and we'll be
 7   answering some questions that have been asked later today.
 8              THE COURT:  What about the depositions?
 9              MR. TIMBERS:  Pardon?
10              THE COURT:  What about the depositions?
11              MR. TIMBERS:  Once the documents are produced, we're
12   going to want to do the depositions right away, and our
13   expectation is there won't be any trouble deciding when those
14   should be, and they'll all be, of course, video.
15              THE COURT:  And completed in the month of
16   October anyway?
17              MR. TIMBERS:  Oh, yes, I would certainly think so,
18   yes.
19              THE COURT:  Mr. Van Nest.
20              MR. VAN NEST:  Your Honor, that's essentially correct.
21   I think the parties have an agreement.  Just to fill you in, we
22   did meet a couple of times last week.  We have now a protocol,
23   which will require Google to review 3600 documents.  We've
24   undertaken that review.  We hope to complete it this week, we
25   hope to produce any responsive relevant documents next week,
```

      1    and once that is done, as Mr. Timbers indicated, we could

      2    schedule the depositions.

      3          Why so many, you may ask.  We were hoping to engage

      4    Singular in a discussion about positive type search terms,

      5    things like LPHDR, approximate math, floating point, but they

      6    chose to simply eliminate obviously irrelevant things, so that

      7    leaves with us about 3600 documents that we're reviewing, and,

      8    as I said, we hope to complete the review this week or early

      9    next and produce the documents.

12:05PM 10          As Mr. Timbers has indicated, they have found some

     11    documents that they believe should have been produced.  They

     12    indicated there were about 200 of those.  I expect they'll be

     13    producing those this week.  We haven't seen them yet.  We have

     14    some questions about how that happened, and they have indicated

     15    they'll answer those in writing this week, and once both sides

     16    have produced the documents, then as your Honor notes, we'll

     17    schedule Dr. Dean and Dr. Loudan, and I hope also that happens

     18    in the month of October and no later than that.

     19          THE COURT:  All right.

12:06PM 20          MR. VAN NEST:  I have one procedural question.

     21          THE COURT:  Yes, go ahead.

     22          MR. VAN NEST:  About a month ago, the parties

     23    submitted a stipulation on the pretrial schedule, and your

     24    Honor signed it.  It has us both filing final pretrial

     25    materials on December 20th, and then a couple of weeks ago,

your Honor set the first pretrial conference on December 14th, so my question is would you like, should the parties renegotiate the filing schedule so you have the final pretrial order and jury instructions and so on before the 14th or were you planning to use that for some other more general check-in purpose?

We do have a second pretrial in January, as you know, but my question is what you would like us to do for the 14th? Should we accelerate the filing or is that not necessary?

THE COURT: I certainly have no issue with you all talking to one another. If you think there's a more rational approach, I'm happy to sign off on it. Normally there are, even in a relatively simple case, a lot of in limine motions, sometimes there are Daubert motions disguised as in limine motions, but, regardless, a lot for me to do, and I normally rule on those orally to the extent I can from the bench. Sometimes that takes more than one conference, depending on how much work is involved, and, of course, I have these pending motions to strike and so forth as it is.

But why don't you talk, if you think that there will be a better schedule, I'm happy to go along with it within reason. I won't set a conference for, you know, the afternoon of December 24th, but I'm amenable to anything.

MR. VAN NEST: Okay. Well, your Honor, I think in that event, what we should do is negotiate some earlier filing.

1  I think the 14th is fine.  We don't want to push it too close
2  to the holiday there, but right now the oppositions to motions
3  in limine and other pretrial stuff isn't due until the 20th, so
4  I think it would be better for you to have it before the
5  conference on the 14th, and we'll endeavor to renegotiate the
6  schedule to make that happen.
7          THE COURT:  Okay.  Why don't you talk to one another,
8  if you can't, I'll take it from there.
9          MR. VAN NEST:  I think we'll be able to agree on that.
12:09PM 10      THE COURT:  All right.  I think I would like to, it
11 just makes me feel more comfortable to have these periodic
12 conferences, just to make sure I'm nipping issues in the bud,
13 or at least if not that, aware of what the issues are.  Why
14 don't we, maybe any time on Monday, October 2nd?  I think if
15 not, I think I'm out the prior Friday.
16         THE CLERK:  How about Monday, the 2nd at 12:00?
17         THE COURT:  Monday, the 2nd at 12:00 eastern time,
18 further conference?
19         MR. TIMBERS:  That's fine, your Honor.
12:09PM 20     MR. VAN NEST:  Your Honor.
21         THE COURT:  Yes.
22         MR. VAN NEST:  I'm wondering if it would make more
23 sense, that's fine, but I'm wondering if it would make more
24 sense to push it back one more week.  It would be nice if we
25 had our documents produced at our depositions either done or at

1    least scheduled, and I don't know how quickly that will happen.
2    I think if we did something on the 9th or something like that,
3    we'd have a better shot at getting more done.
4            THE COURT: That's a sensible suggestion, but I'm out
5    that week, and I'd rather have it a little too early than a
6    little too late, and my schedule the week of the 2nd is up in
7    the air right now, so why don't we just see where we are on the
8    2nd, and if there are issues that need to be resolved, I'll
9    figure out something, okay?
12:10PM 10           MR. VAN NEST: Okay. So is it at noon Boston time on
11   the 2nd?
12           THE COURT: Yes. Again, we may not have much to talk
13   about, that's fine. All right.
14           MR. TIMBERS: Thank you, your Honor.
15           THE COURT: Okay, thank you, all.
16           THE CLERK: All rise.
17           MR. VAN NEST: Thank you, your Honor.
18           (Whereupon, the hearing was adjourned at 12:10 p.m.)

1          C E R T I F I C A T E

2

3    UNITED STATES DISTRICT COURT )

4    DISTRICT OF MASSACHUSETTS ) ss.

5    CITY OF BOSTON )

6              I do hereby certify that the foregoing transcript,

7    Pages 1 through 9 inclusive, was recorded by me

8    stenographically at the time and place aforesaid in Civil

9    Action No. 19-12551-FDS, SINGULAR COMPUTING LLC vs. GOOGLE LLC

10   and thereafter by me reduced to typewriting and is a true and

11   accurate record of the proceedings.

12              Dated September 12, 2023.

13                        s/s Valerie A. O'Hara

14                        _____
                          VALERIE A. O'HARA
                          OFFICIAL COURT REPORTER
15

16

17

18

19

20

21

22

23

24

25