**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S MOTION**
**FOR FURTHER CLAIM CONSTRUCTION UNDER *O2 MICRO***

Defendant Google LLC ("Google") respectfully moves the Court to clarify its prior construction of "execution units" to explain that one execution unit cannot overlap with any other execution unit, for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

Dated: October 30, 2023          By:     /s/ Nathan R. Speed
                                                          Gregory F. Corbett (BBO #646394)
                                                          gcorbett@wolfgreenfield.com
                                                          Nathan R. Speed (BBO #670249)
                                                          nspeed@wolfgreenfield.com
                                                          Elizabeth A. DiMarco (BBO #681921)
                                                          edimarco@wolfgreenfield.com
                                                          Anant K. Saraswat (BBO #676048)
                                                          asaraswat@wolfgreenfield.com
                                                          WOLF, GREENFIELD & SACKS, P.C.
                                                          600 Atlantic Avenue
                                                          Boston, MA 02210
                                                          Telephone: (617) 646-8000
                                                          Fax: (617) 646-8646

                                                          Robert Van Nest (admitted *pro hac vice*)
                                                          rvannest@keker.com
                                                          Michelle Ybarra (admitted *pro hac vice*)
                                                          mybarra@keker.com
                                                          Andrew Bruns (admitted *pro hac vice*)

abruns@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Stephanie J. Goldberg (admitted *pro hac vice*)
sgoldberg@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
Rachael E. Meny (admitted *pro hac vice*)
rmeny@keker.com
Eric K. Phung (admitted *pro hac vice*)
ephung@keker.com
Kaiyi A. Xie (admitted *pro hac vice*)
kxie@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100

Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that, on October 27, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion. Counsel for Plaintiff stated that they oppose the relief requested in this motion.

*/s/ Nathan R. Speed*
Nathan R. Speed

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Nathan R. Speed*
Nathan R. Speed