UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF KEVIN GANNON
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
<u>MOTION FOR FURTHER CLAIM CONSTRUCTION</u>**

I, Kevin Gannon, hereby declare as follows:

1.    I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's opposition to the motion of defendant, Google LLC ("Google"), for further claim construction.

2.    Attached hereto as Exhibit A is a true and correct copy of an email from Nathan R. Speed to Kevin Gannon *et al.* dated October 26, 2023.

3.    Attached hereto as Exhibit B is a true and correct copy of a dictionary excerpt downloaded from www.merriam-webster.com/dictionary/unit on November 10, 2023 (highlighting added).

4.    Attached hereto as Exhibit C is a true and correct copy of a dictionary excerpt downloaded from www.dictionary.com/browse/unit on November 13, 2023 (highlighting added).

5.    Attached hereto as Exhibit D is a true and correct copy of a dictionary excerpt downloaded from www.britannica.com/dictionary/unit on November 10, 2023 (highlighting added).

6. Attached hereto as Exhibit E is a true and correct copy of a dictionary excerpt downloaded from www.oxfordlearnersdictionaries.com/definition/english/unit# on November 13, 2023 (highlighting added).

7. Attached hereto as Exhibit F is a true and correct copy of a dictionary excerpt downloaded from www.yourdictionary.com/unit on November 10, 2023.

8. Attached hereto as Exhibit G is a true and correct copy of a dictionary excerpt downloaded from https://dictionary.sensagent.com/Execution%2520unit/en-en# on November 10, 2023 (highlighting added).

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt downloaded from https://en.wikipedia.org/wiki/Execution_unit on November 10, 2023.

10. Attached hereto as Exhibit I is a true and correct copy of a dictionary excerpt downloaded from www.dictionary.university/Processing%2520element# on November 13, 2023 (highlighting added).

11. Attached hereto as Exhibit J is a true and correct copy of a dictionary excerpt downloaded from https://dictionary.cambridge.org/dictionary/processing-element# on November 10, 2023 (highlighting added).

12. Attached hereto as Exhibit K is a true and correct copy of a document produced in this case by Google and identified with production number GOOG-SING-00063906.

13. Attached hereto as Exhibit L is a true and correct copy of a an excerpt downloaded from https://en.wikipedia.org/wiki.Massively_parallel on November 13, 2023 (highlighting added).

14. Attached hereto as Exhibit M is a true and correct copy of an excerpt from *Computer Architecture A Quantitative Approach* (Third Edition), by John L. Hennessy and David A. Patterson (highlighting added).

15. Attached hereto as Exhibit N is a true copy of an excerpt from *A Dictionary of Computer Science* (Seventh Edition), published by Oxford University Press

16. Attached hereto as Exhibit O is a true copy of excerpts from the transcript of the deposition of Dr. Miriam Leeser taken in this case on March 8, 2023.

17. Attached hereto as Exhibit P is a true and correct copy of U.S. Patent Application No. US 2018/0336165 A1 titled "performing Matrix Multiplication in Hardware" (highlighting added).

Executed at Boston, Massachusetts on November 13, 2023.

*/s/ Kevin Gannon*