# EXHIBIT A

**Kevin Gannon**

| | |
|---|---|
| From: | Nathan R. Speed <Nathan.Speed@WolfGreenfield.com> |
| Sent: | Thursday, October 26, 2023 4:46 PM |
| To: | Kevin Gannon |
| Cc: | WGS-Singularv.Google@WolfGreenfield.com; kvp-singular; Michael Kwun; mkamber@paulhastings.com; Singular; Kerry Timbers |
| Subject: | 19-cv-12551-FDS Singular Computing LLC v. Google LLC |

Kevin,

Google intends to file a motion requesting further claim construction under *O2 Micro Intern. Ltd. v. Beyond Innovation Technology Co.*, 521 F. 3d 1351 (Fed. Cir. 2008). Google will request that the Court further construe the phrase "execution unit" in the asserted claims. More particularly, Google will ask the Court to clarify that the "processing elements" that qualify as "execution units" must be discrete and cannot overlap. Per Local Rule 7.1, I am available to discuss the motion if you think a discussion would be fruitful. Otherwise, can you please confirm that Singular opposes our motion?

Thanks,

Nathan



**Nathan Speed**
Shareholder
Admitted to Practice: MA

nspeed@wolfgreenfield.com
O: 617.646.8275 | C: 781.799.8223

**Wolf, Greenfield & Sacks, P.C.**
BOSTON | NEW YORK | WASHINGTON DC

wolfgreenfield.com in 🐦

Please consider the environment before printing this email.

For more information about Wolf Greenfield, please visit us at www.wolfgreenfield.com

This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.