# EXHIBIT B

< unit                                                                    ✕

Dictionary                                  Thesaurus



# unit 1 of 2  noun

ˈyü-nət 🔊

Synonyms of *unit* >

**1**  **a** : the first and least natural number **: ONE**

   **b** : a single quantity regarded as a whole in calculation

**2**  : a determinate quantity (as of length, time, heat, or value) adopted as a standard of measurement: such as

   **a** : an amount of work used in education in calculating student credits

   **b** : an amount of a biologically active agent (such as a drug or antigen) required to produce a specific result

   → see also INTERNATIONAL UNIT

**3**  **a** : ==a single thing, person, or group that is a constituent of a whole==

   **b** : a part of a military establishment that has a prescribed organization (as of personnel and matériel)

   **c** : ==a piece or complex of apparatus serving to perform one particular function==

   **d** : a part of a school course focusing on a central theme

   **e** : a local congregation of Jehovah's Witnesses

   **f** : a small molecule especially when combined in a larger molecule
       repeating *units* of a polymer

   **g** : an area in a medical facility and especially a hospital that is specially staf equipped to provide a particular type of care