# EXHIBIT C

*noun*

1. a single undivided entity or whole
2. ==any group or individual, esp when regarded as a basic element of a larger whole==
3. a mechanical part or integrated assembly of parts that performs a subsidiary function: *a filter unit*
4. a complete system, apparatus, or establishment that performs a specific function: *a production unit*
5. a subdivision of a larger military formation
6. Also called: **unit of measurement** A standard amount of a physical quantity, such as length, mass, energy, etc, specified multiples of which are used to express magnitudes of that physical quantity: *the second is a unit of time*
7. the amount of a drug, vaccine, etc, needed to produce a particular effect
8. a standard measure used in calculating alcohol intake and its effect
9. maths
   a. *(usually plural)* the first position in a place-value counting system, representing a single-digit number: *in the decimal system the number 27 has 7 units and 2 tens*
   b. *(modifier)* having a value defined as one for the system: *unit vector*
10. Also called: **unit set** maths logic a set having a single member
11. short for home unit
12. short for stock unit
13. NZ a self-propelled railcar

SEE LESS

### ORIGIN OF UNIT[1]

C16: back formation from UNITY, perhaps on the model of *digit*

BRITISH DICTIONARY DEFINITIONS FOR UNIT. (2 OF 2)

# Unit.

*abbreviation for*

1. Unitarian

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

WORD OF THE DAY
November 13, 2023

## dacker

*verb* | [ **dak**-er] 🔊

SEE DEFINITION

Dictionary.com    Thesaurus.com

Start typing any word or phrase

Try Our Daily Crossword!  Play now

# unit

[ yoo-nit ]   SHOW IPA

See synonyms for *unit* on Thesaurus.com

*noun*

1. a single thing or person.
2. any group of things or persons regarded as an entity:
   *They formed a cohesive unit.*
3. one of the individuals or groups that together constitute a whole; one of the parts or elements into which a whole may be divided or analyzed.
4. one of a number of things, organizations, etc., identical or equivalent in function or form:
   *a rental unit; a unit of rolling stock.*
5. any magnitude regarded as an independent whole; a single, indivisible entity.
6. Also called **dimension**. any specified amount of a quantity, as of length, volume, force, momentum, or time, by comparison with which any other quantity of the same kind is measured or estimated.
7. the least positive integer; one.
8. Also called **unit's place.**
   a. (in a mixed number) the position of the first digit to the left of the decimal point.
   b. (in a whole number) the position of the first digit from the right of the decimal point.
9. ==a machine, part, or system of machines having a specified purpose; apparatus:==
   *a heating unit.*
10. *Education.* a division of instruction centering on a single theme.
11. *Military.* an organized body of soldiers, varying in size and constituting a su[...]
12. *Medicine/Medical.*
    a. the measured amount of a substance necessary to cause a certain effec[...] cannot be readily isolated in pure form and its activity determined direc[...]
    b. the amount necessary to cause a specific effect upon a specific animal [...]
13. *Mathematics.*
    a. an identity element.

