# EXHIBIT D

# The Britannica Dictionary



## unit 🔊
/ˈjuːnət/

*noun*

*plural* **units**

[count]

**1** : <mark>a single thing, person, or group that is a part of something larger</mark>

   [+] Example sentences

**2** : a part of a hospital where a particular type of care is provided

   [+] Example sentences

**3** : a particular amount of length, time, money, etc., that is used as a standard for counting or measuring

   [+] Example sentences

**4** : a part of a school course or textbook with a particular subject

   [+] Example sentences

**5** *US, education* : an amount of work used for measuring a student's progress towards earning a degree in a school, college, etc.

   [+] Example sentences

**6** *business* : an individual item of one of the products that a company makes and sells

   [+] Example sentences

**7** : <mark>a machine or part of a machine or system that has a particular use</mark>

   [+] Example sentences

**8** : one of a number of apartments in a building

   [+] Example sentences