# EXHIBIT E

Case 1:19-cv-12551-FDS    Document 597-6    Filed 11/13/23    Page 2 of 3

11/13/23, 7:38 AM                unit noun - Definition, pictures, pronunciation and usage notes | Oxford Advanced Learner's Dictionary at OxfordLearnersDictiona…

1  ★  ==a single thing, person or group that is complete by itself but can also form part of something larger==

- *After 1946 the British Government treated the four territorial divisions as a **single unit**.*
- *The **basic unit** of society is the family.*
- *The cell is the unit of which all living organisms are composed.*
- *the role of the **family unit** in the community*

> Oxford Collocations Dictionary

**Join us**

Join our community to access the latest language learning and assessment tips from Oxford University Press!

2  ★  *(business)* a single item of the type of product that a company sells

- *The game's selling price was $15 per unit.*
- *What's the **unit cost**?*

> Extra Examples

> Oxford Collocations Dictionary

---

### in textbook

3  ★  one of the parts into which a textbook or a series of lessons is divided

- *Each unit of the course that we completed felt like a real achievement.*
- *in a unit  The present perfect is covered in Unit 8.*
- *The university is recruiting staff to teach the new units.*
- *You learned this in the first unit.*

---

### group of people

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Case 1:19-cv-12551-FDS   Document 597-6   Filed 11/13/23   Page 3 of 3

11/13/23, 7:38 AM                    unit noun - Definition, pictures, pronunciation and usage notes | Oxford Advanced Learner's Dictionary at OxfordLearnersDictiona…

- *a unit of time/length/weight*

- *a unit of currency, such as the euro or the dollar*

- **per unit**  *Electricity is ten pence per unit.*

- *The law requires almost all federal agencies to use metric units.*

- *The highest carbon emissions per unit of energy are from coal.*

> Oxford Collocations Dictionary

## small machine

8  ★  a small machine that has a particular purpose or is part of a larger machine

- *a waste disposal unit*

- *the central processing unit of a computer*

- *an air-conditioning unit*

TOPICS  **Computers**  B2

> Oxford Collocations Dictionary

## flat/part of building

9  ★  *(formal)* a single flat, house or section in a building or group of buildings

- *a* **housing/residential unit**

- *to* **build** *new affordable housing* **units**

- *(Australian English, New Zealand English) The site is being redeveloped for 62* **home units***.*

- *a single dwelling unit*

- *a* **retail/business unit**

- *an* **industrial unit**

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.