# EXHIBIT F

# Unit Definition   🔊   yoonĭt

*units*

| **Meanings** | **Synonyms** | **Sentences** |

⊙   MENU

unit                                                                    🔍

A magnitude or number regarded as an undivided whole.

*Webster's New World* ···

A group regarded as a distinct entity within a larger group.

*American Heritage* ···

A mechanical part or module.

*American Heritage* ···

A single person, group, or thing, esp. as distinguished from others or as part of a whole.

*Webster's New World* ···                                    Similar definitions ⌄

An entire apparatus or the equipment that performs a specific function.

*American Heritage* ···

( More Noun Definitions (20) )

**Synonyms:**

unit-of-measurement    building block    social-unit    whole    röntgen    quart    quantity    pound    ⌄

platoon    pint    outfit    ounce    foot    family    existent

**Antonyms:**