# EXHIBIT G

anagrams | crosswords | wikipedia | Ebay

Execution unit

==definition - Execution unit==

➡ definition of Wikipedia

Advertizing ▼

HH-66 Vinyl Cement - 4 FL OZ

Wikipedia

==Execution unit==                                                                                                                 update

In computer engineering, an **execution unit** (also called a **functional unit**) is a part of a CPU that performs the operations and calculations called for by the Branch Unit, which receives data from the CPU. It may have its own internal control sequence unit (not to be confused with the CPUs main control unit), some registers, and other internal units such as a sub-ALU or FPU, or some smaller, more specific components.

It is commonplace for modern CPUs to have multiple parallel execution units, referred to as scalar or superscalar design. The simplest arrangement is to use one, the bus manager, to manage the memory interface, and the others to perform calculations. Additionally, modern CPUs' execution units are usually pipelined.

## References

- "Execution Unit" discussion from the University of Massachusetts Amherst

### CPU technologies

| Architecture | |
|---|---|
| | - ISA : CISC |
| | - EDGE |
| | - EPIC |
| | - MISC |
| | - OISC |
| | - RISC |
| | - VLIW |
| | - NISC |
| | - ZISC |
| | - Harvard architecture |
| | - von Neumann architecture |
| | - 1-bit |
| | - 4-bit |
| | - 8-bit |
| | - 12-bit |
| | - 16-bit |
| | - 18-bit |
| | - 24-bit |
| | - 31-bit |
| | - 32-bit |
| | - 33-bit |
| | - 36-bit |
| | - 48-bit |
| | - 60-bit |