# EXHIBIT I



Dictionary

Members Browse

Register Login

Practice French

Practice German

Practice Italian

Practice Spa

Pra Portu



# Meaning Processing element

What does Processing element mean? Here you find 3 meanings of the word Processing element. You can also add a definition of Processing element yourself

1 Processing element                                                                                          6 👍  1 👎

A generic term used to reference a hardware element that executes a stream of instructions. The context defines what unit of hardware is considered a processing element. Consider a cluster of SMP work [..]

Source: cise.ufl.edu

## 2 Processing element


3   2

Processing element is simply a component of the Data path that computes new data values from old data values, it simply does the major processing.

Aliyah (MOA) - 16 October 2019

## 3 Processing element


1   1

This glossary of computer hardware terms is a list of definitions of terms and concepts related to computer hardware, i.e. the physical and structural components of computers, architectural issues, an [..]

Source: en.wikipedia.org

### Add meaning of Processing element

[                                                                          ]

Word count: 0

Name:
[                                                                          ]

E-mail: (* optional)
[                                                                          ]

(Add meaning)

<< cache coherency                                           Processor node >>