# EXHIBIT J

# processing element

==Each *processing element*, called as neuron, has a single output and performs an activation function of the weighted sum of all its inputs.==

From the Cambridge English Corpus

This figure includes imports of raw agricultural produce, and those processed agricultural products where the *processing element* does not form the major part, by value, of the finished product.

From the Hansard archive

A distribution center is a principal part, the order *processing element*, of the entire order fulfillment process.

From Wikipedia

Each *processing element* contained a minimum of control logic, the bulk of the control being concentrated in a common control unit.

From Wikipedia

==Each *processing element* generates a single output that is transmitted to the other *processing element*.==

Cambridge Dictionary