# EXHIBIT M

# Computer Architecture
## A Quantitative Approach

### Third Edition

**John L. Hennessy**
Stanford University

**David A. Patterson**
University of California at Berkeley

With Contributions by

**David Goldberg**
Xerox Palo Alto Research Center

**Krste Asanovic**
Department of Electrical Engineering and Computer Science
Massachusetts Institute of Technology



MORGAN KAUFMANN PUBLISHERS
AN IMPRINT OF ELSEVIER SCIENCE
AMSTERDAM   BOSTON   LONDON   NEW YORK
OXFORD   PARIS   SAN DIEGO   SAN FRANCISCO
SINGAPORE   SYDNEY   TOKYO

**650** ■ Chapter Six  *Multiprocessors and Thread-Level Parallelism*

early experimental multiprocessors and progress to a discussion of some of the great debates in parallel processing. Next we discuss the historical roots of the present multiprocessors and conclude by discussing recent advances.

### SIMD Computers: Several Attempts, No Lasting Successes

*The cost of a general multiprocessor is, however, very high and further design options were considered which would decrease the cost without seriously degrading the power or efficiency of the system. The options consist of recentralizing one of the three major components.... Centralizing the [control unit] gives rise to the basic organization of [an] ... array processor such as the Illiac IV.*

**Bouknight et al. [1972]**

The SIMD model was one of the earliest models of parallel computing, dating back to the first large-scale multiprocessor, the Illiac IV. The key idea in that multiprocessor, as in more recent SIMD multiprocessors, is to have a single instruction that operates on many data items at once, using many functional units.

The earliest ideas on SIMD-style computers are from Unger [1958] and Slotnick, Borck, and McReynolds [1962]. Slotnick's Solomon design formed the basis of the Illiac IV, perhaps the most infamous of the supercomputer projects. Although successful in pushing several technologies that proved useful in later projects, it failed as a computer. Costs escalated from the $8 million estimate in 1966 to $31 million by 1972, despite construction of only a quarter of the planned multiprocessor. Actual performance was at best 15 MFLOPS, versus initial predictions of 1000 MFLOPS for the full system [Hord 1982]. Delivered to NASA Ames Research in 1972, the computer took three more years of engineering before it was usable. These events slowed investigation of SIMD, with Danny Hillis [1985] resuscitating this style in the Connection Machine, which had 65,636 1-bit processors.

Real SIMD computers need to have a mixture of SISD and SIMD instructions. There is an SISD host computer to perform operations such as branches and address calculations that do not need parallel operation. The SIMD instructions are broadcast to all the execution units, each of which has its own set of registers. For flexibility, individual execution units can be disabled during an SIMD instruction. In addition, massively parallel SIMD multiprocessors rely on interconnection or communication networks to exchange data between processing elements.

SIMD works best in dealing with arrays in for loops. Hence, to have the opportunity for massive parallelism in SIMD there must be massive amounts of data, or *data parallelism*. SIMD is at its weakest in case statements, where each execution unit must perform a different operation on its data, depending on what data it has. The execution units with the wrong data are disabled so that the proper units can continue. Such situations essentially run at $1/n$th performance, where $n$ is the number of cases.