# EXHIBIT N





**OXFORD**
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP, United Kingdom

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide. Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

© Market House Books Ltd, 1983, 1986, 1990, 1996, 2004, 2008, 2016

The moral rights of the author have been asserted

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008
Seventh edition 2016
Impression: 5

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by licence or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this work in any other form and you must impose this same condition on any acquirer

Published in the United States of America by Oxford University Press 198 Madison Avenue, New York, NY 10016, United States of America

British Library Cataloguing in Publication Data
Data available

Library of Congress Control Number: 2015952805

ISBN 978–0–19–968897–5
ebook ISBN 978–0–19–100288–5

Printed in Great Britain by Clays Ltd., Elcograf S.p.A.

Links to third party websites are provided by Oxford in good faith and for information only. Oxford disclaims any responsibility for the materials contained in any third party website referenced in this work.

**paper tape I/O** An obsolete but once widely used means of entering data into and extracting it out of a processor system using punched *paper tape as the medium.

**paper throw** *See* PAPER SLEW.

**paper white display** A *positive display where the background is white and the characters dark.

**PAR (positive acknowledgment and retransmission)** *See* BACKWARD ERROR CORRECTION.

**paradigm** A model or example of the environment and methodology in which systems and software are developed and operated. For one operational paradigm there could be several alternative development paradigms. Examples are functional programming, logic programming, semantic data modelling, algebraic computing, numerical computing, object-oriented design, prototyping, and natural language dialogue.

**paradoxical combinator** *See* COMBINATOR.

**parallel** Involving the simultaneous transfer or processing of the individual parts of a whole, such as the bits of a character. *Compare* SERIAL.

**parallel access** Access to a storage device in which a number of bits are transferred simultaneously rather than sequentially. For example, access to semiconductor memory almost invariably yields a number of bytes in parallel; by contrast access to the contents of a disk is usually serial in nature.

**parallel adder** A binary adder that is capable of forming sum and carry outputs for addend and augend words of greater than one bit in length by operating on corresponding pairs of addend and augend bits in parallel, i.e. at the same time. Parallel adders normally incorporate *carry lookahead logic to ensure that carry propagation between subsequent stages of addition does not limit addition speed. *See also* ADDER, SERIAL ADDER.

**parallel algorithm** An algorithm designed to run 'efficiently' on a parallel computer. A parallel algorithm may involve a greater number of arithmetic operations than a serial counterpart. It is designed, however, so that many arithmetic operations are independent and can be performed in parallel, i.e. simultaneously.

**parallel arithmetic** Operation upon more than one bit or digit of a number at the same time. *See* PARALLEL ADDER.

**parallel ATA (PATA)** *See* IDE.

**parallel composit**

**parallel computer** A computer that is capable of *parallel processing.