# EXHIBIT O

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
SINGULAR COMPUTING, LLC.,
        Plaintiff,   No. C.A. No: 1:19-cv-12551-FDS

vs.

GOOGLE, LLC.,
        Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOCONFERENCE DEPOSITION OF MIRIAM LEESER, Ph.D.,

Deposition taken with all parties appearing remotely,

on Wednesday, March 8, 2023, commencing at 10:59 a.m.

Court Reporter:
Pamela J. Carle, LCR, RPR, CRR



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1    on an FPGA using VFLOAT.  You testified to that
 2    earlier.  Do you recall that?
 3         A.    Yes.
 4         Q.    Do you believe that any one of those
 5    circuits would anticipate the asserted claims?
 6               MR. NARAYEN:  Objection, vague.
 7         A.    So I lay out in the report what the
 8    claims are in the patent and how I view the VFLOAT
 9    library anticipates those claims.
10    BY MR. SEEVE:
11         Q.    Okay.  So in the report you talk about
12    a configuration that you and Pavle Belanovic
13    created that contains 61 C2 multipliers.  Do you
14    recall that?
15         A.    Yes, I do.
16         Q.    And C2 refers to a particular floating
17    point format that has 1 sign bit and 9 mantissa
18    bits and 6 exponent bits, is that correct?
19         A.    I know I refer to that particular
20    configuration in my report, I don't remember
21    exactly the numbers.  Can you tell me what page
22    that is on?
23         Q.    For example, you can just look at page
24    46, paragraph 120.  It's at the top of page 46.
25         A.    It was, yes, C2 format with 6
```



```
 1              MR. SEEVE:  I don't know who that is.
 2              MR. NARAYEN:  Is says Prince Lobel.
 3    I'm just curious, if it must be someone else
 4    joining us.
 5              MR. SEEVE:  I'm sorry, I just got a
 6    message indicating it's our paralegal, who for
 7    some reason doesn't have her name showing up.
 8              MR. NARAYEN:  Okay.
 9    BY MR. SEEVE:
10        Q.    So back to the SRAM.  Just for the
11    purposes of clarity in the transcript I want to
12    just clarify, you are referring to the box labeled
13    SRAM that is to the left of the bottom blue box in
14    the diagram, and it's just to the right and under
15    the green box labeled PCI controller, is that
16    correct?
17        A.    So there are, I believe, 13 boxes
18    labeled SRAM in this diagram, and any of them are
19    memories that are accessible to the three PEs.  The
20    one off of the local address data bus is the one
21    just to the right of the PCI controller box.
22        Q.    The C2 multipliers were on only one of
23    the PEs, though, right?
24        A.    That's correct.
25        Q.    So they wouldn't have had access to all
```



```
 1   of these SRAMs, would they?
 2        A.    Whatever PE they were on they would
 3   have had access to SRAM.  Which particular boxes
 4   depends on what --
 5        Q.    And in your report the SRAM you
 6   referred to is also an SRAM that was accessible by
 7   the host workstation as well, right?  That's in
 8   paragraph 164.
 9        A.    So paragraph 164 does, in fact, talk
10   about SRAM accessible from the host, and I believe
11   any of the SRAM -- well, it's clear that that one
12   box we're talking about was accessible to the host.
13        Q.    I'm sorry, I can't tell, are you in the
14   middle of an answer?
15        A.    The block that's hanging off the local
16   address, slash, data bus that's labeled SRAM is
17   accessible directly from the host over the PCI bus.
18        Q.    So your contention is the execution
19   unit, which the court has construed to mean a
20   processing element comprising an arithmetic
21   circuit paired -- sorry, let me start again.
22              You're arguing that the execution unit,
23   which the court has construed to mean processing
24   element comprising an arithmetic circuit paired
25   with a memory circuit, is met by the C2
```



```
 1   multiplier, which includes the arithmetic circuit
 2   and the SRAM that's hanging off the data bus,
 3   correct?
 4              MR. NARAYEN:  Objection,
 5   mischaracterizes the witness' testimony,
 6   mischaracterizes the report.
 7        A.    I would say I think that's correct.
 8   BY MR. SEEVE:
 9        Q.    And let's turn to the term low
10   precision high dynamic range.  You're aware that
11   the court has construed this term as well,
12   correct?
13        A.    Correct.
14        Q.    And the court construed low precision
15   high dynamic range to be defined or construed as
16   defined in the claim itself.  Do you understand
17   that?
18        A.    Yes, I do.
19        Q.    And do you understand the court's
20   construction to be referring to the numbers that
21   specifically defined the limits on the level of
22   precision and the range representable by the
23   signals that it clears, you understand that?
24   That's what the court's construction is referring
25   to?
```

