# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Civil Action No. 1:19-cv-12551-FDS |
| Plaintiff, | Hon. F. Dennis Saylor IV |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## DECLARATION OF KEVIN GANNON
## IN SUPPORT OF PLAINTIFF'S SURREPLY IN OPPOSITION TO
## DEFENDANT'S MOTION FOR FURTHER CLAIM CONSTRUCTION

I, Kevin Gannon, hereby declare as follows:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiff, Singular Computing LLC ("Singular"), in this action. I submit this declaration in support of Singular's surreply in opposition to the motion of defendant, Google LLC ("Google"), for further claim construction.

2. Exhibits A-P are attached to my declaration filed in support of Singular's opposition brief. *See* Dkt. No 597.

3. Attached hereto as Exhibit Q is a true and correct copy of highlighted excerpts from the transcript of the May 24, 2023 Motion Hearing in this case.

4. Attached hereto as Exhibit R is a true and correct copy of excerpts from the expert report in this case of Dr. Sunil Khatri dated December 22, 2022.

Executed at Boston, Massachusetts on November 27, 2023.

*/s/ Kevin Gannon*

4653533.v1