# EXHIBIT Q

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS



                                  )
  SINGULAR COMPUTING LLC,          )
                                   )
          Plaintiff,               )
                                   )    Civil Action
  v.                               )    No. 1:19-cv-12551-FDS
                                   )    Pages 1 to 33
  GOOGLE LLC,                      )
                                   )
          Defendant.               )
                                   )



       BEFORE THE HONORABLE CHIEF JUDGE DENNIS F. SAYLOR, IV
                    UNITED STATES DISTRICT JUDGE


                          MOTION HEARING
                        Via Videoconference


                          May 24, 2023
                            2:01 p.m.


          John J. Moakley United States Courthouse
                      One Courthouse Way
                   Boston, Massachusetts 02210





                      Linda Walsh, RPR, CRR
                     Official Court Reporter
          John J. Moakley United States Courthouse
                      One Courthouse Way
                   Boston, Massachusetts 02210
                     lwalshsteno@gmail.com
```

1         Thank you, Your Honor.
2              THE COURT:  All right.  Thank you.  All right.  In
3    light of where we are in the case, I'm going to rule now from
4    the bench rather than writing an opinion.  There's always a
5    danger I'm going to misspeak or get something wrong or use a
6    shorthand phrase when I mean something more precise, but I
7    think it's important to resolve this issue.
8              So I'm going to deny the motion to strike.  My
9    understanding is that since this litigation began, Singular has
10   advanced an infringement theory that there were two components
11   or pieces or functions here, a rounding or precision-reducing
12   circuit and a multiplier.  As I understand it, Singular
13   apparently believed at the outset based on publicly available
14   information that the precision-reducing circuit was in the MXU.
15   It said it did that based on publicly available Google
16   documents which it says were incorrect.
17             In any event, that proved to be not quite accurate,
18   and at some point Singular says it's after the production of
19   the source code that Google says it was the source code plus
20   depositions of engineers, but in any event, at some point, and
21   about three weeks or so after the source code was produced,
22   Singular supplemented its contentions.  I don't think it much
23   matters in terms of whether that was deemed an amendment or a
24   supplementation.  In any event, it occurred.  And the
25   supplemental contentions make clear that the precision-reducing

1   or rounding circuit is in the VPU.
2             I am struggling to see, and I'm not convinced that
3   this distinction is material, that is, where the rounding
4   function occurs geographically on the chip.  I think the
5   critical issue is whether the device infringes by using a
6   precision-reducing circuit and a multiplier, which taken as a
7   whole, represent an LPHDR execution unit, and the devices
8   that -- the accused device is the Google TPU.
9             But in any event, I see no violation or material
10  violation of the Court's order or the local rules concerning
11  disclosure of infringement contentions, much less a violation
12  serious enough to warrant preclusion, which is an
13  extraordinarily serious response.
14            And I agree with the proposition that this is not a
15  Rule 37 discovery issue.  It's really a Rule 16 issue, speaking
16  broadly.  That is the Court's orders concerning disclosures and
17  the applicable local rules.
18            To the extent that there were any imperfections or
19  delays in all of this, it seems to me that they are minor.  I
20  certainly see no material prejudice.  Google has had the
21  supplemental contentions available to it for about a year or
22  so.  It's had the expert report of Dr. Khatri since last
23  December.  It's now May.  Trial is not until September.  I
24  believe that Google has had ample time to respond under the
25  circumstances, and I need not now decide anything broader than