# EXHIBIT 1

**JUROR QUESTIONNAIRE**                                Juror No: _____

1. Name: _____     2. Age: _____     3. Marital Status: _____

4. What city or town do you live in?   _____     For how many years? _____

5. If currently employed, what is your occupation, and who is your employer? _____

6. If currently employed, do you supervise others at your job? _____     If yes, how many people? _____

7. If not currently employed, please describe any past significant occupations and employers you have had over the past 10 years: _____

8. What is the highest level of education / degree you completed? _____     Major: _____

9. What college or schools have you attended?   _____

10. What is your spouse or partner's occupation and employer?   _____

11. Have you, or your spouse / partner ever owned a business?   Yes _____     No _____

    If Yes, please describe:   _____

12. If you have children, please list their ages, occupations, and employers?
    _____

13. Have you ever served on a jury before?   _____     If yes, how many times?   _____
    If yes, were you ever the foreperson?   _____     Did the jury/juries you served on reach a verdict?  _____

14. Have you, your relatives, or anyone close to you ever been involved in a lawsuit of any kind either as a plaintiff, defendant, or witness?   Yes _____     No _____

    If Yes, please describe:   _____

15. Do you, your relatives, or anyone close to you have any education, training, or experience with patents, or working with patents at a job? (circle one):   Yes _____     No _____

    If Yes, please describe:   _____

16. Do you have any strong positive or negative feelings about either small technology companies like Singular Computing (the plaintiff in this case), or large technology companies like Google (the defendant in this case)?

    Yes \_\_\_\_     No _____     If Yes, please describe: _____

17. Please check off any of the fields below in which you have education, training, or experience?

    \_\_\_\_\_ Information Technology          \_\_\_\_\_ Artificial Intelligence / Machine Leaning          \_\_\_\_\_ Engineering

    \_\_\_\_\_ Computer Hardware / Software          \_\_\_\_\_ Finance / Accounting          \_\_\_\_\_ Patent Law