## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:19-cv-12551 FDS<br><br>Hon. F. Dennis Saylor IV |

### MOTION FOR ADMISSION OF SPENCER MCMANUS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(e)(2), Nathan R. Speed, a member in good standing of the bar of this Court, moves for the admission of Spencer McManus *pro hac vice* as counsel for Defendant Google LLC, in the above-captioned matter.

The certification of Spencer McManus is attached as Exhibit A, in which he states that: 1) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; 2) he is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar; 3) he has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and 4) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests an Order admitting Spencer McManus to practice in this action *pro hac vice*.

Respectfully submitted,

Dated: December 4, 2023

By:  /s/ *Nathan R. Speed*
GREGORY F. CORBETT (BBO #646394)
gcorbett@wolfgreenfield.com
NATHAN R. SPEED (BBO #670249)
nspeed@wolfgreenfield.com
ANANT K. SARASWAT (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

**CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

             /s/ *Nathan R. Speed*
             Nathan R. Speed