# EXHIBIT D

# Library of Parameterized Hardware Modules for Floating-Point Arithmetic with An Example Application

A Thesis Presented

by

**Pavle Belanović**

to

Department of Electrical and Computer Engineering

in Partial Fulfillment of the Requirements

for the Degree of

**Master of Science**

in the field of

Electrical Engineering

**Northeastern University**

**Boston, Massachusetts**

May 2002

GOOG-SING-00020062

# NORTHEASTERN UNIVERSITY
## Graduate School of Engineering

**Thesis Title:** Library of Parameterized Hardware Modules for Floating-Point Arithmetic with An Example Application.

**Author:** Pavle Belanović.

**Department:** Electrical and Computer Engineering.

Approved for Thesis Requirements of the Master of Science Degree

_____    _____
Thesis Advisor: Miriam Leeser                    Date

_____    _____
Thesis Reader: Dana Brooks                       Date

_____    _____
Thesis Reader: Waleed Meleis                     Date

_____    _____
Chairman of Department: Fabrizio Lombardi        Date

Graduate School Notified of Acceptance:

_____    _____
Director of the Graduate School                  Date

GOOG-SING-00020063

# NORTHEASTERN UNIVERSITY

## Graduate School of Engineering

**Thesis Title:** Library of Parameterized Hardware Modules for Floating-Point Arithmetic with An Example Application.

**Author:** Pavle Belanović.

**Department:** Electrical and Computer Engineering.

Approved for Thesis Requirements of the Master of Science Degree

| | |
|---|---|
| Thesis Advisor: Miriam Leeser | Date |
| Thesis Reader: Dana Brooks | Date |
| Thesis Reader: Waleed Meleis | Date |
| Chairman of Department: Fabrizio Lombardi | Date |

Graduate School Notified of Acceptance:

| | |
|---|---|
| Director of the Graduate School | Date |

Copy Deposited in Library:

| | |
|---|---|
| Reference Librarian | Date |

CHAPTER 2.   HARDWARE MODULES                                                45

The simulator used to test the VHDL descriptions was Mentor Graphics ModelSim (see Section 1.3). Iteration between modification of the VHDL description and analysis in the simulator continued until the correct operation of the module was achieved for all the test vectors.

The second testing stage was done in hardware. The VHDL description, shown to operate correctly in the simulator, was synthesized and loaded on the Wildstar board. The same set of test vectors used in simulation was applied to the hardware implementation. Testing results from hardware were compared to expected result values. If they did not match, the VHDL description was further modified to achieve the correct operation.

An example of a test vector used to test the IEEE single precision adder circuit in Section 2.5 is given below.

| Operand 1 | Operand 2 | Sum |
|---|---|---|
| 41BA3C57 | 4349C776 | 43610F01 |

$41BA3C57_{16} =$

$= 0\ 10000011\ 01110100011110001010111_2$

$= +\ 1.45496642 \times 2^4$

$= 23.27946281$

$4349C776_{16} =$

$= 0\ 10000110\ 10010011100011101110110_2$

$= +\ 1.57639956 \times 2^7$

$= 201.77914429$

$$\begin{aligned} Sum &= \\ &= 225.05860710 \\ &= +\,1.75827036 \times 2^7 \\ &= 0\ 10000110\ 11000010000111100000001_2 \\ &= 43610F01_{16} \end{aligned}$$

## 2.7  Results

This section presents results of synthesis experiments conducted on the floating-point operator modules *fp_add*, *fp_sub* and *fp_mul* of Section 2.3. The aims of the experiments are to:

- determine the area of the above modules in several floating-point formats,

- examine the relationship between the area and total bitwidth of the format, and

- estimate the number of modules that can realistically be used on a single FPGA.

The experiments were conducted by synthesizing the modules for specific floating-point formats on the Annapolis Micro Systems Wildstar reconfigurable computing engine (see Section 1.3). Table 2.2 shows results of the synthesis experiments on floating-point operator modules. The quantities for the area of each instance are expressed in slices of the Xilinx XCV1000 FPGA. Results for the `fp_add` module in Table 2.2 also represent the `fp_sub` module, which has the same amount of logic.

Floating-point formats used in the experiments were chosen to represent the range of realistic floating-point formats from 8 to 32 bits in total bitwidth and include the IEEE single precision format (E1 in Table 2.2).

Table 2.2: Operator synthesis results

| Format | Bitwidth | | | Area | | Per IC | |
|--------|----------|----------|----------|--------|--------|--------|--------|
|        | total    | exponent | fraction | fp_add | fp_mul | fp_add | fp_mul |
| A0     | 8        | 2        | 5        | 39     | 46     | 236    | 200    |
| A1     | 8        | 3        | 4        | 39     | 51     | 236    | 180    |
| A2     | 8        | 4        | 3        | 32     | 36     | 288    | 256    |
| B0     | 12       | 3        | 8        | 84     | 127    | 109    | 72     |
| B1     | 12       | 4        | 7        | 80     | 140    | 115    | 65     |
| B2     | 12       | 5        | 6        | 81     | 108    | 113    | 85     |
| C0     | 16       | 4        | 11       | 121    | 208    | 76     | 44     |
| C1     | 16       | 5        | 10       | 141    | 178    | 65     | 51     |
| C2     | 16       | 6        | 9        | 113    | 150    | 81     | 61     |
| D0     | 24       | 6        | 17       | 221    | 421    | 41     | 21     |
| D1     | 24       | 8        | 15       | 216    | 431    | 42     | 21     |
| D2     | 24       | 10       | 13       | 217    | 275    | 42     | 33     |
| E0     | 32       | 5        | 26       | 328    | 766    | 28     | 12     |
| E1     | 32       | 8        | 23       | 291    | 674    | 31     | 13     |
| E2     | 32       | 11       | 20       | 284    | 536    | 32     | 17     |

The number of operator cores per processing element, shown in the two rightmost columns, is based on a Xilinx XCV1000 FPGA, with a total of 12288 slices, with 85% area utilization. A realistic design cannot utilize all the resources on the FPGA because of routing overhead; a practical maximum is estimated at about 85%. Also included is an overhead allowance of approximately 1200 slices for necessary circuitry other than the operators themselves. This allowance may represent memory read and/or write circuitry, state machines, register tables and similar circuits which are required by most designs. Thus, results shown for the number of modules per IC correspond to realistic designs using the operator cores.

The results in Table 2.2 show growth in area with increasing total bitwidth, for all modules. This growth is represented graphically in Figure 2.10.

GOOG-SING-00020108