# EXHIBIT B

Page 1
Microsoft spent hundreds of millions of dollars on a ChatGPT supercomputer - The Verge
https://www.theverge.com/2023/3/13/23637675/microsoft-chatgpt-bing-millions-dollars-supercomputer-openai



The Verge  /  Tech  /  Reviews  /  Science  /  Entertainment  /  More +

MICROSOFT / TECH / ARTIFICIAL INTELLIGENCE

# Microsoft spent hundreds of millions of dollars on a ChatGPT supercomputer



/ Microsoft says it connected tens of thousands of Nvidia A100 chips and reworked server racks to build the hardware behind ChatGPT and its own Bing AI bot.

By EMMA ROTH
Mar 13, 2023, 2:03 PM EDT  |  15 Comments | 15 New

Illustration: The Verge

If you buy something from a Verge link, Vox Media may earn a commission. See our ethics statement.

Microsoft spent hundreds of millions of dollars building a massive supercomputer to help power OpenAI's ChatGPT chatbot, according to a report from Bloomberg. In a pair of blog posts published on Monday, Microsoft explains how it created Azure's powerful artificial intelligence infrastructure used by OpenAI and how its systems are getting even more robust.

To build the supercomputer that powers OpenAI's projects, Microsoft says it linked together thousands of Nvidia graphics processing units (GPUs) on its Azure cloud computing platform. In turn, this allowed OpenAI to train increasingly powerful models and "unlocked the AI capabilities" of tools like ChatGPT and Bing.

Scott Guthrie, Microsoft's vice president of AI and cloud, said the company spent several hundreds of millions of dollars on the project, according to a statement given to Bloomberg. And while that may seem like a drop in the bucket for Microsoft, which recently extended its multiyear, multibillion-dollar investment in OpenAI, it certainly demonstrates that it's willing to throw even more money at the AI space.

## Microsoft's already working to make Azure's AI capabilities even more powerful

Microsoft's already working to make Azure's AI capabilities even more powerful with the launch of its new virtual machines that use Nvidia's H100 and A100 Tensor Core GPUs, as well as Quantum-2 InfiniBand networking, a project both companies teased last year. According to Microsoft, this should allow OpenAI and other companies that rely on Azure to train larger and more complex AI models.

"We saw that we would need to build special purpose clusters focusing on enabling large training workloads and OpenAI was one of the early proof points for that," Eric Boyd, Microsoft's corporate vice president of Azure AI, says in a statement. "We worked closely with them to learn what are the key things they were looking for as they built out their training environments and what were the key things they need."

15 COMMENTS (15 NEW)



**Most Popular**

1   If you're diabetic, don't wait for your smartwatch to replace your needles

2   Microsoft's new Copilot will change Office documents forever

3   Amazon's Swarm is too close to being brilliant

4   Amazon's latest layoffs cut 9,000 more jobs in divisions including Twitch and AWS

5   This Apple Pencil clone provides 80 percent of the experience for a quarter of the price

Verge Deals / Sign up for Verge Deals to get deals on products we've tested sent to your inbox daily.

Enter your email     SIGN UP

By submitting your email, you agree to our Terms and Privacy Notice. You can unsubscribe at any time. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



EXHIBIT
# 1810
3-21-23

Page 2
Microsoft spent hundreds of millions of dollars on a ChatGPT supercomputer - The Verge
https://www.theverge.com/2023/3/13/23637675/microsoft-chatgpt-bing-millions-dollars-supercomputer-openai

With these new stories Bing, Bard, and ChatGPT AI chatbots are resetting the internet

- **Apple has generative AI plans, too.**

- **Microsoft's AI shortcut is reaching more Windows taskbars.**

- **What's new with GPT-4 — from processing pictures to acing tests**

- **Google-backed Anthropic launches Claude, an AI chatbot that's easier to talk to**

SPONSORED CONTENT                                                                    Outbrain ▷


Google Chrome Users Can
Now Block All Ads (Do it
Now For Free!)
Safe Tech Tips
[Read more]


This Is The Most Realistic
Game In 2023
Raid: Shadow Legends
[Play Game]


New Hampshire: Say Bye
To Your Home Insurance
Bill If You Live In These...


Incredibly, Most Chrome
Users Didn't Know How To
Block Ads Instantly
Chrome Secure Tips
[Learn More]


Wall St. Legend: Once In A
Generation Day Is Coming,
Prepare Now
Stansberry Pacific
[Learn More]


Cardiologist: Too Much
Belly Fat? Do This Before
Bed
healthandlivenow.com









Today's Storystream

FEED REFRESHED 33 MINUTES AGO
HAVE YOU CHANGED YOUR TWITTER 2FA?

TRANSPO

**Nissan Ariya first drive: an EV pioneer regains its credibility**

ROBERTO BALDWIN 23 MINUTES AGO

ELIZABETH LOPATTO 34 MINUTES AGO

**How Apple's avoiding layoffs: delaying bonus payments, pausing hiring, cutting travel budgets.** Sure, Apple didn't go on the "hiring binges" during the pandemic that some of its rivals did. But it also understands something its rivals don't: layoffs are a strong signal that the c-suite screwed up.

Apple Cost-Cutting Efforts: No Layoffs, But Less Travel and Delayed Bonuses
[BLOOMBERG.COM]

SEAN HOLLISTER 34 MINUTES AGO

**What gadget should we X-ray?** ICYMI, we're now sticking our gadgets into a CT scanner that spits out ghostly 3D images of their insides. We've got more videos like this Polaroid on the way — but if there's some small gadget you think *The Verge*'s audience would love to see scanned, hit me up! I'm at sean@theverge.com.

JAY PETERS AN HOUR AGO

**Amazon's layoffs included 'just over 400' job cuts at Twitch.** Twitch CEO Dan Clancy, who just stepped into the role on Thursday, shared the number as part of a new blog post shortly after the announcement of Amazon's next huge wave of layoffs.

"Like many companies, our business has been impacted by the current macroeconomic environment, and user and revenue growth has not kept pace with our expectations," according to Clancy. "In order to run our business sustainably, we've made the very difficult decision to shrink the size of our workforce."

decision to shrink the size of our workforce."

You can read more about Amazon's layoffs in our post from earlier today.

**Amazon's latest layoffs cut 9,000 more jobs in divisions including Twitch and AWS**
EMMA ROTH 11:00 AM EDT

MITCHELL CLARK AN HOUR AGO

**YouTube Music contractors will start union vote on Wednesday.** Alphabet has appealed the National Labor Relations Board's decision that it counts as a joint employer for the workers, but the election is still happening. It's set to start on the 22nd, according to the Alphabet Workers Union-CWA.

You can catch up on the story so far here:

**Contractors who work on YouTube Music are striking**
MITCHELL CLARK FEB 3

ELIZABETH LOPATTO TWO HOURS AGO

**How are Masayoshi Son's margin loans doing?** About a third of Son's shares of Softbank are collateral for margin loans, which are being used to invest in Softbank Vision Fund. The Vision Fund invests in startups, exactly the kind that are vulnerable to the Silicon Valley Bank meltdown.

What happens if there's a margin call on those loans? Great question, can't wait to find out.

Checking in on SoftBank
[FINANCIALTIMES]

MOST POPULAR

1. If you're diabetic, don't wait for your smartwatch to replace your needles
VICTORIA SONG MAR 18
2. Microsoft's new Copilot will change Office documents forever
TOM WARREN MAR 17
3. Amazon's Swarm is so close to being brilliant
CHARLES PULLIAM-MOORE MAR 17
4. Amazon's latest layoffs cut 9,000 more jobs in divisions including Twitch and AWS
EMMA ROTH MAR 20
5. This Apple Pencil clone provides 80 percent of the experience for a quarter of the price
DAN SEIFERT MAR 18

ANDREW WEBSTER TWO HOURS AGO

**Greetings from GDC.** After a few years away, we're back in-person at the Game Developers Conference in San Francisco. All week myself and *Verge* games reporter Ash Parrish will be sitting in on talks, chatting with developers, and playing upcoming games and bringing the most interesting stories right here. Stay tuned!

TECH

SEE ALL TECH

## Someone please buy me this glass mouse pad

MONICA CHIN MAR 17

- Microsoft's new Copilot will change Office documents forever
  TOM WARREN MAR 17
- Best printer 2023: just buy this Brother laser printer everyone has, it's fine
  NILAY PATEL MAR 15

● Microsoft's AI shortcut is reaching more Windows taskbars.

GAMING

**Paradox reveals Sims competitor Life by You**

ANDREW WEBSTER TWO HOURS AGO

GAMING

**Star Wars Jedi: Survivor's new story trailer shows fighting, friends, and the Force**

JAY PETERS TWO HOURS AGO

ADI ROBERTSON TWO HOURS AGO

**The FTC is apparently closing in on Amazon.** We already knew the FTC was investigating Amazon, but *Politico* has laid out just how wide-ranging (and potentially close to fruition) the agency's efforts are. There's also some info on a case it didn't bring: an attempt to block Amazon from acquiring One Medical earlier this year.

> The FTC extensively investigated the One Medical deal and found evidence of anticompetitive behavior that many at the agency considered damning, but ultimately cleared the deal because they saw it as too hard of a case to win, according to multiple people with knowledge of the agency's thinking.

As *Politico* points out, we're nearing the end of President Joe Biden's first term, however — so if the FTC is going to take action, it may need to happen soon.

Washington prepares for war with Amazon
[POLITICO]

JAY PETERS 11:50 AM EDT

**New iPhone 15 Pro renders show that rumored mute button.** The fancier iPhones will apparently switch from a mute switch to a mute *button* this year, and new renders in a video spotted by leaker ShrimpApplePro reveal that it, well, looks like a button. If this is the real deal, I'm curious if it will be an improvement over the switch, which has been an iPhone staple since the very first one.

In the video, you can also see the iPhone 15 Pro's rumored unified volume button and that the iPhone 15 will apparently keep the mute switch and separate volume buttons.

More cads images
The buttons!
Source in video pic.twitter.com/sxy9GaNCre
— ShrimpApplePro (@VNchocoTaco) March 20, 2023
— ShrimpApplePro (@VNchocoTaco) March 20, 2023

DEALS

**The Google Pixel 7 is on sale for a new low price of $449**

ANTONIO G. DI BENEDETTO 11:27 AM EDT

CLIMATE

**United Nations warns 2050 net-zero climate goals are already outdated**

JUSTINE CALMA 11:23 AM EDT

CHARLES PULLIAM-MOORE 11:20 AM EDT

**Swarm's co-creator sees the show as an antiheroic parable.** Amazon's *Swarm* is about a popstar-obsessed serial killer, but co-creator Janine Nabers also sees the series both as part of the great American antihero canon, and as a way of pushing viewers to ask themselves "Why do white guys get to do all of this? Why do white guys get to have all the fun, in terms of the Tony Sopranos and the

*Breaking Bad* people?"Why indeed.

'Swarm' Boss Janine Nabers Peels Back the Layers of True Crime-Inspired Series and Its Antihero

[THE HOLLYWOOD REPORTER]

LABOR

**The tech industry's moment of reckoning: layoffs and hiring freezes**

MITCHELL CLARK 11:16 AM EDT

AMAZON

**Amazon's latest layoffs cut 9,000 more jobs in divisions including Twitch and AWS**

EMMA ROTH 11:00 AM EDT

ALEX CRANZ 10:50 AM EDT

**Actors you recognize are joining season 2 of Amazon's Lord of the Rings show.** The first season of *The Rings of Power* was very sumptuous and expensive TV, but most of the actors weren't especially familiar to audiences. Season 2, however, is adding new cast members you might recognize, including Ciarán Hinds (who played Dumbledore's brother and Mance Rayder on *Game of Thrones*). As with previous press releases there's no word on *who* Hinds is playing. So commence with the speculation.

Ciarán Hinds, Rory Kinnear, and Tanya Moodie Join Cast of Prime Video's The Lord of the Rings: The Rings of Power for Season Two

[PRESS.AMAZONSTUDIOS.COM]

COPYRIGHT

**The Internet Archive is defending its digital library in court today**

ADI ROBERTSON 10:30 AM EDT

JON PORTER 10:15 AM EDT

**The Last of Us won't be back for a while.** We have a bit of a wait on our hands for the second season of HBO's hit show. In a recent interview on *The Jonathan Ross Show*, Bella Ramsey predicted that it isn't likely to arrive until the end of 2024, or early 2025. Episodes are still being written, and there's no firm date when filming will start. "It will be a while. I think we'll probably shoot at the end of this year, beginning of next," she said.

Bella Ramsey shares gruelling update on Last of Us season 2

[THE INDEPENDENT]

TECH

**Text-to-video AI inches closer as startup Runway announces new model**

JAMES VINCENT 10:00 AM EDT

GAMING

**Netflix is adding Monument Valley next year as part of its continued gaming push**

ANDREW WEBSTER 10:00 AM EDT

PODCASTS | SEE MORE PODCASTS

- Today's Vergecast was not created by GPT-4.
  DAVID PIERCE MAR 17
- 'The Goliath is Amazon': after 100 years, Barnes & Noble wants to go back to its indie roots
  NILAY PATEL MAR 16
- Today on The Vergecast: Moon photos, Silicon Valley Bank, Moon photos, ChatGPT, and Moon photos.
  DAVID PIERCE MAR 15
- Why Spotify wants to look like TikTok, with co-president Gustav Söderström
  ALEX HEATH MAR 14
- Building tiny keycaps into a small business
  ALEX CRANZ MAR 13

podcasts

REVIEWS | SEE ALL REVIEWS

**I'm sick of reviewing gorgeous Chromebooks with bad battery**

MONICA CHIN MAR 18

- This Apple Pencil clone provides 80 percent of the experience for a quarter of the price
  DAN SEIFERT MAR 18
- The best workout earbuds you can buy right now
  CHRIS WELCH MAR 17



NETFLIX

**Netflix wants to make its games 'playable on every Netflix device that you have'**

JAY PETERS 10:09 AM EDT

DRONES

**Ikea adds stock-counting drones to more of its stores**

EMMA ROTH 9:48 AM EDT

RICHARD LAWLER 9:32 AM EDT

**Remembering Lance Reddick.** Following the death of actor Lance Reddick on Friday at the age of 60, a statement from his wife Stephanie thanked fans for their love and support, while specifically mentioning the "thousands of *Destiny* players who played in special tribute to Lance."

*Polygon* has a report on the in-game tributes from players to the actor who voiced Commander Zavala in Bungie's series.

*Game of Thrones*). As with previous press releases there's no word on *who* Hinds is playing. So commence with the speculation.

Ciarán Hinds, Rory Kinnear, and Tanya Moodie Join Cast of Prime Video's The Lord of the Rings: The Rings of Power for Season Two

[PRESS.AMAZONSTUDIOS.COM]

to the actor who voiced Commander Zavala in Bungie's series.

She also asked that donations be made to MOMCares, a program that serves under-supported mothers with NICU experiences in Baltimore, Reddick's hometown.

Lance Reddick
@lancereddick · Follow

1:11 PM · Mar 18, 2023

232.3K Reply Share

Read 3.9K replies





TUMBLR

**How Tumblr turned social media polls into a game design challenge**

JESS WEATHERBED 9:00 AM EDT

HEALTH

**Nordic citizens are again 'happiest' as US climbs to 15th on global list**

JESS WEATHERBED 8:50 AM EDT

MICROSOFT

**Microsoft's new Xbox mobile gaming store may launch in 2024**

TOM WARREN 8:07 AM EDT

NETFLIX

**Netflix's ad-supported tier is reportedly gathering momentum in the US**

JON PORTER 3:43 AM EDT

NETFLIX

TWITTER

**Today's the last day to switch away from Twitter's SMS 2FA method**

EMMA ROTH MAR 19

EMMA ROTH MAR 19

**Here's even more evidence Valve is working on a CS:GO update.** In case you weren't convinced by previous reports that indicate a *CS:GO* update is imminent, now *PCGamesN* has spotted that Valve filed for a "CS2" trademark on March 14th.

This tracks with the "cs2.exe" file names users uncovered in a recent Nvidia driver update. We just don't know whether the game is actually a sequel or an upgraded version using Valve's Source 2 engine.

Counter-Strike 2 trademarks filed by Valve
[PCGAMESN]

DAVID PIERCE MAR 19

**On The Vergecast: The robot internet is coming.** According to Microsoft and Google, this is the future: An AI writes your emails, which are read and summarized by another AI, and then another one synthesizes it and chimes in on the thread, which is then summarized by your AI, and round and round we go.

This week on The Vergecast, it's AI all the way down!

GOOGLE

**Google Pixel exploit reverses edited parts of screenshots**

EMMA ROTH MAR 19

DAVID PIERCE MAR 19

**Why Tesla's Full Self Driving... isn't.** This story starts with Elon Musk's decision to take radar sensors off Tesla cars, but is ultimately about what happens when an inconsistent, hard-driving management style runs into unexpectedly hard problems. And then what happens when a bunch of your best people disappear to try and fix a flailing social network. It's a good read!

How Elon Musk knocked Tesla's 'Full Self-Driving' off course
[WASHINGTON POST]

EMMA ROTH MAR 19

**How many A-button presses does it take to beat Super Mario 64?** Just 13, apparently.

To see how we got here, this incredibly in-depth video from Bismuth highlights how the A-button challenge community managed to whittle down the number of A-presses, which players must use to make Mario jump or perform other actions, required to beat *Super Mario 64*.

SCIENCE SEE ALL SCIENCE

## The real (and sometimes controversial) science behind Apple's Extrapolations

JUSTINE CALMA MAR 17

- If you're diabetic, don't wait for your smartwatch to replace your needles
  VICTORIA SONG MAR 15
- How data centers at public pools can keep swimmers warm
  JUSTINE CALMA MAR 15

CREATORS SEE ALL CREATORS

## Facebook and Instagram's paid verification launches in the US

JAY PETERS MAR 17

- Donald Trump has started posting on YouTube again
  ADI ROBERTSON MAR 17
- Twitch CEO Emmett Shear is resigning
  JAY PETERS MAR 16

And yes, it's five-and-a-half hours long, but it's well worth the watch if you're interested in the game mechanics and intricate techniques that make this feat possible.

SECURITY

**Feds arrest alleged BreachForums owner linked to FBI hacks**

EMMA ROTH MAR 18

EMMA ROTH MAR 18

**Get ready, Washington.** TikTok's planning to flood the nation's capital with "dozens" of influencers next week for a three-day protest of Biden's potential ban on the app, according to a report from *Politico*.

The Chinese-owned app is reportedly even paying the influencers for their journey to DC, although it's unclear who will be in attendance. TikTok spokesperson Jamal Brown has since confirmed the company's plans to *Politico*:

> We look forward to welcoming our creators to our nation's capital, helping them make their voices heard, and continuing to drive meaningful impact in their lives and for their communities.

TikTok's plan to stave off government intervention: Flood D.C. with influencers
[POLITICO]

NILAY PATEL MAR 18

**Presidents arguing about audio mixing is the best use of AI.** As I mentioned on The Vergecast this week, these are my favorite AI jokes of all

ı more exciting vid· Watch now

@controllaxyz

Replying to @cjackson818 BREAKING: The presidents have made a tremend ... See more

original sound - Controlla

SECURITY

**Two hackers charged with last year's DEA portal breach**

EMMA ROTH MAR 18

HEALTH

**If you're diabetic, don't wait for your smartwatch to replace your needles**

VICTORIA SONG MAR 18

ENTERTAINMENT SEE ALL ENTERTAINMENT

## Amazon's Swarm is so close to being brilliant

CHARLES PULLIAM-MOORE MAR 17

- Servant's finale was uncomfortable, confounding, and perfectly fitting
  ANDREW WEBSTER MAR 17
- Paradox reveals Sims competitor Life by You
  ANDREW WEBSTER MAR 20



Page 9
Microsoft spent hundreds of millions of dollars on a ChatGPT supercomputer - The Verge
https://www.theverge.com/2023/3/13/23637675/microsoft-chatgpt-bing-millions-dollars-supercomputer-openai





Page 1
Facebook AI Researchers Achieve a 107x Speedup for Training Virtual Agents | NVIDIA Technical Blog
https://developer.nvidia.com/blog/facebook-ai-researchers-achieve-a-107x-speedup-for-training-virtual-agents/



**NVIDIA DEVELOPER**    Home   Blog   Forums   Docs   Downloads   Training

Technical Blog    Subscribe

News    Jan 21, 2020

# Facebook AI Researchers Achieve a 107x Speedup for Training Virtual Agents

By Nefi Alarcon

Discuss (0)   0 Like

Tags: Featured, Machine Learning & Artificial Intelligence, News



Navigating a new indoor space without any prior knowledge or even a map is a challenging task for a human, let alone a robot.

To help develop **intelligent machines** that interact more effectively with complex 3D environments, Facebook researchers developed a GPU-accelerated **deep** reinforcement learning model that achieves near 100 percent success in navigating a variety of virtual environments without a pre-provided map.

To achieve this breakthrough, the team focused their work on developing an efficient approach to scaling RL models, which require a significant number of training samples, using multi-node distribution.

"A single parameter server and thousands of (typically CPU) workers may be fundamentally incompatible with the needs of modern computer vision and robotics communities," the researchers explained in their post. Near-perfect point-goal navigation from 2.5 billion frames of experience. "Unlike Gym or Atari, 3D simulators require GPU acceleration... The desired agents operate from high-dimensional inputs (pixels) and use deep networks, such as ResNet50, which strain the parameter server. Thus, existing distributed RL architectures do not scale and there is a need to develop a new distributed architecture."

Using **NVIDIA V100 GPUs**, with the **cuDNN**-accelerated **PyTorch** deep learning framework, and the **NVIDIA Collective Communications Library (NCCL)** in the backend, the researchers achieved a speedup of 107x over a serial implementation, by training their model on over 2.5 billion frames of experience.

"We leverage this scaling to train an agent for 2.5 billion steps of experience (the equivalent of 80 years of human experience) – over 6 months of GPU-time training in under 3 days of wall-clock time with 64 GPUs," the researchers stated in their paper, **Decentralized Distributed PPO: Solving PointGoal Navigation**, to be presented at ICLR 2020 in Ethiopia later this year.



RGB D: Mosquito SPL=0.89 GeoDist=22.13

RGB   and   GPS+Compass              Top Down Map

Watch on YouTube

In the paper, the team describes their decentralized method for scaling policy optimizations, aptly named Decentralized Distributed Proximal Policy Optimization (DD-PPO).

In DD-PPO, each virtual agent alternates between collecting experience in a resource-intensive and GPU-accelerated simulated environment and optimizing the model.

Previous systems achieved a 92% success rate on these tasks. However, failing in the physical world can have serious ramifications, such as damaging a robot or its surroundings.

"DD-PPO-trained agents reach their goal 99.9 percent of the time. Perhaps even more impressively, they do so with near-maximal efficiency, choosing a path that comes within 3 percent (on average) of matching the shortest possible route from the starting point to the goal," the Facebook researchers stated in their newly published post on the **Facebook AI blog**.

"It is worth stressing how uncompromising this task is. There is no scope for mistakes of any kind — no wrong turn at a crossroads, no backtracking from a dead-end, no exploration or deviation of any kind from the most direct path."

## Topics

More topics

+ Computer Vision   + Conversational AI
+ Cybersecurity   + Data Center   + Data Science
+ Generative AI   + Networking   + Recommenders
+ Rendering   + Robotics   + Simulation
+ Automatic Speech Recognition (ASR)   + Automotive
+ CUDA   + Digital Twin & Metaverse   + Gaming
+ Healthcare & Life Sciences   + HPC   + News
+ NVIDIA Research   + Omniverse
+ Technical Walkthrough



Don't Miss This
Defining Moment in AI
Keynote Premiere | March 21

## Related posts



Autonomous Machines
Transform the Future with Robotics at NVIDIA GTC



Robotics
Introducing NVIDIA Isaac Gym: End-to-End Reinforcement Learning for Robotics



Computer Vision / Video Analytics
AI at the Edge Challenge Spotlight: Sim-to-Real, an Effective Robot Navigation Framework



Computer Vision / Video Analytics
New Open Source GPU-Accelerated Atari Emulator for Reinforcement Learning Now Available



Robotics
Reinforcement Learning Algorithm Helps Train Thousands of Robots Simultaneously

## Featured



Edge Computing
Upcoming Event: NVIDIA Jetson Edge AI Developer Days



Computer Vision / Video Analytics
Top Deep Learning Sessions at NVIDIA GTC 2023



Data Science
Maximizing Performance with Massively Parallel Hash Maps on GPUs



Simulation / Modeling / Design
Just Released: CUDA Toolkit 12.1



Conversational AI / NLP
Top Conversational AI Sessions at NVIDIA GTC 2023

Captured: 20 March 2023, 15:03:18



EXHIBIT
#11
3-21-23



*DD-PPO demonstrates near-linear scaling as the number of GPUs increases from one to 250. Source: Facebook*

The Facebook team trained and evaluated their model using the **AI Habitat** platform, an open source modular framework with a highly performant and stable simulator.

"Reaching billions of steps of experience not only sets the state of the art on the **Habitat Autonomous Navigation Challenge 2019** but also essentially solves the task," the researchers said. "It behaves a success rate of 99.9 percent and a score of 96.9 percent on the SPL efficiency metric. (SPL refers to success rate weighted by normalized inverse path length.)"

The team says they hope to build on DD-PPO's success by creating systems that accomplish point-to-goal navigation with only the camera input, and no compass or GPS data.

In addition to their in-depth explainer post, **Near-perfect point-goal navigation from 2.5 billion frames of experience**, the researchers have made the code publicly available on **GitHub**.

## About the Authors



**About Nefi Alarcon**
Nefi Alarcon is a senior executive communications manager on NVIDIA's leadership team. He has years of media relations and communication experience, and has previously worked at Google, Mozilla, and CNN. He received his bachelor's degree in Journalism from George Washington University.
View all posts by Nefi Alarcon »

## Comments

Start the discussion at **forums.developer.nvidia.com**





Page 1
GPU Accelerated Computing on Microsoft Azure | NVIDIA
https://www.nvidia.com/en-us/data-center/gpu-cloud-computing/microsoft-azure/





EXHIBIT
# 12
3-21-23

## Accelerated Computing on Microsoft Azure

### AI and High-Performance Computing for the Enterprise

Today's global challenges—including those related to our environment, economy, energy, and public health system—require modern, transformative solutions. Microsoft Azure and NVIDIA are empowering enterprises to push the boundaries of innovation by combining access to NVIDIA's full-stack computing platform with Microsoft's global scale, simplified infrastructure management, and flexibility to deploy from the cloud to the edge.

## Explore Ways to Get More out of NVIDIA on Azure

   

**NVIDIA and Microsoft Transform Cloud AI**

First public cloud with complete NVIDIA AI solution stack combined with Azure's global scale for enterprise AI.

Learn More >

**Access Technical Resources, On-Demand Webinars, and More**

Microsoft Azure and NVIDIA deliver global access to accelerated computing on demand, simplified infrastructure management, and developer solutions that support the end-to-end lifecycle of building AI-powered applications.

Learn More >

**NVIDIA and Microsoft Create Edge-to-Cloud Real-Time Streaming Video Analytics Solution**

NVIDIA and Microsoft are partnering to enable real-time streaming and video analytics that extract powerful insights from thousands of cameras distributed over wide areas.

Learn More >

**How to Launch NVIDIA RTX Virtual Workstations on Azure**

An easy-to-follow guide takes you from creating your Microsoft Azure account to powering up an NVIDIA RTX Virtual Workstation (vWS) to access the most demanding design and engineering applications from the cloud.

Watch Now >

### NVIDIA AI Enterprise on Microsoft Azure

GPU-accelerated instances on Microsoft Azure are certified and supported with NVIDIA AI Enterprise, a fully managed and secure, cloud-native suite of AI and data analytics software that streamlines each step of the AI workflow, from data processing and AI model training to simulation and large-scale deployment, reducing the time to move from pilot to production of AI solutions. It includes the broadly adopted software of the NVIDIA AI platform essential for developing predictive models to automate business processes and gain rapid business insights with applications such as conversational AI, recommender systems, computer vision, and more. NVIDIA AI Enterprise is certified on Azure with the following instances: NC-T4-v3, NC-v3, ND-A100-v4, NV-A10-v5.

Captured: 20 March 2023, 15:01:10

Page 2
GPU Accelerated Computing on Microsoft Azure | NVIDIA
https://www.nvidia.com/en-us/data-center/gpu-cloud-computing/microsoft-azure/

# NVIDIA GPU-Accelerated Virtual Machines on Microsoft Azure

Microsoft Azure and NVIDIA empower enterprises in the cloud to harness the combined power of NVIDIA accelerated computing and NVIDIA networking on demand to meet the diverse computational requirements of AI, machine learning, data analytics, graphics, virtual desktop, and high-performance computing (HPC) applications. From fractional GPUs and single GPUs to multiple GPUs across multiple nodes for distributed computing, access the right-sized GPU acceleration for your workloads.

## ND A100 v4 VM

Featuring eight NVIDIA A100 40GB Tensor Core GPUs, NVIDIA® NVLink® 3.0, and a dedicated NVIDIA Quantum 200 gigabits per second (Gb/s) InfiniBand connection per virtual machine (VM) for scale-out, multi-node, multi-GPU distributed computing.

Best suited for AI training, deep learning inference, machine learning, industrial HPC, and data analytics workloads.

Learn More  >

## NDm A100 v4 VM

Featuring eight NVIDIA A100 80GB Tensor Core GPUs with twice the GPU memory per VM compared to the ND A100 v4 VM series. Includes support for NVIDIA NVLink 3.0 and a NVIDIA Quantum 200 Gb/s InfiniBand connection per VM for scale-out, multi-node, multi-GPU distributed computing.

Best suited for recommender systems, distributed deep learning training, deep learning inference, machine learning, industrial HPC, and big data analytics.

Learn More  >

## NC A100 v4 VM

Offers the flexibility to select one, two, or four NVIDIA A100 80GB Tensor Core GPUs per VM to leverage the right-sized GPU acceleration for your workload. NVIDIA NVLink 3.0 is supported for GPU-to-GPU communication within the VM.

Best suited for single-node deep learning training, batch inference, interactive machine learning development and exploration, modeling, simulation, and data analytics.

Learn More  >

## NV A10 v5 VM

Offers the flexibility to provision partial GPU partitions to two full NVIDIA A10 Tensor Core GPUs per VM. Powered by Microsoft Azure GPU-partitioning capabilities built on top of NVIDIA RTX Virtual Workstation technology.

Best suited for graphics-intensive workloads, including virtual desktops, computer-aided design (CAD), rendering, simulation, AI inferencing, and data analytics.

Learn More  >

# Explore Azure Success Stories

Learn how companies like yours are creating value with NVIDIA on Azure



**Microsoft Advancing AI-Powered Speech Using GPU Inference**

Microsoft demonstrates how their voice search tools leverage NVIDIA inference on Azure to provide more accurate and human-sounding results to users 5X faster.

Learn More  >



**AI Helps Bing Search for Images Within Images**

Search just got smarter, thanks to AI and NVIDIA GPUs on Azure. Microsoft's Bing now lets you search for images within images. You can even buy items you find there.

Learn More  >

> **" Every industry has awoken to the potential of AI. We've worked with Microsoft to create a lightning-fast AI platform that is available to Microsoft Azure cloud users. With Microsoft's global reach, every company around the world can now tap the power of AI to transform their business."**
>
> - Jensen Huang, CEO and Founder of NVIDIA



### NGC

Get simple access to a broad range of performance-engineered containers for AI, HPC, and HPC visualization to run on Azure N-series machines from the NVIDIA NGC™ catalog. NGC containers include all necessary dependencies, such as NVIDIA CUDA® runtime, NVIDIA libraries, and an operating system, and they're tuned across the stack for optimal performance. To run NGC containers on Azure and take full advantage of NVIDIA GPUs, NVIDIA tested and validated containers are available on Azure Marketplace.

### Azure Machine Learning Service

Use Azure Machine Learning service to accelerate the machine learning lifecycle with powerful NVIDIA GPUs. Use automated machine learning to identify suitable algorithms and tune hyperparameters faster, improve productivity and reduce costs with autoscaling GPU clusters and built-in machine learning operations. Seamlessly deploy to the cloud and the edge with one click. Access all these capabilities from any Python environment using open-source frameworks such as PyTorch, TensorFlow, and scikit-learn. Azure Machine Learning service also integrates with NVIDIA Triton Inference Server and NVIDIA RAPIDS™ to unlock even more performance gains.

### GPU-Accelerated Virtualized Graphics

With NVIDIA RTX Virtual Workstations, creative and technical professionals can maximize their productivity from anywhere by accessing the most demanding professional design and engineering applications from the cloud. The latest NVads A10 v5 instances, powered by NVIDIA A10 Tensor Core GPUs, offer support for GPU virtualization and GPU partitioning features, providing customers with access to scalable graphics and compute resources. Virtual workstations powered by NVIDIA GPUs are available directly from Microsoft Azure and the Azure Marketplace. For Remote Desktop Services (RDS) environments, knowledge workers and other professionals can leverage GPU-accelerated cloud computing on Windows multi-sessions with Azure Virtual Desktop.

## Access the Power of Microsoft Azure and NVIDIA GPUs

Try the N-series today.

Get started with NGC.

[Learn More]

[Learn More]

| Products | Technologies | Software | Resources |
|---|---|---|---|
| NVIDIA H100 CNX | NVIDIA Hopper Architecture | Overview | Data Center Blogs |
| NVIDIA H100 | NVIDIA Ampere Architecture | NVIDIA AI Enterprise | GPU Apps Catalog |
| NVIDIA A100 | Confidential Computing | Base Command | Data Center GPUs Product |
| NVIDIA A2 | NVLink-C2C | Bright Cluster Manager | Literature |
| NVIDIA A10 | NVLink/NVSwitch | CUDA-X | DGX Product Literature |
| NVIDIA A16 | Tensor Cores | Fleet Command | Virtual GPU Product Literature |
| NVIDIA A30 | Multi-Instance GPU | Magnum IO | GPU Test Drive |
| NVIDIA A40 | IndeX ParaView Plugin | Networking | Where to Buy |
| NVIDIA L40 | NVIDIA Morpheus AI framework | NGC Catalog | Qualified System Catalog |
| NVIDIA Bluefield DPU | | NVIDIA NGC | NVIDIA GRID Community Advisors |
| NVIDIA Converged Accelerators | | Virtualization | Virtual GPU Forum |
| NVIDIA ConnectX SmartNIC | | | |
| NVIDIA V100 | | | |
| NVIDIA HGX | | | |
| NVIDIA DGX H100 | | | |
| NVIDIA DGX Systems | | | |

Page 4
GPU Accelerated Computing on Microsoft Azure | NVIDIA
https://www.nvidia.com/en-us/data-center/gpu-cloud-computing/microsoft-azure/



**NVIDIA.**

Privacy Policy | Manage My Privacy | Legal | Accessibility | Corporate Policies | Product Security | Contact
Copyright © 2023 NVIDIA Corporation