# Exhibit 26

2/23/23, 10:41 AM

Case 1:19-cv-12551-FDS   Document 631-26   Filed 12/05/23   Page 2 of 5
Apigee to be acquired by Google in $625 million all-cash deal



WATCH **LIVE**

## DEALS AND IPOS

# Google to buy cloud software company Apigee for $625 million

PUBLISHED THU, SEP 8 2016·9:16 AM EDT   UPDATED FRI, SEP 9 2016·5:53 AM EDT

 REUTERS

WATCH LIVE

Alphabet's    Google said on Thursday it is acquiring cloud software company Apigee in a deal valued at about $625 million, the tech giants latest effort to claim a greater share of the lucrative cloud business.

San Jose-based Apigee's software helps companies' digital services interact with apps used by customers and partners.

The service is critical for businesses transitioning to the cloud, Diane Greene, who runs Google's cloud computing division, said in an interview. "They are a leader in this application programming interface area," she said.

Cloud computing is the increasingly popular practise of using remote internet servers to store, manage and process data.

Apigee specializes in managing so-called application programming interfaces, or APIs, the channels through which digital services connect when a company logs a purchase for a customer or places an order with a supplier.

Google will pay Apigee shareholders $17.40 for each share, a 6.5 percent premium to the stock's Wednesday close.

Apigee's shares were slightly above the offer price at $17.43 on Nasdaq in afternoon trading on Thursday.



MARKETS



CNBC TV



WATCHLIST



MENU

Case 1:19-cv-12551-FDS Document 631-26 Filed 12/05/23 Page 3 of 5



○ WATCH **LIVE**

He and the World Bank, went public in April last year at $17 per share.

Greene, a former VMware CEO, has pushed to raise Google's profile in corporate computing since she joined last year.

During her tenure, Google has streamlined engineering efforts and appointed new leadership for its cloud efforts, improving traction with clients, Google Chief Executive Officer Sundar Pichai said during the company's latest earnings call.

Greene predicted that the Apigee acquisition would redouble Google's momentum.

"Our customer lists are extremely complimentary," she said. "There's some overlap and some areas where we are going to be able to help each other once the deal closes."

The Apigee deal comes a day after Google and online storage company Box Inc said they would partner to enable Box's corporate customers to integrate Google's suite of word processing, spreadsheets and other productivity tools, known as Google Docs.

Google, [Amazon.com](#) , [Microsoft](#) , [IBM](#) and others are vying for a share of the fast-growing corporate cloud computing business.

Apigee, with high-profile clients in a strategically important area, will help Google close in on the competition, said analyst Patrick Moorhead of Moor Insights & Strategy.

Google has fallen behind both Microsoft Azure and Amazon Web Services in enterprise cloud computing, and this move is intended to strengthen that position, he wrote in an email.

---

## Squawk on the Street

WATCH IN THE APP

UP NEXT I **Squawk on the Street** 11:00 am ET





WATCH **LIVE**

CNBC Councils

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## Advertise With Us

PLEASE CONTACT US

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service



○ WATCH **LIVE**

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by



MARKETS



CNBC TV



WATCHLIST

MENU