# Exhibit 29



**Google CEO Sundar Pichai** Justin Sullivan/Getty Images

Google is expanding its pool of machine learning talent with the purchase of a startup that specializes in 'instant' smartphone image recognition.

On Wednesday, French firm Moodstocks announced on its website that it's being acquired by Google, stating that it expects the deal to be completed in the next few weeks. There's no word yet on how much Google is paying for the company.

Moodstocks' "on-device image recognition" software for smartphones will be phased out as it joins Google. Moodstocks' team will also move over to Google's R&D center in Paris, according to Google's French blog.

"Ever since we started Moodstocks, our dream has been to give eyes to machines by turning cameras into smart sensors able to make sense of their surroundings," Moodstocks said in a statement on its site. "Our focus will be to build great image recognition tools within Google, but rest assured that current paying Moodstocks customers will be able to use it until the end of their subscription."

You can see Moodstocks' image-recognition tech in action in the video below:



Jump to

Main content
Search
Account

◀  **HOMEPAGE**　　　　　　　　　　　　　　　　　　　　Subscribe



## Read next

**ADVERTISING**

4 reasons why Amazon's advertising business is still surging while Meta, Google, and Snap are all wrestling with declines

Jump to

Main content
Search
Account

Google's 'see what sticks' approach can leave users skeptical





Amazon Left Scrambling As Prime Users Find Out About Secret Deals

Online Shopping Tools | Sponsored

We are hiring technologists now for the fintech of tomorrow.

Fidelity Investments | Sponsored

Elaine Chao issued a rare response to Trump's racist nickname for her

...litico on Wednesday, Chao — who served four years in Trump's cabinet — ...re with Trump clear.

Jump to

Main content
Search
Account





\* Copyright © 2023 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service, Privacy Policy and Cookies Policy.

Contact Us | Masthead | Sitemap | Disclaimer | Accessibility | Commerce Policy | Advertising Policies

| CA Privacy Rights | Coupons | Made in NYC | Jobs @ Insider

Stock quotes by finanzen.net | Reprints & Permissions

Your Privacy Choices

International Editions:

INTL | AS | AT | DE | ES | IN | JP | MX | NL | PL | ZA