# Exhibit 30

2/23/23, 10:50 AM                    Google buys UK artificial intelligence startup Deepmind for £400m | Artificial intelligence (AI) | The Guardian

Case 1:19-cv-12551-FDS Document 631-30 Filed 12/05/23 Page 2 of 5



## Artificial intelligence (AI)

🕒 This article is more than **9 years old**

# Google buys UK artificial intelligence startup Deepmind for £400m

**Google makes its biggest EU purchase yet with the technology that aims to make computers think like humans**

---

### Samuel Gibbs

Mon 27 Jan 2014 08.23 EST

Google has made one its largest European acquisitions to date with a deal to buy DeepMind technologies, a London-based artificial intelligence firm which specialises in machine learning, advanced algorithms and systems neuroscience.

The Guardian understands that Google paid £400m ($650m) for DeepMind, which develops technologies for e-commerce and games, and has demonstrated computer systems capable of playing computer games. It aims, it says, to develop computers that think like humans.

The two-year-old artificial intelligence startup was founded by former child chess prodigy and neuroscientist Demis Hassabis alongside Shane Legg and Mustafa Suleyman.

DeepMind has reportedly competed with Google and other major artificial intelligence companies for talent and Google's chief executive Larry Page is said to have led the deal himself. Facebook reportedly failed to acquire

DeepMind in December 2012, according to Forbes.

Part of the acquisition deal saw Google establish an artificial intelligence ethics board to ensure the technology is not abused, according to sources talking to The Information.

Google confirmed the purchase but declined to clarify specifics of the acquisition.

### 'Infinitely more intelligent'

DeepMind is the latest in a long line of artificial intelligence acquisitions from Google that recently included the learning thermostat and smart fire alarm company Nest, described by Google's Eric Schmidt as "an important bet" which will lead to products that are "infinitely more intelligent".

"DeepMind was generally interested in reinforcement learning, and in deep learning, which is very useful in mining so called 'big data', something Google has a lot of and is interested in processing," said Murray Shanahan a professor of Cognitive Robotics at Imperial College London.

Google also acquired a string of robotics firms in 2013, culminating in the purchase of Boston Dynamics in December, the most high-profile purchase at the time and a company holding contracts with the US military.

Google's robotics and artificial intelligence efforts were put under the leadership of the father of Android, Andy Rubin, in December combining seven quietly acquired technology companies to foster a self-described "moonshot" robotics vision.

### Computing prodigy Demis Hassabis

Before DeepMind, Hassabis - described as "very brilliant" by his peers - completed his A-level exams two years early and went on to have a career in computer games with high-profile games studio Bullfrog in the mid-1990s.

At 17, Hassabis co-designed and was lead programmer on the classic Theme Park with legendary game designer Peter Molyneux.

Hassabis then left Bullfrog to take a place at Cambridge University, attaining a double first in Computer Science in 1997, and going on to be lead AI programmer at Molyneux's Lionhead Studios on the landmark game Black & White.

Having set up his own games developer, Elixir Studios in 1998, Hassabis left the games industry for cognitive neuroscience and artificial intelligence publishing influential papers in memory and amnesia.

Attaining a doctorate in Cognitive Neuroscience from University College London in 2009, Hassabis left academia in 2012 to found DeepMind Technology.

> What is Boston Dynamics and why does Google want robots?

* This article was updated on 27 Jan at 15.20GMT to correct the price of the acquisition.

---

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest - not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate

2/23/23, 10:50 AM
Case 1:19-cv-12551-FDS Document 631-30 Filed 12/05/23 Page 4 of 5
Google buys UK artificial intelligence startup Deepmind | Artificial intelligence (AI) | The Guardian

crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics - one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting the Guardian today. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| Single | Monthly | Annual |
|---|---|---|
| $7 per month | $13 per month | Other |

Continue → | Remind me in April | 

## More on this story



**Why Facebook and Google are buying into drones**
19 Apr 2014 · 89

**Politicians are failing us, says Google's Eric Schmidt**
24 Jan 2014 · 154

**Google buys drone heavyweight Titan Aerospace**
14 Apr 2014

**Facebook buys UK maker of solar-powered drones to expand internet**
28 Mar 2014

Case 1:19-cv-12551-FDS Document 631-30 Filed 12/05/23 Page 5 of 5

## Most viewed