# Exhibit 31

# Google Scoops Up Neural Networks Startup DNNresearch To Boost Its Voice And Image Search Tech

Rip Empson
@ripemp / 7:37 PM EDT • March 12, 2013

Join TechCrunch+    Login

Search

TechCrunch+
Startups
Venture
Security
Crypto
Apps
Events
Advertise
More



Well, Google's M&A strategy is nothing if not diverse in focus. In November, it acquired package Last month, Google it made its first acquisition of the year, buying eCommerce startup Channel I dug into the Computer Science department at The University of Toronto to acquire DNNresearch by professor Geoffrey Hinton and two of his grad students, Alex Krizhevsky and Ilya Sutskever.

Incorporated last year, the startup's website is conspicuously devoid of any identifying informatio screen. While the financial terms of the deal were not disclosed, Google was eager to acquire th neural networks — as well as the talent behind it — to help it go beyond traditional search algorit pieces of content, images, voice, text and so on. In its announcement today, the University of To research "has profound implications for areas such as speech recognition, computer vision and l

Furthermore, Professor Hinton is the founding director of the Gatsby Computational Neuroscienc in London, holds a Canada Research Chair in Machine Learning and is the director of the Canad Research-funded program on "Neural Computation and Adaptive Perception." Also a fellow of Th Hinton has become renowned for his work on neural nets and his research into "unsupervised le neural networks with rich sensory input."

In its statement, the University of Toronto said that both Krizhevsky and Sutskever will be moving "divide his time between his university research and his work at Google," both in Google's Toront headquarters in Mountain View.

For Google, this means getting access, in particular, to the team's research into the improvemen the company looks to improve the quality of its image search and facial recognition capabilities. acquired Viewdle, which owns a number of patents on facial recognition, following its acquisition PittPatt in 2011 and Neven Vision all the way back in 2006.

In addition, Google has been looking to improve its voice recognition, natural language processir integrating that with its knowledge graph to help develop a brave new search engine. Google aln search capabilities on the web, but, going forward, as smartphones proliferate, it will look to impr mobile.

In a recent paper published by the three founders of DNNresearch, the team found that "despite CNNs [convolutional neural networks], and despite the relative efficiency of their local architectu prohibitively expensive to apply in large scale to high-resolution images … [However, the results

2/23/23, 12:02 PM  Google Scoops Up Neural Networks Startup DNNresearch To Boost Its Voice And Image Search Tech | TechCrunch

Case 1:19-cv-12551-FDS Document 681-31 Filed 12/05/23 Page 3 of 3

large, deep convolutional neural network is capable of achieving recordbreaking results on a hig[...] using purely supervised learning."

Get that?

The acquisition of DNNresearch also follows a $600K gift that Google awarded to Hinton and his [...] their work in neural nets. Following its do-good thesis, the company pledged to "support ambitiou[...] science and engineering" through its "Focused Research Awards program," which offer unrestric[...] grants and give recipients access to Google "tools, technologies and expertise."

So, it looks like Google discovered DNNresearch through its award program and, seeing the imp[...] work could have on the fields of speech recognition, language processing and image recognition[...] products — decided that a grant wasn't enough.

"Geoffrey Hinton's research is a magnificent example of disruptive innovation with roots in basic [...] Toronto President David Naylor said in a statement. "The discoveries of brilliant researchers, gui[...] curiosity, and intuition, lead eventually to practical applications no one could have imagined, muc[...]

More in the University of Toronto's statement here.

**Update:** Professor Hinton penned a Google+ post today that offers his take on joining Google of [...] is betting on "Google's team to be the epicenter of future breakthroughs."

Full post below:

> Last summer, I spent several months working with Google's Knowledge team in Mountain View, working wi[...]
> incredible group of scientists and engineers who have a real shot at making spectacular progress in machir[...]
> two of my recent graduate students, Ilya Sutskever and Alex Krizhevsky (who won the 2012 ImageNet com[...]
> Google's team to be the epicenter of future breakthroughs. That means we'll soon be joining Google to wor[...]
> engineering minds to tackle some of the biggest challenges in computer science. I'll remain part-time at the [...]
> I still have a lot of excellent graduate students, but at Google I will get to see what we can do with very larg[...]

Also, for those interested in some context as to the significance of Hinton within the scientific (an[...] check out this Hacker News thread here. Basically, he's Chuck Norris.

Join TechCrunch+

Login

Search

TechCrunch+
Startups
Venture
Security
Crypto
Apps
Events
Advertise
More

### More TechCrunch







