# Exhibit 33

2/23/23, 1:37 PM
Google Europe Blog: Teaming up with Oxford University on Artificial Intelligence
Case 1:19-cv-12551-FDS   Document 631-38   Filed 12/05/23   Page 2 of 5


Google Europe Blog

Our views on the Internet and society

Google Europe Blog

# Teaming up with Oxford University on Artificial Intelligence

Thursday, October 23, 2014

It is a really exciting time for Artificial Intelligence research these days, and progress is being made on many fronts including image recognition and natural language understanding. Today we are delighted to announce a partnership with Oxford University to accelerate Google's research efforts in these areas.



The Oxford skyline. Credit Oxford University Images

Google DeepMind will be working with two of Oxford's cutting edge Artificial Intelligence research teams. Prof Nando de Freitas, Prof Phil Blunsom, Dr Edward Grefenstette and Dr Karl Moritz Hermann, who teamed up earlier this year to co-found Dark Blue Labs, are four world leading experts in the use of deep learning for natural language understanding. They will be spearheading efforts to enable machines to better understand what users are saying to them.

Also joining the DeepMind team will be Dr Karen Simonyan, Max Jaderberg and Prof Andrew Zisserman, one of the world's foremost experts on computer vision systems, a Fellow of the Royal Society, and the only person to have been awarded the prestigious Marr Prize three times. As co-founders of Vision Factory, their aim was to improve visual recognition systems using deep learning. Dr Simonyan and Prof Zisserman developed one of the winning systems at the recent 2014 ImageNet competition, which

is regarded as the most competitive and prestigious image recognition contest in the world.

Google DeepMind has hired all seven founders of these startups with the three professors holding joint appointments at Oxford University where they will continue to spend part of their time. These exciting partnerships underline how committed Google DeepMind is to supporting the development of UK academia and the growth of strong scientific research labs.

As a part of the collaboration, Google DeepMind will be making a substantial contribution to establish a research partnership with the Computer Science Department and the Engineering Department at Oxford University, which will include a program of student internships and a series of joint lectures and workshops to share knowledge and expertise.

We are thrilled to welcome these extremely talented machine learning researchers to the Google DeepMind team and are excited about the potential impact of the advances their research will bring.

Posted by Demis Hassabis, co-founder of DeepMind and Vice President of Engineering at Google

  

Labels: Computer Science , Google in Europe Blog , STEM Education , United Kingdom

1 comment :



Daniel January 18, 2015 at 8:11 AM

Awesome!

Reply

 Enter Comment

You are welcome to comment here, but your remarks should be relevant to the conversation. To keep the exchanges focused and engaging, we reserve the right to remove off-topic comments, or self-promoting

Google Europe: Teaming up with Oxford University on artificial intelligence

URLs and vacuous messages





Google · Privacy · Terms