**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>
SINGULAR COMPUTING LLC,<br><br>
       Plaintiff,<br><br>
v.<br><br>
GOOGLE LLC,<br><br>
       Defendant.
</td><td>
C.A. No. 1:19-cv-12551-FDS<br><br>
Hon. F. Dennis Saylor IV
</td></tr>
</table>

**DEFENDANT GOOGLE LLC'S
UNOPPOSED MOTION TO IMPOUND/SEAL DESIGNATED MATERIAL**

Pursuant to Local Rule 7.2 and the Protective Order in this case ("Protective Order"), (Dkt. No. 87), Defendant Google LLC ("Google") respectfully requests that this Court impound (seal) the following materials filed in support of Google's Motion *in Limine* filed today:

1. An un-redacted copy of Google's Motion *in Limine*.

2. Certain exhibits to the Phung Declaration that accompanies Google's Motion *in Limine*. The following exhibits to the Phung Declaration contain information that Google or Singular has designated as containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information.

- **Exhibit 1:** STX-876 SINGULAR-00018281

- **Exhibit 2**: STX-277 GOOG-SING-00028357

- **Exhibit 3**: STX-337 GOOG-SING-00083457

- **Exhibit 4:** STX-890 SINGULAR-00018392

- **Exhibit 5**: STX-353 GOOG-SING-00083532

- **Exhibit 6**: STX-907 SINGULAR-00026942

- **Exhibit 7:**  STX-346 GOOG-SING-00083496

- **Exhibit 8**:  STX-336 GOOG-SING-00083453

- **Exhibit 9**:  STX-368 GOOG-SING-00083650

- **Exhibit 10:**  STX-565 GOOG-SING-00241421

- **Exhibit 11**:  STX-830 SINGULAR-00004970

- **Exhibit 12**:  STX-582 GOOG-SING-00242356

- **Exhibit 13:**  STX-282 GOOG-SING-00029804

- **Exhibit 14:**  STX-289 GOOG-SING-00032398

- **Exhibit 15**:  STX-866 SINGULAR-00018236

- **Exhibit 16:**  STX-287 GOOG-SING-00032375

- **Exhibit 17**: Excerpts from the July 20, 2021 deposition of Joseph Bates

- **Exhibit 18**:  Excerpts from the December 22, 2022 expert report of Mr. Philip Green

- **Exhibit 19**:  STX-484 GOOG-SING-00209017

- **Exhibit 20**:  GOOG-SING-00242399

- **Exhibit 22:**  Excerpts from the December 22, 2022 expert report of Prof. Sunil Khatri

- **Exhibit 23**: Excerpts from the April 29, 2021 deposition of Catherine Tornabene

- **Exhibit 24**: Excerpts from the July 21, 2022 deposition of Jeffrey Dean

- **Exhibit 25:**  Excerpts from the May 28, 2021 deposition of Obi Felten

- **Exhibit 34**: Excerpts from the March 3, 2023 expert report of Prof. Sunil Khatri

- **Exhibit 35**: Excerpts from the March 24, 2023 deposition of Prof. Sunil Khatri

- **Exhibit 37**: STX-834 SINGULAR-00006867

- **Exhibit 38**: STX-835 SINGULAR-00006870

- **Exhibit 39**: STX-843 SINGULAR-00012519

- **Exhibit 42**: STX-2009 SINGULAR-00015244

- **Exhibit 44**: Excerpts from the July 15, 2021 deposition of James Laudon

The Protective Order allows a party producing documents in discovery to designate documents as "Confidential" after making a good-faith determination that the documents contain information that is "confidential, proprietary, and/or commercially sensitive information," and to designate documents as "Highly Confidential – Attorneys' Eyes Only" after making a good-faith determination that the documents contain information that is extremely confidential and/or sensitive in nature and the disclosure of such documents is likely to cause economic harm or significant competitive disadvantage. Protective Order ¶¶ 6-7. That Order requires that a party intending to make court filings referring to such Protected Material bring a motion to impound. *Id.* ¶ 14.

Google's above-identified documents contain confidential information designated Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order that is extremely confidential and/or sensitive in nature and the disclosure of such documents is likely to cause Google economic harm or significant competitive disadvantage.

Submission of the above-identified exhibits is necessary to permit the Court to fully evaluate the issues raised in Google's Motion *in Limine*.  Google therefore brings this Motion to Impound to seal the above-identified documents.  Additionally, Google has filed a redacted version of its Motion *in Limine*, which redacts the Google confidential information discussed above, public disclosure of which would risk competitive harm to Google.

For the foregoing reasons, Google respectfully requests that the Court permit it to file the

above-identified documents under seal. Google further requests that the documents remain

impounded until further order by the Court, and that upon expiration of the impoundment that the

documents be returned to Google's counsel.

Respectfully submitted,

Dated: December 5, 2023        By:     */s/ Nathan R. Speed*
                    Gregory F. Corbett (BBO #646394)
                    gcorbett@wolfgreenfield.com
                    Nathan R. Speed (BBO #670249)
                    nspeed@wolfgreenfield.com
                    Elizabeth A. DiMarco (BBO #681921)
                    edimarco@wolfgreenfield.com
                    Anant K. Saraswat (BBO #676048)
                    asaraswat@wolfgreenfield.com
                    WOLF, GREENFIELD & SACKS, P.C.
                    600 Atlantic Avenue
                    Boston, MA 02210
                    Telephone: (617) 646-8000
                    Fax: (617) 646-8646

                    Robert Van Nest (admitted *pro hac vice*)
                    rvannest@keker.com
                    Michelle Ybarra (admitted *pro hac vice*)
                    mybarra@keker.com
                    Andrew Bruns (admitted *pro hac vice*)
                    abruns@keker.com
                    Vishesh Narayen (admitted *pro hac vice*)
                    vnarayen@keker.com
                    Christopher S. Sun (admitted *pro hac vice*)
                    csun@keker.com
                    Anna Porto (admitted *pro hac vice*)
                    aporto@keker.com
                    Deeva Shah (admitted *pro hac vice*)
                    dshah@keker.com
                    Stephanie J. Goldberg (admitted *pro hac vice*)
                    sgoldberg@keker.com
                    Eugene M. Paige (admitted *pro hac vice*)
                    epaige@keker.com
                    Rachael E. Meny (admitted *pro hac vice*)
                    rmeny@keker.com
                    Eric K. Phung (admitted *pro hac vice*)
                    ephung@keker.com
                    Kaiyi A. Xie (admitted *pro hac vice*)
                    kxie@keker.com
                    KEKER, VAN NEST & PETERS LLP

633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100

Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

5

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I certify that, on December 5, 2023, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion.  Counsel for Plaintiff stated that it does not oppose the relief requested in this motion.

/s/ Nathan R. Speed
Nathan R. Speed

6

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


*/s/ Nathan R. Speed*
Nathan R. Speed