# EXHIBIT B

| | |
|---|---|
| **From:** | Anna Porto <APorto@keker.com> |
| **Sent:** | Friday, September 15, 2023 8:37 PM |
| **To:** | Kevin Gannon; Brian Seeve; Kerry Timbers; Singular |
| **Cc:** | kvp-singular; Kamber, Matthias A.; abhansali@kblfirm.com; Nathan R. Speed; Anant.Saraswat@WolfGreenfield.com |
| **Subject:** | Singular v. Google \| Witnesses |

Counsel,

We write to inform you that Nishant Patil, who was previously on Google's witness list, has left Google and that Google no longer intends to call Mr. Patil as a witness at trial.  Google discloses the following two witnesses to replace Mr. Patil on Google's witness list:

- Matthew Mabey
- Naveen Kumar

Google is willing to make Mr. Mabey and Mr. Kumar available for deposition on mutually agreed dates.

Best,
Anna

---

**Anna Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8857 direct | 415 391 5400 main
aporto@keker.com | vcard | keker.com