**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**MOTION FOR EXPEDITED BRIEFING ON SINGULAR'S**
**<u>MOTION TO COMPEL, ECF NO. 634</u>**

Plaintiff, Singular Computing LLC ("Singular") respectfully requests an order for expedited briefing on its Motion to Compel.

The pretrial conference in this matter is scheduled for December 19, 2023. To ensure that Singular's Motion to Compel, ECF No. 634, is fully briefed prior to the pretrial conference so that, if it wishes, the Court can hear oral argument at the pretrial conference, Singular respectfully requests that the Court set a deadline of December 14, 2023 for Google to respond to the Motion to Compel.

WHEREFORE, Singular respectfully requests that the Court allow this Motion and set a deadline of December 14, 2023 for Google to file its response to Singular's Motion to Compel, ECF No. 634.

1

Dated: December 7, 2023            Respectfully submitted,

           */s/ Daniel McGonagle*
Matthew D. Vella (BBO #660171)
Adam R. Doherty (BBO #669499)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO #670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: adoherty@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com

Kerry L. Timbers (BBO #552293)
**SUNSTEIN LLP**
100 High Street
Boston, MA 02110
Tel: (617) 443-9292
Email: ktimbers@sunsteinlaw.com

ATTORNEYS FOR THE PLAINTIFF

## LOCAL RULE 7.1 CERTIFICATION

I, Daniel McGonagle, counsel for Singular Computing LLC, hereby certify that the parties met and conferred via telephone on November 17, 2023 and via email on December 4 and 7, 2023 in a good faith attempt to reach agreement, the parties were unable to do so.

*/s/ Daniel McGonagle*

## CERTIFICATE OF SERVICE

I certify that, on December 7, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Daniel McGonagle*