# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Alyssa H. Ruderman is no longer associated with the law firm Prince Lobel Tye LLP.  Plaintiff Singular Computing LLC ("Singular") hereby withdraws Alyssa H. Ruderman as counsel for Singular. Matthew D. Vella, Kevin Gannon, Brian M. Seeve, Daniel McGonagle, Robert R. Gilman, and Adam R. Doherty of Prince Lobel Tye LLP remain as counsel of record for Singular.

Therefore, Singular respectfully requests that the Court withdraw Alyssa H. Ruderman as attorney of record from the docket in this case.

Dated: December 11, 2023

Respectfully submitted,

*/s/ Kevin Gannon*
Matthew D. Vella (BBO #660171)
Adam R. Doherty (BBO #669499)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO #670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: adoherty@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com

              Kerry L. Timbers (BBO #552293)
              **SUNSTEIN LLP**
              100 High Street
              Boston, MA 02110
              Tel: (617) 443-9292
              Email: ktimbers@sunsteinlaw.com

## **CERTIFICATE OF SERVICE**

   I certify that on December 11, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

              */s/ Kevin Gannon*