# Exhibit 3



GPU TECHNOLOGY CONFERENCE

# INSIDE VOLTA

Olivier Giroux and Luke Durant
NVIDIA
May 10, 2017

GOOG-SING-00237405

# INTRODUCING TESLA V100

| Volta Architecture | Improved NVLink & HBM2 | Volta MPS | Improved SIMT Model | Tensor Core |
|---|---|---|---|---|
|  |  |  |  |  |
| Most Productive GPU | Efficient Bandwidth | Inference Utilization | New Algorithms | 120 Programmable TFLOPS Deep Learning |

The Fastest and Most Productive GPU for Deep Learning and HPC

4  NVIDIA.

GOOG-SING-00237408

# TESLA V100

21B transistors
815 mm²

80 SM
5120 CUDA Cores
640 Tensor Cores

16 GB HBM2
900 GB/s HBM2
300 GB/s NVLink



*full GV100 chip contains 84 SMs

GOOG-SING-00237409

# GPU PERFORMANCE COMPARISON

|  | P100 | V100 | Ratio |
|---|---|---|---|
| Training acceleration | 10 TOPS | 120 TOPS | 12x |
| Inference acceleration | 21 TFLOPS | 120 TOPS | 6x |
| FP64/FP32 | 5/10 TFLOPS | 7.5/15 TFLOPS | 1.5x |
| HBM2 Bandwidth | 720 GB/s | 900 GB/s | 1.2x |
| NVLink Bandwidth | 160 GB/s | 300 GB/s | 1.9x |
| L2 Cache | 4 MB | 6 MB | 1.5x |
| L1 Caches | 1.3 MB | 10 MB | 7.7x |

GOOG-SING-00237410

# NEW HBM2 MEMORY ARCHITECTURE



HBM2 stack



1.5x Delivered Bandwidth

P100 — 76% DRAM Utilization
V100 — 95% DRAM Utilization

V100 measured on pre-production hardware.

# VOLTA NVLINK

300GB/sec

50% more links

28% faster signaling



GOOG-SING-00237412