# EXHIBIT F

EXHIBIT
NG
6/26/2021
10

# COMPUTING

# 10,000X MORE EFFICIENTLY

JOE BATES

MIT MEDIA LAB, VISITING SCIENTIST

CARNEGIE MELLON CS DEPARTMENT, ADJUNCT PROF

SINGULAR COMPUTING LLC

*www.media.mit.edu/~bates*

SINGULAR-00004970

Highly Confidential – Attorneys' Eyes Only

# THE MOTIVATING PROBLEM

- Computations specified by programmers are implemented as behavior in physical material

- Hardware designer's job: efficiently implement **Math** (what sw wants) using **Physics** (what silicon offers)

  (near) perfect arith
  uniform mem delay

  noisy, approximate
  delay ~ distance

- Increasingly difficult as decades passed and transistor counts exploded

- Now each instruction (increment, load register, occasionally multiply) invokes >10M transistor operations, even though a single transistor can perform, for instance, an approximate exponentiate or logarithm

Bates - Jul 2010     2

SINGULAR-00004971

Highly Confidential – Attorneys' Eyes Only

# THE MOTIVATING IDEA

- Suppose we go in the opposite direction, move instruction set much closer to physics?

- Programmers will face things usually hidden by CPU design, but might gain enormous efficiency (speed, energy, size, cost)

- "Natural Computing"

- Here is how I've tried to do it, and some results....

Bates - Jul 2010     3

SINGULAR-00004972

Highly Confidential – Attorneys' Eyes Only

# OVERVIEW

- Interested in solving tasks that benefit from floating point ("fp"), but IEEE floating point unit takes >500K transistors

- Could less accurate fp arith unit (eg, 1% error) be very small?

- Yes: at least 100x smaller – O(5K) transistors – *will sketch*

- If errors can be compensated in application software, can get 10,000x better speed, power than CPU   (100x GPU)

- Errors **can** be compensated (in varied apps) – *some examples*

- If hardware cheap and easily available to researchers/students could greatly impact computational sciences, CS/AI, medicine, . . .

- This is my overall goal – a research and commercialization effort

Bates - Jul 2010      4

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00004973

# ONE PATH TO A SMALL FPU

- Represent values as logarithms

- Choose precision of logs to get 1% precision in numbers
  (6 bit fraction needed, along with perhaps 6 integer bits)

- $\times$ / $\sqrt{\phantom{x}}$ are small, fast, exact circuits  (just add, sub, shift logs)

- $+$  is easy if can compute $F(x) = \log(1+2^x)$      ($-$ similar)

- F can be approximated by small, fast, combinatorial circuit

- Total FPU is ~5K transistors,  at ~1GHz

SINGULAR-00004974

Highly Confidential – Attorneys' Eyes Only

# SURROUNDING HARDWARE?

consider classic SIMD co-processor
(MPP, MasPar, DAP, Connection Machine...)

mesh (to obey ~2D physics)  (w extensions)

Each PE:

~100 words of 16 bits (float, int, or bits)

math:  float +-*/√     int +-   16 bit ∧∨⌐

conditional operations ("masked" PEs)



Host CPU

Control
Unit

Secondary
Storage
(DRAM)

PE

PE
mem+fpu

PE

PE

Advantages of simple SIMD ("single instruction stream, multiple data stream")

- doesn't swamp tiny FPU with other stuff

=> can fit O(**100,000**) PEs on a chip - not 8 or 480 - at O(1GHz)

- so fast, small, power efficient (~Petaop desktop, ~Teraop mobile)

- scales with silicon - doesn't lose it's edge to commodity processors

- well studied in 80s, with known development tools (C*, *Lisp, Fortran, etc)

- easy to understand what's going on (unlike GPU)  &  easy to build

Bates - Jul 2010        6

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00004975

# LIMITATIONS

- SIMD - lockstep parallelism (but with masks)

- Local data flow - distance costs time

- Processing and on-chip bandwidth is Peta, off-chip bandwidth is Giga

- Limited memory per PE

- fp arithmetic unusually approximate

*What software can run well in this setting?*

Bates - Jul 2010   7

SINGULAR-00004976

Highly Confidential – Attorneys' Eyes Only

# SOFTWARE EXAMPLES

- Running *(emulation)*
  - Long sums
  - Image kernel operations
  - Tomography
  - Nearest neighbor

- Other plausible tasks

Bates - Jul 2010    8

SINGULAR-00004977

Highly Confidential – Attorneys' Eyes Only

# SOFTWARE EXAMPLES

- Basic approach -
  - handle errors in app specific way, not universal hw solution
  - one useful approach - layered like IP stack, each layer reduces error
  - goal: once reach top, reliability sufficient for **that** real world task

- Example: long sums
  - long sums with 1% error may degenerate  (not assuming a distribution)
  - Kahan (1965) suggested 4 line loop - carry estimated error along
  - can sum 100K values, get ~1% error in sum, sufficiently often
    - (often with higher levels of software further compensating)
  - usefulness shown in following examples

Bates - Jul 2010        9

SINGULAR-00004978

Highly Confidential – Attorneys' Eyes Only

# RICHARDSON LUCY DEBLUR



original

blurred

ieee fp

1% fp

Stack = Kahan + iterative descent on error

(believe higher level can solve for error alone in similar manner, accuracy becomes 1% of 1%  ~  perfect)

Bates - Jul 2010     10

SINGULAR-00004979

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00004980

Highly Confidential – Attorneys' Eyes Only

# NEAREST NEIGHBOR

- Use brute force method  (database on chip, search all in parallel)
  - example: short 5-vectors, from $N(0,1)$ distribution
    - if chip finds best <u>one</u> - 95.6% correct
    - find best <u>two</u> (then CPU chooses) - 99.7% correct
  - stack = Kahan + find several candidates, let CPU pick
  - ⇒ *more evidence sw can derive high quality results from approximate hw*

- Notes:
  - brute force => works in high dimension
  - some algorithmic cleverness usable, eg hashing
  - can efficiently stream large database through in chunks,
    if have enough simultaneous queries
    (chunk loading cost amortizes over query cost)

Bates - Jul 2010     12

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00004981

# OTHER PROMISING DOMAINS

- Physical sim - if system robust to underlying physical noise
  - molec dynamics, protein folding (thermal noise, models approx)
  - electrical sim of digital circuits (silicon noise, fab errors)

- Machine learning, when data noisy, learned models approximate
  (eg neural net training works, now exploring graphical models)

- Numerical optimization and some combinatorial opt (int/bool support)
  - run 100K starting points in parallel
  - clean up best ones w/ accurate fp math (on chip or on cpu)

- Image processing at low power/size
  (small autonomous vehicles, cameras, mobile video)

SINGULAR-00004982

Highly Confidential – Attorneys' Eyes Only

# PATH FORWARD

- Hardware ready
  - everything innovative is designed, simulated, verified
  - surrounding hardware familiar, easy
  - working with chip design firm to be sure
  - chief architect of 4 Intel Pentiums - thumbs up in DARPA review
  - IP protection in place, to aid commercial scale-up, to enable science

- Software must be explored far more widely
  - it's where risks and opportunities lie

- Chicken and egg:
  - to get the benefits and advance their field, scientists need hardware
  - but cheap hardware follows proof of wide application by scientists

Highly Confidential – Attorneys' Eyes Only

SINGULAR-00004983

- Currently collaborating with Deb Roy at Media Lab
  - large scale video analytics (tracking) with ONR funding
  - exploring software - testing code using hardware emulator

- Next goal - get real hardware out to multiple scientific groups

  But silicon fabrication costs very nonlinear
  - $1M not helpful if want large machines
  - $4M yields 10 machines, each with a **million** cores (PEs)

  So goal: spend ~$4M, seed ~5 universities / government contractors
  - explore varied domains, e.g. vision, image processing, learning, speech, biology / medicine, other computational science
    + offer free and open access for students and other faculty
  - share basic tool development, code libraries, experience

- If results promising, seek large company(s) to scale up production, bring down prices, make available to broad research community

SINGULAR-00004984

Highly Confidential – Attorneys' Eyes Only