# Exhibit 5

```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2

 3

 4     SINGULAR COMPUTING LLC,            )
                                          )
 5                    Plaintiff           )  Civil Action
                                          )
 6                                        )  No. 19-12551-FDS
       vs.                                )
 7                                        )
       GOOGLE LLC,                        )
 8                    Defendant           )

 9

10     BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV

11

12
                         STATUS CONFERENCE
13

14

15         John Joseph Moakley United States Courthouse
                         1 Courthouse Way
16                       Boston, MA  02210

17

18                       October 2, 2023
                            12:00 p.m.
19

20

21

22

23           Valerie A. O'Hara, FCRR, RPR
                   Official Court Reporter
24     John Joseph Moakley United States Courthouse
                         1 Courthouse Way
25                       Boston, MA  02210
                   E-mail:  vaohara@gmail.com
```

```
 1    APPEARANCES:

 2    For The Plaintiff:

 3         Prince, Lobel, Tye, LLP, by ADAM R. DOHERTY, ESQ.,
      One International Place, Suite 3700, Boston, Massachusetts
 4    02110;

 5         McCarter & English, LLP, by BRIAN M. SEEVE, ESQ.,
      265 Franklin Street, Boston, Massachusetts 02110;
 6
           Sunstein LLP, by KERRY L. TIMBERS, ESQ.,
 7    100 High Street, Boston, Massachusetts 02110;

 8    APPEARANCES BY ZOOM:

 9    For the Defendant:

10         Keker, Van Nest & Peters LLP, by ROBERT A. VAN NEST, ESQ.,
      RACHAEL E. MENY, ATTORNEY, and ANNA PORTO, ATTORNEY,
11    633 Battery March Street, San Francisco, California 94111.

12         Kwun, Bhansali, Lazarus LLP, by ASIM M. BHANSALI, ESQ.,
      555 Montgomery Street, Suite 750, San Francisco, California
13    94111;

14         Wolf, Greenfield & Sacks, P.C., by NATHAN R. SPEED, ESQ.,
      600 Atlantic Avenue, Boston, Massachusetts 02210.
15

16

17

18

19

20

21

22

23

24

25
```

|   |   |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE CLERK:  Court is now in session in the matter of |
| 3 | Singular Computing vs. Google, Matter Number 19-12551. |
| 4 | Participants are reminded that photographing, |
| 5 | recording or rebroadcasting of this hearing is prohibited and |
| 6 | may result in sanctions. |
| 7 | Would counsel please identify themselves for the |
| 8 | record, starting with the plaintiff. |
| 9 | MR. TIMBERS:  Good afternoon, your Honor, |
| 12:00PM 10 | Kerry Timbers for plaintiff, as well as Adam Doherty and |
| 11 | Brian Seeve and a couple of people online as well. |
| 12 | THE COURT:  All right.  Good morning. |
| 13 | MR. TIMBERS:  Good morning. |
| 14 | MR. VAN NEST:  Good afternoon, your Honor, |
| 15 | Bob Van Nest, Keker, Van Nest & Peters here for Google.  I'm |
| 16 | here with Rachel Meny, Anna Porto and with Nathan Speed from |
| 17 | the Wolf Greenfield firm.  Good afternoon. |
| 18 | THE COURT:  Hello, all.  This is a status conference |
| 19 | in this case.  I obviously have some things pending, including |
| 12:01PM 20 | the motions to exclude certain testimony, but other than that, |
| 21 | where are we?  Mr. Timbers. |
| 22 | MR. TIMBERS:  So, on both sides, a lot of progress has |
| 23 | been made.  We have produced a number of documents.  There was |
| 24 | an issue raised, and we went and looked for documents from |
| 25 | 2008, and we produced them.  We actually looked through all of |

|       |                                                                              |
|-------|------------------------------------------------------------------------------|
| 1     | them, we didn't do a search, search terms, we just looked at                 |
| 2     | all of them, about 3,000, and in looking at them, we realized                |
| 3     | there were a couple of other things that needed to be produced,              |
| 4     | so we produced everything, and Google has been asking some                   |
| 5     | questions of us about that, and we've been going back and                    |
| 6     | forth.  The last set of questions came at 7:00 p.m. on Friday                |
| 7     | night, and we intend to engage with them about that.                         |
| 8     |           They've asked to take Dr. Bates' deposition to that                |
| 9     | again, and we said yes to that, and they've produced documents.              |
| 12:02PM 10 | We still have a couple of questions that we want to talk to             |
| 11    | them about with respect to that.  We do plan to go ahead with                |
| 12    | the depositions, and we've asked them for availability of                    |
| 13    | Dr. Dean and Dr. Loudan, I'm not sure if it's Mr. or Dr., and                |
| 14    | planning also to subpoena Dr. Phelps, so that should be moving               |
| 15    | ahead right away, in October.                                                |
| 16    |           THE COURT:  Okay.  Mr. Van Nest.                                   |
| 17    |           MR. VAN NEST:  Your Honor, I think that's a pretty                 |
| 18    | fair summary of where we are.  The Singular folks produced last              |
| 19    | week about 800 documents, several thousand pages.  A lot of                  |
| 12:02PM 20 | those were, at least some of those were lab notebooks,                  |
| 21    | notebooks of some kind from Dr. Bates.                                       |
| 22    |           So as Mr. Timbers indicated, we have asked for another             |
| 23    | deposition, and they have agreed to that, so I think the                     |
| 24    | parties have both produced what they believe is relevant,                    |
| 25    | responsive, and now we should proceed to take the depositions,               |

1   and I don't see any difficulty with either of those.  We know
2   the depositions will be limited, as your Honor already
3   indicated, but otherwise that's where we are.
4           THE COURT:  All right.  I genuinely appreciate not
5   only the hard work you're putting into this but also the
6   cooperative efforts.  I know that's not always easy, and I very
7   much appreciate it.
8           I think what I'd like to do is check in again, I think
9   we can make it three or four weeks out at this point.  As the
12:03PM 10   trial gets closer, we'll have more to talk about, and this
11   process, in October you said it's going?
12           MR. TIMBERS:  Yes.  There are still some questions we
13   have about -- actually, both sides have questions about the
14   other side's production.  I assume that if we need to come
15   back, we can call?
16           THE COURT:  Yes, of course.  You can request a
17   conference at any time.  I'm out next week, but otherwise I'm
18   around and --
19           MR. TIMBERS:  Great.  I think there's some likelihood
12:04PM 20   that may happen, but I don't think it's ripe.
21           THE COURT:  That's fine.  That's not unexpected.
22   Well, I wouldn't say I'm happy to do it, I will do it, let's
23   put it that way, and understand that not everything can be
24   resolved in every detail.
25           So let me set it for another status, and then I also

|  |  |
|---|---|
| 1 | want to, just because people are curious about this, want to |
| 2 | know about if the government shuts down or, you know, who knows |
| 3 | what this is going to look like over the next few weeks or |
| 4 | months.  What we were prepared to do and what I expect will |
| 5 | happen is the courts are deemed essential employees.  We will |
| 6 | stay open. |
| 7 | It should be -- nothing should be noticeable from your |
| 8 | standpoint.  If we are in a shutdown mode, it means I will be |
| 9 | paid and my courtroom and deputy law clerks will be paid in |
| 12:05PM  10 | arrears, so they may be disgruntled, but we're all still going |
| 11 | to be at work, and there is some question about impanelment of |
| 12 | jurors. |
| 13 | We pay them $50 a day, which is beyond trivial in |
| 14 | terms of the government spending, but I would expect regardless |
| 15 | of what happens, nothing will be affected as a practical matter |
| 16 | in this case going forward. |
| 17 | All right.  Matt, why don't you give me a date here. |
| 18 | THE CLERK:  How about Wednesday, October 25th at |
| 19 | 3:00 p.m. |
| 12:06PM  20 | THE COURT:  Wednesday, October 25th at 3:00 p.m. |
| 21 | eastern time. |
| 22 | MR. TIMBERS:  Yes.  There was one other matter that |
| 23 | the parties have discussed. |
| 24 | THE COURT:  I'm sorry, is the date okay first? |
| 25 | MR. TIMBERS:  Oh, the date is fine, yes. |

Case 1:19-cv-12551-FDS   Document 656-5   Filed 12/14/23   Page 8 of 9

7

|         |                                                                                 |
|---------|---------------------------------------------------------------------------------|
| 1       | THE COURT:  Mr. Van Nest, does that work for you?                               |
| 2       | MR. VAN NEST:  Yes, it does, your Honor, the 25th at                            |
| 3       | noon in California.                                                             |
| 4       | THE COURT:  Yes.                                                                |
| 5       | MR. TIMBERS:  We currently have a December 14th date                            |
| 6       | for our pretrial conference, and this is my fault.  It's very,                  |
| 7       | very close to my other trial, it's like the day after the trial                 |
| 8       | is supposed to end, and if that trial would go a little longer,                 |
| 9       | we would be stuck, so what I'm asking is -- and we've talked to                 |
| 12:06PM 10 | the other side about this -- to move it to the 19th, or we're               |
| 11      | available any day that week.                                                    |
| 12      | THE COURT:  Matt, does the 19th work?                                           |
| 13      | THE CLERK:  It does.                                                            |
| 14      | THE COURT:  Let's move it to the 19th.  At what time,                           |
| 15      | 2:00?                                                                           |
| 16      | MR. VAN NEST:  Your Honor, would it be possible since                           |
| 17      | it's that week, the last working week, would it be possible to                  |
| 18      | do it in the morning in Boston so we can catch a flight that                    |
| 19      | evening?                                                                        |
| 12:07PM 20 | THE COURT:  That's fine with me.                                             |
| 21      | MR. VAN NEST:  10:00 or something like that?                                    |
| 22      | THE COURT:  10:00 eastern time, yes, that's fine.                               |
| 23      | MR. VAN NEST:  Thank you.                                                       |
| 24      | THE COURT:  All right.  Anything else, Mr. Timbers?                             |
| 25      | MR. TIMBERS:  Thank you, your Honor.                                            |

Case 1:19-cv-12551-FDS   Document 656-5   Filed 12/14/23   Page 8 of 9

7

1       THE COURT:  Mr. Van Nest, does that work for you?
2       MR. VAN NEST:  Yes, it does, your Honor, the 25th at
3  noon in California.
4       THE COURT:  Yes.
5       MR. TIMBERS:  We currently have a December 14th date
6  for our pretrial conference, and this is my fault.  It's very,
7  very close to my other trial, it's like the day after the trial
8  is supposed to end, and if that trial would go a little longer,
9  we would be stuck, so what I'm asking is -- and we've talked to
12:06PM 10  the other side about this -- to move it to the 19th, or we're
11  available any day that week.
12       THE COURT:  Matt, does the 19th work?
13       THE CLERK:  It does.
14       THE COURT:  Let's move it to the 19th.  At what time,
15  2:00?
16       MR. VAN NEST:  Your Honor, would it be possible since
17  it's that week, the last working week, would it be possible to
18  do it in the morning in Boston so we can catch a flight that
19  evening?
12:07PM 20       THE COURT:  That's fine with me.
21       MR. VAN NEST:  10:00 or something like that?
22       THE COURT:  10:00 eastern time, yes, that's fine.
23       MR. VAN NEST:  Thank you.
24       THE COURT:  All right.  Anything else, Mr. Timbers?
25       MR. TIMBERS:  Thank you, your Honor.

```
 1              THE COURT:  Mr. Van Nest.
 2              MR. VAN NEST:  Nothing for me, your Honor.
 3              THE COURT:  Okay, thank you.
 4              (Whereupon, the hearing was adjourned at 12:07 p.m.)
 5
 6                      C E R T I F I C A T E
 7
 8    UNITED STATES DISTRICT COURT )
 9    DISTRICT OF MASSACHUSETTS ) ss.
10    CITY OF BOSTON )
11              I do hereby certify that the foregoing transcript,
12    Pages 1 through 8 inclusive, was recorded by me
13    stenographically at the time and place aforesaid in Civil
14    Action No. 19-12551-FDS, SINGULAR COMPUTING LLC vs. GOOGLE LLC
15    and thereafter by me reduced to typewriting and is a true and
16    accurate record of the proceedings.
17              Dated October 2, 2023.
18                        s/s Valerie A. O'Hara
                          _____
19                        VALERIE A. O'HARA
                          OFFICIAL COURT REPORTER
20
21
22
23
24
25
```