# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Singular Computing LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>　　Defendant. | Civil Action No. 1:19-cv-12551-FDS |

## NOTICE OF APPEARANCE

Plaintiff, Singular Computing LLC, files this Notice of Appearance informing the Court that Jeffrey J. Pyle of Prince Lobel Tye, LLP, Suite 3700, One International Place, Boston, MA 02110, is appearing on its behalf in the above-captioned matter.

Dated: December 18, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey J. Pyle*
　　　　　　　　　　　　　　　　　　　Jeffrey J. Pyle (BBO #647438)
　　　　　　　　　　　　　　　　　　　PRINCE LOBEL TYE LLP
　　　　　　　　　　　　　　　　　　　One International Place, Suite 3700
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Tel: (617) 456-8000
　　　　　　　　　　　　　　　　　　　jpyle@princelobel.com

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey J. Pyle*

4669351.v1