UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, <br><br>                       Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br>                       Defendant. | Civil Action No. 1:19-cv-12551 FDS <br><br> Hon. F. Dennis Saylor IV |

**DECLARATION OF LOU FREITAS IN SUPPORT OF GOOGLE'S MOTION TO PERMIT GOOGLE SECURE REMOTE ACCESS TO TRIAL PROCEEDINGS**

I, Lou Freitas, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the CEO of Remote Counsel, Inc., d/b/a Courtroom Connect ("Courtroom Connect"). I am submitting this declaration in support of Defendant Google LLC's Motion to Permit Google Secure Remote Access to Trial Proceedings.

2. Courtroom Connect has over 17 years of experience providing remote access to over 1,200 state court cases for over 35,000 user accounts. We have also provided remote access in federal trials. For example, just last month we provided remote access for a multi-week trial in this District. *See United States v. JetBlue Airways Corp. et al.*, No. 1:23-cv-10511-WGY (D. Mass. 2023). We also provided a multi-week closed-circuit video feed to the parties involved in the federal Opioid MDL in the Northern District of Ohio. *See In re National Prescription Opioid Litig.*, No. 1:17-md-2803 (N.D. Ohio. 2021).

3. Courtroom Connect has provided technology solutions in federal courthouses for over 20 years. We are currently the public Wi-Fi provider in several federal courthouses,

1

including the federal courthouse in Boston.  Courtroom Connect has been a trusted technology provider in many high-profile cases throughout the years.

4.   As stated above, video streaming courtroom proceedings and partnering with federal courts are not new to our company.  Our presence in the courtroom will be unobtrusive and does not require a camera operator to be in the courtroom.

5.   To maximize security, we do not provide open-access links to viewers.  All viewers must be authorized and they must login with their unique credentials to access the closed-circuit feed.  Authorized viewer accounts are created through a rigid and secure authorization process; and all of the user access and activity information can be made available to the Court, which can order the revocation of access at any time.

6.   Courtroom Connect will bill Google directly for this service; there is no cost to the Court.

7.   Our six-week federal Opioid video stream was a great success.  The court did not report any issues with our setup, and we had a technician on standby (outside of the courtroom) to answer any questions.  The parties in the case and their extended trial teams had very positive feedback and there were no reported leaks or breaches of user accounts.

8.   I am available to answer any questions from the parties, the Court and Court staff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2023 in __Canton GA_____.

*Lou Freitas*
_____
Lou Freitas
Courtroom Connect

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                   */s/ Nathan R. Speed*
                                                   Nathan R. Speed