IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 and ECF No. 556, please enter the appearance of Eric Phung of Keker, Van Nest & Peters LLP as counsel of record for Defendant Google LLC in the above-captioned matter.

Respectfully submitted,

Dated:  December 18, 2023      By:   */s/ Eric Phung*
Eric Phung (admitted *pro hac vice*)
ephung@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

*Counsel for Defendant Google LLC*

1

2429008

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                                            */s/ Eric Phung*
                                                                           Eric Phung