IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

**PLAINTIFF'S OPPOSED MOTION TO EXTEND DEADLINES**

Plaintiff Singular Computing LLC ("Singular") respectfully moves for an extension of the deadline for the parties to file the Pre-Trial Memorandum. The current deadline requires the parties to file the Pre-Trial Memorandum and accompanying documents by December 22, 2023, 12:00 PM ET. The Pre-Trial Conference ("Conference") was held on December 19 2023 but needed to be extended to December 21, 2023 to accommodate oral arguments on the parties' respective motions *in limine* and the parties' respective schedules. Preparing for and attending the Pre-Trial Conference consumed the plaintiff's resources. As a result, Plaintiff's counsel needs additional time to consider the issues raised by the Pre-Trial Memorandum and related filings. Singular therefore respectfully requests that the deadline for filing the following items be extended to Friday, December 29, 2023, noon ET.

- Pre-Trial Memorandum
- Final Exhibit List
- Final Witness List
- Final Deposition/Discovery Designations
- Proposed Jury Instructions

- Verdict Form

- Voir Dire

For these reasons, Singular respectfully requests that the Court grant this motion.


Dated: December 21, 2023.                    Respectfully submitted,

                                             */s/ Kevin Gannon*
                                             Matthew D. Vella (BBO #660171)
                                             Adam R. Doherty (BBO #669499)
                                             Kevin Gannon (BBO #640931)
                                             Brian M. Seeve (BBO #670455)
                                             Daniel McGonagle (BBO #690084)
                                             **PRINCE LOBEL TYE LLP**
                                             One International Place, Suite 3700
                                             Boston, MA 02110
                                             Tel: (617) 456-8000
                                             Fax: (617) 456-8100
                                             Email: mvella@princelobel.com
                                             Email: adoherty@princelobel.com
                                             Email: kgannon@princelobel.com
                                             Email: bseeve@princelobel.com
                                             Email: dmcgonagle@princelobel.com

                                             Kerry L. Timbers (BBO #552293)
                                             **SUNSTEIN LLP**
                                             100 High Street
                                             Boston, MA 02110
                                             Tel: (617) 443-9292
                                             Email: ktimbers@sunsteinlaw.com

                                             ATTORNEYS FOR THE PLAINTIFF


LOCAL RULE 7.1 CERTIFICATION

I, Kevin Gannon, counsel for Singular Computing LLC, hereby certify that I conferred with counsel for Google LLC to resolve the issues presented in this motion but, after a good faith attempt to reach agreement, the parties were unable to agree.

*/s/ Kevin Gannon*

CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                      */s/*     *Kevin Gannon*