UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

# JURY VERDICT

SAYLOR, D.J.

1.   **INFRINGEMENT:**

Has Singular proved by a preponderance of the evidence that Google's TPU version 2 infringes the following patent claims:

Claim 53 of the '273 patent:        \_\_\_\_\_Yes          \_\_\_\_\_No

Claim 7 of the '156 patent:         \_\_\_\_\_Yes          \_\_\_\_\_No

Has Singular proved by a preponderance of the evidence that Google's TPU version 3 infringes the following patent claims:

Claim 53 of the '273 patent:        \_\_\_\_\_Yes          \_\_\_\_\_No

Claim 7 of the '156 patent:         \_\_\_\_\_Yes          \_\_\_\_\_No

**2. WILLFUL INFRINGEMENT**

If you answered "Yes" to any of the questions above, has Singular proved by a preponderance of the evidence that Google's infringement was willful:

    _____        _____
        Yes                              No

**3. VALIDITY:**

A. <u>ANTICIPATION</u>:

Has Google proved by clear and convincing evidence that the following claims were anticipated?

Claim 53 of the '273 patent:   _____       _____
                                      Yes                  No

Claim 7 of the '156 patent:    _____       _____
                                      Yes                  No

B. <u>OBVIOUSNESS</u>:

Has Google proved by clear and convincing evidence that the following claims would have been rendered obvious to one of ordinary skill in the art?

Claim 53 of the '273 patent:   _____       _____
                                      Yes                  No

Claim 7 of the '156 patent:    _____       _____
                                      Yes                  No

**4.    DAMAGES**

If you have found that at least one claim is infringed and is not invalid, what amount should Google pay in damages:

Amount in figures:    $_____

Amount in words:       _____


I certify that the foregoing answers are the unanimous answers of the jury.


_____
Foreperson

| | |
|---|---|
| December 29, 2023 | Respectfully submitted, |

                                                             */s/ Kevin Gannon*
Matthew D. Vella (BBO #660171)
Adam R. Doherty (BBO #669499)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO #670455)
Daniel McGonagle (BBO #690084)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: adoherty@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: dmcgonagle@princelobel.com

Kerry L. Timbers (BBO #552293)
**SUNSTEIN LLP**
100 High Street
Boston, MA 02110
Tel: (617) 443-9292
Email: ktimbers@sunsteinlaw.com

ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                */s/ Kevin Gannon*