IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SINGULAR COMPUTING LLC,

       Plaintiff,

v.

GOOGLE LLC,

       Defendant.

C.A. No. 1:19-cv-12551-FDS

Hon. F. Dennis Saylor IV

**DEFENDANT GOOGLE LLC'S PROPOSED VERDICT FORM**

In the course of your deliberations, you are to answer the following questions and fill out this Verdict Form. When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Form. Your answers to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question. You are to answer each and every question, unless otherwise directed.  As used herein:

- "'273 patent" means U.S. Patent No. 8,407,273;
- "'156 patent" means U.S. Patent No. 9,218,156;
- "Singular" means Plaintiff Singular Computing LLC; and
- "Google" means Defendant Google LLC.

*NEXT STEP:  Proceed to Question 1.*

**QUESTIONS AND ANSWERS**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**I.     INFRINGEMENT**

1. Has Singular proven by a preponderance of the evidence that Google's Tensor Processor Units (TPUv2 and TPUv3) infringe claim 53 of the '273 patent and/or claim 7 of the '156 patent?

   "YES" is a finding for Singular.

   "NO" is a finding for Google.

| **Claim & Patent** | **YES** | **NO** |
|---|---|---|
| Claim 53 of the '273 patent | | |
| Claim 7 of the '156 patent | | |

*NEXT STEP:  Proceed to Question 2.*

## II.  INVALIDITY

2. Has Google proven by clear and convincing evidence that claim 53 of the '273 patent and/or claim 7 of the '156 patent is invalid as anticipated by prior art?

"YES" is a finding for Google.

"NO" is a finding for Singular.

| Claim & Patent | YES | NO |
|---|---|---|
| Claim 53 of the '273 patent | | |
| Claim 7 of the '156 patent | | |

*NEXT STEP:  Proceed to Question 3.*

3.  Has Google proven by clear and convincing evidence that claim 53 of the '273 patent and/or claim 7 of the '156 patent is invalid as obvious in view of prior art?

    "YES" is a finding for Google.

    "NO" is a finding for Singular.

| Claim & Patent | YES | NO |
|---|---|---|
| Claim 53 of the '273 patent | | |
| Claim 7 of the '156 patent | | |

*NEXT STEP: If you answered YES in either row in Question 1 <u>AND</u> answered NO for the corresponding rows in Question 2 <u>AND</u> Question 3, then proceed to Question 4. Otherwise, SKIP the remaining questions and sign and date the verdict form.*

**III.    DAMAGES**

      4.      Has Singular proven by a preponderance of the evidence that it marked substantially all S1 chips/boards with the patent numbers of the '273 patent and the '156 patent prior to December 2019?

      "YES" is a finding for Singular.

      "NO" is a finding for Google.

_____ YES    _____ NO

*NEXT STEP: Proceed to Question 5.*

5. Has Singular proven by a preponderance of the evidence that the S1 chips/boards were not made, offered for sale, or sold within the United States, or imported into the United States, at any time before December 2019?

   "YES" is a finding for Singular.

   "NO" is a finding for Google.

   _____ YES   _____ NO

*NEXT STEP: Proceed to Question 6.*

      6.      What (if any) lump-sum amount of damages has Singular proven by a preponderance of the evidence should be awarded?

_____ (state the amount)

*NEXT STEP: Proceed to Question 7.*

## IV. WILLFULNESS

7. Has Singular proven by a preponderance of the evidence that Google's infringement of claim 53 of the '273 patent and/or claim 7 of the '156 patent was willful?

    "YES" is a finding for Singular.

    "NO" is a finding for Google.

    _____ YES        _____ NO

**Your deliberations are complete.  Please sign and date this form, and notify the court officer.**

_____        _____

**Foreperson**         **Date**

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: December 29, 2023 | By: | */s/ Nathan R. Speed* |

Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Nathan R. Speed (BBO #670249)
nspeed@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
Anant K. Saraswat (BBO #676048)
asaraswat@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Michelle Ybarra (admitted *pro hac vice*)
mybarra@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Stephanie J. Goldberg (admitted *pro hac vice*)
sgoldberg@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
Rachael E. Meny (admitted *pro hac vice*)
rmeny@keker.com
Eric K. Phung (admitted *pro hac vice*)
ephung@keker.com
Kaiyi A. Xie (admitted *pro hac vice*)
kxie@keker.com
Spencer McManus (admitted *pro hac vice*)
smcmanus@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

9

>Michael S. Kwun (admitted *pro hac vice*)
>mkwun@kblfirm.com
>Asim M. Bhansali (admitted *pro hac vice*)
>abhansali@kblfirm.com
>KWUN BHANSALI LAZARUS LLP
>555 Montgomery Street, Suite 750
>San Francisco, CA 94111
>Telephone: (415) 630-2350
>
>Matthias A. Kamber (admitted *pro hac vice*)
>matthiaskamber@paulhastings.com
>PAUL HASTINGS LLP
>101 California Street, 48th Floor
>San Francisco, CA 94111
>Telephone: (415) 856-7000
>Fax: (415) 856-7100
>
>Ginger D. Anders (admitted *pro hac vice*)
>Ginger.Anders@mto.com
>J. Kain Day (admitted *pro hac vice*)
>Kain.Day@mto.com
>MUNGER, TOLLES & OLSON LLP
>601 Massachusetts Avenue NW, Suite 500E
>Washington, D.C. 20001
>Tel: (202) 220-1100
>
>Jordan D. Segall (admitted *pro hac vice*)
>Jordan.Segall@mto.com
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Avenue, 50th Floor
>Los Angeles, CA 90071-3426
>Tel: (213) 683-9100
>
>*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                  */s/ Nathan R. Speed*
                                                  Nathan R. Speed