# EXHIBIT A

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Joint Trial Exhibit List

| Trial Exhibit No. | Bates Beg | Bates End | Description |
|---|---|---|---|
| 1 | | | Certified copy of U.S. Patent No. 9,218,156 |
| 2 | | | Certified copy of U.S. Patent No. 8,407,273 |
| 3 | | | Certified copy File History of U.S. Patent 8,407,273 |
| 4 | | | Certified copy File History of U.S. Patent 9,218,156 |
| 5 | SINGULAR-00004970 | SINGULAR-00004984 | July 2010 Computing 10,000x More Efficiently, Joe Bates |
| 6 | GOOG-SING-00240398 | GOOG-SING-00240422 | February 1, 2021 Google's ML Hardware Strategy: Build vs Buy |
| 7 | GOOG-SING-00027477 | GOOG-SING-00027478 | May 5, 2020 Document "What if Google Deployed V100s Instead of DragonFish? 2020-Q2" N. Patil and D. Patterson, updated May 20, 2020 |
| 8 | GOOG-SING-00010227 | GOOG-SING-00010341 | July 23, 2020 Google Document "Jellyfish and Dragonfish Chip Specifications" |
| 9 | GOOG-SING-00012344 | GOOG-SING-00012353 | September 2018 Communications of the ACM Article "A Domain-Specific Supercomputer for Training Deep Neural Networks" by Norm Jouppi, et al |
| 10 | GOOG-SING-00013382 | GOOG-SING-00013393 | October 2018 Document "TPU Times" |
| 11 | SINGULAR-00018311 | SINGULAR-00018321 | November 2020 Singular Presentation slides "Computing 10,000x More Efficiently" by Joe Bates |
| 12 | GOOG-SING-00022834 | GOOG-SING-00023752 | Book "Computer Organization and Design" by Patterson and Hennessy (Revised Fourth Edition, 2012) |
| 13 | GOOG-SING-00026403 | GOOG-SING-00026489 | September 25, 2020 Google: Accelerator investment decision |
| 14 | GOOG-SING-00026624 | GOOG-SING-00026684 | February 1, 2017 Statement of Work No. 4 between Google Inc. and Avago Technologies International Sales Pte. Ltd re Project Quokka ASIC Final Product |
| 15 | GOOG-SING-00026687 | GOOG-SING-00026758 | September 10, 2020 Presentation slides "Cloud TPU Business Overview" |
| 16 | GOOG-SING-00026849 | GOOG-SING-00026911 | Presentation slides "MLPerf 0.6 Performance optimization and analysis" |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Joint Trial Exhibit List

| Trial Exhibit No. | Bates Beg | Bates End | Description |
|---|---|---|---|
| 17 | GOOG-SING-00022145 | GOOG-SING-00022833 | Computer Organization and Design, the Hardware/Software by Patterson and Hennessy 2005 |
| 18 | GOOG-SING-00027590 | GOOG-SING-00027661 | Presentation slides "Google's Training Chips Revealed: TPUv2 and TPUv3" by T. Norrie, N. Patil |
| 19 | GOOG-SING-00028341 | GOOG-SING-00028342 | June 29, 2011 Email chain from J. Bates to A. Teller re complaints |
| 20 | GOOG-SING-00028357 | GOOG-SING-00028358 | February 9, 2012 Email from Teller to Bates re some personal feedback |
| 21 | GOOG-SING-00028362 | GOOG-SING-00028362 | July 19, 2013 Email from Teller to Bates re Deep Learning |
| 22 | GOOG-SING-00028408 | GOOG-SING-00028431 | February 15, 2015 Document "Jellyfish Straw-man" |
| 23 | GOOG-SING-00029804 | GOOG-SING-00029805 | September 23, 2013 Email between Bates and Dean re Good to meet you |
| 24 | GOOG-SING-00032375 | GOOG-SING-00032375 | January 24, 2014 Email from Bates to Boden re recent slides, showing Attachment:" Singular Computing for Nan Boden 24Jan2014.pdf" |
| 25 | GOOG-SING-00032376 | GOOG-SING-00032393 | January 2014 Singular Presentation slides "Many Million Core Processors" (Bates) |
| 26 | GOOG-SING-00032398 | GOOG-SING-00032399 | January 31, 2014 Email from Bates to Boden re recent slides |
| 27 | GOOG-SING-00038601 | GOOG-SING-00038604 | Email from T. Spalink to J. Bates re: options on Feb 2 and Feb 6? |
| 28 | GOOG-SING-00038634 | GOOG-SING-00038640 | Email from J. Wall to J. Bates cc: O. Felten, A. Patil, J. Laudon, C. Tornabene re: March 8-10 Attachments: SingularComputingMANDA20170301.pdf |
| 29 | GOOG-SING-00041189 | GOOG-SING-00041196 | 2019 Executive Summary: Project DeepSea Customer Owned Tooling |
| 30 | GOOG-SING-00044494 | GOOG-SING-00044518 | Google: Seahorse, aka TBD Initial thoughts |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Joint Trial Exhibit List

| Trial Exhibit No. | Bates Beg | Bates End | Description |
|---|---|---|---|
| 31 | GOOG-SING-00048553 | GOOG-SING-00048584 | March 6, 2018 Document "MXU uArch Spec" |
| 32 | GOOG-SING-00075293 | GOOG-SING-00075311 | Presentation slides "ML System Roadmap and Impact" by N. Jouppi, et al |
| 33 | GOOG-SING-00078853 | GOOG-SING-00078929 | Google Platform for Machine Learning 2018 Session 2: TPU Architecture |
| 34 | GOOG-SING-00081909 | GOOG-SING-00081916 | March 2, 2019 Jellyfish for Perf |
| 35 | GOOG-SING-00083650 | GOOG-SING-00083653 | June 23, 2011 Email from Chen to Le Grand re Help with SIMD experts |
| 36 | GOOG-SING-00091189 | GOOG-SING-00091229 | Summer 2017 Presentation slides "Datacenter Hardware ML Update" by N. Jouppi, et al |
| 37 | GOOG-SING-00101399 | GOOG-SING-00101462 | June 2022 TPU v2 and TPUv3 versus Volta |
| 38 | GOOG-SING-00123330 | GOOG-SING-00123412 | Computer Architecture, A Quantitative Approach |
| 39 | GOOG-SING-00135443 | GOOG-SING-00135501 | June 26, 2018 Google TPU Pricing Review |
| 40 | GOOG-SING-00137054 | GOOG-SING-00137216 | Presentation titled Google Building a Planet-Scale Computer |
| 41 | GOOG-SING-00142221 | GOOG-SING-00142221 | Excel Spreadsheet "2017Q3: Accelerator Production Prices" (DC Cost, Capacity and Efficiency Metrics) |
| 42 | GOOG-SING-00144591 | GOOG-SING-00144742 | Google Platform for Machine Learning 2019 |
| 43 | GOOG-SING-00144743 | GOOG-SING-00144800 | Presentation slides "A Supercomputer for Machine Learning" Basted on "In-Datacenter Performance Analysis of an Architecture Family of Scalable Multiprocessors for Neural Network Training" |
| 44 | GOOG-SING-00148944 | GOOG-SING-00148966 | October 2017 Platforms for Machine Learning |
| 45 | GOOG-SING-00149165 | GOOG-SING-00149170 | Nishant's Appeal |
| 46 | GOOG-SING-00152132 | GOOG-SING-00152133 | Email from Dean to Boden re: Fwd: Good to meet you |
| 47 | GOOG-SING-00192562 | GOOG-SING-00192568 | A Domain-Specific Supercomputer for Training Deep Neural |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Joint Trial Exhibit List

| Trial Exhibit No. | Bates Beg | Bates End | Description |
|---|---|---|---|
| 48 | GOOG-SING-00197321 | GOOG-SING-00197357 | November 13, 2018 Presentation titled Google ML-TPU Headcount Discussion |
| 49 | GOOG-SING-00204722 | GOOG-SING-00204754 | Google RMI 2019 TI OpEx budget ask June 2018 |
| 50 | GOOG-SING-00207000 | GOOG-SING-00207035 | July 2020 Document titled Extending State-of-the-Art ML System Infrastructure at Google: Strategic Assessment |
| 51 | GOOG-SING-00222390 | GOOG-SING-00222425 | May 2018 Presentation titled Cloud TPUs: Demand and Deployment Update |
| 52 | GOOG-SING-00235971 | GOOG-SING-00235980 | July 2020 Jouppi et al., A Domain-Specific Supercomputer for Training Deep Neural Networks |
| 53 | GOOG-SING-00235981 | GOOG-SING-00235992 | February 15, 2018 Mixed Precision Training, ICLR conference paper |
| 54 | GOOG-SING-00236144 | GOOG-SING-00236154 | MXU uArch Diagrams |
| 55 | GOOG-SING-00236263 | GOOG-SING-00236263 | VPU Sublane (8x) |
| 56 | GOOG-SING-00236687 | GOOG-SING-00236690 | fp16 model quality email to Nvidia |
| 57 | GOOG-SING-00236774 | GOOG-SING-00236790 | Article "In-Datacenter Performance Analysis of a Tensor Processing Unit" by N. Jouppi, C. Young, et al, to appear at 44th International Symposium on Computer Architecture (ISCA), Toronto, Canada, June 26, 2017 |
| 58 | GOOG-SING-00237405 | GOOG-SING-00237457 | GPU Technology Conference: INSIDE VOLTA by Nvidia |
| 59 | GOOG-SING-00239048 | GOOG-SING-00239069 | October 2017 Platforms for Machine Learning |
| 60 | GOOG-SING-00000387.R | GOOG-SING-0000415.002R | Document "Platforms for Machine Learning -v2, Current Perf/TCO & Competitive Analysis to Inform Strategic Vision", by Nishant Patil, Norm Jouppi, Yoon, et. al., last updated March, 2019 |
| 61 | GOOG-SING-00240545 | GOOG-SING-00240547 | March 2, 2017 Notes titled Discussion with Joe Bates |
| 62 | GOOG-SING-00240892 | GOOG-SING-00240928 | GPU End of Life (EoL) Concerns |
| 63 | GOOG-SING-00241220 | GOOG-SING-00241269 | TPU and GPU Comparison for ML Training |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Joint Trial Exhibit List

| Trial Exhibit No. | Bates Beg | Bates End | Description |
| --- | --- | --- | --- |
| 64 | GOOG-SING-00241320 | GOOG-SING-00241363 | Google TPU Users Survey 2020-23 |
| 65 | GOOG-SING-00241418 | GOOG-SING-00241419 | Spreadsheet: 2017-2018 Training chips, Training OpEx ($M) |
| 66 | GOOG-SING-00241421 | GOOG-SING-00241424 | June 27, 2011 Email from Teller to Rodman re Help with SIMD experts |
| 67 | GOOG-SING-00241494 | GOOG-SING-00241495 | July 9, 2021 Spreadsheet "TPU CAPEX" |
| 68 | GOOG-SING-00241496 | GOOG-SING-00241496 | July 9, 2021 Spreadsheet "TPU OPEX" |
| 69 | GOOG-SING-00241497 | GOOG-SING-00241500 | July 9, 2021 Spreadsheet: "TPU v1-v3 R_D Cost Analysis" 2016-2021 Dragonfish Payroll and Non-Payroll (Seastar, Jellyfish, Dragonfish) 2016-2021 |
| 70 | GOOG-SING-00241501 | GOOG-SING-00241504 | July 9, 2021 Spreadsheet "US TPU Revenues" (native version used as Shafiei 30(b)(6) Depo exhibit 5)(2017-2021 Q1) |
| 71 | GOOG-SING-00241523 | GOOG-SING-00241523 | July 19, 2021 Spreadsheet "TPU share of DC Capex" (Yawn Power) |
| 72 | GOOG-SING-00242244 | GOOG-SING-00242258 | June 25-29, 2018 Holzrichter, Michael and Spaulding, Randy, "Convolutional Back Projection on the S1 Reduced Precision Processor," Sandia National Laboratories |
| 73 | GOOG-SING-SC-000001 | GOOG-SING-SC-000454 | Google's Source Code Printout |
| 74 | LEESER000120 | LEESER000121 | The Wayback Machine, WildStar 5 PCI with Xilinx Virtext 5 FPGAs WILDSTAR 5 for PCI Hardware Features |
| 75 | OZGEN-00000028 | OZGEN-00000029 | May 3, 2018 Email from Wilcox to Ozgen re follow-up on Singular |
| 76 | GOOG-SING-00004194 | GOOG-SING-00004207 | ISCA 2019 Final Submission "In-Datacenter Performance Analysis of an Architecture Family of Scalable Multiprocessors for Neural Network Training" |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Joint Trial Exhibit List

| Trial Exhibit No. | Bates Beg | Bates End | Description |
|---|---|---|---|
| 77 | SINGULAR-00006472 | SINGULAR-00006489 | August 2017 Approximate Computing Embedded AI, Billion Core Systems (Bates) |
| 78 | SINGULAR-00015220 | SINGULAR-00015221 | March 2, 2017 Email from Bates to Felten re Jim Laudon, March 10 |
| 79 | SINGULAR-00018236 | SINGULAR-00018237 | January 23, 2014 Email from Boden to joe@singularcomputing.com re Good to meet you |
| 80 | SINGULAR-00018250 | SINGULAR-00018251 | January 31, 2014 Email from Bates to Boden re recent slides |
| 81 | SINGULAR-00018392 | SINGULAR-00018395 | February 25, 2011 Email from Bates to Dean re hardware for mind |
| 82 | SINGULAR-00018435 | SINGULAR-00018435 | Email string from Felten to Bates, Patel, Laudon re: March 8-10 |
| 83 | | | Article "From the garage to the Googleplex" Google, accessed at: https://about.google/our-story/ |
| 84 | | | Physical Sample TPUv2 Board |
| 85 | | | Physical Sample TPUv3 Board |
| 86 | | | Physical Samples: S1 chip and S1 computer |
| 87 | GOOG-SING-00083889 | GOOG-SING-00083889 | Excel Spreadsheet "Positron Market Size Model" |
| 88 | GOOG-SING-00206442 | GOOG-SING-00206472 | Article "Deschutes 1.0 System Architecture As Applied to the Dragonfish Machine Learning System" (2017) |