# EXHIBIT C

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 827 | | Other Transaction for Prototype Agreement between Intrinsix and Space and Naval Warfare Systems Center Pacific Concerning Revolutionizing the Nation's ISR and Computer Vision Capabilities by Accelerating Exploitation of Approximate Computing Technology (2014) | SINGULAR-00004187 | SINGULAR-00004224 | |
| 828 | 6/6/2013 | Design Agreement between Intrinsix and Singular Computing | SINGULAR-00004225 | SINGULAR-00004279 | |
| 838 | | Singular Computing End User License Agreement for Evaluating Singular Technology | SINGULAR-00010314 | SINGULAR-00010315 | |
| 839 | 9/23/2015 | Sandia National Laboratories Invoice to Singular Computing | SINGULAR-00011044 | SINGULAR-00011044 | |
| 844 | | September 3, 2015 "Singular Architecture Specification" Revision 16 | SINGULAR-00014320 | SINGULAR-00014373 | |
| 899 | 2/20/2018 | Email from Bates to Kibune re: quote attaching Singular Quote for Fujitsu 20Feb2018.pdf | SINGULAR-00020490 | SINGULAR-00020490 | |
| 926 | 9/18/2017 | Services and Evaluation License Agreement between Apple and Singular Computing | SINGULAR-00036184-AAPL | SINGULAR-00036191-AAPL | |
| 927 | | Singular Computing End User License Agreement for Evaluating Singular Technology | SINGULAR-00050752 | SINGULAR-00050754 | |
| 1009 | | Sandia National Labs, Holzrichter and Spaulding, Convolutional Back Projection on the S1 Reduced Precision Processor | SNL-0001657 | SNL-0001657 | 402, 403, 802 |
| 1010 | 9/8/2020 | Email from Bates to Holzrichter re Interest from Sandia National Lab's Synthetic Aperture Radar Business Area | SNL-0002082 | SNL-0002082 | 402, 403 |
| 1011 | 7/11/2016 | Email from Spaulding to Holzrichter re Do you have time for a chat about the S1? | SNL-0000643 | SNL-0000643 | 402, 403, 802 |
| 1014 | 9/8/2020 | Email from Holzrichter to Bates re We wish to run an abstract that we hope to submit to a conference past you | SNL-0001658 | SNL-0001658 | 402, 403, 802 |
| 1015 | 9/8/2020 | Email from Holzrichter to Bates re Early S1 results | SNL-0001695 | SNL-0001695 | 402, 403, 802 |
| 1033 | 3/27/2013 | Independent Contractor Agreement IC1202401 between Singular Computing and Charles River Analytics | CRA0001285 | CRA0001297 | 402, 403 |
| 1034 | 3/7/2012 | Independent Contractor Agreement IC1202601 between Singular Computing and Charles River Analytics | CRA0001349 | CRA0001353 | 402, 403 |
| 1035 | 9/4/2014 | Letter from Felix at CRA to Foster (ONR) re Request to Remove Singular Technology as a Subcontractor and Add Singular License Agreement | CRA0001996 | CRA0001997 | 802, 402, 403 |
| 1037 | 10/00/2013 | License Agreement between Singular Computing and Charles River Analytics | CRA0002063 | CRA0002074 | 402, 403, Subject to MIL |
| 1040 | 11/18/2013 | Email from Wronski to Felix re a request, and ideas for moving the license forward | CRA0000144 | CRA0000146 | 802, 402, 403 |
| 1052 | 08/2009 | ISR Software on Approximate Hardware | SINGULAR-00004331 | SINGULAR-00004343 | 802 |
| 1053 | 01/2010 | Computing 10,000x More Efficiently (Focus on Video Analysis), Joe Bates and Deb Roy | SINGULAR-00007942 | SINGULAR-00007954 | 802 |
| 1055 | 3/30/2011 | Overview of work related to Singular Computing, Joseph Bates | SINGULAR-00005482 | SINGULAR-00005487 | 802 |
| 1056 | 4/19/2016 | Many accurate enough chips will use software for correction to achieve up to 10,000 times higher speed and lower power usage, NextBigFuture.com | | | 402, 403, 802 |
| 1058 | 6/29/2011 | Email from Bates to Teller re complaints | SINGULAR-00026986 | SINGULAR-00026987 | 802 |

Case 1:19-cv-12551-FDS  Document 683-3  Filed 12/29/23  Page 3 of 10
Singular Computing LLC v. Google LLC
C.A. No. 1:19-cv-12551-FDS

Google's Trial Exhibit List

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1064 | 9/18/2017 | Service and Evaluation License Agreement between Apple and Singular Computing LLC | SINGULAR-00012052 | SINGULAR-00012059 | No objection |
| 1065 | 9/21/2017 | Email from Bates to Bedichek, Evermann, Zimmerman re as we begin | SINGULAR-00046450-AAPL | SINGULAR-00046450-AAPL | 402, 403, 802 |
| 1067 | 5/3/2018 | Email from Ozgen to Bates re Apple | SINGULAR-00034663-AAPL | SINGULAR-00034663-AAPL | 402, 403, Subject to MIL |
| 1068 | 06/00/2018 | Deep Learning S1 Results + S2 Future | SINGULAR-00034708-AAPL | SINGULAR-00034722-AAPL | 402, 403, 802 |
| 1069 | 4/1/2018 | Research Agreement between Fujitsu Laboratories LTD and Fujitsu Consulting (Canada) Inc. and Singular Consulting | SINGULAR-00012070 | SINGULAR-00012083 | 402, 403, 802 |
| 1070 | 11/5/2009 | Letter from Bates to Colwell re Introduction | SINGULAR-00004281 | SINGULAR-00004282 | 802, 402, 403 |
| 1071 | 10/22/2013 | Imperfect Processing: A Functionally Feasible (and Fiscally Attractive) Option, Says Singular Computing, Berkeley Design Technology | | | 402, 403, 802, Not previously produced |
| 1073 | 5/12/2019 | Email from Hammerstrom to Bates re X1 | SINGULAR-00021150 | SINGULAR-00021150 | 611, 403, 802 |
| 1076 | 6/25/2018 | Holzrichter and Spaulding, Convolutional Back Projection on the S1 Reduced Precision Processor | SNL-0001469 | SNL-0001469 | 402, 403, 701, 802 |
| 1078 | 12/14/2017 | Email from Bates to Struever et al., re a new member of Singular | SINGULAR-00026332 | SINGULAR-00026334 | 402, 403, 802 |
| 1081 | 7/6/2018 | Email from Bates to Murati, Zaremba, et al., cc Ozgen re slides from today's Singular discussion with email attachment - OpenA1 6July2018.pdf (Billion Core Computing) | SINGULAR-00013844 | SINGULAR-00013972 | 402, 403, 802 |
| 1082 | 3/28/2019 | Email from Kibune to Bates re Feedbacks to our collaboration (Kibune@Fujitsu) | SINGULAR-00051983-FUJITSU | SINGULAR-00051983-FUJITSU | 402, 403, 802 |
| 1083 | | 2012-2020 Income & Expense Spreadsheet | SINGULAR-00054009 | SINGULAR-00054009 | 402, 403, 802 |
| 1084 | 05/00/2002 | Library of Parameterized Hardware Modules for Floating-Point Arithmetic with an Example Application, A Thesis Presented by Belanovic | SINGULAR-00002261 | SINGULAR-00002343 | Subject to IPR Estoppel, 402, 802, MIL |
| 1107 | 1/21/2018 | Email from Bates to Zimmerman re tpu2 | SINGULAR-00047129-AAPL | SINGULAR-00047130-AAPL | 802, 402, 403 |
| 1170 | 5/16/2018 | Email from Ozgen to Tran re Crypto currency mining chip - company intro | OZGEN_00000159 | OZGEN_00000159 | 402, 403, 802 |
| 1171 | 4/11/2018 | Email from Ozgen to Bates re market + pitch deck | SINGULAR-00023291 | SINGULAR-00023292 | 402, 403, 802 |
| 1172 | 3/9/2018 | Email from Ozgen to Bates re other people I contracted | SINGULAR-00023101 | SINGULAR-00023101 | 402, 403, 802 |
| 1177 | 5/11/2018 | Email from Bates to Seseri, cc Ozgen re Josh Tenenbaum and Sandy Pentland suggested I contact you | SINGULAR-00019051 | SINGULAR-00019052 | 802, 402. 403 |
| 1178 | 5/18/2018 | Email from Bates to Seseri, cc Tenenbaum, Pentland, Ozgen re Josh Tenenbaum and Sandy Pentland suggested I contact you | SINGULAR-00024608 | SINGULAR-00024609 | 402, 403, 802 |
| 1179 | 5/27/2018 | Email from Ozgen to Maniaci re Crypto currency mining chip - company intro | OZGEN_00000067 | OZGEN_00000067 | 402, 403, 802 |
| 1180 | 6/8/2018 | Email from Ozgen to Bates re Fwd: Singular Computing - information | OZGEN_00000053 | OZGEN_00000054 | 402, 403, 802 |
| 1181 | 7/6/2018 | Email from Bates to Murati, Zaremba, et al., cc Ozgen re slides from today's Singular discussion (w/o attachment) | SINGULAR-00013844 | SINGULAR-00013844 | 402, 403, 802 |
| 1217 | 6/6/2013 | Intrinsix-Singular Design Agreement | SINGULAR-00026441 | SINGULAR-00026495 | 402, 403, subject to MIL |
| 1251 | 9/17/2019 | U.S. Patent No. 10,416,961 (Bates) | | | 402, 403, Subject of MIL |
| 1252 | | U.S Patent No. 10,416,961 File History for Application No. 16/175,131 | | | 402, 403, Subject of MIL |
| 1259 | 6/19/2009 | U.S. Provisional Patent Application No. 61/218,691 | | | No objection (duplicate of TTX1460) |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1260 | 05/00/2002 | Belanovic Thesis, Library of Parameterized Hardware Modules for Floating-Point Arithmetic with an Example Application | GOOG-SING-00020062 | GOOG-SING-00020144 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1301 | 12/8/2017 | Machine Learning for Systems and Systems for Machine Learning, Jeff Dean - Google Brain Team | GOOG-SING-00002124 | GOOG-SING-00002177 | No objection |
| 1302 | 12/9/2015 | Jellyfish numerics validation | GOOG-SING-00004735 | GOOG-SING-00004781 | 802 |
| 1303 | 06/07/2019 | BarnaCore Specification | GOOG-SING-00010082 | GOOG-SING-00010131 | 402, 403, 802 |
| 1305 | 7/23/2020 | TensorCore Instruction Set Architecture | GOOG-SING-00010508 | GOOG-SING-00010582 | 802 |
| 1308 | 4/16/2019 | U.S. Patent No. 10,261,786 (Lacy) | GOOG-SING-00019948 | GOOG-SING-00019964 | 402, 403, 611, Subject of MIL |
| 1309 | 4/14/2020 | U.S. Patent No. 10,621,269 (Phelps) | GOOG-SING-00019965 | GOOG-SING-00019990 | 402, 403, 611, Subject of MIL |
| 1310 | 6/30/2020 | U.S. Patent No. 10,698,976 (Phelps) | GOOG-SING-00019991 | GOOG-SING-00020012 | 402, 403, 611, Subject of MIL |
| 1311 | 7/18/2017 | U.S. Patent No.9,710,748 (Ross) | GOOG-SING-00020013 | GOOG-SING-00020029 | 402, 403, 611, Subject of MIL |
| 1312 | | Belanović & Leeser, A Library of Parameterized Floating-Point Modules and Their Use, | GOOG-SING-00020145 | GOOG-SING-00020154 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1313 | | Computer Organization & Design The Hardware/Software Interface | GOOG-SING-00022064 | GOOG-SING-00022144 | 802 |
| 1316 | | Shirazi et al., Quantitative Analysis of Floating Point Arithmetic on FPGA Based Custom Computing Machines | GOOG-SING-00023790 | GOOG-SING-00023797 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1317 | 9/00/2007 | Sudha et al., An Efficient Digital Architecture for Principal Component Neural Network and its FPGA Implementation | GOOG-SING-00023801 | GOOG-SING-00023807 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1318 | 1/8/1985 | U.S. Patent No. 4,493,048 (Kung) | GOOG-SING-00025230 | GOOG-SING-00025247 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1319 | | Tong et al., Minimizing Floating-Point Power Dissipation Via Bit-Width Reduction | GOOG-SING-00025248 | GOOG-SING-00025252 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1320 | | Tong et al., Reducing Power by Optimizing the Necessary Precision/Range of Floating-Point Arithmetic | GOOG-SING-00025253 | GOOG-SING-00025266 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1321 | | Kung &Leiserson, Systolic Arrays for (VLSI) | GOOG-SING-00026128 | GOOG-SING-00026161 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1322 | | Kung, Why Systolic Architectures? | GOOG-SING-00026162 | GOOG-SING-00026171 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1323 | 08/30/2010 | Xilinx Virtex-4 Family Overview v3.1 Product Specification | GOOG-SING-00026243 | GOOG-SING-00026251 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1324 | 09/28/2006 | Xilinx Floating-Point Operator v.3.0 Product Specification | GOOG-SING-00026252 | GOOG-SING-00026279 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1325 | 05/15/2008 | Xilinx XtremeDSP for Virtex-4 FPGAs v2.7 User Guide | GOOG-SING-00026280 | GOOG-SING-00026400 | 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1327 | 6/3/2014 | State of Work No. 1 for Project GApp | GOOG-SING-00026526 | GOOG-SING-00026554 | No objection |
| 1329 | 12/12/2018 | MLPerf Training v.0.5 Results | GOOG-SING-00026685 | GOOG-SING-00026686 | 802 |
| 1332 | | IEEE Std 754 - 2008, IEEE Standard for Binary Floating-Point Arithmetic | GOOG-SING-00026950 | GOOG-SING-00027019 | 802 |
| 1333 | | What do we study? | GOOG-SING-00027044 | GOOG-SING-00027050 | 402, 802 |
| 1343 | 10/31/2019 | Chippy3 review | GOOG-SING-00081019 | GOOG-SING-00081059 | 402 |
| 1347 | 08/00/2020 | Platform for Machine Learning -v2 | GOOG-SING-00112291 | GOOG-SING-00112319 | No objection |
| 1351 | 09/15/2016 | Dragonfish Planning Phase Entry PPR presentation | GOOG-SING-00141268 | GOOG-SING-00141327 | 802 |
| 1355 | 8/23/2019 | Notes on TPU Utilization | GOOG-SING-00150961 | GOOG-SING-00150971 | 802 |
| 1358 | 5/14/2015 | Silverback, Water cooled 84 kW rack for Jellyfish | GOOG-SING-00201434 | GOOG-SING-00201454 | 402, 403, 802 |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Google's Trial Exhibit List

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1361 | 7/31/2017 | PVT 1 & 2 Thermal & Hydraulic Characterization/Qual LQ1 Meeting | GOOG-SING-00207436 | GOOG-SING-00207490 | 402, 403, 802 |
| 1369 |  | Excel Spreadsheet | GOOG-SING-00239509 | GOOG-SING-00239509 | 802 |
| 1371 | 8/17/2020 | Measuring the Scaling of Embedding on TPUs vs. GPUs | GOOG-SING-00240599 | GOOG-SING-00240600 | 802 |
| 1375 | 07/27/2015 | Statement of Work No. 3 between Google Inc. and Avago Technologies International Sales Pte. Ltd | GOOG-SING-00241367 | GOOG-SING-00241417 | 402, 403, 802 |
| 1377 | 8/24/2015 | JF Packaging Specifications and Overview | GOOG-SING-00241457 | GOOG-SING-00241485 | 402, 802 |
| 1383 | 2/28/2023 | Efficiency Data Centers Google | GOOG-SING-00241573 | GOOG-SING-00241580 | 402, 802 |
| 1384 | 8/21/2016 | Why R&D Spending Is Not A Measure of Innovation | GOOG-SING-00241865 | GOOG-SING-00241869 | 402, 403, 802 |
| 1385 |  | Google Machine Learning Glossary | GOOG-SING-00241895 | GOOG-SING-00242130 | 802 |
| 1386 |  | Google Cloud Introduction to Cloud TPU | GOOG-SING-00242135 | GOOG-SING-00242141 | 802 |
| 1387 |  | Google Data Centers Efficiency | GOOG-SING-00242142 | GOOG-SING-00242150 | 802 |
| 1388 |  | Google Software Engineer Salary Levels.fyi | GOOG-SING-00242151 | GOOG-SING-00242156 | 402, 403, 802 |
| 1389 |  | Google Workspace Empowering everyday innovation to build a more adaptive business | GOOG-SING-00242157 | GOOG-SING-00242169 | 402, 802 |
| 1390 | 6/28/2021 | TPU vs GPU Pros and Cons | GOOG-SING-00242170 | GOOG-SING-00242174 | 802, 402, 403, 106 |
| 1391 | 7/9/2021 | Price-to-Research Ratio - PPR Definition | GOOG-SING-00242175 | GOOG-SING-00242181 | 402, 403, 802 |
| 1392 | 3/8/2017 | How did Google surpass all the other search engines | GOOG-SING-00242182 | GOOG-SING-00242184 | 402, 403, 802 |
| 1393 |  | Merriam-Webster - teraflop | GOOG-SING-00242185 | GOOG-SING-00242185 | 802 |
| 1394 | 12/12/2018 | ML Commons - v0.5 Results | GOOG-SING-00242186 | GOOG-SING-00242189 | 402, 802, 901 |
| 1395 | 6/10/2019 | ML Commons - v0.6 Results | GOOG-SING-00242190 | GOOG-SING-00242193 | 402, 802, 901 |
| 1396 | 6/21/2021 | Which Companies Spend the Most in Research and Development | GOOG-SING-00242194 | GOOG-SING-00242202 | 402, 403, 802 |
| 1397 |  | Nvidia - What is MLPerf | GOOG-SING-00242203 | GOOG-SING-00242212 | 402, 802, 901 |
| 1398 | 08/00/2011 | Lecture Notes on Vertical Structure | GOOG-SING-00242213 | GOOG-SING-00242238 | 402, 802 |
| 1399 |  | Pitchbook - Singular Computing Overview | GOOG-SING-00242239 | GOOG-SING-00242242 | 402, 403, 802 |
| 1401 |  | Singular Computing The Performance of Specialized Deep Learning Hardware in Programmable General Purpose Computing Systems | GOOG-SING-00242259 | GOOG-SING-00242259 | 802 |
| 1402 |  | Apportionment of Intellectual Property Value Where Economic Theory Meets Legal Practice | GOOG-SING-00242260 | GOOG-SING-00242268 | 802, 611, Improper instruction re law |
| 1403 |  | Verified Salary Stream Levels.fyi | GOOG-SING-00242269 | GOOG-SING-00242270 | 402, 403, 802 |
| 1404 | 3/18/2019 | Automatic Mixed Precision for NVIDIA Tensore Core Architecture in TensorFlow | GOOG-SING-00242271 | GOOG-SING-00242273 | 402, 802 |
| 1406 |  | U.S. Patent Application 12/816,201 (Bates) | GUSTAFSON000011 | GUSTAFSON000074 | 402, 403 |
| 1407 | 3/21/1985 | Standards Committee of the IEEE Computer Society, ANSI/IEEE Std 754 - 1985, IEEE Standard for Binary Floating-Point Arithmetic | GUSTAFSON000094 | GUSTAFSON000113 | 402, 403, 802 |
| 1408 | 03/00/2016 | Berkeley J. Bates Seminar, YouTube Transcript | GUSTAFSON000130 | GUSTAFSON000164 | 402, 802 |
| 1409 | 2016 | Berkeley J. Bates Seminar, YouTube Video | GUSTAFSON000165 | GUSTAFSON000165 | 402, 802 |
| 1410 | 10/15/1993 | Adaptive Solutions, Inc., CNAPS Data Book | HAMMERSTROM-00000001 | HAMMERSTROM-00000258 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1411 | 3/7/1990 | Adaptive Solutions, Inc., x1 Programmer's Guide and Reference Manual | HAMMERSTROM-00000259 | HAMMERSTROM-00000474 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1412 | 10/15/1993 | Adaptive Solutions, Inc., Getting Acquainted with CNAPS | HAMMERSTROM-00000475 | HAMMERSTROM-00000548 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1413 | 3/15/1996 | Adaptive Solutions, Inc., CNAPS-C Programming Guide | HAMMERSTROM-00000549 | HAMMERSTROM-00000684 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1414 | 12/6/1990 | An American National Standard IEEE Standard for Binary Floating-Point Arithmetic | LEESER000001 | LEESER000026 | 402, 802, Not timely disclosed |
| 1415 | | Xilinx XC4010D, XC4013D Logic Cell Array | LEESER000105 | LEESER000106 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447), Not timely disclosed |
| 1416 | 9/23/2008 | Xilinx Virtex-5 Family Overview Advance Product Specification | LEESER000107 | LEESER000119 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447), Not timely disclosed |
| 1418 | | Leeser et al., Applying Reconfigurable Hardware to the Analysis of Multispectral and Hyperspectral Imagery | LEESER000122 | LEESER000129 | 402, 802, Not timely disclosed |
| 1419 | | Diefendorff, Pentium III = Pentium II + SSE Internet SEE Architecture Boosts Multimedia Performance | LEESER000130 | LEESER000136 | 402, 802, Not timely disclosed |
| 1420 | | Leeser and Belanovic, A Library of Parameterized Hardware Modules for Floating Point Arithmetic and Its Use | LEESER000158 | LEESER000184 | 402, 802, Not timely disclosed, Subject to IPR Estoppel Order (ECF No. 447) |
| 1421 | | Belanovic and Leeser, A Library of Parameterized Hardware Modules for Floating-Point Arithmetic and Their Use | LEESER000311 | LEESER000312 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1422 | | Wang and Leeser, A Parameterized Floating Point Library Applied to Multispectral Image Clustering | LEESER000313 | LEESER000346 | 402, 802, Not timely disclosed |
| 1423 | | Leeser et al, A Parameterized Floating-Point Library Applied to Multispectral Image Clustering | LEESER000347 | LEESER000348 | 402, 802, Not timely disclosed |
| 1424 | | Source Code Printout | SING-SC-0000001 | SING-SC-0000143 | 402, 403 |
| 1427 | 9/17/2019 | U.S. Patent No. 10,416,961 (Bates) | SINGULAR-00001863 | SINGULAR-00001892 | 402, 403 |
| 1429 | 3/26/2013 | U.S. Patent No. 8,407,273 (Bates) | SINGULAR-00001921 | SINGULAR-00001949 | No objection |
| 1431 | | Bates, Practical Approximate Computing | SINGULAR-00007237 | SINGULAR-00007255 | 802 |
| 1432 | | Google - Jeff Dean & Oriol Vinals ("Binyal") - Tensor Flow | SINGULAR-00008401 | SINGULAR-00008402 | 402, 802 |
| 1433 | 06/00/2017 | Singular S1 Overview Revision 3 | SINGULAR-00009701 | SINGULAR-00009723 | 402, 403, 802 |
| 1434 | 5/15/2017 | Fujitsu Change Order 1 | SINGULAR-00010328 | SINGULAR-00010332 | 402, 802 |
| 1435 | 3/17/2017 | Singular Quote for Fujitsu | SINGULAR-00010388 | SINGULAR-00010388 | 402, 403, 802 |
| 1436 | 7/2018 | Billion Core Computing Preview | SINGULAR-00010574 | SINGULAR-00010575 | 802 |
| 1437 | 7/2018 | Billion Core Computing Presentation | SINGULAR-00010636 | SINGULAR-00010763 | 802 |
| 1438 | 7/2018 | Billion Core Computing Presentation | SINGULAR-00010764 | SINGULAR-00010803 | 802 |
| 1439 | 6/7/2018 | Wojciech Zaremba - OpenAI | SINGULAR-00010993 | SINGULAR-00011026 | 402, 802 |
| 1440 | 01/00/2015 | Products and Services Price List Singular Computing LLC | SINGULAR-00011045 | SINGULAR-00011045 | 402, 403, 802 |
| 1441 | | Excel Spreadsheet | SINGULAR-00011046 | SINGULAR-00011046 | 402, 403, 802 |
| 1442 | 5/19/2015 | [Translation] Notice of Reasons for Rejection | SINGULAR-00011754 | SINGULAR-00011762 | 402, 403, 901, 611 |
| 1443 | 3/11/2011 | Email from Leeser to Bates cc Bresler re "Numerical accuracy" research | SINGULAR-00018096 | SINGULAR-00018097 | 402, 802 |
| 1444 | 3/5/2011 | Email from Bates to Ng cc Teller re Tom Dean (GoogleX, "physically realistic" computing, guidance on image search problem) | SINGULAR-00018845 | SINGULAR-00018849 | 802 |
| 1445 | 2/17/2012 | Email from Bates to Krysiak cc Blohm re patent with attachment | SINGULAR-00021510 | SINGULAR-00021570 | 402, 802 |
| 1446 | 3/22/2012 | Email from Krysiak to Bates, Blohm re Tesla's Ambitions Fueled by Customer Down Payments - NYTimes.com | SINGULAR-00022184 | SINGULAR-00022186 | 402, 802 |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Google's Trial Exhibit List

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1447 | 12/27/2017 | Email from Bates re Create a customer | SINGULAR-00023309 | SINGULAR-00023309 | 402, 403 |
| 1448 | 2017 | Billion Core MIT | SINGULAR-00025905 | SINGULAR-00025909 | 802 |
| 1449 | 4/1/2017 | Email from Bates to Linda Bates and Connolly re Singular K-1 (w/o attachment) | SINGULAR-00026335 | SINGULAR-00026335 | 402, 403, 802 |
| 1450 | 8/22/2012 | DARPA Volume I, Technical and Management Proposal, Revolutionizing the Nation's ISR and Computer Vision Capabilities by accelerating exploitation of Approximate Computing technology | SINGULAR-00032229 | SINGULAR-00032275 | 402, 802 |
| 1452 | 1/21/2018 | Email from Zimmerman to Bates re tpu2 | SINGULAR-00036192-AAPL | SINGULAR-00036192-AAPL | 802 |
| 1453 | 12/12/2016 | Email from Fletcher to Bates re Henry, Tuesday | SINGULAR-00047229-AAPL | SINGULAR-00047231-AAPL | 802 |
| 1454 | 3/22/2019 | Email from Bates to Sasaki re Patents and Licensing for your Approximate Computing | SINGULAR-00053081-FUJITSU | SINGULAR-00053082-FUJITSU | 402, 403, 802 |
| 1455 | 10/1/1999 | Xilinx Virtex 2.5V Field Programmable Gate Arrays Preliminary Product Specification | XILINX-GOOG-SUB00000069 | XILINX-GOOG-SUB00000139 | 402, 403, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1456 | 4/2/2001 | Xilinx Virtex 2.5 v Field Programmable Gate Arrays Product Specification | XILINX-GOOG-SUB00000522 | XILINX-GOOG-SUB00000597 | 402, 802, Subject to IPR Estoppel Order (ECF No. 447) |
| 1457 | 5/21/2003 | A Library for parameterized hardware molecules for floating point arithmetic and its use | | | 402, 403, 802, Not previously produced, Subject to IPR Estoppel Order (ECF No. 447) |
| 1458 | 11/18/2003 | U.S. Patent No. 6,650,327 (Airey et al.) | | | 402, 403, Not previously produced |
| 1459 | 1/13/2009 | U.S. Patent No. 7,478,047 (Loyall et al.) | | | 402, 403, Not previously produced |
| 1460 | 6/19/2009 | Provisional Application No. 61/218,691 | | | No objection (duplicate of TTX1259) |
| 1461 | 12/23/2010 | U.S. Patent Application Publication No. 2010/0325186 (Bates) | | | 402, 403 |
| 1462 | 2/21/2013 | Dean source code changelog file, subject to protective order | | | Not previously produced |
| 1463 | 12/22/2015 | U.S. Patent No. 9,218,156 B2 | | | No objection |
| 1464 | 5/17/2017 | Provisional Application No. 62/507,748 (US 10,621,269) | | | 402, 403 |
| 1465 | 8/25/2020 | U.S. Patent No. 10,754,616 (Bates) | | | 402, 403 |
| 1466 | 05/12/2021 | Plaintiff's Response to Defendant's Third Set of Interrogatories & Supplemental Responses to Interrogatory Nos. 15 and 16 | | | 402, 403 |
| 1467 | 06/23/2021 | Plaintiff's Response to Defendant's Fourth Set of Interrogatories Nos. 19-30) | | | 402, 403 |
| 1468 | 06/23/2021 | Plaintiff's Response to Defendant's First Set of Requests for Admission (Nos. 1-11) | | | 402, 403 |
| 1469 | 7/23/2021 | Plaintiff's Third Supplemental Response to Defendant's First Set of Interrogatories (No. 11) | | | 402, 403 |
| 1470 | 10/04/2021 | Plaintiff's Supplemental Response to Defendant's First Set of Requests for Admission (No. 2) | | | 402, 403 |
| 1471 | 10/21/2021 | Khatri IPR depo | | | Not evidence, 402, 403, 802, Form, Subject of MIL |
| 1472 | 11/9/2021 | U.S. Patent No. 11,169,775 (Bates) | | | 402, 403 |
| 1473 | 02/00/2023 | Train with Mixed Precision, User's Guide, NVIDIA docs | | | 402, 403, 802, 901, Not previously produced |
| 1474 | | ECEN 449- Microprocessor System Design, FGPA and Reconfigurable Computing | | | 402, 403, 802, Not previously produced |
| 1475 | | Mares Report Image 1 | | | 402, Not previously produced |
| 1476 | | Mares Report Image 2 | | | 402, Not previously produced |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1477 | | Patil et al, The Design Process for Google's Training Chips: TPUv2 and TPUv3 | | | No objection |
| 1478 | | Patterson, David - A.M. Turning Award Laureate | | | 402, 403, 802, Not previously produced |
| 1479 | | Physical Exhibit TPUv2 Board | | | Not previously produced |
| 1480 | | Physical Exhibit TPUv3 Board | | | Not previously produced |
| 1481 | | Physical Exhibit TPUv2 Chip | | | Not previously produced |
| 1482 | | Physical Exhibit TPUv3 Chip | | | Not previously produced |
| 1483 | | Physical Exhibit Wildstar board | | | Not previously produced, not identified in invalidity contentions |
| 1484 | | Excel No Cloud & Global | GOOG-SING-00243994 | GOOG-SING-00243994 | 402, 403 |
| 1485 | | Excel No Cloud & Global | GOOG-SING-00243995 | GOOG-SING-00243995 | 402, 403 |
| 1486 | 1/21/2017 | Email from Sexauer to Bates cc Spalink, Felten et al. re abstract/bio | GOOG-SING-00038611 | GOOG-SING-00038616 | No objection |
| 1487 | 4/28/2023 | Declaration of Dr. Joseph Bates [Dkt. 475-13] | | | 802, 402, 403 |
| 1488 | 5/19/2023 | Statement of Material Facts in Dispute re Defendant's Motion for Summary Judgment of Non-Infringement [Dkt. 505-1] (FILED UNDER SEAL) | | | 402, 403 |
| 1489 | 5/11/2022 | Final Written Decision for IPR2021-00165 Paper 57 (Non-Public Version - Protective Order Material) | | | MIL, 402, 403, subject to MIL |
| 1490 | 5/11/2022 | Final Written Decision for IPR2021-00165 Paper 57 (Public Version) | | | MIL, 402, 403, subject to MIL |
| 1491 | 5/11/2022 | Final Written Decision for IPR2021-00179 Paper 57 (Non-Public Version - Protective Order Material) | | | MIL, 402, 403, subject to MIL |
| 1492 | 5/11/2022 | Final Written Decision for IPR2021-00179 Paper 57 (Public Version) | | | MIL, 402, 403, subject to MIL |
| 1493 | | Xcell, Vol. 32 (Q2 1999) | LEESER000041 | LEESER000104 | Subject to IPR estoppel, 802, 402, subject to MIL |
| 1494 | 9/1/2022 | Preliminary Program, FPL 2002 Agenda | LEESER000137 | LEESER000145 | Subject to IPR estoppel, 802, 402, subject to MIL |
| 1495 | | VFLOAT: The Northeastern Variable precision FLOATing point library | LEESER000146 | LEESER000150 | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1496 | 6/20/2002 | Module to perform addition or subtraction, VFLOAT Source Code | LEESER000185 | LEESER000300 | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1497 | | Variable Precision Floating Point Modules (Wayback Machine) | LEESER000301 | LEESER000303 | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1498 | 4/27/2005 | Email from Leeser to mel@coe.ne.edu re MS Defense for Pavle Belanovic | LEESER000304 | LEESER000304 | Subject to IPR estoppel, 802, 402, subject to MIL |
| 1499 | 9/24/2002 | High Performance Embedded Computing Workshop 2002 Preliminary Agenda | LEESER000305 | LEESER000310 | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1500 | 6/20/2019 | Accrual Basis January through December 2018 | SINGULAR-00011489 | SINGULAR-00011489 | 402, 403 |
| 1501 | | Singular Computing Status - November 2016 | SINGULAR-00024106 | SINGULAR-00024108 | 402, 403 |
| 1504 | 1/6/2017 | Email from Teller to Bates et al re West Coast in February | SINGULAR- 00018179 | SINGULAR- 00018179 | 802 |
| 1505 | | Singular Computing website | | | Not previously produced; not disclosed during discovery |
| 1506 | 7/25/2015 | Buganizer [Spec] NaN and inf behavior for all operations | GOOG-SING-00240607 | GOOG-SING-00240621 | 802, 402, 403 |

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1507 | | Buganizer [Spec] Define MXU reduced precision numerics | GOOG-SING-00240605 | GOOG-SING-00240606 | 802, 402, 403 |
| 1508 | 2/2/2017 | Email from Chen to Jouppi re [jellyfish-team] Re: 16 bit floats for machine learning inference and training | GOOG-SING-00162209 | GOOG-SING-00162212 | 802, 402, 403 |
| 1509 | | Accelerating Deep Learning with Tensor Processing Units | GOOG-SING-00150347 | GOOG-SING-00150382 | 802, 402, 403 |
| 1510 | 7/21/2008 | Email from Bates to Bates re Rahul presentation with attachment | SINGULAR-00061402 | SINGULAR-00061411 | 802, 402, 403 |
| 1511 | 2/0/2008 | Singular Computing LLC Semiannual Status Report (and funding request) | SINGULAR-00060640 | SINGULAR-00060654 | 802, 402, 403 |
| 1512 | 12/0/2008 | Singular Computing LLC Status Report | SINGULAR-00060881 | SINGULAR-00060890 | 802, 402, 403 |
| 1514 | 2/12/2008 | Email from Leone to Bates re Reduced precision math | SINGULAR-00059707 | SINGULAR-00059707 | 802, 402, 403 |
| 1515 | | Singular Computing Float Bits | SINGULAR-00059708 | SINGULAR-00059710 | 802, 402, 403 |
| 1518 | | S1 chip/board sample photo - HIGHLY CONFIDENTIAL SOURCE CODE | | | No objection |
| 1519 | 2/28/1990 | A VLSI Architecture for High-Performance, Low Cost, On-Chip Learning | GOOG-SING-00025586 | GOOG-SING-00025593 | Subject to IPR estoppel, 402, 403, 802 |
| 1521 | 2/16/2011 | Email from Cypher to Bates re SIMD, GoogleX | GOOG-SING-00028264 | GOOG-SING-00028266 | 802, 402, 403 |
| 1522 | 2/3/2016 | Jellyfish numerics validation | GOOG-SING-00240296 | GOOG-SING-00240341 | 802, 402 |
| 1523 | 3/15/2022 | U.S. Patent No. 11,275,992 (Norrie) | | | Subject to MIL, 402, 802 |
| 1524 | | Affidavit of Nathaniel E Frank-White and Internet Archive attachment | | | 402, 403 |
| 1525 | | Leeser, et al., High-performance Transformation of Protein Structure Representation From Internal to Cartesian Coordinates | | | Subject to IPR estoppel, subject to MIL, 402, 802 |
| 1526 | | Leeser, et al., A Novel Physical Layer Authentication with PAPR Reduction based on Channel and Hard-are Frequency Responses | | | Subject to IPR estoppel, subject to MIL, 402, 802 |
| 1527 | | Leeser, et al., Identifying Volatile Numeric Expressions in Numeric Computing Application | | | Subject to IPR estoppel, subject to MIL, 402, 802 |
| 1528 | | Leeser, et al., VForce: An Environment for Portable Applications on High Performance Systems with Accelerators | | | Subject to IPR estoppel, subject to MIL, 402, 802 |
| 1529 | | Leeser, et al., The effect of temporal impulse response on experimental reduction of photon scatter in time-resolved diffuse optical tomography | | | Subject to IPR estoppel, 402, subject to MIL, 802 |
| 1530 | | Leeser, et al., An FPGA Design Technique to Receive Multiple Wireless Protocols with the Same RF Front End | | | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1531 | | Leeser, et al., State-action based Link Layer Design for IEEE 802.11b Compliant MATLAB-based SDR | | | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1532 | | Leeser et al., GPU Implementation of Reverse Coordinate Conversion for Proteins | | | Subject to IPR estoppel, 402, 802, subject to MIL |
| 1536 | 10/22/2008 | Email from Bates to azs@azs-services.com re an idea from Joe Bates (Carnegie Mellon) | SINGULAR-00060395 | SINGULAR-00060395 | 802, 402, 403 |
| 1537 | 10/11/2012 | Email from mbeal@intrinsix.com to jay.rockway@navy.mil re More information on options associated with proposed DARPA project | SINGULAR-00027827 | SINGULAR-00027829 | 802, 402, 403 |
| 1538 | 12/10/2015 | Email from Sculley to Bates re approximate computing | SINGULAR-00027552 | SINGULAR-00027552 | No objection |
| 1541 | 12/10/2015 | Email from Bates to Sculley re approximate computing | SINGULAR-00027520 | SINGULAR-00027520 | 802, 402, 403 |

*Singular Computing LLC v. Google LLC*
C.A. No. 1:19-cv-12551-FDS

Google's Trial Exhibit List

| Trial Exhibit No. | Date | Description | Begin Bates | End Bates | Objections |
|---|---|---|---|---|---|
| 1542 | 10/23/2008 | Email from Barth to Bates re an idea from Joe Bates (Carnegie Mellon) | GOOG-SING-00243075 | GOOG-SING-00243076 | 802, 402, 403 |
| 1543 | 10/31/2008 | Email from Bates to Baluja re hello | GOOG-SING-00243116 | GOOG-SING-00243117 | 802, 402, 403 |
| 1544 | 11/6/2008 | Email from Bates to Baluja re I mean, let's try Nov 13th | GOOG-SING-00243119 | GOOG-SING-00243120 | No objection |
| 1545 | 11/14/2008 | Email from Bates to Baluja re post-meeting Thursday | GOOG-SING-00243121 | GOOG-SING-00243123 | No objection |
| 1546 | 12/18/2008 | Email from Bates to Baluja re Learning "Forgiving" Hash Fcns" Algs and Large Scale Tests | GOOG-SING-00243133 | GOOG-SING-00243133 | 802, 402, 403 |
| 1549 | 3/29/2009 | Email from Bates to Baluja re google venture funding? | SINGULAR-00026940 | SINGULAR-00026941 | 802, 402, 403 |
| 1550 | 12/10/2015 | Email from Bates to Sculley re approximate computing | SINGULAR-00027005 | SINGULAR-00027005 | 802, 402, 403 |
| 1551 | 12/21/2015 | Email from Sculley to Bates re approximate computing | SINGULAR-00027266 | SINGULAR-00027266 | 802, 402, 403 |
| 1552 | 12/10/2015 | Email from Bates to Sculley re approximate computing | SINGULAR-00027341 | SINGULAR-00027341 | 802, 402, 403 |
| 1553 | 12/10/2015 | Email from Bates to Sculley re approximate computing | SINGULAR-00027400 | SINGULAR-00027400 | 802, 402, 403 |
| 1554 | 12/10/2015 | Email from Sculley to Bates re approximate computing | SINGULAR-00027517 | SINGULAR-00027517 | 802, 402, 403 |
| 1555 | 2/12/2017 | Email from Bates to Felten re March 9 | GOOG-SING-00242430 | GOOG-SING-00242430 | 802, 402, 403 |
| 1556 |  | Photos of S1 chip/board sample - HIGHLY CONFIDENTIAL SOURCE CODE |  |  | 402, 403 |
| 1558 | 3/1/2013 | Dean source code changelog file 429825735, subject to protective order |  |  | Not previously produced; not disclosed during discovery |
| 1560 | 10/21/2008 | Email from Bates to Baluja re something of possible interest to Google, or you | SINGULAR-00059839 | SINGULAR-00059839 | No objection |
| 1562 |  | JF Perf Analysis Part II | GOOG-SING-00001929 | GOOG-SING-00001989 | 402, 403 |
| 1564 |  | Some Precursor notes: Squid Program | GOOG-SING-00240601 | GOOG-SING-00240604 | 802, 402, 403 |
| 1565 |  | JF Numerics: 4. Storage | GOOG-SING-00240063 | GOOG-SING-00240065 | 802, 402, 403 |
| 1566 |  | JF Numerics: 3. Vector Units | GOOG-SING-00240062 | GOOG-SING-00240062 | 802, 402, 403 |
| 1567 |  | JF Numerics:  Approximation Functions | GOOG-SING-00240053 | GOOG-SING-00240061 | 802, 402, 403 |
| 1568 |  | Training-Specific Challenges & Opportunities | GOOG-SING-00240972 | GOOG-SING-00241010 | No objection |
| 1569 |  | SeaStar for Perf | GOOG-SING-00241210 | GOOG-SING-00241218 | No objection |
| 1570 |  | DeepSea Neural Net Acceleration System Infrastructure Review | GOOG-SING-00240581 | GOOG-SING-00240598 | 402, 403 |
| 1571 | 11/19/2013 | DeepSea Madison F2F Notes | GOOG-SING-00240537 | GOOG-SING-00240544 | 802, 402, 403 |
| 1572 | 8/21/2014 | SeaStar system Planning Phase Exit | GOOG-SING-00106334 | GOOG-SING-00106388 | 802, 402, 403 |
| 1574 | 6/25/2015 | Jellyfish System Planning Phase Exit/Update | GOOG-SING-00241011 | GOOG-SING-00241107 | 402, 403 |
| 1575 | 2/1/2017 | Compilation for Matrix Multiplication on Jellyfish | GOOG-SING-00000815 | GOOG-SING-00000817 | 402, 403 |
| 1576 | 6/22/2017 | Email from Patterson to Norrie re [jellyfish-sw] Re: The Volta MEGATHREAD | GOOG-SING-00116807 | GOOG-SING-00116819 | 802, 402, 403 |
| 1577 | 5/27/2017 | Email from tf-xla@google.com to Digest recipients re Digest for tf-xla@google.com -12 updates in 4 topics | GOOG-SING-00035760 | GOOG-SING-00035768 | 802, 402, 403 |
| 1578 | 7/19/2019 | MLPerf 0.6 Performance optimization, analysis  & future | GOOG-SING-00232170 | GOOG-SING-00232212 | 802, 402, 403 |
| 1580 |  | NVIDIA Developer - CUDA Toolkit | SINGULAR-00057029 | SINGULAR-00057035 | No objection |
| 1581 | 5/1/2019 | Email from Chen to Zhang re MLPerf TPU Submission Status Update 4/30/2019 | GOOG-SING-00079142 | GOOG-SING-00079145 | 802, 402 |
| 1582 |  | Outline Why ML benchmarking? | GOOG-SING-00215103 | GOOG-SING-00215129 | 802, 402, 403 |
| 1583 | 12/12/2018 | MLPerf TPU Final Submission | GOOG-SING-00078116 | GOOG-SING-00078156 | 802, 402, 403 |
| 1584 | 03/00/2019 | Platform for Machine Learning - v2 | GOOG-SING-00003752 | GOOG-SING-00003780 | No objection |
| 1585 |  | Global vs. ROW  Chip Data | GOOG-SING-00243996 | GOOG-SING-00243997 | Objections reserved |