IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DECLARATION OF DEEVA SHAH IN SUPPORT OF DEFENDANT GOOGLE LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION *IN LIMINE* NO. 4**

I, Deeva Shah, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney at the law firm of Keker, Van Nest & Peters LLP. I represent Defendant Google LLC, ("Google") in the above-captioned action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Day 2 of the Initial Pretrial Conference Transcript, dated December 21, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Defendant Google LLC's Sixth Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-10), dated July 23, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Catherine Tornabene, dated April 29, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Plaintiff's Discovery Designations for Trial, dated December 7, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 29, 2023 in Oakland, California.

>*/s/ Deeva Shah*
>Deeva Shah

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                            */s/ Nathan R. Speed*
                                                            Nathan R. Speed