# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-12551-FDS |
| GOOGLE LLC, | Hon. F. Dennis Saylor IV |
| Defendant. | |

### DEFENDANT GOOGLE LLC'S 35 U.S.C. § 282 NOTICE

Defendant Google LLC ("Google") hereby provides notice to Plaintiff Singular Computing LLC ("Singular"), pursuant to 35 U.S.C. § 282, that any patents and publications relied upon for anticipation of the patents-in-suit or as showing the state of the art are identified in Google's expert reports previously served in this case. In addition, Google also incorporates by reference in this notice all information set forth in the file histories for each of the patents-in-suit (including *inter partes* review papers) or otherwise disclosed to Plaintiff in pleadings and discovery in this case, including Google's invalidity contentions, discovery responses, and supplemental responses, in correspondence, and in Google's Trial Exhibit List. Google notes that it may rely on other materials as corroboration, which are not required to be disclosed by Section 282.

The following person may be relied upon as the prior inventor, as having prior knowledge of, or as having previously used or offered for sale the invention of the patents-in-suit: Prof. Miriam Leeser, Northeastern University, College of Engineering, 360 Huntington Avenue, Boston, Massachusetts 02115.

2426879

Respectfully submitted,

Dated: December 8, 2023

By:    */s/ Nathan R. Speed*
      Gregory F. Corbett (BBO #646394)
      gcorbett@wolfgreenfield.com
      Nathan R. Speed (BBO #670249)
      nspeed@wolfgreenfield.com
      Elizabeth A. DiMarco (BBO #681921)
      edimarco@wolfgreenfield.com
      Anant K. Saraswat (BBO #676048)
      asaraswat@wolfgreenfield.com
      WOLF, GREENFIELD & SACKS, P.C.
      600 Atlantic Avenue
      Boston, MA 02210
      Telephone: (617) 646-8000
      Fax: (617) 646-8646

      Robert Van Nest (admitted *pro hac vice*)
      rvannest@keker.com
      Michelle Ybarra (admitted *pro hac vice*)
      mybarra@keker.com
      Andrew Bruns (admitted *pro hac vice*)
      abruns@keker.com
      Vishesh Narayen (admitted *pro hac vice*)
      vnarayen@keker.com
      Christopher S. Sun (admitted *pro hac vice*)
      csun@keker.com
      Anna Porto (admitted *pro hac vice*)
      aporto@keker.com
      Deeva Shah (admitted *pro hac vice*)
      dshah@keker.com
      Stephanie J. Goldberg (admitted *pro hac vice*)
      sgoldberg@keker.com
      Eugene M. Paige (admitted *pro hac vice*)
      epaige@keker.com
      Rachael E. Meny (admitted *pro hac vice*)
      rmeny@keker.com
      Eric K. Phung (admitted *pro hac vice*)
      ephung@keker.com
      Kaiyi A. Xie (admitted *pro hac vice*)
      kxie@keker.com
      Spencer McManus (admitted *pro hac vice*)
      smcmanus@keker.com
      KEKER, VAN NEST & PETERS LLP
      633 Battery Street
      San Francisco, CA 94111-1809

2426879

Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)
Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100

Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

2426879

3

## **CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                            */s/ Nathan R. Speed*
                                            Nathan R. Speed

2426879