# EXHIBIT A

**Kevin Gannon**

| | |
|---|---|
| **From:** | Deeva V. Shah <DShah@keker.com> |
| **Sent:** | Friday, January 5, 2024 10:50 AM |
| **To:** | Kevin Gannon; Anna Porto; Singular; Kerry Timbers |
| **Cc:** | kvp-singular; abhansali@kblfirm.com; Kamber, Matthias A.; Nathan R. Speed |
| **Subject:** | RE: Singular v. Google | Depo Designations |

Kevin,

Given Singular's representation that it will not call Ms. Tornabene via depo designation, we believe the outstanding issue on Google MIL #4 is now moot. If you agree, do we have your permission to send a joint email to Mr. McKillop letting him know that the issue is mooted and the Court need not rule on the remaining part of that motion? Thanks.

**Deeva V. Shah**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2268 direct | 415 391 5400 main
dshah@keker.com | vcard | keker.com

**From:** Kevin Gannon <kgannon@princelobel.com>
**Sent:** Friday, January 5, 2024 10:40 AM
**To:** Anna Porto <APorto@keker.com>; Singular <Singular@princelobel.com>; Kerry Timbers <ktimbers@sunsteinlaw.com>
**Cc:** kvp-singular <kvpsingular@keker.com>; abhansali@kblfirm.com; Kamber, Matthias A. <matthiaskamber@paulhastings.com>; Nathan R. Speed <Nathan.Speed@WolfGreenfield.com>
**Subject:** RE: Singular v. Google | Depo Designations

[EXTERNAL]

Counsel,

Singular provides the following update regarding witnesses it will be calling via deposition designations:

- Dean: deposition designations (less than 60 minutes)
- Felten: out
- Jouppi: deposition designations (less than 20 minutes)
- Kumar: out
- Laudon: out
- Mabey: out
- Ng: out
- Patil: deposition designations (less than 15 minutes)
- Patterson: out
- Phelps: deposition designations
- Shafiei: out
- Spalink: out
- Swing: out
- Teller: deposition designations