**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

**DEFENDANT GOOGLE LLC'S
UNOPPOSED MOTION TO IMPOUND/SEAL DESIGNATED MATERIAL**

Pursuant to Local Rule 7.2 and the Protective Order in this case ("Protective Order"), (Dkt. No. 87), Defendant Google LLC ("Google") respectfully requests that this Court impound (seal): the Deposition Designation/Exhibit Disputes of Stephen Boyd; Exhibits A, B, and C to the Deposition Designation/Exhibit Disputes of Dr. Stephen Boyd; and Exhibit A to the Deposition Designation/Exhibit Disputes of Michael Holzrichter.  Google is filing a redacted public version of the Deposition Designation/Exhibit Disputes of Stephen Boyd concurrently herewith.  Plaintiff Singular Computing LLC ("Singular") does not oppose.

The Protective Order allows a party producing documents in discovery to designate documents as "Confidential" after making a good-faith determination that the documents contain information that is "confidential, proprietary, and/or commercially sensitive information," and to designate documents as "Highly Confidential – Attorneys' Eyes Only" after making a good-faith determination that the documents contain information that is extremely confidential and/or sensitive in nature and the disclosure of such documents is likely to cause economic harm or significant competitive disadvantage. Protective Order ¶¶ 6-7. That Order requires that a party intending to make court filings referring to such Protected Material bring a motion to impound. *Id.*

¶ 14.

The following documents contain information that has been designated by one or both of the parties hereto and third parties as Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order:

- Deposition Designation/Exhibit Disputes of Stephen Boyd;

- Exhibit A to the Deposition Designation/Exhibit Disputes of Dr. Stephen Boyd;

- Exhibit B to the Deposition Designation/Exhibit Disputes of Dr. Stephen Boyd;

- Exhibit C to the Deposition Designation/Exhibit Disputes of Dr. Stephen Boyd; and

- Exhibit A to the Deposition Designation/Exhibit Disputes of Michael Holzrichter.

Submission of the above-identified exhibits is necessary to permit the Court to fully evaluate the issues raised in Google's Deposition Designation/Exhibits Disputes of Stephen Boyd and Google's Deposition Designation/Exhibits Disputes of Michael Holzrichter. Google therefore brings this Motion to Impound to seal the above-identified documents.

For the foregoing reasons, Google respectfully requests that the Court permit it to file the above-identified documents under seal. Google further requests that the documents remain impounded until further order by the Court, and that upon expiration of the impoundment that the documents be returned to Google's counsel.

Respectfully submitted,

Dated: January 10, 2024         By:     _/s/ Nathan R. Speed_____
                                        Gregory F. Corbett (BBO #646394)
                                        gcorbett@wolfgreenfield.com
                                        Nathan R. Speed (BBO #670249)
                                        nspeed@wolfgreenfield.com
                                        Elizabeth A. DiMarco (BBO #681921)
                                        edimarco@wolfgreenfield.com
                                        Anant K. Saraswat (BBO #676048)
                                        asaraswat@wolfgreenfield.com
                                        WOLF, GREENFIELD & SACKS, P.C.

600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Fax: (617) 646-8646

Robert Van Nest (admitted *pro hac vice*)
rvannest@keker.com
Rachael E. Meny (admitted *pro hac vice*)
rmeny@keker.com
Eugene M. Paige (admitted *pro hac vice*)
epaige@keker.com
Christopher S. Sun (admitted *pro hac vice*)
csun@keker.com
Andrew Bruns (admitted *pro hac vice*)
abruns@keker.com
Vishesh Narayen (admitted *pro hac vice*)
vnarayen@keker.com
Anna Porto (admitted *pro hac vice*)
aporto@keker.com
Deeva Shah (admitted *pro hac vice*)
dshah@keker.com
Spencer McManus (admitted *pro hac vice*)
smcmanus@keker.com
Eric K. Phung (admitted *pro hac vice*)
ephung@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

Michael S. Kwun (admitted *pro hac vice*)
mkwun@kblfirm.com
Asim M. Bhansali (admitted *pro hac vice*)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Matthias A. Kamber (admitted *pro hac vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100

Ginger D. Anders (admitted *pro hac vice*)
Ginger.Anders@mto.com
J. Kain Day (admitted *pro hac vice*)

3

Kain.Day@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Tel: (202) 220-1100

Jordan D. Segall (admitted *pro hac vice*)
Jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Counsel for Defendant Google LLC*

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), I certify that, on January 9, 2024, counsel for Defendant Google LLC and counsel for Plaintiff Singular Computing LLC met and conferred in good faith regarding resolution of this motion.  Counsel for Plaintiff stated that it does not oppose the relief requested in this motion.

*/s/ Nathan R. Speed*
Nathan R. Speed

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.


/s/ Nathan R. Speed
Nathan R. Speed