### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | C.A. No. 1:19-cv-12551-FDS<br><br>Hon. F. Dennis Saylor IV |

### JOINT MOTION TO STAY PENDING SETTLEMENT AGREEMENT

Plaintiff Singular Computing LLC ("Singular") and Defendant Google LLC ("Google") have entered a binding term sheet resolving the above-captioned litigation. The parties hereby jointly request that the Court stay this case for thirty (30) days to afford the parties adequate time to execute a formal settlement agreement that will result in dismissal of the above-captioned litigation with prejudice.

Dated: January 24, 2024

Respectfully submitted,

*/s/ Kevin Gannon*
Kevin Gannon (BBO #640931)
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

*Counsel for Plaintiff Singular Computing LLC*

*/s/ Nathan R. Speed*
Nathan R. Speed (BBO #670249)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                        */s/ Kevin Gannon*
                                        Kevin Gannon