### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC, | Case No. 1:19-cv-12551-FDS |
| Plaintiff, | |
| v. | PATENT CASE |
| GOOGLE LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Singular Computing LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses or counterclaims that Defendant raised or could have raised in this action are dismissed WITH PREJUDICE. Each Party will bear its own costs, expenses and attorneys' fees.

Dated: March 4, 2024                              Respectfully submitted,

| | |
|---|---|
| */s/ Kevin Gannon* | */s/ Nathan R. Speed* |
| Matthew D. Vella (BBO #660171) | Gregory F. Corbett (BBO #646394) |
| Adam R. Doherty (BBO #669499) | gcorbett@wolfgreenfield.com |
| Kevin Gannon (BBO #640931) | Nathan R. Speed (BBO #670249) |
| Brian Seeve (BBO #670455) | nspeed@wolfgreenfield.com |
| Daniel McGonagle (BBO #690084) | Elizabeth A. DiMarco (BBO #681921) |
| **PRINCE LOBEL TYE LLP** | edimarco@wolfgreenfield.com |
| One International Place, Suite 3700 | Anant K. Saraswat (BBO #676048) |
| Boston, MA 02110 | asaraswat@wolfgreenfield.com |
| Tel: (617) 456-8000 | **WOLF, GREENFIELD & SACKS, P.C.** |
| Email: mvella@princelobel.com | 600 Atlantic Avenue |
| Email: adoherty@princelobel.com | Boston, MA 02210 |
| Email: kgannon@princelobel.com | Telephone: (617) 646-8000 |
| Email: bseeve@princelobel.com | Fax: (617) 646-8646 |
| Email: dmcgonagle@princelobel.com | |
| | Robert Van Nest (admitted pro hac vice) |
| ATTORNEYS FOR THE PLAINTIFF | rvannest@keker.com |
| | Rachael E. Meny (admitted pro hac vice) |
| | rmeny@keker.com |
| | Eugene M. Paige (admitted pro hac vice) |
| | epaige@keker.com |
| | Christopher S. Sun (admitted pro hac vice) |
| | csun@keker.com |
| | Andrew Bruns (admitted pro hac vice) |
| | abruns@keker.com |
| | Vishesh Narayen (admitted pro hac vice) |
| | vnarayen@keker.com |
| | Anna Porto (admitted pro hac vice) |
| | aporto@keker.com |
| | Deeva Shah (admitted pro hac vice) |
| | dshah@keker.com |
| | Spencer McManus (admitted pro hac vice) |
| | smcmanus@keker.com |
| | Eric K. Phung (admitted pro hac vice) |
| | ephung@keker.com |
| | KEKER, VAN NEST & PETERS LLP |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |

> Michael S. Kwun (admitted pro hac vice)
> mkwun@kblfirm.com
> Asim M. Bhansali (admitted pro hac vice)
> abhansali@kblfirm.com
> KWUN BHANSALI LAZARUS LLP
> 555 Montgomery Street, Suite 750
> San Francisco, CA 94111
> Telephone: (415) 630-2350
>
> Matthias A. Kamber (admitted pro hac vice)
> matthiaskamber@paulhastings.com
> PAUL HASTINGS LLP
> 101 California Street, 48th Floor
> San Francisco, CA 94111
> Telephone: (415) 856-7000
> Fax: (415) 856-7100
>
> Ginger D. Anders (admitted pro hac vice)
> Ginger.Anders@mto.com
> J. Kain Day (admitted pro hac vice)
> Kain.Day@mto.com
> MUNGER, TOLLES & OLSON LLP
> 601 Massachusetts Avenue NW, Suite 500E
> Washington, D.C. 20001
> Tel: (202) 220-1100
>
> Jordan D. Segall (admitted pro hac vice)
> Jordan.Segall@mto.com
> MUNGER, TOLLES & OLSON LLP
> 350 South Grand Avenue, 50th Floor
> Los Angeles, CA 90071-3426
> Tel: (213) 683-9100
>
> Counsel for Defendant Google LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Kevin Gannon*