# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **SINGULAR COMPUTING LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 19-12551-FDS |
| | ) | |
| **GOOGLE LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

**SAYLOR, C.J.**

Before and during trial, the parties indicated that they intended to file motions to seal portions of the trial transcript in order to protect certain confidential information. As of the date of this order, the parties have not submitted any such motion. The court has received a request from a third party for the trial transcript of the proceedings held on January 9, 2024.

Because court proceedings are presumptively public, the parties are hereby ORDERED to show cause by August 2, 2024, why the full and unredacted transcript of the trial proceedings should not be made publicly available.

**So Ordered.**

Dated: July 11, 2024

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
Chief Judge, United States District Court