UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,  )<br>  )<br>  Plaintiff,  )<br>  ) Civil Action No.<br>  v.  ) 19-12551-FDS<br>  )<br>GOOGLE LLC,  )<br>  )<br>  Defendant.  )<br>  ) | |

## ORDER TO UNSEAL

**SAYLOR, C.J.**

In accordance with the consent of the parties, the Court hereby orders that the full and unredacted transcript of the trial proceedings shall be made publicly available, except that the following shall remain under seal pending further order of the Court:

1. Trial Exhibit No. 1,064;

2. Trial Transcript 40:2–41:9, 84:6–85:12, 95:4–19, January 10, 2024.

This order may be modified for good cause shown.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: October 7, 2024            Chief Judge, United States District Court